sxb

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Shane Edward Limbacher

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Sheriff Thomas J. Dart,

John Doe #1, Dr. Yu, Dr. Khan,

Physician's Assistant Sims,

Physician's Assistant Trammell,

Physician's Assistant Barbara Davis,

Dr. McCarthy, Jane Doe #1

(Enter above the full name of ALL
defendants in this action. **Do not**
use "et al.")

**FILED**

NOV 14 2019 AC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**1:19-cv-07509**
**Judge John J. Tharp, Jr**
**Magistrate Jeffrey Cole**
**PC 7**

## CHECK ONE ONLY:

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.    Plaintiff(s):**

A.    Name: Shane Edward Limbacher

B.    List all aliases: N/A

C.    Prisoner identification number: DoC.2017051910 | Inmate # 731679

D.    Place of present confinement: Cook County Dept. of Corrections

E.    Address: P.O. Box 089002 Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: Thomas J. Dart

Title: Sheriff

Place of Employment: Cook County

B.    Defendant: John Doe #1

Title: Uniform Policy Enforcer Supervisor

Place of Employment: Cook County Dept. of Corrections

C.    Defendant: Dr. Yu

Title: Physician

Place of Employment: Cermak (Cook County Health & Hospital System)

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                          Revised 9/2007

II. Defendant's Continued

D. Defendant: Dr. Khan
Title: Dentist Division 8 Cook County Jail
Place of Employment: Cermak (Cook County Health & Hospital System)

E. Defendant: Physician's Assistant Sims
Title: Physician's Assistant Division 8 Cook County Jail
Place of Employment: Cermak (Cook County Health & Hospital System)

f. Defendant: Physician's Assistant Trammell
Title: Physician's Assistant Division 8 Cook County Jail
Place of Employment: Cermak (Cook County Health & Hospital System)

G. Defendant: Physician's Assistant Davis
Title: Physician's Assistant Division 10 Cook County Jail
Place of Employment: Cermak (Cook County Health & Hospital System)

H. Defendant: Dr. McCarthy
Title: Pain Doctor Cook County Jail
Place of Employment: Cermak (Cook County Health & Hospital System)

I. Defendant: Jane Doe #1
Title: Neurologist
Place of Employment: Stroger Hospital

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 1983 Civil Claim #1:19-CV-0571

B. Approximate date of filing lawsuit: 7-16-19

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: Thomas Dart, John Doe #1, John Doe #2 (Agents of Cook County Jail and Cermak)

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois - Cook County

F. Name of judge to whom case was assigned: Judge John J. Tharp, Jr. Magistrate Judge Jeffrey Cole PC7

G. Basic claim made: Contracting MRSA in Cook County Jail

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I. Approximate date of disposition: 8-5-19

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.     Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

Plaintiff Shane Limbacher, brings this action against Defendants Thomas J. Dart, Sheriff of Cook County in his official capacity, John Doe #1, Dr. Yu, Dr. Khan, Physician's Assistant Mr. Sims, Physician's Assistant Mr. Trammell, Physician's Assistant Barbara Davis, Dr. McCarthy and Jane Doe #1 (collectively, Defendants).

### Nature Of This Action

1. This is an action for Constitutional violations that Limbacher suffered as a result of each Defendant's wrongful acts and deliberate indifference to Limbachers' substantial risk of suffering serious harm because the Defendants didn't take reasonable available measures to prevent and didn't provide adequate medical treatment while Limbacher was an inmate at Cook County Jail. Limbacher brings this action pursuant to 42 U.S.C. § 1983.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## Jurisdiction And Venue

2. This Court has jurisdiction over Limbachers claim under 28 U.S.C. §§ 1331, 1343(a), and 1367.

3. Venue is proper in the Northern District of Illinois pursuant to 28 U.S.C. § 1391(b), because the actions forming the basis of this Complaint took place in Cook County.

## Parties

4. At all times relevant to this Complaint, Shane Limbacher was a detainee at the Cook County Jail.

5. Defendant Thomas J. Dart, Sheriff of Cook County, Illinois is sued in his official capacity.

6. Defendants John Doe #1, and Jane Doe #1, whose identities are unknown to Limbacher at this time. John Doe #1 is the assigned Uniform Policy Enforcer Supervisor at Cook County Jail. Jane Doe #1 is a Neurologist Physician at Stroger Hospital. John Doe #1 was acting within the scope of his employment at Cook County Jail. Jane Doe #1 was acting within the scope of her employment at Stroger Hospital as agent of Cook County Jail.

7. Physician's Assistant Barbara Davis, Physicians Assistant Mr. Sims, and Physician's Assistant Mr. Trammell who, at all times relevant to this Complaint, was employed by Cook County Health & Hospital System ("Cermak") at the Cook County Jail and was acting within the scope of their employment at Cermak and as an agent of Cook County Jail.

