PRIORITY MAIL EXPRESS
POSTAGE REQUIRED

RECEIVED
NOV 14 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

U.S. POSTAGE PAID
PME 1-Day
HILLSDALE, MI
49242
NOV 12, 19
AMOUNT
$37.25
1007 60604 R2305K134659-15

PRIORITY MAIL EXPRESS
DELIVER BY
10:30 AM

1:19-cv-07509
Judge John J. Tharp, Jr
Magistrate Jeffrey Cole
PC 7

11/14/2019-1


EJ 080 550 300 US

**UNITED STATES POSTAL SERVICE** PRIORITY MAIL EXPRESS

CUSTOMER USE ONLY
FROM: (PLEASE PRINT) PHONE ( )
Dana Deck
17654 cord 47 S
montpelier ohio
43543

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)
☐ 10:30 AM Delivery Required (additional fee, where available)

TO: (PLEASE PRINT) PHONE ( )
Prisoner Correspondent
U.S. District Court
219 South Dearborn St.
Chicago Illinois 60604
20th floor

ZIP + 4® (U.S. ADDRESSES ONLY)
60604

PAYMENT BY ACCOUNT (if applicable)

ORIGIN (POSTAL SERVICE USE ONLY)
☒ 1-Day ☐ 2-Day ☐ Military ☐ DPO
PO ZIP Code: 49242
Scheduled Delivery Date: 11/13/19
Postage: $32.25
Date Accepted: 11/12/19
Scheduled Delivery Time: ☒ 10:30 AM ☐ 12 NOON ☐ 3:00 PM
Insurance Fee: $
COD Fee: $
Time Accepted: 3:08 PM
10:30 AM Delivery Fee: $5.00
Return Receipt Fee: $
Live Animal Transportation Fee: $
Weight: 3 lbs. 9 ozs.
Total Postage & Fees: $37.25

DELIVERY (POSTAL SERVICE USE ONLY)

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996

PEEL FROM THIS CORNER

EP13C July 2013
OD: 11.625 x 15.125
PS10000000005

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE




