**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Shane Edward Limbacher (#2017-0519100) ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-07509 |
| ) | |
| vs. ) | Honorable District Court Judge |
| ) | John J. Tharp Jr. |
| Sheriff Thomas J. Dart, et. al., ) | |
| ) | Honorable Magistrate Judge |
| Defendants. ) | Jeffery Cole |

**Notice of Voluntary Dismiss Without Prejudice**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Shane Edward Limbacher, by and through undersigned counsel, hereby gives notice of his voluntary dismissal of Defendant Sheriff Thomas J. Dart ("Dart") without prejudice.

Defendant Dart has not answered or moved for summary judgment. Plaintiff's claims against all other co-defendants remain pending.

Dated: August 4, 2020

Respectfully submitted,

By: */s/ Randall A. Hack*
Counsel for Plaintiff

Randall A. Hack
Hannah M. Oswald
Locke Lord LLP
111 South Wacker Drive
Suite 4100,
Chicago, IL 60606
(312) 443-0676
rhack@lockelord.com
hannah.oswald@lockelord.com

## **CERTIFICATE OF SERVICE**

    I, Randall Hack hereby certify that on August 4, 2020, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which will automatically send notification of this filing to all counsel of record.

                                                          */s/ Randall Hack*

                                                          Randall Hack