UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Shane Edward Limbacher
                                Plaintiff,

v.                                                                    Case No.: 1:19–cv–07509
                                                                               Honorable John J. Tharp Jr.

Thomas J. Dart, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 21, 2020:

     MINUTE entry before the Honorable Jeffrey Cole: At the request of the parties, the global Settlement Conference for cases 19–cv–5271 and 19–cv–7509 is set for 11/4/20 at 1:00pm and will be by video. Instructions for the videoconference will be sent closer to the settlement date. The parties' counsel must review and comply with this court's Standing Order for Settlement Conference, which appears on the court's website. The requirement of attendance by someone with FULL AUTHORITY is not satisfied by attendance of the general counsel or someone from his/her office, although that person is certainly entitled to attend and welcome to participate in the conference. Nor is it satisfied by attendance of a person who must make a phone call to get permission to settle the case in excess of some predetermined amount. Also mandatory is the inclusion by both sides in their settlement documents of comparable results. Plaintiff served defendant with their settlement letter no later than 10/07/20. The plaintiff must include the basis for and how they arrived at the damages being claimed. A demand of 100 cents on the dollar is not a good faith demand. Similarly, an offer of zero is not a good faith offer. See my Standing Order online. Defendant will respond to plaintiff's demand by 10/21/20. Each party shall deliver copies of their memorandum by email to my courtroom deputy, at Yulonda_Thomas@ilnd.uscourts.gov, on or before 10/30/20. The submissions are NOT to be filed on the docket. Noncompliance will result in the submission being rejected. Any change in the settlement conference date must be approved by the court, pursuant to an appropriate WRITTEN MOTION, based upon a showing of good cause. Mailed notice(yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.