IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Shane Edward Limbacher (#2017-0519100) ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-07509 |
| ) | |
| vs. ) | Honorable District Court Judge |
| ) | John J. Tharp Jr. |
| Sheriff Thomas J. Dart, et. al., ) | |
| ) | Honorable Magistrate Judge |
| Defendants. ) | Jeffery Cole |

**AGREED MOTION TO RESCHEDULE SETTLEMENT CONFERENCE**

Plaintiff Shane Edward Limbacher moves to reschedule the November 4, 2020 settlement conference to a later date. Defendants Dr. Khan, Dr. Yu, Physician Assistant Sims, Physician Assistant Trammel, Physician Assistant Davis, and Dr. McCarthy, through their respective counsel, consent to the relief requested. As detailed below, there are compelling reasons to postpone and reschedule the conference so that the parties may effectively communicate their settlement demands and offers beforehand:

1. Mr. Limbacher is the Plaintiff in a Section 1983 action. He is incarcerated with the Illinois Department of Corrections at the Stateville Correctional Center. The Court granted extensions for Mr. Limbacher to submit his Settlement Memorandum to Defendants due to a series of practical difficulties that prevented counsel from communicating with Mr. Limbacher. Dkt. 42, 44.

2. Counsel has now conferred with Mr. Limbacher about his Settlement Memorandum.

3. Counsel for Mr. Limbacher will provide Mr. Limbacher's Settlement Memorandum to counsel for Defendants by the end of today, October 29, 2020.

4. Given the timing of Mr. Limbacher's demand and the need for Defendants to prepare a response, it would be premature to proceed with the settlement conference on November 4th.

5. Mr. Limbacher agrees with counsel for Defendants that the Court should provide them with at least three weeks, through November 19, to provide their response to Mr. Limbacher's Settlement Memorandum.

6. Counsel suggest that all parties be ordered to communicate with the Courtroom Deputy Ms. Thomas to find a mutually-convenient date for the rescheduled settlement conference.

7. Counsel wishes to inform the Court of a potential problem with Mr. Limbacher's future availability for the settlement conference. The Stateville legal department advises that that Mr. Limbacher may be transferred at some point to another Stateville living unit. Assuming Mr. Limbacher is transferred, he will be subject to a mandatory two-week quarantine as a precaution for COVID-19. If Mr. Limbacher's counsel learns that his quarantine may interfere with the rescheduled settlement conference, counsel will provide the Court and defense counsel with immediate notice.

WHEREFORE, the Court should strike the November 4th settlement conference, provide a date certain on or after November 19 for Defendants to respond to Mr. Limbacher's Settlement Memorandum, and order the parties to confer with the Courtroom Deputy to reschedule the settlement conference.

Dated: October 29, 2020                                     Respectfully submitted,

                                                            /s/ Randall A. Hack
                                                            Counsel for Plaintiff

Randall A. Hack
Hannah M. Oswald
Locke Lord LLP
111 South Wacker Drive
Suite 4100,
Chicago, IL 60606
(312) 443-0676
rhack@lockelord.com
hannah.oswald@lockelord.com

## CERTIFICATE OF SERVICE

I, Randall A. Hack hereby certify that on October 29, 2020, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which will automatically send notification of this filing to all counsel of record.

                                          */s/Randall A. Hack*
                                          Randall A. Hack