## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Shane Edward Limbacher, | ) |
| Plaintiff, | ) Case No. 19-cv-07509 |
| vs. | ) Honorable District Court Judge |
| | ) John J. Tharp Jr. |
| Sheriff Thomas J. Dart, et. al., | ) |
| | ) Honorable Magistrate Judge |
| Defendants. | ) Jeffery Cole |

### MOTION TO RESCHEDULE STATUS CONFERENCE

Counsel for Plaintiff Mr. Shane Limbacher respectfully requests that the Court defer the status conference set for tomorrow, September 8, to a different date and time next week or when thereafter convenient for the Court. Counsel states:

1. The Court previously set this status conference for September 15, a date that all counsel on the matter were available. Yesterday, the Court rescheduled the conference to September 8. The new setting conflicts with an out-of-town commitment that counsel had previously arranged in New York City. Unfortunately, counsel will be on an airplane and in transit at the precise time that the status conference is now scheduled.

2. Counsel's colleague who also works on this matter for Mr. Limbacher is herself scheduled to be in deposition all day tomorrow, September 8. She is not available to attend the conference in counsel's place.

3. Counsel emailed chambers to alert Ms. Thomas of this scheduling problem and request that the Court take note of the unforeseen schedule conflict and reset the status conference.

1

4. Counsel apologizes sincerely to the Court, chambers and other counsel for being unavailable for the September 8 setting. He requests the Court's understanding that his schedule conflict was entirely unexpected and not one that he had reason to anticipate.

WHEREFORE, counsel for Mr. Limbacher asks that the Court reschedule the September 8 conference to a date and time during the week of September 12 or such other date and time as is convenient for the Court.

Respectfully submitted,

/s/ Randall A. Hack
Counsel for Plaintiff

Randall A. Hack (6187595)
Hannah M. Oswald (6333170)
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0676
rhack@lockelord.com
hannah.oswald@lockelord.com

129088684v.1

**CERTIFICATE OF SERVICE**

      I, Randall Hack hereby certify that on September 7, 2022, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which will automatically send notification of this filing to all counsel of record.

                                                                   */s/ Randall Hack*

129088684v.1