IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Shane Edward Limbacher, ) | |
| ) | |
| Plaintiff, ) | Case No. 19-cv-07509 |
| ) | |
| vs. ) | Honorable District Court Judge |
| ) | John J. Tharp Jr. |
| Sheriff Thomas J. Dart, et. al., ) | |
| ) | Honorable Magistrate Judge |
| Defendants. ) | Jeffery Cole |

**PARTIALLY-AGREED MOTION TO PERMIT DEPOSITION
OF MR. LIMBACHER ON FRIDAY, JANUARY 27, 2023**

In light of Plaintiff Shane Limbacher's changed medical circumstances (detailed below), he requests the Court's permission to appear for his deposition in this matter on Friday, January 27, 2023. Mr. Alex Preber, counsel for all defendants other than Dr. Kahn, consents to the relief requested in the Motion.

In support of the Motion, Mr. Limbacher states:

1. Per the Court's most recent Order and discussion with counsel at the January 5, 2023 status conference, Mr. Limbacher is to appear for deposition on January 18, 2023.

2. As the Court will recall, Mr. Limbacher had emergency surgery at the very end of 2022. His physician prescribed a post-surgical course of medications, including pain medication. Mr. Limbacher initially understood, as counsel informed the Court, that he would no longer be taking these medications on January 18, 2023.

1

3. Counsel was informed just earlier today that Mr. Limbacher's physician extended Mr. Limbacher's medications through January 23, 2023. Counsel has been further informed that the medications would interfere with Mr. Limbacher's ability to testify at deposition.

4. Upon learning of these new circumstances, counsel advised Mr. Preber and Ms. Mia Buntic, counsel for Dr. Kahn, and requested their consent to a motion to reschedule Mr. Limbacher's deposition. In a subsequent communication, counsel advised that Mr. Limbacher would be available for deposition on Friday, January 27, 2023, a few days after his course of medication will have concluded and any influence of the medications will have passed.

5. Counsel also wrote separately (copying defense counsel) to advise Ms. Thomas, Courtroom Deputy, of the changed circumstances.

6. Mr. Preber communicated via email with counsel and with Ms. Thomas. So long as the Court approves, Mr. Preber does not object to the relief requested. Mr. Preber is available to take Mr. Limbacher's deposition on January 27, 2023.

7. Counsel has not yet received a response to the request for consent from Ms. Buntic, who is most likely engaged in other professional matters. Counsel notes that Mr. Limbacher and Dr. Kahn have an agreement in principle to settle the claims against Dr. Kahn. Counsel for the two parties are documenting that agreement. Counsel for Mr. Limbacher anticipates that the agreement should be executed before January 27, 2023, absent some unexpected development.

8. Counsel would have preferred to be able to inform the Court of Ms. Buntic's position on the request for relief, but counsel did not wish to delay this filing. Counsel will immediately alert the Court through Ms. Thomas when Ms. Buntic responds to counsel's request for consent.

WHEREFORE, Mr. Limbacher requests that the Court permit him to appear for deposition on Friday, January 27, 2023, so that he may testify free from any influence of the post-surgical medications prescribed by his physician.

.

Respectfully submitted,

/s/ Randall A. Hack
Counsel for Plaintiff

Randall A. Hack (6187595)
Brian I. Hays (6256068)
Hannah M. Oswald (6333170)
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0676
rhack@lockelord.com
bhays@lockelord.com
hannah.oswald@lockelord.com

3

131422981v.1

**CERTIFICATE OF SERVICE**

      I, Randall Hack hereby certify that on January 13, 2023, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which will automatically send notification of this filing to all counsel of record.

                                                      */s/ Randall Hack*

131422981v.1