UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Shane Edward Limbacher, | ) | |
| | ) | |
| Plaintiff, | ) | 19 CV 7509 |
| | ) | |
| vs. | ) | Honorable John J. Tharp |
| | ) | |
| Sheriff Thomas Dart, et al. | ) | Jury Trial Demanded |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S OPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**

NOW COMES the Defendants, Dr. Yu, Physician Assistant Sims, Physician Assistant Trammel, Physician Assistant Davis, and Dr. McCarthy, ("Defendants") by their attorney KIMBERLY M. FOXX, State's Attorney of Cook County, through her Assistant State's Attorney, Alexander Preber, pursuant to Federal Rule of Civil Procedure 6, and respectfully moves this Court for an extension of time to October 2, 2023, to file a dispositive motion. In support of this motion, Defendants state the following:

1. That on July 18, 2023, this Court entered an order that Dispositive Motions are due by 9/1/23. (Dkt. #105)

2. Counsel for Defendants requests an enlargement of time for Defendants to file a dispositive motion up to and including Monday, October 2, 2023.

3. Undersigned counsel has had multiple motions for summary judgment in Roundtree v. Dart, 20-cv-501, Smith v. Yoksoulian, 21-cv-2328, and Bocock v. Dart, 19-cv-3877. Defense counsel has had a reply to a motion to dismiss in Roundtree v. Dart, 20-cv-4531, as well as further discovery in his other cases.

4. This is Defendant's first request for an extension of time to file a dispositive motion.

5. An extension will not prejudice Plaintiff, as Plaintiff will still have appropriate time to respond to Defendants dispositive motion.

6. Defense counsel has reached out to Plaintiff's counsel on 8/28/23 to see if they were agreeable to an extension of time. On 8/29/23, Plaintiff's counsel responded that they are opposed to an extension of time and asked that I attach their email reply to this motion. (Exhibit 1)

7. Defendants respectfully request that this Court grant this Motion for an Extension to file a dispositive motion. The undersigned counsel is not being dilatory in bringing this motion and apologizes to the Honorable Court for any inconvenience that this delay may cause.

WHEREFORE, Defendants respectfully requests that this Honorable Court grant the following relief:

(a) An enlargement of time to Monday, October 2, 2023, to file a Dispositive Motion,

(b) To grant any other relief it deems necessary and just.

Respectfully submitted,
Kimberly M. Foxx
State's Attorney of Cook County

By:

*/s/ Alexander Preber*
Alexander Preber
Assistant State's Attorney
Civil Actions Bureau
Richard J. Daley Center, Room 520
Chicago, IL  60602
(312) 603-3141
Alexander.Preber@Cookcountyil.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that I have caused true and correct copies of the above and foregoing to be served on Plaintiff pursuant to ECF, in accordance with the rules of electronic filing of documents on August 29, 2023,

                                               */s/ Alexander Preber*
                                               Alexander Preber