# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHANE EDWARD LIMBACHER, ) | |
| ) | |
| Plaintiff, ) | Case No.: 19 -cv-7509 |
| ) | |
| v. ) | Honorable John J. Tharp |
| ) | |
| SHERIFF THOMAS DART, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
## WITHIN THE SAME FIRM

**PLEASE TAKE NOTICE** that on **August 23, 2023,** Assistant Cook County State's Attorney Alexander Preber withdraws their appearance for Defendant, **GLENN TRAMMELL,** and pursuant to Local Rule 83.17 Special Assistant Cook County State's Attorney Zachary G. Stillman, substituted his appearance for said Defendant.

        Respectfully Submitted,

        DeVore Radunsky LLC

By:    */s/ Zachary G. Stillman*
        Zachary G. Stillman (ARDC No. 6342749)
        Special Assistant State's Attorney
        230 W. Monroe, Ste 230
        Chicago, IL 60606
        312-300-4479
        Email: zstillman@devoreradunsky.com

1

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that the above **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM**, was filed on **September 5, 2023**, with the Northern District of Illinois ECF System, serving a copy on all parties.

                                          */s/ Zachary G. Stillman*