**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHANE EDWARD LIMBACHER, ) | |
| ) | |
| ) | Case No.: 19 -cv-7509 |
| Plaintiff, ) | |
| ) | Honorable John J. Tharp |
| v. ) | |
| ) | |
| SHERIFF THOMAS DART, et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANT TRAMMELL'S OPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION

NOW COMES the Defendant Glenn Trammell, by his attorneys **TROY RADUNSKY and ZACHARY STILLMAN,** pursuant to Federal Rule of Civil Procedure 6(b), and respectfully moves this Court for an extension of time to October 13, 2023, to file a dispositive motion. In support of this motion, Defendant states the following:

1. Plaintiff's counsel has advised that Plaintiff objects to this motion.

2. On July 18, 2023, this Court entered an order that Dispositive Motions are due by September 1, 2023. (Dkt. #105)

3. Defendant Glenn Trammell requests an additional 14 days, until October 13, 2023, to file his motion for summary judgment.

4. On August 30, 2023, this Court granted one other motion for an extension of time until October 2, 2023 filed on behalf of all Defendants. (Dkts. #106 and 107)

5. On September 5, 2023, new counsel appeared on behalf of Defendant Glenn Trammell on September 5, 2023. (Dkt. #108 and #109).

6. The incoming attorneys for this Defendant have had to review 6000+ pages in the file to understand the issues in this case.

7. Additionally, there are numerous depositions for which testimony is expected to be incorporated into Defendant Glenn Trammell's motion for summary judgment.

8. The Defendant's counsel has had multiple depositions, motions, and discovery requests to prepare in their other cases since September 5, 2023, including the following:

    a. September 6, 2023, *Picciariello v. Dart et al.,* 20-l-4911 Reply to Motion for Summary Judgment,

    b. September 13, 2023, *Matthews v. Dart, et al.,* 22-l-11050 Responsive Pleading,

    c. September 20, 2023, *Lacy v. Dart, et al.,* 22-cv-1335 Responsive Pleading,

    d. September 22, 2023, *Westmoreland v. Dart, et al.,* 23-cv-1851 Sur Reply for Class Certification,

    e. September 27, 2023, *Junious v. Baker* 22-cv-3681 Reply in Support of Motion to Stay,

    f. October 6, 2023, *Mansoori v. Hines* 22-cv-1638 Motion to Dismiss,

    g. October 10, 2023, *Wheeler v. Lyles* 22-cv-03020 Responsive Pleading,

    h. October 10, 2023, *Rahimzadeh v Ace American Insurance Company* 22-ch-08890 Amended Complaint,

    i. October 11, 2023, *Tyehimba v. Lewis, et al.*, Reply in Support of Motion to Dismiss

9. An extension will not prejudice Plaintiff. However, Defendant Glenn Trammell would suffer tremendous prejudice if this extension were not granted. *Hunt v. Green*, 376 F. Supp. 2d 1040, 1042 (D.N.M. 2004).

10. The undersigned counsel has been diligent in efforts to educate himself regarding this matter and has not been dilatory in any way.

WHEREFORE, Defendant respectfully requests that this Honorable Court enter an order as follows:

(a) Defendant Glenn Trammell's motion for extension is granted;

(b) Defendant Glenn Trammell is allowed until October 13, 2023, to file his motion for summary judgment;

(c) Any other relief the court deems appropriate.

> Respectfully Submitted,
> By: */s/ Troy S. Radunsky*
> Troy S. Radunsky, One of the Attorneys
> for Defendant

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that **Defendant's Second Motion for Extension of Time to File a Dispositive Motion** was filed on September 29, 2023, with the Northern District of Illinois ECF System, serving a copy to all parties.

*/s/ Andrew Kim*
Andrew Kim