# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Shane Edward Limbacher

                                    Plaintiff,

v.                                                    Case No.: 1:19–cv–07509

                                                         Honorable John J. Tharp Jr.

Thomas J. Dart, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 2, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr:Defendant Trammell's motion for an extension of time [110] is granted. Defendant Trammell's dispositive motion is due by 10/13/23. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.