**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Shane Edward Limbacher, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | 19 CV 7509 |
| | ) | |
| vs. | ) | Honorable John J. Tharp |
| | ) | |
| Sheriff Thomas Dart, et al. | ) | Jury Trial Demanded |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME**
**TO FILE A DISPOSITIVE MOTION**

NOW COMES the Defendants, Dr. Yu, Physician Assistant Sims, Physician Assistant Davis, and Dr. McCarthy, ("Defendants") by their attorney KIMBERLY M. FOXX, State's Attorney of Cook County, through her Assistant State's Attorney, Alexander Preber, pursuant to Federal Rule of Civil Procedure 6, and respectfully moves this Court for an extension of time to October 13, 2023, to file a dispositive motion. In support of this motion, Defendants state the following:

1. That on August 30, 2023, this Court entered an order that Dispositive Motions are due by 10/2/23. (Dkt. #107)

2. Counsel for Defendants requests an enlargement of time for Defendants to file a dispositive motion up to and including Friday, October 13, 2023.

3. Defense Counsel has over 6100 medical records and 5 deposition transcripts to review as part of his dispositive motion. Despite his best efforts, he is requesting additional time to prepare a dispositive motion.

4. This is Defendant's second request for an extension of time to file a dispositive motion.

5. An extension will not prejudice Plaintiff, as Plaintiff will still have appropriate time to respond to Defendants dispositive motion.

6. Defendants respectfully request that this Court grant this Motion for an Extension to file a dispositive motion. The undersigned counsel is not being dilatory in bringing this motion and apologizes to the Honorable Court for any inconvenience that this delay may cause.

WHEREFORE, Defendants respectfully requests that this Honorable Court grant the following relief:

(a) An enlargement of time to Friday, October 13, 2023, to file a Dispositive Motion,

(b) To grant any other relief it deems necessary and just.

Respectfully submitted,
Kimberly M. Foxx
State's Attorney of Cook County

By: */s/ Alexander Preber*
Alexander Preber
Assistant State's Attorney
Civil Actions Bureau
Richard J. Daley Center, Room 520
Chicago, IL 60602
(312) 603-3141
Alexander.Preber@Cookcountyil.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have caused true and correct copies of the above and foregoing to be served on Plaintiff pursuant to ECF, in accordance with the rules of electronic filing of documents on October 2, 2023,

                                       */s/ Alexander Preber*
                                       Alexander Preber