## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Shane Edward Limbacher
                              Plaintiff,

v.                                                     Case No.: 1:19–cv–07509
                                                         Honorable John J. Tharp Jr.

Thomas J. Dart, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 3, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr:Defendants Yu, Sims, Davis, and McCarthy's motion for extension of time [112] is granted. Dispositive motions are due by 10/13/23 for all defendants. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.