| Inmate Name: | Limbacher, Shane E | Inmate #: | 731679 | Booking #: | 20170519100 |

Friday, March 06, 2020
11:24:38 AM

# COOK COUNTY SHERIFF'S OFFICE
## BOOKING CARD



Prisoner Type: Pre-Trial

| | | | | | |
|---|---|---|---|---|---|
| Bkg Date/Time: | 5/19/2017 8:54 AM | Hair Color: | Blonde | Citizen Of: | USA |
| Age: | 44 | Eye Color: | Brown | Birth Place: | USA |
| DOB: | 12/18/1972 | Height: | 5 ft 11 in | Religion: | None |
| SSN #: | xxx-xx-3153 | Weight: | 190 | | |
| FBI #: | 843215LD2 | Build: | Large | | |
| SID #: | IL18879451 | Complex: | Light | Cell Location: | DIV10-2A-2113-1 |
| IR #: | 2112900 | | | | |

Arrest Address:
Home Address:      City:      State:      Zip:      Phone #:
Emergency Name:  FLORENCE LIMBACHER      Relationship:

| CCOMS Case | Type | Docket # | Current Bond | Last Court Date | Court ID |
|---|---|---|---|---|---|
| 236911 | Case Continued | 2017CR0846801 | $0 | 2/24/2020 3:30 PM | Criminal Courts Building |
| 370643 | NOLLE | 2018122307201 | $0 | 1/15/2019 3:00 PM | Branch 43 |

**Limbacher, Shane E**

| Alias Full Name | Date of Birth | SSN | Associated Booking | Date | Alias Type |
|---|---|---|---|---|---|
| Limbacher, Shane E | 12/18/1972 | 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 | 20170519100 | 5/19/2017 | |
| Limbacher, Shane E | 12/18/1972 | 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 | 20150929047 | 9/29/2015 | |

**19 C 7509 Limbacher 006158**