| Status | Inmate | Bed | Start Date | End Date |
|---|---|---|---|---|
| Active | Shane E Limbacher | DIV10-2A-2113-1 | 2/15/20 8:00 | |
| Inactive | Shane E Limbacher | DIV10-2B-2213-1 | 11/2/18 16:00 | 2/15/20 7:55 |
| Inactive | Shane E Limbacher | DIV9-3A-3333-1 | 10/18/18 13:00 | 11/2/18 15:30 |
| Inactive | Shane E Limbacher | DIV08-4G-D5-10 | 5/11/18 12:00 | 10/18/18 12:00 |
| Inactive | Shane E Limbacher | DIV08-4E-2-1 | 5/7/18 13:30 | 5/11/18 12:00 |
| Inactive | Shane E Limbacher | DIV08-4E-7-1 | 5/1/18 19:00 | 5/7/18 13:30 |
| Inactive | Shane E Limbacher | DIV08-4G-D5-7 | 5/1/18 18:00 | 5/1/18 19:00 |
| Inactive | Shane E Limbacher | DIV9-2E-2007-1 | 4/11/18 20:00 | 5/1/18 17:00 |
| Inactive | Shane E Limbacher | DIV9-3D-3182-1 | 4/10/18 9:30 | 4/11/18 20:00 |
| Inactive | Shane E Limbacher | DIV08-4F-D4-20 | 1/9/18 3:00 | 4/10/18 8:30 |
| Inactive | Shane E Limbacher | DIV 15-HP-HOSPITAL-GENERAL | 1/8/18 12:30 | 1/9/18 1:30 |
| Inactive | Shane E Limbacher | DIV08-4F-D4-10 | 11/24/17 13:30 | 1/8/18 12:30 |
| Inactive | Shane E Limbacher | DIV08-4F-D4-38 | 10/21/17 19:50 | 11/24/17 13:30 |
| Inactive | Shane E Limbacher | DIV08-4F-D4-10 | 8/29/17 1:00 | 10/21/17 19:50 |
| Inactive | Shane E Limbacher | DIV9-3C-3366-2 | 8/9/17 16:30 | 8/28/17 0:00 |
| Inactive | Shane E Limbacher | DIV9-3C-3368-1 | 6/13/17 12:00 | 8/9/17 16:00 |
| Inactive | Shane E Limbacher | DIV2-D2-P-43 | 5/24/17 21:00 | 6/13/17 11:50 |
| Inactive | Shane E Limbacher | DIV08-2F-D2-14 | 5/19/17 23:00 | 5/24/17 15:30 |