# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

## Health Service Request

| | |
|---|---|
| Document Type: | Health Service Request |
| Service Date/Time: | 10/25/2017 11:49 CDT |
| Result Status: | Modified |
| Perform Information: | JARDINE RN,GEORGINA (10/24/2017 08:59 CDT) |
| Sign Information: | JARDINE RN,GEORGINA (10/25/2017 11:52 CDT); JARDINE RN,GEORGINA (10/25/2017 11:48 CDT); JARDINE RN, GEORGINA (10/24/2017 11:49 CDT); JARDINE RN, GEORGINA (10/24/2017 08:59 CDT) |

**CHS Health Service Request Form Entered On: 10/24/2017 09:01**
**Performed On: 10/25/2017 11:49 by JARDINE RN, GEORGINA**

**HSRF**
CHS HSRF RN Assessment : Yes

JARDINE RN, GEORGINA - 10/25/2017 11:48

Patient date on form: : 10/23/2017
Date/Time Received by Nursing : 10/24/2017 07:43
Health Service Request : Medical Provider

JARDINE RN, GEORGINA - 10/24/2017 08:59

HSRF Part B grid

| *Reported complaint :* | Stomach complaints (Comment: " I average a bowel movement every couple of weeks I need help please issue a PRN so I may go to the restroom thank you" [JARDINE RN, GEORGINA - 10/24/2017 08:59 ]) | Pain (Comment: " I need IBP to help with the pain of my arthritis...please issue a PRN thank you" [JARDINE RN, GEORGINA - 10/24/2017 08:59 ]) |
|---|---|---|
| *Days, Weeks, Months, Years :* | Unknown | Unknown |
| *Location :* | Abdomen | Body, quadrant |
| | JARDINE RN, GEORGINA - | JARDINE RN, GEORGINA - |

Report Request ID: 82759042    Page 2,055 of 5,959    Facility: CHS
                                                      Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002055**

## Cook County Health and Hospitals System
1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

### Health Service Request

| | 10/24/2017 08:59 | 10/24/2017 08:59 |
|---|---|---|

**Medication History**
*Medication History Reviewed :* Yes

JARDINE RN, GEORGINA - 10/24/2017 08:59

Medication List

(As Of: 10/24/2017 09:01:07 CDT)

*Normal Order*

citalopram 20 mg Tab        :  citalopram 20 mg Tab ; *Status:* Ordered ; *Ordered As Mnemonic:* citalopram ; *Simple Display Line:* 60 MG, 3 TAB, PO, Daily ; *Ordering Provider:* MCNEAL MD, JENEA N; *Catalog Code:* citalopram ; *Order Dt/Tm:* 09/18/2017 09:52:18

olanzapine 5 mg Tab UD     :  olanzapine 5 mg Tab UD ; *Status:* Discontinued ; *Ordered As Mnemonic:* OLANZapine ; *Simple Display Line:* 5 MG, 1 TAB, PO, Bedtime ; *Ordering Provider:* HAQ MD, YASER A; *Catalog Code:* OLANZapine ; *Order Dt/Tm:* 10/02/2017 12:56:19

mirtazapine 15 mg Tab UD    :  mirtazapine 15 mg Tab UD ; *Status:* Ordered ; *Ordered As Mnemonic:* mirtazapine ; *Simple Display Line:* 45 MG, 3 TAB, PO, Bedtime ; *Ordering Provider:* HAQ MD, YASER A; *Catalog Code:* mirtazapine ; *Order Dt/Tm:* 10/23/2017 11:00:12

mirtazapine 30 mg Tab UD    :  mirtazapine 30 mg Tab UD ; *Status:* Discontinued ; *Ordered As Mnemonic:* mirtazapine ; *Simple Display Line:* 30 MG, 1 TAB, PO, Bedtime ; *Ordering Provider:* HAQ MD, YASER A; *Catalog Code:* mirtazapine ; *Order Dt/Tm:* 08/28/2017 11:38:32

chlorproMAZINE 25 mg Tab   :  chlorproMAZINE 25 mg Tab ; *Status:* Ordered ; *Ordered As Mnemonic:* chlorproMAZINE ; *Simple Display Line:* 25 MG, 1 TAB, PO, Q 12 Hr ; *Ordering Provider:* HAQ MD, YASER A; *Catalog Code:* chlorproMAZINE ; *Order Dt/Tm:* 10/23/2017 11:00:46

albuterol CFC free 90 mcg/inh AER    :  albuterol CFC free 90 mcg/inh AER ; *Status:* Ordered ; *Ordered As Mnemonic:* Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter ; *Simple Display Line:* 2 PUFF, Inhalation, Q 6 hr kop, PRN: Shortness of Breath ; *Ordering*

Report Request ID:  82759042                  Page 2,056 of 5,959         Facility:  CHS
                                                                           Location:  102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002056**

## Cook County Health and Hospitals System
1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

**Health Service Request**

*Provider:* KACZROWSKI PA-C, DANIEL J; *Catalog Code:* albuterol ; *Order Dt/Tm:* 08/28/2017 14:44:17 ; *Comment:* You MUST return the empty inhaler to the nurse before you receive a new inhaler.

