## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

---

### Outpt Nursing CHS

| | |
|---|---|
| Document Type: | Outpt Nursing CHS |
| Service Date/Time: | 11/13/2017 12:20 CST |
| Result Status: | Auth (Verified) |
| Perform Information: | JARDINE RN,GEORGINA (11/13/2017 12:20 CST) |
| Sign Information: | JARDINE RN,GEORGINA (11/13/2017 12:20 CST) |

**CHS Referral to Urgent Care and Note Entered On: 11/13/2017 12:26**
**Performed On: 11/13/2017 12:20 by JARDINE RN, GEORGINA**

**Referral to Urgent Care and Note**
*Reason for Referral :* Other
*Reason for Referral Comment :* BT after slip and fall in dispensary
*Referral to Urgent Care and Note :* S: Pt. fell off chair in dispensary and hit head on floor
O:"Slip and fall off chair in dispensary and hit head on floor/ No LOC/ VSS BP 149/88/ PR 82/ RR 20/ No skin tear to scalp/ pain scale 10/ on and off neck pain and back pain
A: Alteration in Health Maintenance- BT to head after slip and fall
P; Sent to UC for eval- Movement envelope made

*Acuity Level :* 4
*Location of Origin :* CHS 08

JARDINE RN, GEORGINA - 11/13/2017 12:20

---

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**Cook County Health and Hospitals System**

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

## Outpt Nursing CHS

| | |
|---|---|
| Document Type: | Outpt Nursing CHS |
| Service Date/Time: | 11/13/2017 12:57 CST |
| Result Status: | Auth (Verified) |
| Perform Information: | WILSON,JAHKEEM A (11/13/2017 12:57 CST) |
| Sign Information: | WILSON,JAHKEEM A (11/13/2017 12:57 CST) |

**CHS Nursing Progress Note Entered On: 11/13/2017 13:04**
**Performed On: 11/13/2017 12:57 by WILSON, JAHKEEM A**

**Nursing Progress Note**

*Nursing Progress Note :* Responded to call over radio for medical emergency, upon arrival to dispensary pt found on floor. pt a/o x3 pt stated that he fell on floor and bumped his head. Nurse stated that she witnessed it, c-collar placed onto pt by nurse, pt vital signs taken. Pt then log rolled onto back board without incident. Pt loaded and secured onto stretcher w/o incident. Pt transported to Urgent care by medical staff, escorted by DOC staff for further evaluation w/o incident.

WILSON, JAHKEEM A - 11/13/2017 12:57

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002888**

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS     Admission Date: 5/19/2017     MRN: 005207962c; 00731679z
Birth Date: 12/18/1972     Discharge Date:
Gender: Male     FIN: 20170519100     CMRN: 1013473938

### Outpt Nursing CHS

Document Type:     Outpt Nursing CHS
Service Date/Time:     11/15/2017 11:45 CST
Result Status:     Auth (Verified)
Perform Information:     JARDINE RN,GEORGINA (11/15/2017 11:45 CST)
Sign Information:     JARDINE RN,GEORGINA (11/15/2017 11:45 CST)

**CHS Nursing Progress Note Entered On: 11/15/2017 11:46**
**Performed On: 11/15/2017 11:45 by JARDINE RN, GEORGINA**

**Nursing Progress Note**
*Nursing Progress Note :* Dental clinic notified of urgent dental ffup re; recent BT to head from slip and fall in dispensary x 2 days ago

JARDINE RN, GEORGINA - 11/15/2017 11:45

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002889**