* Auth (Verified) *

## CERMAK HEALTH SERVICES OF COOK COUNTY — Health Service Request Form

Last Name: **Limbacher**    First Name: **Shane**    Division/Tier: **8 4F**

Date of Birth **12-18-72**    CCDOC# **20170519100**    Today's Date: **11-14-17**

**PLEASE TELL US ABOUT YOUR HEALTH NEEDS:**

**MEDS**
- ☐ I am NOT getting my prescribed medication.
- ☐ I need a refill of my prescribed medications.
- Name of medication(s): _____
- Date last received medication: __/__/__
- ☐ Other: _____

**MEDICAL**

*I would like to:*
- ☐ Receive an HIV Test or Information about HIV/AIDS
- ☐ Be screened for Sexually Transmitted Infections:
  - ☐ No Symptoms   ☐ Discharge or Burning when I urinate

*I have the following Medical problem(s):*
My lower back, neck, left shoulder, left hip and left knee are in severe pain from the fall I took from nurse Jardines Chair yesterday. I do not feel that all my injuries were treated and looked at properley. I feel that my injuries have been carelessly dismissed.

*I have the following Mental Health problem(s):*
_____

**DENTAL**

NOTE: ORAL HEALTH CLEANINGS ARE PROVIDED ONCE A YEAR
*I have the following dental problem(s):*
- ☐ Face swollen   ☐ I can't open my mouth
- ☒ Toothache → Circle Pain Level: low 1 2 3 4 5 6 7 8 9 10 high
- ☒ Loose tooth from recent trauma   Date of trauma **11/13/17**
- ☐ Other: _____

Urgent 11/15/17

**EYE**
- ☐ I would like to be seen by an EYE Doctor for eyeglasses
- ☐ Other: _____

How long have you had the above problem(s)? (#) _____ days / weeks / months (circle one)
Have you submitted a Health Service Request for this problem within the past 2 weeks? ☐ Yes ☐ No

**STOP!!!!! PLEASE DO NOT WRITE BELOW THIS LINE STOP!!!!!**

HSR Collected by: JWilson        Date: 11/15/17
Paper Triaged by nurse: [signature]   Date: 11/15/17
Referral: HSD   ☐ Now  ☒ Today  ☐ Routine
Entered into Cerner by: [signature]  Date: 11/15/17
Patient Seen by: [signature]         Date: 11/15/17

DATE/TIME STAMP
'17 NOV 15 AM 7:38

CHS Form 86322 Rev March 2014

---

**19 C 7509 Limbacher 001889**