## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS         Admission Date:   5/19/2017         MRN: 005207962c; 00731679z
Birth Date:  12/18/1972         Discharge Date:
Gender: Male                    FIN: 20170519100                    CMRN: 1013473938

### Outpt Medical CHS

Document Type:                      Outpt Medical CHS
Service Date/Time:                  11/15/2017 09:58 CST
Result Status:                      Auth (Verified)
Perform Information:                PAPIEZ MD,GREGORY R (11/15/2017 10:28 CST)
Sign Information:                   PAPIEZ MD,GREGORY R (11/15/2017 10:28 CST)

**RTU 4th Floor PCC**

Patient:  **LIMBACHER, SHANE E**         MRN: **00731679z**         FIN: **20170519100**
Age: **44 years**   Sex: **Male**   DOB: **12/18/1972**
Associated Diagnoses:  **None**
Author:  **PAPIEZ MD, GREGORY R**

**Basic Information**

   Patient Location: 08-084F-D4-38
   **General Communication**
      Visit Type: Scheduled follow-up.
      Language: Patient understands English.
      Documentation Reviewed: Prior Cermak records.

**Subjective**
   Problem list
      All Problems
         Benzodiazepine withdrawal / 3009783011 / Confirmed
         Depression with anxiety / 346979010 / Confirmed
         Asthma vs anxiety-related SOB / 2475605013 / Complaint of.

**History of Present Illness**

   h/o asthma, psoriasis, R wrist numbness who is here for a follow up from UC
   recent trauma, falling off the exam chair
   stated he fell of exam chair when his pant got caught
   pt fell on the left side, pain in the L hip, L shoulder, headaches x 2 days
   stated he had extreme pain that caused him to leak urine.

   h/o elevated BP readings
   h/o HTN in the past - on clonidine
   asthma is well controlled, uses albuterol sporadically
   no other complaints

   .

Report Request ID:   82759042              Page 2,789 of 5,959         Facility:  CHS
                                                                       Location:  102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002789**

**Cook County Health and Hospitals System**

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
| | | |
|---|---|---|
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

| **Outpt Medical CHS** |
|---|

**Histories**
  **Allergies**:
    <u>Allergic Reactions (Selected)</u>
     *Severity Not Documented*
      Codeine- No reactions were documented.
  **Current Medications**: (Selected)
    <u>Inpatient Medications</u>
     *Ordered*
      Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter: 2 PUFF, Inhalation, Inhalation, Q 6 hr kop, PRN, For Shortness of Breath, Instruction to Nursing: refill via HSR, Routine, 08/28/17 14:44:00, 36 WEEK, 05/07/18 14:43:00
      busPIRone: 10 MG = 2 TAB, Tab, PO, Q 12 Hr, Routine, 09/18/17 21:00:00, 12 WEEK, 12/11/17 20:59:00
      chlorproMAZINE: 25 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 10/23/17 21:00:00, 18 WEEK, 02/26/18 20:59:00
      citalopram: 60 MG = 3 TAB, Tab, PO, Daily, Routine, 09/19/17 9:00:00, 18 WEEK, 01/23/18 8:59:00
      hydrocortisone 1% topical ointment: 1 APP, Oint, Topical, Q 12 hr kop, PRN, For Skin Irritation, Application Site: Forehead, Instruction to Nursing: use PRN for ?psoriatic plaque on forehead, 08/28/17 14:46:00, 28 WEEK, 03/12/18 14:45:00
      loratadine: 10 MG = 1 TAB, Tab, PO, Daily, Routine, 08/29/17 9:00:00, 36 WEEK, 05/08/18 8:59:00
      methocarbamol: 750 MG = 1 TAB, Tab, PO, Q 8 Hr, Routine, 11/13/17 21:00:00, 2 WEEK, 11/27/17 20:59:00
      mirtazapine: 45 MG = 3 TAB, Tab, PO, Bedtime, Routine, 10/23/17 21:00:00, 18 WEEK, 02/26/18 20:59:00
      naproxen: 500 MG = 1 TAB, Tab, PO, Q 12 Hr, PRN, For Other - See Instruction to Nursing, Instruction to Nursing: pain, Routine, 11/13/17 15:23:00, 4 WEEK, 12/11/17 15:22:00
      triamcinolone nasal: 1 SPRAY, Spray, Nostril, Both, Daily, Routine, 11/02/17 9:00:00, 12 WEEK, 01/25/18 8:59:00
    *Pending Complete*
      clonazePAM: 1 MG = 1 TAB, Tab, PO, Q 12 Hr, Instruction to Nursing: Week #1, Routine, 05/21/17 21:00:00, 05/28/17 15:00:00
      methocarbamol: 750 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 05/21/17 21:00:00, 1 WEEK, 05/28/17 20:59:00

