# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS     Admission Date: 5/19/2017     MRN: 005207962c; 00731679z
Birth Date: 12/18/1972     Discharge Date:
Gender: Male     FIN: 20170519100     CMRN: 1013473938

## Outpt Medical CHS

Document Type:     Outpt Medical CHS
Service Date/Time:     11/29/2017 10:56 CST
Result Status:     Auth (Verified)
Perform Information:     TRAMMELL PA-C,GLEN (11/29/2017 10:57 CST)
Sign Information:     TRAMMELL PA-C,GLEN (11/30/2017 11:58 CST)

**Div 8: 4th Floor PCC**

Patient: **LIMBACHER, SHANE E**     MRN: **00731679z**     FIN: **20170519100**
Age: **44 years**    Sex: **Male**    DOB: **12/18/1972**
Associated Diagnoses: **None**
Author: **TRAMMELL PA-C, GLEN**

### Basic Information

    **Patient Location:** 08-084F-D4-10
    **General Communication**
       Visit Type: Scheduled follow-up.

### Subjective

    Problem list
       <u>All Problems (Selected)</u>
          Numbness of right hand / 452966011 / Confirmed
          Depression with anxiety / 346979010 / Confirmed
          Asthma vs anxiety-related SOB / 2475605013 / Complaint of
          Adjustment disorder with mixed anxiety and depressed mood / 92542018 / Confirmed.

### History of Present Illness

    The patient presents with Asthma X years
    - no hosp/ Pred
    - no cough/ wheeze/ SOB/ DOE
    - occ ALbuterol MDI use
- no increased nocturnal symptoms

Numbness to R lateral thumb ( from wrist distally to tip of thumb) X @ 4 weeks
- states 2/2 being handcuffed
- symptome "getting a little better", but persists
- no assoc pain

Chronic Allergic Rhinitis
- symptom relief with current Rx
- occ HA: none now
- no nasal discharge

Report Request ID: 82759042      Page 2,796 of 5,959      Facility: CHS
                                                                                                                                               Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS           Admission Date:    5/19/2017         MRN: 005207962c; 00731679z
Birth Date: 12/18/1972             Discharge Date:
Gender: Male                       FIN: 20170519100                    CMRN: 1013473938

| **Outpt Medical CHS** |
|---|

L Hip, shoulder, and lower back pain X @ 16 days
- begin after falling from chair on tier (states that his foot got caught in pants leg)
- continued, but decreasing pain
- decreaseging spasms to lower back
- had urine leak at time of injury: none since then
- no urinary/ defecation incontinence
- no weakness

Chronic Psoriasis
- normally affects forehead
- relief with current Rx

 Psych D/O
  - no S/H ideations
  - no A/V hallucinations
- being managed by MHS  .

Histories
  **Allergies**:
    <u>Allergic Reactions (All)</u>
      *Severity Not Documented*
        Codeine- No reactions were documented.
  **Current Medications**:  (Selected)
    <u>Inpatient Medications</u>
      *Ordered*
        Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter: 2 PUFF, Inhalation, Inhalation, Q 6 hr kop, PRN,
          For Shortness of Breath, Instruction to Nursing: refill via HSR, Routine, 08/28/17 14:44:00, 36 WEEK,
          05/07/18 14:43:00
        acetaminophen: 650 MG = 2 TAB, Tab, PO, Q 8 Hr, PRN, For Cermak Pain   ONLY CERMAK Pts, Routine,
          11/20/17 15:15:00, 12/13/17 23:00:00
        baclofen: 10 MG = 1 TAB, Tab, PO, Q 8 Hr, Routine, 11/20/17 21:00:00, 12/13/17 20:59:00
        busPIRone: 15 MG = 1 TAB, Tab, PO, Q 12 Hr, 11/28/17 21:00:00, 02/13/18 20:59:00
        busPIRone: 5 MG = 1 TAB, Tab, PO, Q 12 Hr, 11/28/17 21:00:00, 02/13/18 20:59:00
        chlorhexidine 0.12% liquid (oral rinse): 15 mL, Liquid, Swish and Spit, Q 8 Hr, Instruction to Nursing: Topical,
          Routine, 11/16/17 14:00:00, 01/31/18 12:00:00
        chlorproMAZINE: 25 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 10/23/17 21:00:00, 18 WEEK, 02/26/18 20:59:00
        citalopram: 60 MG = 3 TAB, Tab, PO, Daily, Routine, 09/19/17 9:00:00, 18 WEEK, 01/23/18 8:59:00
        diclofenac: 50 MG = 1 TAB, Tab, PO, TID, PRN, For Pain Mild to Mod(scale 1-6) breakthrough, Routine,
          11/20/17 14:52:00, 12/13/17 8:09:00
        hydrocortisone 1% topical ointment: 1 APP, Oint, Topical, Q 12 hr kop, PRN, For Skin Irritation, Application Site:
           Forehead, Instruction to Nursing: use PRN for ?psoriatic plaque on forehead, 08/28/17 14:46:00, 28 WEEK,
           03/12/18 14:45:00

