**Cook County Health and Hospitals System**

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS
Birth Date: 12/18/1972
Gender: Male

Admission Date: 5/19/2017
Discharge Date:
FIN: 20170519100

MRN: 005207962c; 00731679z
CMRN: 1013473938

## Outpt Medical CHS

Document Type: Outpt Medical CHS
Service Date/Time: 1/30/2018 11:05 CST
Result Status: Auth (Verified)
Perform Information: SIMS PA-C,KEVIN (1/30/2018 11:25 CST)
Sign Information: SIMS PA-C,KEVIN (1/30/2018 11:25 CST)

**pcc div.8 4th fl**

Patient: **LIMBACHER, SHANE E** **MRN: 00731679z** **FIN: 20170519100**
Age: **45 years** Sex: **Male** DOB: **12/18/1972**
Associated Diagnoses: **None**
Author: **SIMS PA-C, KEVIN**

**Basic Information**

**Patient Location:** 08-084F-D4-20
**General Communication**
Visit Type: Scheduled follow-up.

**Subjective**
Problem list
All Problems
Benzodiazepine withdrawal / 3009783011 / Confirmed
Depression with anxiety / 346979010 / Confirmed
Asthma vs anxiety-related SOB / 2475605013 / Complaint of
Numbness of right hand / 452966011 / Confirmed
H/O fall / 2694917016 / Confirmed
Elevated blood pressure reading / 196353013 / Confirmed
Adjustment disorder with mixed anxiety and depressed mood / 92542018 / Confirmed
Methicillin resistant Staphylococcus aureus / 202940017 / Confirmed
This problem was added by Discern Expert..

**History of Present Illness**
The patient presents with PCC/UC f/u
-h/o asthma
SABA use 1-2x/last week
denies respiratory complaints or nocturnal symptoms
-h/o dermatitis to forehead-well-controlled with HC 1%
no other lesions-psoriasis doubtful
-h/o rt. lateral thumb numbness-chronic
improving,awaiting EMG-scheduled for 2/18
-h/o AR
on claritin

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**Cook County Health and Hospitals System**

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z
Birth Date: 12/18/1972 | Discharge Date:
Gender: Male | FIN: 20170519100 | CMRN: 1013473938

## Outpt Medical CHS

relates 24 hr h/o increase nasal d/c clear with frequent sneezing
denies F/C,cough,myalgias or sorethroat
-h/o cervical/lumbar OA
recently sent to JSH for LBP with LE radiculopathy
report radiculopathy now resolved but still with sharp pain to LB
denies B/B incontinence,LE weakness or saddle anesthesias
+pain relief with diclofenac.

**Histories**

**Past Medical History**

Asthma.

**Allergies**:

Allergic Reactions (All)

*Severity Not Documented*

Codeine- No reactions were documented.

**Current Medications**: (Selected)

Inpatient Medications

*Ordered*

Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter: 2 PUFF, Inhalation, Inhalation, Q 6 hr kop, PRN, For Shortness of Breath, Instruction to Nursing: refill via HSR, Routine, 08/28/17 14:44:00, 36 WEEK, 05/07/18 14:43:00
busPIRone: 30 MG = 6 TAB, Tab, PO, Q 12 Hr, Routine, 12/29/17 21:00:00, 12 WEEK, 03/23/18 20:59:00
chlorhexidine 0.12% liquid (oral rinse): 15 mL, Liquid, Swish and Spit, Q 8 Hr, Instruction to Nursing: Topical, Routine, 11/16/17 14:00:00, 01/31/18 12:00:00
chlorproMAZINE: 25 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 10/23/17 21:00:00, 18 WEEK, 02/26/18 20:59:00
citalopram: 40 MG = 1 TAB, Tab, PO, Daily, Routine, 01/27/18 9:00:00, 18 WEEK, 06/02/18 8:59:00
diclofenac: 50 MG = 1 TAB, Tab, PO, TID, PRN, For Pain Mild to Moderate (scale 1-6), Routine, 01/29/18 11:23:00, 12 WEEK, 04/23/18 11:22:00
hydrocortisone 1% topical ointment: 1 APP, Oint, Topical, Q 12 hr kop, PRN, For Skin Irritation, Application Site: Forehead, Instruction to Nursing: use PRN for ?psoriatic plaque on forehead, 08/28/17 14:46:00, 28 WEEK, 03/12/18 14:45:00
lidocaine transdermal patch 5%: 1 PATCH, Patch, Transdermal, Daily, Application Site: Other - See Instructions to Nursing, 12/18/17 8:24:00, 12 WEEK, 03/12/18 8:23:00
loratadine: 10 MG = 1 TAB, Tab, PO, Daily, Routine, 08/29/17 9:00:00, 36 WEEK, 05/08/18 8:59:00
mirtazapine: 45 MG = 3 TAB, Tab, PO, Bedtime, Routine, 10/23/17 21:00:00, 18 WEEK, 02/26/18 20:59:00

