* Auth (Verified) *

## CERMAK HEALTH SERVICES OF COOK COUNTY — Health Service Request Form

Last Name: **Limbacher**   First Name: **Shane**   Division/Tier: **8 4F**
Date of Birth: **12-18-72**   CCDOC#: **20170519100**   Today's Date: **12-13-17**

**PLEASE TELL US ABOUT YOUR HEALTH NEEDS:**

**MEDS**
- ☐ I am NOT getting my prescribed medication.
- ☒ I need a refill of my prescribed medications.
- Name of medication(s): **Lidocain patch 5%**  — *EXPIRED, pt will receive at next appointment*
- Date last received medication: __/__/__
- ☐ Other: _____

**MEDICAL**

*I would like to:*
- ☐ Receive an HIV Test or Information about HIV/AIDS
- ☐ Be screened for Sexually Transmitted Infections:
  - ☐ No Symptoms   ☐ Discharge or Burning when I urinate

*I have the following Medical problem(s):*
I'm having severe lower back pain. My prescription for the lidocain patch has expired, I need a refill. Thank you.

**MENTAL HEALTH**

*I have the following Mental Health problem(s):*
_____

**DENTAL**

NOTE: ORAL HEALTH CLEANINGS ARE PROVIDED ONCE A YEAR
*I have the following dental problem(s):*
- ☐ Face swollen   ☐ I can't open my mouth
- ☐ Toothache -> Circle Pain Level: low 1 2 3 4 5 6 7 8 9 10 high
- ☐ Loose tooth from recent trauma   Date of trauma __/__/__
- ☐ Other: _____

**EYE**
- ☐ I would like to be seen by an EYE Doctor for eyeglasses
- ☐ Other: _____

How long have you had the above problem(s)? (#) _____ days / weeks / months   (circle one)
Have you submitted a Health Service Request for this problem within the past 2 weeks? ☐ Yes ☐ No

**STOP!!!!! PLEASE DO NOT WRITE BELOW THIS LINE STOP!!!!!**

HSR Collected by: **JWilson**   Date: **12/14/17**
Paper Triaged by nurse: **Sherman CNI**   Date: **12/14/17**
Referral: **HSD**   ☐ Now ☐ Today ☒ Routine
Entered into Cerner by: _____   Date: __/__/__
Patient Seen by: _____   Date: __/__/__

DATE TIME STAMP: '17 DEC 14 AM 7:34

CHS Form 86322 Rev March 2014

---

**19 C 7509 Limbacher 001831**

**CERMAK HEALTH SERVICES OF COOK COUNTY** — **Health Service Request Form**

Last Name: Limbacher   First Name: Shane   Division/Tier: 8 4F
Date of Birth: 12-18-72   CCDOC#: 20170519100   Today's Date: 12-14-17

**PLEASE TELL US ABOUT YOUR HEALTH NEEDS:**

**MEDS**
- ☐ I am NOT getting my prescribed medication.
- ☑ I need a refill of my prescribed medications.
- Name of medication(s): Bicon, Diclofenic and lidocain patch   Active 12/15/17   Order 12/15/17
- Date last received medication: 12/13/17
- ☐ Other: ___

**MEDICAL**

I would like to:
- ☐ Receive an HIV Test or Information about HIV/AIDS
- ☐ Be screened for Sexually Transmitted Infections:
  - ☐ No Symptoms   ☐ Discharge or Burning when I urinate

I have the following Medical problem(s):
My pain meds have expired and I'm still having severe pain in my neck, back, left shoulder and knee. I need to see the Doctor. Thank you.

**MENTAL HEALTH**
I have the following Mental Health problem(s):
___

New

**DENTAL**
NOTE: ORAL HEALTH CLEANINGS ARE PROVIDED ONCE A YEAR
I have the following dental problem(s):
- ☐ Face swollen   ☐ I can't open my mouth
- ☐ Toothache -> Circle Pain Level: low 1 2 3 4 5 6 7 8 9 10 high
- ☐ Loose tooth from recent trauma   Date of trauma ___/___/___
- ☐ Other: ___

**EYE**
- ☐ I would like to be seen by an EYE Doctor for eyeglasses
- ☐ Other: ___

How long have you had the above problem(s)? (#) ___ days / weeks / months (circle one)
Have you submitted a Health Service Request for this problem within the past 2 weeks? ☐ Yes ☐ No

**STOP!!!!! PLEASE DO NOT WRITE BELOW THIS LINE STOP!!!!!**

HSR Collected by: JWilson   Date: 12/15/17
Paper Triaged by nurse: ___   Date: 12/15/17
Referral: HSD / Pitam ☐ Now ☑ Today ☐ Routine
Entered into Cerner by: ___   Date: 12/15/17
Patient Seen by: ___   Date: 12/15/17

