## Cook County Health and Hospitals System
1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

### Rehab Medicine Outpt

| | |
|---|---|
| Document Type: | Rehab Medicine Outpt |
| Service Date/Time: | 10/2/2018 10:58 CDT |
| Result Status: | Auth (Verified) |
| Perform Information: | MCCARTHY DO,THERESA M (10/2/2018 10:58 CDT) |
| Sign Information: | MCCARTHY DO,THERESA M (10/9/2018 07:05 CDT) |

**Left shoulder pain**

Patient: **LIMBACHER, SHANE E**     MRN: **00731679z**     FIN: **20170519100**
Age: **45 years**   Sex: **Male**   DOB: **12/18/1972**
Associated Diagnoses: **None**
Author: **MCCARTHY DO, THERESA M**

**Visit Information**
  **Visit type**: New patient evaluation.
  **Source of history**: Self, Medical record.
  **History limitation**: None.

**Chief Complaint**
  45 y/o with c/o multiple joints complaints, especially his left shoulder, neck with radiation of pain down left arm and LBP with radiation down posterior thight - leg into sole of foot on the left. Reports back issues since november 2014. states left shoulder fell in november 2017 and hit head and onto left shoulder. denied loss of conciousness, reports 'felt shoulder like it popped out and then quickly went back into socket' and has pain with lifting his shoulder and trouble since. also c/o LBP and neck pain, radiates in his left thumb and index finger when turning head to the left. patient is right handed. Seen at SHCC by neurosurgery and further MRI imaging recommended for his low back and neck.

**History of Present Illness**
  The patient presents with shoulder problem. The location of the shoulder problem is the left shoulder. The shoulder problem is characterized by pain and limited range of motion. The severity of the shoulder problem is moderate. The timing/course of the symptom(s) related to the shoulder problem is constant and fluctuates in intensity. The shoulder problem occurred an unknown duration of time. Radiation of pain: none. The context of the shoulder problem: occurred after trauma. Exacerbating factors consist of lifting and movement. Relieving factors consist of none. Associated symptoms consist of joint instability, loss of function, left thumb and 2nd digit paresthesias only when turning head to left side, denies numbness and denies tingling.

**Review of Systems**
  ROS reviewed as documented in chart

**Health Status**
  **Allergies**:
    Allergic Reactions (Selected)
      *Severity Not Documented*
        Codeine- No reactions were documented.

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

# Cook County Health and Hospitals System
1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS    Admission Date: 5/19/2017    MRN: 005207962c; 00731679z
Birth Date: 12/18/1972    Discharge Date:
Gender: Male    FIN: 20170519100    CMRN: 1013473938

## Rehab Medicine Outpt

**Current medications**: (Selected)
   <u>Inpatient Medications</u>
     *Ordered*
        Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter: 2 PUFF, Inhalation, Inhalation, Q 6 hr kop, PRN, For Shortness of Breath, Instruction to Nursing: refill via HSR, Routine, 08/28/17 14:44:00 CDT, 36 WEEK, 01/14/19 14:43:00 CST
        acetaminophen: 650 MG = 2 TAB, Tab, PO, BID, PRN, For Pain Mild to Mod(scale 1-6) breakthrough, Routine, 06/01/18 15:56:00 CDT, 10 WEEK, 11/02/18 15:55:00 CDT
        busPIRone: 30 MG = 2 TAB, Tab, PO, Q 12 Hr, Routine, 09/28/18 21:00:00 CDT, 18 WEEK, 02/01/19 20:59:00 CST
        chlorproMAZINE: 25 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 09/28/18 21:00:00 CDT, 18 WEEK, 02/01/19 20:59:00 CST
        diclofenac: 50 MG = 1 TAB, Tab, PO, BID, PRN, For Pain Mild to Moderate (scale 1-6), Routine, 06/01/18 15:56:00 CDT, 10 WEEK, 11/02/18 15:55:00 CDT
        divalproex sodium 500 mg oral delayed release tablet: 500 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 09/28/18 21:00:00 CDT, 18 WEEK, 02/01/19 20:59:00 CST
        lidocaine transdermal patch 5%: 1 PATCH, Patch, Transdermal, Daily, Application Site: Other - See Instructions to Nursing, 06/01/18 15:56:00 CDT, 10 WEEK, 11/03/18 8:59:00 CDT
        loratadine: 10 MG = 1 TAB, Tab, PO, Daily, Routine, 05/09/18 9:00:00 CDT, 36 WEEK, 01/16/19 8:59:00 CST
        traZODone: 50 MG = 1 TAB, Tab, PO, Bedtime, Routine, 09/28/18 21:00:00 CDT, 18 WEEK, 02/01/19 20:59:00 CST
        venlafaxine: 100 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 09/04/18 9:00:00 CDT, 12 WEEK, 11/27/18 8:59:00 CST
        venlafaxine: 25 MG = 1 TAB, Tab, PO, Daily, Routine, 09/29/18 9:00:00 CDT, 18 WEEK, 02/02/19 8:59:00 CST
     *Pending Complete*
        baclofen: 10 MG = 1 TAB, Tab, PO, Q 8 Hr, Routine, 11/20/17 21:00:00, 12/13/17 20:59:00
        baclofen: 10 MG = 1 TAB, Tab, PO, TID, Routine, 07/31/18 21:00:00 CDT, 08/28/18 16:59:00 CDT
        chlorhexidine 0.12% liquid (oral rinse): 15 mL, Liquid, Swish and Spit, Q 8 Hr, Instruction to Nursing: Topical, Routine, 11/16/17 14:00:00, 01/31/18 12:00:00
        clonazePAM: 1 MG = 1 TAB, Tab, PO, Q 12 Hr, Instruction to Nursing: Week #1, Routine, 05/21/17 21:00:00, 05/28/17 15:00:00
        methocarbamol: 750 MG = 1 TAB, Tab, PO, BID, Routine, 05/07/18 17:00:00 CDT, 6 WEEK, 06/18/18 16:59:00 CDT
        methocarbamol: 750 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 05/21/17 21:00:00, 1 WEEK, 05/28/17 20:59:00
        triamcinolone nasal: 1 SPRAY, Spray, Nostril, Both, Daily, Routine, 11/02/17 9:00:00, 12 WEEK, 01/25/18 8:59:00
   <u>Documented Medications</u>
     *Documented*
        LidoPro Patch: 0 Refill(s), 01/08/18 14:19:00

