Page 1

1            IN THE UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF ILLINOIS

3                  EASTERN DIVISION

4

5    SHANE EDWARD LIMBACHER,           )

6              Plaintiff,             )

7         vs.                         ) 19-cv-07509

8    SHERIFF THOMAS J. DART, et al.,)

9              Defendants.            )

10

11

12

13            DEPOSITION OF THERESA McCARTHY, D.O.,

14                 APPEARING REMOTELY

15

16               NOVEMBER 22, 2022

17              COMMENCING AT 1:05 P.M.

18

19

20

21

22

23

24   REPORTED BY:  Linda S. Idrizi, CSR NO. 84-3704.

Page 2

1   PRESENT VIA VIDEOCONFERENCE:

2

3       LOCKE LORD, LLP,

4       (111 South Wacker Drive, Suite 4100,

5       Chicago, Illinois  60606,

6       312-443-0676), by:

7       MR. RANDALL A. HACK,

8       rhack@lockelord.com,

9           appeared on behalf of the Plaintiff;

10

11      COOK COUNTY STATE'S ATTORNEY,

12      (500 Richard J. Daley, Center,

13      Chicago, Illinois  60602), by:

14      MR. ALEXANDER PREBER,

15      alexander.preber@cookcountyil.gov,

16              and

17      MS. MIA BUNTIC,

18      mia.buntic@cookcountyil.gov,

19          representing the Defendants.

20

21   ALSO PRESENT:  Mr. Shane Limbacher, Plaintiff.

22

23

24

Page 3

1                    WITNESS INDEX

2   WITNESS:                              PAGE

3   Theresa McCarthy, D.O.,

4       Examination by Mr. Hack              4, 123

5       Examination by Mr. Preber         118, 124

6

7


8                      EXHIBITS

9   NUMBER                                PAGE

10  No. 1   UpToDate document              16

11  No. 2   Medical note                   24

12  No. 3   X-ray films                    49

13  No. 4   Correspondence                 62

14  No. 5   Medical record                 70

15  No. 6   Health service request form    94

16  No. 7   Health service request form    97

17  No. 8   Health service request form    99

18  No. 9   Grievance forms               102

19  No. 10 Health service request form    104

20  No. 11 Consultation record            108

21  No. 12 Flow chart                     111

22

23

24

Page 4

1           (WHEREUPON, the witness was duly

2              remotely sworn by stipulation of

3              the parties.)

4              THERESA McCARTHY, D.O.,

5    called as a witness herein, having been first duly

6    sworn, was examined and testified as follows:

7                      EXAMINATION

8    BY MR. HACK:

9        Q.    Dr. McCarthy, my name is Randy Hack.

10   I'm counsel appointed by the court to represent

11   Mr. Limbacher.  Will you please say your name?

12       A.    Theresa McCarthy.

13       Q.    Where do you live, Doctor?

14       A.    I live in Elmhurst, Illinois.

15       Q.    What is the address in Elmhurst?

16       A.    165 East Fremont, F-R-E-M-O-N-T,

17   60126.

18       Q.    Where are you presently employed?

19       A.    Cook County Health.

20       Q.    How long have you worked for Cook

21   County Health, Doctor?

22       A.    Since 1999.

23       Q.    And 2018, 2019 and 2020 you were a

24   doctor at John Stroger Hospital?

Page 5

1       A.      Correct.

2       Q.      Before we get into this, this seems

3    like as good a time as any.  I am not a doctor.  I

4    am not a personal injury lawyer.  If I ask a

5    question that you do not understand, will you

6    please tell me to rephrase it and I will do so?

7       A.      Yes.

8       Q.      Thank you.  I was asking about your

9    position at Cook County Hospital.  What unit or

10   department of the hospital do you work in?

11      A.      I work in the Department of Trauma.

12      Q.      And what services does the Department

13   of Trauma provide?

14      A.      I am the chair of the Division of

15   Physical Medicine and Rehab in the Department of

16   Trauma at Stroger Hospital.

17      Q.      And the practice of physical medicine,

18   I think you said physical medicine and

19   rehabilitation?

20      A.      Correct.

21      Q.      What is the practice of physical

22   medicine and rehabilitation?

23      A.      It depends on where you are employed,

24   but in general I work with people that have had

1  acute injuries such as strokes, spinal cords.  I

2  work with people with musculoskeletal injuries.  I

3  work with amputees.  I work with people that need

4  specialty bracing.  I do consults throughout the

5  hospital.

6          Q.    I believe you said you were the chair

7  of the division.  Was that the word you used?

8          A.    Correct.

9          Q.    And what are your responsibilities as

10  chair of the division?

11         A.    I evaluate -- there is three

12  physicians that are physical medicine and rehab and

13  I am one of them.  So I make sure that we cover the

14  services and clinics that we do.  I do evaluations

15  of my two peers.

16         Q.    Do you have physician assistants as

17  part of your physical medicine and rehabilitation

18  division?

19         A.    We have one physician assistant that

20  works in the musculoskeletal clinic at Stroger

21  Hospital.

22         Q.    Do you have any other medical

23  professionals other than nurses that are part of

24  your division?

Page 7

1      A.      No.

2      Q.      Do you have any physical therapists in

3  your division?

4      A.      Physical therapy is in a different

5  area under rehab services, but I have their medical

6  input.  I work collaboratively with the director of

7  rehab services.

8      Q.      Who is the director of rehab services?

9      A.      Susie Herrington.

10     Q.      Is that Dr. Herrington?

11     A.      No.  She is a physical therapist.

12     Q.      Okay.  Was Miss Herrington in her

13  position in 2018 through 2020?

14     A.      Yes.

15     Q.      And I think I asked you this before,

16  what period of time have you been the division head

17  for physical medicine and rehabilitation?

18     A.      Since they closed Oak Forest Hospital

19  in 2011.

20     Q.      Thank you.  Where did you go to

21  college, Doctor?

22     A.      Could you rephrase that?  Medical

23  school or college?

24     Q.      Where did you go to college, Doctor?

1    A.    I went to Illinois State University.

2  I have a degree in biology and chemistry.  I went

3  to the University of Iowa.  I have a Master's in

4  biomechanics.

5    Q.    After you completed your Master's

6  degree did you go to medical school?

7    A.    No.  I went to Northern Illinois

8  University and I have a Bachelor's in physical

9  therapy.

10    Q.    After you completed your studies of

11  physical therapy at Northern, did you go to medical

12  school?

13    A.    Yes, I did.

14    Q.    And what years did you attend medical

15  school?

16    A.    I was in medical school from 1986

17  through 1990.

18    Q.    Where did you go to medical school,

19  Doctor?

20    A.    Chicago College of Osteopathic

21  Medicine.

22    Q.    And what professional degree did you

23  receive upon graduation?

24    A.    A Doctor of Osteopathy.

1    Q.    Not being familiar with the difference

2  between osteopathy and what I think of as an M.D.

3  degree, are there some important differences that

4  come to your mind when you try to explain what the

5  difference is between those two degrees?

6    A.    They are very similar.  Osteopaths

7  probably spend more time on manual medicine,

8  physical exam skills.  A lot of D.O.'s become

9  family doctors.

10    Q.    Okay.  Thank you.  And when you

11  graduated with your D.O., did you have any

12  additional designations, certifications or

13  specialty attached to your degree?

14    A.    As a D.O., no, but I did an internship

15  at Chicago Osteopathic.  And then I did a residency

16  at Rush University.

17    Q.    Your first year out of D.O. school was

18  your internship year; right?

19    A.    Correct.

20    Q.    And, I'm sorry, I just didn't quite

21  catch it.  Your first year internship, you did at

22  which institution?

23    A.    I did it at Chicago Osteopathic, which

24  was in Hyde Park.

Page 10

1      Q.      And what service did you work on
2   during your first year internship?
3      A.      It was a rotating internship.  So I
4   worked on many services.
5      Q.      Did you work on orthopedics?
6      A.      I spent a month on orthopedics.
7      Q.      Did you spend any time in neurology?
8      A.      I don't recall.  I mean, it's quite a
9   while ago.
10      Q.      I know.  Let talk about your
11   internship -- I'm sorry, your residency.  You did a
12   residency at Rush; correct?
13      A.      Correct.
14      Q.      And how many years were you in
15   residency there?
16      A.      Three.
17      Q.      And when you completed your residency,
18   I'm afraid I don't know what degree or designation
19   or certification you received.  So when you got
20   done with your residency at Rush, what career
21   designation did you receive?
22      A.      You need to rephrase that, but I think
23   I know what you are asking.
24      Q.      You were a specialist in what medical

Page 11

1    service, Doctor?

2         A.    Physical medicine and rehab.

3         Q.    And you studied that for three years.

4    As part of that course of study did you work on the

5    orthopedic service?

6         A.    That's a difficult question, I mean,

7    as part of my training.  We received training in

8    manual medicine.  Excuse me, I misspoke.  We spent

9    time on many different services, some of them being

10   orthopedic.

11        Q.    Very well.  Do you have any board

12   certifications, Doctor?

13        A.    Yes.

14        Q.    And what board certifications do you

15   have?

16        A.    I am board certified by the American

17   Board of Physical Medicine and Rehab.  I am board

18   certified by the American -- by the ANEM, the

19   American Electrodiagnostic Medicine.

20        Q.    And tell me about the process for

21   obtaining those certifications.  What were you

22   required to do?  What did you do?

23        A.    For physical medicine and rehab, I

24   took written boards.  And then a year later I took

Page 12

1    oral boards.

2              For the ANEM you need to complete,

3    like, 500 EMG's and then sit for written and oral

4    boards.

5         Q.    And you completed both of those

6    successfully.  And do you maintain your

7    certification today?

8         A.    Yes.

9         Q.    Did you have your certifications in

10   the 2018 to 2020 time frame?

11        A.    Yes.

12        Q.    You have a licence to practice

13   medicine from the State of Illinois?

14        A.    Correct.

15        Q.    And have you ever -- has your license

16   ever been suspended, withdrawn or otherwise

17   ineffective for any reason?

18        A.    No.

19        Q.    You have an office at the hospital,

20   Doctor?

21        A.    No.

22        Q.    Do you have a space where you keep

23   books and records, your computer and your hat and

24   other things?

```
                                              Page 13
```

1         A.      I have access to the computer system.

2         Q.      Do you have a place at work where you

3    keep any textbooks?

4         A.      Yes.

5         Q.      And do you have any orthopedic

6    textbooks at that place in your office where you

7    keep texts?

8         A.      Yes.

9         Q.      And what orthopedic texts do you have

10   access to in your own personal library?

11        A.      I have my rehab books.  I have

12   several, like, physical exam books, one being an

13   orthopedic physical exam.  I don't recall the

14   author.

15        Q.      Can you recall the title of any of

16   those?

17        A.      Not currently.

18        Q.      Do you consult those sources

19   regularly?

20        A.      If I need to, yes.

21        Q.      When is the last time you looked at

22   one of your texts in your library that addressed

23   orthopedics?

24        A.      Last night.

Page 14

1      Q.      Which text did you look at?

2      A.      I looked at a physical medicine and

3  rehab book.

4      Q.      And who was the author of that book?

5      A.      Braddom or DeLisa.

6      Q.      Thank you.  At your office you have a

7  computer system; correct?

8      A.      Correct.

9      Q.      You have access to the Cerner medical

10  records system that is on the hospital computer

11  system?

12      A.      Yes.

13      Q.      And you use the Cerner medical record

14  system as part of your day-to-day work; correct?

15      A.      Correct.

16      Q.      And you take notes of your

17  interactions with patients on the Cerner system;

18  correct?

19      A.      Correct.

20      Q.      And when you take notes of medical

21  records, you do your best to make accurate, correct

22  notes of your interaction with your patients;

23  correct?

24      A.      Yes.

1    Q.    And you try to write down as

2    accurately as possible what you saw; correct?

3    A.    Yes.

4    Q.    And you write down as accurately as

5    you can what your patient said to you and what you

6    said to your patient; correct?

7    A.    Yes.

8    Q.    And the Cerner system will then save

9    that medical record and it will be available to you

10   or other doctors who want to look at it after that

11   patient interaction; correct?

12   A.    Correct.

13   Q.    And using that medical record system

14   is something that you do routinely, every day, as

15   part of your medical practice; correct?

16   A.    Yes.

17   MR. PREBER:  Objection, compound question.

18   BY MR. HACK:

19   Q.    The hospital system, computer system,

20   you also have access to something that is called

21   UpToDate; correct?

22   A.    Yes.

23   Q.    And what is UpToDate?

24   A.    UpToDate is -- it's something where

Page 16

1   you can look up a topic or a medication that is on

2   the computer system.

3       Q.    Is that a program that you will

4   periodically consult in the course of your

5   practice?

6       A.    On occasion.

7       Q.    I am going to ask -- this is more --

8   Dr. McCarthy, I have to ask do you have the exhibit

9   share program up in front of you and running?

10      MR. HACK:  Why don't we go off the record for

11  a minute.

12                  (WHEREUPON, discussion was had

13                  off the record.)

14          (WHEREUPON, said document was marked

15          Deposition Exhibit No. 1,

16          for identification, as of 11/22/22.)

17  BY MR. HACK:

18      Q.    Doctor, I am not a big believer in

19  surprises.  I went on the -- I signed up for an

20  UpToDate subscription.  And I printed out some

21  pages from UpToDate.

22                  And Exhibit 1 is a printout that I

23  printed out this morning from UpToDate entitled,

24  "Radiologic Evaluation of the Painful Shoulder in

Page 17

1    Adults."  Do you see that document in front of you?

2          A.     Yes.

3          Q.     Take a moment and just flip through a

4    few of the pages.  You are free to scroll down,

5    however you would like to do it.  Does this look to

6    you like the format that UpToDate appears when you

7    consulted at the hospital?

8          A.     Yes.  It does look similar, yes.

9          Q.     Okay.  Thank you, Doctor.  I would ask

10   you to turn to the fourth page of this.  And on the

11   bottom right it will be marked 4/21.  That will

12   tell you it is the fourth page out of 21.  Do you

13   see that?

14         A.     Yes.

15         Q.     I would like to refer you to

16   recommendations for specific clinical settings.  Do

17   you see that paragraph?

18         A.     Yes.

19         Q.     And it says -- this sentence appears,

20   "The appropriate choice of imaging exam is based

21   upon etiology of shoulder pain as traumatic versus

22   atraumatic."  Do you see those words?

23         A.     Yes.

24         Q.     What is the difference, Doctor,

Page 18

1    between traumatic and atraumatic?

2         A.     Traumatic would be after, say, an

3    accident, a fall.  Atraumatic would be other types

4    of onset.

5         Q.     Okay.  Turn to the next page, if you

6    would.  There is a small, short paragraph, just a

7    few sentences about magnetic resonance imaging.

8    This is in the section about traumatic injury.

9    Would you kindly read to yourself that paragraph

10   about magnetic resonance imaging that appears on

11   page five and tell when you are done?

12        A.     I have read it.

13        Q.     Okay.  Is that summary of the role

14   that magnetic resonance imaging can play in the

15   diagnosis and treatment of a traumatic injury

16   consistent with your understanding and accurate

17   from what you can tell?

18        A.     Yes.

19        Q.     Before you -- well, I know what you

20   were doing right before your deposition today, but

21   prior to today have you had a chance to speak with

22   counsel for the State's Attorney's Office prior to

23   coming to testify today?  Just a yes or no.  I

24   don't want to ask you what he said or what you

Page 19

1  said?

2      A.      Yes.

3      Q.      Okay.   That's all I wanted to know.

4  And in addition to speaking with counsel for the

5  State's Attorney's Office, before today did you

6  look at your medical records for any information or

7  indication that you had met with Mr. Shane

8  Limbacher who is the Plaintiff in this action?

9      A.      Yes, when I received a subpoena.

10     Q.      Okay.   And just tell me what you did

11  to determine when and whether you treated the

12  Plaintiff, Mr. Limbacher?

13     A.      I opened his medical records to see

14  when I had seen him.

15     Q.      And you opened the medical record,

16  could you just type his name in and get all his

17  medical file, boom, in one moment?   It shows right

18  up?

19     A.      Well, different things are sectioned

20  in different areas, but yes.   I could look at his

21  medical record.

22     Q.      And from your review of

23  Mr. Limbacher's medical records, Doctor, how often

24  did you see Mr. Limbacher in person when he was

Page 20

1    your patient?

2         A.     I saw him twice.

3         Q.     Okay.  And when you were done with

4    that review, did you have any recollection that you

5    might have seen him some other time or are you

6    confident you only saw him twice or what is your

7    state of your recollection, your degree of

8    confidence that you only saw him twice?

9         A.     It's fairly good.

10        Q.     Okay.  And to determine how often and

11   when and how often you saw a patient, the best

12   record of that would be the hospital medical record

13   system; right?

14        A.     Correct.

15        Q.     And that's what you used to determine

16   your prior interaction with Mr. Limbacher; correct?

17        A.     Yes.

18        Q.     And when is the last time that you

19   looked at Mr. Limbacher's medical records?

20        A.     The other day.

21        Q.     Okay.  In the last -- within the last

22   week?

23        A.     Yes.

24        Q.     When did you -- well, I am going to

Page 21

1   approach it differently.  Did you meet with
2   Mr. Limbacher on October the 2nd of 2018?
3        A.    Yes.
4        Q.    Before you met with Mr. Limbacher in
5   October of 2018, what did you do to prepare for
6   your visit with him?
7        A.    I don't recall.
8        Q.    Did you read his file to see if he had
9   presented previously with problems to his
10  musculoskeletal system?
11       A.    I usually -- again, I don't schedule
12  patients to be seen.  Referrals are put in.  So I
13  probably looked at his record right before I saw
14  him.
15       Q.    As you sit here today, what, if
16  anything, do you remember about what
17  Mr. Limbacher's medical records showed prior to
18  your interaction with him in October of 2018?
19       A.    You are going to have to rephrase
20  that.
21       Q.    Sure.  Do you remember anything that
22  was in his medical record?
23       A.    I don't recall.
24       Q.    Did you go back in his medical record

Page 22

1  to see if Mr. Limbacher had sustained a serious

2  trauma while he was a pretrial detainee prior to

3  your visit?

4          MR. PREBER:  Objection to vagueness.

5  BY THE WITNESS:

6          A.     I am sure I looked at his record, but

7  you are asking me to recall something over three

8  years ago.

9  BY MR. HACK:

10         Q.     If you don't remember, you are free to

11 say that.  And, yes, I am asking you that.  It's

12 important.  That's why I am asking you.  Do you

13 remember --

14         A.     Again, I don't recall.

15         Q.     When you interact with a patient, do

16 you take any handwritten notes?

17         A.     Yes.

18         Q.     Do you have any handwritten notes

19 reflecting any interaction that you might have had,

20 Doctor, with Mr. Limbacher?

21         A.     No.

22         Q.     Did you look for those at some point

23 since this lawsuit was filed?

24         A.     No.  Once -- oftentimes I will jot

Page 23

1   down things because I have another patient in 15 to

2   20 minutes.  So I usually start writing a note and

3   often have another patient that I will see.  So I

4   might jot down, but those get shredded.

5          Q.      So the only note or record then that

6   you would have of a patient interaction that would

7   have been stored or kept over time would be the

8   electronic medical record; right?

9          A.      Correct.

10         Q.      So it's not as if -- you don't have

11  some old notebook to go look at; correct?

12         A.      Correct.

13         Q.      Do you recall learning that

14  Mr. Limbacher prior to your meeting in October had

15  sustained a shoulder trauma from falling off of a

16  medical examining table?

17         A.      Again, I don't recall.

18         Q.      Do you have any recollection of

19  learning prior to your meeting with Mr. Limbacher

20  that he had previously presented with recurring

21  shoulder pain in his left shoulder?

22         A.      Again, I don't recall.  I can't sit

23  and look through every single note of other

24  individuals seeing him.  I get a general idea, look

Page 24

1   at the x-rays, talk to the patient.

2        Q.      Prior to your interaction with

3   Mr. Limbacher in October of 2018, would you have

4   looked at x-rays that had been taken previously?

5        A.      Yes, I usually do.

6        Q.      And did the hospital at that point

7   have x-rays of Mr. Limbacher's shoulder, left

8   shoulder?

9        A.      Again, I don't recall them having

10  x-rays.  That's why I ordered x-rays after I

11  examined him.

12       Q.      Dr. McCarthy, I am going to warn you.

13  I have had some problems with this feature.  So

14  please be patient.  I am going to try to change

15  exhibits.  I am going to introduce a new exhibit.

16  It will be a record of your meeting, your

17  interaction with Mr. Limbacher in October of 2018.

18            So I have to get this other one off

19  the screen and get the new one up.  It will take

20  just a minute.  And sometimes it will kick me out

21  of the system.  Here we go.

22            (WHEREUPON, said document was marked

23            Deposition Exhibit No. 2,

24            for identification, as of 11/22/22.)

Page 25

1    BY MR. HACK:

2         Q.     You should have Exhibit 2 in front of

3    you, Doctor.  Do you see it?

4         A.     Hang on.

5         MR. PREBER:  Sometimes, Dr. McCarthy, you

6    need to back out and refresh and go back in again.

7         MR. HACK:  Great point, Alex.

8    BY MR. HACK:

9         Q.     You will have to refresh that, Doctor.

10        A.     Okay.

11        Q.     Hopefully, Doctor, you see a form with

12   a rehab medicine outpatient box.  Do you see that?

13        A.     Yes.

14        Q.     Okay.  Great.  Do you see Exhibit 2 in

15   the bottom, right-hand corner?  It's a little,

16   yellow stamp down there?

17        A.     Yes.

18        Q.     Tell me what Exhibit 2 is?

19        A.     It's the note that I wrote after I saw

20   him.

21        Q.     And it's -- would you turn to the last

22   page of that note, Doctor.  Please tell me when you

23   are there, please.

24        A.     I'm there.

1          Q.      Okay.   That's your electronic

2     signature on the -- about halfway down on the

3     left-hand side; right?

4          A.      Correct.

5          Q.      And the electronic signature, the

6     system applies when you click that you are done

7     with your medical record?

8          A.      Correct.

9          Q.      And what happens after you click done?

10         A.      The note can't be altered.

11         Q.      And then it's stored in the system;

12    right?

13         A.      Correct.

14         Q.      Let's go back to the beginning, if we

15    could.  The note reflects service time, date.  You

16    saw Mr. Limbacher in the morning just a few minutes

17    before 11:00; right?

18         A.      Correct.

19         Q.      And you indicate that's -- you would

20    activate the computer program to take a medical

21    note pretty much at the start of an exam; right?

22         A.      Correct.

23         Q.      And then you finish the note about a

24    week later it looks like at 7:05 in the morning on

Page 27

1   the 9th of October.  Do I understand that

2   correctly?

3          A.     I finalized the signature, yes.

4          Q.     Okay.  And so tell me what part of

5   this note is, as best you remember, was information

6   that you input and did some of this information

7   come from somewhere else?  Did you copy it over

8   from somewhere else?  Did somebody else put it in?

9   That's what I am trying to understand?

10         A.     No, I put it in.

11         Q.     So you prepared the entire note, start

12  to finish?

13         A.     Well, if you hang on.  I did the visit

14  information.  I typed the chief complaint, his

15  history of his present illness.  I did that.

16                The health status, his medications,

17  the problem list, the history is generated from the

18  chart.

19         Q.     Okay.

20         A.     And I did the physical examination and

21  the impression and plan.

22         Q.     All right.  Thank, you, Doctor,

23  because that seemed to me that some of this came

24  from somewhere else, that it was from some other

Page 28

1   system.  So how long did you spend with

2   Mr. Limbacher that day?

3        A.     Again, I don't recall exactly.

4   Anywhere from 20 to 30 minutes.

5        Q.     Okay.  And how many patients -- do you

6   have a standard time that you are allotted to visit

7   with the patient when you are on the floor and

8   delivering patient care?

9        A.     Well, you will have to rephrase that

10  because I'm not on a floor.  I am in a clinic.

11       Q.     Okay.  When you are in the clinic, how

12  often do you have a patient appointment scheduled?

13       A.     At the Cermac Health Center, I'm not

14  sure.  Probably every half hour.

15       Q.     Okay.  You met Mr. Limbacher over at

16  Cermac; correct?

17       A.     Correct.

18       Q.     And how often in the 2018 time frame

19  did you provide care to patients at Cermac Health

20  Services?

21       A.     I have a clinic the first Tuesday of

22  every month.

23       Q.     Okay.  And would you go at other times

24  periodically to follow up on patients for other

Page 29

1   reasons or was it that was a regular schedule and

2   you stayed on it?

3        A.    That was my regular schedule and I

4   stayed on it.

5        Q.    Thank you.  What did Mr. Limbacher

6   report to you about the symptoms that he was

7   experiencing at his visit in October of 2018?

8        A.    Well, he had multiple complaints as

9   stated in the chief complaints.

10        Q.    Do you recall anything that

11   Mr. Limbacher told you about his left shoulder?

12        A.    That he had fallen.  He hit his head

13   and his shoulder.

