## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS     Admission Date: 5/19/2017     MRN: 005207962c; 00731679z
Birth Date: 12/18/1972     Discharge Date:
Gender: Male     FIN: 20170519100     CMRN: 1013473938

### Outpt Medical CHS

| | |
|---|---|
| Document Type: | Outpt Medical CHS |
| Service Date/Time: | 10/9/2018 10:51 CDT |
| Result Status: | Auth (Verified) |
| Perform Information: | TRAMMELL PA-C,GLEN (10/9/2018 11:12 CDT) |
| Sign Information: | TRAMMELL PA-C,GLEN (10/9/2018 11:20 CDT) |

**Div 8: 4th Floor PCC**

Patient: **LIMBACHER, SHANE E**     MRN: **00731679z**     FIN: **20170519100**
Age: **45 years**     Sex: **Male**     DOB: **12/18/1972**
Associated Diagnoses: **None**
Author: **TRAMMELL PA-C, GLEN**

### Basic Information

   **Patient Location:** 08-084G-D5-10
   **General Communication**
      Visit Type: Chronic Care Management appointment.

### Subjective
   Problem list
      <u>All Problems (Selected)</u>
         Depression with anxiety / 346979010 / Confirmed
         Asthma vs anxiety-related SOB / 2475605013 / Complaint of
         Bulge of lumbar disc without myelopathy / 2840290015 / Confirmed
         DJD (degenerative joint disease), lumbosacral / 101247013 / Confirmed
         DJD (degenerative joint disease) of cervical spine / 1481870016 / Confirmed
         C6 radiculopathy / 198517017 / Confirmed
         Adjustment disorder with mixed anxiety and depressed mood / 92542018 / Confirmed.

### History of Present Illness
      The patient presents with Asthma
      - no cough/ wheeze/ SOB/ DOE
      - still occ ALbuterol MDI use
   - no increased nocturnal symptoms

      CHronic Neck/ BUE/Lower Back Pain
      - pain relief wit current Rx, but return os upper back spasms X 3 days: none now
      - (+) C-Spine/ L-Spine DJD
      - mild, chronic C8 Radiculopathy
      - no urinary incontinence X 10 months
      - no fecal incontinence
      - no loss of strength

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

### Outpt Medical CHS

   - no falls
   - no change in occ fatigue
   - evaluated by PM&R on 10-02-2018:

**Impression and Plan**
  **Diagnosis**
   Pain of left shoulder joint on movement : ICD10-CM M25.512, Discharge DX, Medical.
 Plan: Discussed his physical complaints with him.
1. Cervical pain and suggestion of C6 radiculopathy on left-- awaiting MRI cervical spine.
2. LBP with lumbar disc disease-- awaiting LS spine MRI
3. Left shoulder pain-- his complaints appear different from his C-spine and radicular issues. provocative testing of his left shoulder indicate some possible rotator cuff pathology. start with xrays of left shoulder including Y-view. Please order xrays. I could not sublux or reproduce his feeling of left shoulder 'dislocating' on exam.
4. f/u next rehab medicine clinic November 6th for shoulder injection (both diagnostic and therapeutic) If no improvement, may need advanced imaging .
 Patient Instructions: THERESA MCCARTHY Within 4 to 6 weeks next clinic.
  Counseled: Patient, Regarding diagnosis, Regarding medications, Activity, Verbalized understanding.

  Chronic Allergic Rhinitis
  - continued relief with Claritin

  Brownish L mid-thigh lesion X "a few weeks"
  - no assoc trauma/ pain
  - no discharge/ bleed
  - no fever/ chills/ night sweats/ weight loss

  Hard Stools X @ 9 months
  ("I kept forgetting to mention it to anyone")
  - no assoc bleeds
  - eating all meals without problems
  - last BM X 2 days

   Psych D/O
   - no S/H ideations
   - no A/V hallucinations
  - being managed by MHS
 .

**Histories**
 **Allergies**:
  Allergic Reactions (All)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.