# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

## Correspondence Notes

Document Type: Correspondence
Service Date/Time: 11/13/2018 18:20 CST
Result Status: Modified
Perform Information: DAVIS PA-C,BARBARA A (11/21/2018 19:38 CST);
MCCARTHY DO,THERESA M (11/20/2018 15:03 CST);
DAVIS PA-C,BARBARA A (11/13/2018 18:20 CST)
Sign Information:

**Addendum by DAVIS PA-C, BARBARA A on November 21, 2018 19:38:56 CST**
--------------------
From: DAVIS PA-C, BARBARA A
To: MCCARTHY DO, THERESA M;
Sent: 11/21/2018 19:38:56 CST
Subject: RE: MRI

Thanks. Barbara

**Addendum by MCCARTHY DO, THERESA M on November 20, 2018 15:03:42 CST**
--------------------
From: MCCARTHY DO, THERESA M
To: DAVIS PA-C, BARBARA A;
Sent: 11/20/2018 15:03:42 CST
Subject: RE: MRI

Hi Barbara,
I would not do an MRI on his shoulder at this time. He has fairly significant osteoarthritis in his joint which may account for his pain. I would continue with the same plan of seeing him in December, injecting the joint for pain relief. Even if some tearing rotator cuff, his c/o radicular symptoms are worse than his shoulder complaints (hense MRI cervical and lumbar spine) and I can address his shoulder pain with a simple injection. Thanks.
T. McCarthy

--------------------
From: DAVIS PA-C, BARBARA A
To: MCCARTHY DO, THERESA M;
Sent: 11/13/2018 18:20:47 CST
Subject: MRI

Hello, The above patient has two MRIs scheduled( cervical and spine)  on Nov 23, 2018  and also saw you for L shoulder pain. He was seen in PCC today and is asking if his L shoulder could be done also  since he is going and you may decide to order one later anyway. Please advise. Thanks, BDavis, PAC

Report Request ID: 82759042        Page 5,714 of 5,959        Facility: CHS
                                                              Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 005714**