## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Clinic Outpatient
Birth Date: 12/18/1972
Gender: Male
FIN: 0799182209

Admission Date: 7/25/2018
Discharge Date: 7/25/2018

MRN: 005207962c; 00731679z

CMRN: 1013473938

### Neurosurgery Outpt

The patient's description of low back symptoms suggests lef tS1 radiculopathy.
However, it is not clear how to interpret the patient's description of an episode of his legs giving out, accompanied by urinary incontinence, as CT L-spine findings do not suggest significant disc protrusion, central stenosis, or impingement at the conus level. There is no truncal sensory level.

Imaging of C-spine is confined to plain x-rays that demonstrate only mild degenerative changes.
Imaging of L-spine is ocnfined to CT L-spine that demonstrates only mild disc bulging at L5-S1.

Neurologic exam reveals sensory asymmetry on the left at C6. SLR is negative. There are no long tract signs..
**Plan:** Plan: Recommend:
 1. Will request MRI C-spine for further evaluation of left C6 radiculopathy and suspected foraminal narrowing (> 6 months)
 2. Will request MRI L-spine for further evaluation of left S1 radiculopathy (> 6 months)
 3. PCP should consider referral to PT
 4. PCP should consider referral to Pain Clinic
 5. Symptomatic pain management
 6. RTC after completion of # 1 and #2. Call NS APN Pena (312-864-3184) to schedule follow up appointment at that time..
**Diagnosis**
 C6 radiculopathy : ICD10-CM M54.12, Discharge DX, Medical.
 Rule out Bulge of lumbar disc without myelopathy : ICD10-CM M51.26, Discharge DX, Outpatient, Medical.

*Electronically Authored On: 25-Jul-18 11:25*
*Electronically Signed By: RAKSIN MD, PATRICIA*
*PAGER BUS: 312 942 6000 4185*

Report Request ID: 95183594      Page 8 of 25      Facility: ACHN
Location: Neuro Sur (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.