# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

## Outpt Medical CHS

| | |
|---|---|
| Document Type: | Outpt Medical CHS |
| Service Date/Time: | 12/12/2018 11:00 CST |
| Result Status: | Auth (Verified) |
| Perform Information: | DAVIS PA-C,BARBARA A (12/12/2018 11:20 CST) |
| Sign Information: | DAVIS PA-C,BARBARA A (12/12/2018 15:53 CST) |

**CHS Primary Care Note**

Patient: **LIMBACHER, SHANE E**     MRN: **00731679z**     FIN: **20170519100**
Age: **45 years**   Sex: **Male**   DOB: **12/18/1972**
Associated Diagnoses: **None**
Author: **DAVIS PA-C, BARBARA A**

**Basic Information**

  Patient Location: 10-102B-13-1
  General Communication
     Visit Type: Scheduled follow-up, Specialty clinic follow-up.

**Subjective**
  Problem list
    All Problems (Selected)
       Benzodiazepine withdrawal / SNOMED CT 3009783011 / Confirmed
       Depression with anxiety / SNOMED CT 346979010 / Confirmed
       Asthma vs anxiety-related SOB / SNOMED CT 2475605013 / Complaint of
       H/O fall / SNOMED CT 2694917016 / Confirmed
       Adjustment disorder with mixed anxiety and depressed mood / SNOMED CT 92542018 / Confirmed
       Methicillin resistant Staphylococcus aureus / SNOMED CT 202940017 / Confirmed
          This problem was added by Discern Expert.
       Bulge of lumbar disc without myelopathy / SNOMED CT 2840290015 / Confirmed
       DJD (degenerative joint disease) of cervical spine / SNOMED CT 1481870016 / Confirmed
       C6 radiculopathy / SNOMED CT 198517017 / Confirmed
       Skin lesion of left lower extremity / SNOMED CT 1779451018 / Confirmed.  Chief complaint Cervical/Lumbar Pain.

**History of Present Illness**
   The patient presents with 45 y/o male with musculoskeletal complaints and recently seen by Dr. McCarthy, Physical Medicine, and disputes that he ever told her his back pain started from 2014. He reports pain started in Nov 2017 after a fall and in the Neurosurgery note dated July 25, 2018 it does state no pain complaints prior to 2017.  He is requesting stronger pain medication because present meds are not working. Currently prescribed lidocaine patches, which he missed today, while in PCC and has diclofenac BID. He states "there is something wrong" and wants to see Neurosurgery again.  He completed two MRI's: cervical and lumbar, results discussed with patient. He is to f/u with NS after MRIs done. No complaints of bowel or bladder issues. No spinal canal stenosis..

| | | |
|---|---|---|
| Report Request ID: 82759042 | Page 2,848 of 5,959 | Facility: CHS |
| | | Location: 102A; 13; 1 |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.