# Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Clinic Outpatient | Admission Date: 1/9/2019 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: 1/9/2019 | |
| Gender: Male | | CMRN: 1013473938 |
| FIN: 0808720965 | | |

---

## Neurosurgery Outpt

**Ears, Nose, Mouth, Throat**: no otorrhea
no rhinorrhea.
**Neck**: Supple, demonstrates voluntary ROM - reports left arm pain with left lateral rotation.
**Respiratory**: Respirations are non-labored.
**Gastrointestinal**: Soft, Non-tender.
**Integumentary**: Warm.

**Impression and Plan**
  **Impression**: 45 year old M referred to NS clinic from Cermak for evaluation of "bulging lumbar disc."
  However, upon interview, it is evident that the patient has been experiencing neck and low back symptoms following a fall on 11/13/2017.

  The patient's description of neck symptoms suggests neuroforaminal narrowing (whether bony or due to disc) at C5-6 with left C6 radicular symptoms.
  The patient's description of low back symptoms suggests left S1 radiculopathy.
  However, it is not clear how to interpret the patient's description of an episode of his legs giving out, accompanied by urinary incontinence, as neither CT nor MRI findings suggest significant disc protrusion, central stenosis, or impingement at the conus level. There is no truncal sensory level.

  MRI findings were reviewed with the patient today:
  MRI L-spine (11/23/2015) -- minimal disc bulges at L4-5 and L5-S1, the latter with loss of height at disc space; no significant HNP or stenosis
  MRI C-spine (11/23/2015) -- multilevel DJD; minimal retrolisthesis C4 on 5; small left paracentral, inferiorly extruded disc fragment at C4-5, broad-based disc bulge C5-6; thickened PLL

  The patient reports symptoms suggestive of left C6 radiculopathy and has sensory asymmetry on the left at C6. There are no long tract signs.
  MRI C-spine reveals central disc bulge at C5-6 but no discrete foraminal narrowing.
    .
  **Plan**:    Plan: Recommend:
     1. PCP should consider referral to PT
     2. PCP should consider referral to Pain Clinic
     3. Symptomatic pain management
  4. No indication for neurosurgical intervention at this time. RTC x as needed only..
  **Diagnosis**
    C6 radiculopathy : ICD10-CM M54.12, Discharge DX, Medical.
    Rule out Bulge of lumbar disc without myelopathy : ICD10-CM M51.26, Discharge DX, Outpatient, Medical.

---

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 005990**

**Cook County Health**

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Clinic Outpatient | Admission Date: 1/9/2019 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: 1/9/2019 | |
| Gender: Male | | CMRN: 1013473938 |
| FIN: 0808720965 | | |

**Neurosurgery Outpt**

*Electronically Authored On: 09-Jan-19 14:15*
*Electronically Signed By: RAKSIN MD, PATRICIA*
*PAGER BUS: 312 942 6000 4185*

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 005991**