## Cook County Health and Hospitals System
1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

### Outpt Medical CHS

Document Type: Outpt Medical CHS
Service Date/Time: 1/29/2019 10:57 CST
Result Status: Auth (Verified)
Perform Information: DAVIS PA-C, BARBARA A (1/29/2019 11:08 CST)
Sign Information: DAVIS PA-C, BARBARA A (1/29/2019 18:26 CST)

**CHS Primary Care Note**

Patient: **LIMBACHER, SHANE E**  MRN: **00731679z**  FIN: **20170519100**
Age: **46 years**  Sex: **Male**  DOB: **12/18/1972**
Associated Diagnoses: **None**
Author: **DAVIS PA-C, BARBARA A**

**Basic Information**

   Patient Location: 10-102B-13-1
   **General Communication**
     Visit Type: Scheduled follow-up, Specialty clinic follow-up.

**Subjective**
  Problem list
    <u>All Problems (Selected)</u>
      Benzodiazepine withdrawal / SNOMED CT 3009783011 / Confirmed
      Depression with anxiety / SNOMED CT 346979010 / Confirmed
      Asthma vs anxiety-related SOB / SNOMED CT 2475605013 / Complaint of
      H/O fall / SNOMED CT 2694917016 / Confirmed
      Adjustment disorder with mixed anxiety and depressed mood / SNOMED CT 92542018 / Confirmed
      Methicillin resistant Staphylococcus aureus / SNOMED CT 202940017 / Confirmed
        This problem was added by Discern Expert.
      Bulge of lumbar disc without myelopathy / SNOMED CT 2840290015 / Confirmed
      DJD (degenerative joint disease) of cervical spine / SNOMED CT 1481870016 / Confirmed
      DJD (degenerative joint disease), lumbosacral / SNOMED CT 101247013 / Confirmed
      C6 radiculopathy / SNOMED CT 198517017 / Confirmed
      Skin lesion of left lower extremity / SNOMED CT 1779451018 / Confirmed.  Chief complaint MRI/Multiple .

**History of Present Illness**
   The patient presents with 46 y/o male with numerous musculoskeletal complaints and multiple other concerns. He completed and MRI of his lumbar and cervical spine as well as an xray of his L shoulder. He mispoke and reported that his Left shoulder had never been addressed but it is clear from the Cerner notes it had been. He was seen in Physical Medicine with Dr. McCarthy and the significance of the findings were discussed. He was offered an injection in his shoulder and has declined for the moment but will notfiy staff should he change his mind. Please see notes from Dr. McCarthy dated Oct 2, Dec 4, 2018. He was then seen by Neurosurgery and informed he was NOT a surgical candidate and other recommendations which include PT but patient has gone to PT. He mentions that several years ago he had intestinal polyps removed and was

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health and Hospitals System
1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

### Outpt Medical CHS

advised to repeat the scope but now declining any intervention now. Agreed to let staff know if he changed his mind. He has seasonal allergies and asking to have loratadine nenewed but pointed out he has 100 mg of hydroxyzine ordered all ready..

