## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS     Admission Date:    5/19/2017     MRN: 005207962c; 00731679z
Birth Date: 12/18/1972     Discharge Date:
Gender: Male     FIN: 20170519100     CMRN: 1013473938

| Outpt Medical CHS |
|---|

Document Type:                         Outpt Medical CHS
Service Date/Time:                     5/29/2019 11:37 CDT
Result Status:                         Auth (Verified)
Perform Information:                   TAIWO PA-C,OLAMIDE (5/29/2019 11:48 CDT)
Sign Information:                      TAIWO PA-C,OLAMIDE (5/29/2019 11:49 CDT)

### CHS Primary Care Note

Patient:   **LIMBACHER, SHANE E**        MRN: **00731679z**        FIN: **20170519100**
Age:  **46 years**    Sex:  **Male**    DOB:  **12/18/1972**
Associated Diagnoses:   **None**
Author:   **TAIWO PA-C, OLAMIDE**

### Basic Information

   **Patient Location:** 10-102B-13-1
   **General Communication**
      Visit Type: Scheduled follow-up.
      Language: Patient understands English.
      History limitation: none.
      Documentation Reviewed: Prior Cermak records.

### Subjective
   Problem list
      All Problems (Selected)
         Adjustment disorder with mixed anxiety and depressed mood / 92542018 / Confirmed
         Benzodiazepine withdrawal / 3009783011 / Confirmed
         C6 radiculopathy / 198517017 / Confirmed
         DJD (degenerative joint disease) of cervical spine / 1481870016 / Confirmed
         DJD (degenerative joint disease), lumbosacral / 101247013 / Confirmed
         Bulge of lumbar disc without myelopathy / 2840290015 / Confirmed
         Skin lesion of left lower extremity / 1779451018 / Confirmed
         H/O fall / 2694917016 / Confirmed
         Asthma vs anxiety-related SOB / 2475605013 / Complaint of
         Methicillin resistant Staphylococcus aureus / 202940017 / Confirmed
             This problem was added by Discern Expert.
         Depression with anxiety / 346979010 / Confirmed.

### History of Present Illness
   The patient presents with routine pcc f/u
   - several MSK complaints as above - no acute changes. no numbness or weakness, no tingling. no b/b incontinence, no saddle anesthesia
   states neck pain and would like to try a different medicine other than diclofenac

Report Request ID:  82759042              Page 2,858 of 5,959          Facility:  CHS
                                                                       Location:  102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002858**

**Cook County Health and Hospitals System**

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

### Outpt Medical CHS

agrees to try naproxen
- asthma - Denies SOB, Wheezing, cough or nocturnal sx. no ER.
- states cant see well with his glasses and needs new prescription. he has opto appt for 6/2019
-psych d/o - no related complaints, followed by MH.


