## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

### Outpt Medical CHS

| | |
|---|---|
| Document Type: | Outpt Medical CHS |
| Service Date/Time: | 7/24/2019 12:41 CDT |
| Result Status: | Auth (Verified) |
| Perform Information: | DAVIS PA-C, BARBARA A (7/24/2019 13:06 CDT) |
| Sign Information: | DAVIS PA-C, BARBARA A (7/24/2019 15:28 CDT) |

**CHS Primary Care Note**

Patient: **LIMBACHER, SHANE E**   MRN: **00731679z**   FIN: **20170519100**
Age: **46 years**   Sex: **Male**   DOB: **12/18/1972**
Associated Diagnoses: **None**
Author: **DAVIS PA-C, BARBARA A**

**Basic Information**

  Patient Location: 10-102B-13-1
  **General Communication**
    Visit Type: Scheduled follow-up.

**Subjective**
  Problem list
    All Problems (Selected)
      Benzodiazepine withdrawal / SNOMED CT 3009783011 / Confirmed
      Depression with anxiety / SNOMED CT 346979010 / Confirmed
      Asthma vs anxiety-related SOB / SNOMED CT 2475605013 / Complaint of
      H/O fall / SNOMED CT 2694917016 / Confirmed
      Adjustment disorder with mixed anxiety and depressed mood / SNOMED CT 92542018 / Confirmed
      Methicillin resistant Staphylococcus aureus / SNOMED CT 202940017 / Confirmed
         This problem was added by Discern Expert.
      Bulge of lumbar disc without myelopathy / SNOMED CT 2840290015 / Confirmed
      DJD (degenerative joint disease) of cervical spine / SNOMED CT 1481870016 / Confirmed
      DJD (degenerative joint disease), lumbosacral / SNOMED CT 101247013 / Confirmed
      C6 radiculopathy / SNOMED CT 198517017 / Confirmed
      Skin lesion of left lower extremity / SNOMED CT 1779451018 / Confirmed.  Chief complaint Numerous.

**History of Present Illness**
    The patient presents with 46 y/o male who presents with the same concerns/complaints as before. He has long-term neck pain, has seen Specialist in Physical Medicine, Physical Therapy and Neurosurgery. He was given various meds and previously prescribed diclofenac which was stopped and now in a trial of naproxen without relief. He would like to restart diclofenac. He wishes out loud that if Cermak had accupuncture it would be better. He was referrred to PT to improve his symptoms but REFUSED to go. He is not a candidate for surgery and admits he didn't want it anyway. He c/o R wrist pain from the past and recently again after getting cuffed. He reports he is going blind in his R eye in the last three or so weeks that is accompanied by color changes.  He really is asking for glassses..

| | | |
|---|---|---|
| Report Request ID: 82759042 | Page 2,865 of 5,959 | Facility: CHS |
| | | Location: 102A; 13; 1 |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

