# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

## Health Service Request

| | |
|---|---|
| Document Type: | Health Service Request |
| Service Date/Time: | 8/20/2019 17:22 CDT |
| Result Status: | Auth (Verified) |
| Perform Information: | TABB RN, LASHUNDRA (8/20/2019 17:22 CDT) |
| Sign Information: | TABB RN, LASHUNDRA (8/20/2019 17:22 CDT) |

**CHS Health Service Request Form Entered On: 08/20/2019 17:24 CDT**
**Performed On: 08/20/2019 17:22 CDT by TABB RN, LASHUNDRA**

**HSRF**
*Patient date on form: :* 8/19/2019 CDT
*Date/Time Received by Nursing :* 8/20/2019 07:08 CDT
*Health Service Request :* Medical Provider
*Medication request :* Medication concerns
*Medication Name :* PAIN INJECTION

TABB RN, LASHUNDRA - 08/20/2019 17:22 CDT

**HSRF Part B grid**

| *Reported complaint :* | *Other Problem (please describe) :* |
|---|---|
| Comment | (Comment: I no longer canhandle the painin my (L) shulder Please let Dr. McCarthy know that I would like to have the pain injection that she prevoiusly offered [TABB RN, LASHUNDRA - 08/20/2019 17:22 CDT] ) |
| | TABB RN, LASHUNDRA - 08/20/2019 17:22 CDT |

**Medication History**
*Medication History Reviewed :* Yes

Report Request ID: 82759042     Page 2,581 of 5,959     Facility: CHS
Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002581**