## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name:  LIMBACHER, SHANE E
Patient Type:  Visit CHS          Admission Date:   5/19/2017         MRN: 005207962c; 00731679z
Birth Date:  12/18/1972                             Discharge Date:
Gender: Male                       FIN: 20170519100                   CMRN: 1013473938

| Outpt Medical CHS |
|---|

Document Type:                       Outpt Medical CHS
Service Date/Time:                   3/2/2018 10:23 CST
Result Status:                       Auth (Verified)
Perform Information:                 TRAMMELL PA-C,GLEN (3/2/2018 10:32 CST)
Sign Information:                    TRAMMELL PA-C,GLEN (3/2/2018 10:32 CST)

**Div 8: 4th Floor PCC**

Patient:  **LIMBACHER, SHANE E**      MRN: **00731679z**        FIN: **20170519100**
Age:  **45 years**    Sex:  **Male**   DOB:  **12/18/1972**
Associated Diagnoses:  **None**
Author:  **TRAMMELL PA-C, GLEN**

**Basic Information**

   Patient Location: 08-084F-D4-20
   **General Communication**
      Visit Type: Urgent Care follow up.

**Subjective**
   Problem list
      All Problems (Selected)
         Depression with anxiety / 346979010 / Confirmed
         Elevated blood pressure reading / 196353013 / Confirmed
         Adjustment disorder with mixed anxiety and depressed mood / 92542018 / Confirmed.

**History of Present Illness**
   The patient presents with S/P I&D of L Lateral Neck Abscess X 6 days
   - resolved pain at abscess site
   - resolved exudate from incision site
   - no fever/ chills/ night sweats
   - eating all meals without problems

      Psych D/O
      - no S/H ideations
      - no A/V hallucinations
   - being managed by MHS  .

**Histories**
   Allergies:
      Allergic Reactions (All)
         *Severity Not Documented*
            Codeine- No reactions were documented.

Report Request ID:  82759042          Page 2,813 of 5,959       Facility:  CHS
                                                                Location:  102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002813**

## Cook County Health and Hospitals System
1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS  Admission Date: 5/19/2017  MRN: 005207962c; 00731679z
Birth Date: 12/18/1972  Discharge Date:
Gender: Male  FIN: 20170519100  CMRN: 1013473938

| **Outpt Medical CHS** |
|---|

**Current Medications**: (Selected)
  Inpatient Medications
    *Ordered*
      Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter: 2 PUFF, Inhalation, Inhalation, Q 6 hr kop, PRN, For Shortness of Breath, Instruction to Nursing: refill via HSR, Routine, 08/28/17 14:44:00, 36 WEEK, 05/07/18 14:43:00
      acetaminophen: 650 MG = 2 TAB, Tab, PO, BID, PRN, For Pain Mild to Mod(scale 1-6) breakthrough, Routine, 01/30/18 11:24:00, 12 WEEK, 04/24/18 11:23:00
      busPIRone: 30 MG = 2 TAB, Tab, PO, Q 12 Hr, Routine, 02/23/18 21:00:00 CST, 18 WEEK, 06/29/18 20:59:00 CDT
      chlorproMAZINE: 25 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 02/23/18 21:00:00 CST, 18 WEEK, 06/29/18 20:59:00 CDT
      citalopram: 40 MG = 1 TAB, Tab, PO, Daily, Routine, 01/27/18 9:00:00, 18 WEEK, 06/02/18 8:59:00
      diclofenac: 50 MG = 1 TAB, Tab, PO, TID, PRN, For Pain Mild to Moderate (scale 1-6), Routine, 01/29/18 11:23:00 CST, 04/23/18 11:22:00 CDT
      divalproex sodium 500 mg oral delayed release tablet: 500 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 02/23/18 21:00:00 CST, 18 WEEK, 06/29/18 20:59:00 CDT
      hydrocortisone 1% topical ointment: 1 APP, Oint, Topical, Q 12 hr kop, PRN, For Skin Irritation, Application Site: Forehead, Instruction to Nursing: use PRN for ?psoriatic plaque on forehead, 01/30/18 11:25:00, 28 WEEK, 08/14/18 11:24:00
      lidocaine transdermal patch 5%: 1 PATCH, Patch, Transdermal, Daily, Application Site: Other - See Instructions to Nursing, 12/18/17 8:24:00, 12 WEEK, 03/12/18 8:23:00
      loratadine: 10 MG = 1 TAB, Tab, PO, Daily, Routine, 08/29/17 9:00:00, 36 WEEK, 05/08/18 8:59:00
      mirtazapine: 45 MG = 3 TAB, Tab, PO, Bedtime, Routine, 02/23/18 21:00:00 CST, 18 WEEK, 06/29/18 20:59:00 CDT
      sulfamethoxazole-trimethoprim 800 mg-160 mg DS tablet: 1 TAB, Tab, PO, Q 12 Hr, Routine, 02/24/18 21:00:00 CST, 1 WEEK, 03/03/18 20:59:00 CST

