

Transcript of the Deposition of
**Shane Edward Limbacher**

**Case:** Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
**Taken On:** January 27, 2023

Royal Reporting Services, Inc.
Phone:312.361.8851
Email:info@royalreportingservices.com
Website: www.royalreportingservices.com

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHANE EDWARD LIMBACHER,           )
                                  )
              Plaintiff,          )
                                  )
       vs.                        )   No. 19 CV 7509
                                  )
SHERIFF THOMAS DART, et al.,      )
                                  )
              Defendants.         )


        The deposition of SHANE EDWARD LIMBACHER,

called by the Defendants for examination, taken pursuant

to notice and pursuant to the Federal Rules of Civil

Procedure for the United States District Courts

pertaining to the taking of depositions, taken via

videoconference before Monica Kim, Certified Shorthand

Reporter, commencing at 10:38 a.m. on

January 27th, 2023.

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 2

```
 1   APPEARANCES (via videoconference):

 2        LOCKE LORD, LLP
          MR. RANDALL A. HACK
 3        111 South Wacker Drive
          Suite 4100
 4        Chicago, Illinois 60606
          Phone:  312.443.0700
 5        E-mail: rhack@lockelord.com

 6            On behalf of the Plaintiff;

 7        COOK COUNTY STATE'S ATTORNEY'S OFFICE -
          CIVIL RIGHTS/TORTS LITIGATION
 8        MR. ALEXANDER P. PREBER
          500 Richard J. Daley Center
 9        Chicago, Illinois 60602
          Phone:  312.603.3374
10        E-mail: alexander.preber@cookcountyil.gov

11            On behalf of Defendants Yan Yu, M.D., Theresa
              McCarthy, M.D.; Physician's Assistant Kevin
12            Sims; Physician's Assistant Glen Trammell;
              Physician's Assistant Barbara Davis;
13
          COOK COUNTY STATE'S ATTORNEY'S OFFICE -
14        CONFLICTS COUNSEL
          MS. MIA BUNTIC
15        500 Richard J. Daley Center
          Chicago, Illinois 60602
16        Phone:  312.603.5054
          E-mail: mia.buntic@cookcountyil.gov
17
              On behalf of Defendant Dr. Khan.
18

19                      *    *    *    *    *    *

20

21

22

23

24
```

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 3

1                    I N D E X

2   WITNESS                                    PAGE

3   SHANE EDWARD LIMBACHER

4        Direct Examination by Mr. Preber ........  4

5        Cross-Examination by Mr. Hack ...........  107

6        Redirect Examination by Preber ..........  109

7

                  E X H I B I T S
8
    DEFENDANTS EXHIBIT                          PAGE
9

         No. 1 ...................................  20
10
         No. 2 ...................................  33
11
         No. 3 ...................................  37
12
         No. 4 ...................................  40
13
         No. 5 ...................................  47
14
         No. 6 ...................................  52
15
         No. 7 ...................................  59
16
         No. 8 ...................................  68
17
         No. 9 ...................................  74
18
         No. 10 ..................................  81
19
         No. 11 ..................................  90
20
         No. 12 ..................................  94
21

22

23

24

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 4

1 (Witness sworn.)
2 MR. PREBER: Hello, Mr. Limbacher. My name is
3 Assistant State's Attorney Alexander Preber. I just
4 want to let you know --
5 Let the record reflect that this is going to
6 be the deposition of Mr. Limbacher in the case of
7 Limbacher v. Dart, which is 19 CV 7509. I represent the
8 defendants all except for Dr. Khan. You're going to see
9 an ASA Mia Buntic on the line as well. She represents
10 Dr. Khan.
11 The time is now 10:39. And you have been
12 sworn in.
13 WHEREUPON:
14 SHANE EDWARD LIMBACHER,
15 called as a witness herein, having been first duly
16 sworn, was examined and testified via videoconference
17 as follows:
18 DIRECT EXAMINATION
19 BY MR. PREBER:
20 Q. So, Mr. Limbacher, first, I want to go through
21 some of the ground rules of the deposition. I don't
22 know if you've given one before. I'll ask that in a
23 little bit. But I just want to go through a few little
24 things just to make sure that we get everything off on

Page 5

1 the right foot.
2 So starting off, sir, could you please state
3 your full name including your middle name and spell it
4 for the record?
5 A. Shane Edward Limbacher, S-H-A-N-E,
6 E-D-W-A-R-D, L-I-M-B-A-C-H-E-R.
7 Q. And, Mr. Limbacher, my apologies. I was
8 actually pronouncing your name Limebacher. My apologies
9 for that.
10 A. That's okay. It's common.
11 Q. But have you taken a deposition before, sir?
12 A. I have not.
13 Q. Okay. And then -- So essentially how this is
14 going to go is I'm going to be asking you a series of
15 questions related to your lawsuit, the 19 CV 7509, and
16 you'll be answering these questions under oath.
17 As you already see, Ms. Kim is going to be
18 here. She's going to be a court reporter. She's going
19 to be taking down everything we say and she's going to
20 be preparing a written record of everything that is
21 said, which is going to be the transcript.
22 So during this entire time I need you to
23 answer with affirmative yeses or noes. Please do not do
24 any uh-huh's, mm-hmm. If you're shaking your head, it's

Page 6

1 not going to come down on a transcript. Okay?
2 And the biggest thing too is I know for a fact
3 during this deposition you're going to come to some
4 points where you're going to know exactly what I'm going
5 to be asking. Okay? And it's going to be a little bit
6 drawn out. You might get a little bit frustrated. You
7 might start answering before I ask my full-on question.
8 Okay? Or, vice versa, I might accidently overtalk you,
9 which I really try not to.
10 But just because we're on Zoom, because
11 there's a little bit of a delay, we want to make sure
12 that we at least allow each other to fully ask -- fully
13 answer any question. A, it creates a very clear record,
14 and then, B, Ms. Kim, the court reporter, is not going
15 to get mad at us, which is mainly the whole thing of
16 this whole thing, is to keep her happy. So I just want
17 to do that. Like I said, I'm going to do my very best
18 not to talk over you.
19 At any time if you need a break throughout
20 this entire thing, please just let me know. Generally,
21 if I ask you a question, I would like you to finish
22 answering that question before we take that break. But
23 essentially, again, if you need to take a break for
24 anything, any reason whatsoever, please just let me

Page 7

1 know. I'll be more than happy to do so. And then I
2 also just want you to know that --
3 Do you fully understand that even though a
4 judge is not present, that this is a formal legal
5 proceeding? So it's just going to be like you're
6 testifying in court and you're under the same obligation
7 to tell truth. Do you understand that?
8 A. I understand.
9 Q. Okay. All right. And if you don't understand
10 any of my questions, please feel free to say so. I'll
11 attempt to rephrase it and make sure that we're both on
12 the exact same page. Okay?
13 A. Okay.
14 Q. All right. And then when I'm asking my
15 questions, if you're answering them, I'm going to be
16 assuming that you're fully understanding them. So
17 please again if you don't understand, please just let me
18 know.
19 A. All right.
20 MR. HACK: He will do his best, but I object to any
21 notion that you should make any assumptions. If you
22 make them, it's your choice.
23 MR. PREBER: Understood, Mr. Hack.
24

Royal Reporting Services, Inc.
312.361.8851

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 8

1  BY MR. PREBER:
2      Q.  All right.  And then -- So, overall, do you
3  have any other questions before we start, Mr. Limbacher?
4      A.  No, I don't.
5      Q.  Okay.  So, obviously, we're not in the same
6  room today.  Where are you currently located, sir?
7      A.  I'm in Mr. Hack's office at --
8      Q.  Okay.
9      A.  -- 111 South Wacker.
10     Q.  Okay.  And then is there anyone else in the
11 room with you?
12     A.  No.
13     Q.  Okay.  All right.  And then do you understand
14 that during the deposition you're not going to be
15 allowed to talk to anyone else during this, anybody off
16 the screen or via electronic device like texting or
17 anything like that?
18     A.  Yes.  I understand.
19     Q.  Okay.  All right.  So I'm going to go through
20 a couple basic questions.  These might be a little bit
21 personal, but I just really have to get them out of the
22 way.  So I do apologize for this.  I just have to ask
23 everyone.
24         Are you currently taking any medications right

Page 9

1  now, sir?
2      A.  Yes.
3      Q.  Okay.  And then what medications are you
4  currently taking?
5      A.  Well, I just finished prednisone a few days
6  ago, and that's completed.  I'm prescribed Clonapam that
7  I take as needed.
8      Q.  Okay.  And then what were these taken for?
9      A.  Anxiety.
10     Q.  Okay.  And then are there any side effects of
11 this medication, sir?
12     A.  Not that I'm aware of.
13     Q.  Okay.  Do any of these medications that you're
14 take right now -- Do any of them affect your memory?
15     A.  I don't believe so.
16     Q.  Okay.  Is there anything about these
17 medications that have affected you that you believe
18 would affect you from giving me a full, complete, and
19 truthful answers to all of my questions?
20     A.  I don't believe so.
21     Q.  Okay.  All right.  Are you currently under the
22 influence of any alcohol?
23     A.  I am not.
24     Q.  Are you under the influence of any drugs?

Page 10

1      A.  No.
2      Q.  Have you ever struggled with drug addiction in
3  the past?
4      A.  No.
5      Q.  Okay.  All right.  So with that awkward part
6  out of the way, Mr. Limbacher, have you been known by
7  any other names or any other aliases?  Any nicknames?
8      A.  No.
9      Q.  Okay.  And then, sir, for the record, what is
10 your date of birth?
11     A.  December 18th, 1972.
12     Q.  Okay.  And then do you know your Social
13 Security number?
14     A.  Yes.
15     MR. PREBER:  Okay.  If -- Court reporter, if you'd
16 be so kind, would we be able to go off the record?
17         (Discussion off the record.)
18     MR. PREBER:  We can go back on the record.
19 BY MR. PREBER:
20     Q.  Okay.  And then, sir, how tall are you?
21     A.  5, 9.
22     Q.  And then roughly how much do you weigh?
23     A.  190.
24     Q.  Okay.  And then what is your current address?

Page 11

1      A.  5648 North Bernard Street, Chicago, Illinois.
2      Q.  Okay.  And then do you own or do you rent that
3  address?
4      A.  I rent.
5      Q.  Okay.  Excuse me.  How long have you lived
6  there?
7      A.  Over a year.
8      Q.  Okay.  Are you currently married right now,
9  sir?
10     A.  Yes.
11     Q.  Okay.  And then may I have your spouse's name?
12     A.  John Paul.
13     Q.  John Paul?
14     A.  Uh-huh.
15     Q.  Okay.  And then, sir, this moment, do you have
16 any children?
17     A.  No.
18     Q.  Okay.  All right.  Is there anyone who is
19 dependent on you for financial support?
20     A.  No.
21     Q.  Okay.  All right.  I want to talk a little bit
22 about your schooling.  So how far did you go in school?
23     A.  I'm currently pursuing my degree at this time.
24     Q.  Which degree would that be, sir?

5 (Pages 8 to 11)

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

---

Page 12

1       A.  Communications, media communications.
2       Q.  Okay.  Would that be like a bachelor's?
3       A.  Yes.
4       Q.  Okay.  So you've completed your -- your -- I
5   believe it's called a -- the GED, the general education
6   exam for completing high school?
7       A.  Yes.  Well, I have a high school diploma.
8       Q.  Okay.  Perfect.  All right.  And then are you
9   currently talking to your family right now?
10      A.  I am.
11      Q.  Okay.  Do you talk to them about your civil
12  case?
13      A.  Not so much.
14      Q.  Okay.  All right.  And then do you have any
15  tattoos currently, sir?
16      A.  No, I do not.
17      Q.  All right.  Do you have any felony
18  convictions?
19      A.  I do.
20      Q.  Okay.  And then for what were you convicted
21  of?
22      A.  Domestic battery.
23      Q.  Okay.  And then when were you convicted, sir?
24      A.  October of 2000.

---

Page 13

1       Q.  Okay.  And then have you ever been convicted
2   of a misdemeanor involving dishonesty or a false
3   statement?
4       A.  I have not.
5       Q.  Okay.  And then I think I asked you this a
6   little bit earlier, but have you ever testified in
7   court?
8       A.  No.
9       Q.  Okay.  All right.  Have you filed any other
10  prior lawsuits other than this one?
11      A.  Yes.
12      Q.  When were those lawsuits filed?
13      A.  Around the same time as this one.
14      Q.  Okay.  And then are any of those lawsuits
15  still pending right now?
16      A.  No.
17      Q.  Okay.  Do you remember the case numbers of
18  those lawsuits or what they were about?
19      A.  It was for contracting MRSA.
20      Q.  Okay.  And then any other lawsuits that you're
21  currently involved in, sir?
22      A.  No.
23      Q.  So I want to talk a little bit about your
24  medical history.  So I know you're currently out right

---

Page 14

1   now, but roughly what were the dates of when you were
2   incarcerated to when you were released?
3       A.  May -- May of 2017 through October of 2020.
4   Oh, wait.  Hold on a second.  Actually, my release date
5   was February 24 of '22.
6       Q.  Thank you, sir.
7       All right.  So prior to incarceration, did you
8   drink alcohol?
9       A.  Yes.
10      Q.  Did you have any dependency on alcohol?
11      A.  I don't believe so.
12      Q.  Okay.  Did you smoke or have cannabis?
13      A.  Yes.
14      Q.  Okay.  Did you have any dependency on cannabis
15  or anything like that?
16      A.  I don't think so.
17      Q.  Okay.  Did you do any other elicit drugs -- Or
18  sorry.  My apologies.  Strike that.
19      Did you do any elicit drugs?
20      A.  Will you be more specific?
21      Q.  Let's go with illegal drugs.
22      A.  No.
23      Q.  Okay.  All right.  And then prior to
24  incarceration, have you ever had any surgery?

---

Page 15

1       A.  Yes.
2       Q.  Okay.  What was that surgery for?
3       A.  Abdominal hernia.
4       Q.  Roughly, when was that?
5       A.  I believe it was 2011.
6       Q.  2011.
7       And then have you fully recovered from that?
8       A.  Yes.
9       Q.  Okay.  Sorry.  I'm just taking some notes as
10  we go.
11      All right.  Have you ever been hospitalized,
12  sir --
13      A.  Umm --
14      Q.  The abdominal hernia, I would say?
15      A.  Well, yeah, I had surgery and I was in the
16  hospital for that.  But other than that, I don't recall
17  being hospitalized there.
18      Q.  Okay.  Have you undergone mental health
19  treatment?
20      A.  Yes.
21      Q.  Okay.  And then did you have a primary care
22  provider like a primary doctor for medical -- for mental
23  health treatment?
24      A.  Yes.

---

6  (Pages 12 to 15)

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 16

1  Q. Do you remember who the doctor was?
2  A. Dr. Carnazzo.
3  Q. Do you know how to spell that?
4  A. C-A-R-N-A-Z-O [sic].
5  Q. Okay. And then how long were you in the care
6  with Dr. Carnazzo?
7  A. For the past year.
8  Q. The past year prior to incarceration or the
9  past year after incarceration?
10 A. After.
11 Q. Okay.
12 MR. HACK: Hey, Alex, let me just make a comment.
13 MR. PREBER: Yes, sir.
14 MR. HACK: We should sort out whether any of this
15 is confidential. But I would ask that anything about
16 the client's medical condition and unrelated to his
17 shoulder, which would include his mental health
18 condition, be treated confidentially for some period of
19 time until you and I either agree on a protective order
20 or agree that we don't need to treat it confidentially.
21 MR. PREBER: Oh, Mr. Hack, I can agree to that.
22 I'm just --
23 MR. HACK: Okay.
24 MR. PREBER: I'm not going to go too much into

Page 17

1  detail on this.
2  MR. HACK: No.
3  MR. PREBER: That was pretty much my last question
4  on that. But I do fully understand your --
5  MR. HACK: Yeah. I just thought give us an
6  opportunity to speak up if some of that is concerning.
7  So thank you very much for your courtesy.
8  MR. PREBER: Yes, sir.
9  BY MR. PREBER:
10 Q. Okay. And then, sir, so prior to
11 incarceration, did you have any ongoing pain anywhere
12 that you did not seek medical treatment for?
13 A. Yes.
14 Q. What did you have?
15 A. I've had a bad back for several years.
16 Q. And then could you please describe that pain
17 for me as in, like, is it your lower back? More upper
18 back?
19 A. It's my lower back. It's in -- It's -- My L5
20 has been herniated. I don't recall what year it was,
21 but it goes in and out. You know, over the years it
22 would bother me.
23 Q. Okay. When would you say that it first
24 started?

Page 18

1  A. I --
2  Q. If you try to put a date on it, yeah.
3  A. Maybe -- I don't even know for sure but maybe
4  2005.
5  Q. Okay. No worries.
6  A. When I felt, you know, back pain in that area.
7  Q. I won't hold you to the exact date, but just
8  roughly somewhere right around that time?
9  A. Yeah. Uh-huh.
10 Q. Okay. All right. And then, sir, while you
11 were incarcerated, were you drinking any alcohol?
12 A. I'm sorry. What?
13 MR. HACK: Alex, I didn't hear that. Could you --
14 MR. PREBER: My apologies.
15 BY MR. PREBER:
16 Q. While you were incarcerated, were you drinking
17 alcohol?
18 A. No. That's impossible.
19 Q. Did you do any illegal drugs?
20 A. No.
21 Q. Okay. And then when you were incarcerated in
22 Cook County jail, did you have any prior complaints
23 about any medical staff or anything like that?
24 MR. HACK: I'm sorry. Re-ask the question.

Page 19

1  MR. PREBER: My apologies. It was very poorly
2  said.
3  BY MR. PREBER:
4  Q. Prior to the incident date that we're here for
5  of November 13th, 2017, did you voice any concern about
6  medical staff not being diligent or any complaints on
7  medical staff?
8  A. I don't recall for sure.
9  Q. Okay. All right. And then have you done
10 anything to prepare for today's deposition? I know you
11 and Mr. Hack might have had a conversation. I do not
12 want to know anything about any conversations.
13 But did you review any documents prior to
14 today's deposition?
15 A. Vaguely, yes.
16 Q. Okay. Do you remember what documents you
17 reviewed, sir?
18 A. I looked over some of my personal notes that I
19 had -- had taken, just medical records. I just flipped
20 through some medical records.
21 Q. Okay. And you had personal notes of what you
22 had as well?
23 A. Yes. Some.
24 Q. Like journal entry notes?

7 (Pages 16 to 19)

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

---

Page 20

1    A.  Just notes, like, written on little pieces of
2  paper, things that I kept over time.  You know, like I
3  saw -- if I saw a doctor, I might write down when I saw
4  him, on this date.
5    Q.  Okay.  So just notes that I would already
6  basically have access to like, "On the 29th of December,
7  I saw this person"?
8    A.  Right.
9    Q.  Okay.  Mr. Limbacher, we're going to talk a
10  little bit about your complaint now.  We're going to
11  start moving into that.
12      So we're going to be discussing an incident
13  that happened on November 13th, 2017.  That's the
14  incident that you described in your overall complaint;
15  is that correct?
16    A.  Yes.
17    Q.  Okay.  All right.  I'm going to do my best not
18  to screw this up.  I'm going to attempt to do a screen
19  share with you.  Please bear with me.
20      (Defendants Exhibit No. 1
21      was published.)
22  BY MR. PREBER:
23    Q.  Sir, can you see my screen okay?
24    A.  I can, yes.

---

Page 21

1    Q.  Okay.  Hopefully, you don't see some of the
2  stuff that's on there.
3      But, sir, I'm showing you -- I'm going to
4  describe to you this document.  But this is essentially
5  the document that is the complaint of 19 CV 7509.  This
6  looks to be the complaint that you filed on
7  November 14th, 2019.
8      Sir, do you recognize this document as I
9  scroll through it?
10    A.  I do.
11    Q.  Okay.  Is this your handwriting on this
12  document, sir?
13    A.  That is my handwriting.
14    Q.  Okay.  Is -- Did anyone help you write this
15  document whatsoever?
16    A.  I wrote the document myself.  It's my wording.
17  And I think you skipped over quite a bit of information.
18    Q.  I kind of just -- I'm just scrolling through
19  just so I could show it to you.
20    A.  If you could go page by page, I could be more
21  specific for you.  So as of -- Okay.  So this right here
22  is not my handwriting.
23    Q.  Okay.  Where you dictated to someone to write
24  for you?

---

Page 22

1    A.  Yes.
2    Q.  Okay.  To the best of your knowledge, did they
3  write down everything verbatim of what you said?
4    A.  They wrote down everything -- what I had
5  previously written in not as nice handwriting.
6    Q.  Okay.  No worries.
7      All right.  And then, sir, I'm going to scroll
8  to page 19 of 29.  Sir, is this your signature?
9    A.  That is my signature, yes.
10    Q.  Okay.  Perfect.  And everything in this
11  document, is that true and accurate, to the best of your
12  knowledge?
13    A.  It is.
14    Q.  Okay.  All right.  So, sir, prior to the
15  incident date of November 13th, 2017, have you had any
16  interactions with Defendant Dr. Yu, Yan Yu?  That would
17  be Y-A-N, and then his last name is Yu, Y-U.
18    A.  I don't think so.  I don't recall ever knowing
19  him.
20    Q.  Okay.  Did you ever talk to a defendant,
21  Dr. McCarthy?
22    A.  Yes.
23    Q.  Her last name is M-C-C-A-R-T-H-Y.
24      And you said, "Yes"?

---

Page 23

1    A.  Yes.
2    Q.  Okay.  When did you have interactions with her
3  prior to the incident date if you recall?
4    A.  Not prior to the incident day.
5    Q.  Okay.  So just for these couple of questions
6  it's going to be just prior to the incident date.  My
7  apologies if I accidentally misspoke.
8    A.  No problem.
9    Q.  But prior to the incident date, did you have
10  any contact with Dr. McCarthy?
11    A.  No.
12    Q.  Okay.  Prior to the incident date, did you
13  have any contact with Physician Assistant Sims?  That's
14  S-I-M-S.
15    A.  I don't recall.
16    Q.  Okay.  What about a Physician Assistant Glen
17  Trammell?  That's T-R-A-M-M-E-L-L.
18    A.  I'm not for sure.  I -- I don't recall as
19  well.
20    Q.  And then what about Physician Assistant Davis,
21  D-A-V-I-S?
22    A.  No.  Never met her before.
23    Q.  Okay.  All right.  So on the date of
24  November 13th, 2017, where were you immediately prior to

---

8  (Pages 20 to 23)

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 24

1  the incident?
2      A.  I was on the tier.  I believe it was F -- FE
3  maybe or F4.  I believe it was the fourth floor.
4      Q.  Okay.  And then what brought you to the
5  dispensary that day, sir?
6      A.  I was being treated for MRSA.
7      Q.  Okay.  And then if you'd be so kind, can you
8  describe to me like a little bit of the dispensary?
9  What does it look like?  Kind of what the room layout
10  might be.
11      A.  Yeah.  Sure.  So the dispensary is just a very
12  small room with an examining table.  It's adjacent to
13  the dorm I was in.  So, basically, it was just walking
14  across the hall, and there is a doorway from -- So
15  there's the room, and then there's a doorway to the
16  right that goes into a bigger room where all the staff
17  sits.  And then when you go in your appointment, they
18  usually close the door just so there's a little privacy
19  and leave it open a little bit obviously for security.
20      Q.  Okay.  Yeah.  So you're essentially in, like,
21  a pretty tiny, little room?
22      A.  Yeah.
23      Q.  Okay.  And then there's an examination table
24  there?

Page 25

1      A.  There is.
2      Q.  Okay.  Are there, like, chairs in the room
3  besides the examination table?
4      A.  I think I recall seeing one chair in there.
5      Q.  Okay.  And then prior to the fall, was anyone
6  else in the room with you if you remember?
7      A.  Nurse Jardine.
8      Q.  Nurse Jardine?  Okay.
9          And then with Nurse Jardine do you remember
10  what you were discussing prior to the fall?
11      A.  She was cleaning up my bandages, changing them
12  out for my MRSA.
13      Q.  Okay.
14      A.  And then I don't recall anything -- other
15  discussion than being treated for that.
16      Q.  Okay.  And then what happened to cause your
17  fall?  How did you fall?
18      A.  Well, after she completed my session with her,
19  she dismissed me.
20      Q.  Okay.
21      A.  And when I was getting up from the table, I
22  went to get down.  And the next thing I remember I was
23  on the floor.  So my right pant leg got caught up in
24  my -- My right leg got caught up in my left pant leg.

