UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Shane Edward Limbacher, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | 19 CV 7509 |
| | ) | |
| vs. | ) | Honorable John J. Tharp |
| | ) | |
| Sheriff Thomas Dart, et al. | ) | Jury Trial Demanded |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR EXTENSION
OF TIME TO FILE RESPONSE AND REPLY**

NOW COMES Defendant Physician Assistant Trammell, by and through his attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky LLC, Defendants Dr. Yu, Physician Assistant Sims, Physician Assistant Davis, and Dr. McCarthy, by and through Kimberly Foxx, Cook County States Attorney, and Plaintiff, Shane Limbacher, by and through Brian Hays, of Locke Lord LLP, pursuant to Fed. R. Civ. P. 6(b), and for the parties' Agreed Motion for Extension of Time to File Response and Reply to Defendants' Motion for Summary Judgment, states as follows:

1. Counsel for Defendant Trammell communicated the details and terms of this Motion for Extension of Time to counsel for all other parties on October 16, 2023, and received acquiescence to the same from all parties.

2. On October 13, 2023, Defendants filed their Motion for Summary Judgment with the Court. (ECF Nos. 114-15.)

3. Thereafter, on October 16, 2023, this Court issued an order laying out a briefing schedule as follows: Plaintiff's Response in Opposition to Defendant's Motion due on or before November 17, 2023; and Defendant's Reply in Support due on or before December 8, 2023. (ECF No. 116.)

4. Defendants now requests a 10 (ten) day extension, until December 18, 2023, to file their Reply in Support of their Motion for Summary Judgment.

5. Pursuant to agreement of the parties, Defendants also request a 10 (ten) day extension for Plaintiff to file their Response in Opposition to Defendants' Motion, until November 27, 2023.

6. The current deadline for Defendant's brief falls during a period in which one of the Counsels for Defendant Trammell will be out of town on his Honeymoon.

7. Under Rule 6(b), this Court may, for good cause, extend the time "[w]hen an act may or must be done." Fed. R. Civ. P. 6(b).

8. Not granting an extension of time would prejudice Defendant because the current December 8, 2023, deadline for submission will not allow sufficient time to properly prepare and submit Defendants' brief in light of the circumstances described.

9. Granting an extension of time will not prejudice any party and this motion is not brought for undue delay or any improper purpose.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order as follows:

1. Defendants' Agreed Motion for Extension of Time is granted;
2. Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment shall be filed by November 27, 2023; and
3. Defendants' Reply in Support of their Motion for Summary Judgment shall be filed by December 18, 2023.

    Respectfully Submitted,

    **Defendant Trammell**

By:    */s/ Jason E. DeVore*
       Jason E. DeVore, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com

zstillman@devoreradunsky.com

**Defendants Dr. Yu, Physician Assistant Sims, Physician Assistant Davis, and Dr. McCarthy**

*/s/Alexander Preber*_____

**Plaintiff Shane Limbacher**

*/s/Randall Hack*_____

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that this **Agreed Motion for Extension of Time for Response and Reply** was filed on October 16, 2023, with the Northern District of Illinois ECF System, serving a copy to all parties.

*/s/Zachary Stillman*____
Zachary Stillman