## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Shane Edward Limbacher
                              Plaintiff,

v.                                          Case No.: 1:19−cv−07509
                                            Honorable John J. Tharp Jr.

Thomas J. Dart, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 17, 2023:

MINUTE entry before the Honorable John J. Tharp, Jr: The parties' agreed motion for extension of time to file response and reply [117] is granted. The plaintiff's response is due by 11/27/23; the defendants' reply is due by 12/18/23. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.