### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Shane Edward Limbacher, | ) |
| | ) |
| Plaintiff, | ) Case No. 19-cv-07509 |
| | ) |
| vs. | ) Honorable District Court Judge |
| | ) John J. Tharp Jr. |
| Sheriff Thomas J. Dart, et. al., | ) |
| | ) Honorable Magistrate Judge |
| Defendants. | ) Jeffery Cole |
| | ) |

### PLAINTIFF'S MOTION TO FILE RESPONSE IN EXCESS OF PAGE

Plaintiff Shane Edward Limbacher, by and through counsel, hereby moves for leave to file a response brief in excess of the 15-page limit in opposition to Defendants' Motion for Summary Judgment. In support of its motion, Plaintiff states as follows:

1. Plaintiff has sued five defendants based on each of their failures to meet the standard of care for diagnosing and treating a traumatic shoulder injury. The misconduct by the defendants occurred over the course of two years and multiple medical visits.

2. On October 13, 2023, all five Defendants filed a motion for summary judgment. *See* Dkt. 114. Each Defendant asserted arguments based on facts specific to that Defendant.

3. Plaintiff submits that the Defendants failed to include much of the evidence, some contested and some uncontested, supporting Plaintiff's causes of action against the Defendants. Plaintiff's response addresses a number of complex and detailed factual issues for each one of Plaintiff's visits with each of the Defendants. While Plaintiff has endeavored to limit the length of the brief, Plaintiff respectfully submits that the 15-page limit will not permit Plaintiff sufficient space in which to set forth all of the evidence that supports denying Defendant's motion for summary judgment.

135485039v.1

4. Moreover, Plaintiff respectfully submits that a 21-page reply is reasonable given the intense factual inquiry required for the fact-finder to decide this case. A copy of the proposed response brief is attached as Exhibit A.

5. Plaintiff's counsel contacted defense counsel about this motion via email. Defense counsel stated that they have no objection to the relief requested.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff leave to file his 21-page response in opposition to Defendants' Motion for Summary Judgment.

Dated: November 27, 2023

Respectfully submitted,

/s/ *Randall A. Hack*
Counsel for Plaintiff

Randall A. Hack (6187595)
Brian I. Hays (6256068)
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0676
rhack@lockelord.com
bhays@lockelord.com

**CERTIFICATE OF SERVICE**

I, Randall A. Hack, hereby certify that on November 27, 2023, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which will automatically send notification of this filing to all counsel of record.

/s/ *Randall A. Hack*