# Exhibit A

* Auth (Verified) *

## CERMAK HEALTH SERVICES OF COOK COUNTY — Health Service Request Form

Last Name: **Limbacher**  First Name: **Shane**  Division/Tier: **8 4F**
Date of Birth: **12-18-72**  CCDOC#: **20170519100**  Today's Date: **11-17-17**

**PLEASE TELL US ABOUT YOUR HEALTH NEEDS:**

### MEDS
- ☐ I am NOT getting my prescribed medication.
- ☐ I need a refill of my prescribed medications.
  Name of medication(s): _____
  Date last received medication: __/__/__
- ☐ Other: _____

### MEDICAL
*I would like to:*
- ☐ Receive an HIV Test or Information about HIV/AIDS
- ☐ Be screened for Sexually Transmitted Infections:
   ☐ No Symptoms  ☐ Discharge or Burning when I urinate

*I have the following Medical problem(s):*
I'm still having severe neck, shoulder and back pain. My left arm and left leg are numb. It's difficult to walk. Something is wrong. PLEASE HELP!

*I have the following Mental Health problem(s):*
_____

### DENTAL
NOTE: ORAL HEALTH CLEANINGS ARE PROVIDED ONCE A YEAR
*I have the following dental problem(s):*
- ☐ Face swollen  ☐ I can't open my mouth
- ☐ Toothache → Circle Pain Level: low 1 2 3 4 5 6 7 8 9 10 high
- ☐ Loose tooth from recent trauma   Date of trauma __/__/__
- ☐ Other: _____

### EYE
- ☐ I would like to be seen by an EYE Doctor for eyeglasses
- ☐ Other: _____

How long have you had the above problem(s)? (#) _____ days / weeks / months (circle one)
Have you submitted a Health Service Request for this problem within the past 2 weeks? ☐ Yes ☐ No

---

**STOP!!!!! PLEASE DO NOT WRITE BELOW THIS LINE  STOP!!!!!**

HSR Collected by: _____  Date: 11/19/17
Paper Triaged by nurse: _____  Date: 11/19/17
Referral: HSD  ☐ Now  ☑ Today  ☐ Routine
Entered into Cerner by: _____  Date: 11/19/17
Patient Seen by: _____  Date: __/__/__

DATE TIME STAMP
17 NOV 19 AM 7:50

CHS Form 86322 Rev March 2014

---