# Exhibit B

* Auth (Verified) *

## CERMAK HEALTH SERVICES OF COOK COUNTY — Health Service Request Form

Last Name: Limbacher   First Name: Shane   Division/Tier: 8 4E
Date of Birth: 12-18-72   CCDOC#: 20170519100   Today's Date: 12-14-17

**PLEASE TELL US ABOUT YOUR HEALTH NEEDS:**

**MEDS**
- ☐ I am NOT getting my prescribed medication.
- ☑ I need a refill of my prescribed medications.
- Name of medication(s): BiCon, Diclofenic and lidocain patch    Active 12/15/17   Order 12/15/17
- Date last received medication: 12/13/17
- ☐ Other: _____

**MEDICAL**

I would like to:
- ☐ Receive an HIV Test or Information about HIV/AIDS
- ☐ Be screened for Sexually Transmitted Infections:
  - ☐ No Symptoms  ☐ Discharge or Burning when I urinate

I have the following Medical problem(s):
My pain meds have expired and I'm still having severe pain in my neck, back, left shoulder and knee, I need to see the Doctor. Thank You.

**MENTAL HEALTH**

I have the following Mental Health problem(s):
_____

**DENTAL**

NOTE: ORAL HEALTH CLEANINGS ARE PROVIDED ONCE A YEAR
I have the following dental problem(s):
- ☐ Face swollen  ☐ I can't open my mouth
- ☐ Toothache → Circle Pain Level: low 1 2 3 4 5 6 7 8 9 10 high
- ☐ Loose tooth from recent trauma   Date of trauma ___/___/___
- ☐ Other: _____

**EYE**
- ☐ I would like to be seen by an EYE Doctor for eyeglasses
- ☐ Other: _____

How long have you had the above problem(s)? (#) _____ days / weeks / months  (circle one)
Have you submitted a Health Service Request for this problem within the past 2 weeks? ☐ Yes ☐ No

**STOP!!!! PLEASE DO NOT WRITE BELOW THIS LINE STOP!!!!**

HSR Collected by: JWilson   Date: 12/15/17
Paper Triaged by nurse: ____   Date: 12/15/17
Referral: HSD/ Pitam  ☐ Now ☑ Today  ☐ Routine  Date: 12/15/17
Entered into Cerner by: ____   Date: 12/15/17
Patient Seen by: ____   Date: 12/15/17

CHS Form 86322 Rev March 2014