# Exhibit C

* Auth (Verified) *

## CERMAK HEALTH SERVICES OF COOK COUNTY — Health Service Request Form

Last Name: **Limbacher**  First Name: **Shane**  Division/Tier: **84F**
Date of Birth: **12-18-72**  CCDOC#: **20170651900**  Today's Date: _____

### PLEASE TELL US ABOUT YOUR HEALTH NEEDS:

**MEDS**
- ☐ I am NOT getting my prescribed medication.
- ☐ I need a refill of my prescribed medications.
- Name of medication(s): _____
- Date last received medication: __/__/__
- ☐ Other: _____

**MEDICAL**

*I would like to:*
- ☐ Receive an HIV Test or Information about HIV/AIDS
- ☐ Be screened for Sexually Transmitted Infections:
  - ☐ No Symptoms  ☐ Discharge or Burning when I urinate

*I have the following Medical problem(s):*
I need to see a doctor for my neck, back, shoulder and knee pain that is a result of the accident that occured on Nov. 13th, 17. Thank you.

**MENTAL HEALTH**

*I have the following Mental Health problem(s):*
_____

**DENTAL**

NOTE: ORAL HEALTH CLEANINGS ARE PROVIDED ONCE A YEAR
*I have the following dental problem(s):*
- ☐ Face swollen  ☐ I can't open my mouth
- ☐ Toothache -> Circle Pain Level: low 1 2 3 4 5 6 7 8 9 10 high
- ☐ Loose tooth from recent trauma  Date of trauma __/__/__
- ☐ Other: _____

**EYE**
- ☐ I would like to be seen by an EYE Doctor for eyeglasses
- ☐ Other: _____

How long have you had the above problem(s)? (#) _____ days / weeks / months (circle one)
Have you submitted a Health Service Request for this problem within the past 2 weeks? ☐ Yes ☐ No

**STOP!!!!! PLEASE DO NOT WRITE BELOW THIS LINE STOP!!!!!**

HSR Collected by: _Wilson_  Date: 1/8/18
Paper Triaged by nurse: _Still_  Date: 1/8/18
Referral: _HSB_  ☐ Now  ☑ Today  ☐ Routine
Entered into Cerner by: _Still_  Date: 1/8/18
Patient Seen by: _Still_  Date: 1/8/18

'18 JAN 8 AM 7:48
DATE/TIME STAMP

CHS Form 86322 Rev March 2014