# Exhibit D

## CERMAK HEALTH SERVICES OF COOK COUNTY — Health Service Request Form

Last Name: **Limbacher**   First Name: **Shane**   Division/Tier: **8 4F**

Date of Birth: **12-18-72**   CCDOC#: **20170519100**   Today's Date: **1-18-18**

**PLEASE TELL US ABOUT YOUR HEALTH NEEDS:**

**MEDS**
- ☐ I am NOT getting my prescribed medication.
- ☒ I need a refill of my prescribed medications.
  Name of medication(s): **Biclofen**
  Date last received medication: **12/13/17**
- ☐ Other: ____

**MEDICAL**
*I would like to:*
- ☐ Receive an HIV Test or Information about HIV/AIDS
- ☐ Be screened for Sexually Transmitted Infections:
  - ☐ No Symptoms   ☐ Discharge or Burning when I urinate

*I have the following Medical problem(s):*
**Neck and back pain. The pain is causing severe headaches.**

**MENTAL HEALTH**
*I have the following Mental Health problem(s):*
____

**DENTAL**
NOTE: ORAL HEALTH CLEANINGS ARE PROVIDED ONCE A YEAR
*I have the following dental problem(s):*
- ☐ Face swollen   ☐ I can't open my mouth
- ☐ Toothache -> Circle Pain Level: low 1 2 3 4 5 6 7 8 9 10 high
- ☐ Loose tooth from recent trauma   Date of trauma ___/___/___
- ☐ Other: ____

**EYE**
- ☐ I would like to be seen by an EYE Doctor for eyeglasses
- ☐ Other: ____

How long have you had the above problem(s)? (#) ____ days / weeks / months (circle one)
Have you submitted a Health Service Request for this problem within the past 2 weeks? ☐ Yes ☐ No

**STOP!!!!! PLEASE DO NOT WRITE BELOW THIS LINE STOP!!!!!**

HSR Collected by: **J Wilson**   Date: **1/19/18**
Paper Triaged by nurse: **Shemleneny**   Date: **1/19/18**
Referral: **TO**   ☐ Now  ☒ Today  ☐ Routine   Date: **1/19/18**
Entered into Cerner by: **Stemlen**   Date: **1/19/18**
Patient Seen by: ____   Date: ___/___

DATE/TIME STAMP
PJAN 19 AM 7:42

CHS Form 86322 Rev March 2014