# Exhibit E

* Auth (Verified) *

## CERMAK HEALTH SERVICES OF COOK COUNTY — Health Service Request Form

Last Name: Limbacher First Name: Shane Division/Tier: 84F
Date of Birth: 12-18-72 CCDOC#: 20170519100 Today's Date: 1-26-18

**PLEASE TELL US ABOUT YOUR HEALTH NEEDS:**

**MEDS**
- ☐ I am NOT getting my prescribed medication.
- ☑ I need a refill of my prescribed medications.
  Name of medication(s): Biclofen
  Date last received medication: 12/13/17
- ☐ Other: _____

**MEDICAL**

*I would like to:*
- ☑ Receive an HIV Test or Information about HIV/AIDS
- ☑ Be screened for Sexually Transmitted Infections:
  - ☐ No Symptoms  ☐ Discharge or Burning when I urinate

*I have the following Medical problem(s):*
Back, neck, left shoulder and knee pain. I need additional medical attention. The pain from my accident has existed for more than 2 months. I have daily severe headaches from my neck, teeth (chipped and loose) pain from the fall and bad eyes. I need tylonal or ibuprofin regularly

*I have the following Mental Health problem(s):*
These issues are messing with my mental health. My many requests have gone unanswerd. The anxiety I'm experiencing is at its worst
Please help! Thank you!

**DENTAL**
NOTE: ORAL HEALTH CLEANINGS ARE PROVIDED ONCE A YEAR
*I have the following dental problem(s):*
- ☐ Face swollen  ☐ I can't open my mouth
- ☐ Toothache → Circle Pain Level: low 1 2 3 4 5 6 7 8 9 10 high
- ☑ Loose tooth from recent trauma   Date of trauma 11/13/17
- ☐ Other: _____

**EYE**
- ☑ I would like to be seen by an EYE Doctor for eyeglasses
- ☐ Other: _____

How long have you had the above problem(s)? (#) 8  days / weeks / (months) (circle one)
Have you submitted a Health Service Request for this problem within the past 2 weeks? ☐ Yes ☐ No

STOP!!!!! PLEASE DO NOT WRITE BELOW THIS LINE. STOP!!!!!

HSR Collected by: _____ Date: 1/27/18
Paper Triaged by nurse: _____ Date: 1/27/18
Referral: HSD/Dental/_____ ☐ Now ☑ Today ☐ Routine Date: __/__/__
Entered into Cerner by: _____ Date: __/__/__
Patient Seen by: _____ Date: __/__/__

'18 JAN 27 AM 7:42
DATE TIME STAMP

CHS Form 86322 Rev March 2014