# Exhibit F

## Cook County Health and Hospitals System
1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS           Admission Date: 5/19/2017        MRN: 005207962c; 00731679z
Birth Date: 12/18/1972            Discharge Date:
Gender: Male                      FIN: 20170519100                 CMRN: 1013473938

---

### Outpt Subspeciality CHS

1 year or prn.
Referrals.
Special Instructions.
Education and follow-up.
.

*Electronically Authored On: 03-Apr-18 11:38*
*Electronically Signed By: WEINSTEIN DO, LUDMILA*
*PAGER BUS:*

---

### Outpt PT-OT-CHS

Document Type:              Outpt PT-OT CHS
Service Date/Time:          2/20/2018 11:45 CST
Result Status:              Auth (Verified)
Perform Information:        CROTHERS,JAMIE A (2/20/2018 15:50 CST)
Sign Information:           CROTHERS,JAMIE A (2/20/2018 15:50 CST)

### PT Evaluation

Patient: **LIMBACHER, SHANE E**      MRN: **00731679z**      FIN: **20170519100**
Age: **45 years**   Sex: **Male**   DOB: **12/18/1972**
Associated Diagnoses: **None**
Author: **CROTHERS, JAMIE A**

**General Information**
  **Type of Visit**: Initial evaluation.

  **Chart Review**
    Date of onset: 11/14/2017.
    Past medical history: c/o Asthma vs anxiety-related SOB, h/o Benzodiazepine withdrawal, Depression with anxiety, H/O
      fall, Adjustment disorder with mixed anxiety and depressed mood, h/o Methicillin resistant Staphylococcus aureus,
      Elevated blood pressure reading.
    Reason for consult: CLBP.
    Precautions: None.
  **Pertinent Clinical Information**: Lumbar CT Scan :Nonspecific lucent lesion in the L4 vertebral body
  could represent a small hemangioma. Sclerotic lesions in the right iliac bone are
  nonspecific but possibly bone islands.
   No disc protrusion but mild disc bulge at the L5-S1 level without significant spinal canal
    narrowing. Mild bilateral foraminal narrowing at this level.

Report Request ID: 82759042          Page 2,913 of 5,959        Facility: CHS
                                                                Location: 102A; 13; 1
CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.
**19 C 7509 Limbacher 002913**

**Cook County Health and Hospitals System**

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

## Outpt PT-OT-CHS

```
Sclerotic changes at the endplate of L5 is from degenerative disease. Mild adrenal gland
thickening. No lesion.
```

*Unable to open EMG results from 02/15/2018.
**Patient Language**:
  Primary language: English.
  Interpreter present: No Need.

### Subjective

.
  Patient Report: Patient reports acute onset of LBP after a reported fall on 11/14/2017 where his foot got caught in his opposite pant leg. Patient reports progressive LBP since that time, with occassional LLE numbness and 3 reported expisodes of urinary incontinence. Patient reported the last epsiode of incontinecy was in 01/2018 all of them associated with numbness of his LLE. Denied any previous back or LE injuries. .
  Pain Level (0 = none, 10 = worst): 6, Centralized LBP; denied any numbness of this LLE.
  Patient's Goal: Per patient: decrease pain.
  Level of Function Prior to Onset: Independent.
  Impact of Current Symptoms on Function: Pain.
  Home Environment: Home set-up: Incarcerated.

### Objective
  **PT General Objective**:
  Observation: Patient received ( Ambulating independently, wearing black 3-strap velcro shoes. ).
  Oxygen: RA.
  Cognitive: Alert, Oriented to ( All ), Cooperative, Follows all commands, Appreciative of care provided, Polite and respectful.

  **Range of Motion**
  ROM: WFL BUE, WFL BLE.

  **Trunk Mobility**
  Flexion: distal tibia.
  Extension: WFL.
  Right lateral flexion: WFL.
  Left lateral flexion: WFL with pain.
  Right rotation: WFL.
  Left rotation: WFL with pain.

  **Cervical Mobility**
  Flexion: WFL.

Report Request ID: 82759042          Page 2,914 of 5,959          Facility: CHS
                                                                  Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002914**

# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

## Outpt PT-OT-CHS

Extension: WFL.
Right lateral flexion: WFL.
Left lateral flexion: WFL with pain.
Right rotation: WFL.
Left rotation: ~50%.

