# Exhibit G

LIMBACHER, SHANE
12/18/1972

Case: 1:19-cv-07509 Document #: 121-7 Filed: 11/27/23 Page 2 of 2 PageID #:983

00307962c; 00731679z
20170519100

* Auth (Verified) *

## CERMAK HEALTH SERVICES OF COOK COUNTY — Health Service Request Form

Last Name: **Limbacher**  First Name: **Shane**  Division/Tier: **84F**
Date of Birth: **12-18-72**  CCDOC#: **20170519100**  Today's Date: **2-21-18**

**PLEASE TELL US ABOUT YOUR HEALTH NEEDS:**

**MEDS**
- ☑ I am NOT getting my prescribed medication.
- ☑ I need a refill of my prescribed medications.
- Name of medication(s): **MethoCarbonal**
- Date last received medication: __/__/__
- ☐ Other: ____

**MEDICAL**

*I would like to:*
- ☐ Receive an HIV Test or Information about HIV/AIDS
- ☐ Be screened for Sexually Transmitted Infections:
  - ☐ No Symptoms  ☐ Discharge or Burning when I urinate

*I have the following Medical problem(s):*
**My neck and back are still in severe pain. Tylonol is not working.**

**MENTAL HEALTH**
*I have the following Mental Health problem(s):*
____

**DENTAL**
NOTE: ORAL HEALTH CLEANINGS ARE PROVIDED ONCE A YEAR
*I have the following dental problem(s):*
- ☐ Face swollen  ☐ I can't open my mouth
- ☐ Toothache → Circle Pain Level: low 1 2 3 4 5 6 7 8 9 10 high
- ☐ Loose tooth from recent trauma  Date of trauma __/__/__
- ☐ Other: ____

**EYE**
- ☐ I would like to be seen by an EYE Doctor for eyeglasses
- ☐ Other: ____

How long have you had the above problem(s)? (#) **3**  days / weeks / (**months**) (circle one)
Have you submitted a Health Service Request for this problem within the past 2 weeks? ☐ Yes ☐ No

**STOP!!!!!  PLEASE DO NOT WRITE BELOW THIS LINE  STOP!!!!!**

HSR Collected by: _[signature]_  Date: 2/28/18
Paper Triaged by nurse: _[signature]_  Date: 2/23/18
Referral: ____  ☐ Now  ☐ Today  ☐ Routine
Entered into Cerner by: _[signature]_  Date: 2/24/18
Patient Seen by: _[signature]_  Date: 2/24/18

'18 FEB 23 AM 7:28
DATE/TIME STAMP

CHS Form 86322 Rev March 2014

19 C 7509 Limbacher 001881
CHS
Page 1,881 of 5,959