# Exhibit H

# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

## Outpt Medical CHS

| | |
|---|---|
| Document Type: | Outpt Medical CHS |
| Service Date/Time: | 3/2/2018 10:23 CST |
| Result Status: | Auth (Verified) |
| Perform Information: | TRAMMELL PA-C,GLEN (3/2/2018 10:32 CST) |
| Sign Information: | TRAMMELL PA-C,GLEN (3/2/2018 10:32 CST) |

**Div 8: 4th Floor PCC**

Patient: **LIMBACHER, SHANE E**     MRN: **00731679z**     FIN: **20170519100**
Age: **45 years**   Sex: **Male**   DOB: **12/18/1972**
Associated Diagnoses: **None**
Author: **TRAMMELL PA-C, GLEN**

**Basic Information**

   Patient Location: 08-084F-D4-20
   **General Communication**
      Visit Type: Urgent Care follow up.

**Subjective**
   Problem list
      All Problems (Selected)
         Depression with anxiety / 346979010 / Confirmed
         Elevated blood pressure reading / 196353013 / Confirmed
         Adjustment disorder with mixed anxiety and depressed mood / 92542018 / Confirmed.

**History of Present Illness**
   The patient presents with S/P I&D of L Lateral Neck Abscess X 6 days
   - resolved pain at abscess site
   - resolved exudate from incision site
   - no fever/ chills/ night sweats
   - eating all meals without problems

   Psych D/O
   - no S/H ideations
   - no A/V hallucinations
   - being managed by MHS  .

**Histories**
   **Allergies**:
      Allergic Reactions (All)
         *Severity Not Documented*
            Codeine- No reactions were documented.

| | | |
|---|---|---|
| Report Request ID: 82759042 | Page 2,813 of 5,959 | Facility: CHS |
| | | Location: 102A; 13; 1 |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002813**

# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

## Outpt Medical CHS

**Current Medications**: (Selected)
  Inpatient Medications
    *Ordered*
        Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter: 2 PUFF, Inhalation, Inhalation, Q 6 hr kop, PRN, For Shortness of Breath, Instruction to Nursing: refill via HSR, Routine, 08/28/17 14:44:00, 36 WEEK, 05/07/18 14:43:00
        acetaminophen: 650 MG = 2 TAB, Tab, PO, BID, PRN, For Pain Mild to Mod(scale 1-6) breakthrough, Routine, 01/30/18 11:24:00, 12 WEEK, 04/24/18 11:23:00
        busPIRone: 30 MG = 2 TAB, Tab, PO, Q 12 Hr, Routine, 02/23/18 21:00:00 CST, 18 WEEK, 06/29/18 20:59:00 CDT
        chlorproMAZINE: 25 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 02/23/18 21:00:00 CST, 18 WEEK, 06/29/18 20:59:00 CDT
        citalopram: 40 MG = 1 TAB, Tab, PO, Daily, Routine, 01/27/18 9:00:00, 18 WEEK, 06/02/18 8:59:00
        diclofenac: 50 MG = 1 TAB, Tab, PO, TID, PRN, For Pain Mild to Moderate (scale 1-6), Routine, 01/29/18 11:23:00 CST, 04/23/18 11:22:00 CDT
        divalproex sodium 500 mg oral delayed release tablet: 500 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 02/23/18 21:00:00 CST, 18 WEEK, 06/29/18 20:59:00 CDT
        hydrocortisone 1% topical ointment: 1 APP, Oint, Topical, Q 12 hr kop, PRN, For Skin Irritation, Application Site: Forehead, Instruction to Nursing: use PRN for ?psoriatic plaque on forehead, 01/30/18 11:25:00, 28 WEEK, 08/14/18 11:24:00
        lidocaine transdermal patch 5%: 1 PATCH, Patch, Transdermal, Daily, Application Site: Other - See Instructions to Nursing, 12/18/17 8:24:00, 12 WEEK, 03/12/18 8:23:00
        loratadine: 10 MG = 1 TAB, Tab, PO, Daily, Routine, 08/29/17 9:00:00, 36 WEEK, 05/08/18 8:59:00
        mirtazapine: 45 MG = 3 TAB, Tab, PO, Bedtime, Routine, 02/23/18 21:00:00 CST, 18 WEEK, 06/29/18 20:59:00 CDT
        sulfamethoxazole-trimethoprim 800 mg-160 mg DS tablet: 1 TAB, Tab, PO, Q 12 Hr, Routine, 02/24/18 21:00:00 CST, 1 WEEK, 03/03/18 20:59:00 CST
**Proc Hx/PS Hx**:
  No active procedure history items have been selected or recorded.
**Family History**:
  No family history items have been selected or recorded.
**Psychosocial History**

## Social & Psychosocial Habits

  No Data Available
  .

