# Exhibit I

# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

## Outpt Medical CHS

Document Type: Outpt Medical CHS
Service Date/Time: 5/7/2018 14:19 CDT
Result Status: Auth (Verified)
Perform Information: TRAMMELL PA-C, GLEN (5/7/2018 14:33 CDT)
Sign Information: TRAMMELL PA-C, GLEN (5/7/2018 14:45 CDT)

**Div 8: 4th Floor PCC**

Patient: **LIMBACHER, SHANE E**    MRN: **00731679z**    FIN: **20170519100**
Age: **45 years**   Sex: **Male**   DOB: **12/18/1972**
Associated Diagnoses: **None**
Author: **TRAMMELL PA-C, GLEN**

**Basic Information**

  Patient Location: 08-084E-2-1
  **General Communication**
    Visit Type: Chronic Care Management appointment.

**Subjective**
  Problem list
    All Problems (Selected)
      Adjustment disorder with mixed anxiety and depressed mood / 92542018 / Confirmed
      Asthma vs anxiety-related SOB / 2475605013 / Complaint of
      Depression with anxiety / 346979010 / Confirmed.

**History of Present Illness**
  The patient presents with
    Asthma X years
    - no hosp/ Pred
    - no cough/ wheeze/ SOB/ DOE
    - occ ALbuterol MDI use
- no increased nocturnal symptoms

CHronic Neck/ BUE/Lower Back Pain
- occ short lived spasms
- denies assoc trauma
- DJD to C-Spine/ L-Spine on imaging
- previous R distal upper extremity/ R hand paresthesias/ numbness now completely resolved
- EMG 02-15-2018 => suggestive of mild, chronic C8 Radiculopathy
- little relief with PT
- reports 1 episode of urinary incontinence in Dec, 2017
- no fecal incontinence

Report Request ID: 82759042        Page 2,817 of 5,959        Facility: CHS
                                                              Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002817**

## Cook County Health and Hospitals System
1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

### Outpt Medical CHS

- no loss of strength
- no falls
- reports feeling fatigued X weeks

Chronic Allergic Rhinitis
- good symptom relief with Claritin

CHronic Forehead rash
- sustained relief with Hytone

  Psych D/O
  - no S/H ideations
  - no A/V hallucinations
- being managed by MHS  .

**Histories**
  **Allergies**:
    <u>Allergic Reactions (All)</u>
      *Severity Not Documented*
        Codeine- No reactions were documented.
  **Current Medications**: (Selected)
    <u>Inpatient Medications</u>
      *Ordered*
        Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter: 2 PUFF, Inhalation, Inhalation, Q 6 hr kop, PRN, For Shortness of Breath, Instruction to Nursing: refill via HSR, Routine, 08/28/17 14:44:00 CDT, 36 WEEK, 01/14/19 14:43:00 CST
        acetaminophen: 650 MG = 2 TAB, Tab, PO, BID, PRN, For Pain Mild to Mod(scale 1-6) breakthrough, Routine, 04/20/18 22:12:00 CDT, 6 WEEK, 06/01/18 22:11:00 CDT
        busPIRone: 30 MG = 2 TAB, Tab, PO, Q 12 Hr, Routine, 02/23/18 21:00:00 CST, 18 WEEK, 06/29/18 20:59:00 CDT
        chlorproMAZINE: 25 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 02/23/18 21:00:00 CST, 18 WEEK, 06/29/18 20:59:00 CDT
        citalopram: 20 MG = 1 TAB, Tab, PO, Daily, Routine, 05/05/18 9:00:00 CDT, 5 DAYS, 05/10/18 8:59:00 CDT
        diclofenac: 50 MG = 1 TAB, Tab, PO, BID, PRN, For Pain Mild to Moderate (scale 1-6), Routine, 04/20/18 22:12:00 CDT, 6 WEEK, 06/01/18 22:11:00 CDT
        divalproex sodium 500 mg oral delayed release tablet: 500 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 02/23/18 21:00:00 CST, 18 WEEK, 06/29/18 20:59:00 CDT
        hydrocortisone 1% topical ointment: 1 APP, Oint, Topical, Q 12 hr kop, PRN, For Skin Irritation, Application Site: Forehead, Instruction to Nursing: use PRN for ?psoriatic plaque on forehead, 01/30/18 11:25:00, 28 WEEK, 08/14/18 11:24:00
        lidocaine transdermal patch 5%: 1 PATCH, Patch, Transdermal, Daily, Application Site: Other - See Instructions to Nursing, 03/15/18 14:22:00 CDT, 12 WEEK, 06/07/18 14:21:00 CDT
        loratadine: 10 MG = 1 TAB, Tab, PO, Daily, Routine, 08/29/17 9:00:00, 36 WEEK, 05/08/18 8:59:00

