# Exhibit J

LIMBACHER, SHANE   Case: 1:19-cv-07509 Document #: 121-10 Filed: 11/27/23 Page 2 of 2 PageID #:945   00737962c; 00731679z
12/18/1972                                                                                                                  20170519100

* Auth (Verified) *

'18 JUN 20 AM 6:39

| TIME STAMP WHEN FORM ARRIVES IN DISPENSARY | **NON-EMERGENCY HEALTH SERVICE REQUEST** CERMAK HEALTH SERVICES OF COOK COUNTY | TIME STAMP AFTER PAPER TRIAGE |

'18 JUN 20 AM 6:07

TODAY'S DATE: 6-19-18    LAST NAME: Limbacher    FIRST NAME: Shane
CCDOC #: 20170519100    DIVISION/TIER: 8/4G    DATE OF BIRTH: 12-18-72

### HEALTH REQUEST

**I WOULD LIKE TO SEE A HEALTHCARE PROVIDER ABOUT:**
- ☐ Chest
- ☐ Mouth/Tooth (go to Dental Section) →
- ☐ Headache
- ☐ Stomach Area
- ☑ Muscle/Back
- ☐ Other   Describe: Severe Back/Neck pain

**DENTAL  My concerns are:**
- ☐ I want a Dental Cleaning/ Dental checkup/ Filling
  Note: Cleanings are only performed once a year
- ☐ My teeth/gums are bleeding
- ☐ My tooth is loose
- ☐ My face is swollen
- ☐ I can't open my mouth

**Cermak DOES NOT provide TOOTHBRUSHES, TOOTHPASTE, OR MOUTHWASH**

**OTHER PROBLEMS:**
- ☑ I want a refill of my prescribed medication(s)   ☐ I am NOT getting my prescribed medication(s)
  Name of Medication(s): Carbonmethamol
- ☐ I want to be seen by an EYE doctor for glasses
- ☐ I want to be screened for HIV   ☐ I want to be screened for other Sexually Transmitted Infections

### MENTAL HEALTH REQUEST

I WOULD LIKE TO SEE A MENTAL HEALTH PROVIDER FOR:
EXPLAIN: _____

**STOP**   DO NOT WRITE BELOW THIS   **STOP**

### PAPER TRIAGE

Collected from Tier Box Signature/Date: [signature] A   6/20/2018

**REQUIRES RN FACE TO FACE?** (circle one)
For Emergent Call 911; For Urgent: Send Patient to Urgent Care

| YES ROUTINE | YES PRIORITY (circled) | NO F2F BUT NEEDS CHART REVIEW | NO F2F and NO CHART REVIEW |

**CLINICAL DEPARTMENT(S) TO REVIEW THIS PAPER**
HSRF FOR ADDITIONAL PAPER TRIAGE (circle)

| MENTAL HEALTH | DENTAL NOT-URGENT | DENTAL URGENT |

Paper Triage RN Signature/Date: [signature]  6/20/18
☐ Referred to DOC for non-Clinical request
☐ Medication refill requested from Pharmacy

CHS Form 86322 PILOT March 2018

---

**19 C 7509 Limbacher 001825**