# Exhibit K

**\* Auth (Verified) \***

Attn: DR. Trammell/Sims

TIME STAMP WHEN
FORM ARRIVES IN
DISPENSARY

**NON-EMERGENCY**
**HEALTH SERVICE REQUEST**
**CERMAK HEALTH SERVICES OF COOK COUNTY**

TIME STAMP AFTER
PAPER TRIAGE

'18 JUL 8 AM 6:49

'18 JUL 8 AM 5:32

TODAY'S DATE: 7-7-18    LAST NAME: Limbacher    FIRST NAME: Shane

CCDOC #: 2017059100    DIVISION/TIER: 8 4G    DATE OF BIRTH: 12-18-72

## HEALTH REQUEST

| I WOULD LIKE TO SEE A HEALTHCARE PROVIDER ABOUT: | DENTAL    My concerns are: |
|---|---|
| ☐ Chest        ☐ Mouth/Tooth (go to Dental Section) | ☐ I want a Dental Cleaning/ Dental checkup/ Filling |
| ☐ Headache    ☐ Stomach Area    ☐ Muscle/Back | *Note: Cleanings are only performed once a year* |
| ☐ Other    Describe: I'm in pain— | ☐ My teeth/gums are bleeding |
| Please refill my | ☐ My tooth is loose |
| Pain meds. | ☐ My face is swollen |
| Thank you. | ☐ I can't open my mouth |

**Cermak DOES NOT provide**
**TOOTHBRUSHES, TOOTHPASTE, OR MOUTHWASH**

**OTHER PROBLEMS:**
☐ I want a refill of my prescribed medication(s)    ☐ I am NOT getting my prescribed medication(s)
Name of Medication(s): _____
☐ I want to be seen by an EYE doctor for glasses
☐ I want to be screened for HIV    ☐ I want to be screened for other Sexually Transmitted Infections

## MENTAL HEALTH REQUEST

I WOULD LIKE TO SEE A MENTAL HEALTH PROVIDER FOR:
EXPLAIN: _____

**\*\*STOP\*\*    DO NOT WRITE BELOW THIS    \*\*STOP\*\***

## PAPER TRIAGE

Collected from Tier Box Signature/Date: _____ A    7/8/2018

| REQUIRES RN FACE TO FACE? *(circle one)*<br>For Emergent Call 911; For Urgent: Send Patient to Urgent Care | | | | CLINICAL DEPARTMENT(S) TO REVIEW THIS PAPER<br>HSRF FOR ADDITIONAL PAPER TRIAGE *(circle)* | | |
|---|---|---|---|---|---|---|
| YES<br>ROUTINE | YES<br>PRIORITY | NO F2F BUT<br>NEEDS CHART<br>REVIEW | NO F2F *and*<br>NO CHART<br>REVIEW | MENTAL<br>HEALTH | DENTAL<br>NOT-URGENT | DENTAL<br>URGENT |

Paper Triage RN Signature/Date: _____ 7/8/18

☐ Referred to DOC for non-Clinical request
☐ Medication refill requested from Pharmacy

CHS Form 86322 PILOT March 2018