# Exhibit L

LIMBACHER, SHANE
12/18/1972

Case: 1:19-cv-07509 Document #: 121-12 Filed: 11/27/23 Page 2 of 2 PageID #:949

00307962c; 00731679z
20170519100

* Auth (Verified) *


Attn: DR. Trammell

TIME STAMP WHEN FORM ARRIVES IN DISPENSARY

**NON-EMERGENCY HEALTH SERVICE REQUEST**
CERMAK HEALTH SERVICES OF COOK COUNTY

'18 JUL 9 AM 6:20

'18 JUL 9 AM 6:09

TODAY'S DATE: 7-3-18   LAST NAME: Limbacher   FIRST NAME: Shane
CCDOC #: 20170519100   DIVISION/TIER: 8 4 G   DATE OF BIRTH: 12-18-72

### HEALTH REQUEST

**I WOULD LIKE TO SEE A HEALTHCARE PROVIDER ABOUT:**
- ☐ Chest
- ☐ Mouth/Tooth (go to Dental Section) →
- ☐ Headache
- ☐ Stomach Area
- ☒ Muscle/Back
- ☐ Other    Describe: I can't handle the pain in my neck, back and shoulder.

**DENTAL   My concerns are:**
- ☐ I want a Dental Cleaning/ Dental checkup/ Filling
  Note: Cleanings are only performed once a year
- ☐ My teeth/gums are bleeding
- ☐ My tooth is loose
- ☐ My face is swollen
- ☐ I can't open my mouth

Cermak DOES NOT provide
TOOTHBRUSHES, TOOTHPASTE, OR MOUTHWASH

**OTHER PROBLEMS:**
- ☒ I want a refill of my prescribed medication(s)      ☐ I am NOT getting my prescribed medication(s)
Name of Medication(s): Carbon methenmol
- ☐ I want to be seen by an EYE doctor for glasses
- ☐ I want to be screened for HIV      ☐ I want to be screened for other Sexually Transmitted Infections

### MENTAL HEALTH REQUEST
I WOULD LIKE TO SEE A MENTAL HEALTH PROVIDER FOR:
EXPLAIN: _____

**STOP**   DO NOT WRITE BELOW THIS   **STOP**

### PAPER TRIAGE

Collected from Tier Box Signature/Date: _____ 7/3/208

| REQUIRES RN FACE TO FACE? (circle one) For Emergent Call 911; For Urgent: Send Patient to Urgent Care | | | | CLINICAL DEPARTMENT(S) TO REVIEW THIS PAPER HSRF FOR ADDITIONAL PAPER TRIAGE (circle) | | |
|---|---|---|---|---|---|---|
| YES ROUTINE | ~~YES PRIORITY~~ ☒ | NO F2F BUT NEEDS CHART REVIEW | NO F2F and NO CHART REVIEW | MENTAL HEALTH | DENTAL NOT-URGENT | DENTAL URGENT |

Paper Triage RN Signature/Date: _____ G.Jardine RN

☐ Referred to DOC for non-Clinical request
☐ Medication refill requested from Pharmacy

7/1/18

CHS Form 86322 PILOT March 2018

19 C 7509 Limbacher 001871

CHS                                                                    Page 1,871 of 5,959