# Exhibit M

* Auth (Verified) *

| TIME STAMP WHEN FORM ARRIVES IN DISPENSARY | NON-EMERGENCY HEALTH SERVICE REQUEST CERMAK HEALTH SERVICES OF COOK COUNTY | TIME STAMP AFTER AUG 4 AM 6:53 TRIAGE |

TODAY'S DATE: 8-3-18   LAST NAME: Limbacher   FIRST NAME: Shane

CCDOC #: 20170519100   DIVISION/TIER: 8 4 G   DATE OF BIRTH: 12-18-72

## HEALTH REQUEST

**I WOULD LIKE TO SEE A HEALTHCARE PROVIDER ABOUT:**
- ☐ Chest
- ☐ Mouth/Tooth (go to Dental Section) →
- ☐ Headache   ☐ Stomach Area   ☐ Muscle/Back
- ☑ Other   Describe: My left shoulder pain is unbearable - I need to see an orthopedic as suggested by the neurologist at Stroger hospital on 7-25-18

**DENTAL   My concerns are:**
- ☐ I want a Dental Cleaning/ Dental checkup/ Filling
  Note: Cleanings are only performed once a year
- ☐ My teeth/gums are bleeding
- ☐ My tooth is loose
- ☐ My face is swollen
- ☐ I can't open my mouth

Cermak DOES NOT provide
TOOTHBRUSHES, TOOTHPASTE, OR MOUTHWASH

**OTHER PROBLEMS:**
- ☐ I want a refill of my prescribed medication(s)
- ☐ I am NOT getting my prescribed medication(s)
Name of Medication(s): _____
- ☐ I want to be seen by an EYE doctor for glasses
- ☐ I want to be screened for HIV
- ☐ I want to be screened for other Sexually Transmitted Infections

## MENTAL HEALTH REQUEST

I WOULD LIKE TO SEE A MENTAL HEALTH PROVIDER FOR:
EXPLAIN: _____

**STOP**   DO NOT WRITE BELOW THIS   **STOP**

## PAPER TRIAGE

Collected from Tier Box Signature/Date: Obve A. 8/4/2018

| REQUIRES RN FACE TO FACE? (circle one) For Emergent Call 911; For Urgent; Send Patient to Urgent Care | | | | CLINICAL DEPARTMENT(S) TO REVIEW THIS PAPER HSRF FOR ADDITIONAL PAPER TRIAGE (circle) | | |
|---|---|---|---|---|---|---|
| YES ROUTINE | YES PRIORITY (circled) | NO F2F BUT NEEDS CHART REVIEW | NO F2F and NO CHART REVIEW | MENTAL HEALTH | DENTAL NOT-URGENT | DENTAL URGENT |

Paper Triage RN Signature/Date: Q. Scotts 8/4/18

- ☐ Referred to DOC for non-Clinical request
- ☐ Medication refill requested from Pharmacy

T

CHS Form 86322 PILOT March 2018