# Exhibit N

LIMBACHER, SHANE
12/18/1972

Case: 1:19-cv-07509 Document #: 121-14 Filed: 11/27/23 Page 2 of 2 PageID #:953

00737962c; 00731679z
20170519100

* Auth (Verified) *

TIME STAMP WHEN FORM ARRIVES IN DISPENSARY

**NON-EMERGENCY HEALTH SERVICE REQUEST**
CERMAK HEALTH SERVICES OF COOK COUNTY

TIME STAMP AFTER PAPER TRIAGE
'13 SEP 29 AM 6:31

TODAY'S DATE: 9-28-18  LAST NAME: Limbacher  FIRST NAME: Shane
CCDOC #: 20170519100  DIVISION/TIER: 8 4 G  DATE OF BIRTH: 12-18-72

### HEALTH REQUEST

**I WOULD LIKE TO SEE A HEALTHCARE PROVIDER ABOUT:**
- ☐ Chest
- ☐ Mouth/Tooth (go to Dental Section) →
- ☑ Headache
- ☐ Stomach Area
- ☑ ~~Muscle~~/Back (circled)
- ☑ Other Describe: Neck & shoulder has severe pain.

**DENTAL My concerns are:**
- ☐ I want a Dental Cleaning/ Dental checkup/ Filling
  Note: Cleanings are only performed once a year
- ☐ My teeth/gums are bleeding
- ☐ My tooth is loose
- ☐ My face is swollen
- ☐ I can't open my mouth

Cermak DOES NOT provide
TOOTHBRUSHES, TOOTHPASTE, OR MOUTHWASH

**OTHER PROBLEMS:**
- ☑ I want a refill of my prescribed medication(s)
  Name of Medication(s): Baclafenic
- ☐ I want to be seen by an EYE doctor for glasses
- ☐ I want to be screened for HIV
- ☐ I am NOT getting my prescribed medication(s)
- ☐ I want to be screened for other Sexually Transmitted Infections

### MENTAL HEALTH REQUEST
I WOULD LIKE TO SEE A MENTAL HEALTH PROVIDER FOR:
EXPLAIN:

**STOP**  DO NOT WRITE BELOW THIS  **STOP**

### PAPER TRIAGE

Collected from Tier Box Signature/Date: _____ A  9/29/18

| REQUIRES RN FACE TO FACE? (circle one) For Emergent Call 911; For Urgent: Send Patient to Urgent Care | | | | CLINICAL DEPARTMENT(S) TO REVIEW THIS PAPER HSRF FOR ADDITIONAL PAPER TRIAGE (circle) | | |
|---|---|---|---|---|---|---|
| YES ROUTINE | YES PRIORITY (circled) | NO F2F BUT NEEDS CHART REVIEW | NO F2F and NO CHART REVIEW | MENTAL HEALTH | DENTAL NOT-URGENT | DENTAL URGENT |

Paper Triage RN Signature/Date: _____ 9/29/18
☐ Referred to DOC for non-Clinical request
☐ Medication refill requested from Pharmacy

CHS Form EFR22 PILOT March 2018

19 C 7509 Limbacher 001821

CHS
Page 1,821 of 5,959