8. Dr. Yu, Dr. Khan and Dr. McCarthy who, at all times relevant to this Complaint, was employed by Cook County

6

Health & Hospital System ("Cermak") at the Cook
County Jail and was acting within the scope
of their employment at Cermak and as an agent
of Cook County Jail.

## Factual Background

9. As a detainee at Cook County Jail, Limbacher
was not at liberty to seek and receive medical
attention at his discretion. Aditionally, he was not
at liberty to choose to wear a uniform of his size.

10. On May 19, 2017, upon Limbachers arrival at Cook County
Jail, he was given an oversized uniform with pants that well
exceeded his size. The length of his pants and his
waistline was to large to fit. This was and still is a
consistant issue with appropriate sizing not being
available during clothing Exchange. Limbacher filed
two grievances regarding this issue and recieved
generic responses both times and was not given
his proper uniform size. These grievances and
their responses are attached as Exhibit A and Exhibit B

11. On November 13, 2017, Limbacher was housed
in Division 8, Tier 4F. That day while on a check-up
with Cermak nurse Jardine in room 4024A, as he
attempted to get down off of the medical table,
his right foot was caught up in his oversized,
frayed left pant leg, initiating him to fall to
the floor, landing on his head and left shoulder.
As a result from the impact from the fall, Limbachers'
neck, back and left shoulder was injured. He
also cracked and chipped his front teeth from
the fall. These injuries has caused great pain and
limited mobility in his lef shoulder.

7

12. Immediately following his fall, Limbacher was transported to Cermak (Cook County Health and Hospital System) at Cook County Jail and seen by Dr. Yu, who ordered x-rays on Limbachers neck and back, Dr. Yu declined Limbachers request for x-rays of his left shoulder and did not perform any physical examinations. Yu told Limbacher that a follow-up appointment would be scheduled with an Orthopedic Doctor in the near future to review his progress and charts. Limbacher was quickly dismissed by Dr. Yu and was returned to Division 8. Limbacher did not and has not to this current date been seen by an Orthopedic Doctor.

13. On November 16, 2017 Limbacher saw Dentist Dr. Khan in Division 8. He recieved x-rays and was told by Dr. Khan that she would see him very soon to fix his chipped and cracked front teeth. Dispite Limbachers complaints and request to see Dr. Khan, he did not see her again until September 19, 2018. This grievance and appeal is attached as Exhibit C

14. On November 23, 2017 The Physician's Assistant (whom Limbacher believes to be) Trammell) ordered pain medication and let Limbacher know he would be seeing an orthopedic Specialist, but would not specify a date.

15. On December 3, 2017, Limbacher filed Grievance #201719619 regarding severe pain from his cracked bottom teeth and chipped top front teeth from the accident that occured on November 13, 2017. In this Grievance Limbacher Explained that "Dr. Khan would be fixing his teeth

8

very soon" and that he was still waiting.
This Grievance is attached as Exhibit D.

16. On January 8, 2018 following group with
Ms. Caputo, Limbacher fell to the ground
when he attempted to stand up to leave
the class due to the sharp pain in his back.
Limbacher was wheeled back to Cermak
where medical professionals did not perform
any physical examination. He was returned
to Cook County Jail Division 8.

17. On January 30, 2018, following Limbacher's
medical Requests to see a doctor, Due to his Severe
pain in his neck, back and shoulder, Limbacher
saw Physician's Assistant Sims and was informed
By him that Limbacher needs to try physical
therapy and he will refer him to an orthopedic
Doctor as well. Limbacher had one, much delayed,
physical therapy Appointment and given exercises
to perform by himself on his bunk in his cell.
These exercises were ineffective and caused greater
pain. This Grievance is attached as Exhibit E.

18. Following additional complaints of the severe
pain Limbacher continued to have, on March 2, 2018
he saw Physician's Assistant Trammell. Trammell
agreed that Limbacher need to be seen by an
Orthopedic Doctor and would make the refferal
immediately.

19. On May 7, 2018 Trummell met with Limbacher
and was suprised that he had not yet seen
an Orthopedic specialist. After looking at Limbacher's
X-rays (taken on November 13, 2017) from Cermak
he informed Limbacher that he has buging discs
in his neck and Back and he would refer him to a
Specialist in both Neuro and Orthopedic.

20. On May 24, 2018 Limbacher filed grievance #2018-06033 complaining of severe back, neck and shoulder pain. He also expressed his concerns of not seeing an orthopedic specialist as promised on visits; January 30, 2018 and March 2, 2018, with Cermak medicial professionals as well as the promise to be seen by a neurologist on his appointment on May 7, 2018. The grievance reply stated that a neuro surgeon is scheduled in July with no acknowledgement addressing Limbachers' concern of not being seen by an Orthopedic specialist and the pain he's been experiencing. This grievance is attached as Exhibit F.