| | |
|---|---|
| busPIRone 5 mg Tab | : busPIRone 5 mg Tab ; *Status:* Ordered ; *Ordered As Mnemonic:* busPIRone ; *Simple Display Line:* 10 MG, 2 TAB, PO, Q 12 Hr ; *Ordering Provider:* MCNEAL MD, JENEA N; *Catalog Code:* busPIRone ; *Order Dt/Tm:* 09/18/2017 09:51:21 |
| loratadine 10 mg Tab UD | : loratadine 10 mg Tab UD ; *Status:* Ordered ; *Ordered As Mnemonic:* loratadine ; *Simple Display Line:* 10 MG, 1 TAB, PO, Daily ; *Ordering Provider:* KACZROWSKI PA-C, DANIEL J; *Catalog Code:* loratadine ; *Order Dt/Tm:* 08/28/2017 14:43:56 |
| hydrocortisone 1% Oin 30gm TU | : hydrocortisone 1% Oin 30gm TU ; *Status:* Ordered ; *Ordered As Mnemonic:* hydrocortisone 1% topical ointment ; *Simple Display Line:* 1 APP, Topical, Q 12 hr kop, PRN: Skin Irritation ; *Ordering Provider:* KACZROWSKI PA-C, DANIEL J; *Catalog Code:* hydrocortisone topical ; *Order Dt/Tm:* 08/28/2017 14:45:56 |

**Allergies**
*Allergies Reviewed :* Yes

JARDINE RN, GEORGINA - 10/24/2017 08:59
(As Of: 10/24/2017 09:01:07 CDT)

Allergies (Active)

| | |
|---|---|
| codeine | *Estimated Onset Date:* Unspecified ; *Created By:* THOMPSON RN, GWENDOLYN; *Reaction Status:* Active ; *Category:* Drug ; *Substance:* codeine ; *Type:* Allergy ; *Updated By:* THOMPSON RN, GWENDOLYN; *Reviewed Date:* 09/29/2017 11:07 |

**Problem List**
*Problem List Reviewed :* Yes

JARDINE RN, GEORGINA - 10/24/2017 08:59
(As Of: 10/24/2017 09:01:07 CDT)

Problems(Active)

---

Report Request ID: 82759042          Page 2,057 of 5,959          Facility: CHS
                                                                  Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002057**

# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

## Health Service Request

Asthma vs anxiety-related SOB (SNOMED CT :2475605013 )
*Name of Problem:* Asthma vs anxiety-related SOB ; *Recorder:* KACZROWSKI PA-C, DANIEL J; *Confirmation:* Complaint of ; *Classification:* Medical ; *Code:* 2475605013 ; *Contributor System:* PowerChart ; *Last Updated:* 6/30/2017 14:12 ; *Life Cycle Status:* Active ; *Responsible Provider:* KACZROWSKI PA-C, DANIEL J; *Vocabulary:* SNOMED CT

Benzodiazepine withdrawal (SNOMED CT :3009783011 )
*Name of Problem:* Benzodiazepine withdrawal ; *Recorder:* COOK PA-C, SARA E; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 3009783011 ; *Contributor System:* PowerChart ; *Last Updated:* 5/21/2017 14:14 ; *Life Cycle Status:* Active ; *Responsible Provider:* COOK PA-C, SARA E; *Vocabulary:* SNOMED CT

Depression with anxiety (SNOMED CT :346979010 )
*Name of Problem:* Depression with anxiety ; *Recorder:* WARD MD, ANDREA N; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 346979010 ; *Contributor System:* PowerChart ; *Last Updated:* 5/25/2017 10:32 ; *Life Cycle Status:* Active ; *Responsible Provider:* WARD MD, ANDREA N; *Vocabulary:* SNOMED CT

Diagnoses(Active)

Asthma vs anxiety-related SOB
*Date:* 6/30/2017 ; *Diagnosis Type:* Discharge DX ; *Confirmation:* Complaint of ; *Clinical Dx:* Asthma vs anxiety-related SOB ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* J45.909

Benzodiazepine withdrawal
*Date:* 5/21/2017 ; *Diagnosis Type:* Discharge DX ; *Confirmation:* Confirmed ; *Clinical Dx:* Benzodiazepine withdrawal ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* F13.239

Depression with anxiety
*Date:* 5/25/2017 ; *Diagnosis Type:* Discharge DX ; *Confirmation:* Confirmed ; *Clinical Dx:* Depression with anxiety ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* F41.8

**Basic Protocol Assessment**
*Temperature Oral :* 98.2 DegF
*Heart Rate :* 89 bpm
*Respiratory Rate :* 20 breaths/min

Report Request ID: 82759042        Page 2,058 of 5,959        Facility: CHS
                                                              Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002058**

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E  
Patient Type: Visit CHS  Admission Date: 5/19/2017  MRN: 005207962c; 00731679z  
Birth Date: 12/18/1972  Discharge Date:  
Gender: Male  FIN: 20170519100  CMRN: 1013473938