**Objective**
  **VS/Measurements**
  Vital Signs
    11/15/2017 09:36

| | |
|---|---|
| Temperature Oral | 98.1 DegF |
| Type of Heart Rate | Noninvasive Blood Pressure Device |
| Heart Rate | 72 bpm |
| Respiratory Rate | 18 breaths/min |
| Systolic Blood Pressure | 139 mmHg |
| Diastolic Blood Pressure | 88 mmHg |
| Blood Pressure Method | Automatic |
| Mean Arterial Pressure, Cuff | 105 mmHg |
| NIBP Site | Arm, Left |

Report Request ID: 82759042    Page 2,790 of 5,959    Facility: CHS
    Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

### Outpt Medical CHS

, Measurements from flowsheet : Measurements
    11/15/2017 09:36    Height    175.2 cm
        Weight    89.1 KG
        BSA (Patient Care)    2.0824 m2
        BMI    29.027491 kg/m2

**General**:
   Development: Normally developed.
   Nutritional status: Well nourished.
   Appearance: In no apparent distress.
**Neck**: Supple.
**Respiratory**: Lungs are clear to auscultation.
**Cardiovascular**: Normal rate, Regular rhythm, No Edema.
**Gastrointestinal**: Soft, Non-tender, Normal bowel sounds, No organomegaly.
**Musculoskeletal**: Normal range of motion, Normal strength, No tenderness, No swelling, No deformity, Normal gait.
   Shoulder: Bilateral, Strength 5/5 distally,, Pt is unable to extend and abduct past 90 degrees..
   Cervical: Bilateral, Posterior, Tenderness, partial ROM 2/2 pain, No mass, No swelling.
**Neurologic**: Cranial Nerves II-XII are grossly intact.
**Mental Status Exam**: Alert and oriented X 3.
**Musculoskeletal**
   Normal range of motion.
   Normal strength.
   Normal gait.
   Spine/torso exam: lumbar (posterior, tenderness).
   Lower extremity exam: thigh (left, quadriceps, strength 4 /5, 2/2 pain), knee (bilateral, strength 5 /5).
   SLR pos L side.
   able to stand on either leg, able to squat down.
**Neurologic**: Deep tendon reflexes: Bilateral, Knee, 2+.

**Review / Management**
   Results Review: No interval results.

**Impression and Plan**
   **Impression and Plan**:
   Diagnosis: H/O fall : ICD10-CM Z91.81, Discharge DX, Medical, Wry neck : ICD10-CM M43.6, Discharge DX, Medical, Acute neck pain : ICD10-CM M54.2, Discharge DX, Medical, Acute back pain : ICD10-CM M54.9, Discharge DX, Medical.
   Degree of Control: Fair.
   Clinical Status: Progressing as expected.
   **Plan**

      xrays with DJD, some cervical foramina narrowing

Report Request ID: 82759042    Page 2,791 of 5,959    Facility: CHS
    Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002791**

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E  
Patient Type: Visit CHS     Admission Date: 5/19/2017     MRN: 005207962c; 00731679z  
Birth Date: 12/18/1972     Discharge Date:  
Gender: Male     FIN: 20170519100     CMRN: 1013473938

### Outpt Medical CHS

    add lidoderm to back  
    change robaxin to baclofen  
    add diclofenac - pt allergic to codeine - can't rx tramadol or t3  
    pt showed how to do ROM exercises  
RTV 2 weeks for re-eval. Counseling ROM and stretching exercises shown.  
No lifting, pushing, pulling or heavy work.  
Take medicines as prescribed, including muscle relaxants.  
Report to nursing immediately if urinary or fecal incontinence develops. .  
.

**Impression and Plan**:  
    Diagnosis: Complaint of Asthma vs anxiety-related SOB : ICD10-CM J45.909, Discharge DX, Medical.  
    Degree of Control: Good.  
    Clinical Status: Progressing as expected.  
**Plan**  
    Continue present management.  
.

**Impression and Plan**:  
    Diagnosis: Elevated blood pressure reading : ICD10-CM R03.0, Discharge DX, Medical.  
    Degree of Control: N/A.  
    Clinical Status: N/A.  
**Plan**

    check labs  
    vitals daily  
    re-eval next visit  
    .  
.

**Medications**: Medications have been reconciled.  
**Education and Follow up**: Patient has been given the opportunity to ask questions, Patient advised on how to access care upon release, Patient counseled on how to access care at CCDOC, Patient verbally acknowledges understanding of plan,  
**Scheduled Future Appointments**

| Date/Time | Location | Service | Status |
|---|---|---|---|
| 11/20/17 08:00 am | 08 Medical RTU 4th F | CHS Primary Care | CONFIRMED |
| 11/21/17 01:00 pm | 08 Mental Health RTU | CHS Psychiatry Follow Up | CONFIRMED |
| 01/09/18 11:30 am | Cermak Basement | CHS Optometry | CONFIRMED |
| 01/26/18 08:00 am | 08 Medical RTU 4th F | CHS Primary Care | CONFIRMED |

.

Report Request ID: 82759042     Page 2,792 of 5,959     Facility: CHS  
    Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

**Outpt Medical CHS**

*Electronically Authored On: 15-Nov-17 10:28*
*Electronically Signed By: PAPIEZ MD, GREGORY R*
*PAGER BUS: 773 674 7488*

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.