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002797**

# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS          Admission Date:   5/19/2017          MRN: 005207962c; 00731679z
Birth Date: 12/18/1972           Discharge Date:
Gender: Male                     FIN: 20170519100                     CMRN: 1013473938

## Outpt Medical CHS

    lidocaine transdermal patch 5%: 1 PATCH, Patch, Transdermal, Daily, Application Site: Other - See Instructions to Nursing, 11/20/17 14:52:00, 12/13/17 8:59:00
    loratadine: 10 MG = 1 TAB, Tab, PO, Daily, Routine, 08/29/17 9:00:00, 36 WEEK, 05/08/18 8:59:00
    mirtazapine: 45 MG = 3 TAB, Tab, PO, Bedtime, Routine, 10/23/17 21:00:00, 18 WEEK, 02/26/18 20:59:00
    triamcinolone nasal: 1 SPRAY, Spray, Nostril, Both, Daily, Routine, 11/02/17 9:00:00, 12 WEEK, 01/25/18 8:59:00

**Proc Hx/PS Hx**:
    No active procedure history items have been selected or recorded.

**Family History**:
    No family history items have been selected or recorded.

**Psychosocial History**

    **Social & Psychosocial Habits**

    No Data Available
    .

**Objective**
    **VS/Measurements**
    Vital Signs

| Date/Time | Measurement | Value |
|---|---|---|
| 11/29/2017 10:15 | Type of Temperature Taken | Oral |
| | Temperature Oral | 98.3 DegF |
| | Calculated Temperature Oral | 36.8 DegC |
| | Heart Rate | 79 bpm |
| | Respiratory Rate | 20 breaths/min |
| | Oxygen Saturation | 99 % |
| | Oxygen Delivery Method | Room air |
| | Systolic Blood Pressure | 139 mmHg |
| | Diastolic Blood Pressure | 83 mmHg |
| | Blood Pressure Method | Automatic |
| | Mean Arterial Pressure, Cuff | 102 mmHg |
| | NIBP Site | Arm, Right |

, Measurements from flowsheet : Measurements

| Date/Time | Measurement | Value |
|---|---|---|
| 11/29/2017 10:16 | Height in | 69 INCH |
| | Height | 175.2 cm |
| | Weight in pounds | 196.2 LB |
| | Weight | 88.99 KG |
| | BSA (Patient Care) | 2.0811 m2 |
| | BMI | 29 kg/m2 |

**VS/Measurements**

Report Request ID:  82759042          Page 2,798 of 5,959          Facility:  CHS
                                                                                                                                            Location:   102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

19 C 7509 Limbacher 002798

## Cook County Health and Hospitals System
1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS  Admission Date: 5/19/2017  MRN: 005207962c; 00731679z
Birth Date: 12/18/1972  Discharge Date:
Gender: Male  FIN: 20170519100  CMRN: 1013473938

### Outpt Medical CHS

**Point of care testing**
**General**:
    Development: Normally developed.
    Nutritional status: Well nourished.
    Appearance: In no apparent distress.
**Eye**: Pupils are equal, round and reactive to light, Extraocular movements are intact.
**HENT**: Normocephalic, Atraumatic, Normal hearing, Oral mucosa is moist.
**Neck**: Supple.
**Respiratory**: Lungs are clear to auscultation, No wheezes, B good air exchange, no accessory muscle use.
**Cardiovascular**: Normal rate, Regular rhythm, No murmur, S1S2; no S3S4.
**Gastrointestinal**: no CVAT .
**Gastrointestinal**: Soft, Flat, Non-tender, Normal bowel sounds.
**Musculoskeletal**: no hand/ LU/LE atrophy.
**Musculoskeletal**: Normal range of motion, Normal strength, Normal gait.
**Neurologic**
**Mental Status Exam**: Alert and oriented X 3.

**Review / Management**
    **Results Review**: Reviewed Results: Imaging results.
    **Imaging Results**
    X-ray: Result Type: Cervical Spine AP/Lat

Result Date: November 13, 2017 13:50

Result
Status:      Auth (Verified)

Result Title: Cervical Spine AP/Lat

Performed By: KANI, PRAKASAN on November 13, 2017 13:50

Verified By: ZAHEDI MD, RUBINA S on November 13, 2017 14:10

Encounter info: 20170519100, CHS, Visit CHS, 5/19/2017 -

* Final Report *

Reason For Exam
Neck Pain

FINDINGS
History: Neck pain

Comparison: None available

Report Request ID: 82759042      Page 2,799 of 5,959      Facility: CHS
    Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E  
Patient Type: Visit CHS     Admission Date: 5/19/2017     MRN: 005207962c; 00731679z  
Birth Date: 12/18/1972     Discharge Date:  
Gender: Male     FIN: 20170519100     CMRN: 1013473938

### Outpt Medical CHS

Findings: 2 views of the cervical spine were obtained. The C7 vertebral body is partially obscured on the lateral view. There is mild posterior translation of C4 over C5, which is probably degenerative in nature. No acute fracture is identified. Multilevel degenerative changes are present consisting of intervertebral disc space narrowing, endplate sclerosis, and osteophyte formation. The prevertebral soft tissues are not widened.