**Objective**

**VS/Measurements**

Vital Signs

| 1/30/2018 10:36 | Type of Temperature Taken | Oral |
|---|---|---|
| | Temperature Oral | 97.7 DegF |
| | Calculated Temperature Oral | 36.5 DegC |
| | Heart Rate | 100 bpm |

Report Request ID: 82759042 | Page 2,808 of 5,959 | Facility: CHS
Location: 102A; 13; 1
CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.
**19 C 7509 Limbacher 002808**

**Cook County Health and Hospitals System**

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z
Birth Date: 12/18/1972 | Discharge Date:
Gender: Male | FIN: 20170519100 | CMRN: 1013473938

## Outpt Medical CHS

| | |
|---|---|
| Respiratory Rate | 18 breaths/min |
| Oxygen Saturation | 100 % |
| Oxygen Delivery Method | Room air |
| Systolic Blood Pressure | 134 mmHg |
| Diastolic Blood Pressure | 85 mmHg |
| Blood Pressure Method | Automatic |
| Mean Arterial Pressure, Cuff | 101 mmHg |
| NIBP Site | Arm, Left |

**General**:
Development: Normally developed.
Nutritional status: Well nourished.
Appearance: In no apparent distress, sitting comfortably.
**Eye**: Normal conjunctiva.
**HENT**:
Head: Forehead (no lesions noted).
Sinus: Bilateral, Frontal sinus, Maxillary sinus, Discharge ( Small amount ), No tenderness.
Mouth: Within normal limits.
**Respiratory**: Lungs are clear to auscultation, Respirations are non-labored, Breath sounds are equal, No wheezes.
**Cardiovascular**: Normal rate, Regular rhythm.
**Gastrointestinal**: Soft, Flat, Non-tender, Normal bowel sounds.
**Musculoskeletal**: Normal gait, Lower extremity exam is within normal limits.
Lumbar: Bilateral, L5, Tenderness (paraspinal), Normal range of motion, No erythema, No ecchymosis, No mass, No swelling.

**Review / Management**
**Results Review**: All Results

| | | | |
|---|---|---|---|
| 1/8/2018 21:01 | CT Lumbar Spine w/o Contrast | IMPRESSION | (Modified) |
| 1/8/2018 15:58 | Na | 139 mEq/L | |
| | K | 4.4 mEq/L | |
| | Cl | 105 mEq/L | |
| | CO2 | 26 mEq/L | |
| | Anion Gap | 8 | |
| | Glucose serum | 90 mg/dL | |
| | **BUN** | **6 mg/dL LOW** | |
| | Creat | 1.0 mg/dL | |
| | Ca | 9.1 mg/dL | |
| | GFR (Calculated) | 81 | |
| | WBC | 6.0 k/uL | |
| | RBC | 4.66 mil/uL | |
| | NRBC % Automated | 0 % | |

Report Request ID: 82759042 | Page 2,809 of 5,959 | Facility: CHS
Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002809**

**Cook County Health and Hospitals System**

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E

Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z

Birth Date: 12/18/1972 | Discharge Date:

Gender: Male | FIN: 20170519100 | CMRN: 1013473938

## Outpt Medical CHS

| | | |
|---|---|---|
| | NRBC # Automated | 0 |
| | HGB | 14.6 g/dL |
| | HCT | 42.3 % |
| | MCV | 90.8 fL |
| | MCH | 31.4 pg |
| | MCHC | 34.6 g/dL |
| | RDW | 14.0 % |
| | PLT | 233 k/uL |
| | Neutrophil % | 56.1 % |
| | Lymphocytes % | 30.8 % |
| | Monocytes % | 8.0 % |
| | Eosinophil % | 1.9 % |
| | **Basophil %** | **3.2 % HI** |
| | Neutrophil # | 3.4 k/uL |
| | Lymphocytes # | 1.8 k/uL |
| | Monocytes # | 0.5 k/uL |
| | Eosinophil # | 0.1 k/uL |
| | **Basophil #** | **0.2 k/uL HI** |
| 1/8/2018 15:51 | Color Urn | COLORLESS |
| | Appearance | CLEAR |
| | **Spec Gravity Urn** | **1.001** |
| | **Ph Urn** | **8.0** |
| | Protein Urn | NEGATIVE |
| | Glucose Urn | NEGATIVE |
| | Ketones Urn | NEGATIVE |
| | Bilirubin Urn | NEGATIVE |
| | Blood Urn | NEGATIVE |
| | Nitrite Urn | NEGATIVE |
| | Urobilinogen | NORMAL |
| | Leukocyte Esterase | NEGATIVE |

.