CHS Form 86322 Rev March 2014

19 C 7509 Limbacher 001832
CHS                                                      Page 1,832 of 5,959

* Auth (Verified) *

## CERMAK HEALTH SERVICES OF COOK COUNTY — Health Service Request Form

Last Name: Limbacher   First Name: Shane   Division/Tier: 84F
Date of Birth: 12-18-72   CCDOC#: 20170519100   Today's Date: 1-2-18

**PLEASE TELL US ABOUT YOUR HEALTH NEEDS:**

**MEDS**
- ☒ I am NOT getting my prescribed medication.
- ☒ I need a refill of my prescribed medications.
- Name of medication(s): Biclofin, Diclofenac
- Date last received medication: ___
- ☐ Other:

**MEDICAL**

*I would like to:*
- ☐ Receive an HIV Test or Information about HIV/AIDS
- ☐ Be screened for Sexually Transmitted Infections:
  - ☐ No Symptoms  ☐ Discharge or Burning when I urinate

*I have the following Medical problem(s):*
My back and neck pain is severe, why am I not receiving pain meds? Please advice

Thank you.

**MENTAL HEALTH**

*I have the following Mental Health problem(s):*

**DENTAL**

NOTE: ORAL HEALTH CLEANINGS ARE PROVIDED ONCE A YEAR
*I have the following dental problem(s):*
- ☐ Face swollen   ☐ I can't open my mouth
- ☐ Toothache → Circle Pain Level: low 1 2 3 4 5 6 7 8 9 10 high
- ☐ Loose tooth from recent trauma    Date of trauma ___/___/___
- ☐ Other:

**EYE**
- ☐ I would like to be seen by an EYE Doctor for eyeglasses
- ☐ Other:

How long have you had the above problem(s)? (#) _____ days / weeks / months (circle one)
Have you submitted a Health Service Request for this problem within the past 2 weeks? ☐ Yes ☐ No

STOP!!!!! PLEASE DO NOT WRITE BELOW THIS LINE STOP!!!!!

HSR Collected by: _____ Date: 1/3/18
Paper Triaged by nurse: _____ Date: 1/3/18
Referral: ☐ Now ☐ Today ☐ Routine
Entered into Cerner by: _____ Date: 1/3/18
Patient Seen by: _____ Date: 1/3/18

DATE TIME STAMP: 18 JAN 8 AM 7:34

CHS Form 86322 Rev March 2014

LIMBACHER, SHANE
12/18/1972

Case: 1:19-cv-07509 Document #: 115-13 Filed: 10/13/23 Page 4 of 6 PageID #:594

00707962c; 00731679z
20170519100

* Auth (Verified) *

## CERMAK HEALTH SERVICES OF COOK COUNTY — Health Service Request Form

Last Name: Limbacher First Name: Shane Division/Tier: 84F
Date of Birth: 12-18-72 CCDOC#: 2017051900 Today's Date: ___

**PLEASE TELL US ABOUT YOUR HEALTH NEEDS:**

**MEDS**
- ☐ I am NOT getting my prescribed medication.
- ☐ I need a refill of my prescribed medications.
- Name of medication(s): ___
- Date last received medication: __/__/__
- ☐ Other: ___

**MEDICAL**

*I would like to:*
- ☐ Receive an HIV Test or Information about HIV/AIDS
- ☐ Be screened for Sexually Transmitted Infections:
  - ☐ No Symptoms ☐ Discharge or Burning when I urinate

*I have the following Medical problem(s):*
I need to see a doctor for my neck, back, shoulder and knee pain that is a result of the accident that occured on Nov. 13th, 17. Thank you.

**MENTAL HEALTH**

*I have the following Mental Health problem(s):*
___

**DENTAL**

NOTE: ORAL HEALTH CLEANINGS ARE PROVIDED ONCE A YEAR
*I have the following dental problem(s):*
- ☐ Face swollen ☐ I can't open my mouth
- ☐ Toothache -> Circle Pain Level: low 1 2 3 4 5 6 7 8 9 10 high
- ☐ Loose tooth from recent trauma  Date of trauma __/__/__
- ☐ Other: ___

**EYE**
- ☐ I would like to be seen by an EYE Doctor for eyeglasses
- ☐ Other: ___

How long have you had the above problem(s)? (#) ___ days / weeks / months (circle one)
Have you submitted a Health Service Request for this problem within the past 2 weeks? ☐ Yes ☐ No

**STOP!!!!! PLEASE DO NOT WRITE BELOW THIS LINE STOP!!!!!**

HSR Collected by: [signature] Date: 1/8/18
Paper Triaged by nurse: Steel Date: 1/8/18
Referral: HCB ☐ Now ☑ Today ☐ Routine
Entered into Cerner by: Steel Date: 1/8/18
Patient Seen by: Steel Date: 1/8/18

'18 JAN 8 AM 7:45
DATE TIME STAMP

CHS Form 86322 Rev March 2014

LIMBACHER, SHANE Case: 1:19-cv-07509 Document #: 115-13 Filed: 10/13/23 Page 5 of 6 PageID #:595 00507962c; 00731679z
12/18/1972                                                                                                       20170519100