**Problem list**:
   <u>All Problems</u>
     Adjustment disorder with mixed anxiety and depressed mood / 92542018 / Confirmed
     Benzodiazepine withdrawal / 3009783011 / Confirmed

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 005950**

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS　　　　　Admission Date:　5/19/2017　　　　MRN: 005207962c; 00731679z
Birth Date: 12/18/1972　　　　　Discharge Date:
Gender: Male　　　　　　　　　　FIN: 20170519100　　　　　　　　CMRN: 1013473938

---

### Rehab Medicine Outpt

C6 radiculopathy / 198517017 / Confirmed
DJD (degenerative joint disease) of cervical spine / 1481870016 / Confirmed
DJD (degenerative joint disease), lumbosacral / 101247013 / Confirmed
Bulge of lumbar disc without myelopathy / 2840290015 / Confirmed
H/O fall / 2694917016 / Confirmed
Asthma vs anxiety-related SOB / 2475605013 / Complaint of
Methicillin resistant Staphylococcus aureus / 202940017 / Confirmed
Depression with anxiety / 346979010 / Confirmed

**Histories**
　**Past Medical History**: as above
　**Family History**:
　　Hypertension
　　　　Father
　　Diabetes
　　　　　　　　　　　　　05-MAY-2014 12:01:21<$>
　　　　Father

　**Procedure history**:
　　No active procedure history items have been selected or recorded.

**Physical Examination**
　**General**: Alert and oriented, No acute distress.
　**Respiratory**: Respirations are non-labored.
　**Cardiovascular**: Good pulses equal in all extremities, No edema.
　**Musculoskeletal**
　　Normal gait.
　　Normal station.
　　　Upper extremity exam: active range limited left shoulder 'catching and cracking' between 80 to 100 degrees.
　　　　passively to over 140 degrees, no pain on AC joint with palpation
　　Neers for pain flexion positive at 80 degrees
　　Painful arc for pain abduction positive
　　Drop arm for inability to maintain 90 degrees abduction positive
　　Hawkins for impingement negative
　　Scarf sign negative
　　Jobe empty can test positive
　　Speeds test for rotator cuff tendonopathy +/- c/o pain
　　Apprehension and relocation for instability supine + pain only (could not sublux shoulder)
　　tenderness at cuff insertion on glenoid
　　no scapular winging noted when pressing on wall
　　　.

---

Report Request ID: 82759042　　　　　　Page 5,951 of 5,959　　　　Facility: CHS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 005951**

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

### Rehab Medicine Outpt

walked into clinic with black velcro closure shoes, hoppped up on exam table. major complaint left shoulder (stated neurosurgeon examined his back and waiting for MRI's to be completed) diclofenac helps with neck & back pain, nothing helps with headaches (ibuprofen helped with HA's but not getting anymore).
**Neurologic**: No focal deficits.

**Impression and Plan**
  **Diagnosis**
    Pain of left shoulder joint on movement : ICD10-CM M25.512, Discharge DX, Medical.
  **Plan**: Discussed his physical complaints with him.
  1. Cervical pain and suggestion of C6 radiculopathy on left-- awaiting MRI cervical spine.
  2. LBP with lumbar disc disease-- awaiting LS spine MRI
  3. Left shoulder pain-- his complaints appear different from his C-spine and radicular issues. provocative testing of his left shoulder indicate some possible rotator cuff pathology. start with xrays of left shoulder including Y-view. Please order xrays. I could not sublux or reproduce his feeling of left shoulder 'dislocating' on exam.
  4. f/u next rehab medicine clinic November 6th for shoulder injection (both diagnostic and therapeutic) If no improvement, may need advanced imaging .
  **Patient Instructions**: THERESA MCCARTHY Within 4 to 6 weeks next clinic.
    Counseled: Patient, Regarding diagnosis, Regarding medications, Activity, Verbalized understanding.

*Electronically Authored On: 09-Oct-18 07:05*
*Electronically Signed By: MCCARTHY DO, THERESA M*
*PAGER BUS: 708 319 6407*

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.
**19 C 7509 Limbacher 005952**