14        Q.    Do you remember anything else that he

15   said to you about his shoulder?

16        A.    He felt like his shoulder -- again, I

17   am looking at my note.

18        Q.    Okay.

19        A.    It popped out and quickly went back

20   into the socket.

21        Q.    As a medical professional, did that

22   sound to you like he might have dislocated his

23   shoulder when he fell?

24        A.    Yes, it's possible.

Page 30

1      Q.      And what is a shoulder dislocation,

2   Doctor?

3      A.      A shoulder dislocation is when his

4   shoulder can move outside of the shoulder socket,

5   outside of the glenoid socket.

6      Q.      So the ball pops out of socket?

7      A.      Figuratively speaking.

8      Q.      How could I describe it more

9   accurately?

10      A.      Again, this was his perception of what

11   happened.

12      Q.      Okay.  Do you remember anything else

13   that Mr. Limbacher said to you about his left

14   shoulder injury?

15      A.      Just he was having pain, trouble

16   lifting.

17      Q.      Did he tell you he was having trouble

18   sleeping?

19      A.      I don't recall.

20      Q.      Did he tell you that the pain was

21   chronic and repetitive?

22      A.      Well, I assumed it had to be if this

23   occurred in 2017.

24      Q.      Did he tell you that it interferred

Page 31

1   with his ability to do his daily tasks?

2          A.     I don't recall.

3          Q.     Did he tell you that it was difficult

4   for him to sleep?

5          A.     Excuse me.  You have to say that

6   again.  Difficult for him to do what?

7          Q.     To sleep, Doctor?

8          A.     I don't recall.

9          Q.     What did you say -- before you began a

10  physical -- let me start over.  Did you do a

11  physical examination of Mr. Limbacher on October

12  the 2nd?

13         A.     Yes.

14         Q.     Before you did your physical

15  examination, what did you say to him?

16         A.     Again, I'm sorry.  I talk to people.

17  I don't recall exactly what I said.

18         Q.     Okay.  Do you have a standard

19  procedure that you follow when somebody presents to

20  you with a potential shoulder dislocation or other

21  shoulder pain?

22         A.     Well, I usually before I even touch

23  them I ask them to raise their arm to show me what

24  they can do with their shoulder, look at the other

Page 32

1     shoulder.

2           Q.     What tests or what diagnostic tests or

3     procedures did you perform on Mr. Limbacher at your

4     visit on October 2nd of 2018?

5           A.     I did several tests, if you will look

6     down in my examination.

7           Q.     Sure.  Where would I find that?  On

8     the physical examination section, Doctor?

9           A.     Correct.

10          Q.     What did you do?

11          A.     I asked him to move it.  And then I

12    evaluated how much he could lift it.  He said it

13    was catching and cracking.

14          Q.     Did you hear that, Doctor?

15          A.     No.

16          Q.     If a shoulder is catching and

17    cracking, what might that signal to you as a

18    physician, a physical medicine physician?

19          MR. PREBER:  Objection, speculation.

20    BY THE WITNESS:

21          A.     It could mean many things.

22    BY MR. HACK:

23          Q.     If you are listening to a person's

24    shoulder and you hear cracking and creaking, what

Page 33

1    things come immediately to mind that you need to

2    look more closely for?

3         A.     Again, we all make noise when we move

4    our joints, sometimes it can be just the patient's

5    joints.  So that's a difficult question to answer.

6         Q.     If a patient reports to you that they

7    feel like it's making noise and creaking, that,

8    though, is a complaint you would take seriously,

9    isn't it?

10        A.     Yes.

11        Q.     You would try to get to the bottom of

12   what might be causing that perception by the

13   patient; right?

14        A.     Yes.

15        Q.     Okay.  I think I might have

16   interrupted you, Doctor, and I'm sorry about that.

17        MR. HACK:  Linda, can you go back to my

18   question which was maybe three ago.

19                   (WHEREUPON, the record was read

20                    by the reporter as requested.)

21   BY MR. HACK:

22        Q.     Pardon me, Doctor.  I interrupted your

23   explanation of your physical exam of Mr. Limbacher.

24   Would you please tell us what physical examination

Page 34

1   you made of his left shoulder on October the 2nd,

2   2018?

3          A.     As I stated previously, I usually ask

4   them to move it first and watch how they move their

5   shoulder.  I ask them to raise it up in front, to

6   the side, to rotate it and assess how they move it.

7   Then I physically put my hands on them and perform

8   different maneuvers on their shoulder.

9          Q.     And what maneuvers did you perform on

10  Mr. Limbacher that day to test for possible

11  pathologies?

12         A.     I did a Neer's test.

13         Q.     Did you do any other tests?

14         A.     Yes.

15         Q.     What other tests did you do?

16         A.     I asked him to move his arm in an

17  abducted position.  I did a Hawkin's test.  I did a

18  Scarf's sign.  I did an empty can test.  I did a

19  Speed's test.

20                Again, I tried to fully evaluate his

21  shoulder.  I did an apprehension test to see if I

22  could sublux or move his shoulder.

23         Q.     When you completed your physical

24  examination what diagnosis did you arrive at?

Page 35

1      A.      That he had a possible pathology in

2   his shoulder.

3      Q.      And did you have any more of a

4   specific diagnosis in mind at that point in time?

5      A.      Well, I did not feel he had a rotator

6   cuff tear, but he could have a tendinopathy.  He

7   could have arthritis within his joint proper.  He

8   could have a shoulder that, like, that is looser in

9   the socket.  There is lots of things that can cause

10  a painful shoulder.

11     Q.      Is a looseness in the socket something

12  that could be caused by repetitive dislocations?

13     A.      Yes, but as far as I knew he had said

14  he had one dislocation when he fell or the

15  perceived feeling of a dislocation.

16     Q.      And it's your recollection that he had

17  said he had one and only one episode of dislocation

18  prior to meeting with you?

19     A.      His -- correct.  His focus was that he

20  had fallen X amount of time, a year ago.

21     Q.      You had noted that Mr. Limbacher had

22  fallen a year ago and yet was still experiencing

23  pain and came to you for a follow-up visit.

24          Did that passage of time by itself

Page 36

1    concern you, that the patient had not been made

2    well after the passage of an entire year?

3         MR. PREBER:  Objection to leading and

4    objection to speculation.

5    BY THE WITNESS:

6         A.    Well, he also complained of other

7    issues.  He had injured his neck.  A lot of things

8    can cause shoulder pain.  Pain is a perceived

9    feeling.

10   BY MR. HACK:

11        Q.    When a patient tells you that they are

12   experiencing pain, you treat their perception as

13   important clinical information, don't you?

14        MR. PREBER:  Objection to leading.

15   BY THE WITNESS:

16        A.    That's always taken into -- you have

17   to put the whole picture together.

18   BY MR. HACK:

19        Q.    Right.  So you would consider their

20   perception, your observation, the passage of time,

21   how the shoulder sounds, how it feels, how it

22   moves.  Those are among the things you would

23   consider in making your examination; correct?

24        A.    Correct.

Page 37

1       Q.      Did you consider whether -- at the

2   October visit, did you consider whether

3   Mr. Limbacher had any type of fracture, large or

4   small, in his joint, shoulder joint?

5       A.      Well, I don't recall seeing an x-ray.

6   That's why I ordered one.

7       Q.      Okay.  Is the only way you could tell

8   if there was a fracture in the normal case is to

9   use an x-ray for that review?

10      A.      That's where you would start, correct.

11      Q.      And an x-ray for a shoulder injury is

12  kind of the first line procedure, isn't it?

13      A.      Yes.

14      Q.      Did you consider whether Mr. Limbacher

15  had a partial tear of his joint capsule?

16      A.      Again, that could also be a

17  possibility.

18      Q.      And if that was something that you

19  were concerned with, how would you have tested for

20  that, Doctor?

21      A.      Well, again, you would start with an

22  x-ray.

23      Q.      Okay.  Did you consider the

24  possibility that he might have had some bone loss

Page 38

1    in his shoulder?

2         MR. PREBER:  Objection to leading.  Objection

3    to speculation.

4    BY THE WITNESS:

5         A.    Again, I don't recall his exact age.

6    He is 49, that would not have been the top of my

7    list -- 45.

8    BY MR. HACK:

9         Q.    Right.  He was in his 40's.  So your

10   instinct would have been that bone loss would not

11   likely be something that he would be suffering at

12   that age unless something unusual had presented;

13   correct?

14        A.    Correct.

15        Q.    Doctor, what is an instability lesion?

16   I'm afraid I just don't know.  Can you tell me what

17   that is?

18        A.    Instability lesions can happen if

19   there has been some type of injury to the capsule,

20   the labrum, to the muscles.  I mean, the ligaments.

21   You can end up having extra play in your shoulder.

22   It can happen with many things.

23        Q.    And when you met with Mr. Limbacher in

24   October of 2018, were you concerned that he

Page 39

1  possibly had an instability lesion in his shoulder,

2  his left shoulder?

3       A.    Again, that's always a possibility.

4       Q.    And if you wanted to test for that,

5  Doctor, what imaging would you use to do that?

6       A.    Okay.  You need to rephrase that

7  because you are asking something that I would not

8  start with, which would be an MRI.

9       Q.    Well, I think we agreed, I believe,

10  that the first line of -- the first line treatment

11  for a shoulder would be to take an x-ray; correct?

12       A.    Correct.

13       Q.    And can you determine whether there is

14  an instability lesion from just reading an x-ray?

15       A.    It depends.

16       Q.    Okay.  And if an x-ray is negative,

17  but you were still concerned that a patient might

18  have such a problem, what would you do next?

19       MR. PREBER:  Objection to speculation.

20  BY THE WITNESS:

21       A.    If that was my number one concern, I

22  would get an MRI.  I tried to sublux his shoulder

23  when I examined him and I could not.

24  BY MR. HACK:

Page 40

1      Q.      What is a glenoid deformity, Doctor?

2      A.      The glenoid is the small area within

3   the shoulder where the humerus sits.

4      Q.      Okay.

5      A.      And it's part of the scapula.

6      Q.      Right.  And glenoid deformities can be

7   painful; correct?

8      A.      Yeah.

9      Q.      And they can be chronic, meaning they

10  are painful every day; correct?

11     A.      Correct.

12     Q.      And did you consider the possibility

13  when you met with Mr. Limbacher in October of 2018

14  that he had a glenoid deformity in his left

15  shoulder?

16     A.      That's always a consideration.

17     Q.      And what is the first line of imaging

18  that you would do to test for that?

19     A.      Again, I would always start with an

20  x-ray.

21     Q.      Okay.  If the x-ray is negative, does

22  that automatically mean that there is no glenoid

23  deformity?

24     A.      No.

Page 41

1      Q.      If you wanted to test whether a

2  patient had a glenoid deformity, what other imaging

3  procedure might you use?

4      A.      For imaging?

5      Q.      Yes.

6      A.      You could do an MRI.

7      Q.      Okay.

8      A.      Oftentimes you want to do conservative

9  management, such as therapy, to make sure there is

10  no other issues.

11      Q.      I know the word conservative is used

12  in a variety of contexts.  As a physician how do

13  you use that word, Doctor?

14      A.      For me, as a rehab physician, I use it

15  meaning a nonsurgical way.

16      Q.      So you would prefer to avoid surgery

17  if necessary, correct?

18      A.      Correct.

19      Q.      But if a patient presents with a

20  problem that cannot be resolved, short of surgery,

21  well then that patient needs surgery, don't they?

22      A.      Again, I am not a surgeon.  I would

23  have that discussion with a surgeon.

24      Q.      Okay.  For a shoulder surgery, you

Page 42

1    would have that conversation with an orthopedic

2    surgeon; right?

3         A.    Correct.

4         Q.    Did you ever discuss Mr. Limbacher's

5    presentation in October with any orthopedic

6    surgeon?

7         A.    In October, no.

8         Q.    Did you discuss Mr. Limbacher's

9    presentation with Dr. Kompotis?

10        A.    I'm sorry.  I did not catch that name.

11        Q.    Do you know a gentleman, a physician

12   now retired who used to work at Cermac Health

13   Service by the name of Dr. Kompotis?

14        A.    Yes, he is an orthopedic surgeon.

15        Q.    Right.  And my question to you,

16   Doctor, was did you discuss Mr. Limbacher's

17   presentation with Dr. Kompotis?

18        A.    I did not.

19        Q.    Did you discuss Mr. Limbacher's

20   presentation with anyone from the orthopedic

21   department, either at Cermac or at Stroger?

22        A.    I did not.

23        Q.    Doctor, we have gone about an hour.

24   Let's take two minutes, a couple minutes, just to

Page 43

1    get a glass of water and we will come right back

2    and keep going; all right?

3          A.     Okay.

4                    (WHEREUPON, a recess was had.)

5          MR. HACK:   Back on the record.

6    BY MR. HACK:

7          Q.     Doctor, when you examined

8    Mr. Limbacher on October 2nd of 2018 did you see

9    any indication of a deltoid strain?

10         MR. PREBER:  Objection to leading.

11   BY THE WITNESS:

12         A.     I did not.

13   BY MR. HACK:

14         Q.     If you wanted -- what imaging is best

15   suited for observing and diagnosing a deltoid

16   muscle problem?

17         A.     Again, any soft tissue, labrum muscle

18   problem would be best imaged on an MRI.

19         Q.     Did you see any evidence of deltoid

20   atrophy at your examination of Mr. Limbacher in

21   October of 2018?

22         A.     I did not.

23         Q.     Did you see any evidence that the

24   deltoid was sort of inactive or not firing?

Page 44

1          A.      Again, it cannot fire because someone

2     is in pain or limited in their shoulder movement.

3          Q.      Okay, but did you observe anything

4     that suggested to you that he had a biceps problem?

5          A.      I did not.

6          Q.      Tell me what is the labrum for?  What

7     does it do in our bodies?

8          A.      The labrum is like a cartilagineous

9     extension of the glenoid.  That's why our shoulders

10    are so mobile.  The labrum kind of extends into the

11    joint.

12         Q.      Right.  Essentially, I believe I have

13    this right, the labrum holds the ball in the socket

14    so it can move around and pivot; right?

15         A.      Correct.

16         Q.      Did you see any indications when you

17    visited with Mr. Limbacher of any labral tearing?

18         A.      I did not.

19         Q.      The labral being a muscle, if you

20    wanted to test for labral testing you would get an

21    MRI; right?

22         A.      The labrum is not a muscle.  The

23    labrum is a cartilagineous extension of the glenoid

24    within the joint.

Page 45

1    Q.    Okay.  And to test whether there is a

2    problem with the cartilagineous extension, do you

3    use a plain film, an MRI, a CT?  What would give

4    you the best image?

5    A.    You could evaluate with an arthrogram

6    or inject into the joint, do a CT or do an MRI.

7    Q.    Could we turn, Doctor, to the last

8    page of the exhibit together, please.  And we see

9    the impression and plan section; correct?

10   A.    Yes.

11   Q.    And that part of the medical record is

12   the part that you prepared; correct?

13   A.    Correct.

14   Q.    You know what, I'm sorry.  I hate to

15   do this.  Can you go back to the first page.  I

16   just need to ask you a couple of questions about

17   one section.  My apologies.

18         There is a history of present illness

19   section on that first page; correct?

20   A.    Correct.

21   Q.    And that is something that you wrote

22   either during or within a few days after your visit

23   with Mr. Limbacher; correct?

24   A.    Correct.

Page 46

1      Q.     And here you are trying to write down
2   as accurately as you can what he said to you about
3   the history of the injuries or other pathologies
4   which he is seeking care; correct?
5      A.     Yes.
6      Q.     Now, back to that last page, Doctor.
7   The diagnosis section, you wrote that; right?
8      A.     Correct.
9      Q.     And did you identify a specific cause
10   or reason for the pain that he was feeling in his
11   left shoulder?
12      A.     At that time it was not obvious.
13      Q.     So what did you decide was the next
14   appropriate level of care for the patient?  What
15   should come next?
16      A.     I felt I needed to do an x-ray.
17      Q.     Anything else, Doctor?
18      A.     Well, I asked him about therapy.  And
19   he said he had tried therapy and it hadn't helped.
20      Q.     Do you remember anything else that he
21   said to you about why therapy was ineffective for
22   him?
23      A.     I don't recall.
24      Q.     Did you encourage him or tell him he

Page 47

1   should go back to therapy?

2          A.      I always do.

3          Q.      But do you remember what you said to

4   Mr. Limbacher?

5          A.      I do not.

6          Q.      Under the left shoulder pain, Doctor,

7   you asked for x-rays of the left shoulder including

8   a Y view; correct?

9          A.      Correct.

10         Q.      And what is a Y view, Doctor?

11         A.      A Y view is an image where the x-ray

12  is taken and you can see the humerus in relation to

13  the glenoid.

14         Q.      Okay.  Why was that information likely

15  to be important to you?

16         A.      To see where his humerus was sitting

17  in relation to his glenoid fossa.

18         Q.      Item 4, did you prescribe -- maybe

19  that's the right word -- a shoulder injection for

20  Mr. Limbacher?

21         A.      Well, I had discussed let's get an

22  x-ray.  I will see you back.  We will talk about

23  the x-ray and possibly do an injection for the

24  shoulder pain.

Page 48

1          Q.      And that would have been a

2     cortisone -- you were discussing a cortisone

3     injection at the time; right?

4          A.      Correct.

5          Q.      And is that known as a Kenalog

6     cortisone injection?

7          A.      Kenalog is Triamcinolone which is an

8     injectable steroid.

9          Q.      Okay.  Is that what you had in mind at

10    that time?

11         A.      Yes.

12         Q.      And at the time, October 2nd, did you

13    know where you were going to place the injection if

14    you were going to give him one?

15         A.      No.

16         Q.      And are there multiple places you

17    could give an injection in the shoulder?

18         A.      Yes.

19         Q.      And there are a couple of joints in

20    the shoulder; right?

21         A.      Yes.

22         Q.      And, for example, can you inject

23    either joint?

24         A.      You can inject different areas within

Page 49

1  the shoulder.

2       Q.    Okay.  Could you also inject in one

3  joint or the other?

4       A.    Yes, or both.

5       Q.    Okay.  And at that point did you have

6  any sense which of the two joints you might -- or

7  which of the two joints was causing him pain?

8       A.    No.

9       Q.    Anything else that you remember from

10 your interaction with Mr. Limbacher on October 2nd

11 of 2018?

12      A.    Well, no, other than what I stated.

13      Q.    Right.  Go ahead, Doctor, please?

14      A.    Other than what I stated.

15      Q.    Okay.  Let's look at another exhibit.

16 This will be marked 3.

17           (WHEREUPON, said document was marked

18            Deposition Exhibit No. 3,

19            for identification, as of 11/22/22.)

20 BY MR. HACK:

21      Q.    Doctor, if I did this right, you

22 should have four pages of plain film for

23 Mr. Limbacher dated October 11th, 2018.  Would you

24 take a look through this exhibit for a moment,

Page 50

1    please?

2              Did you look through Exhibit 3,

3    Doctor?

4         A.    Yes.  It's an x-ray.

5         Q.    Are these four images x-ray images of

6    Mr. Limbacher's left shoulder?

7         A.    Yes.

8         Q.    And that's indicated by the stamp that

9    says, "Shoulder, Cermac Health Care."  And then

10   there is a date October the 11th, 2018; correct?

11        A.    Yes.

12        Q.    And are you trained to read and

13   interpret shoulder x-rays?

14        A.    I have not had formal training, no,

15   but I look at all of the patient x-rays.

16        Q.    These are the x-rays that were taken

17   on your instruction after your meeting with

18   Mr. Limbacher early in October of 2018; correct?

19        A.    Correct.

20        Q.    And let's go through these pages one,

21   two, three, four; okay.  The first page, I am just

22   going to put this on the record is Limbacher

23   001078.  Do you observe any pathology on the first

24   page?

Page 51

1        A.      His AC joint looks good.  There is a

2    little -- it's hard to see at the edge of the

3    bottom of his humerus, there is a little spurring.

4    And he has a little cyst.  I mean, minor things.

5        Q.      Is that spurring, Doctor, if we sort

6    of look at the humerus bone, sort of very bottom

7    left, maybe about 7:00?

8        A.      Yes.

9        Q.      Anything else notable to you about the

10   plain film image on this page?

11       A.      No.

12       Q.      Let's turn to the next page.  The last

13   two digits are 79.  This is a different view of his

14   left shoulder; right?

15       A.      Yes.

16       Q.      And studying this x-ray image, do you

17   see any pathology on this page?

18       A.      Again, he has that spurring on the

19   humerus.  You can see some cysts in the glenoid.

20   And that's what I see.

21       Q.      Nothing else remarkable about that

22   image?

23       A.      No.  Where his rotator cuff attaches

24   at the top at midnight, there looks like there is

Page 52

```
 1    some small cysts.
 2            Q.      Okay.  Let's turn to the next page, if
 3    we could please, Doctor, which ends in 80.
 4    Another image of Mr. Limbacher's left shoulder.
 5    Same date, October 11, 2018.  Do you see any
 6    indications of pathology in this x-ray?
 7            A.      Again, he has got a some cyst where
 8    his rotator cuff attaches.  He has cysts in his
 9    glenoid area.  His shoulder is down a little bit.
10            Q.      Anything else notable on Page 80?
11            A.      No.
12            Q.      Let's turn to the next page, 81.
13    Another view of Mr. Limbacher's left shoulder;
14    correct?
15            A.      Yes.
16            Q.      What do you observe on this x-ray that
17    is clinically significant?
18            A.      Again, his humerus has some cysts.
19    It's down a little.  His glenoid, again, there is
20    cysts within his glenoid area.  I don't really --
21    again, it's not your typical -- at the bottom of
22    his glenoid, it doesn't look like a typical Hill
23    Sach's lesion -- or Bankart, I misspoke.
24            Q.      The Bankart lesion, that's on the
```

Page 53

1    socket side; right?

2         A.    Yes.

3         Q.    When you first read this film did you

4    consider the possibility of a Bankart lesion on

5    his -- in his left shoulder?

6         A.    Well, if he dislocated it, that's --

7    sometimes you can see that on film.

8         Q.    And tell me what is a Bankart lesion?

9         A.    The most common way to dislocate a

10   shoulder is anterior and inferior.  And part of the

11   bottom of where the glenoid is it can become, like,

12   chipped or come off.

13        Q.    Okay.  And is one of the consequences

14   of a Bankart lesion a recurring pain in that part

15   of the shoulder?

16        A.    It can be.

17        Q.    Seeing this film in October, were you

18   of the mind that you needed to rule out the

19   possibility that Mr. Limbacher had a Bankart lesion

20   on his glenoid?

21        MR. PREBER:  Objection to leading.

22   BY THE WITNESS:

23        A.    You need to restate that.

24   BY MR. HACK:

1      Q.      Okay.  When you read the film, did it

2   occur to you that there is a possible indication of

3   a Bankart lesion?

4      A.      Again, I see cyst-like areas in the

5   glenoid, which would have led me to try to inject

6   his shoulder for him to see if that took away the

7   pain.

8      Q.      If an injection was ineffective and

9   the pain caused -- let me start over.  Can a

10  Bankart lesion be painful to a patient?

11     A.      A lot of things can be painful to a

12  patient.

13     Q.      Including a Bankart lesion; right?

14     A.      Yes.

15     Q.      And if you have a significant one, it

16  can hurt a lot; right?

17     A.      I suppose.

18     Q.      And so one conservative treatment for

19  a Bankart lesion would be to inject the area;

20  correct?

21     A.      Yes.

22     Q.      With cortisone; correct?

23     A.      Correct.

24     Q.      And if the cortisone doesn't resolve

Page 55

1   the pain, what is the next step in treating the

2   Bankart lesion?

3          A.      Well, I would get an MRI to confirm

4   and then I would refer to a surgeon.

5          Q.      Okay.  When you look at the pages that

6   we just saw together, Doctor, all four of them, do

7   you see any indications of arthritis in the film?

8          A.      Well, yes.  If you are thinking of a

9   subchondral cyst by where the rotator cuff

10  attaches, there is some subchondral cysts within

11  the glenoid itself.  There looks to be some cysts,

12  yes.

13         Q.      Okay.  And because you and I are not

14  together in the same room, what image are you

15  looking at when you just spoke, Doctor?

16         A.      Well, you can see them in several of

17  the images.

18         Q.      Okay.  Let's go through them.

19         A.      In the first image there is a cyst to

20  the top of his shoulder.  You can't -- if you --

21  you can't really see the glenoid that well.

22         Q.      Okay.

23         A.      In the second one, again, you can see

24  several small cysts in the area of the glenoid.

Page 56

1    His AC joint looks okay.  There is a cyst where the

2    rotator, part of the rotator cuff attaches on the

3    humerus.  You can see a little bit of them in the

4    third film again and in the fourth.

5         Q.    Okay.  So in these areas on all four

6    of these images there is indication of

7    osteoarthritis; correct?

8         A.    If you are referring to subchondral

9    cysts, yes.