**Histories**
  **Allergies**:
    <u>Allergic Reactions (All)</u>
      *Severity Not Documented*
        Codeine- No reactions were documented.
  **Current Medications**: (Selected)
    <u>Inpatient Medications</u>
      *Ordered*
        Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter: 2 PUFF, Inhalation, Inhalation, Q 6 hr kop, PRN, For Shortness of Breath, Instruction to Nursing: refill via HSR, Routine, 08/28/17 14:44:00 CDT, 36 WEEK, 09/23/19 14:43:00 CDT
        acetaminophen: 650 MG = 2 TAB, Tab, PO, BID, PRN, For Pain Mild to Mod(scale 1-6) breakthrough, Routine, 01/25/19 8:48:00 CST, 12 WEEK, 04/19/19 8:47:00 CDT
        busPIRone: 30 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 12/27/18 21:00:00 CST, 12 WEEK, 03/21/19 9:00:00 CDT
        diclofenac: 50 MG = 1 TAB, Tab, PO, BID, PRN, For Pain Mild to Moderate (scale 1-6), Routine, 06/01/18 15:56:00 CDT, 12 WEEK, 04/19/19 15:55:00 CDT
        docusate: 100 MG = 1 CAP, Cap, PO, Q 12 Hr, PRN, For Constipation, Routine, 10/09/18 12:30:00 CDT, 04/09/19 12:29:00 CDT
        emollients, topical: = 1 APP, Cream, Topical, TID, 11/21/18 9:00:00 CST, 02/13/19 8:59:00 CST
        hydrOXYzine: 50 MG = 2 CAP, Cap, PO, Q 12 Hr, Routine, 12/27/18 21:00:00 CST, 12 WEEK, 03/21/19 9:00:00 CDT
        lidocaine transdermal patch 5%: 1 PATCH, Patch, Transdermal, Daily, PRN, For Pain Severe (scale 7-10), Application Site: Other - See Instructions to Nursing, 01/15/19 17:28:00 CST, 12 WEEK, 04/09/19 17:27:00 CDT
        psyllium: 1 PKT, Powder, PO, Daily, Routine, 10/10/18 9:00:00 CDT, 26 WEEK, 04/10/19 8:59:00 CDT
        traZODone: 50 MG = 1 TAB, Tab, PO, Bedtime, Routine, 09/28/18 21:00:00 CDT, 18 WEEK, 06/06/19 21:00:00 CDT
        venlafaxine: 100 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 09/04/18 9:00:00 CDT, 18 WEEK, 04/02/19 8:59:00 CDT
        venlafaxine: 50 MG = 1 TAB, Tab, PO, Daily, Routine, 11/30/18 9:00:00 CST, 18 WEEK, 04/05/19 8:59:00 CDT
      *Pending Complete*
        baclofen: 10 MG = 1 TAB, Tab, PO, Q 8 Hr, Routine, 11/20/17 21:00:00, 12/13/17 20:59:00
        baclofen: 10 MG = 1 TAB, Tab, PO, TID, Routine, 07/31/18 21:00:00 CDT, 08/28/18 16:59:00 CDT
        chlorhexidine 0.12% liquid (oral rinse): 15 mL, Liquid, Swish and Spit, Q 8 Hr, Instruction to Nursing: Topical, Routine, 11/16/17 14:00:00, 01/31/18 12:00:00
        clonazePAM: 1 MG = 1 TAB, Tab, PO, Q 12 Hr, Instruction to Nursing: Week #1, Routine, 05/21/17 21:00:00, 05/28/17 15:00:00
        methocarbamol: 750 MG = 1 TAB, Tab, PO, BID, Routine, 05/07/18 17:00:00 CDT, 6 WEEK, 06/18/18 16:59:00 CDT

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002854**

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name:   LIMBACHER, SHANE E
Patient Type:   Visit CHS                Admission Date:    5/19/2017           MRN: 005207962c; 00731679z
Birth Date:  12/18/1972                  Discharge Date:
Gender:  Male                            FIN: 20170519100                        CMRN: 1013473938

| Outpt Medical CHS |
|---|

methocarbamol: 750 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 05/21/17 21:00:00, 1 WEEK, 05/28/17 20:59:00
triamcinolone nasal: 1 SPRAY, Spray, Nostril, Both, Daily, Routine, 11/02/17 9:00:00, 12 WEEK, 01/25/18 8:59:00

Documented Medications
 *Documented*
LidoPro Patch: 0 Refill(s), 01/08/18 14:19:00

**Objective**
 **VS/Measurements**
 Vital Signs

| 1/29/2019 09:25 CST | | |
|---|---|---|
| | Reason for Vital Signs | Routine |
| | Type of Temperature Taken | Oral |
| | Temperature Oral | 97.7 DegF |
| | Calculated Temperature Oral | 36.5 DegC |
| | Type of Heart Rate | Noninvasive Blood Pressure Device |
| | Heart Rate | 71 bpm |
| | Respiratory Rate | 18 breaths/min |
| | Patient Position-BP | Sitting |
| | Systolic Blood Pressure | 133 mmHg |
| | Diastolic Blood Pressure | 88 mmHg |
| | Blood Pressure Method | Automatic |
| | Oxygen in Use | No |
| | Oxygen Delivery Method | Room air |
| | NIBP Site | Arm, Right |
| | Blood pressure monitoring | Automatic |

, Measurements from flowsheet : Measurements
  1/29/2019 09:25 CST     Weight           94.8 KG

**General**:
  Development: Normally developed.
  Appearance: Looks much older than age.
**Eye**:  Anicteric.
**HENT**:  Normocephalic.
**Neck**:  Supple.
**Respiratory**:  Lungs are clear to auscultation, Respirations are non-labored, Breath sounds are equal.
**Cardiovascular**:  Normal rate, Regular rhythm, No murmur.
**Gastrointestinal**:  Soft, Non-tender.
**Musculoskeletal**:  No swelling, No deformity, Normal gait.
**Integumentary**:  Intact.
**Neurologic**:  Cranial Nerves II-XII are grossly intact.
**Mental Status Exam**:  Alert and oriented X 3.