**Histories**
  **Allergies**:
    Allergic Reactions (All)
      *Severity Not Documented*
        Codeine- No reactions were documented.
  **Current Medications**: (Selected)
    Inpatient Medications
      *Ordered*
        Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter: 2 PUFF, Inhalation, Inhalation, Q 6 hr kop, PRN, For Shortness of Breath, Instruction to Nursing: refill via HSR, Routine, 08/28/17 14:44:00 CDT, 36 WEEK, 09/23/19 14:43:00 CDT
        acetaminophen: 650 MG = 2 TAB, Tab, PO, BID, PRN, For Pain Mild to Mod(scale 1-6) breakthrough, Routine, 01/25/19 8:48:00 CST, 12 WEEK, 07/12/19 8:47:00 CDT
        busPIRone: 30 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 12/27/18 21:00:00 CST, 18 WEEK, 11/28/19 9:00:00 CST
        diclofenac: 50 MG = 1 TAB, Tab, PO, BID, PRN, For Pain Mild to Moderate (scale 1-6), Routine, 06/01/18 15:56:00 CDT, 12 WEEK, 10/04/19 15:55:00 CDT
        hydrOXYzine: 100 MG = 4 TAB, Tab, PO, Q 12 Hr, Routine, 05/28/19 21:00:00 CDT, 18 WEEK, 10/01/19 9:00:00 CDT
        lidocaine transdermal patch 5%: 1 PATCH, Patch, Transdermal, Daily, PRN, For Pain Severe (scale 7-10), Application Site: Other - See Instructions to Nursing, 01/15/19 17:28:00 CST, 12 WEEK, 07/02/19 17:27:00 CDT
        psyllium: 1 PKT, Powder, PO, Daily, Routine, 10/10/18 9:00:00 CDT, 26 WEEK, 10/08/19 9:00:00 CDT
        venlafaxine: 100 MG = 1 TAB, Tab, PO, Q 12 Hr, 04/29/19 21:00:00 CDT, 09/02/19 0:00:00 CDT
        venlafaxine: 25 MG = 1 TAB, Tab, PO, Bedtime, 04/29/19 21:00:00 CDT, 09/02/19 0:00:00 CDT
        venlafaxine: 75 MG = 1 TAB, Tab, PO, Daily, 04/30/19 9:00:00 CDT, 09/02/19 0:00:00 CDT
      *Pending Complete*
        baclofen: 10 MG = 1 TAB, Tab, PO, Q 8 Hr, Routine, 11/20/17 21:00:00, 12/13/17 20:59:00
        baclofen: 10 MG = 1 TAB, Tab, PO, TID, Routine, 07/31/18 21:00:00 CDT, 08/28/18 16:59:00 CDT
        chlorhexidine 0.12% liquid (oral rinse): 15 mL, Liquid, Swish and Spit, Q 8 Hr, Instruction to Nursing: Topical, Routine, 11/16/17 14:00:00, 01/31/18 12:00:00
        clonazePAM: 1 MG = 1 TAB, Tab, PO, Q 12 Hr, Instruction to Nursing: Week #1, Routine, 05/21/17 21:00:00, 05/28/17 15:00:00
        emollients, topical: = 1 APP, Cream, Topical, TID, 11/21/18 9:00:00 CST, 02/13/19 8:59:00 CST
        methocarbamol: 750 MG = 1 TAB, Tab, PO, BID, Routine, 05/07/18 17:00:00 CDT, 6 WEEK, 06/18/18 16:59:00 CDT
        methocarbamol: 750 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 05/21/17 21:00:00, 1 WEEK, 05/28/17 20:59:00

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002859**

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

### Outpt Medical CHS

    triamcinolone nasal: 1 SPRAY, Spray, Nostril, Both, Daily, Routine, 11/02/17 9:00:00, 12 WEEK, 01/25/18 8:59:00

**Documented Medications**
*Documented*
    LidoPro Patch: 0 Refill(s), 01/08/18 14:19:00

**Proc Hx/PS Hx**:
  No active procedure history items have been selected or recorded.

**Family History**:
  Hypertension
    Father
  Diabetes
                        05-MAY-2014 12:01:21<$>
    Father

**Psychosocial History**

  **Social & Psychosocial Habits**

    **Alcohol**
    07/25/2018  **Use:** Never

    **Tobacco**
    07/25/2018  **Use:** Never (less than 100 in l.

**Review of Systems**
  All other systems are negative

**Objective**
  **VS/Measurements**
  Vital Signs

| | | |
|---|---|---|
| 5/29/2019 10:56 CDT | Reason for Vital Signs | Routine |
| | Type of Temperature Taken | Oral |
| | Temperature Oral | 98.4 DegF |
| | Calculated Temperature Oral | 36.9 DegC |
| | Type of Heart Rate | Noninvasive Blood Pressure Device |
| | Heart Rate | 87 bpm |
| | Respiratory Rate | 18 breaths/min |
| | Patient Position-BP | Sitting |
| | Systolic Blood Pressure | 133 mmHg |
| | Diastolic Blood Pressure | 82 mmHg |
| | Blood Pressure Method | Automatic |
| | Oxygen in Use | No |

Report Request ID: 82759042        Page 2,860 of 5,959        Facility: CHS
                                                                                                Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002860**

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS          Admission Date:   5/19/2017         MRN: 005207962c; 00731679z
Birth Date: 12/18/1972           Discharge Date:
Gender: Male                     FIN: 20170519100                    CMRN: 1013473938

### Outpt Medical CHS

|  |  |
|---|---|
| Oxygen Delivery Method | Room air |
| **Peak Expiratory Flow Rate** | **600 L/min  >HHI** |
| NIBP Site | Arm, Right |
| Blood pressure monitoring | Automatic |

, Measurements from flowsheet : Measurements
    5/29/2019 10:56 CDT     Weight            96 KG

**General**:
    Development: Normally developed.
    Nutritional status: Well nourished.
    Appearance: In no apparent distress.
**Eye**: Anicteric.
**HENT**: Normocephalic, Atraumatic.
**Respiratory**: Lungs are clear to auscultation, Respirations are non-labored.
**Cardiovascular**: Normal rate, Regular rhythm.
**Musculoskeletal**: Normal range of motion, Normal strength, No tenderness, No swelling, No deformity, Normal gait.
**Mental Status Exam**: Alert and oriented X 3.