| **Outpt Medical CHS** |
|---|

**Histories**
  **Allergies**:
    <u>Allergic Reactions (All)</u>
      *Severity Not Documented*
        Codeine- No reactions were documented.
  **Current Medications**: (Selected)
    <u>Inpatient Medications</u>
      *Ordered*
        Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter: 2 PUFF, Inhalation, Inhalation, Q 6 hr kop, PRN, For Shortness of Breath, Instruction to Nursing: refill via HSR, Routine, 08/28/17 14:44:00 CDT, 36 WEEK, 09/23/19 14:43:00 CDT
        busPIRone: 30 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 12/27/18 21:00:00 CST, 18 WEEK, 11/28/19 9:00:00 CST
        hydrOXYzine: 100 MG = 4 TAB, Tab, PO, Q 12 Hr, Routine, 05/28/19 21:00:00 CDT, 18 WEEK, 10/01/19 9:00:00 CDT
        lidocaine transdermal patch 4%: 1 PATCH, Patch, Transdermal, Daily, PRN, For Pain Severe (scale 7-10), 07/23/19 12:52:00 CDT, 09/24/19 0:00:00 CDT
        naproxen: 500 MG = 1 TAB, Tab, PO, BID, PRN, For Pain Mild to Mod(scale 1-6) breakthrough, Routine, 05/29/19 11:43:00 CDT, 12 WEEK, 08/21/19 11:42:00 CDT
        psyllium: 1 PKT, Powder, PO, Daily, Routine, 10/10/18 9:00:00 CDT, 26 WEEK, 10/08/19 9:00:00 CDT
        sertraline: 50 MG = 1 TAB, Tab, PO, Daily, Routine, 07/03/19 9:00:00 CDT, 12 WEEK, 09/24/19 9:00:00 CDT
        venlafaxine: 50 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 07/24/19 21:00:00 CDT, 2 WEEK, 08/07/19 9:00:00 CDT
      *Pending Complete*
        baclofen: 10 MG = 1 TAB, Tab, PO, Q 8 Hr, Routine, 11/20/17 21:00:00, 12/13/17 20:59:00
        baclofen: 10 MG = 1 TAB, Tab, PO, TID, Routine, 07/31/18 21:00:00 CDT, 08/28/18 16:59:00 CDT
        chlorhexidine 0.12% liquid (oral rinse): 15 mL, Liquid, Swish and Spit, Q 8 Hr, Instruction to Nursing: Topical, Routine, 11/16/17 14:00:00, 01/31/18 12:00:00
        clonazePAM: 1 MG = 1 TAB, Tab, PO, Q 12 Hr, Instruction to Nursing: Week #1, Routine, 05/21/17 21:00:00, 05/28/17 15:00:00
        emollients, topical: = 1 APP, Cream, Topical, TID, 11/21/18 9:00:00 CST, 02/13/19 8:59:00 CST
        methocarbamol: 750 MG = 1 TAB, Tab, PO, BID, Routine, 05/07/18 17:00:00 CDT, 6 WEEK, 06/18/18 16:59:00 CDT
        methocarbamol: 750 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 05/21/17 21:00:00, 1 WEEK, 05/28/17 20:59:00
        triamcinolone nasal: 1 SPRAY, Spray, Nostril, Both, Daily, Routine, 11/02/17 9:00:00, 12 WEEK, 01/25/18 8:59:00
    <u>Documented Medications</u>
      *Documented*
        LidoPro Patch: 0 Refill(s), 01/08/18 14:19:00

**Objective**
  **VS/Measurements**

| | | |
|---|---|---|
| Report Request ID: 82759042 | Page 2,866 of 5,959 | Facility: CHS |
| | | Location: 102A; 13; 1 |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002866**

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS          Admission Date:   5/19/2017         MRN: 005207962c; 00731679z
Birth Date: 12/18/1972           Discharge Date:
Gender: Male                     FIN: 20170519100                    CMRN: 1013473938

### Outpt Medical CHS

Vital Signs
    7/24/2019 11:17 CDT

| | |
|---|---|
| Reason for Vital Signs | Routine |
| Type of Temperature Taken | Oral |
| Temperature Oral | 98 DegF |
| Calculated Temperature Oral | 36.7 DegC |
| Type of Heart Rate | Noninvasive Blood Pressure Device |
| Heart Rate | 81 bpm |
| Respiratory Rate | 16 breaths/min |
| Patient Position-BP | Sitting |
| Systolic Blood Pressure | 138 mmHg |
| Diastolic Blood Pressure | 87 mmHg |
| Blood Pressure Method | Automatic |
| Oxygen in Use | No |
| Oxygen Delivery Method | Room air |
| NIBP Site | Arm, Right |
| Blood pressure monitoring | Automatic |

, Measurements from flowsheet : Measurements
    7/24/2019 11:17 CDT    Weight    94.5 KG