**Proc Hx/PS Hx**:
  No active procedure history items have been selected or recorded.
**Family History**:
  No family history items have been selected or recorded.
**Psychosocial History**

## Social & Psychosocial Habits

  No Data Available
  .

**Objective**
  **VS/Measurements**
    Vital Signs
      3/2/2018 10:18 CST        Type of Temperature Taken        Oral
                                Temperature Oral                 98.4 DegF

Report Request ID: 82759042           Page 2,814 of 5,959           Facility: CHS
                                                                    Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002814**

## Cook County Health and Hospitals System
1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS
Birth Date: 12/18/1972
Gender: Male

Admission Date: 5/19/2017
Discharge Date:
FIN: 20170519100

MRN: 005207962c; 00731679z
CMRN: 1013473938

### Outpt Medical CHS

| | |
|---|---|
| Calculated Temperature Oral | 36.9 DegC |
| Heart Rate | 85 bpm |
| Respiratory Rate | 18 breaths/min |
| Oxygen Saturation | 98 % |
| Oxygen Delivery Method | Room air |
| Systolic Blood Pressure | 120 mmHg |
| Diastolic Blood Pressure | 74 mmHg |
| Blood Pressure Method | Automatic |
| Mean Arterial Pressure, Cuff | 89 mmHg |
| NIBP Site | Arm, Left |

, Measurements from flowsheet : Measurements
    3/2/2018 10:19 CST

| | |
|---|---|
| Height in | 69 INCH |
| Height | 175.2 cm |
| Weight in pounds | 210 LB |
| Weight | 95.25 KG |
| BSA (Patient Care) | 2.153 m2 |
| BMI | 31 kg/m2 |

**VS/Measurements**
**General**:
  Development: Normally developed.
  Nutritional status: Well nourished.
  Appearance: In no apparent distress.
**Eye**: Pupils are equal, round and reactive to light.
**HENT**: Normocephalic, Oral mucosa is moist, No pharyngeal erythema, No sinus tenderness.
**Neck**: scabbed over L lateral neck @ 4-6mm lesion: no fluctuance/ erythema/ exudate/ tenderness/ increased warmth.
**Neck**: Supple.
**Respiratory**: Lungs are clear to auscultation, Respirations are non-labored, Breath sounds are equal, No wheezes, No crackles, B good air exchange.
**Cardiovascular**: Normal rate, Regular rhythm, No murmur, No gallop, Good pulses equal in all extremities, Normal peripheral perfusion, No edema.
**Gastrointestinal**: Soft, Non-tender, Normal bowel sounds.
**Musculoskeletal**: Normal range of motion, Normal gait.