Page 26

1      Q.  Okay.
2      A.  So I didn't actually know that initially.  All
3  I know is when I fell, I put my arm out.  I fell and I
4  heard Nurse Jardine holler, "Oh, my gosh," or something
5  like that.
6      Q.  So were you -- You were in the process of
7  getting off of the examination table?
8      A.  Yeah.  I think I was more, like, hopping off,
9  like, you know, pushing myself, like, getting ready to
10  get, like, down because it's an elevated table.  So I
11  don't know.  My feet may be 2 or 3 feet above the
12  ground.  So I was attempting to get down.
13      Q.  And then if you'd be so kind, could you kind
14  of walk me through how exactly you fell and how you
15  remember it?  So, for instance, you know, did you --
16  Where did you hit your head?  What part of your body
17  first hit the ground?  Kind of that's what I would be
18  looking for.
19      A.  Yeah.  Okay.  So when I got down or attempted
20  to get down, I fell to the left side of the table.  And
21  I remember -- I know I put my arm out.  But when I
22  initially hit my head, I was a little lethargic.  So I
23  didn't know that -- what actually happened.  I didn't
24  know if I got pushed or what.

Page 27

1      Q.  Really quick, so you said you were hopping off
2  the table, and you hopped off to your left-hand side?
3      A.  I -- Well, I would be exited to the left,
4  because that's where the door is.  It would be behind
5  me.  So I would assume I'm hopping off a little to the
6  left, yes, because I ended up on the floor on the left
7  side.
8      Q.  Okay.  And then you said you hit your head.
9  When did you hit your head?
10      A.  When I fell.  I put my arm out.  I hit my
11  head.  I felt a tear in my shoulder.  Like, I felt my
12  shoulder jerk.  And I kept saying, "My shoulder.  My
13  shoulder."
14          And they kept saying, "He hit" -- Nurse
15  Jardine kept saying, "He hit his head.  He hit his
16  head," to other professionals that came running in the
17  room.  I think she dispatched maybe.  I am not positive,
18  but I think she may have like called for assistance.
19      Q.  Okay.  We'll get there in a second.
20      MR. HACK:  Mr. Preber?
21      MR. PREBER:  Yes, sir.
22      MR. HACK:  My colleague has arrived with a
23  computer.  May we go off the record so I may have access
24  to a computer?

9  (Pages 24 to 27)

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 28

1    MR. PREBER: Yeah. Let's take a ten-minute break
2  so you can get that set up.
3    MR. HACK: Oh, really? Okay. That's fine.
4    MR. PREBER: Would that be okay? Yeah, I could use
5  a little bit of a break right now.
6    MR. HACK: Probably less.
7    MR. PREBER: No worries. Yeah.
8    (A short break was had.)
9  BY MR. PREBER:
10    Q. All right. Mr. Limbach- -- Limbacher. Sorry
11  about that.
12    A. That's all right.
13    Q. All right. So I want to go back a little bit
14  to the actual fall. I know you just described right
15  before the break what Ms. Jardine was saying to you.
16  We're going to get to that in just one second. But I
17  just want to kind of -- again, kind of have you walk me
18  through your fall. So you hopped off the table, and you
19  were kind of hopped off to your left. And then you said
20  that you hit your head.
21    But what did you hit your head on? Do you
22  remember?
23    A. The floor.
24    Q. Okay. So you hopped off, and then you said

Page 29

1  you -- you put out your hands to brace yourself; is that
2  correct?
3    A. I recall putting out my left arm.
4    Q. Okay. Your left arm.
5    And then so did your left arm hit the floor
6  before your head?
7    A. I believe so.
8    Q. Did you fall on your left shoulder at all?
9    A. It happened so fast. I -- When I braced my
10  arm, I know that I hit my head and my shoulder.
11  Everything was kind of on the floor at the same time.
12  So I would assume that my hand when I braced hit it.
13  And when my shoulder dislocated, it kind of just
14  collapsed all the way.
15    Q. Okay. Your shoulder dislocated?
16    A. It did.
17    Q. Okay. And then what did Ms. Jardine do at the
18  time?
19    A. I kept saying, "My shoulder, my shoulder."
20    And she kept saying, "He hit his head." She
21  was asking me to, "Please relax. Stay still. Don't
22  move. Don't move." And she just kept saying -- I heard
23  her say to others, "He hit his head. He hit his head."
24    Q. And did she do a -- like any sort of physical

Page 30

1  examination of you?
2    A. I don't recall a physical examination.
3    Q. But you remember telling her that you hit
4  your -- that you hurt your shoulder as well?
5    A. Yes. When I was laying on the floor, I kept
6  saying, "My shoulder. My shoulder."
7    She said, "Just stay still. Just stay still.
8  Don't move. Don't move." And she kept saying, "You hit
9  your head. You hit your head."
10    I asked her, "What happened?"
11    And she said, "You fall" -- "You fell." And
12  she pointed to my pant leg, and she pulled my right foot
13  out of my pant leg and said, "You" --
14    Q. And so --
15    MR. HACK: Hang on a minute.
16    Mr. Limbacher, if you were not done, you may
17  finish your answer. He wasn't trying to interrupt you.
18  It's just awkward on Zoom. So if you were finished, say
19  so. If you have more to add, finish.
20  BY THE WITNESS:
21    A. She just continuously kept saying, "You hit
22  your head."
23    And I asked her, "What happened? What
24  happened?" You know, I -- In my mind, I was wondering

Page 31

1  if I got pushed off the table. I really didn't know for
2  sure because it was very -- it was so fast and -- You
3  know, so she just tried to comfort me. She was very
4  kind, and she just asked me to "Please stay still. Help
5  is on the way. Don't move."
6    Q. Okay.
7    A. And I -- You know, and I just -- I remember,
8  you know, just kept saying, "My shoulder. My shoulder."
9    And she said, "Relax" -- She said, "Breathe."
10  I remember that. She kept saying, "Breathe. Just
11  breathe and relax." And she was comforting me.
12    Q. Okay. And then you said you remember at no
13  time that she gave you a physical examination after you
14  fell?
15    A. I don't recall that.
16    Q. And then you -- she told you that you hit your
17  head, and then you told her that you had a shoulder
18  injury?
19    A. I just said, "My shoulder, my shoulder."
20  Because I felt it pop. Like, I felt a pop in my
21  shoulder. And she seemed to be more concerned with me
22  hitting my head.
23    Q. Okay. And then you said she called in other
24  medical staff in the room; is that correct?

10  (Pages 28 to 31)

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 32

1    A.  Yes.
2    Q.  Okay.  And then when they arrived in the room,
3  did anyone ask you what happened?
4    A.  I recall the -- one of the first people that
5  came in.  I didn't see them.  I only heard the voice --
6    Q.  Uh-huh.
7    A.  -- made an insinuation like he faked the fall.
8        And she replied, "No, he didn't.  He hit his
9  head."  She took a stand for me.  And I appreciated it
10  at that moment.
11        And then the next thing was I recall, like,
12  the paramedics coming in with a stretcher.
13    Q.  Okay.  So Nurse Jardine witnessed you fall?
14    A.  Yes.  That's what she said.
15    Q.  And then you said you do not recall the
16  paramedic's name or the other medical staff that came
17  in?
18    A.  I do not.  And I'm not -- The person who said
19  that, I'm not even sure if it was a paramedic or a
20  guard, yeah.
21    Q.  Okay.  But you just remember somebody
22  saying --
23    A.  Some -- Yeah, making a condescending comment.
24  I don't remember verbatim what it was.  But I definitely

Page 33

1  know that Nurse Jardine stuck up for me and said, "No.
2  I saw" -- "I saw him fall.  He hit his head."
3    Q.  Okay.  I'm going to share my screen with you
4  again.  Give me one second.
5        (Defendants Exhibit No. 2
6            was published.)
7  BY MR. PREBER:
8    Q.  I hope you can see my screen okay.  Can you
9  see it okay, Mr. Limbacher?
10    A.  Yes, yes.
11    Q.  Okay.  So, Mr. Limbacher, this is the
12  outpatient nursing note.  I'll represent to you that
13  this is going to be Plaintiff -- sorry -- Defense
14  Exhibit 2.
15    A.  Okay.
16    Q.  This is the outpatient nursing note of
17  Nurse Jardine on 11/13/2017.  So here she's describing
18  kind of your fall, that you fell off the dispensary
19  chair and hit your head.  Do you see that?
20    A.  Yes.
21    Q.  And then she's essentially saying that you
22  have no loss of consciousness.  And you said you hit
23  your head and your head was a little fuzzy.  Is that
24  what you said?

Page 34

1    A.  I was confused.  I was confused how I ended up
2  on the floor.
3    Q.  Okay.  Do you remember if you lost
4  consciousness at all?
5    A.  I don't think I lost consciousness.
6    Q.  Okay.  And then she does put down that it
7  looks like you're having neck pain and back pain.  I
8  don't see a reference to her left shoulder.  Do you have
9  any reason to believe why Nurse Jardine may not have put
10  that in her medical record?
11    A.  I have no idea.
12    Q.  Okay.  All right.  And then, sir, after the
13  paramedics came -- So I believe you said before that
14  Nurse Jardine told them that you hit your head.
15        I believe you said that you -- you were saying
16  aloud that your shoulder was hurting, is that correct,
17  while the paramedics were there?
18    A.  I'm not sure if it was during that time, but
19  it was definitely while we were either waiting or during
20  that time.
21    Q.  Okay.  Okay.  And then were you eventually
22  taken to the emergency room?
23    A.  Yes.
24    Q.  And then when you got to the emergency room,

Page 35

1  do you remember if you talked to any doctors or any
2  nurses?
3    A.  I don't recall the nurses' -- the nurses'
4  names.  I do recall Dr. Yu.
5    Q.  Okay.  And then when you showed up and when
6  you saw Dr. Yu, what did you tell Dr. Yu?
7    A.  He already had known about it, and he asked
8  me, "What happened?"
9        I told him that I fell.
10    Q.  Did you tell him --
11        Did he ask you what hurt?
12    A.  He asked me if I hit my head.
13    Q.  Okay.  And then what did you say to him?
14    A.  I said, "Yes."
15    Q.  Did he ask you anything else?
16    A.  He -- I think he asked me if I lost
17  consciousness.
18        And I said, "No."
19    Q.  Okay.  But he didn't ask you if anything else
20  was hurting other than just your head?
21    A.  He -- Well, I told him that my neck and
22  shoulder hurts as well.
23    Q.  Okay.  And then what did he do when he -- when
24  he had that information?  Did he give you a physical

11  (Pages 32 to 35)

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 36

1  examination?
2      A.  He took the brace off my neck from the
3  paramedics when they put me on the cart.  He like --
4  yeah, I guess I would call that examination -- put his
5  fingers on my neck and felt around.  And then he said he
6  would do a --
7      MR. PREBER:  Okay.  Just for the record, plaintiff
8  was pretty much kind of palpating his neck as if a
9  doctor would kind of be examining it.
10  BY MR. PREBER:
11      Q.  Would that be correct in saying, sir?
12      A.  Yes.
13      Q.  Okay.  All right.  Please continue, sir.
14      A.  And then he said, "I'm going to send you for
15  X-rays."
16      Q.  Okay.  Did he examine any other parts of your
17  body?
18      A.  He did not.
19      Q.  Okay.  So did you say anything else to Dr. Yu
20  after you told him that your shoulder was hurting and he
21  did not -- and he didn't do anything about it?  Did you
22  say anything else?
23      A.  I did.  Actually, when I returned from the
24  X-rays, I said, "I need my shoulder looked at."

Page 37

1      Q.  And then what did Dr. Yu say?
2      A.  He said, "I'm done with him," and he put his
3  hand like this (gesturing) and he walked away.  It was
4  very busy in the ER that day, and he seemed overwhelmed.
5  He was dismissive.
6      Q.  Okay.  Do you have any reason why Dr. Yu may
7  not have put that in his medical notes about your left
8  shoulder being hurt?
9      A.  I haven't seen those records.  I don't know.
10      Q.  Okay.  And then along with the X-ray that
11  Dr. Yu sent you for, did Dr. Yu prescribe anything else
12  to you?
13      A.  I think so.  I don't recall what, but I -- Oh,
14  you know what?  Maybe a muscle relaxer for a day or two.
15  It was something brief.  I don't recall what it was,
16  though.
17      Q.  Okay.  I'm going to do another share screen,
18  sir.  This is going to be Plaintiff's [sic] Exhibit -- I
19  believe we're on No. 3 right now.
20          (Defendants Exhibit No. 3
21              was published.)
22  BY MR. PREBER:
23      Q.  Mr. Limbacher, I'm going to represent to you
24  that this is the ER medical note from Dr. Yan Yu --

Page 38

1      A.  Okay.  Yeah.
2      Q.  -- on 11/13/2017.  Do you see that information
3  right here, sir?
4      A.  I do.
5      Q.  So with the history of patient illness,
6  Dr. Yu talks about trauma to the left neck, head, and
7  left hip.
8          Do you remember Dr. Yu examining your left hip
9  at all?
10      A.  I don't recall.
11      Q.  Okay.  And then Dr. Yu down here, he does have
12  his musculoskeleton examination with the neck of no
13  swelling, good range of motion, no swelling in your
14  head; left hip has tenderness.  He puts on there, "No
15  swelling."
16          And you're saying that there was no physical
17  examination?
18      A.  I don't recall a physical examination --
19      Q.  Okay.
20      A.  -- for my hip, no.
21      Q.  Okay.
22      MR. HACK:  I'm sorry.  I'd like the question -- I'm
23  sorry.  I need the answer read back.
24          (Record read as requested.)

Page 39

1      MR. PREBER:  Okay.
2      MR. HACK:  Well, hang on a minute.  I object to the
3  question as misleading, because the witness had
4  previously described what the doctor did.  And, in fact,
5  counsel asked him if he was palpitating his neck.  So to
6  say that there was no physical examination is
7  inconsistent with the record.  So I object to the
8  question as misleading.
9      MR. PREBER:  Okay.  I'll restate.
10  BY MR. PREBER:
11      Q.  Sir, other than the neck palpitation, did
12  Dr. Yu perform any other physical examination of your
13  body?
14      A.  No.
15      Q.  Okay.  All right.  And then with the X-rays,
16  do you remember if Dr. Yu ever let you know what those
17  X-ray results were?
18      A.  I don't recall even talking to him after that.
19      Q.  All right.  And then, sir, what happened after
20  that?  So were you sent back to your division, to your
21  tier?
22      A.  I was.
23      Q.  Okay.  And then at what point -- Strike that.
24          When was the next time you make reference to

12  (Pages 36 to 39)

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 40

1  your left shoulder hurting or any other injuries from
2  that incident?
3     A. I'm not sure of the exact date, but it was
4  within days, a couple days maybe.
5     Q. Okay. And then do you remember when the next
6  time you were seen by another treater?
7     A. Maybe five to seven days. I'm not positive.
8     Q. Okay. All right. I'll share my screen again.
9  This is going to be Defendants' Exhibit No. 4.
10          (Defendants Exhibit No. 4
11           was published.)
12  BY MR. PREBER:
13     Q. Mr. Limbacher, can you see this okay?
14     A. Yes, I can see it.
15     Q. I'm representing to you that this is the
16  outpatient medical note of PA -- that's Physician's
17  Assistant Glen Trammell.
18     A. Uh-huh.
19     Q. This is on 11/29/17.
20     A. Yes.
21     Q. This seems to be a follow-up visit. Do you
22  remember this visit at all, Mr. Limbacher?
23     A. I do.
24     Q. Okay. Do you remember what was discussed?

Page 41

1     A. You're going kind of fast. Can I just --
2     Q. My apologies, sir.
3     A. Yeah, no problem. I'm trying to read to see
4  if anything else brings to my memory.
5     Q. Mr. Limbacher, if you want to mosey around the
6  document, you have the right to do that.
7     A. Yep. Am I able to scroll? I don't know.
8     Q. Not with this. But I can -- I can go very
9  slowly for you if that would be --
10     A. Oh, okay. Yeah. If you can --
11     Q. Yeah, I can easily do that. No worries.
12     A. Starting from the top, and I'll tell you if
13  you could --
14     Q. No worries.
15     A. I'm a fast reader, so okay. You can go a
16  little faster.
17     Q. I know. It's a little awkward.
18     A. It's okay. Okay.
19     MR. HACK: Yeah, what happens, you either go slow
20  and then it goes really fast, so ...
21  BY THE WITNESS:
22     A. Okay. You can stop for a second. Oh, that's
23  confidential. We'll read -- Okay. You can keep going.
24  Thank you.

Page 42

1     Stop, please.
2     Q. Uh-huh.
3     A. Okay. Yep. Okay.
4     So this is the same visit, right, all these
5  pages?
6     Q. Yes, sir.
7     A. Okay. Okay. Go back, please. Stop. Thank
8  you. Okay. You may re- --
9     Is that it?
10     Q. I just thought that might be --
11     A. Okay.
12     Q. -- a section you wish for me to stop a little
13  bit at.
14     MR. HACK: Alex, I want you to go back. Stop.
15  BY THE WITNESS:
16     A. Okay.
17     MR. HACK: Thank you.
18     MR. PREBER: You're welcome.
19  BY THE WITNESS:
20     A. Okay.
21     Q. Does this refresh your memory, sir?
22     A. It does, yes.
23     Q. Okay. All right. So if you'd be so kind, do
24  you remember what you and Physician Assistant Trammell

Page 43

1  were talking about?
2     A. Well, a variety of things. From what I read
3  in the report, you know, everything from asthma,
4  allergies to my fall, shoulder, back.
5     Q. Yeah.
6     A. He also reviewed -- I do recall him reviewing
7  my X-ray on that day with me.
8     Q. Did you guys talk about your X-ray at all?
9     A. Yes, we did.
10     Q. Okay. Did he let you know that -- the
11  impressions of the X-ray?
12     A. He explained to me what -- that I had a
13  herniated disc.
14     Q. Okay.
15     A. He may have referred to them as slipped discs
16  if I -- if I'm not mistaken -- in my back and my neck.
17  My back I was already privy to. I knew I've had that
18  for a while -- you know, for some time.
19     Q. Yeah.
20     A. The neck is -- The neck was new for me. I
21  didn't realize I had those. So he went over that and he
22  explained to me that's probably what's causing my -- a
23  lot of my headaches and stuff.
24     Q. Okay. And then I just want to be a little bit

13  (Pages 40 to 43)

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 44

1  more specific.  Did you talk to him about your left
2  shoulder injury?
3      A.  I did.
4      Q.  And was he receptive to you -- Sorry.  Strike
5  that.
6          How did he react when you told him of that, if
7  you remember?
8      A.  Yeah.  He said that he was going to schedule
9  me for an orthopedic appointment.
10         And I said, "Great.  When?"
11         But he could not tell me when that would
12  happen.  He said, "There's a long wait for orthopedists
13  right now, and it could take up to six months," but he
14  would do what he could to make sure that I see one
15  immediately.
16     MR. PREBER: Mr. Limbacher, one second, please.
17  I'm getting a horrible feedback.
18         Mr. Hack, is your computer sound on as well?
19  I don't know if anyone else is hearing that, but I'm
20  getting a nasty feedback.
21     MR. HACK: Alex, can you hear me?
22     MR. PREBER: Okay.  Now it's good.  I think -- I
23  think both your computers were reverberating sound.
24     MR. HACK: Yeah.  Here's what I'm going to do:  I'm

Page 45

1  going to stay on mute.  And, frankly, my voice carries
2  over to the client's computer.
3      MR. PREBER: I can hear you perfectly well from the
4  client's computer.
5      MR. HACK: Like I said --
6      MR. PREBER: Thank you very --
7      MR. HACK: -- my voice tends to carry.
8      MR. PREBER: Thank you very much, Mr. Hack.
9         Court Reporter, if you'd be so kind, could you
10  please read back my last question to the plaintiff?
11         (Record read as requested.)
12     MR. PREBER: Okay.  All right.
13     MR. HACK: Why don't you just rephrase it and start
14  over?
15     MR. PREBER: I was just about to do that.
16  BY MR. PREBER:
17     Q.  Mr. Limbacher, we're just going to rephrase it
18  since I was getting some really bad reverberation.
19         So when you addressed to PA Trammell about
20  your left shoulder, how did he -- how did he react to
21  that -- to you describing that pain?  What did he do?
22     A.  He said that that's something that should be
23  addressed with an orthopedist.
24     Q.  Okay.  And then if you can see from my screen,

Page 46

1  on his note he did that he's -- he's looking at
2  resolving the pain of the left hip, left shoulder, lower
3  back.  He does put that the status is improving.
4         Did you say anything to him that the pain was
5  improving?
6      A.  My hip, yes.  My hip was a short-lived bruise.
7      Q.  Okay.  But at that time, your left shoulder
8  was not improving?
9      A.  No.
10     Q.  Okay.  All right.  And then if you'd be so
11  kind --
12         And then he said that he was going to set you
13  up with an orthopedic doctor.  Is that what you said?
14     A.  Yeah.  He said he was going to make the
15  referral immediately.
16     Q.  Okay.  Did he --
17     A.  He -- he did tell me it might take some time.
18  He said it could take up to six months, that the
19  hospital is so backed up with -- I guess there was only
20  one orthopedic that comes in on certain days or
21  something -- he explained to me -- and it could take a
22  very long time.
23     Q.  Okay.  Did he suggest any other things during
24  that time for waiting?  Let's say anything to help --

Page 47

1  help the pain, like pain medication or anything?
2      A.  He did.  I'm not sure if it was during that
3  appointment or another appointment.  He suggested I try
4  physical therapy.
5      Q.  Okay.  Were -- How did you feel about that?
6      A.  I was receptive.  Anything that would help I
7  was willing to do or try.
8      Q.  Okay.  All right.  And then after you left
9  that appointment, did you start physical therapy before
10  your next appointment?  As in was physical therapy
11  prescribed to you before you saw, like, a physician or a
12  physician's assistant next?
13     A.  I don't recall the timing of that.
14     Q.  Okay.  All right.  So I'm going to share my
15  screen again for you.
16         (Defendants Exhibit No. 5
17          was published.)
18  BY MR. PREBER:
19     Q.  All right.  Can you see my screen okay?
20     A.  I can, yes.
21     Q.  So I believe this is going to be Defendants
22  Exhibit 5.  I'm going to represent to you,
23  Mr. Limbacher, that this is the outpatient medical, and
24  this is PA -- Physician's Assistant Kevin Sims.  This is

14  (Pages 44 to 47)

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 48

1  on January 30th, 2018.  Do you see all that information
2  in the center of that screen?
3      A.  I do.
4      Q.  Okay.  I'm going to scroll through this again.
5  Just kind of like the last time, I'm going to try to
6  stop at the more, quote-unquote, important parts.  But
7  if you want me to stop --
8      MR. PREBER:  Or, Mr. Hack, if you need me to stop,
9  please just let me know and I'll stop right away.  But
10  I'll try to scroll at that decent pace that we did last
11  time.
12  BY THE WITNESS:
13      A.  Stop, please.
14      Q.  Move up a little bit.
15      A.  Thank you.  Okay.  You may proceed.  Okay.
16  Stop, please.  Okay.  Okay.  Thank you.  Stop, please.
17          Let me see if I can move this icon a little
18  bit.  I can't read it all.  I've got to move this over
19  here for a second.
20      Q.  No worries.
21      A.  Okay.
22      Q.  Sir, does that refresh your memory?
23      A.  It does, yes.
24      Q.  Okay.  All right.  So, sir, what did you and

Page 49

1  PA Sims talk about?  What was the reason for your
2  visit -- being there?
3      A.  Well, again, this visit contained many
4  elements of treatment.  We discussed the MRSA, asthma,
5  and my injuries.
6      Q.  Did you discuss your left shoulder at all with
7  PA Sims?
8      A.  I did, yes.
9      Q.  Okay.  Did he recommend anything?
10      A.  Well, he was actually surprised that I hadn't
11  seen an orthopedic specialist.
12      Q.  How did he say it?  Like, I guess how did he
13  voice that concern to you?
14      A.  I recall him saying, "Wait.  What was the date
15  of this?"  And he looked in the notes, and he was
16  looking at when this occurred.  And -- and then he made
17  the comment, "You still haven't seen an ortho?"
18          And I said, "No."
19      Q.  I want to skip back a little bit back to the
20  date of the actual incident.
21      A.  Okay.
22      Q.  When you saw Dr. Yu, did he treat you for a
23  dislocated shoulder at all?
24      A.  No, he did not.