**Strength Testing**
Strength: WFL BUE, WFL BLE.
**Neurologic Assessments**:
Sensation: Intact light touch: B LE and UEs.
Coordination: Finger to nose ( Intact ), Heel to shin ( Intact ), Rapid Alternating Movements ( Wrists intact, Ankles intact ).
**Integumentary**: Skin intact.
**Special Tests**:
Neck/Back: Median nerve tension ( Right Negative, Left Negative ), Straight leg raise ( Right Negative, Left Negative ), Crossed SLR ( Right Negative, Left Negative ).
Hip: FABER Test ( Right Negative, Left Negative ), Scour Test ( Right Negative, Left Negative ), FADIR Test ( Right Negative, Left Negative ), 90-90 Test (Hamstrings) ( Right Negative, Left Negative ).
Other Special Tests: Ulnar Nerve Tension: (-) R / (-) L.
**Posture & Palpation**:
Posture: Forward head: flexible with prompts, Rounded shoulders: bilaterally.
Palpation: No tenderness reported with palpation or cervical or lumbar paraspinals.
**Functional Skills/Mobility Testing**:
Bed Mobility: Supine<>Sit ( Independent, able to complete all transitional movements without difficulty ).
Transfers: Sit<>Stand ( Independent ), Bed<>Chair ( Independent ).
Balance: Sitting: intact with reaching inside and outside base of support, Standing: intact without deficits.
Gait Assessment: distance documented are distances completed within department; should be noted patient was required to ambulate more than this distance to reach clinic from housing unit, Distance: 80 feet, Assistance level ( Independent ), Assistive device used ( None ), Gait deviations ( None ).
**Treatment Interventions**:
Patient/caretaker were instructed in and/or performed: Active sitting posture education : chin tuck, TA activation, scapular retraction/depression.
Skilled Interventions: Neutral GH positioning with periscapular activation ( Comments: reinforced with all activities ).
Skilled Interventions: Posterior pelvic tilt --> support under knees ( Comments: responded well with decreased complaint, Added to HEP ).
Stretching/ROM Exercises: Joint(s) (
**Stretches:** Instructed to hold for 15-30s without bouncing at end-range
Supine / Sitting HS
Supine/ standing hip flexor
Supinc IT band
Prone Quad
Knee fall out
Seated / Hooklying Piriformis

Report Request ID: 82759042      Page 2,915 of 5,959      Facility: CHS
                                                          Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002915**

# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

## Outpt PT-OT-CHS

**ROM Exercises:** encouraged to work into range as tolerated and avoid valsalva at end-ranges
Hooklying Rotation --> crossed leg variation
AKTC / DKTC
Prone press up : cues to relax shoulders
Prone on elbows with alternating knee flexion
Trunk rotaiton with fixed palms
Posterior Pelvic Tilt  ).
**Educational Interventions**: Recommend Out of Bed Activity to Prevent Generalized Weakness/Deconditioning.
　　Overview: Role of PT, Plan of care.
　　Anatomy: With posters, Verbal review.
　　Home Exercise Program: Written exercise program handouts issued to patient, Includes: exercises and stretches outlined above, Instructed to perform: 3-5x/day, Language ( English ).
　　Patient Comprehension: Demonstrates understanding, Verbalizes understanding.
**Total Direct Contact Time**: 31 minutes.
**Post Treatment**:  All questions answered and patient returned to housing unit with officer escort..
**Equipment Issued**:  HEP handouts provided to assist with carry over.

## Assessment

.

**HPI**:  Patient is a 45 y/o male referred to PT with CLBP.
**PT Assessment**:  Patient presents with diffuse complaints of LBP with a reported trauma while incarcerated. Special testing did not provoke pain with neural tension tests. WFL trunk ROM with pain reported with L trunk rotation and lateral flexion.  Patient educated about postural alignment and strategies for active sitting posture in order to decrease tension placed through paraspinal muscles. Responded well with all stretches reviewed without any increase in pain.  Patient is able to continue ambulating unassisted without any DME or orthotics at this time. Will follow-up to reinforced all stretches and introduce core and glute strengthening as tolerated..
**Fall Risk**:  No.
**Treatment Tolerance**:  Good.
**Patient Status**:  Stable.
**Primary Factors to Facilitate/Limit Goals Below**:
　　Areas of Strength: Prior level of function, Strength.
　　Areas of Limitation/Barriers: Pain, Impaired posture, Decreased core stability.
**Recommendations**: Patient will benefit from skilled PT to address deficits/limitations in order to meet goals.
**Appointments attended**: 1/3.

## Plan

### Goals Start/End Dates
　Number of sessions to meet below goals: 3.
　Goals start date: 02/20/2018.
　Goals ending: 16 weeks.

| | | |
|---|---|---|
| Report Request ID:  82759042 | Page 2,916 of 5,959 | Facility:  CHS |
| | | Location:  102A; 13; 1 |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002916**

# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

## Outpt PT-OT-CHS

**Sessions Remaining**: 2 session(s).

**Goals**
    Patient/family able to perform home exercise program independently to maintain/further improve functional gains attained in PT.
    Patient able to understand and perform proper body mechanics to decrease pain and risk for future injury.
**Goal Status**: Initial.
**Intervention Plan**: Continue outpatient physical therapy to address above outlined problems and work towards short term goals set above. Will progress HEP focusing on strengthening, standing balance, posture and over activity tolerance training..
**Planned Interventions at Time of Evaluation Include**: Therapeutic exercise, Therapeutic activity, Ther group, Neuromuscular reeducation, Gait training, Manual therapy.
**Plan of Care**: Continue PT to address patient impairments and work toward goals, Endorse to PT staff therapist working towards existing plan/goals (if still applicable), Endose to PTA with supervision of original physical therapist.

**Pager/Extension**

    Physical Therapy Department
    773-674-4970.

*Electronically Authored On: 20-Feb-18 15:50*
*Electronically Signed By: CROTHERS, JAMIE A*
 *CHS - PT/OT - Manager*

---

Report Request ID: 82759042      Page 2,917 of 5,959      Facility: CHS
Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002917**