**Objective**
  **VS/Measurements**
  Vital Signs
        3/2/2018 10:18 CST          Type of Temperature Taken          Oral
                                    Temperature Oral                   98.4 DegF

Report Request ID: 82759042          Page 2,814 of 5,959          Facility: CHS
                                                                 Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type:   Visit CHS          Admission Date:    5/19/2017         MRN: 005207962c; 00731679z
Birth Date:  12/18/1972           Discharge Date:
Gender:  Male                      FIN: 20170519100                      CMRN: 1013473938

## Outpt Medical CHS

| | |
|---|---|
| Calculated Temperature Oral | 36.9 DegC |
| Heart Rate | 85 bpm |
| Respiratory Rate | 18 breaths/min |
| Oxygen Saturation | 98 % |
| Oxygen Delivery Method | Room air |
| Systolic Blood Pressure | 120 mmHg |
| Diastolic Blood Pressure | 74 mmHg |
| Blood Pressure Method | Automatic |
| Mean Arterial Pressure, Cuff | 89 mmHg |
| NIBP Site | Arm, Left |

, Measurements from flowsheet : Measurements
   3/2/2018 10:19 CST

| | |
|---|---|
| Height in | 69 INCH |
| Height | 175.2 cm |
| Weight in pounds | 210 LB |
| Weight | 95.25 KG |
| BSA (Patient Care) | 2.153 m2 |
| BMI | 31 kg/m2 |

**VS/Measurements**
**General**:
   Development: Normally developed.
   Nutritional status: Well nourished.
   Appearance: In no apparent distress.
**Eye**:  Pupils are equal, round and reactive to light.
**HENT**:  Normocephalic, Oral mucosa is moist, No pharyngeal erythema, No sinus tenderness.
**Neck**:  scabbed over L lateral neck @ 4-6mm lesion: no fluctuance/ erythema/ exudate/ tenderness/ increased warmth.
**Neck**:  Supple.
**Respiratory**:  Lungs are clear to auscultation, Respirations are non-labored, Breath sounds are equal, No wheezes, No
   crackles, B good air exchange.
**Cardiovascular**:  Normal rate, Regular rhythm, No murmur, No gallop, Good pulses equal in all extremities, Normal
   peripheral perfusion, No edema.
**Gastrointestinal**:  Soft, Non-tender, Normal bowel sounds.
**Musculoskeletal**:  Normal range of motion, Normal gait.

**Review / Management**
   **Results Review**: No interval results.

**Impression and Plan**
   **Impression and Plan**:
      Diagnosis: Healed L lateral neck abscess: S/P I&D .

Report Request ID:  82759042          Page 2,815 of 5,959          Facility:  CHS
                                                                   Location:   102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002815**

**Cook County Health and Hospitals System**

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

---

### Outpt Medical CHS

---

    Degree of Control: Good.
    Clinical Status: Improving.
**Plan**
    Follow up: keep currently scheduled PCC f/u appt.  Counseling pt advised how to access medical/ mental care if needed; Report increased symptoms ASAP.
.

**Impression and Plan**:
    Diagnosis: Psych D/O .
    Degree of Control: Good.
    Clinical Status: Unchanged.
**Plan**  Counseling follow MHS orders and keep your MHS follow-up appointments.
.

**Medications**:  Medications have been reconciled.


*Electronically Authored On:  02-Mar-18 10:32*
*Electronically Signed By: TRAMMELL PA-C, GLEN*
*CHS - Med/Surg - Physician Assistant*
*PAGER BUS: 312 333 4597*

---

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002816**