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002818**

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

### Outpt Medical CHS

    mirtazapine: 45 MG = 3 TAB, Tab, PO, Bedtime, Routine, 02/23/18 21:00:00 CST, 18 WEEK, 06/29/18 20:59:00 CDT
    venlafaxine: 100 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 05/13/18 21:00:00 CDT, 09/16/18 15:00:00 CDT
    venlafaxine: 37.5 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 05/04/18 21:00:00 CDT, 05/07/18 15:00:00 CDT
    venlafaxine: 50 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 05/07/18 21:00:00 CDT, 05/10/18 15:00:00 CDT
    venlafaxine: 75 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 05/10/18 21:00:00 CDT, 05/13/18 15:00:00 CDT

**Family History**:
    No family history items have been selected or recorded.
**Psychosocial History**

## Social & Psychosocial Habits

    No Data Available
    .

**Objective**
  **VS/Measurements**
  Vital Signs

| 5/7/2018 14:03 CDT | Type of Temperature Taken | Oral |
|---|---|---|
| | Temperature Oral | 97.9 DegF |
| | Calculated Temperature Oral | 36.6 DegC |
| | Heart Rate | 90 bpm |
| | Respiratory Rate | 18 breaths/min |
| | Oxygen Saturation | 99 % |
| | Oxygen Delivery Method | Room air |
| | **Systolic Blood Pressure** | **142 mmHg  HI** |
| | Diastolic Blood Pressure | 89 mmHg |
| | Blood Pressure Method | Automatic |
| | Mean Arterial Pressure, Cuff | 107 mmHg |
| | NIBP Site | Arm, Left |

, Measurements from flowsheet : Measurements

| 5/7/2018 14:05 CDT | Height in | 69 INCH |
|---|---|---|
| | Height | 175.2 cm |
| | Weight in pounds | 211.6 LB |
| | Weight | 95.98 KG |
| | BSA (Patient Care) | 2.1613 m2 |
| | BMI | 31 kg/m2 |

**VS/Measurements**
**Point of care testing**
**General**:

| | | |
|---|---|---|
| Report Request ID: 82759042 | Page 2,819 of 5,959 | Facility:  CHS |
| | | Location:  102A; 13; 1 |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002819**

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

### Outpt Medical CHS

Development: Normally developed.
Nutritional status: Well nourished.
Appearance: In no apparent distress.
**Eye**: Pupils are equal, round and reactive to light, Extraocular movements are intact.
**HENT**: no forehead lesions appreciated.
**HENT**: Normocephalic, Atraumatic, Normal hearing, Oral mucosa is moist.
**Neck**: Supple.
**Respiratory**: Lungs are clear to auscultation, Respirations are non-labored, Breath sounds are equal, No wheezes, No crackles, B good air exchange.
**Cardiovascular**: Normal rate, Regular rhythm, No murmur, No gallop, No edema, S1S2; no S3S4.
**Gastrointestinal**: Soft, Flat, Non-tender, Normal bowel sounds.
**Musculoskeletal**: Normal range of motion, Normal strength, No tenderness, No deformity, Normal gait, 5/5 muscle strength BLE.
**Neurologic**: Normal motor function, Normal sensory.
**Mental Status Exam**: Alert and oriented X 3.

### Review / Management
**Results Review**: No interval results.
**Imaging Results**
Computed tomography:
Result Type: CT Lumbar Spine w/o Contrast
Result Date: January 08, 2018 21:01 CST
Result Status: Modified
Result Title: CT LUMBAR SPINE WO CONTRAST
Performed By: MUJTABA MD, TARANNUM on January 08, 2018 22:09 CST
Verified By: REE MD, ALEXANDER on January 09, 2018 09:49 CST
Encounter info: 0794478297, Stroger, Emergency, 1/8/2018 - 1/8/2018

* Final Report *

Reason For Exam
Low Back Pain

FINDINGS
Indication: Low back pain radiating to the left leg.

Technique: Noncontrast axial images were acquired through the lumbar spine. Coronal and sagittal reconstruction views were also obtained.

Report Request ID: 82759042       Page 2,820 of 5,959       Facility: CHS
                                                            Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002820**