21. On May 29, 2018 Limbacher saw Trammell as a result of his continued complaints of extreme pain from his injuries on November 13, 2017. Trammell disclosed that there was an appointment to see a neurologist physician at Stroger Hospital, but wouldn't give the specific date.

22. On July 25, 2018 Limbacher saw Jane Doe #1 (unknown Neurologist at Stroger Hospital) for an appointment. Limbacher explained his concerns of great pain that he had been experiencing since November 13, 2017. She explained that the pain he's describing should have been conveyed to his Orthopedic Physician and that she was only accessing Limbacher for Neurological concerns, she scheduled a MRI for his neck and back and let him know that the MRI results need to be reviewed by his orthopedic Physician as well. Limbacher explained to Jane Doe #1 that he had not been seen by an orthopedic Doctor, she replied, "I find that hard to believe." she dismissed

10

him and sent him back to cook county Jail
with him feeling disrespected and not taken
Seriously enough to be sure that he would
be seen by an orthopedic physician
. 23. On September 19, 2018 Limbacher saw
Dentist Dr. Khan in Division 8 for his long
overdue appointment to fix his cracked and
chipped teeth. On that Day Dr. Khan recommended
that Limbacher have his teeth fixed upon his
release because she doesn't have great
equipment to work with. Exhibit C is attached
(See grievance # 2018-1186 Appeal)
24. On October 20, 2018 filed grievance # 2018-13313
complaining about the pain he had been enduring
in his neck, back, and left shoulder since December
2017 and that his pain medication wasn't working.
He also asked to be provided with his status of
being seen by an orthopedic specialist as
promised to him several times. The grievance reply
date of January 1, 2018 said that he was scheduled
for an MRI but was presented to Limbacher on November 27, 2018
(following his MRI). He appealed the same day
stating that he did in fact have an MRI on his neck
and back, but not his shoulder. Three pages of this
grievance and appeal is attached as Exhibit G
25. On October 1, 2018 Limbacher saw Dr. McCarthy
regarding his many complaints of severe left shoulder
pain. She scheduled Limbacher for x-rays that
were conducted at cermak on October 11, 2018.
Following the x-ray she let Limbacher know that he
had bone spurs around his left shoulder. She
suggested a cortisone shot to assist his pain. Limbacher
let her know that he felt this was only a temporary

11

Solution and requested an evaluation from an Orthopedic physician. She let Limbacher know that she would not be referring him to an Orthopedic Physician until he first tried a cortisone shot.

26. On November 13, 2018 Limbacher was seen by Physician's Assistant Barbara Davis in Division 10 at Cook County Jail. Davis addressed Limbacher's many complaints regarding his neck, shoulder, and back pain. She reviewed the x-ray of his shoulder and comfirmed that he had Bone Spurs that may be a result of the impact from his fall on November 13, 2017. Davis agreed to refer Limbacher to be seen by an Orthopedic Physician, Limbacher still has not seen an Orthopedic Physician to this day.

27. On November 23, 2018 Limbacher was transported to stroger Hospital and had an MRI performed (ordered by Jane Doe #1 neurologist) of his neck and back but not his shoulder the grievance/appeal is attached as Exhibit H.

28. On December 3, 2018 Limbacher saw Dr. McCarthy (A pain specialist) for a second time. On this visit she reviewed his MRI and acknowledged that he has a herniated disc in his neck and back and he would be referred to an Orthopedic Physician for his back and neck. Limbacher requested an MRI to be performed on his left shoulder. She once again explained the next step would be a cortisone shot prior to any other examinations. Limbacher declined for the second time. McCarthy let Limbacher know, if he changes his mind, he should fill out a medical request slip and upon request she would

12

provide him with a cortisone shot to his left shoulder. Despite his requests and grievance Limbacher has not been seen for a cortisone shot. The grievance appeal # 2018 13313 is attached as Exhibit I

29. On January 19, 2019 Limbacher was sent to stroger Hospital to meet with Jane Doe #1 (Neurologist) for review of his MRI that was performed on his neck and back on November 23, 2018. She did not express any serious neurological concern at this time. Limbacher expressed concern of his continual servere pain since November 13, 2017. She advised Limbacher to address these concerns with his Orthopedic Doctor. Limbacher again explained that he has not seen, or had an evaluation with an Orthopedic Physician. She suggested that he does so immediately and will make the recommendation to his primary care doctor.