### Health Service Request

*Systolic Blood Pressure :* 121 mmHg  
*Diastolic Blood Pressure :* 74 mmHg  
*Pulse Oximetry :* 99 %

JARDINE RN, GEORGINA - 10/25/2017 11:52

**Gastrointestinal**

Protocol Gastro Grid

| Symptoms : | Constipation |
|---|---|
| Duration : | days |
| Comment | (Comment: " On and off constipation with hard stools". No rectal bleeding/ No abdominal pain [JARDINE RN, GEORGINA - 10/25/2017 11:52 ] ) |
|  | JARDINE RN, GEORGINA - 10/25/2017 11:52 |

*Abdomen Assessment :* Other: No abdominal distress  
*Date of Last BM :* 10/23/2017  
*Frequency of Vomiting :* 0 time(s)  
*Frequency Diarrhea :* 0  
*Vomiting Characteristics :* Other: No vomiting noted  
*Stool Characteristics :* Other: No rectal bleeding  
*Gastrointestinal Exam Assessment :* Alteration in comfort, Potential for infection  
*Protocol - Gastrointestinal :* Patient stable, Guideline followed, Returned to unit

JARDINE RN, GEORGINA - 10/25/2017 11:52

**Musculoskeletal**

Protocol Musculo Grid Row

| Symptoms : | Pain, Stiffness |
|---|---|
| Duration : | years |
| Comment | (Comment: " arthritis all my life on my hands and ankles and all of my joints". No pain on movement/ Hx of chronic pain to |

Report Request ID: 82759042  Page 2,059 of 5,959  Facility: CHS  
Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002059**

# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS  Admission Date: 5/19/2017  MRN: 005207962c; 00731679z
Birth Date: 12/18/1972  Discharge Date:
Gender: Male  FIN: 20170519100  CMRN: 1013473938

## Health Service Request

|  |  |
|---|---|
|  | hand/ ankles [JARDINE RN, GEORGINA - 10/25/2017 11:52 ] ) |
|  | JARDINE RN, GEORGINA - 10/25/2017 11:52 |

Joint Assessment Grid

|  | Musculoskeletal 1 |
|---|---|
| *Symptoms :* | Stiffness |
| *Musculoskeletal Location :* | Generalized, Ankle, left, Other: L hand |
| *Range of Motion :* | Other: No pain on movement |
| *Special Orthopedic Devices :* | Other: none |
|  | JARDINE RN, GEORGINA - 10/25/2017 11:52 |

*Musculoskeletal Exam Assessment :*   Alteration in comfort
*Protocol - Musculoskeletal :*   Patient stable, Guideline followed, Returned to unit
JARDINE RN, GEORGINA - 10/25/2017 11:52

### Patient Education
*Patient Instructed :*   Diet, Follow-up care, Hygiene/Self-Care, Increase fluids, Medications, Medication purpose, Medication side effects, Nausea/Vomiting/Diarrhea, Pain management, Self care
*Education and Teaching Comment :*   S: " I need something to help me go to restroom"
O: No N/V/D or abdominal distress/ + flatus/ no rectal bleeding
A: Alteration in Health Maintenance
P:OTC meds given/ advised importance of increase fluids/ diet/ excercise
*Barriers to Learning :*   None
*Teaching Method :*   Explanation
*Teaching Outcome :*   Communicated Understanding
*Teaching Evaluation :*   Learning need resolved
JARDINE RN, GEORGINA - 10/25/2017 11:52

### Disposition
*HSR F/U 1 :*   Previously Scheduled Appointment

Report Request ID:  82759042        Page 2,060 of 5,959        Facility:  CHS
Location:  102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002060**

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

| **Health Service Request** |
|---|

JARDINE RN, GEORGINA - 10/25/2017 11:52
JARDINE RN, GEORGINA - 10/25/2017 11:52

CHS HSR no show

| | |
|---|---|
| HSR No Show : | Yes |
| HSR No Show Date and Time : | 10/24/2017 11:49 |
| HSR No Show Reason : | Court |
| Comment | (Comment: No show for HSD CLINIC - IN COURT per DOC [JARDINE RN, GEORGINA - 10/24/2017 11:49 ] ) |
| | JARDINE RN, GEORGINA - 10/24/2017 11:49 |

**CHS Nursing Over The Counter**

OTC pain medication

| | |
|---|---|
| OTC Medications : | KOP: Hydrocortisone 1% cream, applied topically 2-3 times daily. Give one (1 oz) tube., DbD: Ibuprofen 200 mg p.o. now Refer to exceptions in KOP. Give 1 tab now and 1 tab to take in 8H. Give 2 tabs total (1 packet)., DbD: MOM liquid 30 ml p.o PRN daily. Give one (12oz.) bottle. |
| Date/Time of OTC Med Administration : | 10/25/2017 12:02 |

Report Request ID: 82759042        Page 2,061 of 5,959        Facility: CHS
Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002061**