IMPRESSION  
Impression:  
Mild to moderate multilevel degenerative changes.  
_____

Electronically signed by: Dr. RUBINA ZAHEDI  
Date: 11/13/17, Computed tomography: Result Type: CT Wrist w/o Contrast Right  
Result Date: November 02, 2017 08:50  
Result Status: Auth (Verified)  
Result Title: CT Wrist w/o Contrast Right  
Performed By: TOWNSEND, JOSEPH on November 02, 2017 08:50  
Verified By: KOPULOS MD, LUKE on November 02, 2017 09:32  
Encounter info: 20170519100, CHS, Visit CHS, 5/19/2017 -

* Final Report *

Reason For Exam  
Trauma

FINDINGS  
STUDY: Noncontrast CT examination of the right wrist was performed. Sagittal and coronal reformations rendered from axial source images. Images reviewed in bone and soft tissue windows.

CLINICAL HISTORY: Numbness.  
COMPARISON: None.

FINDINGS:  
There is no fracture. The flexor and extensor tendons are intact. Limited evaluation of the ligamentous structures. No signs of significant carpal osteoarthritis. Of note, there is a volar angulation deformity of the distal radius which may be related to remote trauma.

IMPRESSION  
IMPRESSION: No acute fracture, carpal osteoarthritis or soft tissue abnormality.  
_____

Report Request ID: 82759042     Page 2,800 of 5,959     Facility: CHS  
Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002800**

Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

**Outpt Medical CHS**

Electronically signed by: Dr. LUKE KOPULOS
Date: 11/02/17
Time: 09:32 , Result Type: Lumbosacral Spine AP/Lat
Result Date: November 13, 2017 13:33
Result Status: Auth (Verified)
Result Title: Lumbosacral Spine AP/Lat
Performed By: KANI, PRAKASAN on November 13, 2017 13:33
Verified By: ZAHEDI MD, RUBINA S on November 13, 2017 14:12
Encounter info: 20170519100, CHS, Visit CHS, 5/19/2017 -

## * Final Report *

**Reason For Exam**
1-Trauma

**FINDINGS**
History: Fall, trauma

Comparison: None available

Findings: 2 views of the lumbosacral spine were obtained. Vertebral alignment is anatomic. No acute fracture or subluxation. Mild degenerative changes are present at L5-S1 consisting of intervertebral disc space narrowing, endplate sclerosis, and osteophyte formation.

**IMPRESSION**
Impression:
No acute fracture or subluxation. Mild degenerative changes in the lower lumbar spine.
_____

Electronically signed by: Dr. RUBINA ZAHEDI
Date: 11/13/17


**Impression and Plan**
  **Impression and Plan**:


Report Request ID: 82759042        Page 2,801 of 5,959        Facility: CHS
                                                              Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

19 C 7509 Limbacher 002801

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

### Outpt Medical CHS

    Diagnosis: Resolving Pain: L hip, L shoulder, Lower Back.
    Degree of Control: Fair.
    Clinical Status: Improving.
**Plan**
    Cervical and Lumbar Spine DJD.
    take diclofenac TID.
        PowerOrders
        Referrals:
            Referral to Primary Care (Order): Routine (CHS5) 4 to 6 Weeks, 12/27/2017 00:00, 1/10/2018 00:00.
    Continue present management.  Counseling pt advised how to access medical/ mental care if needed; Report increased symptoms ASAP.

.
**Impression and Plan**:
    Diagnosis: Intermittent asthma.
    Degree of Control: Good.
    Clinical Status: Unchanged.
**Plan**
    Continue present management.

.
**Impression and Plan**:
    Diagnosis: Chronic Allergic Rhinitis .
    Degree of Control: Good.
    Clinical Status: Unchanged.
**Plan**
    Continue present management.

.
**Impression and Plan**:
    Diagnosis: Psoriasis.
    Degree of Control: Good.
    Clinical Status: Unchanged.
**Plan**
    exam benign: CPM .

.
**Impression and Plan**:
    Diagnosis: Psych D/O .
    Degree of Control: Good.
    Clinical Status: Unchanged.
**Plan**  Counseling follow MHS orders and keep your MHS follow-up appointments.

.
**Impression and Plan**:
    Diagnosis: R Lateral Thumb Numbness .
    Degree of Control: Fair.
    Clinical Status: Improving.
**Plan**

Report Request ID: 82759042        Page 2,802 of 5,959        Facility: CHS
                                                                                                                                   Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**Cook County Health and Hospitals System**

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

### Outpt Medical CHS

Continue present management.
Referrals: keep scheduled EMG procedure .
.
**Medications**: Medications have been reconciled.

*Electronically Authored On: 30-Nov-17 11:58*
*Electronically Signed By: TRAMMELL PA-C, GLEN*
*CHS - Med/Surg - Physician Assistant*
*PAGER BUS: 312 333 4597*

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

19 C 7509 Limbacher 002803