**Impression and Plan**

**Impression and Plan**:

Diagnosis: Leg paresthesia : ICD10-CM R20.2, Discharge DX, Medical, Low back pain : ICD10-CM M54.5, Discharge DX, Medical.

Degree of Control: N/A.

Clinical Status: N/A.

**Plan**

cont. diclofenac/lidocaine1% patch(RX current).

moist heat prn.

labs reviewed/discussed with patient.

diagnostics results discussed with patient.

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**Cook County Health and Hospitals System**

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E

Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z

Birth Date: 12/18/1972 | Discharge Date:

Gender: Male | FIN: 20170519100 | CMRN: 1013473938

**Outpt Medical CHS**

PowerOrders
Pharmacy:
methocarbamol (Order): 750 MG, Tab, PO, BID, PRN, For Cermak Pain – ONLY CERMAK Pts, Routine, 1/30/2018 11:16, 2 WEEK, 2/13/2018 11:15
Referrals:
Referral to Physical Therapy (Order): Routine, 1/31/2018 00:00, stretching/strenghthening, chronic LBP.
PowerOrders
Referrals:
Referral to Primary Care (Order): Routine (CHS7) 10 to 16 Weeks, 4/10/2018 00:00, 5/22/2018 00:00.
PowerOrders
Pharmacy:
acetaminophen (Order): 650 MG, Tab, PO, BID, PRN, For Pain Mild to Mod(scale 1-6) breakthrough, Routine, 1/30/2018 11:24, 12 WEEK, 4/24/2018 11:23. Counseling management plan, discussed importance of consistent stretching and exercise which has been shown to be one of the most useful tools in self-managing chronic LBP
.
Disposition: return to living unit.
.
**Impression and Plan**:
Diagnosis: Complaint of Asthma vs anxiety-related SOB : ICD10-CM J45.909, Discharge DX, Medical, h/o AR.
Degree of Control: Good.
Clinical Status: Well controlled.
**Plan**
report cough,wheezing chest tightness or SOB not relieved with B-agonist-ASAP.
SABA/loratadine rx current.
PowerOrders
Pharmacy:
chlorpheniramine (Order): 4 MG, Tab, PO, Q 8 Hr, PRN, For Allergic Rhinitis, Routine, 1/30/2018 11:20, 1 WEEK, 2/6/2018 11:19. Counseling management plan.
Disposition: return to living unit.
.
**Impression and Plan**:
Diagnosis: rt. lateral thumb numbness.
Degree of Control: Fair.
Clinical Status: Improving.
**Plan**
awaiting EMG. Counseling management plan.
Disposition: return to living unit.
.
**Impression and Plan**:
Diagnosis: dermatitis to forehead.
Degree of Control: Good.
Clinical Status: Well controlled.

Report Request ID: 82759042 | Page 2,811 of 5,959 | Facility: CHS
Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002811**

**Cook County Health and Hospitals System**

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E

Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z

Birth Date: 12/18/1972 | Discharge Date:

Gender: Male | FIN: 20170519100 | CMRN: 1013473938

## Outpt Medical CHS

**Plan**

meds current.

PowerOrders

Pharmacy:

hydrocortisone 1% topical ointment (Order): 1 APP, Oint, Topical, Q 12 hr kop, PRN, For Skin Irritation, Application Site: Forehead, Instruction to Nursing: use PRN for ?psoriatic plaque on forehead, 1/30/2018 11:25, 28 WEEK, 8/14/2018 11:24

hydrocortisone 1% topical ointment (Discontinue): 1/30/2018 11:25.

Continue present management.

.

**Medications**: Medications have been reconciled.

**Education and Follow up**: Patient has been given the opportunity to ask questions, Patient counseled on how to access care at CCDOC, Patient verbally acknowledges understanding of plan,

**Scheduled Future Appointments**

| | | | |
|---|---|---|---|
| 02/15/18 08:30 am | SHCC Neurophysiology | EMG Procedure | CONFIRMED |
| 04/03/18 11:30 am | Cermak Basement | CHS Optometry | CONFIRMED |

.

*Electronically Authored On: 30-Jan-18 11:25*
*Electronically Signed By: SIMS PA-C, KEVIN*
*CHS - Med/Surg - Physician Assistant*
*Pager/Bus: 312-333-4596*

Report Request ID: 82759042 | Page 2,812 of 5,959 | Facility: CHS | Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002812**