* Auth (Verified) *

# CERMAK HEALTH SERVICES OF COOK COUNTY — Health Service Request Form

Last Name: **Limbacher**  First Name: **Shane**  Division/Tier: **8 4F**
Date of Birth: **12-18-72**  CCDOC#: **20170519100**  Today's Date: **1-18-18**

**PLEASE TELL US ABOUT YOUR HEALTH NEEDS:**

**MEDS**
- ☐ I am NOT getting my prescribed medication.
- ☒ I need a refill of my prescribed medications.
- Name of medication(s): **Biclofen**
- Date last received medication: **12/13/17**
- ☐ Other: ___

**MEDICAL**

*I would like to:*
- ☐ Receive an HIV Test or Information about HIV/AIDS
- ☐ Be screened for Sexually Transmitted Infections:
  - ☐ No Symptoms  ☐ Discharge or Burning when I urinate

*I have the following Medical problem(s):*
Neck and back pain. The pain is causing severe headaches.

*[NC 1/20/18]*

**MENTAL HEALTH**

*I have the following Mental Health problem(s):*
___

**DENTAL**

NOTE: ORAL HEALTH CLEANINGS ARE PROVIDED ONCE A YEAR
*I have the following dental problem(s):*
- ☐ Face swollen  ☐ I can't open my mouth
- ☐ Toothache → Circle Pain Level: low 1 2 3 4 5 6 7 8 9 10 high
- ☐ Loose tooth from recent trauma  Date of trauma ___/___/___
- ☐ Other: ___

**EYE**
- ☐ I would like to be seen by an EYE Doctor for eyeglasses
- ☐ Other: ___

How long have you had the above problem(s)? (#) ___ days / weeks / months (circle one)
Have you submitted a Health Service Request for this problem within the past 2 weeks? ☐ Yes ☐ No

**STOP!!!!! PLEASE DO NOT WRITE BELOW THIS LINE  STOP!!!!!**

HSR Collected by: JWilson  Date: 1/19/18
Paper Triaged by nurse: Shemlenen  Date: 1/19/18
Referral: Yes ___ ☐ Now ☒ Today ☐ Routine
Entered into Cerner by: Shemlen  Date: 1/19/18

DATE/TIME STAMP
P JAN 19 AM 7:42

Patient Seen by: ___  Date: ___/___/___

CHS Form 86322 Rev March 2014

* Auth (Verified) *

## CERMAK HEALTH SERVICES OF COOK COUNTY — Health Service Request Form

Last Name: **Limbacher**  First Name: **Shane**  Division/Tier: **8 4F**
Date of Birth **12-18-72**  CCDOC# **20170519100**  Today's Date: **1-26-18**

**PLEASE TELL US ABOUT YOUR HEALTH NEEDS:**

**MEDS**
- ☐ I am NOT getting my prescribed medication.
- ☑ I need a refill of my prescribed medications.
- Name of medication(s): **Biclofen**
- Date last received medication: **12/13/17**
- ☐ Other: ____

**MEDICAL**
*I would like to:*
- ☑ Receive an HIV Test or Information about HIV/AIDS
- ☑ Be screened for Sexually Transmitted Infections:
  - ☐ No Symptoms  ☐ Discharge or Burning when I urinate

*I have the following Medical problem(s):*
Back, neck, left shoulder and knee pain. I need additional medical attention. The pain from my accident has existed for more than 2 months. I have daily severe headaches from my neck, teeth (chipped and loose) pain from the fall and bad eyes. I need tylonal or ibuprofin regularly

**MENTAL HEALTH**
*I have the following Mental Health problem(s):*
These issues are messing with my mental health. My many requests have gone unanswerd. The anxiety I'm experiencing is at its worst
Please help! Thank you!

**DENTAL**
NOTE: ORAL HEALTH CLEANINGS ARE PROVIDED ONCE A YEAR
*I have the following dental problem(s):*
- ☐ Face swollen  ☐ I can't open my mouth
- ☐ Toothache -> Circle Pain Level: low 1 2 3 4 5 6 7 8 9 10 high
- ☑ Loose tooth from recent trauma   Date of trauma **11/13/17**
- ☐ Other: ____

**EYE**
- ☑ I would like to be seen by an EYE Doctor for eyeglasses
- ☐ Other:

How long have you had the above problem(s)? (#) **8**  days / weeks / (months) (circle one)
Have you submitted a Health Service Request for this problem within the past 2 weeks? ☐ Yes  ☐ No

STOP!!!!!   PLEASE DO NOT WRITE BELOW THIS LINE.   STOP!!!!!

HSR Collected by: _____ CMI  Date: 1/27/18
Paper Triaged by nurse: _____ CMI  Date: 1/27/18
Referral: HSA / Dental / OT  ☐ Now  ☑ Today  ☐ Routine
Entered into Cerner by: ____  Date: __/__/__
Patient Seen by: ____  Date: __/__/__

CHS Form 86322 Rev March 2014

DATE TIME STAMP: 18 JAN 27 AM 7:42