10        Q.    Is a subchondral cyst a type of

11   arthritis?

12        A.    You usually see that, again, in

13   association with osteoarthritis.

14        Q.    Okay.  So is it a marker for

15   osteoarthritis?

16        A.    I wouldn't call it a marker.  It's a

17   radiographic finding.  You get sclerosis,

18   subchondral cysts.  There is a certain look to

19   osteoarthritis.

20        Q.    Okay.  And when you see a subchondral

21   cyst, does that tell you as a clinician that you

22   should look closely to see if there is associated

23   osteoarthritis in the joint?

24        MR. PREBER:  Objection to leading.

Page 57

1   BY THE WITNESS:

2       A.      When you say look closely, what do you

3   mean?

4   BY MR. HACK:

5       Q.      Which of those two words do you not

6   understand, look closely?

7       A.      You have to rephrase because you can

8   see cysts here.  So, I mean, it's kind of an

9   assumption.

10      Q.      When you see a cyst -- my question,

11  Doctor, is somewhat -- I am trying to understand

12  what does that mean to you as a clinician.

13              When you saw that cyst, does that tell

14  you that you should think about the possibility

15  that the patient might also have osteoarthritis in

16  the approximate area of the joint?

17      A.      Yes.

18      MR. PREBER:  Objection to leading.

19  BY MR. HACK:

20      Q.      And did you look for that?  Did you

21  look for indications that Mr. Limbacher had

22  osteoarthritis when you looked at the film?

23      A.      Again, you are making that assumption

24  when you see cysts.

1      Q.     Yeah.  My question -- pardon me.  I
2   must not be -- I would like to -- I don't want you
3   to assume something.  I want to just know when you
4   saw the evidence of the cysts, did it make you want
5   to -- did you decide that you were going to also
6   look closely to see if he had osteoarthritis?
7      MR. PREBER:  Objection as to leading.
8   BY THE WITNESS:
9      A.     What you are asking makes no sense to
10  me.
11  BY MR. HACK:
12     Q.     Let's approach it another way.  You
13  are a doctor; right?  And a patient presents to
14  you.  You are going to think about all of the
15  symptoms he might present with; right?  You are
16  going to listen to what he says and consider
17  possible explanations for the symptoms; right?
18     A.     Yes.
19     Q.     Okay.  And one of your jobs as a
20  doctor is to rule out problems; right?
21     A.     Well, by trying to figure out a
22  diagnosis, you rule out issues.
23     Q.     Right.  And that's what -- tell me
24  what is the point of making a diagnosis, Doctor?

Page 59

1          A.      You want to try to help the patient.

2          Q.      So you want to get to the truth.  You

3     want to figure out what the reason is that the

4     patient is presenting with pain or inconvenience or

5     a joint that doesn't work; right?

6          A.      Yes.

7          Q.      And so did it occur to you when you

8     looked at this film that the patient might have

9     osteoarthritis?

10         MR. PREBER:  Objection to leading.

11    BY THE WITNESS:

12         A.      Yes.

13    BY MR. HACK:

14         Q.      Okay.  What did you do to determine

15    the severity and extent of the osteoarthritis?

16         A.      That's why I ordered the x-ray, to try

17    to determine what might be causing his pain.

18         Q.      Okay.  When you got the x-rays back

19    and you read them, what were you going to do next

20    to figure out the severity of his osteoarthritis?

21         A.      Again, he -- I offered him an

22    injection into his shoulder joint to see if it

23    would alleviate his discomfort, to try to tease it

24    out from his neck and cervical complaints.

Page 60

1        Q.      Okay.  Did you consider referring him

2   to an orthopedist for additional care?

3        MR. PREBER:  Objection, leading.

4   BY THE WITNESS:

5        A.      At that point in time, no.

6   BY MR. HACK:

7        Q.      Did you consider referring him to any

8   other physician or medical professional?

9        A.      Again, I offered him an injection and

10  he declined.

11       Q.      Okay.  My question was not about his

12  injection.  My question was did you -- you said no,

13  you didn't consider referring him to an

14  orthopedist.  I asked you did you consider

15  referring him to anybody else?

16       A.      No.  At that time, no.

17       Q.      Did you consider at that time whether

18  you should ask the patient to be seen for

19  additional imaging?

20       MR. PREBER:  Objection to leading.

21  BY THE WITNESS:

22       A.      You are referring to the second time I

23  saw him?

24  BY MR. HACK:

1      Q.     No.  I am just asking you when you saw

2  the film, I am just trying to put you back in your

3  frame of mind when you read the film.

4             So when you read the film, did you

5  consider sending Mr. Limbacher for additional

6  imaging at Stroger or at Cermac Health Services?

7      A.     On that day, no, I did not.

8      Q.     Why did you not on that day consider

9  sending Mr. Limbacher for additional imaging

10 services either at Cermac or Stroger?

11     A.     When I saw him on that day, he said

12 his shoulder felt better.  I offered a way to try

13 to determine how much pain his shoulder was causing

14 him and he declined.  He wanted to follow up with

15 the neurosurgeon regarding his neck and the MRI's

16 for his neck.

17     Q.     Okay.  Doctor, I am going to try to --

18 I think we are mixing apples and oranges we don't

19 mean to.  I am trying to go back -- not when you

20 are with Mr. Limbacher.  You saw him on October the

21 2nd.  The films were taken on the 11th.  You read

22 the film at some point after the 11th; right?

23     A.     Correct.

24     Q.     Okay.  When you got the film and you

Page 62

1    read it, why did you not send him for additional

2    imaging right then and there?

3         A.     Because when I seen him back and,

4    again, looking at his x-ray, I was trying to

5    determine how much pain his shoulder was causing

6    him.  So my next step would have been to see him

7    back, which I did, and offer him an injection into

8    his joint.

9              (WHEREUPON, said document was marked

10             Deposition Exhibit No. 4,

11             for identification, as of 11/22/22.)

12   BY MR. HACK:

13        Q.     Okay.  Let's look ahead to your next

14   exhibit.  Exhibit 4 is in front of you, Doctor?

15        A.     Not yet.  Hold on.

16        Q.     Okay.

17        A.     Okay.

18        Q.     Great.  One of the things that the

19   Cerner system records, Cerner medical system at

20   Cook County records is correspondence,

21   communications between you and other medical

22   professionals; correct?

23        A.     Correct.

24        Q.     And Exhibit 4 is a record of

Page 63

1    correspondence between you and Barbara Davis;

2    correct?

3            A.      Yes.

4            Q.      And Barbara Davis is a physician

5    assistant at Cermac?

6            A.      Correct.

7            Q.      And that was her job in November of

8    2018; right?

9            A.      Yes.

10           Q.      And this is a correspondence she sent

11   to you and you sent to her; correct?

12           A.      Yes.

13           Q.      I am going to go back in time.  Before

14   we -- we are going to come back to this.  How did

15   it come to pass, Doctor, that you were the

16   physician who saw Mr. Limbacher on October 2nd for

17   that visit?

18           A.      Someone at Cermac had to put in a

19   referral.

20           Q.      Okay.  And is there a scheduling nurse

21   at Cermac that makes the decisions about which

22   provider a patient should see?

23           MR. PREBER:  Objection, speculation.

24   BY THE WITNESS:

                                                    Page 64

1          A.       I have no idea.

2     BY MR. HACK:

3          Q.       Okay.  You didn't affirmatively do

4     something, if you will, to volunteer that day;

5     correct?  Somebody scheduled Mr. Limbacher on your

6     schedule; right?

7          A.       Correct.

8          Q.       And do you know the title or office of

9     the person that would have made that decision?

10         A.       I do not.

11         Q.       Okay.  Back to Exhibit 4, if we could.

12    This was an exchange of communication between you

13    and Miss Davis; correct?

14         A.       Correct.

15         Q.       And the bottom note is Miss Davis's

16    note to you; right?

17         A.       Yes.

18         Q.       The gist of it she said, "The patient

19    wants an MRI on his left shoulder.  Should I give

20    him one;" right?

21         A.       And I said, "No, hold off.  Let me see

22    him and offer him an injection in December when I

23    see him."

24         Q.       Okay.  Before you wrote back to Miss

Page 65

1    Davis, what did you do to reach a decision about

2    what should or should not be done with another MRI?

3             A.       I probably looked at his x-ray.

4             Q.       Did you consult with anyone?

5             A.       No.

6             Q.       Do you remember reading his x-ray

7    prior to responding to this note?

8             A.       I'm sure I did.

9             Q.       Tell me why, as best you can, why you

10   are certain that you looked at Mr. Limbacher's

11   x-ray before you wrote this response back?

12            A.       Because in my response I said he has

13   fairly significant osteoarthritis, again, due to

14   the subchondral cyst in his shoulder.

15            Q.       And your conclusion then from reading

16   that film that we looked at in the prior exhibit

17   was that there was significant osteoarthritis in

18   that joint; correct?

19            A.       Yes.  You can see the cysts on the

20   x-ray.

21            Q.       And osteoarthritis in some patients

22   can be very painful, can't it?

23            A.       Yes.

24            Q.       And it can cause recurring and chronic

Page 66

1    pain, can't it?

2          A.    Yes.

3          Q.    And it can interfere with range of

4    motion; correct?

5          A.    Yes.

6          Q.    And it can also interfere with

7    sleeping right?

8          A.    It can.

9          Q.    And it can interfere with activities

10   of daily living; correct?

11         A.    Yes.

12         Q.    And what is the treatment, first line

13   treatment for osteoarthritis in the shoulder?

14         A.    Well, you can do an injection to see

15   if that helps alleviate the pain.

16         Q.    An injection in a shoulder in which

17   there is osteoarthritis, that's a temporary fix at

18   best; right?

19         A.    Yes.

20         Q.    If you want to get rid of somebody's

21   pain who has osteoarthritis, what is the next line

22   of treatment?

23         A.    Well, again, I would start

24   conservatively.  I would start with an injection.

Page 67

1    I would start with physical therapy for

2    strengthening, for range, for all of that.

3          Q.     And if those things --

4          A.     If conservative treatment fails, you

5    can then look at it in more detail with an MRI or

6    make a referral to a surgeon.

7          Q.     And one of the possible treatments

8    for a significant osteoarthritis would be a

9    shoulder replacement; right?

10         A.     I'm sorry.  I didn't hear that.

11         Q.     Doctor, I said one possible long-term

12   solution to significant arthritis in the shoulder

13   could be a shoulder replacement; correct?

14         A.     Correct.  You do what is called a

15   reverse shoulder replacement.

16         Q.     Right. And a reverse shoulder

17   replacement is a type of surgery that surgeons at

18   Stroger Hospital perform; right?

19         A.     Correct.

20         Q.     And if you want to refer Mr. Limbacher

21   to a person who was skilled in shoulder surgery at

22   Stroger, you had a number of people you could refer

23   him to; right?

24         A.     I think Dr. Prieto was the only one at

Page 68

1   that time that was doing joint replacements.

2        Q.      Could I ask you to spell his last

3   name, please?

4        A.      P-R-I-E-T-O.

5        Q.      And in your mind did you believe that

6   Dr. Prieto was a skilled and highly qualified

7   shoulder surgeon?

8        A.      He was the only one at that time that

9   did joint replacements that I knew of.

10       Q.      Okay.  And did you have any reason

11  that you were concerned about the quality of care

12  he would provide to a patient of yours?

13       A.      No.

14       Q.      You thought if Dr. Prieto was going to

15  treat a patient, he would receive high quality

16  medical care, didn't you think that?

17       MR. PREBER:  Objection, leading.

18  BY THE WITNESS:

19       A.      Sure.

20  BY MR. HACK:

21       Q.      Before you wrote back to Miss Davis

22  did you speak with anyone about Mr. Limbacher's

23  presentation and what the next right step would be

24  in his treatment?

Page 69

1          A.     I don't recall.

2          Q.     If you were to have consulted with --

3     I don't want -- this is a question not about

4     Mr. Limbacher, but about practice in the hospital;

5     okay?  I want to be very clear.  It's not about

6     Mr. Limbacher.  I just want to know what your

7     normal practice is.

8               Among the things that you do as a

9     practicing physician is occasionally you consult

10    with other doctors; correct?

11         A.     Correct.

12         Q.     And sometimes they consult with you;

13    correct?

14         A.     Correct.

15         Q.     And is it the ordinary procedure that

16    you follow when you have a consultation that you

17    will make a medical record of some type about that

18    consultation?

19         A.     Correct.

20         Q.     So today, for example, I know that you

21    have important consultations to do this afternoon.

22    There would be a medical record that reflects that

23    consultation; correct?

24         A.     Correct.

Page 70

1      Q.     If there was, if you had consulted

2   with somebody now about Mr. Limbacher, that would

3   be reflected in some medical record in the Cerner

4   system; right?

5      A.     Yes.

6      Q.     Let's look at our next exhibit

7   together, please.  This will be Exhibit 5.  It will

8   take me a moment to get it up.

9           (WHEREUPON, said document was marked

10          Deposition Exhibit No. 5,

11          for identification, as of 11/22/22.)

12   BY MR. HACK:

13      Q.     Doctor, let me know, if you would,

14   when you see the Exhibit 5 in front of you, please?

15      A.     Yes.

16      Q.     Okay.  Thank you.  This is a medical

17   record from the Cerner system reflecting a patient

18   interaction that you had in December -- on December

19   4th of 2018 with Mr. Limbacher; correct?

20      A.     Correct.

21      Q.     And you prepared some significant

22   portion of the text that we see here; right?

23      A.     Yes.

24      Q.     And in particular you would have

Page 71

1   written that the chief complaint and history of

2   present illness section on the first page; correct?

3        A.     Yes.

4        Q.     And on the last page you would have

5   written the impression and plan section of that

6   last page; correct?

7        A.     Yes.

8        Q.     Did you write any other sections of

9   the document, Doctor, other than your name and your

10  electronic signature, to be clear?

11       A.     No.   They were imported, the

12  medications.

13       Q.     Okay.

14       A.     The problem list.

15       Q.     Okay.   History is imported?

16       A.     Well, that was a kind of -- the

17  history was when I saw him the first time.

18       Q.     I see, okay.   There is that physical

19  examination section.   That's also a section you

20  would have prepared that day?

21       A.     Yes.   I checked his shoulder again.   I

22  did a few quick tests on him, yes.

23       Q.     Let's go to the chief complaint

24  section together, please.   Some of this chief

Page 72

1    complaint you moved over from your prior visit,

2    right, because his complaint was the same as it had

3    been previously; right?

4           A.    Correct.

5           Q.    Some information, however, was new,

6    for example, such as his shoulder x-ray; right?

7           A.    Yes.

8           Q.    And what did you say to Mr. Limbacher

9    about your diagnosis and what you observed on his

10   left shoulder x-ray, Doctor?

11          A.    Well, I show people their x-rays when

12   I can pull them up.  And I explained to him what I

13   saw as I explained to you.

14          Q.    Okay.  And what did you say to him in

15   particular about the likely cause of his recurring

16   left shoulder pain?

17          A.    I probably said there could be several

18   causes.  It could be impinged because he had some

19   impingement signs of his supraspinatus.  It could

20   be from the arthritis that you see on the x-ray in

21   the joint.  And I suggested, again, that we try an

22   injection to see if it would help with his

23   complaint of pain.

24          Q.    And am I right then that at that

Page 73

1    moment in time when you saw him on December the 4th

2    you did not have a conclusive diagnosis of the

3    cause of his shoulder pain, did you?

4         A.    I did not.

5         Q.    Did you tell him that you didn't know

6    what the cause of his shoulder pain was?

7         A.    I told him I did not know exactly,

8    yes.

9         Q.    Okay.  And what possible explanations

10   did you have in your mind at that time, Doctor, for

11   the cause of his recurring pain?

12        A.    Again, it could be tendinitis in his

13   rotator cuff.  It could be arthritis within his

14   joint.  It could be, again, if his joint was

15   subluxed a little, if it was loose.  I mean, again,

16   the same things that we have sat and talked about.

17        Q.    Okay.  Anything else that you remember

18   saying to Mr. Limbacher about the findings from the

19   x-ray?

20        A.    I don't recall.

21        Q.    And do you remember saying anything

22   else to Mr. Limbacher about your diagnosis?

23        A.    I don't recall.

24        Q.    The history of the present illness

Page 74

1    section, that's text that you input into the form;
2    right?
3          A.     Yes.
4          Q.     And, again, as before, you tried to
5    write down the information given to you by
6    Mr. Limbacher as accurately as you could; correct?
7          A.     Correct.
8          Q.     And this is all information that
9    Mr. Limbacher provided you that day; right?
10         A.     Yes.
11         Q.     Did you go back and look at
12   Mr. Limbacher's prior records to see how long some
13   of these problems had been recurring?
14         A.     Again, I was there to follow up with
15   his shoulder.  I don't recall if I did.  This would
16   be, like, if an outpatient came to me and had this
17   complaint.  That's what I would do with any
18   outpatient that came.  I would start with an
19   examination and x-ray.  And then bring them back
20   and talk about what I think the cause might be and
21   suggest where we go next.
22         Q.     And do I understand that it's sort of
23   a typical outpatient setting, you wouldn't go back
24   through a couple years of medical records to see

Page 75

1    what the history was of that particular pathology;

2    right?

3            A.      Often you don't.  Unfortunately, I

4    would love to, but you don't have time often.

5            Q.      Doctor, I just want to ask you a

6    question.  It's something I don't know.  If you

7    look under the chief complaint section, please.

8    You say that they were reviewed with the patient

9    via, I don't know, gepax.  What is that word?

10           A.      What gepax is is the system where the

11   radiologist looks at x-rays.  You can open it up

12   and look at patients' films.

13           Q.      I see.  And if you wanted to find

14   Mr. Limbacher's films at Stroger, you would go to

15   the gepax system and they would all be there;

16   right?

17           A.      Correct.

18           Q.      For example, I should be able to find

19   these x-rays in the gepax system, the ones that we

20   looked at together; right?

21           A.      Correct.

22           Q.      Let's look if we could, please,

23   Doctor, at the physical examination section of your

24   report.  These were observations in this section

Page 76

1    that you wrote down either at or shortly after your

2    meeting with Mr. Limbacher in December; correct?

3         A.    Yes.

4         Q.    And I didn't ask you this before, was

5    anyone else present, Doctor, when you met with

6    Mr. Limbacher in December?

7         A.    Well, it's a clinic setting.  Not in

8    the room.

9         Q.    That's all I meant.  That's all I

10   meant.  It was just you and he in the room

11   together; right?

12        A.    Correct.

13        Q.    Let's look, if we could, under the

14   musculoskeletal section of this together.  Do you

15   see that section?

16        A.    Yes.

17        Q.    And did you hear his left shoulder

18   catching and creaking when you got it between 80

19   and 100 degrees?

20        A.    No.  He stated it.  That's why it is

21   in quotations.

22        Q.    A normal shoulder shouldn't be

23   catching and creaking between those two points on

24   the compass, should it?

1      A.      No. Normally it's due to rotator cuff

2    issues.

3      Q.      And that was something that you

4    considered as a possible explanation for his pain,

5    but one that you did not see evidence of; correct?

6      A.      Well, he had impingement signs.

7    That's what a Neer's sign is.  It's a passive,

8    extending his arm up to look for -- what you are

9    doing is pinching the supraspinatus tendon.  So he

10   did have some evidence of a tendinopathy or a

11   rotator cuff.

12     Q.      Okay.  And if you want to get a good

13   look at a tendinopathy or rotator cuff, what other

14   imaging -- what imaging technique would be best

15   suited for you to get a good, clear picture of

16   that?

17     A.      Again, an MRI.

18     Q.      Doctor, there is a reference to Neer's

19   for pain flexion, positive.  I'm sorry.  I told you

20   earlier I'm not a physician and I'm surely not a

21   personal injury lawyer.  What is a Neer's, Doctor?

22     A.      Neer's is a test where you flex the

23   shoulder up in a forward direction and by doing

24   that it pinches on the supraspinatus tendon.

Page 78

1    Q.    And that was one of the things that --
2    you took that test and one of the results you saw
3    was impingement; correct?
4    A.    Yes.  He had -- correct.  Again,
5    that's why I thought he might have had a
6    tendinopathy.
7    Q.    Okay.  Let's go to the impression and
8    plan section, please, Doctor, on the next page.
9    Here we have your diagnosis, plan and post visit
10   instructions; correct?
11   A.    Correct.
12   Q.    And you wrote that section of the
13   chart; right?
14   A.    Yes.
15   Q.    Okay.  The diagnosis was pain on
16   movement.  And then there are a number of codes
17   that follow.  Would you please tell us what those
18   codes mean, Doctor?
19   A.    What an ICD 10 code is.
20   Q.    Dash CM.  Yes, let's start there,
21   please.  What does that tell us?
22   A.    That's a diagnosis code that is for
23   pain of the left shoulder joint.
24   Q.    Okay.  Is it any more specific than

Page 79

1  that or is it somewhat undifferentiated, frankly?

2        A.    Well, right there it's

3  undifferentiated.

4        Q.    Okay.  And then there is another code,

5  M25-512.  That's some type of diagnostic code?

6        A.    Yes, that's the code for pain of the

7  left shoulder joint on movement.

8        Q.    Okay.

9        A.    SDT 10 is the -- that's the national

10 coding for all of the diagnoses.

11       Q.    Okay.  And is the M25-512 code also a

12 code that is typically used by physicians at

13 Stroger and elsewhere for diagnosis?

14       A.    I mean, it's one of the hundreds of

15 thousands of codes you can choose.

16       Q.    And if I wanted to go online and look

17 up each of those codes in an index, where would I

18 go to find that index?

19       A.    Under the IDC 10 by Medicare and

20 Medicaid.

21       Q.    What was your final diagnosis of

22 Mr. Limbacher at the conclusion of your visit in

23 December of 2018?

24       A.    Again, I still don't have a final

Page 80

1    diagnosis.

2         Q.    Okay.

3         A.    At that point in time he was very

4    focussed on his neck pain and said he wanted to

5    follow up and do that.  And I offered him to come

6    back and see me whenever that was resolved.

7         Q.    Okay.  Anything else you remember

8    saying to Mr. Limbacher at that time about the pain

9    in his shoulder and the next steps that he should

10   follow?

11        A.    Again, I said if I injected in his

12   joint, it could be therapeutic, meaning help with

13   the pain, as well as tease out from his neck pain

14   how much of his complaint was coming from his

15   shoulder.

16        Q.    And did Mr. Limbacher explain to you

17   that he was concerned that getting the injection or

18   that by getting the injection he might further

19   injure his shoulder because he would use it in a

20   way and at a time that he shouldn't because it's

21   masking the pain signals that his shoulder would

22   otherwise send?

23        A.    He did not, that I can recall.  He did

24   not that I can recall.

Page 81

1      Q.     Did he say to you that he was

2   concerned that he would be at risk of further

3   injury if he didn't receive more permanent and

4   longlasting treatment for his shoulder?

5      A.     I don't recall.

6      Q.     Did you tell him that the injection

7   was at best a temporary solution?  It wasn't a

8   permanent solution to the problems that you

9   observed in his left shoulder?

10     A.     I did tell him that.

11     Q.     Okay.  Did you schedule any follow-up

12  visit or appointment with Mr. Limbacher?

13     A.     I did not at that time.  Again, his

14  focus was on following up with the neurosurgeon.

15  And, again, I do this often.  I was like, well,

16  when you are done, come on back and see me.  I

17  would be happy to see you again.

18     Q.     And so I understand what you were

19  meaning by that, you were saying to Mr. Limbacher

20  if he had a shoulder problem, you were available to

21  see him again; right?

22     A.     Say that last part again.

23     Q.     You were saying to Mr. Limbacher in

24  substance, I'm available to help you if your

Page 82

1   shoulder problem continues, but for your back you

2   have got to see somebody else?

3        A.    Right.  He had already seen the

4   individual for his neck and his back.

5        Q.    Okay.

6        A.    He was following up the scans that

7   were completed.

8        Q.    Okay.

9        A.    And I said -- he wanted his -- he was

10  very focussed on following up -- he was convinced

11  his neck pain, his cervical issues were causing his

12  shoulder pain.

13       Q.    And what did you say to him when he

14  expressed that concern to you?

15       A.    That I was not as convinced.  That's

16  why I offered to do the injection.  Let's see what

17  happens and go from there.

18       Q.    You thought at that time that there

19  was some intrinsic shoulder problem; correct?

20       A.    Correct.  I just didn't know exactly

21  what.

22       Q.    In your own mind, Doctor, did you

23  believe that Mr. Limbacher had a significant

24  shoulder problem, even if you couldn't figure out

Page 83

1    exactly what it was?

2         MR. PREBER:  Objection, misstates her

3    testimony.

4    BY THE WITNESS:

5         A.    In my own mind I felt that something

6    was happening in his shoulder.  I was uncertain as

7    to what.  And, again, with complaints of cervical

8    pain with radicular pain, when he was already

9    seeing the neurosurgeon, it's oftentimes very

10   difficult to tease out one from another.