Report Request ID:  82759042           Page 2,855 of 5,959        Facility:  CHS
                                                                  Location:  102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002855**

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

### Outpt Medical CHS

**Review / Management**
   **Results Review**: No interval results.

**Impression and Plan**
   **Impression and Plan**:
     Diagnosis: Msk pain.
     Degree of Control: Fair.
     Clinical Status: Progressing as expected.
   **Plan**
     Lidocaine patch prn.
     Continue present management.
       Med Reconciliation: (Selected)
         <u>Inpatient Medications</u>
           *Ordered*
             acetaminophen: 650 MG = 2 TAB, Tab, PO, BID, PRN, For Pain Mild to Mod(scale 1-6) breakthrough, Routine, 01/25/19 8:48:00 CST, 12 WEEK, 04/19/19 8:47:00 CDT
             busPIRone: 30 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 12/27/18 21:00:00 CST, 12 WEEK, 03/21/19 9:00:00 CDT
             diclofenac: 50 MG = 1 TAB, Tab, PO, BID, PRN, For Pain Mild to Moderate (scale 1-6), Routine, 06/01/18 15:56:00 CDT, 12 WEEK, 04/19/19 15:55:00 CDT
             docusate: 100 MG = 1 CAP, Cap, PO, Q 12 Hr, PRN, For Constipation, Routine, 10/09/18 12:30:00 CDT, 04/09/19 12:29:00 CDT
             emollients, topical: = 1 APP, Cream, Topical, TID, 11/21/18 9:00:00 CST, 02/13/19 8:59:00 CST
             hydrOXYzine: 50 MG = 2 CAP, Cap, PO, Q 12 Hr, Routine, 12/27/18 21:00:00 CST, 12 WEEK, 03/21/19 9:00:00 CDT
             lidocaine transdermal patch 5%: 1 PATCH, Patch, Transdermal, Daily, PRN, For Pain Severe (scale 7-10), Application Site: Other - See Instructions to Nursing, 01/15/19 17:28:00 CST, 12 WEEK, 04/09/19 17:27:00 CDT
             psyllium: 1 PKT, Powder, PO, Daily, Routine, 10/10/18 9:00:00 CDT, 26 WEEK, 04/10/19 8:59:00 CDT
             traZODone: 50 MG = 1 TAB, Tab, PO, Bedtime, Routine, 09/28/18 21:00:00 CDT, 18 WEEK, 06/06/19 21:00:00 CDT
             venlafaxine: 100 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 09/04/18 9:00:00 CDT, 18 WEEK, 04/02/19 8:59:00 CDT
             venlafaxine: 50 MG = 1 TAB, Tab, PO, Daily, Routine, 11/30/18 9:00:00 CST, 18 WEEK, 04/05/19 8:59:00 CDT.
     Follow up: Physical Medicine PRN. Counseling management plan.
     Disposition: return to living unit.
   .
   **Impression and Plan**:
     Diagnosis: Hx of polyps.
     Degree of Control: N/A.
     Clinical Status: N/A.
   **Plan**

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

### Outpt Medical CHS

   Follow up: Colon Rectal when patient ready. Counseling management plan.
   Disposition: return to living unit.
.
**Impression and Plan**:
   Diagnosis: Preventive care.
   Degree of Control: Fair.
   Clinical Status: Progressing as expected.
**Plan**
   PowerOrders
   Laboratory:
      Hemoglobin A1C (Order): 1/29/2019 11:02 CST, Blood, Routine, Schedule Indicator
      Lipid Profile (Non Fasting) (Order): 1/29/2019 11:02 CST, Blood, Routine, Schedule Indicator
      CMP (Order): 1/29/2019 11:02 CST, Blood, Routine, Schedule Indicator
      CBC (Order): 1/29/2019 11:01 CST, Blood, Routine, Schedule Indicator. Counseling management plan.
   Disposition: return to living unit.
.
**Impression and Plan**:
   Diagnosis: AR.
   Degree of Control: Fair.
   Clinical Status: Progressing as expected.
**Plan**
   hydroxyzine 50 mg BID current. Counseling management plan.
   Disposition: return to living unit.
.
**Medications**: Medications have been reconciled.
**Education and Follow up**: Patient has been given the opportunity to ask questions, Patient advised on how to access care upon release, Patient counseled on how to access care at CCDOC, Patient verbally acknowledges understanding of plan,
**Scheduled Future Appointments**

| | | | |
|---|---|---|---|
| 02/07/19 08:30 am | 10 Mental Health | CHS Psychiatry Follow Up | CONFIRMED |
| 02/08/19 01:00 pm | Cermak Basement | CHS Optometry | CONFIRMED |

.

*Electronically Authored On: 29-Jan-19 18:26*
*Electronically Signed By: DAVIS PA-C, BARBARA A*
*CHS - Medicine - Physician Assistant Assistan*
*PAGER BUS: 312 333 4525*

---

Report Request ID: 82759042      Page 2,857 of 5,959      Facility: CHS
                                                                                                                                                                    Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.