### Review / Management

**Results Review**: Lab results

| Date/Time | Test | Result |
|---|---|---|
| 5/3/2019 13:28 CDT | HIV 1/2 Ab Screen | NONREACTIVE |
| 5/3/2019 12:18 CDT | Quantiferon TB Test | NEGATIVE |
|  | Quantiferon  TB Nil Value | 0.04 |
|  | Quantiferon  TB Mitogen Value | 7.61 |
|  | Quantiferon  TB Ag minus Nil Value | <0.00 |
|  | Quantiferon TB2 Ag minus Nil Value | <0.00 |
| 2/4/2019 13:21 CST | Na | 139 mEq/L |
|  | K | 4.4 mEq/L |
|  | Cl | 102 mEq/L |
|  | CO2 | 29 mEq/L |
|  | Anion Gap | 8 |
|  | Glucose serum | 72 mg/dL |
|  | BUN | 10 mg/dL |
|  | Creat | 1.1 mg/dL |
|  | Ca | 8.8 mg/dL |
|  | GFR (Calculated) | 72 |
|  | Protein Total | 6.8 g/dL |
|  | Albumin | 4.2 g/dL |
|  | Bilirubin Total | 0.7 mg/dL |
|  | Alk Phos | 64 U/L |
|  | AST | 19 U/L |
|  | ALT | 26 U/L |
|  | Cholesterol | 189 mg/dL |

Report Request ID:  82759042           Page 2,861 of 5,959          Facility:  CHS
                                                                    Location:  102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E  
Patient Type: Visit CHS  Admission Date: 5/19/2017  MRN: 005207962c; 00731679z  
Birth Date: 12/18/1972  Discharge Date:  
Gender: Male  FIN: 20170519100  CMRN: 1013473938

| | **Outpt Medical CHS** | |
|---|---|---|

| | HDL Cholesterol | 36 mg/dL |
| | **Non HDL Cholesterol** | **153 mg/dL  HI** |
| | LDL Cholesterol | 118 mg/dL |
| | **Cholesterol/HDL Ratio** | **5.2  HI** |
| | **TG (Non Fasting)** | **240 mg/dL  HI** |
| 2/4/2019 13:14 CST | HGB A1C (Glycohemoglobin) | 5.30 % |
| | WBC | 5.6 k/uL |
| | RBC | 4.89 mil/uL |
| | HGB | 15.4 g/dL |
| | HCT | 44.4 % |
| | MCV | 90.8 fL |
| | MCH | 31.4 pg |
| | MCHC | 34.6 g/dL |
| | RDW | 13.4 % |
| | PLT | 231 k/uL |

**Laboratory Results**  
Reviewed labs with patient

**Impression and Plan**  
  **Impression and Plan**:  
    Diagnosis: Intermittent asthma.  
    Degree of Control: Good.  
    Clinical Status: Well controlled.  
  **Plan**  
    PowerOrders Profile (Selected)  
    <u>Inpatient Orders</u>  
      *Ordered*  
        Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter: 2 PUFF, Inhalation, Inhalation, Q 6 hr kop, PRN, For Shortness of Breath, Instruction to Nursing: refill via HSR, Routine, 08/28/17 14:44:00 CDT, 36 WEEK, 09/23/19 14:43:00 CDT  
      Chronic Disease Alert: 06/30/17 10:10:00, Asthma.  Counseling management plan, importance of compliance.  
.  
  **Impression and Plan**:  
    Diagnosis: various MSK complaints.  
    Degree of Control: Good.  
    Clinical Status: N/A.  
  **Plan**  
    trial of naproxen instead of diclofenac as pt requests  
    continue other analgesics as below  
    nsaids warnings reiterated  
    nsaids prn with cautions. take with food. GI and renal s/e  
    rest, moist heat, massage, ROM exercise, stretch,

Report Request ID: 82759042  Page 2,862 of 5,959  Facility: CHS  
                                                                       Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002862**