**General**:
  Development: Normally developed.
  Nutritional status: Well nourished.
  Appearance: In no apparent distress, Looks older.
**Eye**: Anicteric.
**HENT**: Normocephalic.
**Neck**: Supple.
**Respiratory**: Lungs are clear to auscultation, Respirations are non-labored, Breath sounds are equal, No wheezes.
**Cardiovascular**: Normal rate, Regular rhythm, No murmur.
**Gastrointestinal**: Soft, Non-tender.
**Musculoskeletal**: Normal range of motion, No swelling, No deformity, Normal gait.
**Integumentary**: Intact.
**Neurologic**: Cranial Nerves II-XII are grossly intact.

**Review / Management**
  **Results Review**:   Interpretation: Labs unremarkable.
  **Laboratory Results**
  Reviewed labs with patient

**Impression and Plan**
  **Impression and Plan**:
    Diagnosis: Neck Pain, chronic.
    Degree of Control: Fair.

Report Request ID:  82759042        Page 2,867 of 5,959    Facility:  CHS
                                                                                                                            Location:   102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

**Outpt Medical CHS**

    Clinical Status: Unchanged, Progressing as expected.
**Plan**
    Discuss declining PT is making him worse.
        PowerOrders
        Pharmacy:
            naproxen (Discontinue): 7/24/2019 15:14 CDT, Other.
        PowerOrders
        Pharmacy:
            diclofenac (Order): 50 MG, Tab, PO, BID, PRN, For Pain Mild to Moderate (scale 1-6), Routine, 7/24/2019 15:16 CDT, 12 WEEK, 10/16/2019 15:15 CDT.
        Med Reconciliation: (Selected)
            <u>Inpatient Medications</u>
                *Ordered*
                      Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter: 2 PUFF, Inhalation, Inhalation, Q 6 hr kop, PRN, For Shortness of Breath, Instruction to Nursing: refill via HSR, Routine, 08/28/17 14:44:00 CDT, 36 WEEK, 09/23/19 14:43:00 CDT
                      busPIRone: 30 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 12/27/18 21:00:00 CST, 18 WEEK, 11/28/19 9:00:00 CST
                      diclofenac: 50 MG = 1 TAB, Tab, PO, BID, PRN, For Pain Mild to Moderate (scale 1-6), Routine, 07/24/19 15:16:00 CDT, 12 WEEK, 10/16/19 15:15:00 CDT
                      hydrOXYzine: 100 MG = 4 TAB, Tab, PO, Q 12 Hr, Routine, 05/28/19 21:00:00 CDT, 18 WEEK, 10/01/19 9:00:00 CDT
                      lidocaine transdermal patch 4%: 1 PATCH, Patch, Transdermal, Daily, PRN, For Pain Severe (scale 7-10), 07/23/19 12:52:00 CDT, 09/24/19 0:00:00 CDT
                      psyllium: 1 PKT, Powder, PO, Daily, Routine, 10/10/18 9:00:00 CDT, 26 WEEK, 10/08/19 9:00:00 CDT
                      sertraline: 50 MG = 1 TAB, Tab, PO, Daily, Routine, 07/03/19 9:00:00 CDT, 12 WEEK, 09/24/19 9:00:00 CDT
                      venlafaxine: 50 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 07/24/19 21:00:00 CDT, 2 WEEK, 08/07/19 9:00:00 CDT. Counseling management plan.
    Disposition: return to living unit.
.
**Impression and Plan**:
    Diagnosis: R wrist nerve compression.
    Degree of Control: Fair.
    Clinical Status: Improving, Progressing as expected.
**Plan**
    Reassurance. Counseling management plan.
    Disposition: return to living unit.
.
**Impression and Plan**:
    Diagnosis: Visual acutiy changes.
    Degree of Control: Fair.
    Clinical Status: N/A.

| | | |
|---|---|---|
| Report Request ID: 82759042 | Page 2,868 of 5,959 | Facility: CHS |
| | | Location: 102A; 13; 1 |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.