**Review / Management**
  **Results Review**: No interval results.

**Impression and Plan**
  **Impression and Plan**:
    Diagnosis: Healed L lateral neck abscess: S/P I&D .

Report Request ID: 82759042     Page 2,815 of 5,959     Facility: CHS
    Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health and Hospitals System
1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E  
Patient Type: Visit CHS  Admission Date: 5/19/2017  MRN: 005207962c; 00731679z  
Birth Date: 12/18/1972  Discharge Date:  
Gender: Male  FIN: 20170519100  CMRN: 1013473938

| **Outpt Medical CHS** |
|---|

    Degree of Control: Good.  
    Clinical Status: Improving.  
**Plan**  
    Follow up: keep currently scheduled PCC f/u appt.  Counseling pt advised how to access medical/ mental care if needed; Report increased symptoms ASAP.  
    .  
**Impression and Plan**:  
    Diagnosis: Psych D/O .  
    Degree of Control: Good.  
    Clinical Status: Unchanged.  
**Plan** Counseling follow MHS orders and keep your MHS follow-up appointments.  
    .  
**Medications**:  Medications have been reconciled.

*Electronically Authored On:   02-Mar-18 10:32*  
*Electronically Signed By: TRAMMELL PA-C, GLEN*  
*CHS - Med/Surg - Physician Assistant*  
*PAGER BUS: 312 333 4597*

---

Report Request ID:  82759042       Page 2,816 of 5,959       Facility:  CHS  
Location:  102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002816**

# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS     Admission Date:  5/19/2017     MRN: 005207962c; 00731679z
Birth Date: 12/18/1972      Discharge Date:
Gender: Male                FIN: 20170519100               CMRN: 1013473938

| Outpt Medical CHS |
|---|

Document Type:                    Outpt Medical CHS
Service Date/Time:                5/7/2018 14:19 CDT
Result Status:                    Auth (Verified)
Perform Information:              TRAMMELL PA-C,GLEN (5/7/2018 14:33 CDT)
Sign Information:                 TRAMMELL PA-C,GLEN (5/7/2018 14:45 CDT)

**Div 8: 4th Floor PCC**

Patient: **LIMBACHER, SHANE E**     MRN: **00731679z**     FIN: **20170519100**
Age: **45 years**   Sex: **Male**   DOB: **12/18/1972**
Associated Diagnoses: **None**
Author: **TRAMMELL PA-C, GLEN**

**Basic Information**

  Patient Location: 08-084E-2-1
  **General Communication**
     Visit Type: Chronic Care Management appointment.

**Subjective**
  Problem list
     All Problems (Selected)
         Adjustment disorder with mixed anxiety and depressed mood / 92542018 / Confirmed
         Asthma vs anxiety-related SOB / 2475605013 / Complaint of
         Depression with anxiety / 346979010 / Confirmed.

**History of Present Illness**
  The patient presents with
    Asthma X years
     - no hosp/ Pred
     - no cough/ wheeze/ SOB/ DOE
     - occ ALbuterol MDI use
  - no increased nocturnal symptoms

  CHronic Neck/ BUE/Lower Back Pain
  - occ short lived spasms
  - denies assoc trauma
  - DJD to C-Spine/ L-Spine on imaging
  - previous R distal upper extremity/ R hand paresthesias/ numbness now completely resolved
  - EMG 02-15-2018 => suggestive of mild, chronic C8 Radiculopathy
  - little relief with PT
  - reports 1 episode of urinary incontinence in Dec, 2017
  - no fecal incontinence

Report Request ID:  82759042         Page 2,817 of 5,959      Facility:  CHS
                                                              Location:  102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002817**

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS        Admission Date:   5/19/2017        MRN: 005207962c; 00731679z
Birth Date: 12/18/1972          Discharge Date:
Gender: Male                          FIN: 20170519100                    CMRN: 1013473938

### Outpt Medical CHS

- no loss of strength
- no falls
- reports feeling fatigued X weeks

Chronic Allergic Rhinitis
- good symptom relief with Claritin

CHronic Forehead rash
- sustained relief with Hytone

   Psych D/O
   - no S/H ideations
   - no A/V hallucinations
- being managed by MHS  .