Page 50

1      Q.  Okay.  When were you treated for your
2  dislocated shoulder that you stated that you had after
3  the incident?
4      A.  I wasn't treated.
5      Q.  Okay.  At that point, were you able to move
6  your shoulder?
7      A.  Well, at the time of the accident, when I was
8  laying on the floor and Nurse Jardine was calming me
9  down and -- I remember the brace being put on my neck
10  and her saying, "Calm down."  And they went to grab my
11  shoulder.  And I reached across.  I grabbed my shoulder,
12  and I was just relaxing.  And she kept telling me to
13  breathe and breathe and breathe.  And when I grabbed my
14  arm and pulled it across like this, it popped back in.
15  So it -- I learned that I could put it back in myself.
16      Q.  Okay.  Did you let Nurse Jardine know or
17  Dr. Yu know that you relocated your shoulder?
18      A.  I don't recall.  Everything happened so fast.
19  And they had me more concerned about my head at that
20  moment because they kept saying, "He hit his head.  He
21  hit his head."  They were bracing my neck, and they made
22  sure my head stayed still the whole time.  I let Dr. Yu
23  know when I saw him.
24      Q.  Okay.  All right.  And then when you were

Page 51

1  prescribed physical therapy, did you attend your
2  physical therapy sessions?
3      A.  Well, physical therapy sessions aren't in the
4  traditional sense in the jail setting.
5      Q.  Okay.  How are they done?
6      A.  So you go to an appointment and you're given a
7  sheet of paper with exercises to take back to your tier
8  to do at your own time.
9      Q.  Are you given instructions on how to do those
10  exercise?
11      A.  Yes.
12      Q.  Okay.  Are you given instructions of when to
13  do those exercises or how often to do them?
14      A.  I believe I was told to do them two to five
15  times a week if I'm not mistaken.  It was a one-sheet
16  piece of paper, maybe two with illustration of exhibits
17  of, you know, how to do it.  And then it had wording
18  under it that explained to -- the exercises of how you
19  should conduct those.
20      Q.  And then were you doing those physical therapy
21  exercises?
22      A.  I did.
23      Q.  Okay.  And then how is your shoulder feeling
24  with those?

15  (Pages 48 to 51)

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

---

Page 52

1    A.  Not great.  I wasn't able to do it very well.
2  And the physical therapist told me, "You know, it's
3  going to take time.  You know, just do a little bit at a
4  time.  Do a little bit at a time, and it should get
5  better."  But it made it worse.  It wasn't good for me.
6    Q.  So before physical therapy, what was your pain
7  scale at for your left shoulder?  Let's say 1 is the
8  lowest and 10 is the highest.
9    A.  It depends on the time.  You know, it --
10  Different days it would be different.  It was mostly
11  escalated at night.  And it could be on average between
12  seven and nine at all times, I would say.
13    Q.  Okay.  All right.  Thank you for that, sir.
14    A.  Uh-huh.
15    Q.  All right.  I'm going to share my screen
16  again.  Should be Defense Exhibit, I believe, 6.
17         (Defendants Exhibit No. 6
18         was published.)
19  BY MR. PREBER:
20    Q.  Mr. Limbacher, I'm going to represent to you
21  that this is the outpatient medical of Glen Trammell
22  again, PA --
23    A.  Oh, yes.  I remember this day.
24    Q.  Okay.  This is going to be March 2nd, 2018.

---

Page 53

1  I'm going to slowly go down again, sir, just so you can
2  kind of see everything.  Again, just like last time,
3  please let me know if you need me to stop.
4    A.  No problem.  Thank you.
5         Okay.  Stop, please.  Could we go back a
6  little bit, please?
7    Q.  Yep.  Like right around there?
8    A.  Okay.  You could keep going.  Thank you.
9  Okay.  Stop.  Uh-huh.  Okay.
10    Q.  Okay.  Sir, does that refresh your memory?
11    A.  Yes, it does.  Thank you.
12    Q.  Yeah.  And then --
13         So what did you and PA Trammell talk about on
14  that date of March 2nd, 2018?
15    A.  This day was frustrating for me.  Because when
16  I had seen him previously, he said that he would do his
17  best to get me into an ortho and that he would be
18  following up with me soon.
19         And I remember the first thing I said when I
20  walked in the room, "What has take" -- "What is taking
21  so long?"
22         And I think it caught him off guard, and I
23  think he -- He was really curt with me.  And he was --
24  He threw his hands and he said, "How the hell would I

---

Page 54

1  know?" something to that effect.  And -- and then he
2  pushed his chair back and he said, "You know what?  I'm
3  sorry.  You don't deserve that."  And he retracted and
4  he apologized.  And then he became more engaging with
5  me.  And he sat there and just listened to me for a
6  period of time.
7         And I also apologized to him.  I said, "You
8  know, it's just frustrating in this environment.  And I
9  am making complaints.  I'm trying to get the medical
10  attention I deserve."
11         He seemed like he was being sympathetic at
12  that moment.
13    Q.  If I may fill in a couple of the blanks, sir,
14  what were you upset about when you walked in?  You just
15  said you were upset and threw your hands up saying what
16  was going on -- or he threw up his hands saying he
17  didn't know what was going on.  But what were you upset
18  about?
19    A.  Right.  Like I said, I was upset because it
20  had taken so long for me to see him.  He said I would
21  have a follow-up appointment soon with him as well as he
22  would be scheduling me for an ortho appointment.
23    Q.  Follow-up appointment for what?
24    A.  Just to see him, just to follow up.

---

Page 55

1    Q.  Okay.  Follow up for any specific injury that
2  you had?
3    A.  For everything that we had talked about
4  previously in the last appointment.
5    Q.  Okay.  Did you --
6    A.  He basically just said, "I'll see you soon,
7  and I will schedule you for ortho."
8    Q.  Okay.  Did you specifically talk about your
9  left shoulder at all?
10    A.  I did.
11    Q.  Okay.
12    A.  That was -- At that -- at that time, that was
13  one of my biggest frustrations.  And he said, "That will
14  be addressed with the orthopedist when you see him."
15    Q.  Okay.  Do you have any reason to believe why
16  he didn't put it down in his notes about your left
17  shoulder?
18    A.  Well, I do recall him having a conversation
19  with me that my shoulder and my neck, it could be -- The
20  shoulder pain could be caused by my neck.  Because at
21  one point or during a certain time when I would turn my
22  head, I would get a sharp pain from my neck into my
23  shoulder.  And I don't know if he just believed that
24  that's what it was, but we definitely discussed my

---

16  (Pages 52 to 55)

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 56

1  shoulder. And he knew I had my dislocation at the time
2  of the fall.
3      Q. Okay.
4      A. I don't know. I'm not in control of what he
5  puts in his reports. I mean, I don't know. But I do
6  recall the appointment and the conversation.
7      Q. And he was aware of your dislocated shoulder
8  that you stated that you had?
9      A. Yeah.
10     Q. Okay. And then what did you want him to do?
11     A. I wanted to see an orthopedist, as I should
12  have.
13     Q. Okay. Why do you believe you should have seen
14  one?
15     A. Well, after knowing my medical condition now,
16  had I seen one then, I wouldn't be in the situation
17  where I need shoulder replacement.
18     Q. At the time of what we're talking about, why
19  did you want to see one so bad?
20     A. Well, my sister's a nurse. My brother -- he's
21  deceased -- is a doctor. And they kept telling me, "You
22  need to see an orthopedic."
23         And, I mean, I'm not a dumb person. I know
24  what -- the pain I was feeling. I knew I needed a

Page 57

1  specialist. And my request, it was denied so many
2  times.
3      Q. Were you attending physical therapy at this
4  time or were you doing your physical therapy -- My
5  apologies. Strike that.
6         At this time, were you following through with
7  physical therapy?
8      MR. HACK: Objection. At this point, the
9  transcript is lost at what -- what is "at this time."
10  So if you would clarify where we are in the chronology,
11  that would be helpful.
12     MR. PREBER: My apologies.
13  BY MR. PREBER:
14     Q. Sir, right around March 2nd, 2018, prior to
15  that, had you been going to physical therapy?
16     A. You don't go to physical therapy. Like I
17  explained to you before, you see a physical therapist on
18  occasion, and you're given a sheet of paper. So it --
19  The physical therapy you actually do is on your own time
20  and at your own discretion.
21     Q. My apologies.
22         Were you completing the physical therapy?
23     A. When you say "complete," I don't know what you
24  mean.

Page 58

1      Q. Were you following through on your treatment
2  of physical therapy? If you were supposed to do three
3  to five exercises a week with the physical therapy, were
4  you indeed doing your three to five exercises a week?
5      A. I did for a week to two maybe. I did my best,
6  but it made it worse.
7      Q. Okay. Did you let PA Trammell know on
8  March 2nd, 2018 that it was not improving?
9      A. I let everyone know that I came in contact
10  with. I can't specifically say on that date I told him
11  that -- that it wasn't working after three to four, five
12  times. I just told him, "I need to see an orthopedic.
13  And you promised me you were scheduling me for one."
14  And he told me I would still see one.
15     Q. Okay.
16     MR. HACK: Alex, just sit tight for one second.
17  I'm going to grab some coffee. Don't go off the record.
18  I'm going to be truly right back.
19     MR. PREBER: We'll take a 30-second break.
20     MR. HACK: No, no. I mean --
21     MR. PREBER: No worries.
22     MR. HACK: Thank you.
23     MR. PREBER: Uh-huh.
24

Page 59

1  BY MR. PREBER:
2      Q. Sir. I'm going to be sharing my screen again.
3         (Defendants Exhibit No. 7
4         was published.)
5  BY MR. PREBER:
6      Q. Can you see it okay?
7      A. Yes, Mr. Preber, I can see it.
8      Q. Okay. All right. This is going to be Defense
9  Exhibit No. 6. I'm going to represent to you that this
10  is the outpatient medical note of Mr. Glen Trammell.
11     A. Okay.
12     Q. This is going to be on the April 7th --
13  sorry -- May 7th, 2018.
14     A. Okay.
15     Q. Just like before, sir, I'm going to scroll
16  it -- slowly scroll down. If you want me to stop,
17  please let me know. I'll try to stop at the bigger text
18  stuff.
19     A. Okay. Thank you.
20     Q. But please just let me know.
21     THE REPORTER: Alex, I just want to make sure. I
22  thought you said, "6." I think this might be 7.
23     MR. PREBER: My apologies. Then 7. You know, I
24  even have it marked on my own thing as 7. My apologies

17 (Pages 56 to 59)

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 60

1  on that.
2  BY THE WITNESS:
3      A.  Hold on one second.
4      Q.  Yeah.
5      A.  Thank you.  Okay.
6      Q.  Okay.  Does this refresh your recollection,
7  sir?
8      A.  Yes.
9          Will you please go back to the beginning?
10     Q.  Yes, sir.
11     A.  Thank you.
12         What is the date of this?
13     Q.  This is going to be May 7th, 2018.
14     A.  Yes.  Okay.
15     Q.  Okay.  All right.  Sir, do you remember what
16 you and PA Trammell talked about on this date of
17 May 7th, 2018?
18     A.  I believe on this visit I had a lot of pain in
19 my back.  I'm not sure if this was the visit.  I think I
20 was prescribed lidocaine patch.  I'm sure we discussed
21 other things, you know, as far as asthma and stuff like
22 that.
23         I did have an episode where I was numb down
24 low, but I come -- I come to realize that that was

Page 61

1  unrelated to anything that happened in there or -- It's
2  crazy.  But the stools are so small and they're made of
3  steel.  And when I would sit on them in the dayroom and
4  I would sit --
5          Go ahead.
6      Q.  Hold on one second, Mr. --
7          Just for clarification, when you said, "I was
8  numb down low," what exactly do you mean by that?
9      A.  It means I couldn't feel my pelvic area at
10 all.  Like, it went -- it went completely numb and --
11     Q.  From the pelvic area below?
12     A.  Yeah.  And I -- I peed myself a little.
13     Q.  Okay.
14     A.  And it was concerning at first -- really
15 concerning for me.  And I believe during this visit, we
16 may have discussed that.
17         But I realized later that when I sit a certain
18 way on these small, steel stools, that it makes -- it
19 does that to me.  It would -- it would make me go numb.
20 And it was unrelated to anything that happened with my
21 injury.  I don't -- I don't know what the conversation
22 extended to as far as that goes, but I know -- During
23 that appointment, I know he wanted to address that
24 concern.

Page 62

1      Q.  Okay.  So that was the main concern, was the
2  numbness of your pelvic region, which led to a little
3  bit of involuntary urination, would be a nice way of
4  putting it?
5      MR. HACK:  Objection --
6  BY THE WITNESS:
7      A.  I wouldn't say that.
8      MR. HACK:  -- inconsistent with the witness's prior
9  testimony; misstates facts in the record.
10     MR. PREBER:  My apologies on that.
11 BY MR. PREBER:
12     Q.  Mr. Limbacher, please clarify if what I
13 just -- I'm sorry.
14         So your -- One of the concerns at this
15 appointment was the -- you being numb below your pelvic?
16     A.  I recall that being one of the conversations
17 during that appointment, yes.
18     Q.  Did you bring up with Mr. Trammell about your
19 left shoulder at all?
20     A.  Yeah.  I'm still asking him to see an
21 orthopedist.
22     Q.  Okay.  All right.  And then during this time,
23 how is the pain level of your left shoulder -- during
24 this time of May 2nd, 2018?

Page 63

1      A.  I can't say specifically on that day, but I
2  knew that it was progressing.  And I know that following
3  it my shoulder was swelling, and I was getting -- It
4  felt like water in there.  And at that time, it was bad.
5  I can't put a number on it.
6      Q.  Did PA Trammell do any sort of physical
7  examination of you on that date?
8      A.  He did.  It was brief.
9      Q.  Okay.  Was your pain subsided at all by any
10 pain medications that were prescribed to you?
11     MR. HACK:  Objection.  I -- Do you mean at any
12 point in time?  On that day?  Some other point in time?
13     MR. PREBER:  My apologies.
14 BY MR. PREBER:
15     Q.  Between the injury time and between that date,
16 were any of the pain medications prescribed to you --
17 were they helping at all to mitigate the pain?
18     A.  You know, I would say the medicine didn't
19 help.  But if I didn't have it, I felt like I needed it.
20 So I don't feel like the meds were right for me.  They
21 may have helped some.  But what I was going through, it
22 was not even close to helping me with the pain that --
23     Q.  Okay.  Were you able to raise your left
24 shoulder above your head?

18  (Pages 60 to 63)

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 64

1    A. No.
2    Q. Okay.
3    MR. HACK: Alex, do you want to ask that question
4  again?
5  BY MR. PREBER:
6    Q. Mr. Limbacher --
7    MR. HACK: Because you don't know any of us that can
8  lift their shoulders over their head. Did you mean your
9  arm?
10   MR. PREBER: You are correct, Mr. Hack. My
11 apologies.
12 BY MR. PREBER:
13   Q. Mr. Limbacher, were you able to lift your arms
14 above your head?
15   A. Not without dislocating it.
16   Q. As in your shoulder would dislocate if you
17 attempted to do that?
18   A. Yes.
19   Q. Okay. How were you able to reloc- --
20   Did your shoulder ever dislocate while you did
21 that?
22   A. Yes. The second time that I dislocated it it
23 was at night when I was sleeping. And I tried to sleep
24 on my back because it was the most comfortable, and I

Page 65

1  tend to like to sleep on my stomach or side. But I toss
2  and turn a lot. And in my sleep I move the wrong way,
3  and I dislocate it.
4    And I recalled at that moment when
5  Nurse Jardine kept telling me to relax -- I kept hearing
6  her voice, "Relax, relax, relax." And I did the same
7  thing that I did and when I was on the stretcher. I
8  laid the same way and cut across. Because at the time
9  when I looked up, there was no guard in the room. And
10 it was an open dorm. And I reached across my arm and
11 I -- Right. I just kept breathing like she told me to.
12 I kept my eyes closed, and I was able to put it back
13 into place.
14   Q. Okay. Did you let PA Trammell know on the
15 date of May 2nd, 2018, I believe it was?
16   A. I don't know. I don't -- Mr. Preber, I don't
17 know the date of that occurrence, but I do know that I
18 had filled out a complaint.
19   Q. Roughly how many times would you say that your
20 shoulder dislocated out between the incident date and
21 let's just say the date with Mr. Trammell of -- My
22 apologies. It was actually May 7th, 2018.
23   A. Your -- The question is from November --
24   Q. From November -- from November 2017, the day

Page 66

1  of the incident -- on the 13th, to let's just say
2  May 7th, 2018, roughly how many times did your shoulder
3  dislocate out to where you had to put it --
4    A. A few. I'm not positive on the number.
5    Q. Okay.
6    A. As time progressed, it just seemed much easier
7  for it to dislocate.
8    Q. Okay. All right. Then when you told
9  PA Trammell this, do you remember what he did?
10   A. I don't recall.
11   Q. At any point up until this date, did anyone
12 discuss with you the findings of the X-rays that they
13 had so far or what they thought may have been the
14 problem for your shoulder injury?
15   A. The -- the first that I recall is
16 Dr. McCarthy.
17   Q. Okay.
18   A. Actually -- actually, there's three doctors I
19 remember discussing this with me. But I remember
20 Dr. McCarthy going into more detail and specifics of the
21 findings, yes. And I believe also Trammell may have
22 discussed some of the findings as well. And they both
23 referred to what was called bone spurs that I had. And
24 I remember Dr. McCarthy going in depth of what that

Page 67

1  entailed and what that specifically meant and what
2  causes that and stuff.
3    Q. Okay. Did anyone ever mention to you
4  degenerative changes or moderate multilevel degenerative
5  changes?
6    A. Arthritis. Is that what you're referring to?
7    Q. I would be referring to that. Did anyone
8  refer to that to you?
9    A. Okay. Yes.
10   Q. Okay. At this point, did you have a history
11 of arthritis or anything like that?
12   A. I don't recall. I do recall, you know, when I
13 saw Dr. Bruce at Stroger, that he told me for my age
14 this is -- it's not really normal for someone to have
15 this advanced stage unless you have an injury.
16   Q. Yeah. Okay. All right. So then after you
17 saw Mr. Trammell, you mentioned a Dr. McCarthy, correct,
18 that you saw?
19   A. Yes.
20   Q. Okay. Sorry. Give me one minute.
21   All right. And then do you recall roughly the
22 date that you saw Ms. McCarthy for the first time --
23 Dr. McCarthy?
24   A. Let's see. Everything to me is in seasons, so

19  (Pages 64 to 67)

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

---

Page 68

1    I believe it was October of --
2        Q.  Okay.
3        A.  It was a year later, so 2018, October maybe
4    2018.
5        Q.  Okay.  All right.  Just like last time, we're
6    going to go with Exhibit No. 8.
7            (Defendants Exhibit No. 8
8            was published.)
9    BY MR. PREBER:
10       Q.  Sir, can you see my screen okay?
11       A.  Yes, I can see it just fine.
12       Q.  Okay.  All right.  This is going to be Defense
13   Exhibit No. 8.
14       A.  Okay.
15       Q.  I'm going to -- I'll represent to you that
16   this is the rehab medicine for outpatients.
17       A.  Right.
18       Q.  This is dated on October 2nd, 2018.
19       A.  Right.
20       Q.  This is signed by Dr. Theresa McCarthy?
21       A.  Right.
22       Q.  And then, sir, just like last time, I'm going
23   to slowly scroll down.
24       A.  Okay.

---

Page 69

1        Q.  If you or Mr. Hack would like me to stop, I
2    will gladly do that.
3        A.  Okay.
4        Q.  Please just let me know.
5        A.  Okay.  Okay.  Okay.  Stop, please.
6        Q.  Uh-huh.
7        A.  Okay.  Stop, please.
8        Q.  Uh-huh.
9        A.  Okay.  Okay.  Okay.
10       Q.  All right.  Sir, does this refresh your
11   memory?
12       A.  It does.  Yes.  Thank you.
13           And what is the date on the top?  I didn't ...
14       Q.  The date for this is going to be October 9th,
15   2018.
16       A.  Okay.  That makes sense.
17       Q.  Yep.  Okay.  Sir, with this interaction, what
18   did you and Dr. McCarthy discuss when you -- when you
19   saw her on October 2nd, 2018?
20       MR. HACK:  Hang on a minute.  I actually think,
21   Alex, that a minute ago you said the date was the 9th.
22   I thought you meant to say the 2nd.
23       MR. PREBER:  Oh, my apologies.  October 2nd, 2018.
24   My apologies on that.  The signed information is the

---

Page 70

1    9th.  My apologizes for that, Mr. --
2        MR. HACK:  It doesn't matter terribly, but it
3    should be accurate.
4        MR. PREBER:  Yes.  You are correct, sir.
5    BY THE WITNESS:
6        A.  Okay.  So what is your question again?
7        MR. HACK:  Yeah.  Thank you.
8        MR. PREBER:  No worries.
9    BY MR. PREBER:
10       Q.  My question is, what did you and Ms. McCarthy
11   discuss on October 2nd, 2018?
12       A.  Well, she introduced me as -- the pain doctor.
13   And she was -- I was there to have my pain addressed --
14       Q.  Okay.
15       A.  -- of my left shoulder.
16       Q.  Okay.  Do you remember if she did any sort of
17   physical examination of you?
18       A.  She did.
19       Q.  Did she examine your left shoulder?
20       A.  Yes.
21       Q.  Do you remember what she -- what she thought
22   about your left shoulder?  Did she have a plan of
23   action that she wished to discuss with you?
24       A.  I believe she wanted imaging at this time, if

---

Page 71

1    I'm not mistaken.  But she discussed treating the pain
2    and what that entailed.
3        Q.  Uh-huh.  Okay.  All right.
4        A.  Oh, yeah.  Check something --
5        Q.  My apologies.  Did you want me to go back?
6        A.  No, no, no.  I thought you were showing me
7    something else, but --
8        Q.  No.  I'm just scrolling just to -- just to
9    scroll on that one.
10           And then on that date Dr. McCarthy didn't
11   actually treat you, did she, as in -- My apologies.
12   Strike that.
13           On that date did Dr. McCarthy give you any
14   sort of treatment at that time like a shot or a
15   painkiller?  Anything like that?
16       MR. HACK:  The question's unclear.  Objection.
17   BY THE WITNESS:
18       A.  You're correct.
19       Q.  On that date before you left -- Sorry.
20           On the date of October 2nd, 2018, did
21   Dr. McCarthy just do an examination of you?  Did she
22   prescribe anything?
23       A.  No.  We discussed a cortisone shot injection.
24   She explained to me that this could be something that

---

20  (Pages 68 to 71)

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 72

1  might help with the pain, that it doesn't work on
2  everyone. It's not effective for everyone. She also
3  went over the pros and cons and the complications that
4  it might cause.
5        But my response was, "Is this a temporary fix?
6  I would rather know what the problem is before you just
7  alleviate the pain. Am I going to cause additional
8  injury?"
9        So we conversed a lot. We talked back and
10 forth. She took some time to explain all those things
11 to me.
12      Q.  Okay. Do you feel that Dr. McCarthy
13 adequately addressed your issues?
14      MR. HACK: Objection, unclear and overbroad.
15 BY MR. PREBER:
16      Q.  Give me one second.
17      MR. HACK: You may answer, Shane.
18 BY THE WITNESS:
19      A.  Ms. McCarthy at that time had an opportunity
20 to refer me to an orthopedic. The questions I was
21 asking I felt were very direct. I wanted more answers.
22 She was there to only address my pain. And I wanted
23 more answers.
24      "But why am I having this pain? If this is

Page 73

1  only a temporary fix, why am I not seeing an
2  orthopedist?"
3        And she replied, "This is how we do it. We
4  start with this form of action first. And then if
5  that's not effective, then you will see an orthopedist."
6      Q.  Okay. And what were your thoughts on that?
7      A.  I was not happy. I thought I was being
8  dismissed again. And it was frustrating. It was -- I
9  just felt like she wasn't there to help me. And she's a
10 physician. It really was bothersome to me.
11      Q.  Okay. Did you wish to have a cortisone shot
12 at that time?
13      A.  I wanted to know more about it. So at that
14 time, I declined a cortisone shot. I told her I was
15 going to do my research. I wanted to talk to my family
16 and others about it. I wanted to know more about what
17 that meant, getting a cortisone shot, you know. I don't
18 particularly like needles to begin with, but I wouldn't
19 oppose it if I really understood more about it.
20      Q.  Okay. At this time, if surgery was offered to
21 you, would you wish to have surgery?
22      A.  I would have consulted with an orthopedist to
23 see what his recommendations was, and I would have done
24 some research. And I would have made my evaluation

Page 74

1  based on what I felt was right with the consultation of
2  an orthopedic that I should have seen before the --
3  before that entire span of a year.
4      Q.  Okay. I'm going to share with you the next
5  follow-up visit that I have with Dr. McCarthy. One
6  second.
7      A.  Okay.
8        (Defendants Exhibit No. 9
9         was published.)
10 BY MR. PREBER:
11      Q.  Can you see my screen perfectly fine?
12      A.  Yes, sir.
13      Q.  I believe this is going to be Defense
14 Exhibit No. 8.
15      A.  Okay.
16      Q.  This is going to be -- I'm representing to you
17 that --
18      THE REPORTER: It's No. 9, Alex. Sorry.
19      MR. PREBER: Number 9. My apologies.
20 BY THE WITNESS:
21      A.  I can see it, yes.
22      Q.  Exhibit No. 9. All right. I represent to you
23 that this is the rehab medicine output of Dr. McCarthy.
24 This is on December 4th, 2018. I'm going to scroll down

Page 75

1  this just like last time, sir.
2      A.  Yes.
3      Q.  Please let me know if you wish me to slow down
4  or stop.
5      A.  Uh-huh. Stop. Stop, please.
6      Q.  Uh-huh.
7      A.  Okay.
8      MR. HACK: Hang on a minute. Stop there.
9  BY THE WITNESS:
10      A.  Okay. Okay.
11      Q.  Does this refresh your memory with that date,
12 sir?
13      A.  Absolutely. I remember this appointment so
14 well, because this was an appointment that I was so
15 hopeful that finally I was going to have someone that
16 was going to see the results of imaging and they would
17 see that I needed care.
18      Q.  Okay. So what did you and Dr. McCarthy
19 discuss that day?
20      A.  I recall -- To me everything -- My concern was
21 my shoulder, and that was what I was focused on. So I
22 saw a few other things in the report a lot, but I
23 remember her going over the imaging with me and telling
24 me that I had chipped bone or bone spurs, I think.