~~following~~ 30. Following several more request and complaints of severe pain in the neck, back, and shoulder, On July 24, 2019 Limbacher saw physician's Assistant Davis in Division 10. Limbacher requested to be seen by an Orthopedic Physician, but Davis declined the request and said that limbacher needs to accept the fact that he will live with this pain for the rest of his life and nothing else could be done. Grievance/Appeal # 2019 07609 is attach as Exhibit J

31. On or around August 10, 2019 Limbacher filed grievance # 2019 x07609 regarding the pain in his neck that he been enduring since November 13, 2017 and sent his grievance appeal explaining his many promises to be seen by a Orthopedic Doctor Outlining all of the details. On August 23, 2019 Limbacher again requested to be assessed by

13

an Orthopedic Doctor. This grievance appeal is attached as Exhibit K

32. On September 5, 2019, Limbacher submitted grievance #2019-0957 regarding the severe pain in his left shoulder, describing the pain as it feels like needles or broken glass inside and around his shoulder and many days being unable to lift his arm above his head. In his response to this grievance on September 25, 2019 requesting to recieve a cortisone shot, as previously suggested by Dr. McCarthy (pain Doctor) and to be evaluated by an orthopedic doctor as suggested by Jane Doe #1 (Stroger neurologist). This grievance and response is attached as Exhibit L

33. On October 17, 2019, Limbacher filed a grievance stressing that his back pain is getting worse, and it hurts to bend down to put on and off his shoes, it hurts to sit and he can't get comfortable in bed because the pain is so severe. again he has requested to see a specialist. This grievance is attached as Exhibit M

34. Throughout the entire period of time, while a detainee at cook county Jail, Limbacher submitted regular and repeated requests for medical treatment for his left shoulder, neck and back pain, which recieved either no response or lengthy delays that unnecessarily prolonged and increased his pain. Limbacher also filed grievances regarding these same issues. He also grieved his unresolved issue of not having fitting uniforms to wear that ultimatly caused these issues at hand

35. Throughout all their interactions while being seen at Cermak Hospital, Dr. Yu and Dr. McCarthy refused to properly schedule and or follow through with appropriate medical treatment for Limbachers', despite their knowledge of Limbacher's condition, the serve pain Limbacher was experiencing and repeated request for treatment.

36. Throughout all their interactions while Limbacher was housed in Division 8, Dr. Khan (Dentist) disregarded Limbachers' condition and the severe pain Limbacher was experiencing, and Limbacher's repeated regular request for follow-up care that was well delayed and not taken seriously for several months

37. Throughout the entire period of time that Limbacher was housed in Division 8, Limbacher submitted regular and repeated requests for medical treatment regarding his neck, back, and left shoulder. Sims and Trammell (Physician's Assistants) refused to properly schedule appropriate medical treatment for Limbachers', despite their knowledge of Limbacher's condition, the severe pain Limbacher was experiencing, and Limbachers repeated

15

and regular request for medical treatment.

38. Throughout all their interactions while Limbacher was housed in division 10, Barbara Davis (Physician's Assistant) refused to properly schedule medical treatment for Limbachers', despite her knowledge of Limbachers' conditions, the severe pain in his neck, back and left shoulder and his regular and repeated request medical treatment

39. Throughout all their interactions while Limbacher was housed in Division 8 and Division 10, Jane Doe #1, while seeing Limbacher at stroger Hospital refused to properly schedule and or refer appropriate medical treatment for Limbachers' despite her knowledge of Limbachers', despite her knowledge of Limbachers conditions, the severe pain Limbacher was experiencing dispite his request to see the appropriate physician to assess Limbachers on going pain since November 13, 2017.

40. The Plantiff has no plain, adequate or Complete remedy at law to redress the wrongs described herein, the proper and adequate healthcare provided to Limbacher continues to the present day. Plantiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which the plantiff seeks.

16

# Count 1

(Against All Defendants for Deliberate Indifferance to Limbachers' Serious Medical Needs Pursuant to 42 U.S.C. § 1983)

41. Limbacher restates and realleges paragraphs 1-40 as if fully set forth herein.

42. Limbachers' neck, back, left shoulder and front teeth injuries resulted in serious medical needs for both the treatment of the injuries and managing the resulting pain.

43. Defendants were aware that Limbacher had serious medical needs and consciously failed to take reasonable measures to provide treatment for Limbachers' serious medical needs.

44. As a result of Defendants' actions and inaction, Limbacher was harmed and suffered prolonged, unnecessary pain and did not receive necessary medical care that has worsened his conditions.

45. The Defendants did not take the reasonable available measures to abate Limbachers' medical conditions and pain, even though a reasonable medical care provider(s) in the circumstances would have appreciated the injuries this caused to Limbacher

46. By not providing Limbacher with appropriate medical care, each of the Defendants caused injuries to Limbacher for which they are liable.

17

47. At all related times, Defendants acted under color of state law.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V.  Relief.

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes. A declaration that the acts and omissions manner described herein violated rights under the constitution and the laws of the United States; Injunctive relief to provide Limbacher with the appropriate medical care and medication and surgery; Judgement entered in his favor and against each Defendants; Compensatory damages in an amount to be determined at trial; Punitive damages in an amount to be determined at trial; Costs; Reasonable attorneys fees and expenses; And other such relief that this court deems just and proper.