11   BY MR. HACK:

12        Q.    How does a physician, a physical

13   medicine specialist go about teasing out the pain

14   when a patient presents with both shoulder and back

15   pain?  What do you do?

16        A.    Again, I was not seeing him for his

17   back pain.

18        Q.    No --

19        A.    He was referred for me to look at his

20   shoulder.

21        Q.    Right.  You wanted to figure out what

22   was causing his shoulder pain; right?

23        A.    Right.

24        Q.    And at the end of your two visits with

Page 84

1    him he didn't know; right?

2         A.    Correct.

3         Q.    And what did you do next to get to the

4    bottom of what was causing him shoulder pain?

5         A.    As far as I was concerned, at that

6    point in time he said his shoulder felt better.  He

7    wanted to pursue and see the neurosurgeon and do

8    that.  And I offered and I said come back and see

9    me.

10        Q.    Did you schedule a follow-up

11   appointment with Mr. Limbacher?

12        A.    I did not.  Again, he was unsure

13   exactly when he was seeing all of his follow-up's.

14   Again, I was there the first Tuesday of every

15   month.

16        Q.    Did you recommend to him that he come

17   and see you the next time you were there on the

18   first Tuesday of the next month?

19        A.    Again, I did not because he had said

20   his shoulder felt better.  He was sure his pain

21   from his shoulder was caused by his radicular pain.

22        Q.    That's what he thought; right?

23        A.    Yeah, but he's the patient.

24        Q.    Right.  And you are the doctor; right?

Page 85

1      A.      Right.  I am the physician.

2      Q.      Correct?

3      A.      A physician.

4      Q.      And as a skilled physician you have

5  been trained in the diagnosis to treat orthopedic

6  injuries; right?

7      A.      Again, his focus was on his neck and

8  his cervical pain.  This is something that had

9  happened over a year ago.  Yes, I offered him at

10 that time what I thought would be the next step and

11 he declined.  And I left the door open, come on

12 back.

13         Oftentimes when you examine and you

14 see people, things are done in a way that, again,

15 people look at certain injuries more serious than

16 others.  He was quite concerned about his neck and

17 back, of which he was seeing another physician.

18     Q.      Right, but from your observation as a

19 physician, Doctor, you, too, were concerned that he

20 might have significant osteoarthritis in his

21 shoulder; right?

22     MR. PREBER:  Objection, misstates testimony

23 and speculation.

24 BY THE WITNESS:

Page 86

1      A.      Correct.

2    BY MR. HACK:

3      Q.      I'm trying to get -- and what did you

4    do to make sure that that problem was solved once

5    and for all?

6      A.      I did not schedule a follow-up.  I

7    left the door open for him to come back and see me.

8    I offered at the time what I would have done as the

9    next step and he declined.

10      Q.      You did not arrange for a reference to

11    an orthopedist, did you?

12      A.      I did not.  Again, his focus was on

13    his cervical spine and his low back from which he

14    had just had MRI's completed that I took time

15    and -- because he was, like, what are my results?

16    What are my results of my MRI?  I took the time to

17    actually talk to him about the findings in the MRI

18    as well as discussing his shoulder.

19      Q.      Right.  One of the things that you

20    talked about at some length at this meeting was his

21    shoulder; right?

22      A.      Say that again.

23      Q.      You spoke with Mr. Limbacher about his

24    shoulder problem --

Page 87

1      A.     Yes.  He was there to see me for

2  follow-up of his shoulder, correct.

3      Q.     So you knew at the time that the

4  shoulder was still painful for him; right?

5      A.     Yes, but, again, pain is subjective.

6  The perception of pain that might have been coming

7  from his neck to his shoulder or his shoulder

8  itself, that's hard to quantify.

9      Q.     The first thing that we talked about

10  that you wrote in your impression and plan section

11  in terms of your diagnosis was about his shoulder;

12  right?

13      A.     Yes.

14      Q.     That's the very first thing; right?

15  And in the plan the very first thing we talk about

16  is his left shoulder; correct?

17      A.     Yes.

18      Q.     And you say that he was not concerned

19  about his left shoulder?  Is that your testimony?

20      A.     No.  I am saying his focus at the

21  second time I saw him was on his cervical spine and

22  his back.  He had an appointment coming up with the

23  neurosurgeon.

24              I offered at the time to do an

Page 88

1    injection to his shoulder to, again, take the next

2    step in conservative management.  And he declined.

3    I said, well, come on back.  You are always

4    welcome, but he never did.

5        Q.    You did not refer him to an

6    orthopedist; correct?

7        A.    I did not refer him to an orthopedist

8    at that point in time.  No, I didn't.  Orthopedists

9    are available at Cermac.

10       Q.    Did you refer --

11       A.    He could make a request to see an

12   orthopedist.

13       Q.    Don't you think the doctor is supposed

14   to know who the next physician is that a patient

15   should see, not the patient?

16       A.    I think you need to respect the

17   patient's opinion.

18       Q.    And if the patient said I need to see

19   an orthopedic surgeon, you would agree that you as

20   a physician should respect his opinion; right?

21       MR. PREBER:  Objection to form, leading.

22   BY THE WITNESS:

23       A.    Again, I explained who I was, what I

24   was there to see him for.  He knew I was not an

Page 89

1    orthopedic surgeon.  I was a rehab doc who does

2    conservative, nonsurgical management.

3    BY MR. HACK:

4         Q.    Doctor, you have in your bag of tricks

5    the ability to refer a patient to see an orthopedic

6    surgeon at Stroger; correct?

7         A.    Anywhere, correct.

8         Q.    Okay.  And you did not do that, did

9    you?

10        A.    At that point in time I did not.

11        Q.    Did you order an MRI of

12   Mr. Limbacher's left shoulder after your visit --

13        A.    I did not order an MRI.

14        Q.    And why did you not order an MRI of

15   Mr. Limbacher's shoulder after your December

16   interaction since by your own admission you didn't

17   know what the cause of his shoulder problem was?

18        A.    Again, going back, Mr. Limbacher was

19   very focussed on his cervical spine.  He had MRI's,

20   everything done.  When I examined him, I was not

21   100 percent.  That's why I wanted to do the

22   injection.

23             And then if you even look back at my

24   initial note, I said possibly further imaging might

Page 90

1    be necessary, but you have to -- again, I would do

2    this with any outpatient.  The first thing you do

3    is not send everyone for an MRI.

4              You try to evaluate their shoulder.

5    You try to focus on what might be the cause of

6    their problem.  You would do conservative

7    management and send them through therapy.  You

8    would potentially try to identify the pain

9    generator and help with that.

10             And if you have no success doing any

11   of that, then you might do advanced imaging.

12        Q.    It's your testimony that you have got

13   to do each and every of those things each and every

14   time for each and every patient before you would

15   send a patient to get an MRI?

16        A.    No.  If someone came in and they

17   actually had the inability to move their shoulder

18   and it looked like a torn rotator cuff, I would

19   send them for advanced imaging.

20             Again, I looked at the patient.  I

21   looked at what he told me, and then you make a

22   decision based on that.

23        Q.    Is it your testimony that there was no

24   indication whatsoever that an MRI image of

Page 91

1  Mr. Limbacher's shoulder might be helpful to the

2  process of diagnosing his injury and providing

3  further treatment?

4         MR. PREBER:  Objection, misstates testimony.

5  BY THE WITNESS:

6         A.     Again, an MRI is just an image of the

7  anatomy.

8  BY MR. HACK:

9         Q.     And is it your testimony that an image

10 of Mr. Limbacher's anatomy would not have been

11 helpful in diagnosing the cause of his shoulder

12 pain and directing him to appropriate treatment?

13        MR. PREBER:  Objection, misstates prior

14 testimony.

15 BY MR. HACK:

16        Q.     Is that your testimony?

17        A.     No, it's not what I am saying.  Again,

18 you have --

19        Q.     Then why did you not order

20 Mr. Limbacher and direct him to go get an MRI?

21        MR. PREBER:  Objection, misstates testimony.

22 BY MR. HACK:

23        Q.     My question stands.

24        A.     I don't see anything.  And I don't --

Page 92

1    am I still on?

2          Q.     We hear you, Doctor.

3          A.     Okay.  I'm sorry.  Everything just

4    went blank.

5          Q.     That's okay.  Let us know when you are

6    able to get the system back up, okay, and we will

7    go forward from there.

8          A.     Okay.

9          Q.     Doctor, my last question I hope on

10   this subject.  My question to you is simply why did

11   you decide that there was no need for Mr. Limbacher

12   to get an MRI at that point in time so that you

13   could come to a conclusive diagnosis and arrange

14   for final resolution of his problem?

15         A.     Again, based on my examination, I did

16   the x-ray.  I offered to him what I thought would

17   be the next step.  He was very focussed on his

18   neck, et cetera.  He saw many physicians.  Anyone

19   of anyone could have ordered an MRI.

20         Q.     Did you have any other reason, Doctor,

21   that you did not refer him to an MRI that you

22   haven't told me about?

23         A.     No.

24         Q.     Okay.  Doctor, you saw Mr. Limbacher

Page 93

1   in December of 2018 and we went through your

2   medical note from that interaction.  As we said at

3   the beginning you had looked through your medical

4   records at one point prior to your testimony today;

5   correct?

6          A.     I'm sure I did.

7          Q.     Right.  Did you find in your review of

8   your medical records any other patient interaction

9   between you and Mr. Limbacher?

10         A.     Not that I saw.

11         Q.     Okay.  The Cerner medical records

12  system is, you would agree, widely used by many

13  health care professionals in many large American

14  hospitals; correct?

15         A.     Yes.

16         Q.     And you -- in your own experience you

17  found it to be a reliable and trustworthy source of

18  information about patients in your care for them,

19  haven't you?

20         A.     Yes.

21         Q.     And the fact there is no other medical

22  record to you, did that give you a very high

23  confidence that you personally have not seen

24  Mr. Limbacher at any point after that December

Page 94

1    appointment?

2         A.    Yes.

3         Q.    And is there anything from our

4    discussion today that may have prompted you to

5    recollect a subsequent meeting, conversation,

6    interaction, communication of any sort with

7    Mr. Limbacher?

8         A.    Not that I can recall.

9         Q.    I have a few exhibits, Doctor.  I am

10   going to ask you if you have seen these before.

11   I'm not a big fan of surprises.  These are not

12   things that you wrote.  I want to ask if people

13   brought this information to your attention.

14             Doctor, let's go off the record for a

15   minute.

16                  (WHEREUPON, a recess was had.)

17             (WHEREUPON, said document was marked

18             Deposition Exhibit No. 6,

19             for identification, as of 11/22/22.)

20   BY MR. HACK:

21        Q.    I have put Exhibit 6 on the video

22   screen, Doctor.  Are you able to see that?

23        A.    Yes.

24        Q.    Thank you.  There is some note at the

Page 95

1    top, I would rather us not look at that.  There is

2    a couple lines that run across the page and then we

3    see a title, "CHL's Health Service Request Form,"

4    entered on 8/20/2019, 5:24 p.m.  And there is a

5    reference to Lashundra Tabb as the registered nurse

6    who wrote that note; is that correct?

7         A.    I'm assuming.  I haven't seen this

8    before.

9         Q.    No, no.  I am just saying that's what

10   the document says; right?

11        A.    Yes.

12        Q.    Okay.  And on the left, Doctor, I have

13   tried not to ask you about background information

14   that I have from other people.  What is -- you are

15   familiar with this form, are you not?

16        A.    Honestly, no.  I have never seen this.

17        Q.    Okay.  Could I ask you to look down

18   the bottom, left corner, left -- three quarters of

19   the way down the page there is a grid, HSRF Part B

20   grid.  Do you see those words or the initials and

21   then the word; right?

22        A.    HSRF?

23        Q.    Right above the box, Doctor.  There is

24   a box at the bottom left.  Then right above the

Page 96

1    box.

2         A.    I don't see a box on the bottom left.

3         Q.    Okay.  I bet we are looking at

4    different pages.  Let's look at that first page,

5    could you?  I think that's our problem.

6         A.    I see a box.

7         Q.    Thank you.  That's all.  I just wanted

8    to ask you I believe that stands for Health Service

9    Request Form, Part B grid.  Do you know what

10   information is supposed to be put in this Part B

11   grid on a health service -- on this form?

12        A.    I do not.

13        Q.    Okay.  This is not a form you use then

14   as a physician?

15        A.    No.

16        Q.    Okay.  And if you would read the

17   comment.  I will read it out loud, which is,

18   "Comment.  I can no longer handle the pain in my

19   left shoulder.  Please let Dr. McCarthy know that I

20   would like to have the pain injection that she

21   previously offered."  And then there is a date

22   August 20 of 2019.

23             Did Nurse Tabb or anyone else bring to

24   your attention that Mr. Limbacher had asked

Page 97

1   specifically that someone let you know that he

2   wanted to get the shoulder injection that you had

3   previously suggested?

4          A.      No.

5          Q.      Did you remember receiving any

6   communication from anyone about Mr. Limbacher

7   taking you up on your offer to receive a shoulder

8   injection?

9          A.      I do not.

10         Q.      Let's look and I will get another

11  exhibit, Doctor.

12             (WHEREUPON, said document was marked

13             Deposition Exhibit No. 7,

14             for identification, as of 11/22/22.)

15  BY MR. HACK:

16         Q.      You should have Exhibit 7 in front of

17  you in a moment.  I am going to ask you to look at

18  the first and second page at the box?

19         A.      Okay.

20         Q.      Let's start with just some basics.

21  Not a form you have used before?

22         A.      No, I have never seen it before.

23         Q.      And you have not seen one of these in

24  the Cerner medical records system?

Page 98

1         A.      Not that I recall.

2         Q.      Does this look like a page from the

3    Cerner medical records system?

4         A.      It does.

5         Q.      Right, because there is some

6    indications -- there is things about the page which

7    would suggest to you that this was printed from the

8    Cerner system; right?

9         A.      Correct.

10        Q.      It shares some similarities with forms

11   that you use as a physician at Stroger; correct?

12        A.      Correct.

13        Q.      In the grid this comment appears, "I

14   can no longer handle the pain in my left shoulder.

15   I am requesting to see an orthopedic specialist to

16   evaluate my injury.

17                Please schedule me an appointment to

18   see Dr. McCarthy to be given a cortisone shot that

19   she previously offered me.  She said -- I think the

20   word is fill out a medical slip at any time and I

21   will give you a shot to help manage the pain.

22   Please expedite an appointment as soon as possible.

23   I can't take this pain any longer."

24                Did anyone bring to your attention

Page 99

1    that Mr. Limbacher in October of 2019 had

2    specifically asked to receive the pain injection

3    that you had offered and that he was experiencing

4    very significant pain?

5         A.    No.

6         Q.    Is this the first time when I put this

7    document in front of you just now that you were

8    aware that Mr. Limbacher had requested this

9    treatment that you had offered him?

10        A.    Yes.

11        Q.    I got another one in a moment,

12   Doctor.

13             (WHEREUPON, said document was marked

14             Deposition Exhibit No. 8,

15             for identification, as of 11/22/22.)

16   BY MR. HACK:

17        Q.    Exhibit 8 should be in front of you.

18   I am going to ask you to look at the first page,

19   please.  Exhibit 8 has the title, "Health Service

20   Request," across the top of it; right?

21        A.    Yes.

22        Q.    You see that.  And it looks, it shares

23   certain similarities to the parts of the Cerner

24   system that you use as a physician; correct?

Page 100

1        A.      Yes.

2        Q.      And in the comment section these words

3    appear, "Please have Miss Davis schedule me for a

4    cortisone shot as promised by Dr. McCarthy for my

5    left shoulder.  I can't take the pain any longer.

6    Thank you."

7                In November of 2019 did anyone bring

8    to your attention, Doctor, that Mr. Limbacher was

9    again asking to receive the patient -- or, I'm

10   sorry, that Mr. Limbacher was requesting to receive

11   the cortisone injection that you had recommended

12   for him?

13       A.      No.

14       Q.      Is there a process or procedure or

15   protocol at Cermac or Stroger to alert you as a

16   physician if a patient requests to see you or

17   requests for a service that you had recommended to

18   that patient?

19       A.      Usually they show up on my schedule.

20   So there must be a process at Cermac.  I'm

21   unfamiliar with it.

22                At Stroger they can call the clinic

23   and schedule a follow-up or the physician can put

24   in a referral.

Page 101

1          Q.     Okay.  And nobody scheduled
2     Mr. Limbacher on your schedule at any point after
3     you saw him in December of 2018; correct?
4          A.     Correct.
5          Q.     And the providers that he saw after he
6     saw you would have had the ability to get him back
7     on your schedule; correct?
8          A.     Correct.
9          Q.     And the scheduling nurse could have
10    put Mr. Limbacher back on your schedule, as well;
11    right?
12         A.     I assume.  Again, I don't know the
13    process at Cermac.
14         Q.     Okay.  That's all I have on this one,
15    Doctor?
16         A.     There is a comment on there that says,
17    "Patient seen in ortho surgery, 11/13."
18         Q.     Correct.  Let me find that.  I will go
19    there.  What page is that on, Doctor?  Read it to
20    me.  It's at the very bottom?
21         A.     It's at the top right under comments.
22         Q.     Oh, yes.  Did anyone bring to your
23    attention that Mr. Limbacher had gone to receive
24    care in the orthopedic surgery clinic?

Page 102

1      A.      No.  Again, I haven't -- since I saw

2   him that December, I haven't seen him again.

3      Q.      And nobody reported to you anything

4   about his visit there that date, did they?

5      A.      No.

6           (WHEREUPON, said document was marked

7           Deposition Exhibit No. 9,

8           for identification, as of 11/22/22.)

9   BY MR. HACK:

10     Q.      Dr. McCarthy, I have put Exhibit 9 up

11  on the screen.  Please let me know when you are

12  able to see it.

13     A.      Go ahead.

14     Q.      The exhibit has four pages.  Your name

15  appears on at least the first three of them.  And

16  do you know what these documents are?

17     A.      No, I have never seen them.

18     Q.      Okay.  I am going to represent to you

19  they are grievance forms.  They were filled by out

20  by Mr. Limbacher.  I got them in the course of my

21  representation of the client.

22           And I can't remember offhand if he

23  gave them to me or your counsel gave them to me,

24  but regardless I have them.  Were you ever made

Page 103

1    aware that Mr. Limbacher had filed at least three

2    grievances in which your name was mentioned while

3    he was incarcerated at the jail?

4           A.      No.

5           Q.      Are you typically made aware of

6    grievances that patients may file that implicate

7    your care in one way or the other?

8           A.      I have at Stroger.

9           Q.      Okay.

10          A.      But not any detainee.  Only a patient

11   I saw elsewhere in the system.

12          Q.      Okay.  Give me a moment.  I want to

13   decide what I wish to ask next.  So let me go

14   backwards.  First off, you were never aware until I

15   just put these in front of you that Mr. Limbacher

16   had filed some grievances in which he included your

17   name; correct?

18          A.      Correct.

19          Q.      And nobody had ever asked you for

20   facts or information about any grievance that

21   Mr. Limbacher may have filed; correct?

22          A.      Correct.

23          Q.      And aside from these grievances that

24   Mr. Limbacher filed here, have any other pretrial

Page 104

1    detainees that you have treated ever filed a prior

2    grievance against you?

3          A.     Not that I'm aware of.

4          Q.     And is there a file or location where

5    prior grievances against medical providers are

6    retained?

7          A.     I have no knowledge.  If someone

8    complains about a physician at Stroger, there is a

9    department that follows up on it.  So they would --

10   you would hear about the complaint.  You would

11   respond to the complaint.  And then depending on

12   what the outcome is, I mean, that happens here at

13   Stroger.

14         Q.     Right.

15         A.     But I have never known of anyone to

16   complain at Cermac regarding me.

17         Q.     Okay.  Doctor, I am just going to ask

18   you to sit tight.  I am trying to decide which of

19   these documents I need to ask you about and which I

20   don't.  So if you would give me a moment -- I'm not

21   going to go anywhere, but I will be back with you

22   in a moment.

23              (WHEREUPON, said document was marked

24              Deposition Exhibit No. 10,

Page 105

1          for identification, as of 11/22/22.)

2    BY MR. HACK:

3               Okay.  We are going to look at another

4    one.  Dr. McCarthy, I have put a new exhibit up on

5    the screen.  It should be there in a moment.  Let

6    me know when you have it.

7          A.    Okay.

8          Q.    It's a bit of a hodgepodge.  I

9    apologize, but I just got these.  I think they are

10   duplicates of stuff that have already been

11   produced.  We are sending it over.  I just got

12   them.  Let's take a look at the first page.  Do you

13   recognize this --

14         A.    Did you -- hang on one second.  Did

15   you say what exhibit you are looking at?

16         Q.    It should be -- pardon me.  The stamp

17   may not have been on there.  That's my fault.  I

18   had one more click.  It should be Exhibit 10,

19   ma'am.

20         A.    Okay.  I don't have that yet.

21         Q.    It will take just a minute to get to

22   you.

23         A.    Okay.

24         Q.    Take a look at the first three pages,

Page 106

1    if you would?

2           A.    Yes.

3           Q.    Okay.  Do you recognize these forms?

4           A.    No.

5           Q.    I was going to ask you when a patient

6    who is coming to you from Cermac fills out a

7    request form, is that form provided to you as the

8    physician who will be seeing the patient?

9           A.    No.

10          Q.    And are you able from the Cerner

11   record system to access the original health service

12   request form that a patient may file?

13          A.    No, I am not aware of ever seeing

14   this.

15          Q.    So if a patient does file such a form,

16   when you sit down with him you will not have the

17   ability to access that form at that time; right?

18          A.    Correct, to the best of my knowledge.

19   Patients are on my schedule and I can access

20   their -- the medical record because I have never

21   seen these forms before.

22          Q.    Okay.  You will see if you were to

23   look through them that they refer to --

24   periodically they ask for treatment of the

1    shoulder.  They ask for cortisone injections.  They

2    ask -- and they concern other concerns and requests

3    about the left shoulder.

4              Were you ever aware that after

5    Mr. Limbacher saw you in 2018 that he had requested

6    many other times to get a shoulder injection?

7         A.    I was not.

8         Q.    Were you ever made aware that

9    Mr. Limbacher had repeatedly asked for a shoulder

10   injection that he did not receive for many, many,

11   many months?

12        A.    I was not.

13        Q.    If you had known those facts, would

14   you have taken action to make sure he received the

15   treatment he requested promptly?

16        A.    Absolutely.

17        Q.    Did you learn that after your

18   interaction with Mr. Limbacher in December of 2018

19   that he requested on multiple occasions to see an

20   orthopedic surgeon?

21        A.    I was not aware.

22        Q.    Did anyone ever come and ask for your

23   professional opinion on whether it would be a good

24   idea for Mr. Limbacher to be seen by an orthopedic

Page 108

1    surgeon?

2        A.      No, not that I can recall.

3        Q.      Let's go off the record for a minute,

4    Doctor.

5                    (WHEREUPON, a recess was had.)

6              (WHEREUPON, said document was marked

7              Deposition Exhibit No. 11,

8              for identification, as of 11/22/22.)

9    BY MR. HACK:

10       Q.      I put Exhibit 11 in front of you,

11   Doctor.  Let us know when you see it?

12       A.      Yes, it's open.

13       Q.      Okay.  And this is not a form that you

14   wrote.  This, however, does look to you like a page

15   from the medical record Cerner system at Cook

16   County; correct?

17       A.      Correct.

18       Q.      And consultations for patients are

19   recorded in an electronic form with the title

20   consultations; correct?

21       A.      Correct.

22       Q.      And if you would have interacted with

23   another physician about care of a patient, you

24   would record that interaction in a consultation

Page 109

1    note something like this one; correct?

2         A.    Correct.

3         Q.    All right.  At some point

4    Mr. Limbacher received an MRI.  And I would like

5    you to look down to the -- two-thirds of the way

6    down this page and you will see MRI 3/2/20?

7         A.    Yes.

8         Q.    Okay.  Did anyone bring to your

9    attention that Mr. Limbacher had had a MRI view of

10   his left shoulder in or around March of 2020?

11        A.    I was not aware.

12        Q.    On the first line of that it begins as

13   follows, "Chronic findings secondary to sequelae of

14   remote and/or recurrent posterior shoulder

15   dislocation events."  Is sequelae, does that mean

16   sequence?

17        A.    Sequelae can mean as a result of.

18        Q.    Okay.  And what do the words chronic

19   findings mean to you?

20        A.    That it's nothing that is acute or

21   within the last few weeks of this exam.

22        Q.    Okay.  And the chronic findings are

23   noted as occurring at the posteroinferior osseous

24   glenoid and labroscapular structures; correct?

Page 110

1          A.      Yes.

2          Q.      And from this document what are the

3     main findings as you read this?

4          A.      That he has mild arthritis within his

5     shoulder joint, that he has a labral tear or trauma

6     to his labrum, which is the cartilagineous

7     extension, and he has some acromioclavicular

8     arthritis within the joint that's above on top of

9     his shoulder.