**Histories**
  **Allergies**:
    Allergic Reactions (All)
      *Severity Not Documented*
        Codeine- No reactions were documented.
  **Current Medications**:  (Selected)
    Inpatient Medications
      *Ordered*
        Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter: 2 PUFF, Inhalation, Inhalation, Q 6 hr kop, PRN, For Shortness of Breath, Instruction to Nursing: refill via HSR, Routine, 08/28/17 14:44:00 CDT, 36 WEEK, 01/14/19 14:43:00 CST
        acetaminophen: 650 MG = 2 TAB, Tab, PO, BID, PRN, For Pain Mild to Mod(scale 1-6) breakthrough, Routine, 04/20/18 22:12:00 CDT, 6 WEEK, 06/01/18 22:11:00 CDT
        busPIRone: 30 MG = 2 TAB, Tab, PO, Q 12 Hr, Routine, 02/23/18 21:00:00 CST, 18 WEEK, 06/29/18 20:59:00 CDT
        chlorproMAZINE: 25 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 02/23/18 21:00:00 CST, 18 WEEK, 06/29/18 20:59:00 CDT
        citalopram: 20 MG = 1 TAB, Tab, PO, Daily, Routine, 05/05/18 9:00:00 CDT, 5 DAYS, 05/10/18 8:59:00 CDT
        diclofenac: 50 MG = 1 TAB, Tab, PO, BID, PRN, For Pain Mild to Moderate (scale 1-6), Routine, 04/20/18 22:12:00 CDT, 6 WEEK, 06/01/18 22:11:00 CDT
        divalproex sodium 500 mg oral delayed release tablet: 500 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 02/23/18 21:00:00 CST, 18 WEEK, 06/29/18 20:59:00 CDT
        hydrocortisone 1% topical ointment: 1 APP, Oint, Topical, Q 12 hr kop, PRN, For Skin Irritation, Application Site: Forehead, Instruction to Nursing: use PRN for ?psoriatic plaque on forehead, 01/30/18 11:25:00, 28 WEEK, 08/14/18 11:24:00
        lidocaine transdermal patch 5%: 1 PATCH, Patch, Transdermal, Daily, Application Site: Other - See Instructions to Nursing, 03/15/18 14:22:00 CDT, 12 WEEK, 06/07/18 14:21:00 CDT
        loratadine: 10 MG = 1 TAB, Tab, PO, Daily, Routine, 08/29/17 9:00:00, 36 WEEK, 05/08/18 8:59:00

Report Request ID:   82759042                Page 2,818 of 5,959        Facility:   CHS
                                                                                                          Location:   102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002818**

# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS  Admission Date: 5/19/2017  MRN: 005207962c; 00731679z
Birth Date: 12/18/1972  Discharge Date:
Gender: Male  FIN: 20170519100  CMRN: 1013473938

| Outpt Medical CHS |
|---|

    mirtazapine: 45 MG = 3 TAB, Tab, PO, Bedtime, Routine, 02/23/18 21:00:00 CST, 18 WEEK, 06/29/18 20:59:00 CDT
    venlafaxine: 100 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 05/13/18 21:00:00 CDT, 09/16/18 15:00:00 CDT
    venlafaxine: 37.5 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 05/04/18 21:00:00 CDT, 05/07/18 15:00:00 CDT
    venlafaxine: 50 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 05/07/18 21:00:00 CDT, 05/10/18 15:00:00 CDT
    venlafaxine: 75 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 05/10/18 21:00:00 CDT, 05/13/18 15:00:00 CDT

**Family History**:
    No family history items have been selected or recorded.
**Psychosocial History**

## Social & Psychosocial Habits

    No Data Available
    .

**Objective**
  **VS/Measurements**
  Vital Signs
       5/7/2018 14:03 CDT

| | | |
|---|---|---|
| | Type of Temperature Taken | Oral |
| | Temperature Oral | 97.9 DegF |
| | Calculated Temperature Oral | 36.6 DegC |
| | Heart Rate | 90 bpm |
| | Respiratory Rate | 18 breaths/min |
| | Oxygen Saturation | 99 % |
| | Oxygen Delivery Method | Room air |
| | **Systolic Blood Pressure** | **142 mmHg  HI** |
| | Diastolic Blood Pressure | 89 mmHg |
| | Blood Pressure Method | Automatic |
| | Mean Arterial Pressure, Cuff | 107 mmHg |
| | NIBP Site | Arm, Left |