21  (Pages 72 to 75)

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 76

1    And I asked her what a bone spur was.
2    And I believe she explained it to me like a
3 chipped bone.
4    And I said -- And then I'm thinking, great,
5 this is finally -- there's some results. And I said,
6 "That's probably why I feel like I have glass inside my
7 arm when I move and at night when I'm sleeping I feel
8 like someone's poking me with needles." Like, I felt
9 like she's finally going to get me to an orthopedist,
10 but she didn't.
11    Q.  Okay.  What did she offer you instead?
12    A.  She offered me the cortisone shot.
13    Q.  Did you receive that shot?
14    A.  I did, but not at that time and not from her.
15    Q.  Why did you refuse the shot at the time with
16 Dr. McCarthy?
17    A.  I wanted the opinion of a --someone that was
18 an orthopedist. I wanted to know more. And not only
19 that, she had told me that it might not even be
20 effective. And she told me it can cause additional
21 infection.
22    I had received MRSA. I -- I -- I was the --
23 This place is a filthy place to begin with. When she
24 told me the possible effects of getting a shot -- a

Page 77

1 cortisone shot, I was hesitant. However, she did tell
2 me that at any point if I change my mind, just to fill
3 out a medical request form and she will get me one
4 immediately, which I did. I -- It got to the point
5 where I didn't even care if I had an infection. The
6 pain was so bad. I'll take the shot. Give me the shot.
7    But she didn't respond. She ignored my
8 requests. As she said during that appointment, any time
9 I want one if I change my mind, let -- let her know.
10    At that point, I was so desperate. No one's
11 listening to me. I needed the pain to be alleviated.
12 So yes, I wanted the shot, but she ignored me. She
13 ignored my requests just like everyone else.
14    Q.  So for clarification -- I just want to make
15 sure I have the date correct.
16    So for clarification, on December 4th, 2018,
17 you were offered a cortisone shot from Dr. McCarthy,
18 correct?
19    A.  I believe that was the date.
20    Q.  Okay.  And at that time, you remember
21 declining that, correct?
22    A.  I told her that I would prefer to see an
23 orthopedist.
24    And she straight up told me that, "I will not

Page 78

1 refer you to an orthopedist until you try the shot."
2    But after hearing all the effects that it
3 could possibly cause me, at that moment, I still wasn't
4 sure that it was the right action for me to take. So I
5 wanted to proceed and have -- be seen by an orthopedic
6 doctor before I made that evaluation of getting a shot.
7 But she straight -- right out told me she will not refer
8 me to an orthopedic without getting the shot first.
9    Q.  Okay.  Do you have any reason to believe that
10 Dr. McCarthy was unqualified to treat you?
11    A.  I believe she was unreasonable, and I don't
12 think she took me seriously. And I think that she is
13 wrong for treating me the way she did -- or mistreating
14 me.
15    Q.  Okay. All right. Sir --
16    MR. PREBER:  And also with, Mr. Hack, or, Court
17 Reporter, if you guys would like -- I would like to take
18 maybe like a 10- or 15-minute break.
19    MR. HACK:  Sure.
20    THE WITNESS:  No problem.
21    MR. PREBER:  So I would say let's try to -- let's
22 just say convene back at around like 12:40?  Would that
23 be okay?  A little bit longer?
24    THE WITNESS:  Sure.

Page 79

1    MR. HACK:  Let's go off the record, Alex, and then
2 I have a question for you.
3    MR. PREBER:  Okay.  Perfect.
4    (A lunch break was had.)
5 BY MR. PREBER:
6    Q.  All right.  Mr. Limbacher, before we ended and
7 broke for lunch, I believe you mentioned that -- and
8 please correct me if I'm wrong -- that your sister was a
9 nurse or your sister-in-law was a nurse?
10    A.  My sister is a nurse.
11    Q.  Okay.  And then you also stated that your now
12 deceased brother is -- was a doctor; is that correct?
13    A.  Yeah.  At the time, he was alive.
14    Q.  Okay.  I do apologize for your loss.
15    A.  No, that's okay.
16    Q.  And you stated earlier that they were both
17 telling you that you needed to have further examination
18 of your shoulder; is that correct?
19    A.  Yes.
20    Q.  Okay.  And this was at the time after the
21 incident and during the relevant time period between
22 November 13th, 2017 and I would say pretty much all the
23 way until your release before you actually got treated?
24    A.  Yes.  My -- my -- Yeah.  They both were

22  (Pages 76 to 79)

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 80

1  telling me, "You need to see an orthopedic doctor."
2      Q.  Okay.  And your sister who is a nurse, do you
3  know where she went to nursing school?
4      A.  I -- I'm not positive.  Maybe Toledo, Ohio.
5  I'm not positive.  She's -- She lives in Ohio.
6      Q.  Okay.  Did she do any physical examination of
7  your shoulder during this time period?
8      A.  I didn't see her for so many years, no.
9      Q.  Okay.  With your brother, does your brother
10 conduct any physical examinations of your shoulder
11 during -- after -- Sorry.  Strike that.
12         Does your brother conduct any physical
13 examinations or examine your shoulder at all after the
14 incident date?
15     A.  They obtained my medical records and observed
16 them.
17     Q.  So all they did was read over the medical
18 records that have already been provided?
19     A.  And my sister also is the person that I would
20 send all my grievances to.  She was the one that I would
21 send my -- She would send my appeals for -- to
22 Springfield from grievances and such.  She kept my
23 records for me.
24     Q.  Okay.

Page 81

1      A.  Most of them.  Her and my brother.  My little
2  brother kept most of my records as far as that goes.
3  But my sister was able to obtain my medical records
4  through her -- her doctor that she worked for at the
5  time.  And she reviewed those.  And yes, she based her
6  decision on that, not a physical examination as well as
7  what I was telling her.
8      Q.  Okay.  And then with your brother who is a
9  doctor, do you know what kind of doctor he -- what kind
10 of specialty he had?
11     A.  Chiropractic.
12     Q.  Okay.  Thank you very much, sir.
13         All right.  We're going to kind of go back to
14 this time line.  So it will be -- I've left off on
15 Exhibit 10.  So this shall be Exhibit 11.  One second.
16     THE REPORTER:  I think it's 10, Alex.
17 BY MR. PREBER:
18     Q.  Never mind.  It's -- We're just going to go
19 with Exhibit 10.
20         All right.  Exhibit 10.
21         (Defendants Exhibit No. 10
22              was published.)
23 BY MR. PREBER:
24     Q.  All right.  Sir, can you see my screen okay?

Page 82

1      A.  Yes, sir.
2      Q.  So we left off -- You saw Dr. McCarthy on -- I
3  believe it was 12/14/2018 -- or sorry -- 12/4/2018.
4      A.  Will you repeat that?  I'm sorry.  Alex, I
5  didn't --
6      Q.  I said -- Yep.  I said I believe the last time
7  you saw Dr. McCarthy was 12/4/2018 --
8      A.  Yeah.  Okay.  Yes.  That sounds right.
9      Q.  -- when we were discussing.
10     A.  Okay.
11     Q.  So this looks to be another follow-up visit
12 for you.
13     A.  Uh-huh.
14     Q.  Or at least a visit with outpatient medical?
15     A.  Yes.
16     Q.  This is going to be Defense Exhibit No. 10.
17     A.  Okay.
18     Q.  I represent to you that this is again the
19 outpatient medical of Cook County Systems.
20     A.  Yes.
21     Q.  This is from PA, Physical -- Physician's
22 Assistant Barbara Davis, and this is dated on
23 12/12/2018.  It looks like from general communication
24 this is a scheduled for Physician's Assistant Barbara

Page 83

1  Davis, and this is dated on 12/12/2018.  It looks like
2  from general communication this is a scheduled
3  follow-up.
4          Sir, do you see all that that I just kind of
5  read off?
6      A.  I do.
7      Q.  Okay.  All right.  Sir, just as -- And last
8  time, I'm going to slowly scroll down this.  Please let
9  me know if you want me to stop or anything like that
10 just so you can kind of --
11     A.  Okay.  Stop, please.
12     Q.  Yep.
13     A.  Okay.  Okay.  Stop, please.
14     Q.  Uh-huh.
15     A.  Uh-huh.
16     Q.  Okay.  All right.  I'm just going to scroll to
17 the top, sir, just where it has her initial notes.
18     A.  Okay.
19     Q.  Okay.  With this visit, sir, do you remember
20 what this was a visit for?
21     A.  I know this was the first time that I had seen
22 her.  I -- I'm sure I would have submitted a health
23 service request form from the time I saw McCarthy until
24 then, maybe several or a few.  I'm not positive.  But

Royal Reporting Services, Inc.
312.361.8851

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 84

1    I'm sure this was a follow-up for McCarthy and/or my
2    request to see medical.
3        Q.  Okay.  And then it looks like that you were
4    requesting some stronger pain medications because
5    present meds were not working.  Was that in regard to
6    your left shoulder injury if you remember?
7        A.  I don't recall at this time.
8        Q.  Okay.  All right.  Do you recall anything from
9    that interaction with PA Davis that may not be reflected
10   in her note?
11       A.  I do.
12       MR. HACK:  The question is overbroad.  You may
13   answer it, but that requires you to go back and read
14   everything start -- start to finish.
15   BY THE WITNESS:
16       A.  I recall her reviewing my X-ray.  I recall
17   her -- I believe it was this visit.  I'm pretty sure it
18   was this visit.  I believe this was the time I met her.
19   I believe this was the time that she -- Actually, I
20   asked her if I could see my X-ray.  And I asked her if
21   she reviewed it.
22       And she said she didn't need to, that she read
23   the report.
24       And I said, "Well, do you mind pulling it up

Page 85

1    and we could see it together?"
2        And she did.
3        Q.  Okay.
4        A.  And she pointed out things on my shoulder.
5        Q.  Okay.  This is still going to be in
6    Exhibit 10, but this is just going to start on page 6.
7    This is going to be another visit.  I represent to you
8    that this is still the outpatient medical.  This is
9    still with Ms. -- PA Barbara Davis except this one is
10   going to be dated January 29, 2019.
11       Sir, again, I'll slowly scroll through.
12       A.  Okay.
13       Q.  And I'll stop right around here.
14       A.  Okay.  Thank you.  Okay.
15       Q.  That's the end of the note, sir.
16       A.  Okay.
17       Q.  Do you recall this interaction with Ms. Davis?
18       A.  I do.  And it also brings me back to the
19   initial appointment that I had with her.
20       Q.  So reading with --
21       Looking over the note with Ms. -- from
22   Ms. Barbara Davis, do you remember discussing with
23   neurosurgery and that you were informed that you were
24   not a surgical candidate --

Page 86

1        A.  Not for --
2        Q.  -- for surgery on your left shoulder?
3        A.  Yeah.  The neurologist said that there were no
4    neurological concerns, which I already knew at that
5    time.  In the previous appointment with Davis she told
6    me I was scheduled to see the doctor and I would be
7    getting MRIs for my back and my neck.  And I -- At that
8    time, I had requested her to get me a -- to schedule me
9    for an MRI for my shoulder.  And that was more of my
10   concern, not my neck and my back.  At that time, the
11   main concern was my shoulder.
12       Q.  Okay.  And then you requested the MRI from
13   her?
14       A.  I did.  And her reply was, "You know,
15   these" -- "these kind of procedures are not cheap.  We
16   just don't give them out."
17       Q.  Were you represcribed physical therapy at all
18   after this neurosurgery appointment?
19       A.  I -- I believe so.
20       Q.  Did you end up going to those physical --
21   Well, not going.  My apologies.
22       Did you end up following the physical therapy
23   procedures?
24       A.  I think I -- I may have went to one more visit

Page 87

1    with another sheet of paper for exercises.  I'm not
2    positive.  I think maybe so.
3        Q.  And at this time, were you still denying a --
4    any sort of cortisone shot or any shot that might
5    alleviate the pain at least that the doctors thought?
6        A.  I --
7        MR. HACK:  Misrepresents the record.  Objection.
8        You may answer.
9    BY THE WITNESS:
10       A.  I don't really recall the time.  I know that
11   my medical records will reflect when I requested the
12   cortisone shots and my complaints of my medical request
13   forms as well as my grievances, that they were not
14   honored.
15       Q.  And then with your interactions with Ms. Davis
16   for these two dates on 1/29/2019, was she receptive to
17   you?  Was she answering all of your questions?
18       A.  She was --
19       MR. HACK:  Objection.  The question is compound and
20   unclear.
21       You may answer.
22   BY THE WITNESS:
23       A.  Ms. Davis came across very ostentatious and
24   very much like she was giving me an education more like

24  (Pages 84 to 87)

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 88

1    she was a professor and I was a student. She gave me
2    this scenario where the reason my shoulder's hurting is
3    because the shoulder and the neck are all connected and
4    it's cause for my neck and all these arteries and stuff
5    are like rivers and streams going through. And that's
6    what I'm -- That's why I'm getting all these sensations.
7           And I asked her then, "Why, you know, the
8    cracking and the popping and" -- I asked her a lot of
9    questions.
10          She became very frustrated with me. And she
11   said to me, "More concerning than your shoulder and your
12   neck I'm concerned about your weight."
13          And I said, "Well, you're calling me fat?"
14          She never looked me in the eye during the
15   conversation when I met with her. She was dismissive.
16   But she said in reply, "I say to anyone who can grab
17   their stomach and pinch more than a couple inches that
18   they're fat." And she disregarded what I was there for.
19          But I also recall that I asked her if she
20   could schedule me for an MRI for my shoulder in lieu of
21   the appointments that were already scheduled.
22          She told me -- She couldn't tell me the date,
23   but she said I was scheduled for an MRI for my back and
24   my neck. But I -- I'm more concerned about my shoulder

Page 89

1    at this time. I would much rather have the MRI for
2    that.
3           Because the first appointment I saw her she
4    told me I would be seeing the orthopedic doctor. The
5    second she changed her whole tune. I don't know who she
6    talked to or what happened, but something changed. I
7    don't know. She was not present in our conversation.
8    It was very bizarre to have a medical professional not
9    interact with a client or a patient and never looking me
10   in the eye. It was just very bizarre behavior. But yet
11   again it was just another person dismissing me. It was
12   -- it was disheartening.
13          Q. Okay. Did she talk to you at all about prior
14   courses of treatment that had been offered to you?
15          A. She told me that "McCarthy offered you a
16   cortisone shot."
17          And I explained to her, "Yes, but it's a
18   temporary fix."
19          And McCarthy admitted that to me, and McCarthy
20   also explained to me that it may not be helpful.
21          I said, "I would like to see an orthopedist to
22   make that decision before I take the shot.
23          Q. Okay. And at that time, do you know if
24   Dr. McCarthy prescribed an MRI for you for your left

Page 90

1    shoulder?
2           A. McCarthy refused to schedule me for an MRI
3    unless I took that cortisone shot first. And from my
4    understanding, if I remember correctly, it would be
5    effective for a few months, three to four months after
6    the cortisone shot. During that time, I didn't know
7    when I would be released. I thought -- kept thinking it
8    was only going to be a few more months anyway.
9           Q. Okay. All right. Let's do a few more.
10   Please bear with me. Okay.
11                 (Defendants Exhibit No. 11
12                 was published.)
13   BY MR. PREBER:
14          Q. So at least from what I see, the next time you
15   saw PA Davis is going to be on 7/24/2019. Sir, can you
16   see my screen okay?
17          A. Yes, I can.
18          Q. Okay. This is going to be -- should be
19   Exhibit 11. This should be the outpatient -- This is
20   the outpatient medical of Ms. Barbara Davis on
21   7/24/2019. Sir -- And it's -- Again, do you see the
22   screen fully?
23          A. I do.
24          Q. I'm going to scroll down a little bit just

Page 91

1    like last time. I'll stop in certain sections.
2           A. Okay. Okay.
3           Q. Does that refresh your memory, sir?
4           A. Yes. Some.
5           Q. Okay. Looking at the note with the history of
6    present illness, sir, do you remember asking PA Davis
7    about acupuncture, whether it was offered?
8           A. I don't, but it's something I probably would
9    have considered. I believe in holistic type of ways,
10   but I don't recall the conversation. But I believe
11   it --
12          Q. Okay.
13          A. -- to be true.
14          Q. Have you used acupuncture in the past prior to
15   incarceration to relieve --
16          A. I did.
17          Q. -- your medical needs?
18          A. I did on my back, yes.
19          Q. Okay. Is there --
20          Why did you believe that acupuncture would
21   work for your left shoulder as well?
22          A. I was -- I would do anything, but they didn't
23   offer it. I mean, I would try anything that would help.
24          Q. Okay. And it does state that it looks like --

                                    25  (Pages 88 to 91)

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 92

1  that they switched up your meds on your request as well
2  to help alleviate your pain. Would that be correct in
3  saying that as well?
4      A. I don't recall at this -- I mean, at this
5  moment I really can't say for sure. I see what it says
6  in the report.
7      Q. Okay. Do you remember you and PA Davis
8  discussing that you were not a candidate for surgery and
9  that you also admitted to her that you did not want
10 surgery anyway?
11     A. I would never make the evaluation without a
12 professional determining what my condition was. I
13 didn't have a diag- -- a proper diagnosis. I didn't see
14 an orthopedist. I would not ever say I wouldn't want
15 surgery without knowing what my condition was. If
16 surgery would help me, yes, of course, I would go for
17 surgery.
18         Now, in hindsight, knowing the condition that
19 I had and what I was suffering and that it could have
20 been corrected with a simple surgery, I absolutely would
21 have had surgery. And I don't -- I -- This -- I don't
22 know. This doesn't look right to me.
23     Q. Do you have any reason to believe that
24 Ms. Barbara Davis would not be consistent in her medical

Page 93

1  notes with you?
2      A. She --
3      MR. HACK: Objection, foundation.
4         You may answer.
5  BY THE WITNESS:
6      A. I believe from the way she treated me that she
7  just didn't care. She didn't believe me or she didn't
8  care.
9      Q. Did you believe that Ms. Davis had any ill
10 will towards you?
11     A. I can't say that for sure, but I do believe
12 that she has an obligation to escalate my care. And she
13 did not care to do so despite everything that I was
14 telling her.
15     Q. Okay. And then did Ms. Davis or did
16 Dr. McCarthy -- Did they discuss with you any
17 possibility of arthritis in your left shoulder?
18     A. Yes. They told me I had arthritis.
19     Q. Okay. Previously have you had arthritis in
20 your shoulder beforehand?
21     A. Not that I'm aware of.
22     Q. Okay. All right. I'm going to be showing you
23 another exhibit.
24     A. Okay.

Page 94

1         (Defendants Exhibit No. 12
2          was published.)
3  BY MR. PREBER:
4      Q. This is going to be Exhibit No. 12. Sorry.
5  This is going to be Defense Exhibit No. 12. I represent
6  to you that this is the health service request form.
7  This was -- Looks like this was done around
8  October 25th, 2017. The nurse is RN Georgina Jardine?
9      A. Okay.
10     Q. I'm going to scroll through this, sir. Please
11 let me know if this -- when to stop or anything like
12 that to refresh your memory.
13     MR. HACK: Alex, can you go back so I can read that
14 grid? Thank you. Hold it just right there steady.
15 Thank you.
16 BY MR. PREBER:
17     Q. That's the end of the note.
18     A. Can you go back to the top, please?
19     Q. Yes, sir.
20     A. And you said this was a submitted health
21 service request form that I submitted?
22     Q. Yes, sir.
23     A. Alex, do you have the actual copy that they
24 scan in? They scan these copies in and --

Page 95

1      Q. I can look that one up, but we're going to
2  focus on this one for right now.
3      A. Okay.
4      Q. So at least from reading it, it looks like
5  what you filled out was that you need IBP. I would -- I
6  believe that's ibuprofen. Would that be correct?
7      A. I don't know what that acronym stands for. I
8  have never used it, to my knowledge.
9      Q. Okay. And it talks of "pain" -- "pain of my
10 arthritis." Does that sound familiar to you having
11 pain --
12     A. That does not sound familiar. I don't recall
13 this.
14     Q. Okay. From the patient note, it has on there
15 the comment that was made to Nurse Jardine with the
16 medical records associated with you that says:
17 Arthritis all of my life on my hands and my ankles and
18 all of my joints. No pain movement. Hx of chronic pain
19 to hands and ankles.
20         Do you remember making those statements to
21 Nurse Jardine?
22     A. I don't believe this to be true. And it's not
23 in the medical records that I have nor is it in the
24 copies of submitted medical request forms that I have

26 (Pages 92 to 95)

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 96

1   submitted.
2       Q.  Okay.
3       MR. PREBER:  Everyone, if we could just take a
4   quick five-minute break, I just want to confer with
5   something really quick.  Thank you.
6           (A short break was had.)
7   BY MR. PREBER:
8       Q.  Okay.  All right.  After your last interaction
9   with Ms. Davis on July 24th, 20 and -- I believe it was
10  19.  Let me just double-check on that real quick.  Yes.
11  Between that time and when you filed your suit in
12  November of 2019, were you seen by any other medical
13  personnel?
14      A.  I'm not positive.
15      Q.  Okay.  And at that time, before you filed your
16  suit, were you currently awaiting a cortisone injection?
17      MR. HACK:  Alex, I didn't hear that.  Could I ask
18  you to just re-ask it?
19      MR. PREBER:  My apologies.
20      MR. HACK:  No.  It's -- Remember, I'm not --
21      MR. PREBER:  No, no, no.
22  BY MR. PREBER:
23      Q.  Before you filed your complaint on -- I
24  believe it was November -- November of 2019, had you

Page 97

1   received a cortisone shot?
2       A.  I did receive a cortisone shot at Stroger
3   Hospital.  I'm not sure of the date or the time that
4   was.
5       Q.  Okay.  Why did you elect to have a cortisone
6   shot?
7       A.  Well, once I was finally sent to an
8   orthopedist, he offered me a cortisone shot.  And I
9   wasn't missing the opportunity to prolong that any
10  further.
11      Q.  Once you received that shot, did you receive
12  any relief?
13      A.  I did receive some relief, yes.
14      Q.  Okay.  And then, sir, overall, why did you
15  file your complaint?
16      A.  I filed my compliant because I wasn't treated
17  fairly and I wasn't given the care that I deserved.
18  This lasted two years.  I fell.  I injured my shoulder.
19  It was never addressed despite my many complaints,
20  medical request form slips, the promises that were made
21  from the individuals that I chose to put into my claim
22  who I felt that I had the most correspondence with and
23  who had the most knowledge.
24      Q.  Okay.  Are you claiming physical damages?

Page 98

1       A.  Yes.
2       Q.  Okay.  I know this sounds weird, me asking you
3   these questions, but please just -- please bear with me.
4   I'm sure Mr. Hack has explained sometimes we just have
5   to ask these questions.
6           Are you claiming any psychological damages?
7       A.  I don't know.
8       Q.  Okay.  All right.  So specifically with the
9   incident that happened on November 13th, 2017, what
10  injuries are you claiming occurred because of that
11  incident?
12      A.  My shoulder injury is what I'm most concerned
13  with.  I don't really have continued issues with my
14  neck.  That has subsided substantially.  Even though I
15  don't know for sure if my herniated disc in my neck was
16  caused by the fall -- I don't know -- I know that this
17  longstanding issue at hand with my shoulder has been a
18  life changer for me and it has affected me in so many
19  ways and facets of my life that I do not live the same
20  quality of life.
21          Had this taken -- was taken care of maybe
22  within a few months, even a year -- But two years later
23  to get an MRI and then to find out once you got the
24  MRI -- and to realize all these people you've been

Page 99

1   telling these complaints to and the doctor explains to
2   you at Stroger that your -- your issue is serious and
3   that you do require shoulder replacement surgery at this
4   time, it's heart breaking.
5       Q.  Okay.  And just for clarification, it is your
6   left shoulder that you are claiming, correct?
7       A.  Correct.
8       Q.  Okay.  All right.  And then can you please
9   describe to me what you've lost with your quality of
10  life with your left shoulder being injured?  Like, what
11  can you no longer do?  So, for instance, you used to
12  play basketball.  Now you cannot.
13      A.  I can't -- I can't lift weights --
14      MR. HACK:  Hold on a minute.
15          As stated, the question is compound.  I object
16  to it.
17          You may answer.
18  BY MR. PREBER:
19      Q.  Let me rephrase it just so it's a little bit
20  clearer.  With the incident --
21          Or with the injury that you're claiming
22  happened on November 13th, 2017, the injury for this
23  lawsuit, what -- what loss of ability of your shoulder
24  have you had?