## VI.  The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this **NoV.** day of __6__ , 20 __19__

_Shane Limbacher_
(Signature of plaintiff or plaintiffs)

Shane Edward Limbacher
(Print name)

20170519100
(I.D. Number)

P.O. Box 089002 Division 10-2B
Chicago, IL 60608
(Address)

Please have [original copy] this page notarized 1st and have 11 copies made for Dana's file This and all copies of this pg. is for Dana

Revised 9/2007

ice for ANY section, please attach an additional sheet and reference that section.]



## COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

CONTROL # 2018 13353

INMATE ID #

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** (*! Para ser llenado solo por el personal de Inmate Services !*)

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _Exhibit_

PRINT - INMATE LAST NAME *(Apellido del Preso)*: **Limbacher**

PRINT - FIRST NAME *(Primer Nombre)*: **Shane**

INMATE BOOKING NUMBER *(# de identificación del Preso)*: **20170519100**

DIVISION *(División)*: **9**

LIVING UNIT *(Unidad)*: **3A**

DATE *(Fecha)*: **10-20-18**

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grievance form must not contain more than one issue.

The grievance form must not contain offensive or harassing language.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibía no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)*: **11-13-17 10-20-18**

REQUIRED - TIME OF INCIDENT *(Horad del Incidente)*:

REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)*: **Cermak**

REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)*: **Cermak**

I have been Complaining about neck, left shoulder, and back pain Since December 2017. On 1-30-18 and 3-2-18 I was told that I would be seeing an Orthapetic Specalist, on May 7th I was told I would be seeing a Neurologist- I finally saw one on July 25th at Stroger, She said, "I'm Scheduling you for an MRI." That was almost three months ago and the Pain meds arn't working. Please Provide me with the Status of this. Thank You

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información)*: **Dr. Sims, Dr. Trammell Nurse Jardine**

INMATE SIGNATURE : *(Firma del Preso)*: **Shane Limbacher**

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print): **Mitchell**

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECIEVED: **10.23.18**

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED:

(FCN-40a)(AUG 16)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
(Formulario de Queja del Preso/ Apelación)

Pg 3 of 3

2018

50

CONTROL NUMBER: 11186    INMATE #: 731679

## INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

INMATE LAST NAME (Apellido del Preso): Limbocken

INMATE FIRST NAME (Primer Nombre): Shane

ID Number (# de Identificación): 20170519100

GRIEVANCE ISSUE AS DETERMINED BY CRW: 50 Dental treatment

IMMEDIATE CRW RESPONSE (if applicable):

CRW/ REFERRED THIS GRIEVANCE TO (Example: Superintendent, Cermak Health Services): Cermak

DATE REFERRED: 9 / 12 / 18

### RESPONSE BY PERSONNEL HANDLING REFERRAL

you have an upcoming appointment.

18 SEP 2

PERSONNEL RESPONDING TO GRIEVANCE (Print):

SIGNATURE: Alexander

DIV./DEPT.: DHP

DATE: 9 / 13 / 18

THIS SECTION IS TO BE COMPLETED BY INMATE

INMATE SIGNATURE (Firma del Preso): Shane Limlacher

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) 9 / 17 / 18

## INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)
### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  (Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  (De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso:) 9 / 17 / 18

INMATE'S BASIS FOR AN APPEAL: (Base del preso para una apelación.)

I need it to be urgent - this has gone on way too long.

## ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
(Apelación del preso aceptada por el administrador o/su designado(a)?)   Yes (Sí) ☐   No ☐

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación por parte del administrador o/su designado(a))

you were seen in dental on 9/9 and told Dentist you had no pain and only wanted exam and cleaning. unappropriate complaint and your grievance refused fully

INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)):

SIGNATURE (Firma del Administrador o/su Designado(a)): Alexander DHP

DATE (Fecha): 9 / 20 / 18

THIS SECTION IS TO BE COMPLETED BY INMATE!

INMATE SIGNATURE (Firma del Preso): Shane Limbach

DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) 9 / 24 / 18

FCN-405) (AUG 16)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – C.R.W.)    (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

2019

| CONTROL # | INMATE ID # |
|---|---|
| 09510 | 731679 |

| ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! | (! Para ser llenado solo por el personal de Inmate Services !) |
|---|---|

☐ Emergency Grievance    *Exhibit*
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent:_____
☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* | INMATE BOOKING NUMBER *(# de identificación del Preso)* |
|---|---|---|
| Limbacher | Shane | |
| DIVISION *(División):* 10 | LIVING UNIT *(Unidad):* 2B | DATE *(Fecha):* 9-5-19 |