10         Q.      Right.  And what are the bones that

11    intersect at that joint above the ball and socket?

12         A.      Your clavicle attaches to your

13    acromion process which is off your scapula.  So

14    there is a joint at the top of the shoulder.

15         Q.      And the reader or the reporter of this

16    MRI finding observed that these osteoarthritis and

17    other findings of chronicity could have been post

18    traumatic; correct?

19         A.      Yes, it could be.

20         Q.      If you would look at the top of the

21    page, you will see a person's name, Manju Thomas,

22    CNP, Certified Nurse Practitioner.  Is what CNP

23    means?

24         A.      Yes.

Page 111

1          (WHEREUPON, said document was marked
2          Deposition Exhibit No. 12,
3          for identification, as of 11/22/22.)
4     BY MR. HACK:
5          Q.     I would like to show you another
6     exhibit, Doctor.  And let me know when you see it,
7     please?
8          A.     Yes.
9          Q.     Doctor, do you recognize the form of
10    this document as a form that is consistent with
11    what you see in the UpToDate service at the
12    hospital?
13         A.     If that's what it says it's from.  I
14    am assuming it is.
15         Q.     And is this a -- do you understand
16    this to be a flow chart for how a physician should
17    evaluate an adult with shoulder complaints?
18         A.     Yes, that's what it appears to be.
19         Q.     And are flow charts about the
20    treatment of shoulder injuries something that is
21    available to you at Stroger or at Cermac on the
22    UpToDate system?
23         A.     I could always look at the UpToDate
24    system, yes.

1        Q.     And can you access the UpToDate

2    system -- let me withdraw that.

3               You are able to access the UpToDate

4    system when you are on site at Stroger; correct?

5        A.     Yes.

6        Q.     And you are able to access the onsite

7    system when you are -- I'm sorry.

8               Are you able to access the UpToDate

9    system when you were onsite at Cermac Health

10   Services?

11       A.     I don't know.  I have never tried.

12       MR. HACK:  Okay.  Doctor, I am going to go

13   off the record.  I am going to just look through my

14   notes and see if there is anything else that I need

15   to ask you and then we will wrap this up shortly.

16               (WHEREUPON, a recess was had.)

17       MR. HACK:  Back on the record.

18   BY MR. HACK:

19       Q.     As part of your training and service

20   at Stroger and Cermac, were you instructed what

21   standard of care applies to your treatment of

22   pretrial detainees?

23       A.     In terms of -- I treat them like I

24   would treat any outpatient I see.

Page 113

1      Q.      So you owe them the same standard of

2   care that a patient coming to you from the private

3   sector would receive at Stroger; correct?

4      A.      Correct.  If someone came to me with a

5   complaint, I would start to do what I did with him.

6   I would examine him, do an x-ray, do a follow-up

7   and go from that point.

8      Q.      What standards do you apply in your

9   own mind for deciding when to direct a patient to a

10  different specialist for a consultation?

11     A.      Usually if it's -- I try conservative

12  measures as a nonsurgeon and if I am unsuccessful

13  or I find something that needs to be addressed

14  surgically or from something that I cannot do.

15     Q.      Okay.  If you are not sure about the

16  diagnosis of a patient, is that a factor that you

17  consider in deciding whether to refer a patient for

18  consultation to another doctor?

19     A.      It can be.

20     Q.      And why is that an important factor to

21  you in thinking about whether to make a referral?

22     A.      Well, we are physicians.  We operate

23  within our own specialty.  And when things would

24  look in a different direction, I would refer to

1   someone that would be better able to help the

2   patient.

3          Q.     As a doctor of physical medicine,

4   Dr. McCarthy, you would agree that sometimes

5   patients who have suffered a traumatic injury are

6   at risk of having their condition made worse if

7   they don't get prompt treatment; right?

8          A.     That can occur.

9          Q.     Right.  And in a circumstance where a

10  patient is at risk of a subsequent further injury,

11  prompt care is one factor that is important to

12  delivering the best possible patient care, isn't

13  it?

14         A.     It can be, yes.

15         Q.     And getting an accurate diagnosis of

16  somebody who is at risk of further injury, that,

17  too, is an important part of delivering high

18  quality medical care, isn't it?

19         A.     Yes, it can be.  It's sometimes

20  difficult to actually pinpoint an exact diagnosis.

21         Q.     I understand, but if you don't have

22  one, wouldn't you agree that it's important that

23  you refer a patient to a specialist and keep

24  referring a patient to a specialist until you get

Page 115

1   an answer about what is the correct diagnosis?

2        A.    It can be, but, again, I had told him

3   to come back.  Again, I did not realize he had

4   asked to see me multiple times.

5        Q.    I expect you care deeply about your

6   patients, Doctor, because you work at Cook County

7   and you have worked there for some number of years.

8             Is that information that you wish

9   somebody had brought to your attention, namely,

10  that Mr. Limbacher continued to have pain in his

11  shoulder and that nobody told you.  Would you have

12  wanted to know that as a doctor?

13       A.    Absolutely.

14       Q.    An unrepaired traumatic injury can

15  sometimes take longer to heal, can't it, if a

16  patient does not receive prompt treatment for it?

17       MR. PREBER:  Objection, speculation.

18  BY MR. HACK:

19       Q.    That's something that can happen in

20  medicine, isn't it?

21       A.    Again, it was a chronic injury when I

22  saw him a year later after his fall.

23       Q.    Right.  And in the course of that year

24  that injury had not been repaired yet, had it?

Page 116

1      A.      No.  And there is no saying if they
2  would have repaired it.  Say that again.
3      Q.      I didn't mean to interrupt you again.
4  It's one of the challenges of working over Zoom.  I
5  wanted to let you finish your answer.  Then I will
6  listen to it and then I will ask a question if I
7  have another one.
8      A.      Why don't you start again and ask me a
9  question.
10      Q.      Thank you.
11      MR. HACK:  Linda, what was my last question
12  to Dr. McCarthy?
13                    (WHEREUPON, the record was read
14                     by the reporter as requested.)
15  BY MR. HACK:
16      Q.      So let's just pick up there,
17  Dr. McCarthy.  You understood when you saw
18  Mr. Limbacher that he had been hurt some time back
19  in 2017; right?
20      A.      Correct.
21      Q.      And when he presented to you he still
22  had symptoms from that injury, didn't he?
23      A.      He had multiple symptoms of multiple
24  complaints, correct.

1      Q.      And he attributed some of those
2   complaints, in particular the shoulder complaints,
3   to the fall he had taken, didn't he?
4      A.      He did.
5      Q.      If a traumatic injury to the shoulder
6   is left untreated and the patient's condition
7   continues to worsen, it's possible that a patient
8   might need surgery to repair the pathology that
9   they might not have needed had it been treated
10  promptly when he was first injured; correct?
11      MR. PREBER:  Objection, speculation.
12  BY THE WITNESS:
13      A.      Again, any traumatic injury can cause
14  issues down the line.
15  BY MR. HACK:
16      Q.      And a good physician in treating a
17  patient would be concerned to make sure they
18  received prompt care to prevent those issues from
19  down the line occurring; correct?
20      MR. PREBER:  Objection to form.
21  BY THE WITNESS:
22      A.      Again, the sooner anything can be
23  evaluated, it would be -- I would assume you could
24  say it would be better for the patient.

Page 118

1    BY MR. HACK:

2        Q.    Well, let's be clear, Doctor.  That's

3    not an assumption.  That's your knowledge and

4    experience as a physician, isn't it?

5        A.    It is.

6        MR. HACK:  Okay.  Thank you very much,

7    Doctor.  Good day.

8        MR. PREBER:  I do have a couple follow-up

9    questions.

10                    EXAMINATION

11   BY MR. PREBER:

12       Q.    Dr.McCarthy, I will try to keep this

13   short.  First off, what do you normally do in

14   preparation before you see a patient?

15       A.    If I have time, I review the patient's

16   record.  Again, patients are just placed on my

17   schedule.  So if it's someone new, I don't know

18   much about them.  I might do a quick look through

19   the chart and I talk with the patient.

20       Q.    So you do ask the patient when you see

21   them why are they there?

22       A.    Yes.

23       Q.    Okay.  Do you allow the patient to

24   speak when you ask them that?

Page 119

1        A.      Yes.

2        Q.      And then you stated earlier that you

3    do sometimes write down notes while you are talking

4    with a patient; correct?

5        A.      Correct.

6        Q.      And then with those written notes do

7    you normally transfer them to the electronic

8    medical record?

9        A.      Yes.  I use that as a memory or I

10   usually write down positive findings or dates or

11   things that are told to me.

12       Q.      And then you talked about this when

13   you were examining the Plaintiff's shoulder and I

14   might get this term -- misstate this term, but what

15   does it mean when you sublux a shoulder?

16       A.      That's if the joint capsule is loose,

17   you can put the shoulder in a position of capsule

18   laxity and actually make the shoulder move and --

19   within the joint in the area that it's loose to

20   kind of start to move it out of joint.

21              And patients, if they have chronic

22   dislocations, they will stop you.  And I was unable

23   to move his shoulder out of his joint when I

24   examined him.  It's called an apprehension sign.

Page 120

1      Q.      So what do you mean, what would stop

2  you?  Does that mean that there is a good sign of

3  shoulder injury or there is not a good sign of

4  shoulder injury?

5      A.      No, if that apprehensive sign is

6  positive, there is a very good chance that this

7  individual might have chronic shoulder

8  dislocations.

9      Q.      Okay.  You used the term conservative

10  medicine a few times.  Just for clarification, what

11  do you mean by that?

12      A.      Conservative medicine or management is

13  what I do with musculoskeletal injuries.  Again,

14  I'm not a surgeon.  So I see hundreds and hundreds

15  of people at our musculoskeletal clinics throughout

16  the county that have shoulder complaints, back

17  complaints, that I would be, like, the first line

18  of examining someone unless they were sent to the

19  surgeons.

20          So what I mean by that is I try to

21  determine what might be the cause of their issue,

22  recommend some conservative treatment, such as

23  physical therapy to strengthen, maybe an injection.

24  I might do x-rays to see if I can determine what

Page 121

1  the cause of the issue is.  It would basically mean

2  nonsurgical management of a patient.

3        Q.     Okay.  Would a very simplified version

4  of it be let's try A.  If A doesn't work, let's try

5  B.  If B doesn't work, let's try C, kind of

6  something like that, like a step process of how you

7  would actually practice medicine?

8        A.     Correct.

9        Q.     Okay.  And then when you are

10  evaluating a patient, do you base your medical

11  advice on evidence?

12        A.     Yes, things I see or I find on

13  examination.

14        Q.     Okay.  And then part of that evidence,

15  do you also take into account the patient's

16  condition, as well?  So if he is saying there is

17  pain, you take that into account even though you

18  can't really see too much?

19        A.     Correct.

20        Q.     Okay.  And then when examining a

21  patient, if the patient is saying he is hearing

22  cracking or some sort of discomfort that he can

23  hear or feel, like, a popping sensation, would you

24  normally be able to kind of feel that or hear that

Page 122

1   during an examination?

2          A.      No, not always.  Did you hear that?

3   That's my shoulder cracking.

4          Q.      Okay.  All right.  And then if you

5   recommend treatment to a patient and they refuse

6   that treatment, do you schedule follow-up treatment

7   for that patient for the exact treatment that they

8   just essentially refused?

9          A.      No, not always.

10         Q.      Okay.  If you recommend treatment and

11  a patient refuses it, do you automatically seek

12  alternative treatment for that patient?

13         A.      No, not always.

14         Q.      Okay.  If that patient refuses

15  treatment, do you generally ask why they might be

16  refusing that treatment?

17         A.      Sometimes they offer it to me.  Again,

18  it's the patient's choice to choose what they want

19  done to themselves.  Sometimes I get an explanation

20  and sometimes I don't.

21         Q.      Okay.  Would you generally refer a

22  patient that refuses your care with no evidence to

23  back that up?

24         A.      No.

Page 123

1          Q.     Okay.  Dr. McCarthy, after looking at

2     the evidence at the time that you saw the

3     Plaintiff, would you have changed anything

4     different from your medical advice and your --

5     essentially your standard of care?

6          A.     At the time I saw him for the two

7     times, I would not.

8          MR. PREBER:  Okay.  Thank you very much,

9     Dr. McCarthy.

10          MR. HACK:  Mia, you got anything?

11          MS. BUNTIC:  Nothing from me.  Thank you.

12          MR. HACK:  Give me a moment.

13                      FURTHER EXAMINATION

14     BY MR. HACK:

15          Q.     Dr. McCarthy, we talked about signs of

16     osteoarthritis with Mr. Limbacher's shoulder;

17     correct?

18          A.     Yes.

19          Q.     And we saw signs of that on your

20     review of the film from October of 2018; correct?

21          A.     Yes.

22          Q.     And one possible cause of

23     osteoarthritis in someone's left shoulder is a

24     history of prior dislocations; correct?

Page 124

1          A.     It can be, yes.

2          Q.     And nothing you saw in your

3     examination of the film ruled out the possibility

4     that Mr. Limbacher had had multiple shoulder

5     dislocations, did it?

6          A.     No.  An x-ray would not rule anything

7     out like that.

8          Q.     Right.  You could draw no conclusion

9     from what you saw in the film; correct?

10          A.     Correct.

11          MR. HACK:  Good day, Doctor.  I know you have

12     to take care of your patients.  Thank you very

13     much.

14                    FURTHER EXAMINATION

15     BY MR. PREBER:

16          Q.     One final follow-up, Doctor.  I

17     believe the word was osteoarthritis, is that also

18     found in patients just with advanced age?

19          A.     Osteoarthritis?

20          Q.     Yes.

21          A.     Yes.  They actually have done studies

22     where people without pain complaints, they have

23     done x-rays, CAT scans, MRI's, and just through the

24     normal course of aging, without any complaints, you

Page 125

1  can see evidence of osteoarthritic changes.

2       Q.     Would somebody by the age of 35, could

3  they be showing those signs without any pain?

4       A.     Yes.

5       Q.     Could somebody at the age of 40 be

6  showing those signs without any pain?

7       A.     Yes.

8       MR. PREBER:  Thank you, Doctor.

9       MR. HACK:  Good day.

10      MR. PREBER:  Have a good day.  Thank you very

11  much, everyone.

12             FURTHER DEPONENT SAITH NOT.

13                (Signature waived.)

14        (Deposition concluded at 4:15 p.m.)

15

16

17

18

19

20

21

22

23

24

Page 126

1    STATE OF ILLINOIS   )

2                        ) :

3    COUNTY OF COOK      )

4

5

6              I, LINDA S. IDRIZI, a Certified

7    Shorthand Reporter, CSR No. 084-003704, of the

8    State of Illinois, do hereby certify:

9              That previous to the commencement of

10   the examination of the witness herein, the witness

11   was duly sworn to testify the whole truth

12   concerning the matters herein;

13             That the foregoing deposition

14   transcript was reported stenographically by me, was

15   thereafter transcribed under my personal direction

16   and constitutes a true, complete and correct record

17   of the testimony given and the proceedings had;

18             That the said deposition was taken

19   before me at the time and place specified;

20             That I am not a relative or employee or

21   attorney or counsel, nor a relative or employee of

22   such attorney or counsel for any of the parties

23   hereto, nor interested directly or indirectly in

24   the outcome of this action.

Page 127

1          IN WITNESS WHEREOF, I do hereunto set

2    my hand and affix my seal of office at Chicago,

3    Illinois, this 9th day of December 2022.

4

5

6

7          LINDA S. IDRIZI

8          Certified Shorthand Reporter

9          Certificate No. 084-003704

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**[001078 - accurately]** Page 1

**0**

**001078** 50:23
**07509** 1:7
**084-003704**
  126:7 127:9

**1**

**1** 3:10 16:15,22
**10** 3:19 78:19
  79:9,19 104:24
  105:18
**100** 76:19 89:21
**102** 3:18
**104** 3:19
**108** 3:20
**11** 3:20 52:5
  108:7,10
**11/13** 101:17
**11/22/22** 16:16
  24:24 49:19
  62:11 70:11
  94:19 97:14
  99:15 102:8
  105:1 108:8
  111:3
**111** 2:4 3:21
**118** 3:5
**11:00** 26:17
**11th** 49:23 50:10
  61:21,22
**12** 3:21 111:2
**123** 3:4
**124** 3:5
**15** 23:1
**16** 3:10
**165** 4:16
**1746** 127:5

**19** 1:7
**1986** 8:16
**1990** 8:17
**1999** 4:22
**1:05** 1:17

**2**

**2** 3:11 24:23
  25:2,14,18
**20** 23:2 28:4
  96:22
**2011** 7:19
**2017** 30:23
  116:19
**2018** 4:23 7:13
  12:10 21:2,5,18
  24:3,17 28:18
  29:7 32:4 34:2
  38:24 40:13
  43:8,21 49:11,23
  50:10,18 52:5
  63:8 70:19
  79:23 93:1
  101:13 107:5,18
  123:20
**2019** 4:23 96:22
  99:1 100:7
**2020** 4:23 7:13
  12:10 109:10
**2022** 1:16 127:3
**21** 17:12
**22** 1:16
**24** 3:11
**2nd** 21:2 31:12
  32:4 34:1 43:8
  48:12 49:10
  61:21 63:16

**3**

**3** 3:12 49:16,18
  50:2
**3/2/20** 109:6
**30** 28:4
**312-443-0676**
  2:6
**35** 125:2

**4**

**4** 3:4,13 47:11
  62:10,14,24
  64:11
**4/21** 17:11
**40** 125:5
**40's** 38:9
**4100** 2:4
**45** 38:7
**49** 3:12 38:6
**4:15** 125:14
**4th** 70:19 73:1

**5**

**5** 3:14 70:7,10,14
**500** 2:12 12:3
**5:24** 95:4

**6**

**6** 3:15 94:18,21
**60126** 4:17
**60602** 2:13
**60606** 2:5
**62** 3:13

**7**

**7** 3:16 97:13,16
**70** 3:14
**79** 51:13
**7:00** 51:7

**7:05** 26:24

**8**

**8** 3:17 99:14,17
  99:19
**8/20/2019** 95:4
**80** 52:3,10 76:18
**81** 52:12
**84-3704** 1:24

**9**

**9** 3:18 102:7,10
**94** 3:15
**97** 3:16
**99** 3:17
**9th** 27:1 127:3

**a**

**abducted** 34:17
**ability** 31:1 89:5
  101:6 106:17
**able** 75:18 92:6
  94:22 102:12
  106:10 112:3,6,8
  114:1 121:24
**absolutely**
  107:16 115:13
**ac** 51:1 56:1
**access** 13:1,10
  14:9 15:20
  106:11,17,19
  112:1,3,6,8
**accident** 18:3
**account** 121:15
  121:17
**accurate** 14:21
  18:16 114:15
**accurately** 15:2
  15:4 30:9 46:2
  74:6

acromioclavic...
　110:7
acromion 110:13
action 19:8
　107:14 126:24
activate 26:20
activities 66:9
acute 6:1 109:20
addition 19:4
additional 9:12
　60:2,19 61:5,9
　62:1
address 4:15
addressed 13:22
　113:13
admission 89:16
adult 111:17
adults 17:1
advanced 90:11
　90:19 124:18
advice 121:11
　123:4
affirmatively
　64:3
affix 127:2
afraid 10:18
　38:16
afternoon 69:21
age 38:5,12
　124:18 125:2,5
aging 124:24
ago 10:9 22:8
　33:18 35:20,22
　85:9
agree 88:19
　93:12 114:4,22
agreed 39:9

ahead 49:13
　62:13 102:13
al 1:8
alert 100:15
alex 25:7
alexander 2:14
alexander.preber
　2:15
alleviate 59:23
　66:15
allotted 28:6
allow 118:23
altered 26:10
alternative
　122:12
american 11:16
　11:18,19 93:13
amount 35:20
amputees 6:3
anatomy 91:7,10
anem 11:18 12:2
answer 33:5
　115:1 116:5
anterior 53:10
anybody 60:15
apologies 45:17
apologize 105:9
appear 100:3
appeared 2:9
appearing 1:14
appears 17:6,19
　18:10 98:13
　102:15 111:18
apples 61:18
applies 26:6
　112:21
apply 113:8

appointed 4:10
appointment
　28:12 81:12
　84:11 87:22
　94:1 98:17,22
apprehension
　34:21 119:24
apprehensive
　120:5
approach 21:1
　58:12
appropriate
　17:20 46:14
　91:12
approximate
　57:16
area 7:5 40:2
　52:9,20 54:19
　55:24 57:16
　119:19
areas 19:20
　48:24 54:4 56:5
arm 31:23 34:16
　77:8
arrange 86:10
　92:13
arrive 34:24
arthritis 35:7
　55:7 56:11
　67:12 72:20
　73:13 110:4,8
arthrogram 45:5
aside 103:23
asked 7:15 32:11
　34:16 46:18
　47:7 60:14
　96:24 99:2
　103:19 107:9

115:4
asking 5:8 10:23
　22:7,11,12 39:7
　58:9 61:1 100:9
assess 34:6
assistant 6:19
　63:5
assistants 6:16
associated 56:22
association
　56:13
assume 58:3
　101:12 117:23
assumed 30:22
assuming 95:7
　111:14
assumption 57:9
　57:23 118:3
atraumatic
　17:22 18:1,3
atrophy 43:20
attached 9:13
attaches 51:23
　52:8 55:10 56:2
　110:12
attend 8:14
attention 94:13
　96:24 98:24
　100:8 101:23
　109:9 115:9
attorney 2:11
　126:21,22
attorney's 18:22
　19:5
attributed 117:1
august 96:22
author 13:14
　14:4

**[automatically - causing]**                                    Page 3

**automatically**
  40:22 122:11
**available**  15:9
  81:20,24 88:9
  111:21
**avoid**  41:16
**aware**  99:8
  103:1,5,14 104:3
  106:13 107:4,8
  107:21 109:11

**b**

**b**  95:19 96:9,10
  121:5,5
**bachelor's**  8:8
**back**  21:24 25:6
  25:6 26:14
  29:19 33:17
  43:1,5 45:15
  46:6 47:1,22
  59:18 61:2,19
  62:3,7 63:13,14
  64:11,24 65:11
  68:21 74:11,19
  74:23 80:6
  81:16 82:1,4
  83:14,17 84:8
  85:12,17 86:7,13
  87:22 88:3
  89:18,23 92:6
  101:6,10 104:21
  112:17 115:3
  116:18 120:16
  122:23
**background**
  95:13
**backwards**
  103:14

**bag**  89:4
**ball**  30:6 44:13
  110:11
**bankart**  52:23
  52:24 53:4,8,14
  53:19 54:3,10,13
  54:19 55:2
**barbara**  63:1,4
**base**  121:10
**based**  17:20
  90:22 92:15
**basically**  121:1
**basics**  97:20
**began**  31:9
**beginning**  26:14
  93:3
**begins**  109:12
**behalf**  2:9
**believe**  6:6 39:9
  44:12 68:5
  82:23 96:8
  124:17
**believer**  16:18
**best**  14:21 20:11
  27:5 43:14,18
  45:4 65:9 66:18
  77:14 81:7
  106:18 114:12
**bet**  96:3
**better**  61:12
  84:6,20 114:1
  117:24
**biceps**  44:4
**big**  16:18 94:11
**biology**  8:2
**biomechanics**
  8:4

**bit**  52:9 56:3
  105:8
**blank**  92:4
**board**  11:11,14
  11:16,17,17
**boards**  11:24
  12:1,4
**bodies**  44:7
**bone**  37:24
  38:10 51:6
**bones**  110:10
**book**  14:3,4
**books**  12:23
  13:11,12
**boom**  19:17
**bottom**  17:11
  25:15 33:11
  51:3,6 52:21
  53:11 64:15
  84:4 95:18,24
  96:2 101:20
**box**  25:12 95:23
  95:24 96:1,2,6
  97:18
**bracing**  6:4
**braddom**  14:5
**bring**  74:19
  96:23 98:24
  100:7 101:22
  109:8
**brought**  94:13
  115:9
**buntic**  2:17
  123:11

**c**

**c**  121:5

**call**  56:16 100:22
**called**  4:5 15:20
  67:14 119:24
**capsule**  37:15
  38:19 119:16,17
**care**  28:8,19
  46:4,14 50:9
  60:2 68:11,16
  93:13,18 101:24
  103:7 108:23
  112:21 113:2
  114:11,12,18
  115:5 117:18
  122:22 123:5
  124:12
**career**  10:20
**cartilagineous**
  44:8,23 45:2
  110:6
**case**  37:8
**cat**  124:23
**catch**  9:21 42:10
**catching**  32:13
  32:16 76:18,23
**cause**  35:9 36:8
  46:9 65:24
  72:15 73:3,6,11
  74:20 89:17
  90:5 91:11
  117:13 120:21
  121:1 123:22
**caused**  35:12
  54:9 84:21
**causes**  72:18
**causing**  33:12
  49:7 59:17
  61:13 62:5
  82:11 83:22