, Measurements from flowsheet : Measurements
       5/7/2018 14:05 CDT

| | | |
|---|---|---|
| | Height in | 69 INCH |
| | Height | 175.2 cm |
| | Weight in pounds | 211.6 LB |
| | Weight | 95.98 KG |
| | BSA (Patient Care) | 2.1613 m2 |
| | BMI | 31 kg/m2 |

**VS/Measurements**
**Point of care testing**
**General**:

Report Request ID:  82759042  Page 2,819 of 5,959  Facility:  CHS
    Location:  102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002819**

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

### Outpt Medical CHS

    Development: Normally developed.
    Nutritional status: Well nourished.
    Appearance: In no apparent distress.
**Eye**: Pupils are equal, round and reactive to light, Extraocular movements are intact.
**HENT**: no forehead lesions appreciated.
**HENT**: Normocephalic, Atraumatic, Normal hearing, Oral mucosa is moist.
**Neck**: Supple.
**Respiratory**: Lungs are clear to auscultation, Respirations are non-labored, Breath sounds are equal, No wheezes, No crackles, B good air exchange.
**Cardiovascular**: Normal rate, Regular rhythm, No murmur, No gallop, No edema, S1S2; no S3S4.
**Gastrointestinal**: Soft, Flat, Non-tender, Normal bowel sounds.
**Musculoskeletal**: Normal range of motion, Normal strength, No tenderness, No deformity, Normal gait, 5/5 muscle strength BLE.
**Neurologic**: Normal motor function, Normal sensory.
**Mental Status Exam**: Alert and oriented X 3.

**Review / Management**
    **Results Review**: No interval results.
    **Imaging Results**
    Computed tomography:
    Result Type: CT Lumbar Spine w/o Contrast
    Result Date: January 08, 2018 21:01 CST
    Result Status: Modified
    Result Title: CT LUMBAR SPINE WO CONTRAST
    Performed By: MUJTABA MD, TARANNUM on January 08, 2018 22:09 CST
    Verified By: REE MD, ALEXANDER on January 09, 2018 09:49 CST
    Encounter info: 0794478297, Stroger, Emergency, 1/8/2018 - 1/8/2018

\* Final Report \*

Reason For Exam
Low Back Pain

FINDINGS
Indication: Low back pain radiating to the left leg.

Technique: Noncontrast axial images were acquired through the lumbar spine. Coronal and sagittal reconstruction views were also obtained.

| | | |
|---|---|---|
| Report Request ID: 82759042 | Page 2,820 of 5,959 | Facility: CHS |
| | | Location: 102A; 13; 1 |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

19 C 7509 Limbacher 002820

# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

## Outpt Medical CHS

Comparison: Lumbosacral spine radiograph from 11/13/2017.

Findings:

There is no evidence for acute fracture or subluxation.

There is no spondylosis or spiondylisthesis.

There are no abnormal paraspinal masses.

There is no wedge/compression deformity.

There is a sclerotic lesion on the inferior endplate of L5 vertebral body with intervertebral disc space narrowing at L5/S1 and mild posterior disc protrusion.

IMPRESSION
Impression:
1. No evidence for acute fracture or subluxation.

2. Mild degenerative changes noted.

3. Intervertebral disc space narrowing at L5/S1 with posterior disc protrusion.

4. Sclerotic lesion on the inferior endplate of L5 vertebral body.

_____

Electronically signed by resident: Dr. TARANNUM MUJTABA
Date:           01/08/18
Time:           22:20
I, Dr. Alexander Ree,  have personally reviewed the images and the resident's interpretation

Nonspecific lucent lesion in the L4 vertebral body could represent a small hemangioma. Sclerotic lesions in the right iliac bone are nonspecific but possibly bone islands.
No disc protrusion but mild disc bulge at the L5-S1 level without significant spinal canal narrowing. Mild bilateral foraminal narrowing at this level.
Sclerotic changes at the endplate of L5 is from degenerative disease.

Mild adrenal gland thickening. No lesion.