Royal Reporting Services, Inc.
312.361.8851

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

---

Page 100

1      A.  I have limited mobility.  I can't do things
2   that I normally used to be able to do.  Taking a shower
3   is a challenge.  It can easily dislocate.  Getting
4   dressed in the morning is complicated.  I can't carry
5   heavy weight on my left arm.  Carrying groceries is like
6   impossible for me, to carry more than maybe a loaf of
7   bread or two or something of very light weight.  The
8   strain from my shoulder -- Just feels like my arm is
9   going to fall off.
10      I can't do my career.  My job as a -- I'm
11   self-employed, and I can't even -- I'm bare- -- barely
12   generating revenue because of this issue.  I can't --
13      Q.  What do you do?
14      A.  I'm -- I'm a clothing distributor, and I have
15   a wholesale apparel clothing company that I distribute
16   product for designers through -- throughout the Midwest.
17   And I'm limited.  I can't really go see stores.  I can't
18   shlep my garments.  I can't set up trade shows.  I can't
19   set up my racks.  I can't -- I usually design my booths
20   for my trade shows.  I can't do that.  I can't even lift
21   a garment bag to put up on a rack.  I'm a one-handed man
22   basically, you know, with limited mobility on my left
23   side.
24      I can't go to the gym.  And that's -- that's

---

Page 101

1   always been my therapy, you know.  I mean, for years
2   that's -- that's what loved to do.  I loved going to the
3   gym.  Now I have resorted to cycling, be seated, because
4   I love cardio.  Even running, the bouncing, you know,
5   hurts my shoulder.  It causes greater pain.
6      Q.  Okay.  And then again I have to ask these
7   questions.  Has a medical professional diagnosed you
8   with an injury to your left shoulder?
9      A.  Yes.
10      Q.  Do you remember what exactly they diagnosed
11   you with?
12      A.  Wow, there's a lot of things in the diagnosis.
13   I know a chipped bone, a torn rotary [sic] cuff.  I
14   don't know what else, Mr. Preber.  There's -- The list
15   is more extensive than I even would have thought.
16      But from my understanding, the longer this
17   goes on or has gone on -- and from each location, it
18   causes greater damage to my shoulder.  And that's the
19   reason I'm sitting here now and that I have to have
20   shoulder replacement surgery when this could have been
21   rectified very early -- in the early stages had an MRI
22   done, had I seen an orthopedic per my request of so many
23   times.
24      And my sister wrote -- even wrote letters to

---

Page 102

1   the -- to Cermak and to the jail.  No response.
2      Q.  Have you had a medical professional say that
3   these injuries were a result of this incident?
4      A.  I have had them tell me that, yes, it's from
5   an injury.
6      Q.  A result of the incident on November 13th,
7   2017?
8      A.  Well, that's the only injury I've ever had, so
9   yes, that would be from the injury of November 13th,
10   2017.
11      Q.  Okay.  And then are you currently being
12   treated right now, sir?
13      A.  I am.
14      Q.  Do you know who your treating physician is
15   right now?
16      A.  Dr. Ko, K-O.
17      MR. PREBER:  Mr. Hack, I think you sent this over
18   already.  I will double -- recheck.  But do we have any
19   recent updated records from any Dr. Ko?
20      MR. HACK:  The last record that we obtained from
21   Dr. Ko's office, I know that my partner sent it to you
22   the day that I got it on my e-mail screen.
23      MR. PREBER:  Yeah.
24      MR. HACK:  I do not have any subsequent record from

---

Page 103

1   Dr. Ko.  And I understand Mr. Limbacher has not seen
2   Dr. Ko since that last visit.  You may -- you may
3   corroborate that with him, but I wanted you to know how
4   we -- that the last record I have you have.
5      MR. PREBER:  Okay.  I'll double-check.  I'm fairly
6   certain I do have it, but I'll double-check after this.
7   BY MR. PREBER:
8      Q.  And then, Mr. Limbacher, when was the last
9   time you saw Dr. Ko?
10      A.  I believe October or November of last year.
11   He gave me a cortisone shot.
12      Q.  Is anyone else currently treating you right
13   now for your left shoulder injury?
14      A.  No.
15      Q.  Only Dr. Ko?
16      A.  Correct.
17      Q.  Have you had any other subsequent surgeries or
18   anything like that on your left shoulder since being
19   released?
20      A.  I have not.
21      Q.  Have you had any recent complications with
22   your left shoulder?
23      A.  I have complications daily, especially night.
24   I don't sleep like a normal person.  I can't get

28  (Pages 100 to 103)

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

---

Page 104

1    comfortable. The positioning is impossible to have a
2    regular night of sleep. I don't sleep more than an hour
3    or two at a time without being woken up and trying to be
4    conscientious of not dislocating my shoulder. I have to
5    be very -- I sleep mostly on the couch so that my left
6    arm is pressed against the back of the couch. It's a
7    very uncomfortable night's sleep for me, which has
8    caused me to have awful days. And last semester I had
9    to drop my classes because I -- I just cannot get
10   adequate sleep. I'm not focusing. I need to be well.
11        Q.  And with Dr. Ko, has he recommended any
12   treatment for you?
13        A.  Will you repeat that, please?
14        Q.  My apologies. I might have cut out.
15            Dr. Ko, other than the -- I believe you said
16   he gave you a cortisone injection in October or November
17   of last year. Has he recommended any other treatment
18   for you?
19        A.  Yes. Surgery, a shoulder replacement surgery.
20        Q.  When did you first meet with Dr. Ko?
21        A.  I believe I met Dr. Ko -- I believe it was
22   July of '21, maybe August.
23        Q.  Somewhere right around that time?
24        A.  Yeah.

Page 105

1        Q.  Okay.
2        A.  I believe my first appointment was in July,
3    because I know that I brought him my MRIs and imaging
4    and he wanted additional.
5        Q.  Okay. And then right now, sir, how much money
6    are you claiming for your injuries?
7        A.  I'm leaving that up to the jury to be honest
8    with you, Mr. Preber.
9        Q.  Okay. And then are you asking for any other
10   sort of relief from the Court other than monetary
11   damages?
12        A.  Whatever is written in my claim, I'm staying
13   with that.
14        Q.  Okay.
15        MR. HACK:  Yeah. And so the record reflects, the
16   client answered interrogatories which provided
17   additional information in this regard, and those are
18   available to you, of course.
19        MR. PREBER:  Of course.
20        Okay. All right. I want to take one more
21   five-minute break. I just want --
22        MR. HACK:  Sure.
23        MR. PREBER:  -- to review everything. And then I'm
24   going to see if Mia would like to ask any questions as

Page 106

1    well. And then I don't know if Mr. Hack might have some
2    redirects.
3            (A short break was had.)
4    BY MR. PREBER:
5        Q.  Mr. Limbacher, as of right now, are you
6    scheduled to have left shoulder replacement surgery?
7        A.  In February I will hopefully be cleared to
8    have surgery. I've had a series of health issues that
9    have prevented me from surgery until now. And per
10   Dr. Ko, he would not go into surgery with me having an
11   infection that I had. And me being prone to infection
12   is his choice for me to get cleared for -- before that.
13   And I see -- I see the doctor that will clear me in --
14   next week, the beginning of February. I don't know the
15   exact date. And then we will schedule surgery from
16   there.
17        Q.  Okay. And then I may have asked you this
18   before. But other than Dr. Ko, have you sought a second
19   opinion from any other doctor?
20        A.  Yes. So prior to Dr. Ko, there is an
21   orthopedic doctor that I was referred to in his office,
22   one of his colleagues. And his name is Dr. Carrilero, I
23   believe. I saw him at Weiss as well. It's the same
24   location. Their offices are on the same floor, just

Page 107

1    down the hall from each other. I met with him
2    initially, and he's the one that referred me to Dr. Ko
3    because Dr. Ko is a specialist in specifically shoulder
4    replacement surgery, so he felt that it would be a good
5    recommendation. He was also an excellent doctor, and he
6    gave me a lot of information, spent a lot of time with
7    me going over my conditions and explaining things to me.
8        MR. PREBER:  Okay. All right. I don't think I
9    have anything further. I will tender you over to Mia
10   and Mr. Hack if they have any other questions for you.
11        THE WITNESS:  Okay. Thank you.
12        MR. HACK:  Mia?
13        MS. BUNTIC:  Alex, I don't have any questions.
14        MR. HACK:  I have a few.
15            CROSS-EXAMINATION
16   BY MR. HACK:
17        Q.  Mr. Limbacher, State's Attorney Preber was
18   asking about and presented to you an exhibit from a
19   meeting with an interaction that you had with
20   Nurse Jardine in the fall of 2017 prior to the date that
21   you fell off the examining table.
22        A.  Okay.
23        Q.  I'm going to ask you some follow-up questions
24   based on Mr. Preber's examination.

29 (Pages 104 to 107)

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 108

1      A.  Okay.
2      Q.  **Prior to November 13th, did your left shoulder**
3   **significantly limit your life activities?**
4      A.  Absolutely not.
5      Q.  **And from your point of view, did your left**
6   **shoulder work well and function and do the work it was**
7   **supposed to do?**
8      A.  Yes, it did.
9      Q.  **Were you able to do pushups?**
10      A.  Yes.
11      Q.  **Were you able to carry things?**
12      A.  Yes.
13      Q.  **Were you able to use the workout facilities or**
14   **equipment that they had at the jail?**
15      A.  Yes.
16      Q.  **Were you able to dress and put shirts on and**
17   **off without pain?**
18      A.  Easily.
19      Q.  **Were you able to take showers and raise your**
20   **arm above your head without pain?**
21      A.  Yes.
22      Q.  **Were you able to rest without interruption and**
23   **discomfort caused by your left shoulder?**
24      A.  Oh, yeah.

Page 109

1      Q.  **You've given a list to Mr. Preber of how your**
2   **injury and the lack of care thereafter has affected your**
3   **life.  Did you -- And you've provided Mr. Preber with a**
4   **list.  Did any of those conditions predate your injury**
5   **on November 13th, 2017?**
6      A.  Absolutely not.
7      Q.  **Thank you.**
8   MR. PREBER:  Really quick, just a quick redirect.
9           REDIRECT EXAMINATION
10   BY MR. PREBER:
11      Q.  **Sir, would you have any reason to believe that**
12   **Nurse Jardine would fabricate a medical document?**
13      A.  I do not.
14   MR. PREBER:  Thank you.
15   THE WITNESS:  You're welcome.
16   MR. PREBER:  I have nothing --
17   MR. HACK:  Everybody, thank you for your
18   courtesies.
19       Are we off the record?
20   MR. PREBER:  I think we just have to do the
21   reservation of signature, and that's about it.
22   MR. HACK:  Okay.  We'll read and sign.
23   MR. PREBER:  All right.
24   THE REPORTER:  Alex, do you want to order the

Page 110

1   transcript or wait?
2       MR. HACK:  I'll take a copy -- I'll take a small
3   copy.  I'll take an electronic copy.
4       MR. PREBER:  Ms. Kim, just for the essence of time,
5   if I could have mine sped up, but I would like to make
6   an electronic copy as well.
7           (The deposition was concluded
8            at 2:24 p.m.)

30  (Pages 108 to 110)

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 111

```
 1              IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ILLINOIS
 2                       EASTERN DIVISION

 3   SHANE EDWARD LIMBACHER,             )
                                         )
 4                 Plaintiff,            )
                                         )
 5        vs.                            )   No. 19 CV 7509
                                         )
 6   SHERIFF THOMAS DART, et al.,        )
                                         )
 7                 Defendants.           )

 8

 9         I, SHANE EDWARD LIMBACHER, state that I have

10   read the foregoing transcript of the testimony given by

11   me at my videoconference deposition on January 27th,

12   2023, and that said transcript constitutes a true and

13   correct record of the testimony given by me at the said

14   deposition except as I have so indicated on the errata

15   sheets provided herein.

16

17

18                         _____
                           SHANE EDWARD LIMBACHER

19

20   SUBSCRIBED AND SWORN to
     before me this _____ day
     of _____, 2023.
21

22   _____
          NOTARY PUBLIC
23

24
```

Royal Reporting Services, Inc.
312.361.8851

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 112

```
 1    UNITED STATES OF AMERICA          )
      NORTHERN DISTRICT OF ILLINOIS     )
 2    EASTERN DIVISION                  ) SS.
      STATE OF ILLINOIS                 )
 3    COUNTY OF COOK                    )

 4

 5            I, Monica Kim, Certified Shorthand Reporter,

 6    do hereby certify that SHANE EDWARD LIMBACHER was first

 7    duly sworn by me to testify to the whole truth and that

 8    the above deposition was reported stenographically by me

 9    and reduced to typewriting under my personal direction.

10            I further certify that the said deposition was

11    taken via videoconference on the date and time

12    specified and that the taking of said deposition

13    commenced on January 27th, 2023, at 10:38 a.m.

14            I further certify that I am not a relative or

15    employee or attorney or counsel of any of the parties,

16    nor a relative or employee of such attorney or counsel,

17    nor financially interested directly or indirectly in

18    this action.

19

20

21

22

23

24
```

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 113

1           The signature of the witness, SHANE EDWARD

2      LIMBACHER, was reserved by agreement of counsel.

3           Witness my signature as a Certified Shorthand

4      Reporter in the State of Illinois, on February 3rd,

5      2023.

6

7

8

9

10

11

12      _____
        MONICA KIM, CSR

13      161 North Clark Street
        Suite 3050

14      Chicago, Illinois 60601
        Phone:  312.361.8851

15

16
        CSR No.  084-004606
17

18

19

20

21

22

23

24

Royal Reporting Services, Inc.
312.361.8851

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 114

## A

**a.m** 1:15 112:13
**abdominal** 15:3 15:14
**ability** 99:23
**able** 10:16 41:7 50:5 52:1 63:23 64:13,19 65:12 81:3 100:2 108:9,11 108:13,16,19 108:22
**absolutely** 75:13 92:20 108:4 109:6
**access** 20:6 27:23
**accident** 50:7
**accidentally** 23:7
**accidently** 6:8
**accurate** 22:11 70:3
**acronym** 95:7
**action** 70:23 73:4 78:4 112:18
**activities** 108:3
**actual** 28:14 49:20 94:23
**acupuncture** 91:7,14,20
**add** 30:19
**addiction** 10:2
**additional** 72:7 76:20 105:4,17
**address** 10:24 11:3 61:23 72:22
**addressed** 45:19 45:23 55:14 70:13 72:13 97:19
**adequate** 104:10

**adequately** 72:13
**adjacent** 24:12
**admitted** 89:19 92:9
**advanced** 67:15
**affect** 9:14,18
**affirmative** 5:23
**age** 67:13
**ago** 9:6 69:21
**agree** 16:19,20 16:21
**agreement** 113:2
**ahead** 61:5
**al** 1:6 111:6
**alcohol** 9:22 14:8,10 18:11 18:17
**Alex** 16:12 18:13 42:14 44:21 58:16 59:21 64:3 69:21 74:18 79:1 81:16 82:4 94:13,23 96:17 107:13 109:24
**Alexander** 2:8 4:3
**alexander.pre...** 2:10
**aliases** 10:7
**alive** 79:13
**allergies** 43:4
**alleviate** 72:7 87:5 92:2
**alleviated** 77:11
**allow** 6:12
**allowed** 8:15
**aloud** 34:16
**AMERICA** 112:1
**and/or** 84:1
**ankles** 95:17,19

**answer** 5:23 6:13 30:17 38:23 72:17 84:13 87:8,21 93:4 99:17
**answered** 105:16
**answering** 5:16 6:7,22 7:15 87:17
**answers** 9:19 72:21,23
**Anxiety** 9:9
**anybody** 8:15
**anyway** 90:8 92:10
**apologies** 5:7,8 14:18 18:14 19:1 23:7 41:2 57:5,12,21 59:23,24 62:10 63:13 64:11 65:22 69:23,24 71:5,11 74:19 86:21 96:19 104:14
**apologize** 8:22 79:14
**apologized** 54:4 54:7
**apologizes** 70:1
**apparel** 100:15
**appeals** 80:21
**APPEARAN...** 2:1
**appointment** 24:17 44:9 47:3,3,9,10 51:6 54:21,22 54:23 55:4 56:6 61:23 62:15,17 75:13 75:14 77:8 85:19 86:5,18 89:3 105:2

**appointments** 88:21
**appreciated** 32:9
**April** 59:12
**area** 18:6 61:9 61:11
**arm** 26:3,21 27:10 29:3,4,5 29:10 50:14 64:9 65:10 76:7 100:5,8 104:6 108:20
**arms** 64:13
**arrived** 27:22 32:2
**arteries** 88:4
**arthritis** 67:6,11 93:17,18,19 95:10,17
**ASA** 4:9
**asked** 13:5 30:10,23 31:4 35:7,12,16 39:5 76:1 84:20,20 88:7 88:8,19 106:17
**asking** 5:14 6:5 7:14 29:21 62:20 72:21 91:6 98:2 105:9 107:18
**assistance** 27:18
**assistant** 2:11,12 2:12 4:3 23:13 23:16,20 40:17 42:24 47:12,24 82:22,24
**associated** 95:16
**assume** 27:5 29:12
**assuming** 7:16
**assumptions** 7:21
**asthma** 43:3

49:4 60:21
**attempt** 7:11 20:18
**attempted** 26:19 64:17
**attempting** 26:12
**attend** 51:1
**attending** 57:3
**attention** 54:10
**attorney** 4:3 107:17 112:15 112:16
**ATTORNEY'S** 2:7,13
**August** 104:22
**available** 105:18
**average** 52:11
**awaiting** 96:16
**aware** 9:12 56:7 93:21
**awful** 104:8
**awkward** 10:5 30:18 41:17

## B

**B** 3:7 6:14
**bachelor's** 12:2
**back** 10:18 17:15,17,18,19 18:6 28:13 34:7 38:23 39:20 42:7,14 43:4,16,17 45:10 46:3 49:19,19 50:14 50:15 51:7 53:5 54:2 58:18 60:9,19 64:24 65:12 71:5 72:9 78:22 81:13 84:13 85:18 86:7,10 88:23 91:18 94:13,18

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 115

104:6
**backed** 46:19
**bad** 17:15 45:18
  56:19 63:4
  77:6
**bag** 100:21
**bandages** 25:11
**Barbara** 2:12
  82:22,24 85:9
  85:22 90:20
  92:24
**bare-** 100:11
**barely** 100:11
**based** 74:1 81:5
  107:24
**basic** 8:20
**basically** 20:6
  24:13 55:6
  100:22
**basketball** 99:12
**battery** 12:22
**bear** 20:19
  90:10 98:3
**beginning** 60:9
  106:14
**behalf** 2:6,11,17
**behavior** 89:10
**believe** 9:15,17
  9:20 12:5
  14:11 15:5
  24:2,3 29:7
  34:9,13,15
  37:19 47:21
  51:14 52:16
  55:15 56:13
  60:18 61:15
  65:15 66:21
  68:1 70:24
  74:13 76:2
  77:19 78:9,11
  79:7 82:3,6
  84:17,18,19
  86:19 91:9,10
  91:20 92:23
  93:6,7,9,11

95:6,22 96:9
  96:24 103:10
  104:15,21,21
  105:2 106:23
  109:11
**believed** 55:23
**Bernard** 11:1
**best** 6:17 7:20
  20:17 22:2,11
  53:17 58:5
**better** 52:5
**bigger** 24:16
  59:17
**biggest** 6:2
  55:13
**birth** 10:10
**bit** 4:23 6:5,6,11
  8:20 11:21
  13:6,23 20:10
  21:17 24:8,19
  28:5,13 42:13
  43:24 48:14,18
  49:19 52:3,4
  53:6 62:3
  78:23 90:24
  99:19
**bizarre** 89:8,10
**blanks** 54:13
**body** 26:16
  36:17 39:13
**bone** 66:23
  75:24,24 76:1
  76:3 101:13
**booths** 100:19
**bother** 17:22
**bothersome**
  73:10
**bouncing** 101:4
**brace** 29:1 36:2
  50:9
**braced** 29:9,12
**bracing** 50:21
**bread** 100:7
**break** 6:19,22
  6:23 28:1,5,8

28:15 58:19
  78:18 79:4
  96:4,6 105:21
  106:3
**breaking** 99:4
**breathe** 31:9,10
  31:11 50:13,13
  50:13
**breathing** 65:11
**brief** 37:15 63:8
**bring** 62:18
**brings** 41:4
  85:18
**broke** 79:7
**brother** 56:20
  79:12 80:9,9
  80:12 81:1,2,8
**brought** 24:4
  105:3
**Bruce** 67:13
**bruise** 46:6
**Buntic** 2:14 4:9
  107:13
**busy** 37:4

─────────────

**C**

**C-A-R-N-A-Z...**
  16:4
**call** 36:4
**called** 1:10 4:15
  12:5 27:18
  31:23 66:23
**calling** 88:13
**Calm** 50:10
**calming** 50:8
**candidate** 85:24
  92:8
**cannabis** 14:12
  14:14
**cardio** 101:4
**care** 15:21 16:5
  75:17 77:5
  93:7,8,12,13
  97:17 98:21
  109:2

**career** 100:10
**Carnazzo** 16:2,6
**carries** 45:1
**Carrilero**
  106:22
**carry** 45:7 100:4
  100:6 108:11
**Carrying** 100:5
**cart** 36:3
**case** 4:6 12:12
  13:17
**caught** 25:23,24
  53:22
**cause** 25:16 72:4
  72:7 76:20
  78:3 88:4
**caused** 55:20
  98:16 104:8
  108:23
**causes** 67:2
  101:5,18
**causing** 43:22
**center** 2:8,15
  48:2
**Cermak** 102:1
**certain** 46:20
  55:21 61:17
  91:1 103:6
**Certified** 1:14
  112:5 113:3
**certify** 112:6,10
  112:14
**chair** 25:4 33:19
  54:2
**chairs** 25:2
**challenge** 100:3
**change** 77:2,9
**changed** 89:5,6
**changer** 98:18
**changes** 67:4,5
**changing** 25:11
**cheap** 86:15
**Check** 71:4
**Chicago** 2:4,9
  2:15 11:1

113:13
**children** 11:16
**chipped** 75:24
  76:3 101:13
**Chiropractic**
  81:11
**choice** 7:22
  106:12
**chose** 97:21
**chronic** 95:18
**chronology**
  57:10
**civil** 1:11 2:7
  12:11
**claim** 97:21
  105:12
**claiming** 97:24
  98:6,10 99:6
  99:21 105:6
**clarification**
  61:7 77:14,16
  99:5
**clarify** 57:10
  62:12
**Clark** 113:12
**classes** 104:9
**cleaning** 25:11
**clear** 6:13
  106:13
**cleared** 106:7,12
**clearer** 99:20
**client** 89:9
  105:16
**client's** 16:16
  45:2,4
**Clonapam** 9:6
**close** 24:18
  63:22
**closed** 65:12
**clothing** 100:14
  100:15
**coffee** 58:17
**collapsed** 29:14
**colleague** 27:22
**colleagues**

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

106:22
**come** 6:1,3
60:24,24
**comes** 46:20
**comfort** 31:3
**comfortable**
64:24 104:1
**comforting**
31:11
**coming** 32:12
**commenced**
112:13
**commencing**
1:15
**comment** 16:12
32:23 49:17
95:15
**common** 5:10
**communication**
82:23 83:2
**communicatio...**
12:1,1
**company** 100:15
**complaint** 20:10
20:14 21:5,6
65:18 96:23
97:15
**complaints**
18:22 19:6
54:9 87:12
97:19 99:1
**complete** 9:18
57:23
**completed** 9:6
12:4 25:18
**completely**
61:10
**completing** 12:6
57:22
**compliant** 97:16
**complicated**
100:4
**complications**
72:3 103:21,23
**compound**

**computer** 27:23
27:24 44:18
45:2,4
**computers**
44:23
**concern** 19:5
49:13 61:24
62:1 75:20
86:10,11
**concerned** 31:21
50:19 88:12,24
98:12
**concerning** 17:6
61:14,15 88:11
**concerns** 62:14
86:4
**concluded** 110:7
**condescending**
32:23
**condition** 16:16
16:18 56:15
92:12,15,18
**conditions** 107:7
109:4
**conduct** 51:19
80:10,12
**confer** 96:4
**confidential**
16:15 41:23
**confidentially**
16:18,20
**CONFLICTS**
2:14
**confused** 34:1,1
**connected** 88:3
**cons** 72:3
**conscientious**
104:4
**consciousness**
33:22 34:4,5
35:17
**considered** 91:9
**consistent** 92:24
**constitutes**