## GRIEVANCE GUIDELINES AN~~D~~ [COMPLAINT]

*Signed and Picked up from CRW McCoy,*

Your grieved issue must meet all criteria listed below in order to [ ] /or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: formulation of departmen~~t~~ [ ] as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation i~~ ~~ [ ]use. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exceptio~~ ~~ [ ]ation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 ca~~ ~~
The grieved issue must not be a repeat submission of a grievance that previously received a res~~ ~~
The grieved issue must not be a repeat submission of a grievance that previously received a re~~ ~~ [ ]within 15 calendar days
The grievance must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agenc~~ ~~ [ ]spitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibirá no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| ~~4-13-17~~ 9-5-19 | ~~11:00am~~ 8:00 Am | ~~RTU~~ Div.10 | Dr. Yu, Mr. Sims, Mr. Trammell, P.A. Davis, Dr. McCarthy |

I'm disappointed that the medical slips I've submitted requesting to see a doctor/specialist regarding the condition of my shoulder and the pain I'm enduring from it have gone unanswered. When I move my arm it feels like I have needles or glass inside and around my left shoulder. The pain is severe. Derpatrating from the socket area. I can't get comfortable to have adequate rest. Many days I'm unable to lift my arm above my head. Please help me! Thank you,

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* P.A. Davis, Nurse Sardine @ Stroger, Unknown New digist | INMATE SIGNATURE : *(Firma del Preso):* Shane Limbacher |
|---|---|

| SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION. |
|---|

| CRW/PLATOON COUNSELOR (Print): Poindexter | SIGNATURE: | DATE/CRW/PLATOON COUNSELOR RECIEVED: 9-5-19 |
|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |

(FCN-40a)(AUG 16)     (WHITE COPY – INMATE SERVICES)     (YELLOW COPY – CRW/PLATOON COUNSELOR)     (PINK COPY – INMATE)

CC- John D. Baldwin... ...baacher

Exhibit

8/23/19 [signature] K. Sankey

Shane Limbacher
[signature] Shane Limbacher

OFFICIAL SEAL
K SANKEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 06/03/20

...and Detention Standards Unit,  ID# 20170519100
1301 Concordia Court
P.O. Box 19277
Springfield, IL 62794

Grievance Appeal

Aug. 23, 2019

To: Whom it may concern,
Despite recommendations, requests, and the need to be seen by an Orthopedic physician — my medical needs have been neglected.

On 11-13-17 I sustained injuries to my neck, back, shoulder and front teeth. However, this grievance appeal is specific to the pain in my neck from that injury. grievance control# 2019X07609

Following the injuries — Dr. Yu said, "you will need to see an Orthopedic, if you continue to have pain." 1-3-18 Per Mr. Sims PA, "you need to try physical therapy before I refer you to an Orthopedic physician." 3-2-18 Mr. Trammel agreed, "You need to see an Orthopedic specialist, I'm making the referral today." 5-17-18 Trammell was surprised that I had yet to see an Orthopedic physician. "I'm going to speed up the process, bypass an orthopedic and refer you to a neurologist at Stroger, this should speed up the process." 5-29-18 he confirmed a neuro. appointment was scheduled in the future. 7-31-18 physician assistant (unknown P. dishman) "I'm scheduling you for additional physical therapy, an orthopedic appointment isn't appropriate at this time." A MRI was finally conducted on 11-23-18 and reviewed by a neurologist physician at Stroger Hospital on 1-19-19. She explained, "no concern from a neurological observation" at that time I stressed to the doctor my concern from the severe pain that is consistant on a daily basis. She said, "those concerns need to be addressed with your orthopedic doctor." She found it hard to believe that I hadn't seen an ortho prior to seeing her. "I'm sugesting you do right away, especially since this has been going on since November of 2017." On 7-24-19 P.A Davis said, "nothing else can be done for you, you will live w/ this pain for the rest of your life - you need to accept that." I need the opinion of an orthopedic Dr

EXHIBIT

2019

## TY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

| CONTROL NUMBER | INMATE # |
|---|---|
| 0951O | 731679 |

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** (Apellido del Preso): Zimbacher

**INMATE FIRST NAME** (Primer Nombre): Shane

**ID Number** (# de Identificación): 2011O519100

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** Loo Medical treatment

**IMMEDIATE CRW RESPONSE (if applicable):**

**CRW/ REFERRED THIS GRIEVANCE TO** ( *Example: Superintendent, Cermak Health Services* ): Cermak

**DATE REFERRED:** 9,9,19

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Record reflects you were seen for this by nurse stating chronic back & shoulder pain. Have order for Ibuprofen 8[?]. Scheduled for Primary Care Clinic in October. Referred to Nursing for well being ched.

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Susan Shebel

**SIGNATURE:** Susan Shebel

**DIV./DEPT.:**

**DATE:** 9/23/19

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** (Firma del Preso): Shane Zimlocher

**DATE RESPONSE WAS RECEIVED** (Fecha en que la respuesta fue recibida): 9,25,19

### INMATE'S REQUEST FOR AN APPEAL ( Solicitud de Apelación del Preso)

#### THIS SECTION IS TO BE COMPLETED BY INMATE!

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.