**[causing - computer]**                                         Page 4

84:4

**center** 2:12
28:13

**cermac** 28:13,16
28:19 42:12,21
50:9 61:6,10
63:5,18,21 88:9
100:15,20
101:13 104:16
106:6 111:21
112:9,20

**cerner** 14:9,13
14:17 15:8
62:19,19 70:3,17
93:11 97:24
98:3,8 99:23
106:10 108:15

**certain** 56:18
65:10 85:15
99:23

**certificate** 127:9

**certification**
10:19 12:7

**certifications**
9:12 11:12,14,21
12:9

**certified** 11:16
11:18 110:22
126:6 127:8

**certify** 126:8

**cervical** 59:24
82:11 83:7 85:8
86:13 87:21
89:19

**cetera** 92:18

**chair** 5:14 6:6,10

**challenges** 116:4

**chance** 18:21
120:6

**change** 24:14

**changed** 123:3

**changes** 125:1

**chart** 3:21 27:18
78:13 111:16
118:19

**charts** 111:19

**checked** 71:21

**chemistry** 8:2

**chicago** 2:5,13
8:20 9:15,23
127:2

**chief** 27:14 29:9
71:1,23,24 75:7

**chipped** 53:12

**chl's** 95:3

**choice** 17:20
122:18

**choose** 79:15
122:18

**chronic** 30:21
40:9 65:24
109:13,18,22
115:21 119:21
120:7

**chronicity**
110:17

**circumstance**
114:9

**clarification**
120:10

**clavicle** 110:12

**clear** 69:5 71:10
77:15 118:2

**click** 26:6,9
105:18

**client** 102:21

**clinic** 6:20 28:10
28:11,21 76:7
100:22 101:24

**clinical** 17:16
36:13

**clinically** 52:17

**clinician** 56:21
57:12

**clinics** 6:14
120:15

**closed** 7:18

**closely** 33:2
56:22 57:2,6
58:6

**cm** 78:20

**cnp** 110:22,22

**code** 78:19,22
79:4,5,6,11,12

**codes** 78:16,18
79:15,17

**coding** 79:10

**collaboratively**
7:6

**college** 7:21,23
7:24 8:20

**come** 9:4 27:7
33:1 43:1 46:15
53:12 63:14,15
80:5 81:16 84:8
84:16 85:11
86:7 88:3 92:13
107:22 115:3

**coming** 18:23
80:14 87:6,22
106:6 113:2

**commencement**
126:9

**commencing**
1:17

**comment** 96:17
96:18 98:13
100:2 101:16

**comments**
101:21

**common** 53:9

**communication**
64:12 94:6 97:6

**communications**
62:21

**compass** 76:24

**complain** 104:16

**complained** 36:6

**complains** 104:8

**complaint** 27:14
33:8 71:1,23
72:1,2,23 74:17
75:7 80:14
104:10,11 113:5

**complaints** 29:8
29:9 59:24 83:7
111:17 116:24
117:2,2 120:16
120:17 124:22
124:24

**complete** 12:2
126:16

**completed** 8:5
8:10 10:17 12:5
34:23 82:7
86:14

**compound** 15:17

**computer** 12:23
13:1 14:7,10
15:19 16:2
26:20

**concern** 36:1
39:21 82:14
107:2
**concerned** 37:19
38:24 39:17
68:11 80:17
81:2 84:5 85:16
85:19 87:18
117:17
**concerning**
126:12
**concerns** 107:2
**concluded**
125:14
**conclusion** 65:15
79:22 124:8
**conclusive** 73:2
92:13
**condition** 114:6
117:6 121:16
**confidence** 20:8
93:23
**confident** 20:6
**confirm** 55:3
**consequences**
53:13
**conservative**
41:8,11 54:18
67:4 88:2 89:2
90:6 113:11
120:9,12,22
**conservatively**
66:24
**consider** 36:19
36:23 37:1,2,14
37:23 40:12
53:4 58:16 60:1
60:7,13,14,17

61:5,8 113:17
**consideration**
40:16
**considered** 77:4
**consistent** 18:16
111:10
**constitutes**
126:16
**consult** 13:18
16:4 65:4 69:9
69:12
**consultation**
3:20 69:16,18,23
108:24 113:10
113:18
**consultations**
69:21 108:18,20
**consulted** 17:7
69:2 70:1
**consults** 6:4
**contexts** 41:12
**continued**
115:10
**continues** 82:1
117:7
**conversation**
42:1 94:5
**convinced** 82:10
82:15
**cook** 2:11 4:19
4:20 5:9 62:20
108:15 115:6
126:3
**cookcountyil.g...**
2:15,18
**copy** 27:7
**cords** 6:1

**corner** 25:15
95:18
**correct** 5:1,20
6:8 9:19 10:12
10:13 12:14
14:7,8,14,15,18
14:19,21,23 15:2
15:6,11,12,15,21
20:14,16 23:9,11
23:12 26:4,8,13
26:18,22 28:16
28:17 32:9
35:19 36:23,24
37:10 38:13,14
39:11,12 40:7,10
40:11 41:17,18
42:3 44:15 45:9
45:12,13,19,20
45:23,24 46:4,8
47:8,9 48:4
50:10,18,19
52:14 54:20,22
54:23 56:7
61:23 62:22,23
63:2,6,11 64:5,7
64:13,14 65:18
66:4,10 67:13,14
67:19 69:10,11
69:13,14,19,23
69:24 70:19,20
71:2,6 72:4 74:6
74:7 75:17,21
76:2,12 77:5
78:3,4,10,11
82:19,20 84:2
85:2 86:1 87:2
87:16 88:6 89:6
89:7 93:5,14

95:6 98:9,11,12
99:24 101:3,4,7
101:8,18 103:17
103:18,21,22
106:18 108:16
108:17,20,21
109:1,2,24
110:18 112:4
113:3,4 115:1
116:20,24
117:10,19 119:4
119:5 121:8,19
123:17,20,24
124:9,10 126:16
**correctly** 27:2
**correspondence**
3:13 62:20 63:1
63:10
**cortisone** 48:2,2
48:6 54:22,24
98:18 100:4,11
107:1
**counsel** 4:10
18:22 19:4
102:23 126:21
126:22
**county** 2:11 4:19
4:21 5:9 62:20
108:16 115:6
120:16 126:3
**couple** 42:24
45:16 48:19
74:24 95:2
118:8
**course** 11:4 16:4
102:20 115:23
124:24

[court - discuss]

Page 6

court 1:1 4:10
cover 6:13
cracking 32:13
 32:17,24 121:22
 122:3
creaking 32:24
 33:7 76:18,23
csr 1:24 126:7
ct 45:3,6
cuff 35:6 51:23
 52:8 55:9 56:2
 73:13 77:1,11,13
 90:18
currently 13:17
cv 1:7
cyst 51:4 52:7
 54:4 55:9,19
 56:1,10,21 57:10
 57:13 65:14
cysts 51:19 52:1
 52:8,18,20 55:10
 55:11,24 56:9,18
 57:8,24 58:4
 65:19

**d**

d.o. 1:13 3:3 4:4
 9:11,14,17
d.o.'s 9:8
daily 31:1 66:10
daley 2:12
dart 1:8
dash 78:20
date 26:15 50:10
 52:5 96:21
 102:4
dated 49:23

dates 119:10
davis 63:1,4
 64:13 65:1
 68:21 100:3
davis's 64:15
day 14:14,14
 15:14 20:20
 28:2 34:10
 40:10 61:7,8,11
 64:4 71:20 74:9
 118:7 124:11
 125:9,10 127:3
days 45:22
december 64:22
 70:18,18 73:1
 76:2,6 79:23
 89:15 93:1,24
 101:3 102:2
 107:18 127:3
decide 46:13
 58:5 92:11
 103:13 104:18
deciding 113:9
 113:17
decision 64:9
 65:1 90:22
decisions 63:21
declined 60:10
 61:14 85:11
 86:9 88:2
deeply 115:5
defendants 1:9
 2:19
deformities 40:6
deformity 40:1
 40:14,23 41:2
degree 8:2,6,22
 9:3,13 10:18

20:7
degrees 9:5
 76:19
delisa 14:5
delivering 28:8
 114:12,17
deltoid 43:9,15
 43:19,24
department 5:10
 5:11,12,15 42:21
 104:9
depending
 104:11
depends 5:23
 39:15
deponent 125:12
deposition 1:13
 16:15 18:20
 24:23 49:18
 62:10 70:10
 94:18 97:13
 99:14 102:7
 104:24 108:7
 111:2 125:14
 126:13,18
describe 30:8
designation
 10:18,21
designations
 9:12
detail 67:5
detainee 22:2
 103:10
detainees 104:1
 112:22
determine 19:11
 20:10,15 39:13
 59:14,17 61:13

62:5 120:21,24
diagnoses 79:10
diagnosing
 43:15 91:2,11
diagnosis 18:15
 34:24 35:4 46:7
 58:22,24 72:9
 73:2,22 78:9,15
 78:22 79:13,21
 80:1 85:5 87:11
 92:13 113:16
 114:15,20 115:1
diagnostic 32:2
 79:5
difference 9:1,5
 17:24
differences 9:3
different 7:4
 11:9 19:19,20
 34:8 48:24
 51:13 96:4
 113:10,24 123:4
differently 21:1
difficult 11:6
 31:3,6 33:5
 83:10 114:20
digits 51:13
direct 91:20
 113:9
directing 91:12
direction 77:23
 113:24 126:15
directly 126:23
director 7:6,8
discomfort
 59:23 121:22
discuss 42:4,8,16
 42:19

discussed 47:21
discussing 48:2
  86:18
discussion 16:12
  41:23 94:4
dislocate 53:9
dislocated 29:22
  53:6
dislocation 30:1
  30:3 31:20
  35:14,15,17
  109:15
dislocations
  35:12 119:22
  120:8 123:24
  124:5
district 1:1,2
division 1:3 5:14
  6:7,10,18,24 7:3
  7:16
doc 89:1
doctor 4:13,21
  4:24 5:3 7:21,24
  8:19,24 11:1,12
  12:20 16:18
  17:9,24 19:23
  22:20 25:3,9,11
  25:22 27:22
  30:2 31:7 32:8
  32:14 33:16,22
  37:20 38:15
  39:5 40:1 41:13
  42:16,23 43:7
  45:7 46:6,17
  47:6,10 49:13,21
  50:3 51:5 52:3
  55:6,15 57:11
  58:13,20,24

61:17 62:14
63:15 67:11
70:13 71:9
72:10 73:10
75:5,23 76:5
77:18,21 78:8,18
82:22 84:24
85:19 88:13
89:4 92:2,9,20
92:24 94:9,14,22
95:12,23 97:11
99:12 100:8
101:15,19
104:17 108:4,11
111:6,9 112:12
113:18 114:3
115:6,12 118:2,7
124:11,16 125:8
doctors 9:9
  15:10 69:10
document 3:10
  16:14 17:1
  24:22 49:17
  62:9 70:9 71:9
  94:17 95:10
  97:12 99:7,13
  102:6 104:23
  108:6 110:2
  111:1,10
documents
  102:16 104:19
doing 18:20 68:1
  77:9,23 90:10
door 85:11 86:7
dr 4:9 7:10 16:8
  24:12 25:5 42:9
  42:13,17 67:24
  68:6,14 96:19

98:18 100:4
102:10 105:4
114:4 116:12,17
123:1,9,15
dr.mccarthy
  118:12
draw 124:8
drive 2:4
due 65:13 77:1
duly 4:1,5
  126:11
duplicates
  105:10

**e**

e 4:16 68:4
earlier 77:20
  119:2
early 50:18
east 4:16
eastern 1:3
edge 51:2
edward 1:5
either 42:21
  45:22 48:23
  61:10 76:1
electrodiagnos...
  11:19
electronic 23:8
  26:1,5 71:10
  108:19 119:7
elmhurst 4:14
  4:15
emg's 12:3
employed 4:18
  5:23
employee 126:20
  126:21

empty 34:18
encourage 46:24
ends 52:3
entered 95:4
entire 27:11 36:2
entitled 16:23
episode 35:17
essentially 44:12
  122:8 123:5
et 1:8 92:18
etiology 17:21
evaluate 6:11
  34:20 45:5 90:4
  98:16 111:17
evaluated 32:12
  117:23
evaluating
  121:10
evaluation 16:24
evaluations 6:14
events 109:15
evidence 43:19
  43:23 58:4 77:5
  77:10 121:11,14
  122:22 123:2
  125:1
exact 38:5
  114:20 122:7
exactly 28:3
  31:17 73:7
  82:20 83:1
  84:13
exam 9:8 13:12
  13:13 17:20
  26:21 33:23
  109:21
examination 3:4
  3:5 4:7 27:20

**[examination - flexion]**

31:11,15 32:6,8
33:24 34:24
36:23 43:20
71:19 74:19
75:23 92:15
118:10 121:13
122:1 123:13
124:3,14 126:10
**examine** 85:13
113:6
**examined** 4:6
24:11 39:23
43:7 89:20
119:24
**examining** 23:16
119:13 120:18
121:20
**example** 48:22
69:20 72:6
75:18
**exchange** 64:12
**excuse** 11:8 31:5
**exhibit** 16:8,15
16:22 24:15,23
25:2,14,18 45:8
49:15,18,24 50:2
62:10,14,14,24
64:11 65:16
70:6,7,10,14
94:18,21 97:11
97:13,16 99:14
99:17,19 102:7
102:10,14
104:24 105:4,15
105:18 108:7,10
111:2,6
**exhibits** 3:8
24:15 94:9

**expect** 115:5
**expedite** 98:22
**experience** 93:16
118:4
**experiencing**
29:7 35:22
36:12 99:3
**explain** 9:4
80:16
**explained** 72:12
72:13 88:23
**explanation**
33:23 77:4
122:19
**explanations**
58:17 73:9
**expressed** 82:14
**extending** 77:8
**extends** 44:10
**extension** 44:9
44:23 45:2
110:7
**extent** 59:15
**extra** 38:21

---

**f**

**f** 4:16
**fact** 93:21
**factor** 113:16,20
114:11
**facts** 103:20
107:13
**fails** 67:4
**fairly** 20:9 65:13
**fall** 18:3 115:22
117:3
**fallen** 29:12
35:20,22

**falling** 23:15
**familiar** 9:1
95:15
**family** 9:9
**fan** 94:11
**far** 35:13 84:5
**fault** 105:17
**feature** 24:13
**feel** 33:7 35:5
121:23,24
**feeling** 35:15
36:9 46:10
**feels** 36:21
**fell** 29:23 35:14
**felt** 29:16 46:16
61:12 83:5 84:6
84:20
**figuratively** 30:7
**figure** 58:21
59:3,20 82:24
83:21
**file** 19:17 21:8
103:6 104:4
106:12,15
**filed** 22:23 103:1
103:16,21,24
104:1
**fill** 98:20
**filled** 102:19
**fills** 106:6
**film** 45:3 49:22
51:10 53:3,7,17
54:1 55:7 56:4
57:22 59:8 61:2
61:3,4,22,24
65:16 123:20
124:3,9

**films** 3:12 61:21
75:12,14
**final** 79:21,24
92:14 124:16
**finalized** 27:3
**find** 32:7 75:13
75:18 79:18
93:7 101:18
113:13 121:12
**finding** 56:17
110:16
**findings** 73:18
86:17 109:13,19
109:22 110:3,17
119:10
**finish** 26:23
27:12 116:5
**fire** 44:1
**firing** 43:24
**first** 4:5 9:17,21
10:2 28:21 34:4
37:12 39:10,10
40:17 45:15,19
50:21,23 53:3
55:19 66:12
71:2,17 84:14,18
87:9,14,15 90:2
96:4 97:18 99:6
99:18 102:15
103:14 105:12
105:24 109:12
117:10 118:13
120:17
**five** 18:11
**fix** 66:17
**flex** 77:22
**flexion** 77:19

**flip** 17:3
**floor** 28:7,10
**flow** 3:21 111:16
  111:19
**focus** 35:19
  81:14 85:7
  86:12 87:20
  90:5
**focussed** 80:4
  82:10 89:19
  92:17
**follow** 28:24
  31:19 35:23
  61:14 69:16
  74:14 78:17
  80:5,10 81:11
  84:10,13 86:6
  87:2 100:23
  113:6 118:8
  122:6 124:16
**following** 81:14
  82:6,10
**follows** 4:6 104:9
  109:13
**foregoing**
  126:13
**forest** 7:18
**form** 3:15,16,17
  3:19 25:11 74:1
  88:21 95:3,15
  96:9,11,13 97:21
  106:7,7,12,15,17
  108:13,19 111:9
  111:10 117:20
**formal** 50:14
**format** 17:6
**forms** 3:18 98:10
  102:19 106:3,21

**forward** 77:23
  92:7
**fossa** 47:17
**found** 93:17
  124:18
**four** 49:22 50:5
  50:21 55:6 56:5
  102:14
**fourth** 17:10,12
  56:4
**fracture** 37:3,8
**frame** 12:10
  28:18 61:3
**frankly** 79:1
**free** 17:4 22:10
**fremont** 4:16
**front** 16:9 17:1
  25:2 34:5 62:14
  70:14 97:16
  99:7,17 103:15
  108:10
**fully** 34:20
**further** 80:18
  81:2 89:24 91:3
  114:10,16
  123:13 124:14
  125:12

**g**

**general** 5:24
  23:24
**generally** 122:15
  122:21
**generated** 27:17
**generator** 90:9
**gentleman** 42:11
**gepax** 75:9,10,15
  75:19

**getting** 80:17,18
  114:15
**gist** 64:18
**give** 45:3 48:14
  48:17 64:19
  93:22 98:21
  103:12 104:20
  123:12
**given** 74:5 98:18
  126:17
**glass** 43:1
**glenoid** 30:5
  40:1,2,6,14,22
  41:2 44:9,23
  47:13,17 51:19
  52:9,19,20,22
  53:11,20 54:5
  55:11,21,24
  109:24
**go** 7:20,24 8:6,11
  8:18 16:10
  21:24 23:11
  24:21 25:6
  26:14 28:23
  33:17 45:15
  47:1 49:13
  50:20 55:18
  61:19 63:13
  71:23 74:11,21
  74:23 75:14
  78:7 79:16,18
  82:17 83:13
  91:20 92:7
  94:14 101:18
  102:13 103:13
  104:21 108:3
  112:12 113:7

**going** 16:7 20:24
  21:19 24:12,14
  24:15 43:2
  48:13,14 50:22
  58:5,14,16 59:19
  61:17 63:13,14
  68:14 89:18
  94:10 97:17
  99:18 102:18
  104:17,21 105:3
  106:5 112:12,13
**good** 5:3 20:9
  51:1 77:12,15
  107:23 117:16
  118:7 120:2,3,6
  124:11 125:9,10
**graduated** 9:11
**graduation** 8:23
**great** 25:7,14
  62:18
**grid** 95:19,20
  96:9,11 98:13
**grievance** 3:18
  102:19 103:20
  104:2
**grievances** 103:2
  103:6,16,23
  104:5

**h**

**hack** 2:7 3:4 4:8
  4:9 15:18 16:10
  16:17 22:9 25:1
  25:7,8 32:22
  33:17,21 36:10
  36:18 38:8
  39:24 43:5,6,13
  49:20 53:24

**[hack - important]**

57:4,19 58:11
59:13 60:6,24
62:12 64:2
68:20 70:12
83:11 86:2 89:3
91:8,15,22 94:20
97:15 99:16
102:9 105:2
108:9 111:4
112:12,17,18
115:18 116:11
116:15 117:15
118:1,6 123:10
123:12,14
124:11 125:9
**half** 28:14
**halfway** 26:2
**hand** 25:15 26:3
127:2
**handle** 96:18
98:14
**hands** 34:7
**handwritten**
22:16,18
**hang** 25:4 27:13
105:14
**happen** 38:18,22
115:19
**happened** 30:11
85:9
**happening** 83:6
**happens** 26:9
82:17 104:12
**happy** 81:17
**hard** 51:2 87:8
**hat** 12:23
**hate** 45:14

**hawkin's** 34:17
**head** 7:16 29:12
**heal** 115:15
**health** 3:15,16
3:17,19 4:19,21
27:16 28:13,19
42:12 50:9 61:6
93:13 95:3 96:8
96:11 99:19
106:11 112:9
**hear** 32:14,24
67:10 76:17
92:2 104:10
121:23,24 122:2
**hearing** 121:21
**help** 59:1 72:22
80:12 81:24
90:9 98:21
114:1
**helped** 46:19
**helpful** 91:1,11
**helps** 66:15
**hereto** 126:23
**hereunto** 127:1
**herrington** 7:9
7:10,12
**high** 68:15 93:22
114:17
**highly** 68:6
**hill** 52:22
**history** 27:15,17
45:18 46:3 71:1
71:15,17 73:24
75:1 123:24
**hit** 29:12
**hodgepodge**
105:8

**hold** 62:15 64:21
**holds** 44:13
**honestly** 95:16
**hope** 92:9
**hopefully** 25:11
**hospital** 4:24 5:9
5:10,16 6:5,21
7:18 12:19
14:10 15:19
17:7 20:12 24:6
67:18 69:4
111:12
**hospitals** 93:14
**hour** 28:14
42:23
**hsrf** 95:19,22
**humerus** 40:3
47:12,16 51:3,6
51:19 52:18
56:3
**hundreds** 79:14
120:14,14
**hurt** 54:16
116:18
**hyde** 9:24

**i**

**icd** 78:19
**idc** 79:19
**idea** 23:24 64:1
107:24
**identification**
16:16 24:24
49:19 62:11
70:11 94:19
97:14 99:15
102:8 105:1
108:8 111:3

**identify** 46:9
90:8
**idrizi** 1:24 126:6
127:7
**illinois** 1:2 2:5
2:13 4:14 8:1,7
12:13 126:1,8
127:3
**illness** 27:15
45:18 71:2
73:24
**image** 45:4
47:11 51:10,16
51:22 52:4
55:14,19 90:24
91:6,9
**imaged** 43:18
**images** 50:5,5
55:17 56:6
**imaging** 17:20
18:7,10,14 39:5
40:17 41:2,4
43:14 60:19
61:6,9 62:2
77:14,14 89:24
90:11,19
**immediately**
33:1
**impinged** 72:18
**impingement**
72:19 77:6 78:3
**implicate** 103:6
**important** 9:3
22:12 36:13
47:15 69:21
113:20 114:11
114:17,22

**imported** 71:11
71:15
**impression**
27:21 45:9 71:5
78:7 87:10
**inability** 90:17
**inactive** 43:24
**incarcerated**
103:3
**included** 103:16
**including** 47:7
54:13
**inconvenience**
59:4
**index** 3:1 79:17
79:18
**indicate** 26:19
**indicated** 50:8
**indication** 19:7
43:9 54:2 56:6
90:24
**indications**
44:16 52:6 55:7
57:21 98:6
**indirectly**
126:23
**individual** 82:4
120:7
**individuals**
23:24
**ineffective** 12:17
46:21 54:8
**inferior** 53:10
**information**
19:6 27:5,6,14
36:13 47:14
72:5 74:5,8
93:18 94:13

95:13 96:10
103:20 115:8
**initial** 89:24
**initials** 95:20
**inject** 45:6 48:22
48:24 49:2 54:5
54:19
**injectable** 48:8
**injected** 80:11
**injection** 47:19
47:23 48:3,6,13
48:17 54:8
59:22 60:9,12
62:7 64:22
66:14,16,24
72:22 80:17,18
81:6 82:16 88:1
89:22 96:20
97:2,8 99:2
100:11 107:6,10
120:23
**injections** 107:1
**injure** 80:19
**injured** 36:7
117:10
**injuries** 6:1,2
46:3 85:6,15
111:20 120:13
**injury** 5:4 18:8
18:15 30:14
37:11 38:19
77:21 81:3 91:2
98:16 114:5,10
114:16 115:14
115:21,24
116:22 117:5,13
120:3,4

**input** 7:6 27:6
74:1
**instability** 38:15
38:18 39:1,14
**instinct** 38:10
**institution** 9:22
**instructed**
112:20
**instruction**
50:17
**instructions**
78:10
**interact** 22:15
**interacted**
108:22
**interaction**
14:22 15:11
20:16 21:18
22:19 23:6 24:2
24:17 49:10
70:18 89:16
93:2,8 94:6
107:18 108:24
**interactions**
14:17
**interested**
126:23
**interfere** 66:3,6
66:9
**interferred**
30:24
**internship** 9:14
9:18,21 10:2,3
10:11
**interpret** 50:13
**interrupt** 116:3
**interrupted**
33:16,22

**intersect** 110:11
**intrinsic** 82:19
**introduce** 24:15
**iowa** 8:3
**issue** 120:21
121:1
**issues** 36:7 41:10
58:22 77:2
82:11 117:14,18
**item** 47:18

**j**

**j** 1:8 2:12
**jail** 103:3
**job** 63:7
**jobs** 58:19
**john** 4:24
**joint** 35:7 37:4,4
37:15 44:11,24
45:6 48:23 49:3
51:1 56:1,23
57:16 59:5,22
62:8 65:18 68:1
68:9 72:21
73:14,14 78:23
79:7 80:12
110:5,8,11,14
119:16,19,20,23
**joints** 33:4,5
48:19 49:6,7
**jot** 22:24 23:4