Report Request ID:  82759042          Page 2,821 of 5,959          Facility:  CHS
                                                                   Location:  102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002821**

**Cook County Health and Hospitals System**

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

## Outpt Medical CHS

**Impression and Plan**
  **Impression and Plan**:
    Diagnosis: DJD (degenerative joint disease) of cervical spine : ICD10-CM M47.812, Discharge DX, Medical, Bulge of lumbar disc without myelopathy : ICD10-CM M51.26, Discharge DX, Medical, DJD (degenerative joint disease), lumbosacral : ICD10-CM M51.37, Discharge DX, Medical.
    Degree of Control: Fair.
    Clinical Status: Unchanged.
  **Plan**
    persistent pain. States fair pain relief with current Rx, but occ lower back spasms. One episode of urinary incontinence.
      PowerOrders
      Pharmacy:
        methocarbamol (Order): 750 MG, Tab, PO, BID, Routine, 5/7/2018 17:00 CDT, 6 WEEK, 6/18/2018 16:59 CDT
      Referrals:
        Neurosurgery Clinic Referral (Order): 5/7/2018 14:40 CDT, Stroger, Back, neck pain w/weak or neuro deficits, Cermak Patient. Counseling pt advised how to access medical/ mental care if needed; Report increased symptoms ASAP.
.
  **Impression and Plan**:
    Diagnosis: Fatigue.
    Degree of Control: N/A.
    Clinical Status: Unchanged.
  **Plan**
    PowerOrders
    Laboratory:
      TSH (Order): 5/7/2018 14:41 CDT, Blood, Routine, Schedule Indicator
      Liver Profile (Order): 5/7/2018 14:41 CDT, Blood, Routine, Schedule Indicator
      Liver Enzymes (Order): 5/7/2018 14:41 CDT, Blood, Routine, Schedule Indicator
      Hemoglobin A1C (Order): 5/7/2018 14:41 CDT, Blood, Routine, Schedule Indicator
      Comprehensive Metabolic Panel (Order): 5/7/2018 14:41 CDT, Blood, Routine, Schedule Indicator
      CBC with Differential (Order): 5/7/2018 14:41 CDT, Blood, Routine, Schedule Indicator
    Referrals:
      Referral to Primary Care (Order): Routine (CHS4) 14 to 28 Days, 5/28/2018 00:00 CDT, 6/4/2018 00:00 CDT, Once, 5/28/2018 00:00 CDT.
    Follow up: monitor BP in PCC . Counseling pt advised how to access medical/ mental care if needed; Report increased symptoms ASAP.
.
  **Impression and Plan**:
    Diagnosis: Intermittent asthma.
    Degree of Control: Good.
    Clinical Status: Unchanged.
  **Plan**
    Continue present management.

| | | |
|---|---|---|
| Report Request ID: 82759042 | Page 2,822 of 5,959 | Facility: CHS |
| | | Location: 102A; 13; 1 |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002822**

# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type:   Visit CHS              Admission Date:    5/19/2017         MRN: 005207962c; 00731679z
Birth Date:  12/18/1972                Discharge Date:
Gender:  Male                          FIN: 20170519100                     CMRN: 1013473938

| **Outpt Medical CHS** |
|---|

.
**Impression and Plan**:
   Diagnosis: Chronic Allergic Rhinitis.
   Degree of Control: Good.
   Clinical Status: Unchanged.
**Plan**
   Continue present management.
.
**Impression and Plan**:
   Diagnosis: Psych D/O.
   Degree of Control: Good.
   Clinical Status: Unchanged.
**Plan**  Counseling follow MHS orders and keep your MHS follow-up appointments.
.
**Impression and Plan**:
   Diagnosis: H/O Dermatitis to forehead.
   Degree of Control: Good.
   Clinical Status: Improving.
**Plan**
   no lesions appreciated.
.
**Medications**:  Medications have been reconciled.

*Electronically Authored On:   07-May-18 14:45*
*Electronically Signed By: TRAMMELL PA-C, GLEN*
 *CHS - Med/Surg - Physician Assistant*
 *PAGER BUS: 312 333 4597*

Report Request ID:  82759042            Page 2,823 of 5,959         Facility:  CHS
                                                                    Location:  102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002823**