87:19 99:15
111:12
**consultation**
74:1
**consulted** 73:22
**contact** 23:10,13
58:9
**contained** 49:3
**continue** 36:13
**continued** 98:13
**continuously**
30:21
**contracting**
13:19
**control** 56:4
**convene** 78:22
**conversation**
19:11 55:18
56:6 61:21
88:15 89:7
91:10
**conversations**
19:12 62:16
**conversed** 72:9
**convicted** 12:20
12:23 13:1
**convictions**
12:18
**Cook** 2:7,13
18:22 82:19
112:3
**copies** 94:24
95:24
**copy** 94:23
110:2,3,3,6
**correct** 20:15
29:2 31:24
34:16 36:11
64:10 67:17
70:4 71:18
77:15,18,21
79:8,12,18
92:2 95:6 99:6
99:7 103:16
111:13
**corrected** 92:20

**correctly** 90:4
**correspondence**
97:22
**corroborate**
103:3
**cortisone** 71:23
73:11,14,17
76:12 77:1,17
87:4,12 89:16
90:3,6 96:16
97:1,2,5,8
103:11 104:16
**couch** 104:5,6
**counsel** 2:14
39:5 112:15,16
113:2
**County** 2:7,13
18:22 82:19
112:3
**couple** 8:20 23:5
40:4 54:13
88:17
**course** 92:16
105:18,19
**courses** 89:14
**court** 1:1 5:18
6:14 7:6 10:15
13:7 45:9
78:16 105:10
111:1
**courtesies**
109:18
**courtesy** 17:7
**Courts** 1:12
**cracking** 88:8
**crazy** 61:2
**creates** 6:13
**Cross-Examin...**
3:5 107:15
**CSR** 113:12,16
**cuff** 101:13
**current** 10:24
**currently** 8:6,24
9:4,21 11:8,23
12:9,15 13:21

13:24 96:16
102:11 103:12
**curt** 53:23
**cut** 65:8 104:14
**CV** 1:5 4:7 5:15
21:5 111:5
**cycling** 101:3

---

**D**

**D** 3:1
**D-A-V-I-S**
23:21
**daily** 103:23
**Daley** 2:8,15
**damage** 101:18
**damages** 97:24
98:6 105:11
**Dart** 1:6 4:7
111:6
**date** 10:10 14:4
18:2,7 19:4
20:4 22:15
23:3,6,9,12,23
40:3 49:14,20
53:14 58:10
60:12,16 63:7
63:15 65:15,17
65:20,21 66:11
67:22 69:13,14
69:21 71:10,13
71:19,20 75:11
77:15,19 80:14
88:22 97:3
106:15 107:20
112:11
**dated** 68:18
82:22 83:1
85:10
**dates** 14:1 87:16
**Davis** 2:12 23:20
82:22 83:1
84:9 85:9,17
85:22 86:5
87:15,23 90:15
90:20 91:6

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 117

93:15 96:9
**day** 23:4 24:5
  37:4,14 43:7
  52:23 53:15
  63:1,12 65:24
  75:19 102:22
  111:20
**dayroom** 61:3
**days** 9:5 40:4,4
  40:7 46:20
  52:10 104:8
**deceased** 56:21
  79:12
**December** 10:11
  20:6 74:24
  77:16
**decent** 48:10
**decision** 81:6
  89:22
**declined** 73:14
**declining** 77:21
**defendant** 2:17
  22:16,20
**defendants** 1:7
  1:10 2:11 3:8
  4:8 20:20 33:5
  37:20 40:10
  47:16 52:17
  59:3 68:7 74:8
  81:21 90:11
  94:1 111:7
**Defendants'**
  40:9 47:21
**Defense** 33:13
  52:16 59:8
  68:12 74:13
  82:16 94:5
**definitely** 32:24
  34:19 55:24
**degenerative**
  67:4,4
**degree** 11:23,24
**delay** 6:11
**denied** 57:1
**denying** 87:3

**dependency**
  14:10,14
**dependent**
  11:19
**depends** 52:9
**deposition** 1:9
  4:6,21 5:11 6:3
  8:14 19:10,14
  110:7 111:11
  111:14 112:8
  112:10,12
**depositions** 1:13
**depth** 66:24
**describe** 17:16
  21:4 24:8 99:9
**described** 20:14
  28:14 39:4
**describing**
  33:17 45:21
**deserve** 54:3,10
**deserved** 97:17
**design** 100:19
**designers**
  100:16
**desperate** 77:10
**despite** 93:13
  97:19
**detail** 17:1 66:20
**determining**
  92:12
**device** 8:16
**diag-** 92:13
**diagnosed** 101:7
  101:10
**diagnosis** 92:13
  101:12
**dictated** 21:23
**different** 52:10
  52:10
**diligent** 19:6
**diploma** 12:7
**direct** 3:4 4:18
  72:21
**direction** 112:9
**directly** 112:17

**disc** 43:13 98:15
**discomfort**
  108:23
**discretion** 57:20
**discs** 43:15
**discuss** 49:6
  66:12 69:18
  70:11,23 75:19
  93:16
**discussed** 40:24
  49:4 55:24
  60:20 61:16
  66:22 71:1,23
**discussing** 20:12
  25:10 66:19
  82:9 85:22
  92:8
**discussion** 10:17
  25:15
**disheartening**
  89:12
**dishonesty** 13:2
**dislocate** 64:16
  64:20 65:3
  66:3,7 100:3
**dislocated** 29:13
  29:15 49:23
  50:2 56:7
  64:22 65:20
**dislocating**
  64:15 104:4
**dislocation** 56:1
**dismissed** 25:19
  73:8
**dismissing**
  89:11
**dismissive** 37:5
  88:15
**dispatched**
  27:17
**dispensary** 24:5
  24:8,11 33:18
**disregarded**
  88:18
**distribute**

100:15
**distributor**
  100:14
**District** 1:1,1,12
  111:1,1 112:1
**division** 1:2
  39:20 111:2
  112:2
**doctor** 15:22
  16:1 20:3 36:9
  39:4 46:13
  56:21 70:12
  78:6 79:12
  80:1 81:4,9,9
  86:6 89:4 99:1
  106:13,19,21
  107:5
**doctors** 35:1
  66:18 87:5
**document** 21:4
  21:5,8,12,15
  21:16 22:11
  41:6 109:12
**documents**
  19:13,16
**doing** 51:20 57:4
  58:4
**Domestic** 12:22
**door** 24:18 27:4
**doorway** 24:14
  24:15
**dorm** 24:13
  65:10
**double** 102:18
**double-check**
  96:10 103:5,6
**Dr** 2:17 4:8,10
  16:2,6 22:16
  22:21 23:10
  35:4,6,6 36:19
  37:1,6,11,11
  37:24 38:6,8
  38:11 39:12,16
  49:22 50:17,22
  66:16,20,24

67:13,17,23
  68:20 69:18
  71:10,13,21
  72:12 74:5,23
  75:18 76:16
  77:17 78:10
  82:2,7 89:24
  93:16 102:16
  102:19,21
  103:1,2,9,15
  104:11,15,20
  104:21 106:10
  106:18,20,22
  107:2,3
**drawn** 6:6
**dress** 108:16
**dressed** 100:4
**drink** 14:8
**drinking** 18:11
  18:16
**Drive** 2:3
**drop** 104:9
**drug** 10:2
**drugs** 9:24
  14:17,19,21
  18:19
**duly** 4:15 112:7
**dumb** 56:23

**E**

**E** 3:1,7
**E-D-W-A-R-D**
  5:6
**e-mail** 2:5,10,16
  102:22
**earlier** 13:6
  79:16
**early** 101:21,21
**easier** 66:6
**easily** 41:11
  100:3 108:18
**EASTERN** 1:2
  111:2 112:2
**education** 12:5
  87:24

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 118

**Edward** 1:3,9
  3:3 4:14 5:5
  111:3,9,18
  112:6 113:1
**effect** 54:1
**effective** 72:2
  73:5 76:20
  89:20 90:5
**effects** 9:10
  76:24 78:2
**either** 16:19
  34:19 41:19
**elect** 97:5
**electronic** 8:16
  110:3,6
**elements** 49:4
**elevated** 26:10
**elicit** 14:17,19
**emergency**
  34:22,24
**employee**
  112:15,16
**ended** 27:6 34:1
  79:6
**engaging** 54:4
**entailed** 67:1
  71:2
**entire** 5:22 6:20
  74:3
**entry** 19:24
**environment**
  54:8
**episode** 60:23
**equipment**
  108:14
**ER** 37:4,24
**errata** 111:14
**escalate** 93:12
**escalated** 52:11
**especially**
  103:23
**essence** 110:4
**essentially** 5:13
  6:23 21:4
  24:20 33:21

**et** 1:6 111:6
**evaluation**
  73:24 78:6
  92:11
**eventually** 34:21
**Everybody**
  109:17
**exact** 7:12 18:7
  40:3 106:15
**exactly** 6:4
  26:14 61:8
  101:10
**exam** 12:6
**examination**
  1:10 3:4,6 4:18
  24:23 25:3
  26:7 30:1,2
  31:13 36:1,4
  38:12,17,18
  39:6,12 63:7
  70:17 71:21
  79:17 80:6
  81:6 107:24
  109:9
**examinations**
  80:10,13
**examine** 36:16
  70:19 80:13
**examined** 4:16
**examining**
  24:12 36:9
  38:8 107:21
**excellent** 107:5
**Excuse** 11:5
**exercise** 51:10
**exercises** 51:7
  51:13,18,21
  58:3,4 87:1
**exhibit** 3:8
  20:20 33:5,14
  37:18,20 40:9
  40:10 47:16,22
  52:16,17 59:3
  59:9 68:6,7,13
  74:8,14,22

81:15,15,19,20
  81:21 82:16
  85:6 90:11,19
  93:23 94:1,4,5
  107:18
**exhibits** 51:16
**exited** 27:3
**explain** 72:10
**explained** 43:12
  43:22 46:21
  51:18 57:17
  71:24 76:2
  89:17,20 98:4
**explaining**
  107:7
**explains** 99:1
**extended** 61:22
**extensive** 101:15
**eye** 88:14 89:10
**eyes** 65:12

————————
**F**
**F** 24:2
**F4** 24:3
**fabricate** 109:12
**facets** 98:19
**facilities** 108:13
**fact** 6:2 39:4
**facts** 62:9
**fairly** 97:17
  103:5
**faked** 32:7
**fall** 25:5,10,17
  25:17 28:14,18
  29:8 30:11
  32:7,13 33:2
  33:18 43:4
  56:2 98:16
  100:9 107:20
**false** 13:2
**familiar** 95:10
  95:12
**family** 12:9
  73:15
**far** 11:22 60:21

61:22 66:13
  81:2
**fast** 29:9 31:2
  41:1,15,20
  50:18
**faster** 41:16
**fat** 88:13,18
**FE** 24:2
**February** 14:5
  106:7,14 113:4
**Federal** 1:11
**feedback** 44:17
  44:20
**feel** 7:10 47:5
  61:9 63:20
  72:12 76:6,7
**feeling** 51:23
  56:24
**feels** 100:8
**feet** 26:11,11
**fell** 26:3,3,14,20
  27:10 30:11
  31:14 33:18
  35:9 97:18
  107:21
**felony** 12:17
**felt** 18:6 27:11
  27:11 31:20,20
  36:5 63:4,19
  72:21 73:9
  74:1 76:8
  97:22 107:4
**file** 97:15
**filed** 13:9,12
  21:6 96:11,15
  96:23 97:16
**fill** 54:13 77:2
**filled** 65:18 95:5
**filthy** 76:23
**finally** 75:15
  76:5,9 97:7
**financial** 11:19
**financially**
  112:17
**find** 98:23

**findings** 66:12
  66:21,22
**fine** 28:3 68:11
  74:11
**fingers** 36:5
**finish** 6:21 30:17
  30:19 84:14
**finished** 9:5
  30:18
**first** 4:15,20
  17:23 26:17
  32:4 53:19
  61:14 66:15
  67:22 73:4
  78:8 83:21
  89:3 90:3
  104:20 105:2
  112:6
**five** 40:7 51:14
  58:3,4,11
**five-minute** 96:4
  105:21
**fix** 72:5 73:1
  89:18
**flipped** 19:19
**floor** 24:3 25:23
  27:6 28:23
  29:5,11 30:5
  34:2 50:8
  106:24
**focus** 95:2
**focused** 75:21
**focusing** 104:10
**follow** 54:24
  55:1
**follow-up** 40:21
  54:21,23 74:5
  82:11 83:3
  84:1 107:23
**following** 53:18
  57:6 58:1 63:2
  86:22
**follows** 4:17
**foot** 5:1 30:12
**foregoing**

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 119

111:10
**form** 73:4 77:3
  83:23 94:6,21
  97:20
**formal** 7:4
**forms** 87:13
  95:24
**forth** 72:10
**foundation** 93:3
**four** 58:11 90:5
**fourth** 24:3
**frankly** 45:1
**free** 7:10
**frustrated** 6:6
  88:10
**frustrating**
  53:15 54:8
  73:8
**frustrations**
  55:13
**full** 5:3 9:18
**full-on** 6:7
**fully** 6:12,12 7:3
  7:16 15:7 17:4
  90:22
**function** 108:6
**further** 79:17
  97:10 107:9
  112:10,14
**fuzzy** 33:23

___

**G**

**garment** 100:21
**garments**
  100:18
**GED** 12:5
**general** 12:5
  82:23 83:2
**Generally** 6:20
**generating**
  100:12
**Georgina** 94:8
**gesturing** 37:3
**getting** 25:21
  26:7,9 44:17

44:20 45:18
63:3 73:17
76:24 78:6,8
86:7 88:6
100:3
**give** 17:5 33:4
  35:24 67:20
  71:13 72:16
  77:6 86:16
**given** 4:22 51:6
  51:9,12 57:18
  97:17 109:1
  111:10,13
**giving** 9:18
  87:24
**gladly** 69:2
**glass** 76:6
**Glen** 2:12 23:16
  40:17 52:21
  59:10
**go** 4:20,23 5:14
  8:19 10:16,18
  11:22 14:21
  15:10 16:24
  21:20 24:17
  27:23 28:13
  41:8,15,19
  42:7,14 51:6
  53:1,5 57:16
  58:17 60:9
  61:5,19 68:6
  71:5 79:1
  81:13,18 84:13
  92:16 94:13,18
  100:17,24
  106:10
**goes** 17:21 24:16
  41:20 61:22
  81:2 101:17
**going** 4:5,8 5:14
  5:14,17,18,18
  5:19,21 6:1,3,4
  6:4,5,14,17 7:5
  7:15 8:14,19
  16:24 20:9,10

20:12,17,18
21:3 22:7 23:6
28:16 33:3,13
36:14 37:17,18
37:23 40:9
41:1,23 44:8
44:24 45:1,17
46:12,14 47:14
47:21,22 48:4
48:5 52:3,15
52:20,24 53:1
53:8 54:16,17
57:15 58:17,18
59:2,8,9,12,15
60:13 63:21
66:20,24 68:6
68:12,15,22
69:14 72:7
73:15 74:4,13
74:16,24 75:15
75:16,23 76:9
81:13,18 82:16
83:8,16 85:5,6
85:7,10 86:20
86:21 88:5
90:8,15,18,24
93:22 94:4,5
94:10 95:1
100:9 101:2
105:24 107:7
107:23
**good** 38:13
  44:22 52:5
  107:4
**gosh** 26:4
**grab** 50:10
  58:17 88:16
**grabbed** 50:11
  50:13
**great** 44:10 52:1
  76:4
**greater** 101:5,18
**grid** 94:14
**grievances**
  80:20,22 87:13

**groceries** 100:5
**ground** 4:21
  26:12,17
**guard** 32:20
  53:22 65:9
**guess** 36:4 46:19
  49:12
**guys** 43:8 78:17
**gym** 100:24
  101:3

___

**H**

**H** 3:7
**Hack** 2:2 3:5
  7:20,23 16:12
  16:14,21,23
  17:2,5 18:13
  18:24 19:11
  27:20,22 28:3
  28:6 30:15
  38:22 39:2
  41:19 42:14,17
  44:18,21,24
  45:5,7,8,13
  48:8 57:8
  58:16,20,22
  62:5,8 63:11
  64:3,7,10 69:1
  69:20 70:2,7
  71:16 72:14,17
  75:8 78:16,19
  79:1 84:12
  87:7,19 93:3
  94:13 96:17,20
  98:4 99:14
  102:17,20,24
  105:15,22
  106:1 107:10
  107:12,14,16
  109:17,22
  110:2
**Hack's** 8:7
**hall** 24:14 107:1
**hand** 29:12 37:3
  98:17

**hands** 29:1
  53:24 54:15,16
  95:17,19
**handwriting**
  21:11,13,22
  22:5
**hang** 30:15 39:2
  69:20 75:8
**happen** 44:12
**happened** 20:13
  25:16 26:23
  29:9 30:10,23
  30:24 32:3
  35:8 39:19
  50:18 61:1,20
  89:6 98:9
  99:22
**happens** 41:19
**happy** 6:16 7:1
  73:7
**head** 5:24 26:16
  26:22 27:8,9
  27:11,15,16
  28:20,21 29:6
  29:10,20,23,23
  30:9,9,22
  31:17,22 32:9
  33:2,19,23,23
  34:14 35:12,20
  38:6,14 50:19
  50:20,21,22
  55:22 63:24
  64:8,14 108:20
**headaches** 43:23
**health** 15:18,23
  16:17 83:22
  94:6,20 106:8
**hear** 18:13
  44:21 45:3
  96:17
**heard** 26:4
  29:22 32:5
**hearing** 44:19
  65:5 78:2
**heart** 99:4

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 120

**heavy** 100:5
**hell** 53:24
**Hello** 4:2
**help** 21:14 31:4
46:24 47:1,6
63:19 72:1
73:9 91:23
92:2,16
**helped** 63:21
**helpful** 57:11
**helping** 63:17,22
**hernia** 15:3,14
**herniated** 17:20
43:13 98:15
**hesitant** 77:1
**Hey** 16:12
**high** 12:6,7
**highest** 52:8
**hindsight** 92:18
**hip** 38:7,8,14,20
46:2,6,6
**history** 13:24
38:5 67:10
91:5
**hit** 26:16,17,22
27:8,9,10,14
27:15,15 28:20
28:21 29:5,10
29:12,20,23,23
30:3,8,9,21
31:16 32:8
33:2,19,22
34:14 35:12
50:20,21
**hitting** 31:22
**hold** 14:4 18:7
60:3 61:6
94:14 99:14
**holistic** 91:9
**holler** 26:4
**honest** 105:7
**honored** 87:14
**hope** 33:8
**hopeful** 75:15
**hopefully** 21:1

106:7
**hopped** 27:2
28:18,19,24
**hopping** 26:8
27:1,5
**horrible** 44:17
**hospital** 15:16
46:19 97:3
**hospitalized**
15:11,17
**hour** 104:2
**hurt** 30:4 35:11
37:8
**hurting** 34:16
35:20 36:20
40:1 88:2
**hurts** 35:22
101:5
**Hx** 95:18

**I**
**IBP** 95:5
**ibuprofen** 95:6
**icon** 48:17
**idea** 34:11
**ignored** 77:7,12
77:13
**ill** 93:9
**illegal** 14:21
18:19
**Illinois** 1:1 2:4,9
2:15 11:1
111:1 112:1,2
113:4,13
**illness** 38:5 91:6
**illustration**
51:16
**imaging** 70:24
75:16,23 105:3
**immediately**
23:24 44:15
46:15 77:4
**important** 48:6
**impossible**
18:18 100:6

104:1
**impressions**
43:11
**improving** 46:3
46:5,8 58:8
**incarcerated**
14:2 18:11,16
18:21
**incarceration**
14:7,24 16:8,9
17:11 91:15
**inches** 88:17
**incident** 19:4
20:12,14 22:15
23:3,4,6,9,12
24:1 40:2
49:20 50:3
65:20 66:1
79:21 80:14
98:9,11 99:20
102:3,6
**include** 16:17
**including** 5:3
**inconsistent**
39:7 62:8
**indicated**
111:14
**indirectly**
112:17
**individuals**
97:21
**infection** 76:21
77:5 106:11,11
**influence** 9:22
9:24
**information**
21:17 35:24
38:2 48:1
69:24 105:17
107:6
**informed** 85:23
**initial** 83:17
85:19
**initially** 26:2,22
107:2

**injection** 71:23
96:16 104:16
**injured** 97:18
99:10
**injuries** 40:1
49:5 98:10
102:3 105:6
**injury** 31:18
44:2 55:1
61:21 63:15
66:14 67:15
72:8 84:6
98:12 99:21,22
101:8 102:5,8
102:9 103:13
109:2,4
**inside** 76:6
**insinuation** 32:7
**instance** 26:15
99:11
**instructions**
51:9,12
**interact** 89:9
**interaction**
69:17 84:9
85:17 96:8
107:19
**interactions**
22:16 23:2
87:15
**interested**
112:17
**interrogatories**
105:16
**interrupt** 30:17
**interruption**
108:22
**introduced**
70:12
**involuntary**
62:3
**involved** 13:21
**involving** 13:2
**issue** 98:17 99:2
100:12

**issues** 72:13
98:13 106:8

**J**
**J** 2:8,15
**jail** 18:22 51:4
102:1 108:14
**January** 1:16
48:1 85:10
111:11 112:13
**Jardine** 25:7,8,9
26:4 27:15
28:15 29:17
32:13 33:1,17
34:9,14 50:8
50:16 65:5
94:8 95:15,21
107:20 109:12
**jerk** 27:12
**job** 100:10
**John** 11:12,13
**joints** 95:18
**journal** 19:24
**judge** 7:4
**July** 96:9 104:22
105:2
**jury** 105:7

**K**
**K-O** 102:16
**keep** 6:16 41:23
53:8
**kept** 20:2 27:12
27:14,15 29:19
29:20,22 30:5
30:8,21 31:8
31:10 50:12,20
56:21 65:5,5
65:11,12 80:22
81:2 90:7
**Kevin** 2:11
47:24
**Khan** 2:17 4:8
4:10
**Kim** 1:14 5:17

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

6:14 110:4
112:5 113:12
**kind** 10:16
21:18 24:7,9
26:13,13,17
28:17,17,19
29:11,13 31:4
33:18 36:8,9
41:1 42:23
45:9 46:11
48:5 53:2 81:9
81:9,13 83:4
83:10 86:15
**knew** 43:17 56:1
56:24 63:2
86:4
**know** 4:4,22 6:2
6:4,20 7:1,2,18
10:12 13:24
16:3 17:21
18:3,6 19:10
19:12 20:2
26:2,3,9,11,15
26:21,23,24
28:14 29:10
30:24 31:1,3,7
31:8 33:1 37:9
37:14 39:16
41:7,17 43:3
43:10,18 44:19
48:9 50:16,17
50:23 51:17
52:2,3,9 53:3
54:1,2,8,17
55:23 56:4,5
56:23 57:23
58:7,9 59:17
59:20,23 60:21
61:21,22,23
63:2,18 64:7
65:14,16,17,17
67:12 69:4
72:6 73:13,16
73:17 75:3
76:18 77:9

80:3 81:9 83:9
83:21 86:14
87:10 88:7
89:5,7,23 90:6
92:22 94:11
95:7 98:2,7,15
98:16,16
100:22 101:1,4
101:13,14
102:14,21
103:3 105:3
106:1,14
**knowing** 22:18
56:15 92:15,18
**knowledge** 22:2
22:12 95:8
97:23
**known** 10:6 35:7
**Ko** 102:16,19
103:1,2,9,15
104:11,15,20
104:21 106:10
106:18,20
107:2,3
**Ko's** 102:21

———— **L** ————
**L-I-M-B-A-C-...**
5:6
**L5** 17:19
**lack** 109:2
**laid** 65:8
**lasted** 97:18
**lawsuit** 5:15
99:23
**lawsuits** 13:10
13:12,14,18,20
**laying** 30:5 50:8
**layout** 24:9
**learned** 50:15
**leave** 24:19
**leaving** 105:7
**led** 62:2
**left** 25:24 26:20
27:3,6,6 28:19