*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

19 SEP 27

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* 9 p5,19

Dr. McCarthy said I could have cortezone shot in my shoulder at request. Neurologist at Stroger said I should have been evaluated from a orthopedic Doctor. This has been going [on...]

### ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes (Si) ☐ No ☑
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del administrador o/su designado(a).)*

Please submit HSRF since complaint related to shoulder is new and unrelated to "weird sensations around Right ear" reported on 09.08.2019

**INMATE SERVICES DIRECTOR/DESIGNEE** (Administrador o/su Designado(a)): Anna Limeno

**SIGNATURE** (Firma del Administrador o/su Designado(a)):

**DATE** (Fecha): 09.10.20[?]

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** (Firma del Preso): Shane Zimlocher

**DATE APPEAL RESPONSE WAS RECEIVED:** (Fecha en que la respuesta fue recibida): 10,4,19

(FCN-72) (NOV 17)  (**WHITE COPY** – INMATE SERVICES)  (**YELLOW COPY** – C.R.W.)  (**PINK COPY** – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

2018    50

| CONTROL # | INMATE ID # |
|---|---|
| 11186 | 731679 |

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (*! Para ser llenado solo por el personal de Inmate Services !*)

- ☐ Emergency Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

*(Pg. 2 of 3)*

- ☒ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | INMATE BOOKING NUMBER *(# de identificación del Preso)*: |
|---|---|---|
| Limbacher | Shane | 20170519100 |
| DIVISION *(División)*: 8 | LIVING UNIT *(Unidad)*: 4G | DATE *(Fecha)*: 9-10-18 |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grievance form must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso: Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibo una respuesta y usted recibirá no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensiva o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)* | REQUIRED - TIME OF INCIDENT *(Horad del Incidente)* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* |
|---|---|---|---|
| 11-16-17 → 11-13-17 → | 12:00 pm 11:30 Am | Rm. 4034A Division 8 Cermak G side dispensary | Dr. Kahn |

I Saw Dr. Kahn on 11-16-17 Re: My cracked and chipped front teeth. She said, "I do not have time today to fix your teeth, but I will see you soon." I filled a grievance on 12-3-17 and received a response on 12-11-17 stating, "Pt has scheduled appt." It has been 10 months since I first saw the dentist and am still waiting for the fallow up appointment to have my teeth fixed. I have filled out medical slips and urgent slips with no results.

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre del personal o presos que tengan información:)* | INMATE SIGNATURE: *(Firma del Preso)*: |
|---|---|
| Nurse Jardine | Shane Limbacher |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| DWilson | DWil | 9/11/18 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-40) (AUG 14)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

9-24-18

Exhibit

Pg. 1 of 3

To Whom it May Concern:

I Shane Limbacher am dissatisfied with the grievance #2018-11186 I filed on 9-10-18 with a response date of 9-24-18.

I Saw Dr. Khan on 11-16-17 and was told that my chipped and cracked front teeth would be "fixed soon." I filed my first grievance on 12-3-17 regarding this and recieved a response on 12-11-17 stating Pt. has scheduled appt.

I finally saw Dr. Khan again on 9-19-18. She look at my teeth and said, "I'm telling you now. I can grind down your top right tooth, but I dont have a great buffer, it's the county. You do however need a cleaning and I will schedule it for you and personally do it myself. You don't have any cavities. Why did you make a complaint against me, saying that I refused to fill your cavities?" I kindly explained to her that my grievance was regarding my cracked and chipped teeth, not for fillings. She then asked, "what would you like to do?" I respectfully declined the grinding based on the condition of "not having a great buffer." When I asked her about the bottom front teeth (that had peices cracked off towards the bottom on 11-13-17) She said, "You have severe plaque there, they are not cracked." I was then asked to sign a refusal, "I said I dont have my glasses to see, but will sign it." Please review the attached paper to have a better understanding of the coraspondence. I feel manipulated by Dr. Khan and disrespected from response on the appeal dated on 9-24-18. Thank you

inmate# 679

DOC

Shane Limbacher DOC# 2017051960

P.O. Box 089002
Chicago, IL 60608

*Shane Limbacher*

OFFICIAL SEAL
M GAUTHIER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/17/21

EXHIBIT

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

| CONTROL NUMBER | INMATE # |
|---|---|
| 2018 13313 | 731679 |

## INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** *(Apellido del Preso):* Limbacher

**INMATE FIRST NAME** *(Primer Nombre):* Shane

**ID Number** *(# de Identificación):* 20170519100

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 200- Medical Treatment

**IMMEDIATE CRW RESPONSE (if applicable):**

**CRW/ REFERRED THIS GRIEVANCE TO** *( Example: Superintendent, Cermak Health Services ):* Cermak

**DATE REFERRED:** 10 , 25 , 18

### RESPONSE BY PERSONNEL HANDLING REFERRAL

MRI Scheduled + Neurosurgery Clinic Referral made. Because of security unable to provide exact appt dates. Acetaminophen for pain. Submit HSRF if sx worse or overdue appts