**k**

**keep** 12:22 13:3
13:7 43:2
114:23 118:12
**kenalog** 48:5,7
**kept** 23:7

**kick** 24:20
**kind** 37:12 44:10
  57:8 71:16
  119:20 121:5,24
**kindly** 18:9
**knew** 35:13 68:9
  87:3 88:24
**know** 10:10,18
  10:23 18:19
  19:3 38:16
  41:11 42:11
  45:14 48:13
  58:3 64:8 69:6
  69:20 70:13
  73:5,7 75:6,9
  82:20 84:1
  88:14 89:17
  92:5 96:9,19
  97:1 101:12
  102:11,16 105:6
  108:11 111:6
  112:11 115:12
  118:17 124:11
**knowledge** 104:7
  106:18 118:3
**known** 48:5
  104:15 107:13
**kompotis** 42:9
  42:13,17

**l**

**labral** 44:17,19
  44:20 110:5
**labroscapular**
  109:24
**labrum** 38:20
  43:17 44:6,8,10
  44:13,22,23

  110:6
**large** 37:3 93:13
**lashundra** 95:5
**lawsuit** 22:23
**lawyer** 5:4 77:21
**laxity** 119:18
**leading** 36:3,14
  38:2 43:10
  53:21 56:24
  57:18 58:7
  59:10 60:3,20
  68:17 88:21
**learn** 107:17
**learning** 23:13
  23:19
**led** 54:5
**left** 23:21 24:7
  26:3 29:11
  30:13 34:1 39:2
  40:14 46:11
  47:6,7 50:6 51:7
  51:14 52:4,13
  53:5 64:19
  72:10,16 76:17
  78:23 79:7 81:9
  85:11 86:7
  87:16,19 89:12
  95:12,18,18,24
  96:2,19 98:14
  100:5 107:3
  109:10 117:6
  123:23
**length** 86:20
**lesion** 38:15 39:1
  39:14 52:23,24
  53:4,8,14,19
  54:3,10,13,19
  55:2

**lesions** 38:18
**level** 46:14
**library** 13:10,22
**licence** 12:12
**license** 12:15
**lift** 32:12
**lifting** 30:16
**ligaments** 38:20
**limbacher** 1:5
  2:21 4:11 19:8
  19:12,24 20:16
  21:2,4 22:1,20
  23:14,19 24:3,17
  26:16 28:2,15
  29:5,11 30:13
  31:11 32:3
  33:23 34:10
  35:21 37:3,14
  38:23 40:13
  43:8,20 44:17
  45:23 47:4,20
  49:10,23 50:18
  50:22 53:19
  57:21 61:5,9,20
  63:16 64:5
  67:20 69:4,6
  70:2,19 72:8
  73:18,22 74:6,9
  76:2,6 79:22
  80:8,16 81:12,19
  81:23 82:23
  84:11 86:23
  89:18 91:20
  92:11,24 93:9,24
  94:7 96:24 97:6
  99:1,8 100:8,10
  101:2,10,23
  102:20 103:1,15

  103:21,24 107:5
  107:9,18,24
  109:4,9 115:10
  116:18 124:4
**limbacher's**
  19:23 20:19
  21:17 24:7 42:4
  42:8,16,19 50:6
  52:4,13 65:10
  68:22 74:12
  75:14 89:12,15
  91:1,10 123:16
**limited** 44:2
**linda** 1:24 33:17
  116:11 126:6
  127:7
**line** 37:12 39:10
  39:10 40:17
  66:12,21 109:12
  117:14,19
  120:17
**lines** 95:2
**list** 27:17 38:7
  71:14
**listen** 58:16
  116:6
**listening** 32:23
**little** 25:15 51:2
  51:3,4 52:9,19
  56:3 73:15
**live** 4:13,14
**living** 66:10
**llp** 2:3
**location** 104:4
**locke** 2:3
**lockelord.com**
  2:8

**[long - meeting]**

**long** 4:20 28:1
67:11 74:12
**longer** 96:18
98:14,23 100:5
115:15
**longlasting** 81:4
**look** 14:1 15:10
16:1 17:5,8 19:6
19:20 22:22
23:11,23,24
31:24 32:5 33:2
49:15,24 50:2,15
51:6 52:22 55:5
56:18,22 57:2,6
57:20,21 58:6
62:13 67:5 70:6
74:11 75:7,12,22
76:13 77:8,13
79:16 83:19
85:15 89:23
95:1,17 96:4
97:10,17 98:2
99:18 105:3,12
105:24 106:23
108:14 109:5
110:20 111:23
112:13 113:24
118:18
**looked** 13:21
14:2 20:19
21:13 22:6 24:4
57:22 59:8 65:3
65:10,16 75:20
90:18,20,21 93:3
**looking** 29:17
55:15 62:4 96:3
105:15 123:1

**looks** 26:24 51:1
51:24 55:11
56:1 75:11
99:22
**loose** 73:15
119:16,19
**looseness** 35:11
**looser** 35:8
**lord** 2:3
**loss** 37:24 38:10
**lot** 9:8 36:7
54:11,16
**lots** 35:9
**loud** 96:17
**love** 75:4
**low** 86:13

**m**

**m** 4:16
**m.d.** 9:2
**m25-512** 79:5,11
**ma'am** 105:19
**magnetic** 18:7
18:10,14
**main** 110:3
**maintain** 12:6
**making** 33:7
36:23 57:23
58:24
**manage** 98:21
**management**
41:9 88:2 89:2
90:7 120:12
121:2
**maneuvers** 34:8
34:9
**manju** 110:21

**manual** 9:7 11:8
**march** 109:10
**marked** 16:14
17:11 24:22
49:16,17 62:9
70:9 94:17
97:12 99:13
102:6 104:23
108:6 111:1
**marker** 56:14,16
**masking** 80:21
**master's** 8:3,5
**matters** 126:12
**mccarthy** 1:13
3:3 4:4,9,12
16:8 24:12 25:5
96:19 98:18
100:4 102:10
105:4 114:4
116:12,17 123:1
123:9,15
**mean** 10:8 11:6
32:21 38:20
40:22 51:4 57:3
57:8,12 61:19
73:15 78:18
79:14 104:12
109:15,17,19
116:3 119:15
120:1,2,11,20
121:1
**meaning** 40:9
41:15 80:12
81:19
**means** 110:23
**meant** 76:9,10
**measures** 113:12

**medicaid** 79:20
**medical** 3:11,14
6:22 7:5,22 8:6
8:11,14,16,18
10:24 14:9,13,20
15:9,13,15 19:6
19:13,15,17,21
19:23 20:12,19
21:17,22,24 23:8
23:16 26:7,20
29:21 45:11
60:8 62:19,21
68:16 69:17,22
70:3,16 74:24
93:2,3,8,11,21
97:24 98:3,20
104:5 106:20
108:15 114:18
119:8 121:10
123:4
**medicare** 79:19
**medication** 16:1
**medications**
27:16 71:12
**medicine** 5:15
5:17,18,22 6:12
6:17 7:17 8:21
9:7 11:2,8,17,19
11:23 12:13
14:2 25:12
32:18 83:13
114:3 115:20
120:10,12 121:7
**meet** 21:1
**meeting** 23:14
23:19 24:16
35:18 50:17
76:2 86:20 94:5

**memory** 119:9
**mentioned** 103:2
**met** 19:7 21:4
  28:15 38:23
  40:13 76:5
**mia** 2:17 123:10
**mia.buntic** 2:18
**midnight** 51:24
**mild** 110:4
**mind** 9:4 33:1
  35:4 48:9 53:18
  61:3 68:5 73:10
  82:22 83:5
  113:9
**minor** 51:4
**minute** 16:11
  24:20 94:15
  105:21 108:3
**minutes** 23:2
  26:16 28:4
  42:24,24
**misspoke** 11:8
  52:23
**misstate** 119:14
**misstates** 83:2
  85:22 91:4,13,21
**mixing** 61:18
**mobile** 44:10
**moment** 17:3
  19:17 49:24
  70:8 73:1 97:17
  99:11 103:12
  104:20,22 105:5
  123:12
**month** 10:6
  28:22 84:15,18
**months** 107:11

**morning** 16:23
  26:16,24
**motion** 66:4
**move** 30:4 32:11
  33:3 34:4,4,6,16
  34:22 44:14
  90:17 119:18,20
  119:23
**moved** 72:1
**movement** 44:2
  78:16 79:7
**moves** 36:22
**mri** 39:8,22 41:6
  43:18 44:21
  45:3,6 55:3
  64:19 65:2 67:5
  77:17 86:16,17
  89:11,13,14 90:3
  90:15,24 91:6,20
  92:12,19,21
  109:4,6,9 110:16
**mri's** 61:15
  86:14 89:19
  124:23
**multiple** 29:8
  48:16 107:19
  115:4 116:23,23
  124:4
**muscle** 43:16,17
  44:19,22
**muscles** 38:20
**musculoskeletal**
  6:2,20 21:10
  76:14 120:13,15

**n**

**n** 4:16

**name** 4:9,11
  19:16 42:10,13
  68:3 71:9
  102:14 103:2,17
  110:21
**national** 79:9
**necessary** 41:17
  90:1
**neck** 36:7 59:24
  61:15,16 80:4,13
  82:4,11 85:7,16
  87:7 92:18
**need** 6:3 10:22
  12:2 13:20 25:6
  33:1 39:6 45:16
  53:23 88:16,18
  92:11 104:19
  112:14 117:8
**needed** 46:16
  53:18 117:9
**needs** 41:21
  113:13
**neer's** 34:12
  77:7,18,21,22
**negative** 39:16
  40:21
**neurology** 10:7
**neurosurgeon**
  61:15 81:14
  83:9 84:7 87:23
**never** 88:4 95:16
  97:22 102:17
  103:14 104:15
  106:20 112:11
**new** 24:15,19
  72:5 105:4
  118:17

**night** 13:24
**noise** 33:3,7
**nonsurgeon**
  113:12
**nonsurgical**
  41:15 89:2
  121:2
**normal** 37:8
  69:7 76:22
  124:24
**normally** 77:1
  118:13 119:7
  121:24
**northern** 1:2 8:7
  8:11
**notable** 51:9
  52:10
**note** 3:11 23:2,5
  23:23 25:19,22
  26:10,15,21,23
  27:5,11 29:17
  64:15,16 65:7
  89:24 93:2
  94:24 95:6
  109:1
**notebook** 23:11
**noted** 35:21
  109:23
**notes** 14:16,20
  14:22 22:16,18
  112:14 119:3,6
**november** 1:16
  63:7 100:7
**number** 3:9
  39:21 67:22
  78:16 115:7
**nurse** 63:20 95:5
  96:23 101:9

110:22
nurses   6:23

**o**

o   4:16 68:4
oak   7:18
objection   15:17
  22:4 32:19 36:3
  36:4,14 38:2,2
  39:19 43:10
  53:21 56:24
  57:18 58:7
  59:10 60:3,20
  63:23 68:17
  83:2 85:22
  88:21 91:4,13,21
  115:17 117:11
  117:20
observation
  36:20 85:18
observations
  75:24
observe   44:3
  50:23 52:16
observed   72:9
  81:9 110:16
observing   43:15
obtaining   11:21
obvious   46:12
occasion   16:6
occasionally
  69:9
occasions   107:19
occur   54:2 59:7
  114:8
occurred   30:23
occurring
  109:23 117:19

october   21:2,5
  21:18 23:14
  24:3,17 27:1
  29:7 31:11 32:4
  34:1 37:2 38:24
  40:13 42:5,7
  43:8,21 48:12
  49:10,23 50:10
  50:18 52:5
  53:17 61:20
  63:16 99:1
  123:20
offer   62:7 64:22
  97:7 122:17
offered   59:21
  60:9 61:12 80:5
  82:16 84:8 85:9
  86:8 87:24
  92:16 96:21
  98:19 99:3,9
offhand   102:22
office   12:19 13:6
  14:6 18:22 19:5
  64:8 127:2
oftentimes   22:24
  41:8 83:9 85:13
oh   101:22
okay   7:12 9:10
  17:9 18:5,13
  19:3,10 20:3,10
  20:21 25:10,14
  26:1 27:4,19
  28:5,11,15,23
  29:18 30:12
  31:18 33:15
  37:7,23 39:6,16
  40:4,21 41:7,24
  43:3 44:3 45:1

47:14 48:9 49:2
  49:5,15 50:21
  52:2 53:13 54:1
  55:5,13,18,22
  56:1,5,14,20
  58:19 59:14,18
  60:1,11 61:17,24
  62:13,16,17
  63:20 64:3,11,24
  68:10 69:5
  70:16 71:13,15
  71:18 72:14
  73:9,17 77:12
  78:7,15,24 79:4
  79:8,11 80:2,7
  81:11 82:5,8
  89:8 92:3,5,6,8
  92:24 93:11
  95:12,17 96:3,13
  96:16 97:19
  101:1,14 102:18
  103:9,12 104:17
  105:3,7,20,23
  106:3,22 108:13
  109:8,18,22
  112:12 113:15
  118:6,23 120:9
  121:3,9,14,20
  122:4,10,14,21
  123:1,8
old   23:11
once   22:24 86:4
ones   75:19
online   79:16
onset   18:4
onsite   112:6,9
open   75:11
  85:11 86:7

108:12
opened   19:13,15
operate   113:22
opinion   88:17,20
  107:23
oral   12:1,3
oranges   61:18
order   89:11,13
  89:14 91:19
ordered   24:10
  37:6 59:16
  92:19
ordinary   69:15
original   106:11
ortho   101:17
orthopedic   11:5
  11:10 13:5,9,13
  42:1,5,14,20
  85:5 88:19 89:1
  89:5 98:15
  101:24 107:20
  107:24
orthopedics   10:5
  10:6 13:23
orthopedist   60:2
  60:14 86:11
  88:6,7,12
orthopedists
  88:8
osseous   109:23
osteoarthritic
  125:1
osteoarthritis
  56:7,13,15,19,23
  57:15,22 58:6
  59:9,15,20 65:13
  65:17,21 66:13
  66:17,21 67:8

**[osteoarthritis - periodically]**                    Page 16

85:20 110:16
123:16,23
124:17,19
**osteopathic**   8:20
9:15,23
**osteopaths**   9:6
**osteopathy**   8:24
9:2
**outcome**   104:12
126:24
**outpatient**   25:12
74:16,18,23 90:2
112:24
**outside**   30:4,5
**owe**   113:1

**p**

**p**   68:4
**p.m.**   1:17 95:4
125:14
**page**   3:2,9 17:10
17:12 18:5,11
25:22 45:8,15,19
46:6 50:21,24
51:10,12,17 52:2
52:10,12 71:2,4
71:6 78:8 95:2
95:19 96:4
97:18 98:2,6
99:18 101:19
105:12 108:14
109:6 110:21
**pages**   16:21 17:4
49:22 50:20
55:5 96:4
102:14 105:24
**pain**   17:21 23:21
30:15,20 31:21

35:23 36:8,8,12
44:2 46:10 47:6
47:24 49:7
53:14 54:7,9
55:1 59:4,17
61:13 62:5 66:1
66:15,21 72:16
72:23 73:3,6,11
77:4,19 78:15,23
79:6 80:4,8,13
80:13,21 82:11
82:12 83:8,8,13
83:15,17,22 84:4
84:20,21 85:8
87:5,6 90:8
91:12 96:18,20
98:14,21,23 99:2
99:4 100:5
115:10 121:17
124:22 125:3,6
**painful**   16:24
35:10 40:7,10
54:10,11 65:22
87:4
**paragraph**   17:17
18:6,9
**pardon**   33:22
58:1 105:16
**park**   9:24
**part**   6:17,23
11:4,7 14:14
15:15 27:4 40:5
45:11,12 53:10
53:14 56:2
81:22 95:19
96:9,10 112:19
114:17 121:14

**partial**   37:15
**particular**   70:24
72:15 75:1
117:2
**parties**   4:3
126:22
**parts**   99:23
**pass**   63:15
**passage**   35:24
36:2,20
**passive**   77:7
**pathologies**
34:11 46:3
**pathology**   35:1
50:23 51:17
52:6 75:1 117:8
**patient**   15:5,6,11
20:1,11 22:15
23:1,3,6 24:1,14
28:7,8,12 33:6
33:13 36:1,11
39:17 41:2,19,21
46:14 50:15
54:10,12 57:15
58:13 59:1,4,8
60:18 63:22
64:18 68:12,15
70:17 75:8
83:14 84:23
88:14,15,18 89:5
90:14,15,20 93:8
100:9,16,18
101:17 103:10
106:5,8,12,15
108:23 113:2,9
113:16,17 114:2
114:10,12,23,24
115:16 117:7,17

117:24 118:14
118:19,20,23
119:4 121:2,10
121:21,21 122:5
122:7,11,12,14
122:22
**patient's**   33:4
88:17 117:6
118:15 121:15
122:18
**patients**   14:17
14:22 21:12
28:5,19,24 65:21
75:12 93:18
103:6 106:19
108:18 114:5
115:6 118:16
119:21 124:12
124:18
**peers**   6:15
**people**   5:24 6:2,3
31:16 67:22
72:11 85:14,15
94:12 95:14
120:15 124:22
**perceived**   35:15
36:8
**percent**   89:21
**perception**   30:10
33:12 36:12,20
87:6
**perform**   32:3
34:7,9 67:18
**period**   7:16
**periodically**
16:4 28:24
106:24

**permanent** 81:3
  81:8
**person** 19:24
  64:9 67:21
**person's** 32:23
  110:21
**personal** 5:4
  13:10 77:21
  126:15
**personally** 93:23
**physical** 5:15,17
  5:18,21 6:12,17
  7:2,4,11,17 8:8
  8:11 9:8 11:2,17
  11:23 13:12,13
  14:2 27:20
  31:10,11,14 32:8
  32:18 33:23,24
  34:23 67:1
  71:18 75:23
  83:12 114:3
  120:23
**physically** 34:7
**physician** 6:16
  6:19 32:18,18
  41:12,14 42:11
  60:8 63:4,16
  69:9 77:20
  83:12 85:1,3,4
  85:17,19 88:14
  88:20 96:14
  98:11 99:24
  100:16,23 104:8
  106:8 108:23
  111:16 117:16
  118:4
**physicians** 6:12
  79:12 92:18

113:22
**pick** 116:16
**picture** 36:17
  77:15
**pinches** 77:24
**pinching** 77:9
**pinpoint** 114:20
**pivot** 44:14
**place** 13:2,6
  48:13 126:19
**placed** 118:16
**places** 48:16
**plain** 45:3 49:22
  51:10
**plaintiff** 1:6 2:9
  2:21 19:8,12
  123:3
**plaintiff's**
  119:13
**plan** 27:21 45:9
  71:5 78:8,9
  87:10,15
**play** 18:14 38:21
**please** 4:11 5:6
  24:14 25:22,23
  33:24 45:8
  49:13 50:1 52:3
  68:3 70:7,14
  71:24 75:7,22
  78:8,17,21 96:19
  98:17,22 99:19
  100:3 102:11
  111:7
**point** 22:22 24:6
  25:7 35:4 49:5
  58:24 60:5
  61:22 80:3 84:6
  88:8 89:10

92:12 93:4,24
  101:2 109:3
  113:7
**points** 76:23
**popped** 29:19
**popping** 121:23
**pops** 30:6
**portion** 70:22
**position** 5:9 7:13
  34:17 119:17
**positive** 77:19
  119:10 120:6
**possibility** 37:17
  37:24 39:3
  40:12 53:4,19
  57:14 124:3
**possible** 15:2
  29:24 34:10
  35:1 54:2 58:17
  67:7,11 73:9
  77:4 98:22
  114:12 117:7
  123:22
**possibly** 39:1
  47:23 89:24
**post** 78:9 110:17
**posterior** 109:14
**posteroinferior**
  109:23
**potential** 31:20
**potentially** 90:8
**practice** 5:17,21
  12:12 15:15
  16:5 69:4,7
  121:7
**practicing** 69:9
**practitioner**
  110:22

**preber** 2:14 3:5
  15:17 22:4 25:5
  32:19 36:3,14
  38:2 39:19
  43:10 53:21
  56:24 57:18
  58:7 59:10 60:3
  60:20 63:23
  68:17 83:2
  85:22 88:21
  91:4,13,21
  115:17 117:11
  117:20 118:8,11
  123:8 124:15
  125:8,10
**prefer** 41:16
**preparation**
  118:14
**prepare** 21:5
**prepared** 27:11
  45:12 70:21
  71:20
**prescribe** 47:18
**present** 2:1,21
  27:15 45:18
  58:15 71:2
  73:24 76:5
**presentation**
  42:5,9,17,20
  68:23
**presented** 21:9
  23:20 38:12
  116:21
**presenting** 59:4
**presently** 4:18
**presents** 31:19
  41:19 58:13
  83:14

**pretrial** 22:2
103:24 112:22
**pretty** 26:21
**prevent** 117:18
**previous** 126:9
**previously** 21:9
23:20 24:4 34:3
72:3 96:21 97:3
98:19
**prieto** 67:24
68:6,14
**printed** 16:20,23
98:7
**printout** 16:22
**prior** 18:21,22
20:16 21:17
22:2 23:14,19
24:2 35:18 65:7
65:16 72:1
74:12 91:13
93:4 104:1,5
123:24
**private** 113:2
**probably** 9:7
21:13 28:14
65:3 72:17
**problem** 27:17
39:18 41:20
43:16,18 44:4
45:2 71:14
81:20 82:1,19,24
86:4,24 89:17
90:6 92:14 96:5
**problems** 21:9
24:13 58:20
74:13 81:8
**procedure** 31:19
37:12 41:3

69:15 100:14
**procedures** 32:3
**proceedings**
126:17
**process** 11:20
91:2 100:14,20
101:13 110:13
121:6
**produced** 105:11
**professional**
8:22 29:21 60:8
107:23
**professionals**
6:23 62:22
93:13
**program** 16:3,9
26:20
**promised** 100:4
**prompt** 114:7,11
115:16 117:18
**prompted** 94:4
**promptly** 107:15
117:10
**proper** 35:7
**protocol** 100:15
**provide** 5:13
28:19 68:12
**provided** 74:9
106:7
**provider** 63:22
**providers** 101:5
104:5
**providing** 91:2
**pull** 72:12
**pursue** 84:7
**put** 21:12 27:8
27:10 34:7
36:17 50:22

61:2 63:18
94:21 96:10
99:6 100:23
101:10 102:10
103:15 105:4
108:10 119:17

**q**

**qualified** 68:6
**quality** 68:11,15
114:18
**quantify** 87:8
**quarters** 95:18
**question** 5:5
11:6 15:17 33:5
33:18 42:15
57:10 58:1
60:11,12 69:3
75:6 91:23 92:9
92:10 116:6,9,11
**questions** 45:16
118:9
**quick** 71:22
118:18
**quickly** 29:19
**quite** 9:20 10:8
85:16
**quotations** 76:21

**r**

**r** 4:16 68:4
**radicular** 83:8
84:21
**radiographic**
56:17
**radiologic** 16:24
**radiologist**
75:11

**raise** 31:23 34:5
**randall** 2:7
**randy** 4:9
**range** 66:3 67:2
**ray** 3:12 37:5,9
37:11,22 39:11
39:14,16 40:20
40:21 46:16
47:11,22,23 50:4
50:5 51:16 52:6
52:16 59:16
62:4 65:3,6,11
65:20 72:6,10,20
73:19 74:19
92:16 113:6
124:6
**rays** 24:1,4,7,10
24:10 47:7
50:13,15,16
59:18 72:11
75:11,19 120:24
124:23
**reach** 65:1
**read** 18:9,12
21:8 33:19
50:12 53:3 54:1
59:19 61:3,4,21
62:1 96:16,17
101:19 110:3
116:13
**reader** 110:15
**reading** 39:14
65:6,15
**realize** 115:3
**really** 52:20
55:21 121:18
**reason** 12:17
46:10 59:3

**[reason - reports]**

68:10 92:20
**reasons** 29:1
**recall** 10:8 13:13
13:15 21:7,23
22:7,14 23:13,17
23:22 24:9 28:3
29:10 30:19
31:2,8,17 37:5
38:5 46:23 69:1
73:20,23 74:15
80:23,24 81:5
94:8 98:1 108:2
**receive** 8:23
10:21 68:15
81:3 97:7 99:2
100:9,10 101:23
107:10 113:3
115:16
**received** 10:19
11:7 19:9
107:14 109:4
117:18
**receiving** 97:5
**recess** 43:4
94:16 108:5
112:16
**recognize** 105:13
106:3 111:9
**recollect** 94:5
**recollection** 20:4
20:7 23:18
35:16
**recommend**
84:16 120:22
122:5,10
**recommendati...**
17:16