29:3,4,5,8 34:8
37:7 38:6,7,8
38:14 40:1
44:1 45:20
46:2,2,7 47:8
49:6 52:7 55:9
55:16 62:19,23
63:23 70:15,19
70:22 71:19
81:14 82:2
84:6 86:2
89:24 91:21
93:17 99:6,10
100:5,22 101:8
103:13,18,22
104:5 106:6
108:2,5,23
**left-hand** 27:2
**leg** 25:23,24,24
30:12,13
**legal** 7:4
**let's** 14:21 28:1
46:24 52:7
65:21 66:1
67:24 78:21,21
79:1 90:9
**lethargic** 26:22
**letters** 101:24
**level** 62:23
**lidocaine** 60:20
**lieu** 88:20
**life** 95:17 98:18
98:19,20 99:10
108:3 109:3
**lift** 64:8,13
99:13 100:20
**light** 100:7
**Limbach-** 28:10
**Limbacher** 1:3
1:9 3:3 4:2,6,7
4:14,20 5:5,7
8:3 10:6 20:9
28:10 30:16
33:9,11 37:23
40:13,22 41:5

44:16 45:17
47:23 52:20
62:12 64:6,13
79:6 103:1,8
106:5 107:17
111:3,9,18
112:6 113:2
**Limbacher** 5:8
**limit** 108:3
**limited** 100:1,17
100:22
**line** 4:9 81:14
**list** 101:14 109:1
109:4
**listened** 54:5
**listening** 77:11
**LITIGATION**
2:7
**little** 4:23,23 6:5
6:6,11 8:20
11:21 13:6,23
20:1,10 24:8
24:18,19,21
26:22 27:5
28:5,13 33:23
41:16,17 42:12
43:24 48:14,17
49:19 52:3,4
53:6 61:12
62:2 78:23
81:1 90:24
99:19
**live** 98:19
**lived** 11:5
**lives** 80:5
**LLP** 2:2
**loaf** 100:6
**located** 8:6
**location** 101:17
106:24
**LOCKE** 2:2
**long** 11:5 16:5
44:12 46:22
53:21 54:20
**longer** 78:23

99:11 101:16
**longstanding**
98:17
**look** 24:9 92:22
95:1
**looked** 19:18
36:24 49:15
65:9 88:14
**looking** 26:18
46:1 49:16
85:21 89:9
91:5
**looks** 21:6 34:7
82:11,23 83:1
84:3 91:24
94:7 95:4
**LORD** 2:2
**loss** 33:22 79:14
99:23
**lost** 34:3,5 35:16
57:9 99:9
**lot** 43:23 60:18
65:2 72:9
75:22 88:8
101:12 107:6,6
**love** 101:4
**loved** 101:2,2
**low** 60:24 61:8
**lower** 17:17,19
46:2
**lowest** 52:8
**lunch** 79:4,7

———— **M** ————
**M-C-C-A-R-...**
22:23
**M.D** 2:11,11
**mad** 6:15
**main** 62:1 86:11
**making** 32:23
54:9 95:20
**man** 100:21
**March** 52:24
53:14 57:14
58:8

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 122

marked 59:24
married 11:8
matter 70:2
McCarthy 2:11
  22:21 23:10
  66:16,20,24
  67:17,22,23
  68:20 69:18
  70:10 71:10,13
  71:21 72:12,19
  74:5,23 75:18
  76:16 77:17
  78:10 82:2,7
  83:23 84:1
  89:15,19,24
  90:2 93:16
mean 56:5,23
  57:24 58:20
  61:8 63:11
  64:8 91:23
  92:4 101:1
means 61:9
meant 67:1
  69:22 73:17
media 12:1
medical 13:24
  15:22 16:16
  17:12 18:23
  19:6,7,19,20
  31:24 32:16
  34:10 37:7,24
  40:16 47:23
  52:21 54:9
  56:15 59:10
  77:3 80:15,17
  81:3 82:14,19
  84:2 85:8
  87:11,12 89:8
  90:20 91:17
  92:24 95:16,23
  95:24 96:12
  97:20 101:7
  102:2 109:12
medication 9:11
  47:1

medications
  8:24 9:3,13,17
  63:10,16 84:4
medicine 63:18
  68:16 74:23
meds 63:20 84:5
  92:1
meet 104:20
meeting 107:19
memory 9:14
  41:4 42:21
  48:22 53:10
  69:11 75:11
  91:3 94:12
mental 15:18,22
  16:17
mention 67:3
mentioned
  67:17 79:7
met 23:22 84:18
  88:15 104:21
  107:1
Mia 2:14 4:9
  105:24 107:9
  107:12
mia.buntic@c...
  2:16
middle 5:3
Midwest 100:16
mind 30:24 77:2
  77:9 81:18
  84:24
mine 110:5
minute 30:15
  39:2 67:20
  69:20,21 75:8
  99:14
misdemeanor
  13:2
misleading 39:3
  39:8
Misrepresents
  87:7
missing 97:9
misspoke 23:7

misstates 62:9
mistaken 43:16
  51:15 71:1
mistreating
  78:13
mitigate 63:17
mm-hmm 5:24
mobility 100:1
  100:22
moderate 67:4
moment 11:15
  32:10 50:20
  54:12 65:4
  78:3 92:5
monetary
  105:10
money 105:5
Monica 1:14
  112:5 113:12
months 44:13
  46:18 90:5,5,8
  98:22
morning 100:4
mosey 41:5
motion 38:13
move 29:22,22
  30:8,8 31:5
  48:14,17,18
  50:5 65:2 76:7
movement
  95:18
moving 20:11
MRI 86:9,12
  88:20,23 89:1
  89:24 90:2
  98:23,24
  101:21
MRIs 86:7
  105:3
MRSA 13:19
  24:6 25:12
  49:4 76:22
multilevel 67:4
muscle 37:14
musculoskelet...

  38:12
mute 45:1

————————
          N
————————
N 3:1
name 4:2 5:3,3,8
  11:11 22:17,23
  32:16 106:22
names 10:7 35:4
nasty 44:20
neck 34:7 35:21
  36:2,5,8 38:6
  38:12 39:5,11
  43:16,20,20
  50:9,21 55:19
  55:20,22 86:7
  86:10 88:3,4
  88:12,24 98:14
  98:15
need 5:22 6:19
  6:23 16:20
  36:24 38:23
  48:8 53:3
  56:17,22 58:12
  80:1 84:22
  95:5 104:10
needed 9:7
  56:24 63:19
  75:17 77:11
  79:17
needles 73:18
  76:8
needs 91:17
neurological
  86:4
neurologist 86:3
neurosurgery
  85:23 86:18
never 23:22
  81:18 88:14
  89:9 92:11
  95:8 97:19
new 43:20
nice 22:5 62:3
nicknames 10:7

night 52:11
  64:23 76:7
  103:23 104:2
night's 104:7
nine 52:12
noes 5:23
normal 67:14
  103:24
normally 100:2
North 11:1
  113:12
NORTHERN
  1:1 111:1
  112:1
NOTARY
  111:22
note 33:12,16
  37:24 40:16
  46:1 59:10
  84:10 85:15,21
  91:5 94:17
  95:14
notes 15:9 19:18
  19:21,24 20:1
  20:5 37:7
  49:15 55:16
  83:17 93:1
notice 1:11
notion 7:21
November 19:5
  20:13 21:7
  22:15 23:24
  65:23,24,24
  79:22 96:12,24
  96:24 98:9
  99:22 102:6,9
  103:10 104:16
  108:2 109:5
numb 60:23
  61:8,10,19
  62:15
number 10:13
  63:5 66:4
  74:19
numbers 13:17

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 123

numbness 62:2
nurse 25:7,8,9
  26:4 27:14
  32:13 33:1,17
  34:9,14 50:8
  50:16 56:20
  65:5 79:9,9,10
  80:2 94:8
  95:15,21
  107:20 109:12
nurses 35:2
nurses' 35:3,3
nursing 33:12
  33:16 80:3

**O**

oath 5:16
object 7:20 39:2
  39:7 99:15
Objection 57:8
  62:5 63:11
  71:16 72:14
  87:7,19 93:3
obligation 7:6
  93:12
observed 80:15
obtain 81:3
obtained 80:15
  102:20
obviously 8:5
  24:19
occasion 57:18
occurred 49:16
  98:10
occurrence
  65:17
October 12:24
  14:3 68:1,3,18
  69:14,19,23
  70:11 71:20
  94:8 103:10
  104:16
offer 76:11
  91:23
offered 73:20

76:12 77:17
  89:14,15 91:7
  97:8
office 2:7,13 8:7
  102:21 106:21
offices 106:24
Oh 14:4 16:21
  26:4 28:3
  37:13 41:10,22
  52:23 69:23
  71:4 108:24
Ohio 80:4,5
okay 5:10,13 6:1
  6:5,8 7:9,12,13
  8:5,8,10,13,19
  9:3,8,10,13,16
  9:21 10:5,9,12
  10:15,20,24
  11:2,5,8,11,15
  11:18,21 12:2
  12:4,8,11,14
  12:20,23 13:1
  13:5,9,14,17
  13:20 14:12,14
  14:17,23 15:2
  15:9,18,21
  16:5,11,23
  17:10,23 18:5
  18:10,21 19:9
  19:16,21 20:5
  20:9,17,23
  21:1,11,14,21
  21:23 22:2,6
  22:10,14,20
  23:2,5,12,16
  23:23 24:4,7
  24:20,23 25:2
  25:5,8,13,16
  25:20 26:1,19
  27:8,19 28:3,4
  28:24 29:4,15
  29:17 31:6,12
  31:23 32:2,13
  32:21 33:3,8,9
  33:11,15 34:3

34:6,12,21,21
  35:5,13,19,23
  36:7,13,16,19
  37:6,10,17
  38:1,11,19,21
  39:1,9,15,23
  40:5,8,13,24
  41:10,15,18,18
  41:22,23 42:3
  42:3,7,7,8,11
  42:16,20,23
  43:10,14,24
  44:22 45:12,24
  46:7,10,16,23
  47:5,8,14,19
  48:4,15,15,16
  48:16,21,24
  49:9,21 50:1,5
  50:16,24 51:5
  51:12,23 52:13
  52:24 53:5,8,9
  53:9,10 55:1,5
  55:8,11,15
  56:3,10,13
  58:7,15 59:6,8
  59:11,14,19
  60:5,6,14,15
  61:13 62:1,22
  63:9,23 64:2
  64:19 65:14
  66:5,8,17 67:3
  67:9,10,16,20
  68:2,5,10,12
  68:14,24 69:3
  69:5,5,5,7,9,9
  69:9,16,17
  70:6,14,16
  71:3 72:12
  73:6,11,20
  74:4,7,15 75:7
  75:10,10,18
  76:11 77:20
  78:9,15,23
  79:3,11,14,15
  79:20 80:2,6,9

80:24 81:8,12
  81:24 82:8,10
  82:17 83:7,11
  83:13,13,15,16
  83:18,19 84:3
  84:8 85:3,5,12
  85:14,14,16,20
  86:12 89:13,23
  90:9,10,16,18
  91:2,2,5,12,19
  91:24 92:7
  93:15,19,22,24
  94:9 95:3,9,14
  96:2,8,15 97:5
  97:14,24 98:2
  98:8 99:5,8
  101:6 102:11
  103:5 105:1,5
  105:9,14,20
  106:17 107:8
  107:11,22
  108:1 109:22
once 97:7,11
  98:23
one's 77:10
one-handed
  100:21
one-sheet 51:15
ongoing 17:11
open 24:19
  65:10
opinion 76:17
  106:19
opportunity
  17:6 72:19
  97:9
oppose 73:19
order 16:19
  109:24
ortho 49:17
  53:17 54:22
  55:7
orthopedic 44:9
  46:13,20 49:11
  56:22 58:12

72:20 74:2
  78:5,8 80:1
  89:4 101:22
  106:21
orthopedist
  45:23 55:14
  56:11 62:21
  73:2,5,22 76:9
  76:18 77:23
  78:1 89:21
  92:14 97:8
orthopedists
  44:12
ostentatious
  87:23
outpatient 33:12
  33:16 40:16
  47:23 52:21
  59:10 82:14,19
  85:8 90:19,20
outpatients
  68:16
output 74:23
overall 8:2
  20:14 97:14
overbroad
  72:14 84:12
overtalk 6:8
overwhelmed
  37:4

**P**

P 2:8
p.m 110:8
PA 40:16 45:19
  47:24 49:1,7
  52:22 53:13
  58:7 60:16
  63:6 65:14
  66:9 82:21
  84:9 85:9
  90:15 91:6
  92:7
pace 48:10
page 3:2,8 7:12

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 124

21:20,20 22:8
85:6
**pages** 42:5
**pain** 17:11,16
18:6 34:7,7
45:21 46:2,4
47:1,1 52:6
55:20,22 56:24
60:18 62:23
63:9,10,16,17
63:22 70:12,13
71:1 72:1,7,22
72:24 77:6,11
84:4 87:5 92:2
95:9,9,11,18
95:18 101:5
108:17,20
**painkiller** 71:15
**palpating** 36:8
**palpitating** 39:5
**palpitation**
39:11
**pant** 25:23,24
30:12,13
**paper** 20:2 51:7
51:16 57:18
87:1
**paramedic**
32:19
**paramedic's**
32:16
**paramedics**
32:12 34:13,17
36:3
**part** 10:5 26:16
**particularly**
73:18
**parties** 112:15
**partner** 102:21
**parts** 36:16 48:6
**patch** 60:20
**patient** 38:5
89:9 95:14
**Paul** 11:12,13
**peed** 61:12

**pelvic** 61:9,11
62:2,15
**pending** 13:15
**people** 32:4
98:24
**Perfect** 12:8
22:10 79:3
**perfectly** 45:3
74:11
**perform** 39:12
**period** 16:18
54:6 79:21
80:7
**person** 20:7
32:18 56:23
80:19 89:11
103:24
**personal** 8:21
19:18,21 112:9
**personnel** 96:13
**pertaining** 1:13
**Phone** 2:4,9,16
113:14
**physical** 29:24
30:2 31:13
35:24 38:16,18
39:6,12 47:4,9
47:10 51:1,2,3
51:20 52:2,6
57:3,4,7,15,16
57:17,19,22
58:2,3 63:6
70:17 80:6,10
80:12 81:6
82:21 86:17,20
86:22 97:24
**physician** 23:13
23:16,20 42:24
47:11 73:10
102:14
**physician's** 2:11
2:12,12 40:16
47:12,24 82:21
82:24
**piece** 51:16

**pieces** 20:1
**pinch** 88:17
**place** 65:13
76:23,23
**plaintiff** 1:4 2:6
33:13 36:7
45:10 111:4
**Plaintiff's** 37:18
**plan** 70:22
**play** 99:12
**please** 5:2,23
6:20,24 7:10
7:17,17 17:16
20:19 29:21
31:4 36:13
42:1,7 44:16
45:10 48:9,13
48:16,16 53:3
53:5,6 59:17
59:20 60:9
62:12 69:4,5,7
75:3,5 79:8
83:8,11,13
90:10 94:10,18
98:3,3 99:8
104:13
**point** 39:23 50:5
55:21 57:8
63:12,12 66:11
67:10 77:2,4
77:10 108:5
**pointed** 30:12
85:4
**points** 6:4
**poking** 76:8
**poorly** 19:1
**pop** 31:20,20
**popped** 50:14
**popping** 88:8
**positioning**
104:1
**positive** 27:17
40:7 66:4 80:4
80:5 83:24
87:2 96:14

**possibility** 93:17
**possible** 76:24
**possibly** 78:3
**Preber** 2:8 3:4,6
4:2,3,19 7:23
8:1 10:15,18
10:19 16:13,21
16:24 17:3,8,9
18:14,15 19:1
19:3 20:22
27:20,21 28:1
28:4,7,9 33:7
36:7,10 37:22
39:1,9,10
40:12 42:18
44:16,22 45:3
45:6,8,12,15
45:16 47:18
48:8 52:19
57:12,13 58:19
58:21,23 59:1
59:5,7,23
62:10,11 63:13
63:14 64:5,10
64:12 65:16
68:9 69:23
70:4,8,9 72:15
74:10,19 78:16
78:21 79:3,5
81:17,23 90:13
94:3,16 96:3,7
96:19,21,22
99:18 101:14
102:17,23
103:5,7 105:8
105:19,23
106:4 107:8,17
109:1,3,8,10
109:14,16,20
109:23 110:4
**Preber's** 107:24
**predate** 109:4
**prednisone** 9:5
**prefer** 77:22
**prepare** 19:10

**preparing** 5:20
**prescribe** 37:11
71:22
**prescribed** 9:6
47:11 51:1
60:20 63:10,16
89:24
**present** 7:4 84:5
89:7 91:6
**presented**
107:18
**pressed** 104:6
**pretty** 17:3
24:21 36:8
79:22 84:17
**prevented** 106:9
**previous** 86:5
**previously** 22:5
53:6 53:10
55:4 93:19
**primary** 15:21
15:22
**prior** 13:10 14:7
14:23 16:8
17:10 18:22
19:4,13 22:14
23:3,4,6,9,12
23:24 25:5,10
57:14 62:8
89:13 91:14
106:20 107:20
108:2
**privacy** 24:18
**privy** 43:17
**probably** 28:6
43:22 76:6
91:8
**problem** 23:8
41:3 53:4
66:14 72:6
78:20
**Procedure** 1:12
**procedures**
86:15,23
**proceed** 48:15

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 125

78:5
proceeding 7:5
process 26:6
product 100:16
professional
  89:8 92:12
  101:7 102:2
professionals
  27:16
professor 88:1
progressed 66:6
progressing
  63:2
prolong 97:9
promised 58:13
promises 97:20
prone 106:11
pronouncing
  5:8
proper 92:13
pros 72:3
protective 16:19
provided 80:18
  105:16 109:3
  111:15
provider 15:22
psychological
  98:6
PUBLIC 111:22
published 20:21
  33:6 37:21
  40:11 47:17
  52:18 59:4
  68:8 74:9
  81:22 90:12
  94:2
pulled 30:12
  50:14
pulling 84:24
pursuant 1:10
  1:11
pursuing 11:23
pushed 26:24
  31:1 54:2
pushing 26:9

pushups 108:9
put 18:2 26:3,21
  27:10 29:1
  34:6,9 36:3,4
  37:2,7 46:3
  50:9,15 55:16
  63:5 65:12
  66:3 97:21
  100:21 108:16
puts 38:14 56:5
putting 29:3
  62:4

**Q**
quality 98:20
  99:9
question 6:7,13
  6:21,22 17:3
  18:24 38:22
  39:3,8 45:10
  64:3 65:23
  70:6,10 79:2
  84:12 87:19
  99:15
question's 71:16
questions 5:15
  5:16 7:10,15
  8:3,20 9:19
  23:5 72:20
  87:17 88:9
  98:3,5 101:7
  105:24 107:10
  107:13,23
quick 27:1 96:4
  96:5,10 109:8
  109:8
quite 21:17
quote-unquote
  48:6

**R**
rack 100:21
racks 100:19
raise 63:23
  108:19

RANDALL 2:2
range 38:13
re- 42:8
re-ask 18:24
  96:18
reached 50:11
  65:10
react 44:6 45:20
read 38:23,24
  41:3,23 43:2
  45:10,11 48:18
  80:17 83:5
  84:13,22 94:13
  109:22 111:10
reader 41:15
reading 85:20
  95:4
ready 26:9
real 96:10
realize 43:21
  60:24 98:24
realized 61:17
really 6:9 8:21
  27:1 28:3 31:1
  41:20 45:18
  53:23 61:14
  67:14 73:10,19
  87:10 92:5
  96:5 98:13
  100:17 109:8
reason 6:24 34:9
  37:6 49:1
  55:15 78:9
  88:2 92:23
  101:19 109:11
recall 15:16
  17:20 19:8
  22:18 23:3,15
  23:18 25:4,14
  29:3 30:2
  31:15 32:4,11
  32:15 35:3,4
  37:13,15 38:10
  38:18 39:18
  43:6 47:13

49:14 50:18
  55:18 56:6
  62:16 66:10,15
  67:12,12,21
  75:20 84:7,8
  84:16,16 85:17
  87:10 88:19
  91:10 92:4
  95:12
recalled 65:4
receive 76:13
  97:2,11,13
received 76:22
  97:1,11
receptive 44:4
  47:6 87:16
recheck 102:18
recognize 21:8
recollection
  60:6
recommend
  49:9
recommendat...
  107:5
recommendat...
  73:23
recommended
  104:11,17
record 4:5 5:4
  5:20 6:13 10:9
  10:16,17,18
  27:23 34:10
  36:7 38:24
  39:7 45:11
  58:17 62:9
  79:1 87:7
  102:20,24
  103:4 105:15
  109:19 111:13
records 19:19
  19:20 37:9
  80:15,18,23
  81:2,3 87:11
  95:16,23
  102:19

recovered 15:7
rectified 101:21
redirect 3:6
  109:8,9
redirects 106:2
reduced 112:9
refer 67:8 72:20
  78:1,7
reference 34:8
  39:24
referral 46:15
referred 43:15
  66:23 106:21
  107:2
referring 67:6,7
reflect 4:5 87:11
reflected 84:9
reflects 105:15
refresh 42:21
  48:22 53:10
  60:6 69:10
  75:11 91:3
  94:12
refuse 76:15
refused 90:2
regard 84:5
  105:17
region 62:2
regular 104:2
rehab 68:16
  74:23
related 5:15
relative 112:14
  112:16
relax 29:21 31:9
  31:11 65:5,6,6
  65:6
relaxer 37:14
relaxing 50:12
release 14:4
  79:23
released 14:2
  90:7 103:19
relevant 79:21
relief 97:12,13

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 126

| | | | | |
|---|---|---|---|---|
| 105:10 | 78:17 81:16 | **revenue** 100:12 | 74:1,22 78:4,7 | **saying** 27:12,14 |
| **relieve** 91:15 | 109:24 112:5 | **reverberating** | 78:15 79:6 | 27:15 28:15 |
| **reloc-** 64:19 | 113:4 | 44:23 | 81:13,20,24 | 29:19,20,22 |
| **relocated** 50:17 | **reports** 56:5 | **reverberation** | 82:8 83:7,16 | 30:6,8,21 31:8 |
| **remember** | **represcribed** | 45:18 | 84:8 85:13 | 31:10 32:22 |
| 13:17 16:1 | 86:17 | **review** 19:13 | 90:9 92:22 | 33:21 34:15 |
| 19:16 25:6,9 | **represent** 4:7 | 105:23 | 93:22 94:14 | 36:11 38:16 |
| 25:22 26:15,21 | 33:12 37:23 | **reviewed** 19:17 | 95:2 96:8 98:8 | 49:14 50:10,20 |
| 28:22 30:3 | 47:22 52:20 | 43:6 81:5 | 99:8 102:12,15 | 54:15,16 92:3 |
| 31:7,10,12 | 59:9 68:15 | 84:21 | 103:12 104:23 | **says** 92:5 95:16 |
| 32:21,24 34:3 | 74:22 82:18 | **reviewing** 43:6 | 105:5,20 106:5 | **scale** 52:7 |
| 35:1 38:8 | 85:7 94:5 | 84:16 | 107:8 109:23 | **scan** 94:24,24 |
| 39:16 40:5,22 | **representing** | **rhack@lockel-** | **RIGHTS/TO...** | **scenario** 88:2 |
| 40:24 42:24 | 40:15 74:16 | 2:5 | 2:7 | **schedule** 44:8 |
| 44:7 50:9 | **represents** 4:9 | **Richard** 2:8,15 | **rivers** 88:5 | 55:7 86:8 |
| 52:23 53:19 | **request** 57:1 | **right** 5:1 7:9,14 | **RN** 94:8 | 88:20 90:2 |
| 60:15 66:9,19 | 77:3 83:23 | 7:19 8:2,13,19 | **room** 8:6,11 | 106:15 |
| 66:19,24 70:16 | 84:2 87:12 | 8:24 9:14,21 | 24:9,12,15,16 | **scheduled** 82:24 |
| 70:21 75:13,23 | 92:1 94:6,21 | 10:5 11:8,18 | 24:21 25:2,6 | 83:2 86:6 |
| 77:20 83:19 | 95:24 97:20 | 11:21 12:8,9 | 27:17 31:24 | 88:21,23 106:6 |
| 84:6 85:22 | 101:22 | 12:14,17 13:9 | 32:2 34:22,24 | **scheduling** |
| 90:4 91:6 92:7 | **requested** 38:24 | 13:15,24 14:7 | 53:20 65:9 | 54:22 58:13 |
| 95:20 96:20 | 45:11 86:8,12 | 14:23 15:11 | **rotary** 101:13 | **school** 11:22 |
| 101:10 | 87:11 | 18:8,10 19:9 | **roughly** 10:22 | 12:6,7 80:3 |
| **rent** 11:2,4 | **requesting** 84:4 | 20:8,17 21:21 | 14:1 15:4 18:8 | **schooling** 11:22 |
| **repeat** 82:4 | **requests** 77:8,13 | 22:7,14 23:23 | 65:19 66:2 | **screen** 8:16 |
| 104:13 | **require** 99:3 | 24:16 25:23,24 | 67:21 | 20:18,23 33:3 |
| **rephrase** 7:11 | **requires** 84:13 | 28:5,10,12,13 | **rules** 1:11 4:21 | 33:8 37:17 |
| 45:13,17 99:19 | **research** 73:15 | 28:14 30:12 | **running** 27:16 | 40:8 45:24 |
| **replacement** | 73:24 | 34:12 36:13 | 101:4 | 47:15,19 48:2 |
| 56:17 99:3 | **reservation** | 37:19 38:3 | | 52:15 59:2 |
| 101:20 104:19 | 109:21 | 39:15,19 40:8 | **─────────** | 68:10 74:11 |
| 106:6 107:4 | **reserved** 113:2 | 41:6 42:4,23 | **S** | 81:24 90:16,22 |
| **replied** 32:8 | **resolving** 46:2 | 44:13 45:12 | | 102:22 |
| 73:3 | **resorted** 101:3 | 46:10 47:8,14 | **S** 3:7 | **screw** 20:18 |
| **reply** 86:14 | **respond** 77:7 | 47:19 48:9,24 | **S-H-A-N-E** 5:5 | **scroll** 21:9 22:7 |
| 88:16 | **response** 72:5 | 50:24 52:13,15 | **S-I-M-S** 23:14 | 41:7 48:4,10 |
| **report** 43:3 | 102:1 | 53:7 54:19 | **sat** 54:5 | 59:15,16 68:23 |
| 75:22 84:23 | **rest** 108:22 | 57:14 58:18 | **saw** 20:3,3,3,7 | 71:9 74:24 |
| 92:6 | **restate** 39:9 | 59:8 60:15 | 33:2,2 35:6 | 83:8,16 85:11 |
| **reported** 112:8 | **result** 102:3,6 | 62:22 63:20 | 47:11 49:22 | 90:24 94:10 |
| **reporter** 1:15 | **results** 39:17 | 65:11 66:8 | 50:23 67:13,17 | **scrolling** 21:18 |
| 5:18 6:14 | 75:16 76:5 | 67:16,21 68:5 | 67:18,22 69:19 | 71:8 |
| 10:15 45:9 | **retracted** 54:3 | 68:12,17,19,21 | 75:22 82:2,7 | **seasons** 67:24 |
| 59:21 74:18 | **returned** 36:23 | 69:10 71:3 | 83:23 89:3 | **seated** 101:3 |
| | | | 90:15 103:9 | |
| | | | 106:23 | |