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Susan Shebel

**SIGNATURE:** Susan Shebel RN

**DIV./DEPT.:**

**DATE:** 11 , 1 , 18

**INMATE SIGNATURE** *(Firma del Preso):* Shane Limbacher

**DATE RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* 11 , 27 , 18

## INMATE'S REQUEST FOR AN APPEAL ( Solicitud de Apelación del Preso)

### THIS SECTION IS TO BE COMPLETED BY INMATE!

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* 11 , 27 , 18

**INMATE'S BASIS FOR AN APPEAL:** *(Base del preso para una apelación:)*

I had an MRI November 23, 2018 for my neck and back, but not my left shoulder.

---

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes *(Si)* ☐  No ☐
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decision o recomendación por parte del administrador o/su designado(a):)*

X-ray was completed on left shoulder on 10/11/2018. Fill out an HSRF to discuss with PDC.

**INMATE SERVICES DIRECTOR/DESIGNEE** *(Administrador o/su designado(a)):* Nodway

**SIGNATURE** *(Firma del Administrador o/su Designado(a):):* Nodway

**DATE** *(Fecha):* 11 , 29 , 2018

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** *(Firma del Preso):* Shane Limbacher

**DATE APPEAL RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* 12 , 3 , 18

(FCN-40b) (AUG 16)     **(WHITE COPY** – INMATE SERVICES)     (YELLOW COPY – C.R.W.)     (PINK COPY – INMATE)

EXHIBIT

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/Apelación)*

CONTROL NUMBER: 2017X 10688
INMATE #: 731679

## INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de identificación)*: |
|---|---|---|
| Limbacher | Shane | 20170519100 |

GRIEVANCE ISSUE AS DETERMINED BY CRW: 153-Laundry (Uniforms)

IMMEDIATE CRW RESPONSE (if applicable):

CRW/ REFERRED THIS GRIEVANCE TO ( *Example: Superintendent, Cermak Health Services* ): Support Serv. Supt

DATE REFERRED: 7/7/17

## RESPONSE BY PERSONNEL HANDLING REFERRAL

SEE ATTACHED

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| Carol Bryant | | Laundry | 7/13/17 |

INMATE SIGNATURE *(Firma del Preso)*: Shane Limbacher

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* 7/19/17

## INMATE'S REQUEST FOR AN APPEAL ( *Solicitud de Apelación del Preso* )
THIS SECTION IS TO BE COMPLETED BY INMATE

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* _____/_____/_____

INMATE'S BASIS FOR AN APPEAL: *(Base del preso para una apelación:)*

## ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?     Yes *(Si)* ☐     No ☐
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a):)*

| INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a))*: | SIGNATURE *(Firma del Administrador o/su Designado(a):)*: | DATE *(Fecha)*: |
|---|---|---|
| | | _____/_____/_____ |

THIS SECTION TO BE COMPLETED BY INMATE

| INMATE SIGNATURE *(Firma del Preso)*: | DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* |
|---|---|
| | _____/_____/_____ |

(FCN-40b) ( AUG 16)     (WHITE COPY – INMATE SERVICES)     (YELLOW COPY – C.R.W.)     (PINK COPY – INMATE)

Exhibit

CC=
TO: Illinois Department of Corrections                    September 3, 2019
Jail and Detention Standards Unit,
1301 Concordia Court
P.O. Box 19277
Springfield, IL 62794

Regarding: Grievance Appeal Control Number 2019X07858
Shane Limbacher ID#20170519100
Cook County Department of Corrections

On 11-13-17 I sustained injuries that caused me
to have permanent numbness in my right hand, thumb/palm
area - a CT examination determined a volar angulation
deformity of the distal radius due to that trauma.

Despite my complaints of wearing handcuffs behind
my back—causing additional numbess to my right
hand, my concerns have been disregarded. On 7-24-19
Physician Assistant Ms. Davis said, "numbness is normal
from wearing handcuffs and can take up to several
weeks or months to regain feeling." This additional
numbness has existed since my court date on 7-17-19.
I'm concerned that the damage is permanent because
the numbness isn't going back to how it was before.
I'm concerned that the extra strain from being
cuffed behind my back in the future will eventually
cause me to have no feeling in my hands. When I
stressed this concern to Ms. Davis, she replied, "I
can't involve myself with security issues."

This is a medical issue that needs addressed and resolved.
Please assist me to be sure I receive the medical
attention I deserve.
Thank you, Shane Limbacher        Shane Limbacher

OFFICIAL SEAL
K. SANKEY
NOTARY PUBLIC- STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/02/20

K Sankey 9/3/19