**recommended**
100:11,17
**record** 3:14,20
14:13 15:9,13
16:10,13 19:15
19:21 20:12,12
21:13,22,24 22:6
23:5,8 24:16
26:7 33:19 43:5
45:11 50:22
62:24 69:17,22
70:3,17 93:22
94:14 106:11,20
108:3,15,24
112:13,17
116:13 118:16
119:8 126:16
**recorded** 108:19
**records** 12:23
14:10,21 19:6,13
19:23 20:19
21:17 62:19,20
74:12,24 93:4,8
93:11 97:24
98:3
**recurrent**
109:14
**recurring** 23:20
53:14 65:24
72:15 73:11
74:13
**refer** 17:15 55:4
67:20,22 88:5,7
88:10 89:5
92:21 106:23
113:17,24
114:23 122:21

**reference** 77:18
86:10 95:5
**referral** 63:19
67:6 100:24
113:21
**referrals** 21:12
**referred** 83:19
**referring** 56:8
60:1,7,13,15,22
114:24
**reflected** 70:3
**reflecting** 22:19
70:17
**reflects** 26:15
69:22
**refresh** 25:6,9
**refuse** 122:5
**refused** 122:8
**refuses** 122:11
122:14,22
**refusing** 122:16
**regarding** 61:15
104:16
**regardless**
102:24
**registered** 95:5
**regular** 29:1,3
**regularly** 13:19
**rehab** 5:15 6:12
7:5,7,8 11:2,17
11:23 13:11
14:3 25:12
41:14 89:1
**rehabilitation**
5:19,22 6:17
7:17
**relation** 47:12
47:17

**relative** 126:20
126:21
**reliable** 93:17
**remarkable**
51:21
**remember** 21:16
21:21 22:10,13
27:5 29:14
30:12 46:20
47:3 49:9 65:6
73:17,21 80:7
97:5 102:22
**remote** 109:14
**remotely** 1:14
4:2
**repair** 117:8
**repaired** 115:24
116:2
**repeatedly** 107:9
**repetitive** 30:21
35:12
**rephrase** 5:6
7:22 10:22
21:19 28:9 39:6
57:7
**replacement**
67:9,13,15,17
**replacements**
68:1,9
**report** 29:6
75:24
**reported** 1:24
102:3 126:14
**reporter** 33:20
110:15 116:14
126:7 127:8
**reports** 33:6

**represent** 4:10
 102:18
**representation**
 102:21
**representing**
 2:19
**request** 3:15,16
 3:17,19 88:11
 95:3 96:9 99:20
 106:7,12
**requested** 33:20
 99:8 107:5,15,19
 116:14
**requesting** 98:15
 100:10
**requests** 100:16
 100:17 107:2
**required** 11:22
**residency** 9:15
 10:11,12,15,17
 10:20
**resolution** 92:14
**resolve** 54:24
**resolved** 41:20
 80:6
**resonance** 18:7
 18:10,14
**respect** 88:16,20
**respond** 104:11
**responding** 65:7
**response** 65:11
 65:12
**responsibilities**
 6:9
**restate** 53:23
**result** 109:17
**results** 78:2
 86:15,16

**retained** 104:6
**retired** 42:12
**reverse** 67:15,16
**review** 19:22
 20:4 37:9 93:7
 118:15 123:20
**reviewed** 75:8
**rhack** 2:8
**richard** 2:12
**rid** 66:20
**right** 9:18 17:11
 18:20 19:17
 20:13 21:13
 23:8 25:15 26:3
 26:12,17,21
 27:22 33:13
 36:19 38:9 40:6
 42:2,15 43:1,2
 44:12,13,14,21
 46:7 47:19 48:3
 48:20 49:13,21
 51:14 53:1
 54:13,16 58:13
 58:15,17,20,23
 59:5 61:22 62:2
 63:8 64:6,16,20
 66:7,18 67:9,16
 67:18,23 68:23
 70:4,22 72:2,3,6
 72:24 74:2,9
 75:2,16,20 76:11
 78:13 79:2
 81:21 82:3
 83:21,22,23 84:1
 84:22,24,24 85:1
 85:6,18,21 86:19
 86:21 87:4,12,14
 88:20 93:7

95:10,21,23,24
 98:5,8 99:20
 101:11,21
 104:14 106:17
 109:3 110:10
 114:7,9 115:23
 116:19 122:4
 124:8
**risk** 81:2 114:6
 114:10,16
**role** 18:13
**room** 55:14 76:8
 76:10
**rotate** 34:6
**rotating** 10:3
**rotator** 35:5
 51:23 52:8 55:9
 56:2,2 73:13
 77:1,11,13 90:18
**routinely** 15:14
**rule** 53:18 58:20
 58:22 124:6
**ruled** 124:3
**run** 95:2
**running** 16:9
**rush** 9:16 10:12
 10:20

**s**

**s** 1:24 126:6
 127:7
**sach's** 52:23
**saith** 125:12
**sat** 73:16
**save** 15:8
**saw** 15:2 20:2,6
 20:8,11 21:13
 25:19 26:16

55:6 57:13 58:4
 60:23 61:1,11,20
 63:16 71:17
 72:13 73:1 78:2
 87:21 92:18,24
 93:10 101:3,5,6
 102:1 103:11
 107:5 115:22
 116:17 123:2,6
 123:19 124:2,9
**saying** 73:18,21
 80:8 81:19,23
 87:20 91:17
 95:9 116:1
 121:16,21
**says** 17:19 50:9
 58:16 95:10
 101:16 111:13
**scans** 82:6
 124:23
**scapula** 40:5
 110:13
**scarf's** 34:18
**schedule** 21:11
 29:1,3 64:6
 81:11 84:10
 86:6 98:17
 100:3,19,23
 101:2,7,10
 106:19 118:17
 122:6
**scheduled** 28:12
 64:5 101:1
**scheduling** 63:20
 101:9
**school** 7:23 8:6
 8:12,15,16,18
 9:17

**sclerosis** 56:17
**screen** 24:19
  94:22 102:11
  105:5
**scroll** 17:4
**sdt** 79:9
**seal** 127:2
**second** 55:23
  60:22 87:21
  97:18 105:14
**secondary**
  109:13
**section** 18:8 32:8
  45:9,17,19 46:7
  71:2,5,19,19,24
  74:1 75:7,23,24
  76:14,15 78:8,12
  87:10 100:2
**sectioned** 19:19
**sections** 71:8
**sector** 113:3
**see** 17:1,13,17,22
  19:13,24 21:8
  22:1 23:3 25:3
  25:11,12,14
  34:21 43:8,19,23
  44:16 45:8
  47:12,16,22 51:2
  51:17,19,20 52:5
  53:7 54:4,6 55:7
  55:16,21,23 56:3
  56:12,20,22 57:8
  57:10,24 58:6
  59:22 62:6
  63:22 64:21,23
  65:19 66:14
  70:14,22 71:18
  72:20,22 74:12

74:24 75:13
76:15 77:5 80:6
81:16,17,21 82:2
82:16 84:7,8,17
85:14 86:7 87:1
88:11,15,18,24
89:5 91:24
94:22 95:3,20
96:2,6 98:15,18
99:22 100:16
102:12 106:22
107:19 108:11
109:6 110:21
111:6,11 112:14
112:24 115:4
118:14,20
120:14,24
121:12,18 125:1
**seeing** 23:24
  37:5 53:17 83:9
  83:16 84:13
  85:17 106:8,13
**seek** 122:11
**seeking** 46:4
**seen** 19:14 20:5
  21:12 60:18
  62:3 82:3 93:23
  94:10 95:7,16
  97:22,23 101:17
  102:2,17 106:21
  107:24
**send** 62:1 80:22
  90:3,7,15,19
**sending** 61:5,9
  105:11
**sensation** 121:23
**sense** 49:6 58:9

**sent** 63:10,11
  120:18
**sentence** 17:19
**sentences** 18:7
**sequelae** 109:13
  109:15,17
**sequence** 109:16
**serious** 22:1
  85:15
**seriously** 33:8
**service** 3:15,16
  3:17,19 10:1
  11:1,5 26:15
  42:13 95:3 96:8
  96:11 99:19
  100:17 106:11
  111:11 112:19
**services** 5:12
  6:14 7:5,7,8
  10:4 11:9 28:20
  61:6,10 112:10
**set** 127:1
**setting** 74:23
  76:7
**settings** 17:16
**severity** 59:15
  59:20
**shane** 1:5 2:21
  19:7
**share** 16:9
**shares** 98:10
  99:22
**sheriff** 1:8
**short** 18:6 41:20
  118:13
**shorthand** 126:7
  127:8

**shortly** 76:1
  112:15
**shot** 98:18,21
  100:4
**shoulder** 16:24
  17:21 23:15,21
  23:21 24:7,8
  29:11,13,15,16
  29:23 30:1,3,4,4
  30:14 31:20,21
  31:24 32:1,16,24
  34:1,5,8,21,22
  35:2,8,10 36:8
  36:21 37:4,11
  38:1,21 39:1,2
  39:11,22 40:3,15
  41:24 44:2
  46:11 47:6,7,19
  47:24 48:17,20
  49:1 50:6,9,13
  51:14 52:4,9,13
  53:5,10,15 54:6
  55:20 59:22
  61:12,13 62:5
  64:19 65:14
  66:13,16 67:9,12
  67:13,15,16,21
  68:7 71:21 72:6
  72:10,16 73:3,6
  74:15 76:17,22
  77:23 78:23
  79:7 80:9,15,19
  80:21 81:4,9,20
  82:1,12,19,24
  83:6,14,20,22
  84:4,6,20,21
  85:21 86:18,21
  86:24 87:2,4,7,7

87:11,16,19 88:1
89:12,15,17 90:4
90:17 91:1,11
96:19 97:2,7
98:14 100:5
107:1,3,6,9
109:10,14 110:5
110:9,14 111:17
111:20 115:11
117:2,5 119:13
119:15,17,18,23
120:3,4,7,16
122:3 123:16,23
124:4
**shoulders** 44:9
**show** 31:23
72:11 100:19
111:5
**showed** 21:17
**showing** 125:3,6
**shows** 19:17
**shredded** 23:4
**side** 26:3 34:6
53:1
**sign** 34:18 77:7
119:24 120:2,3,5
**signal** 32:17
**signals** 80:21
**signature** 26:2,5
27:3 71:10
125:13 127:5
**signed** 16:19
**significant** 52:17
54:15 65:13,17
67:8,12 70:21
82:23 85:20
99:4

**signs** 72:19 77:6
123:15,19 125:3
125:6
**similar** 9:6 17:8
**similarities**
98:10 99:23
**simplified** 121:3
**simply** 92:10
**single** 23:23
**sit** 12:3 21:15
23:22 104:18
106:16
**site** 112:4
**sits** 40:3
**sitting** 47:16
**skilled** 67:21
68:6 85:4
**skills** 9:8
**sleep** 31:4,7
**sleeping** 30:18
66:7
**slip** 98:20
**small** 18:6 37:4
40:2 52:1 55:24
**socket** 29:20
30:4,5,6 35:9,11
44:13 53:1
110:11
**soft** 43:17
**solution** 67:12
81:7,8
**solved** 86:4
**somebody** 27:8
31:19 64:5 70:2
82:2 114:16
115:9 125:2,5
**somebody's**
66:20

**someone's**
123:23
**somewhat** 57:11
79:1
**soon** 98:22
**sooner** 117:22
**sorry** 9:20 10:11
31:16 33:16
42:10 45:14
67:10 77:19
92:3 100:10
112:7
**sort** 43:24 51:5,6
74:22 94:6
121:22
**sound** 29:22
**sounds** 36:21
**source** 93:17
**sources** 13:18
**south** 2:4
**space** 12:22
**speak** 18:21
68:22 118:24
**speaking** 19:4
30:7
**specialist** 10:24
83:13 98:15
113:10 114:23
114:24
**specialty** 6:4
9:13 113:23
**specific** 17:16
35:4 46:9 78:24
**specifically** 97:1
99:2
**specified** 126:19
**speculation**
32:19 36:4 38:3

39:19 63:23
85:23 115:17
117:11
**speed's** 34:19
**spell** 68:2
**spend** 9:7 10:7
28:1
**spent** 10:6 11:8
**spinal** 6:1
**spine** 86:13
87:21 89:19
**spoke** 55:15
86:23
**spurring** 51:3,5
51:18
**stamp** 25:16
50:8 105:16
**standard** 28:6
31:18 112:21
113:1 123:5
**standards** 113:8
**stands** 91:23
96:8
**start** 23:2 26:21
27:11 31:10
37:10,21 39:8
40:19 54:9
66:23,24 67:1
74:18 78:20
97:20 113:5
116:8 119:20
**state** 8:1 12:13
20:7 126:1,8
**state's** 2:11
18:22 19:5
**stated** 29:9 34:3
49:12,14 76:20
119:2

states 1:1
status 27:16
stayed 29:2,4
stenographically
126:14
step 55:1 62:6
68:23 85:10
86:9 88:2 92:17
121:6
steps 80:9
steroid 48:8
stipulation 4:2
stop 119:22
120:1
stored 23:7
26:11
strain 43:9
strengthen
120:23
strengthening
67:2
stroger 4:24
5:16 6:20 42:21
61:6,10 67:18,22
75:14 79:13
89:6 98:11
100:15,22 103:8
104:8,13 111:21
112:4,20 113:3
strokes 6:1
structures
109:24
studied 11:3
studies 8:10
124:21
study 11:4
studying 51:16

stuff 105:10
subchondral
55:9,10 56:8,10
56:18,20 65:14
subject 92:10
subjective 87:5
sublux 34:22
39:22 119:15
subluxed 73:15
subpoena 19:9
subscription
16:20
subsequent 94:5
114:10
substance 81:24
success 90:10
successfully 12:6
suffered 114:5
suffering 38:11
suggest 74:21
98:7
suggested 44:4
72:21 97:3
suite 2:4
suited 43:15
77:15
summary 18:13
suppose 54:17
supposed 88:13
96:10
supraspinatus
72:19 77:9,24
sure 6:13 21:21
22:6 28:14 32:7
41:9 65:8 68:19
84:20 86:4 93:6
107:14 113:15
117:17

surely 77:20
surgeon 41:22
41:23 42:2,6,14
55:4 67:6 68:7
88:19 89:1,6
107:20 108:1
120:14
surgeons 67:17
120:19
surgery 41:16,20
41:21,24 67:17
67:21 101:17,24
117:8
surgically
113:14
surprises 16:19
94:11
susie 7:9
suspended 12:16
sustained 22:1
23:15
sworn 4:2,6
126:11
symptoms 29:6
58:15,17 116:22
116:23
system 13:1 14:7
14:10,11,14,17
15:8,13,19,19
16:2 20:13
21:10 24:21
26:6,11 28:1
62:19,19 70:4,17
75:10,15,19 92:6
93:12 97:24
98:3,8 99:24
103:11 106:11
108:15 111:22

111:24 112:2,4,7
112:9

**t**

t 4:16 68:4
tabb 95:5 96:23
table 23:16
take 14:16,20
17:3 22:16
24:19 26:20
33:8 39:11
42:24 49:24
70:8 88:1 98:23
100:5 105:12,21
105:24 115:15
121:15,17
124:12
taken 24:4 36:16
47:12 50:16
61:21 107:14
117:3 126:18
talk 10:10 24:1
31:16 47:22
74:20 86:17
87:15 118:19
talked 73:16
86:20 87:9
119:12 123:15
talking 119:3
tasks 31:1
tear 35:6 37:15
110:5
tearing 44:17
tease 59:23
80:13 83:10
teasing 83:13
technique 77:14

**[tell - transcript]**

| | | | |
|---|---|---|---|
| **tell** 5:6 11:20 17:12 18:11,17 19:10 25:18,22 27:4 30:17,20,24 31:3 33:24 37:7 38:16 44:6 46:24 53:8 56:21 57:13 58:23 65:9 73:5 78:17,21 81:6,10 | **tests** 32:2,2,5 34:13,15 71:22 | **think** 5:18 7:15 9:2 10:22 33:15 39:9 57:14 58:14 61:18 67:24 68:16 74:20 88:13,16 96:5 98:19 105:9 | 86:8,14,16 87:3 87:21,24 88:8 89:10 90:14 92:12 98:20 99:6 106:17 116:18 118:15 123:2,6 126:19 |
| | **text** 14:1 70:22 74:1 | | |
| | **textbooks** 13:3,6 | | |
| | **texts** 13:7,9,22 | | |
| | **thank** 5:8 7:20 9:10 14:6 17:9 27:22 29:5 70:16 94:24 96:7 100:6 116:10 118:6 123:8,11 124:12 125:8,10 | | |
| **tells** 36:11 | | **thinking** 55:8 113:21 | **times** 28:23 107:6 115:4 120:10 123:7 |
| **temporary** 66:17 81:7 | | **third** 56:4 | **tissue** 43:17 |
| **tendinitis** 73:12 | | **thirds** 109:5 | **title** 13:15 64:8 95:3 99:19 108:19 |
| **tendinopathy** 35:6 77:10,13 78:6 | **therapeutic** 80:12 | **thomas** 1:8 110:21 | **today** 12:7 18:20 18:21,23 19:5 21:15 69:20 93:4 94:4 |
| | **therapist** 7:11 | **thought** 68:14 78:5 82:18 84:22 85:10 92:16 | |
| **tendon** 77:9,24 | **therapists** 7:2 | | |
| **term** 67:11 119:14,14 120:9 | **therapy** 7:4 8:9 8:11 41:9 46:18 46:19,21 47:1 67:1 90:7 120:23 | | **told** 29:11 73:7 77:19 90:21 92:22 115:2,11 119:11 |
| | | **thousands** 79:15 | |
| **terms** 87:11 112:23 | | **three** 6:11 10:16 11:3 22:7 33:18 50:21 95:18 102:15 103:1 105:24 | |
| **test** 34:10,12,17 34:18,19,21 39:4 40:18 41:1 44:20 45:1 77:22 78:2 | **theresa** 1:13 3:3 4:4,12 | | **top** 38:6 51:24 55:20 95:1 99:20 101:21 110:8,14,20 |
| | **thing** 87:9,14,15 90:2 | | |
| | | **tight** 104:18 | **topic** 16:1 |
| | **things** 12:24 19:19 23:1 32:21 33:1 35:9 36:7,22 38:22 51:4 54:11 62:18 67:3 69:8 73:16 78:1 85:14 86:19 90:13 94:12 98:6 113:23 119:11 121:12 | **time** 5:3 7:16 9:7 10:7 11:9 12:10 13:21 20:5,18 23:7 26:15 28:6 28:18 35:4,20,24 36:20 46:12 48:3,10,12 60:5 60:16,17,22 63:13 68:1,8 71:17 73:1,10 75:4 80:3,8,20 81:13 82:18 84:6,17 85:10 | **torn** 90:18 |
| **tested** 37:19 | | | **touch** 31:22 |
| **testified** 4:6 | | | **trained** 50:12 85:5 |
| **testify** 18:23 126:11 | | | **training** 11:7,7 50:14 112:19 |
| **testimony** 83:3 85:22 87:19 90:12,23 91:4,9 91:14,16,21 93:4 126:17 | | | **transcribed** 126:15 |
| | | | **transcript** 126:14 |
| **testing** 44:20 | | | |

**transfer** 119:7
**trauma** 5:11,13
  5:16 22:2 23:15
  110:5
**traumatic** 17:21
  18:1,2,8,15
  110:18 114:5
  115:14 117:5,13
**treat** 36:12
  68:15 85:5
  112:23,24
**treated** 19:11
  104:1 117:9
**treating** 55:1
  117:16
**treatment** 18:15
  39:10 54:18
  66:12,13,22 67:4
  68:24 81:4 91:3
  91:12 99:9
  106:24 107:15
  111:20 112:21
  114:7 115:16
  120:22 122:5,6,6
  122:7,10,12,15
  122:16
**treatments** 67:7
**triamcinolone**
  48:7
**tricks** 89:4
**tried** 34:20
  39:22 46:19
  74:4 95:13
  112:11
**trouble** 30:15,17
**true** 126:16
**trustworthy**
  93:17

**truth** 59:2
  126:11
**try** 9:4 15:1
  24:14 33:11
  54:5 59:1,16,23
  61:12,17 72:21
  90:4,5,8 113:11
  118:12 120:20
  121:4,4,5
**trying** 27:9 46:1
  57:11 58:21
  61:2,19 62:4
  86:3 104:18
**tuesday** 28:21
  84:14,18
**turn** 17:10 18:5
  25:21 45:7
  51:12 52:2,12
**twice** 20:2,6,8
**two** 6:15 9:5
  42:24 49:6,7
  50:21 51:13
  57:5 76:23
  83:24 109:5
  123:6
**type** 19:16 37:3
  38:19 56:10
  67:17 69:17
  79:5
**typed** 27:14
**types** 18:3
**typical** 52:21,22
  74:23
**typically** 79:12
  103:5

**u**

**unable** 119:22
**uncertain** 83:6
**understand** 5:5
  27:1,9 57:6,11
  74:22 81:18
  111:15 114:21
**understanding**
  18:16
**understood**
  116:17
**undifferentiated**
  79:1,3
**unfamiliar**
  100:21
**unfortunately**
  75:3
**unit** 5:9
**united** 1:1
**university** 8:1,3
  8:8 9:16
**unrepaired**
  115:14
**unsuccessful**
  113:12
**unsure** 84:12
**untreated** 117:6
**unusual** 38:12
**up's** 84:13
**uptodate** 3:10
  15:21,23,24
  16:20,21,23 17:6
  111:11,22,23
  112:1,3,8
**use** 14:13 37:9
  39:5 41:3,13,14
  45:3 80:19
  96:13 98:11

  99:24 119:9
**usually** 21:11
  23:2 24:5 31:22
  34:3 56:12
  100:19 113:11
  119:10

**v**

**vagueness** 22:4
**variety** 41:12
**version** 121:3
**versus** 17:21
**video** 94:21
**videoconference**
  2:1
**view** 47:8,10,11
  51:13 52:13
  109:9
**visit** 21:6 22:3
  27:13 28:6 29:7
  32:4 35:23 37:2
  45:22 63:17
  72:1 78:9 79:22
  81:12 89:12
  102:4
**visited** 44:17
**visits** 83:24
**volunteer** 64:4
**vs** 1:7

**w**

**wacker** 2:4
**waived** 125:13
**want** 15:10
  18:24 41:8 58:2
  58:3,4 59:1,2,3
  66:20 67:20
  69:3,5,6 75:5
  77:12 94:12

103:12 122:18
**wanted** 19:3
  39:4 41:1 43:14
  44:20 61:14
  75:13 79:16
  80:4 82:9 83:21
  84:7 89:21 96:7
  97:2 115:12
  116:5
**wants** 64:19
**warn** 24:12
**watch** 34:4
**water** 43:1
**way** 37:7 41:15
  53:9 58:12
  61:12 80:20
  85:14 95:19
  103:7 109:5
**week** 20:22
  26:24
**weeks** 109:21
**welcome** 88:4
**went** 8:1,2,7
  16:19 29:19
  92:4 93:1
**whatsoever**
  90:24
**whereof** 127:1
**widely** 93:12
**wish** 103:13
  115:8
**withdraw** 112:2
**withdrawn**
  12:16
**witness** 3:1,2 4:1
  4:5 22:5 32:20
  36:5,15 38:4
  39:20 43:11

53:22 57:1 58:8
59:11 60:4,21
63:24 68:18
83:4 85:24
88:22 91:5
117:12,21
126:10,10 127:1
**word** 6:7 41:11
  41:13 47:19
  75:9 95:21
  98:20 124:17
**words** 17:22
  57:5 95:20
  100:2 109:18
**work** 5:10,11,24
  6:2,3,3 7:6 10:1
  10:5 11:4 13:2
  14:14 42:12
  59:5 115:6
  121:4,5
**worked** 4:20
  10:4 115:7
**working** 116:4
**works** 6:20
**worse** 114:6
**worsen** 117:7
**wrap** 112:15
**write** 15:1,4 46:1
  71:8 74:5 119:3
  119:10
**writing** 23:2
**written** 11:24
  12:3 71:1,5
  119:6
**wrote** 25:19
  45:21 46:7
  64:24 65:11
  68:21 76:1

78:12 87:10
94:12 95:6
108:14

|  **x** |
|---|

**x** 3:12 24:1,4,7
  24:10,10 35:20
  37:5,9,11,22
  39:11,14,16
  40:20,21 46:16
  47:7,11,22,23
  50:4,5,13,15,16
  51:16 52:6,16
  59:16,18 62:4
  65:3,6,11,20
  72:6,10,11,20
  73:19 74:19
  75:11,19 92:16
  113:6 120:24
  124:6,23

|  **y** |
|---|

**y** 47:8,10,11
**yeah** 40:8 58:1
  84:23
**year** 9:17,18,21
  10:2 11:24
  35:20,22 36:2
  85:9 115:22,23
**years** 8:14 10:14
  11:3 22:8 74:24
  115:7
**yellow** 25:16

|  **z** |
|---|

**zoom** 116:4

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.