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 127

second 14:4
  27:19 28:16
  33:4 41:22
  44:16 48:19
  58:16 60:3
  61:6 64:22
  72:16 74:6
  81:15 89:5
  106:18
section 42:12
sections 91:1
security 10:13
  24:19
see 4:8 5:17
  20:23 21:1
  32:5 33:8,9,19
  34:8 38:2
  40:13,14 41:3
  44:14 45:24
  47:19 48:1,17
  53:2 54:20,24
  55:6,14 56:11
  56:19,22 57:17
  58:12,14 59:6
  59:7 62:20
  67:24 68:10,11
  73:5,23 74:11
  74:21 75:16,17
  77:22 80:1,8
  81:24 83:4
  84:2,20 85:1
  86:6 89:21
  90:14,16,21
  92:5,13 100:17
  105:24 106:13
  106:13
seeing 25:4 73:1
  89:4
seek 17:12
seen 37:9 40:6
  49:11,17 53:16
  56:13,16 74:2
  78:5 83:21
  96:12 101:22
  103:1

self-employed
  100:11
semester 104:8
send 36:14
  80:20,21,21
sensations 88:6
sense 51:4 69:16
sent 37:11 39:20
  97:7 102:17,21
series 5:14 106:8
serious 99:2
seriously 78:12
service 83:23
  94:6,21
session 25:18
sessions 51:2,3
set 28:2 46:12
  100:18,19
setting 51:4
seven 40:7 52:12
shaking 5:24
Shane 1:3,9 3:3
  4:14 5:5 72:17
  111:3,9,18
  112:6 113:1
share 20:19 33:3
  37:17 40:8
  47:14 52:15
  74:4
sharing 59:2
sharp 55:22
sheet 51:7 57:18
  87:1
sheets 111:15
SHERIFF 1:6
  111:6
shirts 108:16
shlep 100:18
short 28:8 96:6
  106:3
short-lived 46:6
Shorthand 1:14
  112:5 113:3
shot 71:14,23
  73:11,14,17

76:12,13,15,24
77:1,6,6,12,17
78:1,6,8 87:4,4
89:16,22 90:3
90:6 97:1,2,6,8
97:11 103:11
shots 87:12
shoulder 16:17
  27:11,12,12,13
  29:8,10,13,15
  29:19,19 30:4
  30:6,6 31:8,8
  31:17,19,19,21
  34:8,16 35:22
  36:20,24 37:8
  40:1 43:4 44:2
  45:20 46:2,7
  49:6,23 50:2,6
  50:11,11,17
  51:23 52:7
  55:9,17,19,20
  55:23 56:1,7
  56:17 62:19,23
  63:3,24 64:16
  64:20 65:20
  66:2,14 70:15
  70:19,22 75:21
  79:18 80:7,10
  80:13 84:6
  85:4 86:2,9,11
  88:3,11,20,24
  90:1 91:21
  93:17,20 97:18
  98:12,17 99:3
  99:6,10,23
  100:8 101:5,8
  101:18,20
  103:13,18,22
  104:4,19 106:6
  107:3 108:2,6
  108:23
shoulder's 88:2
shoulders 64:8
show 21:19
showed 35:5

shower 100:2
showers 108:19
showing 21:3
  71:6 93:22
shows 100:18,20
sic 16:4 37:18
  101:13
side 9:10 26:20
  27:2,7 65:1
  100:23
sign 109:22
signature 22:8,9
  109:21 113:1,3
signed 68:20
  69:24
significantly
  108:3
simple 92:20
Sims 2:12 23:13
  47:24 49:1,7
sir 5:2,11 8:6 9:1
  9:11 10:9,20
  11:9,15,24
  12:15,23 13:21
  14:6 15:12
  16:13 17:8,10
  18:10 19:17
  20:23 21:3,8
  21:12 22:7,8
  22:14 24:5
  27:21 34:12
  36:11,13 37:18
  38:3 39:11,19
  41:2 42:6,21
  48:22,24 52:13
  53:1,10 54:13
  57:14 59:2,15
  60:7,10,15
  68:10,22 69:10
  69:17 70:4
  74:12 75:1,12
  78:15 81:12,24
  82:1 83:4,7,17
  83:19 85:11,15
  90:15,21 91:3

91:6 94:10,19
  94:22 97:14
  102:12 105:5
  109:11
sister 79:8,10
  80:2,19 81:3
  101:24
sister's 56:20
sister-in-law
  79:9
sit 58:16 61:3,4
  61:17
sits 24:17
sitting 101:19
situation 56:16
six 44:13 46:18
skip 49:19
skipped 21:17
sleep 64:23 65:1
  65:2 103:24
  104:2,2,5,7,10
sleeping 64:23
  76:7
slipped 43:15
slips 97:20
slow 41:19 75:3
slowly 41:9 53:1
  59:16 68:23
  83:8 85:11
small 24:12 61:2
  61:18 110:2
smoke 14:12
Social 10:12
somebody 32:21
someone's 76:8
soon 53:18
  54:21 55:6
sorry 14:18 15:9
  18:12,24 28:10
  33:13 38:22,23
  44:4 54:3
  59:13 62:13
  67:20 71:19
  74:18 80:11
  82:3,4 94:4

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 128

**sort** 16:14 29:24
  63:6 70:16
  71:14 87:4
  105:10
**sought** 106:18
**sound** 44:18,23
  95:10,12
**sounds** 82:8
  98:2
**South** 2:3 8:9
**span** 74:3
**speak** 17:6
**specialist** 49:11
  57:1 107:3
**specialty** 81:10
**specific** 14:20
  21:21 44:1
  55:1
**specifically** 55:8
  58:10 63:1
  67:1 98:8
  107:3
**specifics** 66:20
**specified** 112:12
**sped** 110:5
**spell** 5:3 16:3
**spent** 107:6
**spouse's** 11:11
**Springfield**
  80:22
**spur** 76:1
**spurs** 66:23
  75:24
**SS** 112:2
**staff** 18:23 19:6
  19:7 24:16
  31:24 32:16
**stage** 67:15
**stages** 101:21
**stand** 32:9
**stands** 95:7
**start** 6:7 8:3
  20:11 45:13
  47:9 73:4
  84:14,14 85:6

**started** 17:24
**starting** 5:2
  41:12
**state** 5:2 91:24
  111:9 112:2
  113:4
**State's** 2:7,13
  4:3 107:17
**stated** 50:2 56:8
  79:11,16 99:15
**statement** 13:3
**statements**
  95:20
**States** 1:1,12
  111:1 112:1
**status** 46:3
**stay** 29:21 30:7
  30:7 31:4 45:1
**stayed** 50:22
**staying** 105:12
**steady** 94:14
**steel** 61:3,18
**stenographica...**
  112:8
**stomach** 65:1
  88:17
**stools** 61:2,18
**stop** 41:22 42:1
  42:7,12,14
  48:6,7,8,9,13
  48:16,16 53:3
  53:5,9 59:16
  59:17 69:1,5,7
  75:4,5,5,8 83:9
  83:11,13 85:13
  91:1 94:11
**stores** 100:17
**straight** 77:24
  78:7
**strain** 100:8
**streams** 88:5
**Street** 11:1
  113:12
**stretcher** 32:12
  65:7

**Strike** 14:18
  39:23 44:4
  57:5 71:12
  80:11
**Stroger** 67:13
  97:2 99:2
**stronger** 84:4
**struggled** 10:2
**stuck** 33:1
**student** 88:1
**stuff** 21:2 43:23
  59:18 60:21
  67:2 88:4
**submitted** 83:22
  94:20,21 95:24
  96:1
**SUBSCRIBED**
  111:19
**subsequent**
  102:24 103:17
**subsided** 63:9
  98:14
**substantially**
  98:14
**suffering** 92:19
**suggest** 46:23
**suggested** 47:3
**suit** 96:11,16
**Suite** 2:3 113:13
**support** 11:19
**supposed** 58:2
  108:7
**sure** 4:24 6:11
  7:11 18:3 19:8
  23:18 24:11
  31:2 32:19
  34:18 40:3
  44:14 47:2
  50:22 59:21
  60:19,20 77:15
  78:4,19,24
  83:22 84:1,17
  92:5 93:11
  97:3 98:4,15
  105:22

**surgeries** 103:17
**surgery** 14:24
  15:2,15 73:20
  73:21 86:2
  92:8,10,15,16
  92:17,20,21
  99:3 101:20
  104:19,19
  106:6,8,9,10
  106:15 107:4
**surgical** 85:24
**surprised** 49:10
**swelling** 38:13
  38:13,15 63:3
**switched** 92:1
**sworn** 4:1,12,16
  111:19 112:7
**sympathetic**
  54:11
**Systems** 82:19

---

**T**

**T** 3:7
**T-R-A-M-M-...**
  23:17
**table** 24:12,23
  25:3,21 26:7
  26:10,20 27:2
  28:18 31:1
  107:21
**take** 6:22,23 9:7
  9:14 28:1
  44:13 46:17,18
  46:21 51:7
  52:3 53:20
  58:19 77:6
  78:4,17 89:22
  96:3 105:20
  108:19 110:2,2
  110:3
**taken** 1:10,13
  5:11 9:8 19:19
  34:22 54:20
  98:21,21
  112:11

**talk** 6:18 8:15
  11:21 12:11
  13:23 20:9
  22:20 43:8
  44:1 49:1
  53:13 55:8
  73:15 89:13
**talked** 35:1 55:3
  60:16 72:9
  89:6
**talking** 12:9
  39:18 43:1
  56:18
**talks** 38:6 95:9
**tall** 10:20
**tattoos** 12:15
**tear** 27:11
**tell** 7:7 35:6,10
  41:12 44:11
  46:17 77:1
  88:22 102:4
**telling** 30:3
  50:12 56:21
  65:5 75:23
  79:17 80:1
  81:7 93:14
  99:1
**temporary** 72:5
  73:1 89:18
**ten-minute** 28:1
**tend** 65:1
**tender** 107:9
**tenderness**
  38:14
**tends** 45:7
**terribly** 70:2
**testified** 4:16
  13:6
**testify** 112:7
**testifying** 7:6
**testimony** 62:9
  111:10,13
**text** 59:17
**texting** 8:16
**thank** 14:6 17:7

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 129

41:24 42:7,17
45:6,8 48:15
48:16 52:13
53:4,8,11
58:22 59:19
60:5,11 69:12
70:7 81:12
85:14 94:14,15
96:5 107:11
109:7,14,17
**therapist** 52:2
57:17
**therapy** 47:4,9
47:10 51:1,2,3
51:20 52:6
57:3,4,7,15,16
57:19,22 58:2
58:3 86:17,22
101:1
**Theresa** 2:11
68:20
**thing** 6:2,15,16
6:20 25:22
32:11 53:19
59:24 65:7
**things** 4:24 20:2
43:2 46:23
60:21 72:10
75:22 85:4
100:1 101:12
107:7 108:11
**think** 13:5 14:16
21:17 22:18
25:4 26:8
27:17,18 34:5
35:16 37:13
44:22,23 53:22
53:23 59:22
60:19 69:20
75:24 78:12,12
81:16 86:24
87:2 102:17
107:8 109:20
**thinking** 76:4
90:7

**THOMAS** 1:6
111:6
**thought** 17:5
42:10 59:22
66:13 69:22
70:21 71:6
73:7 87:5 90:7
101:15
**thoughts** 73:6
**three** 58:2,4,11
66:18 90:5
**threw** 53:24
54:15,16
**tier** 24:2 39:21
51:7
**tight** 58:16
**time** 4:11 5:22
6:19 11:23
13:13 16:19
18:8 20:2
29:11,18 31:13
34:18,20 39:24
40:6 43:18
46:7,17,22,24
48:5,11 50:7
50:22 51:8
52:3,4,4,9 53:2
54:6 55:12,21
56:1,18 57:4,6
57:9,19 62:22
62:24 63:4,12
63:12,15 64:22
65:8 66:6
67:22 68:5,22
70:24 71:14
72:10,19 73:12
73:14,20 75:1
76:14,15 77:8
77:20 79:13,20
79:21 80:7
81:5,14 82:6
83:8,21,23
84:7,18,19
86:5,8,10 87:3
87:10 89:1,23

90:6,14 91:1
96:11,15 97:3
99:4 103:9
104:3,23 107:6
110:4 112:11
**times** 51:15
52:12 57:2
58:12 65:19
66:2 101:23
**timing** 47:13
**tiny** 24:21
**today** 8:6
**today's** 19:10,14
**told** 31:16,17
34:14 35:9,21
36:20 44:6
51:14 52:2
58:10,12,14
65:11 66:8
67:13 73:14
76:19,20,24
77:22,24 78:7
86:5 88:22
89:4,15 93:18
**Toledo** 80:4
**top** 41:12 69:13
83:17 94:18
**torn** 101:13
**toss** 65:1
**trade** 100:18,20
**traditional** 51:4
**Trammell** 2:12
23:17 40:17
42:24 45:19
52:21 53:13
58:7 59:10
60:16 62:18
63:6 65:14,21
66:9,21 67:17
**transcript** 5:21
6:1 57:9 110:1
111:10,12
**trauma** 38:6
**treat** 16:20
49:22 71:11

78:10
**treated** 16:18
24:6 25:15
50:1,4 79:23
93:6 97:16
102:12
**treater** 40:6
**treating** 71:1
78:13 102:14
103:12
**treatment** 15:19
15:23 17:12
49:4 58:1
71:14 89:14
104:12,17
**tried** 31:3 64:23
**true** 22:11 91:13
95:22 111:12
**truly** 58:18
**truth** 7:7 112:7
**truthful** 9:19
**try** 6:9 18:2 47:3
47:7 48:5,10
59:17 78:1,21
91:23
**trying** 30:17
41:3 54:9
104:3
**tune** 89:5
**turn** 55:21 65:2
**two** 37:14 51:14
51:16 58:5
87:16 97:18
98:22 100:7
104:3
**type** 91:9
**typewriting**
112:9

**U**
**Uh-huh** 11:14
18:9 32:6
40:18 42:2
52:14 53:9
58:23 69:6,8

71:3 75:5,6
82:13 83:14
**uh-huh's** 5:24
**Umm** 15:13
**unclear** 71:16
72:14 87:20
**uncomfortable**
104:7
**undergone**
15:18
**understand** 7:3
7:7,8,9,17 8:13
8:18 17:4
103:1
**understanding**
7:16 90:4
101:16
**understood** 7:23
73:19
**United** 1:1,12
111:1 112:1
**unqualified**
78:10
**unreasonable**
78:11
**unrelated** 16:16
61:1,20
**updated** 102:19
**upper** 17:17
**upset** 54:14,15
54:17,19
**urination** 62:3
**use** 28:4 108:13
**usually** 24:18
100:19

**V**
**v** 4:7
**Vaguely** 19:15
**variety** 43:2
**verbatim** 22:3
32:24
**versa** 6:8
**vice** 6:8
**videoconference**

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 130

1:14 2:1 4:16
111:11 112:11
**view** 108:5
**visit** 40:21,22
42:4 49:2,3
60:18,19 61:15
74:5 82:11,14
83:19,20 84:17
84:18 85:7
86:24 103:2
**voice** 19:5 32:5
45:1,7 49:13
65:6
**vs** 1:5 111:5

**W**

**Wacker** 2:3 8:9
**wait** 14:4 44:12
49:14 110:1
**waiting** 34:19
46:24
**walk** 26:14
28:17
**walked** 37:3
53:20 54:14
**walking** 24:13
**want** 4:4,20,23
6:11,16 7:2
11:21 13:23
19:12 28:13,17
41:5 42:14
43:24 48:7
49:19 56:10,19
59:16,21 64:3
71:5 77:9,14
83:9 92:9,14
96:4 105:20,21
109:24
**wanted** 56:11
61:23 70:24
72:21,22 73:13
73:15,16 76:17
76:18 77:12
78:5 103:3
105:4

**wasn't** 30:17
50:4 52:1,5
58:11 73:9
78:3 97:9,16
97:17
**water** 63:4
**way** 8:22 10:6
29:14 31:5
61:18 62:3
65:2,8 78:13
79:23 93:6
**ways** 91:9 98:19
**We'll** 27:19
41:23 58:19
109:22
**we're** 6:10 7:11
8:5 19:4 20:9
20:10,12 28:16
37:19 45:17
56:18 68:5
81:13,18 95:1
**week** 51:15 58:3
58:4,5 106:14
**weigh** 10:22
**weight** 88:12
100:5,7
**weights** 99:13
**weird** 98:2
**Weiss** 106:23
**welcome** 42:18
109:15
**went** 25:22
43:21 50:10
61:10,10 72:3
80:3 86:24
**whatsoever** 6:24
21:15
**wholesale**
100:15
**willing** 47:7
**wish** 42:12
73:11,21 75:3
**wished** 70:23
**witness** 3:2 4:1
4:15 30:20

39:3 41:21
42:15,19 48:12
60:2 62:6 70:5
71:17 72:18
74:20 75:9
78:20,24 84:15
87:9,22 93:5
107:11 109:15
113:1,3
**witness's** 62:8
**witnessed** 32:13
**woken** 104:3
**wondering**
30:24
**wording** 21:16
51:17
**work** 72:1 91:21
108:6,6
**worked** 81:4
**working** 58:11
84:5
**workout** 108:13
**worries** 18:5
22:6 28:7
41:11,14 48:20
58:21 70:8
**worse** 52:5 58:6
**wouldn't** 56:16
62:7 73:18
92:14
**Wow** 101:12
**write** 20:3 21:14
21:23 22:3
**written** 5:20
20:1 22:5
105:12
**wrong** 65:2
78:13 79:8
**wrote** 21:16
22:4 101:24,24

**X**

**X** 3:1,7
**X-ray** 37:10
39:17 43:7,8

43:11 84:16,20
**X-rays** 36:15,24
39:15 66:12

**Y**

**Y-A-N** 22:17
**Y-U** 22:17
**Yan** 2:11 22:16
37:24
**yeah** 15:15 17:5
18:2,9 24:11
24:20,22 26:8
26:19 28:1,4,7
32:20,23 36:4
38:1 41:3,10
41:11,19 43:5
43:19 44:8,24
46:14 53:12
56:9 60:4
61:12 62:20
67:16 70:7
71:4 79:13,24
82:8 86:3
102:23 104:24
105:15 108:24
**year** 11:7 16:7,8
16:9 17:20
68:3 74:3
98:22 103:10
104:17
**years** 17:15,21
80:8 97:18
98:22 101:1
**Yep** 41:7 42:3
53:7 69:17
82:6 83:12
**yeses** 5:23
**Yu** 2:11 22:16
22:16,17 35:4
35:6,6 36:19
37:1,6,11,11
37:24 38:6,8
38:11 39:12,16
49:22 50:17,22

**Z**

**Zoom** 6:10
30:18

**0**

**084-004606**
113:16

**1**

**1** 3:9 20:20 52:7
**1/29/2019** 87:16
**10** 3:18 52:8
81:15,16,19,20
81:21 82:16
85:6
**10-** 78:18
**10:38** 1:15
112:13
**10:39** 4:11
**107** 3:5
**109** 3:6
**11** 3:19 81:15
90:11,19
**11/13/2017**
33:17 38:2
**11/29/17** 40:19
**111** 2:3 8:9
**12** 3:20 94:1,4,5
**12/12/2018**
82:23 83:1
**12/14/2018** 82:3
**12/4/2018** 82:3,7
**12:40** 78:22
**13th** 19:5 20:13
22:15 23:24
66:1 79:22
98:9 99:22
102:6,9 108:2
109:5
**14th** 21:7
**15-minute** 78:18
**161** 113:12
**18th** 10:11
**19** 1:5 4:7 5:15
21:5 22:8

Royal Reporting Services, Inc.
312.361.8851

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 131

| | | |
|---|---|---|
| 96:10 111:5 | 62:24 65:15 | **7** |
| **190** 10:23 | 68:18 69:19,22 | **7** 3:15 59:3,22 |
| **1972** 10:11 | 69:23 70:11 | 59:23,24 |
| | 71:20 | **7/24/2019** 90:15 |
| **2** | | 90:21 |
| **2** 3:10 26:11 | **3** | **74** 3:17 |
| 33:5,14 | **3** 3:11 26:11 | **7509** 1:5 4:7 |
| **2:24** 110:8 | 37:19,20 | 5:15 21:5 |
| **20** 3:9 96:9 | **30-second** 58:19 | 111:5 |
| **2000** 12:24 | **3050** 113:13 | **7th** 59:12,13 |
| **2005** 18:4 | **30th** 48:1 | 60:13,17 65:22 |
| **2011** 15:5,6 | **312.361.8851** | 66:2 |
| **2017** 14:3 19:5 | 113:14 | |
| 20:13 22:15 | **312.443.0700** | **8** |
| 23:24 65:24 | 2:4 | **8** 3:16 68:6,7,13 |
| 79:22 94:8 | **312.603.3374** | 74:14 |
| 98:9 99:22 | 2:9 | **81** 3:18 |
| 102:7,10 | **312.603.5054** | |
| 107:20 109:5 | 2:16 | **9** |
| **2018** 48:1 52:24 | **33** 3:10 | **9** 3:17 10:21 |
| 53:14 57:14 | **37** 3:11 | 74:8,18,19,22 |
| 58:8 59:13 | **3rd** 113:4 | **90** 3:19 |
| 60:13,17 62:24 | | **94** 3:20 |
| 65:15,22 66:2 | **4** | **9th** 69:14,21 |
| 68:3,4,18 | **4** 3:4,12 40:9,10 | 70:1 |
| 69:15,19,23 | **40** 3:12 | |
| 70:11 71:20 | **4100** 2:3 | |
| 74:24 77:16 | **47** 3:13 | |
| **2019** 21:7 85:10 | **4th** 74:24 77:16 | |
| 96:12,24 | | |
| **2020** 14:3 | **5** | |
| **2023** 1:16 | **5** 3:13 10:21 | |
| 111:12,20 | 47:16,22 | |
| 112:13 113:5 | **500** 2:8,15 | |
| **21** 104:22 | **52** 3:14 | |
| **22** 14:5 | **5648** 11:1 | |
| **24** 14:5 | **59** 3:15 | |
| **24th** 96:9 | | |
| **25th** 94:8 | **6** | |
| **27th** 1:16 111:11 | **6** 3:14 52:16,17 | |
| 112:13 | 59:9,22 85:6 | |
| **29** 22:8 85:10 | **60601** 113:13 | |
| **29th** 20:6 | **60602** 2:9,15 | |
| **2nd** 52:24 53:14 | **60606** 2:4 | |
| 57:14 58:8 | **68** 3:16 | |