# Exhibit O

Case: 1:19-cv-07509 Document #: 121-15 Filed: 11/27/23 Page 2 of 81 PageID #:955



Official reprint from UpToDate®
www.uptodate.com © 2022 UpToDate, Inc. and/or its affiliates. All Rights Reserved.



# Evaluation of the adult with shoulder complaints

**Authors:** Aaron Vaughan, MD, CAQSM, Stephen Hulkower, MD
**Section Editor:** Karl B Fields, MD
**Deputy Editor:** Jonathan Grayzel, MD, FAAEM

All topics are updated as new evidence becomes available and our peer review process is complete.

**Literature review current through:** Oct 2022. | **This topic last updated:** Mar 04, 2022.

## INTRODUCTION

Shoulder pain is a common musculoskeletal complaint that may be due either to intrinsic disorders of the shoulder or referred pain. The former include injuries and acute or chronic degeneration or inflammation of the shoulder joint, tendons, surrounding ligaments, or periarticular structures [1].

An overview of common presentations and causes of shoulder discomfort and a basic clinical approach to diagnosis are reviewed. In-depth discussions of the shoulder examination and of the diagnosis and treatment of specific disorders of the shoulder are found separately. (See "Physical examination of the shoulder" and "Rotator cuff tendinopathy" and "Presentation and diagnosis of rotator cuff tears" and "Frozen shoulder (adhesive capsulitis)" and "Multidirectional instability of the shoulder" and "Clinical manifestations and diagnosis of osteoarthritis", section on 'Shoulder'.)

## ANATOMY AND BIOMECHANICS

A complex network of anatomic structures endows the human shoulder with tremendous mobility, greater than any other joint in the body (🖼 picture 1 and 🖼 picture 2 and 📈 figure 1). The shoulder girdle is composed of three bones (clavicle, scapula, and proximal humerus) and four articular surfaces (sternoclavicular [SC], acromioclavicular [AC], glenohumeral, and scapulothoracic) (📈 figure 2A-C). The glenohumeral joint, commonly referred to as the shoulder joint, is the principal articulation.

**Glenohumeral structures —** The glenohumeral joint is loosely constrained within a thin capsule bounded by surrounding muscles and ligaments (⊡ figure 3 and ⊡ figure 4 and ⊡ figure 5 and ⊡ figure 6 and ⊡ figure 7 and ⊡ figure 8 and ⊡ figure 9). The shoulder's great mobility is due in large part to the shallow depth of the glenoid and the limited contact between the glenoid and the humeral head (⊡ figure 2A and ⊡ figure 2B and ⊡ figure 2C and 🖽 table 1 and 🖾 picture 1). Only 25 percent of the humeral head surface makes contact with the glenoid. The labrum, a fibrocartilaginous ring attached to the outer rim of the glenoid, provides some additional depth and stability.

The shallowness and small surface area of the glenohumeral joint make it susceptible to instability and injury, requiring that stability be provided primarily by extrinsic supports. Surrounding muscles and ligaments provide these supports. The glenohumeral ligaments serve as the primary static stabilizers (⊡ figure 9 and ⊡ figure 8). They include the superior, middle, and inferior glenohumeral ligaments. The rotator cuff serves as the primary dynamic stabilizer. As such, a primary function of the rotator cuff is to hold the humeral head within the glenoid ("socket") of the joint while enabling full mobility. The rotator cuff is composed of four muscles (supraspinatus, infraspinatus, subscapularis, and teres minor) that form a cuff around the head of the humerus, to which these muscles attach.

Shoulder pain is frequently caused by an acute or chronic injury of the rotator cuff, most often the supraspinatus muscle or tendon (⊡ figure 10 and ⊡ figure 2A and ⊡ figure 2C). The supraspinatus originates on the supraspinous fossa of the superior-posterior scapula, superior to the scapular spine, and inserts on the greater tubercle of the superior-lateral humeral head just posterior to the biceps tendon. Proximal to its insertion, it passes, along with the subacromial bursa, through the narrow space between the acromion process and the humeral head.

The acromion is a projection of the scapular spine that extends superiorly and anteriorly over the humeral head (🖾 picture 3 and ⊡ figure 11). Thus, with the shoulder in abduction, the supraspinatus is susceptible to impingement between the greater tubercle and the acromion. Activities involving repeated abduction with impingement can cause repetitive muscle and tendon trauma and ischemic compression of the tendon.

The subacromial bursa, also referred to as the subdeltoid bursa, serves the important function of protecting the rotator cuff tendons from the pressure and friction of the underside of the acromion.

Three other muscles contribute to the rotator cuff (⊡ figure 10). The infraspinatus arises from the infraspinatus fossa of the posterior scapula and inserts on the lateral humeral head (greater

tuberosity), just posterior to the supraspinatus where their insertions blend. The teres minor arises from the inferior-posterior scapula and blends with the infraspinatus to attach on the lateral humeral head (greater tuberosity). The subscapularis, the largest of the four cuff muscles, arises from the anterior scapula, inferior to the coracoid, and attaches to the anterior humeral head (lesser tuberosity).

The rotator cuff muscles rotate the humerus internally (subscapularis) and externally (infraspinatus primarily and teres minor), and contribute to abduction (supraspinatus), along with the deltoid muscle [2]. The subscapularis is capable of generating approximately twice the force of the external rotators [3]. The deltoid is the most superficial muscle overriding the glenohumeral area, and it acts as the primary shoulder abductor. It arises from the acromion and attaches to the midhumerus.

The rotator cuff compresses the humoral head in the glenoid fossa, thereby stabilizing the glenohumeral joint, and serves to counterbalance the elevating forces of the deltoid as well as the forces of other muscles acting on the humerus [4,5]. Weakness of the rotator cuff can lead to superior subluxation of the humeral head when the shoulder is abducted beyond 90 degrees, predisposing to impingement syndromes.

The suprascapular nerve innervates the supraspinatus and infraspinatus muscles (⊡ figure 12). Suprascapular nerve injury causes a peripheral neuropathy that is estimated to account for 1 to 2 percent of pathologic shoulder conditions [6,7]. Injuries to the suprascapular nerve arise most often from mechanical compression, occasionally caused by cysts or tumors. Suprascapular neuropathy causes pain, progressive atrophy, and weakened abduction and external rotation of the shoulder and can be difficult to distinguish from rotator cuff tears.

**Extraglenohumeral structures** — Shoulder motion is also dependent upon the AC and SC joints and the scapulothoracic articulation (⊡ figure 2A-C and ⊡ picture 3 and ⊡ picture 2 and ⊡ figure 13). Together, they are capable of compensating significantly for decreased motion at the glenohumeral joint due to injury. The AC joint is a common site of injury.

Coordination between glenohumeral and scapulothoracic motion is particularly important for shoulder function. Proper scapular motion and stability allows the humeral head to remain properly seated in the glenoid during abduction, provides a solid base from which the rotator cuff muscles can move the humerus, and enables proper elevation of the coracoacromial arch, thereby diminishing the risk of impingement syndrome (⊡ figure 14 and ⊡ picture 2). The muscles primarily responsible for scapular stability and motion are the trapezius, serratus anterior, rhomboids, and levator scapulae.

The tendon of the long head of the biceps runs in the bicipital groove between the greater and lesser tubercles of the anterior proximal humerus (⤢ figure 15). Transverse tendinous structures (either a continuation of the subscapularis tendon or a distinct transverse humeral ligament [8]) prevent subluxation of the tendon. Anterior shoulder pain can be caused by injury or chronic degeneration of the biceps tendon.

Several muscles provide additional dynamic stability to the glenohumeral joint, thereby supporting the rotator cuff, which is the primary dynamic stabilizer. These muscles include the teres major, latissimus dorsi, and pectoralis major.

Although the neural networks of the brachial plexus form proximally to the glenohumeral joint, the major peripheral nerves emanating from the plexus pass inferiorly to the joint (⤢ figure 16 and ⤢ figure 17). Pain from an injury to the plexus or related peripheral nerves from acute or chronic injury can present as shoulder pain. (See "Overview of upper extremity peripheral nerve syndromes".)

## HISTORY AND PAIN PATTERNS

**General approach** — Patients with acute shoulder pain often seek treatment following an episode of trauma. Diagnosis in this case can often be made by observation, gentle palpation, and plain radiographs. If pain does not follow an acute episode of trauma, the clinician must first distinguish between extrinsic and intrinsic causes of shoulder pain.

Once traumatic injury and potentially dangerous extrinsic causes have been excluded (▦ table 2), the clinician is generally faced with one of several common patterns of shoulder pain, which are described below.

Patients experiencing a problem intrinsic to the shoulder may present with complaints of pain provoked by specific movement(s), stiffness or lack of flexibility, weakness or loss of function, instability, or a combination of these symptoms.

A standard pain history (ie, onset, duration, palliation/provocation, quality, location, and radiation) aids diagnosis. The clinician should inquire about activities that exacerbate symptoms either at work (eg, lifting overhead, painting) or leisure (eg, racquet sports, swimming). In addition, questions about previous injuries and treatment, including past surgery, and about comorbidities such as diabetes (which increases the risk of adhesive capsulitis) are important.

**Anterolateral shoulder pain** — Anterolateral shoulder pain aggravated by reaching overhead is a common pain pattern. It is often associated with impingement syndrome and the various

stages of rotator cuff tendinopathy (simple strain, uncomplicated tendinopathy, chronic calcific tendinopathy, tendinopathy complicated by tear). Rotator cuff tendinopathy with tendon tear is suspected when pain is complicated by weakness and a notable loss of strength in external rotation or abduction (a loss that is not attributable to poor effort). Adhesive capsulitis (ie, frozen shoulder) is the most likely diagnosis when pain is accompanied by stiffness and a significant loss of movement in external rotation or abduction. Labral tears may present with anterolateral pain, although pain may be deep and poorly localized, and may be associated with instability and a catching sensation. (See "Rotator cuff tendinopathy" and "Presentation and diagnosis of rotator cuff tears" and "Frozen shoulder (adhesive capsulitis)" and "Multidirectional instability of the shoulder" and "Superior labrum anterior posterior (SLAP) tears".)

Conditions affecting the acromioclavicular (AC) joint, such as AC separation (if trauma has occurred) or osteoarthritis, are suspected when pain is well localized (the patient often uses one finger to point to the end of the clavicle). Involvement of the glenohumeral joint is suspected when pain is aggravated by movement in multiple directions. Pain originating from the tendon of the long head of the biceps can create well-localized anterior shoulder pain aggravated by lifting or carrying objects like shopping bags. (See "Acromioclavicular joint injuries ("separated" shoulder)" and "Acromioclavicular joint disorders" and "Biceps tendinopathy and tendon rupture" and "Clinical manifestations and diagnosis of osteoarthritis", section on 'Shoulder'.)

**Posterior shoulder pain —** Posterior shoulder pain is the least common pattern of the intrinsic conditions affecting the shoulder. Rotator cuff tendinopathy involving the external rotators (teres minor and infraspinatus) can cause focal pain or sometimes referred pain over the scapula. Often, patients with infraspinatus tendinopathy complain of pain or weakness when performing activities requiring external rotation. More diffuse pain over the general area of the superior trapezius is more commonly referred from the cervical spine (cervical strain or radiculopathy). (See "Rotator cuff tendinopathy" and "Clinical features and diagnosis of cervical radiculopathy".)

**Poorly localized pain —** Pain that is poorly localized or vaguely described may be intrinsic to the shoulder but is often referred from other structures (ie, extrinsic) [9]. Pain arising from intrinsic causes often occurs with associated stiffness or limited motion. Night pain commonly occurs with these conditions. Glenohumeral arthritis, avascular necrosis of the humeral head, pathologic bone cysts or tumors, large rotator cuff tears, and adhesive capsulitis are examples of shoulder pathology that can manifest poorly localized or generalized pain. (See "Clinical manifestations and diagnosis of osteoarthritis" and "Clinical manifestations and diagnosis of osteonecrosis (avascular necrosis of bone)" and "Presentation and diagnosis of rotator cuff tears" and "Frozen shoulder (adhesive capsulitis)".)

Cervical nerve root impingement can produce sharp pain radiating from the neck in the posterior shoulder area and arm. Shoulder pain can be referred from the neck or abdomen, results from a compression neuropathy, or arises from the bone (table 2). Poorly localized shoulder pain in the setting of a normal shoulder examination should raise concern for intra-abdominal or other extrinsic pathology (eg, pain from gallbladder disease or acute coronary syndrome may radiate to the shoulder). Although uncommon, elbow pathology may refer to the shoulder.

Shoulder pain may also reflect psychological overtones of cases under litigation or malingering; however, such diagnoses should be entertained only after true pathology has been excluded. A large Finnish survey found nonspecific shoulder complaints without clinical findings to correlate with depressive illness and not to correlate with rotator cuff tendinopathy [10].

**Trauma —** Fractures and dislocations of the shoulder often occur as a result of blunt trauma. Falls directly onto the shoulder can cause acromioclavicular separation. Falls or direct blows can cause a clavicle fracture. Falls onto an outstretched arm are the most common cause of proximal humerus fractures. Blunt trauma, sports injury, and, less often, violent muscular contractions such as those that occur with generalized seizures can cause glenohumeral dislocations. Generally, the patient can localize pain to the site of injury, and deformity may be present. Posttraumatic shoulder pain can also be referred from intra-abdominal injuries causing diaphragmatic irritation (eg, Kehr sign triggered by bleeding from liver or spleen). (See "Acromioclavicular joint injuries ("separated" shoulder)" and "Clavicle fractures" and "Proximal humeral fractures in adults" and "Shoulder dislocation and reduction".)

Sometimes patients present several weeks or months following an injury. Pain may cause the patient to avoid use of the shoulder in the interim leading to adhesive capsulitis. (See 'Adhesive capsulitis' below.)

## PHYSICAL EXAMINATION

Examination of the shoulder is guided by the history. Although some components of the examination, such as inspection and a basic neurovascular evaluation, are universal, other components are performed selectively based upon the diagnoses being entertained [11,12]. As examples, particular maneuvers are useful for helping to identify rotator cuff pathology or glenohumeral instability. A framework for determining when to perform specific maneuvers is provided in the shoulder pain algorithm and the diagnostic approach described below.

As noted, shoulder anatomy and motion are complex, and thus, the examination of the shoulder is also complex, with many maneuvers to assess different aspects of shoulder function. The performance of the shoulder examination is discussed in detail separately. (See "Physical examination of the shoulder".)

## DIAGNOSTIC APPROACH

For many primary care clinicians, determining how best to evaluate patients with shoulder pain can be difficult. The anatomy of the shoulder is complex and the differential diagnosis broad. Fortunately, patients with shoulder pathology most often present in stereotypical fashion. By following the basic approach outlined here (algorithm 1), clinicians should be able to diagnose and either manage or refer appropriately the great majority of patients with shoulder complaints.

**Step one: Traumatic versus nontraumatic —** The first step is to determine whether a traumatic injury is present. Most often, this determination is straightforward based on the patient's history, although delayed presentations do occur, for example with mild acromioclavicular (AC) separations. Examination may reveal deformity, and the patient is nearly always able to localize the pain. Plain radiographs are often obtained following trauma to diagnose fracture, dislocation, or type II or III AC joint sprain.

The most common shoulder injuries from minor blunt trauma include fractures of the clavicle and proximal humerus, dislocations of the glenohumeral joint, and sprains of the AC joint.

Should plain radiographs fail to reveal an injury in the setting of acute trauma, a soft tissue injury (eg, rotator cuff tear) is likely, and the clinician should perform an appropriate assessment as described in step three below.

**Step two: Extrinsic versus intrinsic —** Once acute fracture, dislocation, or AC injury has been excluded, the second step is to determine whether the patient's shoulder pain is a referred symptom caused by pathology extrinsic to the shoulder (table 2) or by intrinsic pathology. A careful history and preliminary examination should enable the clinician to make this distinction. Often, if the cause is extrinsic, the patient has difficulty localizing the pain. The pain itself is often vague if it is referred from a thoracic or abdominal source, or sharp with radiation if it is from a neurologic source.

The history may reveal details or associated symptoms of concern:

11/20/22, 10:29 AM
Case: 1:19-cv-07509 Document #: 121-15 Filed: 11/27/23 Page 9 of 81 PageID #:962
Evaluation of the adult with shoulder complaints - UpToDate

- Cervical nerve root impingement may be present in the patient with sharp pain radiating from the neck into the posterior shoulder area or arm.

- Splenic injury may be present in the patient with shoulder pain recently involved in an automobile accident in which the shoulder was not initially injured or sustained only minor injury.

- Myocardial ischemia may be present in the patient who experiences diaphoresis or dyspnea with each episode of shoulder pain.

Examination of patients with an extrinsic cause of shoulder pain most often reveals painless range of motion and no asymmetry in appearance, motion, or strength when compared with the opposite shoulder.

**Step three: Glenohumeral versus extraglenohumeral** — If an intrinsic condition is present, the clinician must next determine whether the source of pain is at the glenohumeral joint or outside it. Generally, the patient is able to localize the pain from extra-glenohumeral pathology to a specific site such as the bicipital groove for biceps tendinopathy or the AC joint for AC osteoarthritis. Weakness of the stabilizing muscles of the scapula is a notable exception, and this diagnosis can be difficult to make. A careful assessment of scapulothoracic motion and observation for any scapular winging (🖼 picture 4 and ▷ movie 1) can aid diagnosis in such cases.

In cases of extra-glenohumeral pathology, passive range of motion of the glenohumeral joint should be normal, although assessment may be limited by pain or guarding. With problems related directly to the glenohumeral joint and its surrounding structures, examination should reveal some abnormality, be it pain, weakness, or abnormal motion.

**Step four: Differentiating glenohumeral pathology** — Once extra-glenohumeral pathology has been excluded, the clinician must try to determine which of several glenohumeral abnormalities is causing the patient's symptoms. Assessment of shoulder range of motion, strength, and signs of impingement will help to distinguish among such diagnoses as rotator cuff tendinopathy, rotator cuff tear, and adhesive capsulitis. A summary of the key examination findings for each common diagnosis is found immediately below. Further detail about the shoulder examination is found separately (🗒 table 3). (See "Physical examination of the shoulder".)

- Impingement and rotator cuff tendinopathy – Anterolateral shoulder pain that increases with overhead reaching; pain with supraspinatus testing and/or external rotation; positive impingement tests (see 'Impingement syndrome' below and 'Tendinopathy' below)

- Rotator cuff tendon tear – Older patient (age >40); pain and weakness with supraspinatus testing and/or external rotation; positive impingement tests (see "Presentation and diagnosis of rotator cuff tears")

- Adhesive capsulitis – History of diabetes or immobilizing disability (eg, stroke, injury requiring sling); diminished active and passive range of motion

- Glenohumeral osteoarthritis – History of shoulder trauma; pain; diminished active and passive range of motion; imaging shows sclerosis and diminished joint space (see "Clinical manifestations and diagnosis of osteoarthritis", section on 'Shoulder')

- Multidirectional shoulder instability – Younger patient (age <40); positive sulcus sign; positive instability test; provocative maneuvers cause discomfort (see "Multidirectional instability of the shoulder")

- Superior labrum anterior to posterior (SLAP) tear – Throwing or overhead athlete or laborer; symptoms and signs greatest with shoulder abducted and externally rotated

---

## ETIOLOGY

The majority of patients who present to primary care clinics with shoulder pain have an intrinsic disorder (⊞ table 4). Careful evaluation allows the primary care physician to diagnose most patients [13,14]. Acute symptoms (less than two weeks duration) in patients with a history of recent shoulder trauma are typically due to an acromioclavicular (AC) separation, glenohumeral dislocation, fracture, or rotator cuff tear [15]. In addition to pain, patients may complain that the shoulder is discolored, deformed, or swollen. However, significant medical problems such as cardiac ischemia, hepatobiliary disease, and intra-abdominal injury can present with referred shoulder pain (ie, extrinsic cause) (⊞ table 2). (See 'Diagnostic approach' above.)

**Patient age** — In addition to location (see 'History and pain patterns' above), several other historical factors can help to differentiate among the intrinsic causes of shoulder pain. Patient age is one such factor (⊞ table 4):

- Sports injuries due to overuse and subluxation of the glenohumeral joint are most common in adolescents and young adults [15]. "Shoulder separation" due to a sprain of the acromioclavicular (AC) ligaments is also more common in younger patients. It is seen following a fall, with the arm adducted, directly onto the acromion, commonly referred to as the point or tip of the shoulder. (See "Acromioclavicular joint injuries ("separated" shoulder)".)

- Middle-aged and older individuals more often develop shoulder pain due to rotator cuff lesions such as supraspinatus tendinopathy and partial or full-thickness tendon tears [16,17]. (See "Rotator cuff tendinopathy" and "Presentation and diagnosis of rotator cuff tears".)

- Frozen shoulder syndrome and symptomatic osteoarthritis also occur predominately in older patients. Bilateral shoulder involvement, also more common among older patients, suggests an inflammatory process such as polymyalgia rheumatica or rheumatoid arthritis. (See "Frozen shoulder (adhesive capsulitis)" and "Clinical manifestations and diagnosis of osteoarthritis", section on 'Shoulder'.)

**Rotator cuff injury** — Rotator cuff injury is among the most common causes of shoulder pain. The rotator cuff tendons ( figure 10), particularly the supraspinatus tendon, are uniquely susceptible to the compressive forces of subacromial impingement (see 'Anatomy and biomechanics' above) and dominate the conditions affecting the shoulder, especially in patients over the age of 30 [18]. Improper athletic technique, poor muscular conditioning, poor posture, and failure of the subacromial bursa to protect the supporting tendons adequately may result in a progression of injury from acute inflammation, to calcification, to degenerative thinning, and finally to tendon tear. (See "Rotator cuff tendinopathy" and "Presentation and diagnosis of rotator cuff tears".)

**Impingement syndrome —** Impingement syndrome is the term used to describe symptoms and signs that result from compression of structures around the glenohumeral joint, including the rotator cuff tendons and subacromial bursa. (See "Shoulder impingement syndrome".)

The symptoms of impingement syndrome are nearly identical to those of rotator cuff tendinopathy (see 'Tendinopathy' below). Overhead reaching and positioning cause pain over the outer deltoid region. Atrophy of the muscles around the top and back of the shoulder may be apparent if symptoms are longstanding. Crepitus may be felt with attempts to abduct the arm beyond 60 degrees. Patients with rounded shoulders (a down-sloping acromial angle) ( picture 5), poor muscular development, repetitive overhead sport activity, and occupations that require repetitive work at or above the shoulder are at greatest risk.

**Tendinopathy —** Rotator cuff tendinopathy almost always represents chronic injury to the supraspinatus (abduction) and/or infraspinatus (external rotation) tendons. Tendinopathy usually develops as a consequence of repetitive activity, generally at or above shoulder height, which leads to tendon degeneration and microvascular insult.

Patients with rotator cuff tendinopathy complain of shoulder pain aggravated by reaching, pushing, pulling, lifting, rotating the arm in or out, positioning the arm above shoulder level, or

lying on the affected side. Most patients do not describe an injury or fall. The patient typically places the hand over the outer deltoid, rubbing the muscle in an up-and-down direction when describing the pain. Common shoulder tendinopathy must be distinguished from frozen shoulder (loss of range of motion), rotator cuff tendon tear (persistent weakness), and biceps tendinopathy (painful arm flexion). (See "Rotator cuff tendinopathy".)

**Tendon tear** — Rotator cuff tendon tears (ie, loss of the normal integrity of the supraspinatus tendon, the infraspinatus tendon, or both) occur as the end result of chronic subacromial impingement, progressive tendon degeneration, traumatic injury, or a combination of these factors. Tears occur primarily in the supraspinatus tendon. (See "Presentation and diagnosis of rotator cuff tears".)

Patients with a rotator cuff tendon tear complain of shoulder weakness, pain over the anterolateral shoulder or sometimes the upper back, and a popping or catching sensation when the shoulder is moved. Night pain is common and often affects sleep because the patient is unable to keep the arm in a position that does not elicit pain (ie, without compression or rotation).

Injuries most commonly associated with acute rotator cuff tendon tears include falls onto the outstretched arm, falls directly onto the outer shoulder, vigorous pulling (such as on a lawn mower cable), and unusual heavy pushing and pulling. Acute, subacute, and chronic tears all occur most often in patients over the age of 40 with a history of impingement symptoms [16,17].

Shoulder function is preserved if the tear parallels the direction of the tendon fibers or is small in size. In such cases, the patient will complain only of shoulder pain, pain with direct pressure, and pain aggravated by active reaching, lifting, pushing, and pulling. However, if the tear is large, affecting both the supraspinatus and infraspinatus tendons, and is transverse in direction (total interruption of the tendon with muscle retraction), the patient will complain of weakness, the typical symptoms of tendinopathy, and dramatic loss of function — an inability to reach overhead, lift with an outstretched arm, and an impairment of pushing and pulling.

**Labral tear** — Many of the same mechanisms that produce rotator cuff injury can also produce tears of the labrum. Athletes who engage in repetitive overhead activities that load the shoulder (eg, baseball pitching, tennis serving, swimming) are at greater risk for such injuries, particularly superior labral tears oriented anterior to posterior (so-called SLAP lesions). Symptoms include deep shoulder pain, catching sensation, instability, and crepitus. (See "Superior labrum anterior posterior (SLAP) tears".)

**Adhesive capsulitis —** Adhesive capsulitis (commonly referred to as frozen shoulder) refers to a stiffened glenohumeral joint that has lost significant range of motion (abduction and rotation). It is a reversible contraction of the joint capsule in almost all cases. (See "Frozen shoulder (adhesive capsulitis)".)

Any shoulder pain or disability that causes the patient not to use his or her shoulder can lead to diminished joint mobility and possibly adhesive capsulitis. The most common cause is rotator cuff tendinopathy. Diabetes mellitus puts patients at significantly increased risk of developing adhesive capsulitis [19-21]. Other diseases that increase the risk for frozen shoulder, most likely due to immobility, include stroke, Parkinson disease, and chronic pulmonary disease. Low pain tolerance, poor compliance with exercise therapy, and immobilization in a sling (eg, for treatment of a shoulder or elbow injury) can also contribute to the development of a frozen shoulder.

While the symptoms and signs of adhesive capsulitis and rotator cuff tendinopathy overlap, presentation often differs. While some patients with adhesive capsulitis have severe pain, all demonstrate decreased active and passive range of motion (picture 6) and typically complain of shoulder stiffness. Patients with rotator cuff tendinopathy typically complain of pain with active motion, while passive motion is often in the normal range (in the absence of guarding). The loss of motion associated with a frozen shoulder causes various degrees of impaired function, including limited reaching (eg, overhead, across the chest) and limited rotation (eg, unable to scratch the back, difficulty putting on a coat). Patients with rotator cuff tendinopathy suffer similar restrictions, but their limitations are due more to pain than an absolute loss of movement. Patients with either condition may experience increased pain at night either from direct pressure or shoulder movement.

**Acromioclavicular pain —** The acromioclavicular (AC) joint (picture 3) is another common site of pathology in patients with shoulder complaints. The joint is susceptible to arthritic change and trauma ("shoulder separation"). (See "Acromioclavicular joint injuries ("separated" shoulder)".)

Patients complain of anterior shoulder pain, deformity, or both and often point to the AC joint when describing their symptoms. Patients with AC osteoarthritis may describe a grinding or popping sensation when reaching overhead or across the chest. The adduction part of the Apley scratch test can elicit this sign (picture 7). Patients with an acute AC separation usually relate a history of falling directly onto the shoulder. Those with second- and third-degree sprains typically have a palpable step-off deformity at the AC joint (figure 18 and picture 8). They often hold their arm close to the chest and resist rotation and elevation.

**Biceps tendinopathy/rupture** — Biceps tendinopathy is a degenerative condition affecting the long head of the biceps tendon as it passes through the bicipital groove of the anterior proximal humerus (🖼 picture 9 and 🗠 figure 15). Repetitive lifting and, to a lesser extent, overhead reaching leads to irritation, microtearing, and, if untreated, degenerative change. Unusual or vigorous lifting in the setting of a chronically weakened tendon can lead to spontaneous rupture. (See "Biceps tendinopathy and tendon rupture".)

The patient complains of anterior shoulder pain aggravated by lifting, carrying objects like shopping bags, and overhead reaching. A dramatic worsening of symptoms and description of a lump just above the antecubital fossa (so-called Popeye deformity) suggests an acute long head tendon rupture (🖼 picture 10). Weakness is most often attributed to the pain of active tendinopathy. Rupture of the long head of the biceps rarely is associated with significant weakness; the brachioradialis and the short head of the biceps account for 80 to 85 percent of the strength of elbow flexion.

**Multidirectional shoulder instability** — Multidirectional instability of the shoulder is synonymous with "subluxation," "loose" shoulder, or partial dislocation. It is more common in young women with poor muscular development, patients with large rotator cuff tendon tears (loss of muscular support), and athletes under the age of 40, especially swimmers and throwers. Patients with generalized hypermobility or connective tissue disorders like Ehlers Danlos syndrome often experience frequent shoulder subluxations and even dislocations. The symptoms are often vague and nonspecific ("dead arm," looseness, or crepitation) unless the condition is complicated by rotator cuff tendinopathy. Typically, the patient has an excessive range of motion, particularly with internal and external rotation. (See "Multidirectional instability of the shoulder".)

**Glenohumeral osteoarthritis** — Osteoarthritis of the glenohumeral joint represents wear and tear of the articular cartilage of the glenoid, labrum, and humeral head. It is an uncommon problem that is generally preceded by trauma, although the injury may have occurred years earlier. Injuries that are associated with the development of osteoarthritis include previous dislocation, humeral head or neck fracture, large rotator cuff tendon tears (loss of musculotendinous support), and rheumatoid arthritis. Patients complain of the gradual development of anterior or deep shoulder pain, night pain, and stiffness over a period of months to years. Both active and passive motion, particularly abduction and external rotation, become diminished as articular degeneration grows more severe. (See "Clinical manifestations and diagnosis of osteoarthritis", section on 'Shoulder'.)

Primary osteoarthritis of the shoulder is uncommon; thus, in the absence of trauma, clinicians should consider the possibility of metabolic disease (eg, hemochromatosis) as a cause.

**Scapular instability** — Weakness of the muscles that stabilize the scapula predisposes the patient to impingement syndrome. (See 'Anatomy and biomechanics' above.)

Although a difficult diagnosis to make, scapular instability may manifest with abnormal shoulder motion, shoulder weakness, scapular dyskinesis (🖼 picture 11), or mild scapular winging (🖼 picture 4 and ▷ movie 1) in patients with symptoms suggestive of rotator cuff pathology. Improvement of abduction strength when performed while the scapula is stabilized by the examiner suggests weakness of the scapula stabilizers (🖼 picture 12 and ▷ movie 2). Less commonly, nerve injury can cause winging of the scapula. (See "Overview of upper extremity peripheral nerve syndromes", section on 'Proximal neuropathies'.)

**Scapulothoracic bursitis** — Scapulothoracic (subscapular) bursitis may result from mechanical pressure and friction, most often between the superior-medial angle of the scapula and the adjacent second and third ribs. Poor muscular development in thin patients, kyphotic posture, repetitive to-and-fro motion of the scapula (ironing, assembly work, throwing sports), and direct pressure are common causes.

Affected patients complain of localized pain over the upper back or a popping sound whenever the shoulder is shrugged. A typical patient has poor muscular development, an asthenic physique, and poor posture.

**Referred pain** — Referred pain to the shoulder may be seen in a variety of clinical settings:

- Neural impingement at the level of the cervical spine due to disc herniation (generally at the C5 or C6 levels) or spinal stenosis. (See "Evaluation of the adult patient with neck pain".)

- Peripheral nerve entrapment distal to the spinal column, with involvement of either the long thoracic or suprascapular nerves. (See "Overview of upper extremity peripheral nerve syndromes", section on 'Proximal neuropathies'.)

- Diaphragmatic irritation (eg, from splenic laceration, perforated viscus, or ruptured ectopic pregnancy), intrathoracic tumors, and distension of the hepatic capsule can produce ipsilateral shoulder pain. (See "Overview of cancer pain syndromes" and "Superior pulmonary sulcus (Pancoast) tumors".)

- Myocardial ischemia with associated left shoulder pain.

A distinguishing characteristic of referred pain, in contrast to intrinsic shoulder problems, is that **shoulder movement is normal** and does not alter the character of the pain. A careful history can often distinguish among the causes of referred shoulder pain.

## INJECTION TESTS

When the physical examination suggests the presence of a specific disorder, certain tests may aid diagnosis. As an example, a lidocaine injection test can be used to aid diagnosis in the following circumstances (🖼 picture 13):

- Evaluate glenohumeral joint involvement
- Confirm rotator cuff tendinopathy
- Evaluate rotator cuff tear
- Determine the degree of a frozen shoulder

Patients with a rotator cuff tear typically manifest persistent weakness despite pain relief with injection, while those with rotator cuff tendinopathy have normal strength in association with pain relief. Patients with a frozen shoulder have persistent loss of mobility despite the injection. Dramatic reduction in pain and improvement in overall shoulder function after injection of the subacromial bursa provides evidence against a significant glenohumeral joint process.

## DIAGNOSTIC IMAGING

Diagnostic imaging of the shoulder may be valuable when directed by the history and physical examination. A variety of modalities may be employed (📊 table 5). A complete discussion of these studies is found elsewhere. (See "Radiologic evaluation of the painful shoulder in adults".)

**Plain radiographs —** Plain radiographs of the shoulder generally have limited benefit in the evaluation of nontraumatic shoulder pain. This was illustrated in a study of 312 patients seen in an emergency department setting for shoulder pain: only 37 of the 185 shoulder films (20 percent) were therapeutically informative, revealing conditions requiring specific therapy (ie, a fracture or dislocation) [22]. No patient without a shoulder deformity or a precipitating fall had an informative radiograph.

A subsequent study of 206 patients used the presence or absence of the following features: history of falling, swelling, rest pain, abnormalities in range of motion, and obvious deformities of the shoulder to help identify those in whom a shoulder radiograph was unlikely to be informative [23]. Among those without obvious shoulder deformities and swelling, the following three groups had relatively insignificant radiographs:

- Patients without rest pain who had fallen. No significant radiographic findings were found among 18 patients with these features.

- Patients who had fallen, had rest pain, and had normal range of motion. No therapeutically informative radiographs were reported in 10 such patients.

- Patients who had not fallen. Only 1 of 107 such patients had a lytic lesion discovered on radiograph; this individual was already known to have multiple myeloma.

While there are no specific guidelines for when radiography is indicated, we generally recommend obtaining plain films in patients who have lost range of motion, particularly when there is severe pain, and after trauma (🖼 image 1 and 🖼 image 2). Plain films can identify the following:

- Fractures of the proximal humerus (🖼 image 3), clavicle (🖼 image 4), and scapula
- Glenohumeral dislocations (🖼 image 5)
- Glenohumeral osteoarthritis (🖼 image 6)
- Acromioclavicular (AC) joint arthritis or injury (🖼 image 7)
- Sternoclavicular (SC) joint arthritis (apical lordotic views of the chest)
- Calcific tendinopathy (🖼 image 8 and 🖼 image 9)

In addition, indirect evidence of rotator cuff thinning, tear, or both may be evident on plain radiograph of the shoulder (🖼 image 10). A subacromial space measurement less than 1 cm suggests thinning with or without tear, which can be confirmed by magnetic resonance imaging (MRI).

When plain films are obtained in a patient with a history of trauma, both anteroposterior (AP) and axillary views are warranted since some conditions can be missed on the former alone. Additional views can be helpful when looking for particular pathology. As examples, a scapular Y view may reveal an anterior glenohumeral dislocation, while a true AP (ie, Grashey view) may reveal a glenoid fracture.

**Magnetic resonance imaging** — In the United States, MRI is the preferred advanced imaging study for patients with suspected rotator cuff injury. A normal MRI suggests that the likelihood of a rotator cuff tear is low. MRI is also useful in the evaluation of avascular necrosis, biceps tendinopathy and rupture, inflammatory processes, and tumors. (See "Radiologic evaluation of the painful shoulder in adults" and "Presentation and diagnosis of rotator cuff tears", section on 'Imaging studies'.)

**Ultrasonography** — Musculoskeletal ultrasound is widely used to assess patients with shoulder pain. In the hands of skilled operators, the diagnostic accuracy of ultrasound has been found to be the equivalent of MRI in identifying rotator cuff tears and biceps tendon tears and dislocations [24-30]. Ultrasound is less expensive than MRI and preferred by patients [30,31].

The performance of the ultrasound examination of the shoulder is reviewed in detail separately. (See "Musculoskeletal ultrasound of the shoulder".)

**Additional ultrasound resources** — Instructional videos demonstrating proper performance of the ultrasound examination of the shoulder and related pathology can be found at the website of the American Medical Society for Sports Medicine: shoulder US examination, sports US shoulder pathology, US guided interventional procedures of the shoulder. Registration must be completed to access these videos, but no fee is required.

**Arthrography** — Arthrography has largely been replaced by MRI for the diagnosis of rotator cuff disorders. It is specific for rotator cuff tears, but it has a low sensitivity since it cannot detect partial-thickness tears nor associated soft tissue injuries [32]. Arthrography still may be useful for evaluating frozen shoulder and may even be therapeutic. (See "Frozen shoulder (adhesive capsulitis)".)

## INFORMATION FOR PATIENTS

UpToDate offers two types of patient education materials, "The Basics" and "Beyond the Basics." The Basics patient education pieces are written in plain language, at the 5th to 6th grade reading level, and they answer the four or five key questions a patient might have about a given condition. These articles are best for patients who want a general overview and who prefer short, easy-to-read materials. Beyond the Basics patient education pieces are longer, more sophisticated, and more detailed. These articles are written at the 10th to 12th grade reading level and are best for patients who want in-depth information and are comfortable with some medical jargon.

Here are the patient education articles that are relevant to this topic. We encourage you to print or e-mail these topics to your patients. (You can also locate patient education articles on a variety of subjects by searching on "patient info" and the keyword(s) of interest.)

- Basics topics (see "Patient education: Biceps tendinopathy (The Basics)" and "Patient education: Rotator cuff injury (The Basics)" and "Patient education: Bursitis (The Basics)" and "Patient education: Frozen shoulder (The Basics)" and "Patient education: Shoulder impingement (The Basics)")

- Beyond the Basics topics (see "Patient education: Rotator cuff tendinitis and tear (Beyond the Basics)" and "Patient education: Biceps tendinitis or tendinopathy (Beyond the Basics)" and "Patient education: Bursitis (Beyond the Basics)" and "Patient education: Frozen

shoulder (Beyond the Basics)" and "Patient education: Shoulder impingement syndrome (Beyond the Basics)")

---

## SUMMARY AND RECOMMENDATIONS

- **Clinical anatomy and physical examination** – A complex network of anatomic structures endows the human shoulder with tremendous mobility (🖼 picture 1 and 🖼 picture 2), which can make examination and diagnosis challenging (📊 figure 3 and 📊 figure 5 and 📊 figure 4 and 📊 figure 6). The shoulder girdle is composed of three bones (clavicle, scapula, and proximal humerus), four articular surfaces (sternoclavicular [SC], acromioclavicular [AC], glenohumeral, and scapulothoracic) (📊 figure 7 and 📊 figure 8 and 📊 figure 9), and soft tissues (eg, rotator cuff muscles) (📊 figure 2A-C). (See 'Anatomy and biomechanics' above and "Physical examination of the shoulder".)

- **Diagnostic approach with algorithm** – A stepwise clinical approach to the patient with shoulder complaints is described in the text and summarized in the following graphics (🔗 algorithm 1 and 🗒 table 3). (See 'Diagnostic approach' above.)

  Patient age and activity are important factors to consider when assessing the differential diagnosis of shoulder pain (🗒 table 4). (See 'Etiology' above.)

  Patients with acute shoulder pain often seek treatment following trauma. Diagnosis in this case can often be made by observation, gentle palpation, and plain radiograph. If shoulder pain is unrelated to trauma, the clinician must distinguish between extrinsic and intrinsic causes. Once potentially dangerous extrinsic causes have been excluded (🗒 table 2), the clinician is generally faced with one of several common patterns of shoulder pain, which are described in the text. (See 'History and pain patterns' above.)

- **Trauma-related pain** – Traumatic causes of shoulder pain include fracture and soft tissue injury. Acute symptoms (less than two weeks' duration) in patients with a history of recent shoulder trauma are typically due to an AC separation, glenohumeral dislocation, fracture, or rotator cuff tear. (See 'Trauma' above.)

- **Anterolateral pain** – Anterolateral shoulder pain aggravated by reaching overhead is a common pain pattern. It is often associated with impingement syndrome and the various stages of rotator cuff tendinopathy or tear. Adhesive capsulitis (ie, frozen shoulder) is the most likely diagnosis when pain is accompanied by stiffness and a significant loss of movement in both active and passive motion of the shoulder. (See 'Anterolateral shoulder

pain' above and 'Rotator cuff injury' above and 'Labral tear' above and 'Adhesive capsulitis' above.)

- **Referred pain and extrinsic causes** – Significant internal pathology including cardiac ischemia, hepatobiliary disease, and intraperitoneal bleeding may manifest with referred shoulder pain. Pain that is poorly localized or vaguely described is often extrinsic. Cervical nerve root impingement can produce sharp pain radiating from the neck into the posterior shoulder area and arm. (See 'Poorly localized pain' above and 'Referred pain' above.)

- **Diagnostic imaging** – Imaging of the shoulder may be valuable when directed by the history and physical examination. The best modality to use depends upon the history and clinical findings. (See 'Diagnostic imaging' above.)

## ACKNOWLEDGMENT

The UpToDate editorial staff acknowledges Steven D Stovitz, MD, MS, and Ron Anderson, MD, and Bruce Anderson, MD, who contributed to earlier versions of this topic review.

Use of UpToDate is subject to the Terms of Use.

### REFERENCES

1. Anderson BC. Office Orthopedics for Primary Care: Diagnosis, 3rd, WB Saunders, Philadelphia 2005.

2. Clark JM, Harryman DT 2nd. Tendons, ligaments, and capsule of the rotator cuff. Gross and microscopic anatomy. J Bone Joint Surg Am 1992; 74:713.

3. Reinold MM, Escamilla RF, Wilk KE. Current concepts in the scientific and clinical rationale behind exercises for glenohumeral and scapulothoracic musculature. J Orthop Sports Phys Ther 2009; 39:105.

4. Harryman DT 2nd, Sidles JA, Clark JM, et al. Translation of the humeral head on the glenoid with passive glenohumeral motion. J Bone Joint Surg Am 1990; 72:1334.

5. Lippitt SB, Vanderhooft JE, Harris SL, et al. Glenohumeral stability from concavity-compression: A quantitative analysis. J Shoulder Elbow Surg 1993; 2:27.

6. Gosk J, Urban M, Rutowski R. Entrapment of the suprascapular nerve: anatomy, etiology, diagnosis, treatment. Ortop Traumatol Rehabil 2007; 9:68.

7. Martin SD, Warren RF, Martin TL, et al. Suprascapular neuropathy. Results of non-operative treatment. J Bone Joint Surg Am 1997; 79:1159.

8. Gleason PD, Beall DP, Sanders TG, et al. The transverse humeral ligament: a separate anatomical structure or a continuation of the osseous attachment of the rotator cuff? Am J Sports Med 2006; 34:72.

9. Ponnappan RK, Khan M, Matzon JL, et al. Clinical Differentiation of Upper Extremity Pain Etiologies. J Am Acad Orthop Surg 2015; 23:492.

10. Miranda H, Viikari-Juntura E, Heistaro S, et al. A population study on differences in the determinants of a specific shoulder disorder versus nonspecific shoulder pain without clinical findings. Am J Epidemiol 2005; 161:847.

11. Hermans J, Luime JJ, Meuffels DE, et al. Does this patient with shoulder pain have rotator cuff disease?: The Rational Clinical Examination systematic review. JAMA 2013; 310:837.

12. Hippensteel KJ, Brophy R, Smith MV, Wright RW. Comprehensive Review of Provocative and Instability Physical Examination Tests of the Shoulder. J Am Acad Orthop Surg 2019; 27:395.

13. Holmes RE, Barfield WR, Woolf SK. Clinical evaluation of nonarthritic shoulder pain: Diagnosis and treatment. Phys Sportsmed 2015; 43:262.

14. Gray M, Wallace A, Aldridge S. Assessment of shoulder pain for non-specialists. BMJ 2016; 355:i5783.

15. Johnson TR. The shoulder. In: Essentials of Musculoskeletal Care, Snider RK (Ed), American Academy of Orthopaedic Surgeons, Rosemont 1997.

16. Worland RL, Lee D, Orozco CG, et al. Correlation of age, acromial morphology, and rotator cuff tear pathology diagnosed by ultrasound in asymptomatic patients. J South Orthop Assoc 2003; 12:23.

17. Tempelhof S, Rupp S, Seil R. Age-related prevalence of rotator cuff tears in asymptomatic shoulders. J Shoulder Elbow Surg 1999; 8:296.

18. Chakravarty K, Webley M. Shoulder joint movement and its relationship to disability in the elderly. J Rheumatol 1993; 20:1359.

19. Lequesne M, Dang N, Bensasson M, Mery C. Increased association of diabetes mellitus with capsulitis of the shoulder and shoulder-hand syndrome. Scand J Rheumatol 1977; 6:53.

20. Morén-Hybbinette I, Moritz U, Scherstén B. The clinical picture of the painful diabetic shoulder--natural history, social consequences and concomitant hand syndrome. Acta Med Scand 1987; 221:73.

21. Arkkila PE, Kantola IM, Viikari JS, Rönnemaa T. Shoulder capsulitis in type I and II diabetic patients: association with diabetic complications and related diseases. Ann Rheum Dis

1996; 55:907.

22. Fraenkel L, Lavalley M, Felson D. The use of radiographs to evaluate shoulder pain in the ED. Am J Emerg Med 1998; 16:560.

23. Fraenkel L, Shearer P, Mitchell P, et al. Improving the selective use of plain radiographs in the initial evaluation of shoulder pain. J Rheumatol 2000; 27:200.

24. Teefey SA, Rubin DA, Middleton WD, et al. Detection and quantification of rotator cuff tears. Comparison of ultrasonographic, magnetic resonance imaging, and arthroscopic findings in seventy-one consecutive cases. J Bone Joint Surg Am 2004; 86-A:708.

25. Iannotti JP, Ciccone J, Buss DD, et al. Accuracy of office-based ultrasonography of the shoulder for the diagnosis of rotator cuff tears. J Bone Joint Surg Am 2005; 87:1305.

26. Moosmayer S, Smith HJ. Diagnostic ultrasound of the shoulder--a method for experts only? Results from an orthopedic surgeon with relative inexpensive compared to operative findings. Acta Orthop 2005; 76:503.

27. Teefey SA, Middleton WD, Payne WT, Yamaguchi K. Detection and measurement of rotator cuff tears with sonography: analysis of diagnostic errors. AJR Am J Roentgenol 2005; 184:1768.

28. Schibany N, Zehetgruber H, Kainberger F, et al. Rotator cuff tears in asymptomatic individuals: a clinical and ultrasonographic screening study. Eur J Radiol 2004; 51:263.

29. Sugimoto K. Ultrasonographic evaluation of the Bankart lesion. J Shoulder Elbow Surg 2004; 13:286.

30. Martinoli C, Bianchi S, Prato N, et al. US of the shoulder: non-rotator cuff disorders. Radiographics 2003; 23:381.

31. Middleton WD, Payne WT, Teefey SA, et al. Sonography and MRI of the shoulder: comparison of patient satisfaction. AJR Am J Roentgenol 2004; 183:1449.

32. Blanchard TK, Bearcroft PW, Constant CR, et al. Diagnostic and therapeutic impact of MRI and arthrography in the investigation of full-thickness rotator cuff tears. Eur Radiol 1999; 9:638.

Topic 238 Version 40.0

**GRAPHICS**

## Movements available: Glenohumeral joint



(A) Flexion

(B) Extension

(C) Abduction

(D) Adduction

(E) Internal rotation

(F) External rotation

(G) Horizontal abduction

(H) Horizontal adduction

*Reproduced with permission from: Cael C. Functional Anatomy: Musculoskeletal Anatomy, Kinesiology, and Palpation for Manual Therapists. Lippincott Williams & Wilkins, Philadelphia 2011. Copyright © 2011 Lippincott Williams & Wilkins. www.lww.com.*

Graphic 90843 Version 5.0

## Movements available: Scapulothoracic joint



(A) Elevation

(B) Depression

(C) Retraction

(D) Protraction

(E) Upward rotation

(F) Downward rotation

*Reproduced with permission from: Cael C. Functional Anatomy: Musculoskeletal Anatomy, Kinesiology, and Palpation for Manual Therapists. Lippincott Williams & Wilkins, Philadelphia 2011. Copyright © 2011 Lippincott Williams & Wilkins. www.lww.com.*

Graphic 90842 Version 6.0

## Glenohumeral motion: Synergists and antagonists

| Shoulder motion | | Muscles involved | Shoulder motion | | Musc |
|---|---|---|---|---|---|
| Flexion | | Deltoid (anterior fibers)<br><br>Pectoralis major (clavicular fibers)<br><br>Coracobrachialis<br><br>Biceps brachii | Extension | | Delto (post<br>Latiss<br>Teres<br>Pecto (costa |
| Abduction | | Deltoid (all fibers)<br><br>Supraspinatus<br><br>Pectoralis major (overhead) | Adduction | | Pecto<br>Latiss<br>Teres<br>Corac<br>Bicep (shor |
| Internal rotation | | Deltoid (anterior fibers)<br><br>Pectoralis major<br><br>Latissimus dorsi<br><br>Teres major<br><br>Subscapularis | External rotation | | Delto (post<br>Infras<br>Teres |
| Horizontal abduction | | Deltoid (posterior fibers)<br><br>Infraspinatus<br><br>Latissimus dorsi<br><br>Teres minor | Horizontal adduction | | Pecto<br>Delto (ante |

*Reproduced with permission from: Cael C. Functional Anatomy: Musculoskeletal Anatomy, Kinesiology, and Palpation for Manual The*
*Lippincott Williams & Wilkins, Philadelphia 2011. Copyright © 2011 Lippincott Williams & Wilkins. www.lww.com.*

Graphic 90845 Version 5.0

## Anterior view of shoulder anatomy



Graphic 72709 Version 3.0

## Lateral view of shoulder anatomy



Graphic 54102 Version 4.0

## Posterior view of shoulder anatomy



Graphic 69995 Version 7.0

## Superficial muscles of the shoulder: Anterior view



*Reproduced with permission from: Cael C. Functional Anatomy: Musculoskeletal Anatomy, Kinesiology, and Palpation for Manual Therapists. Lippincott Williams & Wilkins, Philadelphia 2011. Copyright © 2011 Lippincott Williams & Wilkins. www.lww.com.*

Graphic 90838 Version 4.0

## Superficial muscles of the shoulder: Posterior view



*Reproduced with permission from: Cael C. Functional Anatomy: Musculoskeletal Anatomy, Kinesiology, and Palpation for Manual Therapists. Lippincott Williams & Wilkins, Philadelphia 2011. Copyright © 2011 Lippincott Williams & Wilkins.* www.lww.com.

Graphic 90839 Version 5.0

## Deep muscles of the shoulder: Anterior view



*Reproduced with permission from: Cael C. Functional Anatomy: Musculoskeletal Anatomy, Kinesiology, and Palpation for Manual Therapists. Lippincott Williams & Wilkins, Philadelphia 2011. Copyright © 2011 Lippincott Williams & Wilkins. www.lww.com.*

Graphic 90840 Version 4.0

## Deep muscles of the shoulder: Posterior view



*Reproduced with permission from: Cael C. Functional Anatomy: Musculoskeletal Anatomy, Kinesiology, and Palpation for Manual Therapists. Lippincott Williams & Wilkins, Philadelphia 2011. Copyright © 2011 Lippincott Williams & Wilkins. www.lww.com.*

Graphic 90841 Version 4.0

# Ligaments of the shoulder: Anterior view



*Reproduced with permission from: Cael C. Functional Anatomy: Musculoskeletal Anatomy, Kinesiology, and Palpation for Manual Therapists. Lippincott Williams & Wilkins, Philadelphia 2011. Copyright © 2011 Lippincott Williams & Wilkins. www.lww.com.*

Graphic 90836 Version 5.0

## Ligaments of the shoulder: Posterior view



*Reproduced with permission from: Cael C. Functional Anatomy: Musculoskeletal Anatomy, Kinesiology, and Palpation for Manual Therapists. Lippincott Williams & Wilkins, Philadelphia 2011. Copyright © 2011 Lippincott Williams & Wilkins. www.lww.com.*

Graphic 90837 Version 4.0

## Capsules and ligaments of glenohumeral and acromioclavicular joints: Anterior view



The acromioclavicular, corocohumeral, and glenohumeral ligaments. Although shown on the external aspect of the joint capsule, the glenohumeral ligaments are actually a feature observed from the internal aspect of the joint. These ligaments strengthen the anterior aspect of the capsule of the glenohumeral joint, and the coracohumeral ligament strengthens the capsule superiorly.

---

* Coracoid process + coraco-acromial ligament acromion = coraco-acromial arch.

---

*Reproduced with permission from: Clinically Oriented Anatomy, 7th ed, Moore KL, Agur AM, Dalley AF (Eds), Lippincott Williams & Wilkins, Philadelphia 2013. Copyright © 2013 Lippincott Williams & Wilkins. www.lww.com.*

---

Graphic 98022 Version 4.0

## Glenohumeral joint movements

| Movement (function) | Prime mover(s) (from pendent position) | Synergists | Notes |
|---|---|---|---|
| Flexion | Pectoralis major (clavicular head); deltoid (clavicular and anterior acromial parts) | Coracobrachialis (assisted by biceps brachii) | From fully extended position to its own (coronal) plane, sternocostal head of pectoralis major is major force |
| Extension | Deltoid (spinal part) | Teres major; latissimus dorsi; long head of triceps brachii | Latissimus dorsi, sternocostal head of pectoralis major, and long head of triceps act from fully flexed position to their own (coronal) planes |
| Abduction | Deltoid (as a whole, but especiallly acromial part) | Supraspinatus | Supraspinatus is particularly important in initiating movement; also, upward rotation of scapula occurs throughout movement, making a significant contribution |
| Adduction | Pectoralis major; latissimus dorsi | Teres major; long head of triceps brachii | In upright position and in absence of resistance, gravity is prime mover |
| Medial rotation | Subscapularis | Pectoralis major; deltoid (clavicular part); latissimus dorsi; teres major | With arm elevated, "synergists" become more important than prime movers |
| Lateral rotation | Infraspinatus | Teres minor; deltoid (spinal part) | |
| Tensors of articular capsule (to hold head of humerus against glenoid cavity) | Subscapularis; infraspinatus (simultaneously) | Supraspinatus; teres minor | Rotator cuff (SITS) muscles acting together; when "resting", their tonus adequately maintains integrity of joint |
| Resisting downward dislocation (shunt muscles) | Deltoid (as a whole) | Long head of triceps brachii; coracobrachialis; short head of biceps brachii | Used especially when carrying heavy objects (suitcases, buckets) |

Case: 1:19-cv-07509 Document #: 121-15 Filed: 11/27/23 Page 39 of 81 PageID #:992

*Reproduced with permission from: Upper Limb. In: Moore KL, Agur AMR, Dalley AF. Clinically Oriented Anatomy, 7th ed,*
*Lippincott Williams & Wilkins, Philadelphia 2013. Copyright © 2013 Lippincott Williams & Wilkins. www.lww.com.*

Graphic 70854 Version 11.0

# Rotator cuff muscles



The four rotator cuff muscles pictured above serve important functions related to glenohumeral motion and stability. The picture at the top presents an anterior view and shows the subscapularis muscle inserting on the lesser tuberosity. The remaining muscles, seen best in the posterior view shown in the bottom picture, insert at the greater tuberosity.

Graphic 72027 Version 5.0

# Normal shoulder ligaments: Anterior view



Graphic 62016 Version 7.0

## Types of acromion morphology



The relationship between the anterior third of the acromion and subacromial structures accounts in part for the development of shoulder impingement. Three acromion types have been described: flat, curved, and hooked. The hooked acromion has the highest association with SIS.

---

SIS: shoulder impingement syndrome.

---

Graphic 53837 Version 3.0

# Anatomy of suprascapular nerve and surrounding structures



Note that the suprascapular nerve crosses deep to the superior transverse scapular ligament at the superior scapular (or suprascapular) notch (superior yellow circle), while the vessels cross superior to the ligament. After traversing the suprascapular fossa, the neurovascular structures course through the spinoglenoid notch (inferior yellow circle) and head medially along the inferior border of the scapular spine.

---

*Reproduced with permission from: Strauss EJ, Alaia MJ, Kwon YW. Suprascapular and axillary nerve injuries. In: Disorders of the Shoulder, 3rd ed, Iannotti JP, Williams GR (Eds), Lippincott Williams & Wilkins, Philadelphia 2013. Copyright © 2013 Lippincott Williams & Wilkins. www.lww.com.*

---

Graphic 99165 Version 4.0

## Scapula motion: Synergists and antagonists

| Scapular motion | | Muscles involved | Scapular motion | | Muscl... |
|---|---|---|---|---|---|
| Elevation | | Trapezius (upper fibers) Levator scapula Rhomboids | Depression | | Trapez... (lower... Pector... Serrat... |
| Retraction | | Trapezius (all fibers) Rhomboids | Protraction | | Pector... Serrat... |
| Upward rotation | | Trapezius (all fibers) Serratus anterior | Downward rotation | | Levato... Rhom... |

*Reproduced with permission from: Cael C. Functional Anatomy: Musculoskeletal Anatomy, Kinesiology, and Palpation for Manual The...*
*Lippincott Williams & Wilkins, Philadelphia 2011. Copyright © 2011 Lippincott Williams & Wilkins. www.lww.com.*

Graphic 90844 Version 5.0

## Scapular motion



Elevation/depression
Posterior view

Protraction/retraction
Superior view of right half
of pectoral girdle

Upward rotation/downward rotation
Posterior view

| Movement of scapula | Muscles producing movement* | Nerve to muscles | Range of movement (angular rotation; linear displacement) |
|---|---|---|---|
| Elevation | **Trapezius, superior part** (1) <br> Levator scapulae (2) <br> Rhomboids (3) | Accessory (CN XI) <br> Dorsal scapular | 10-12 cm |
| Depression | **Gravity** (12) <br> Pectoralis major, inferior sternocostal head (4) <br> Latissimus dorsi (5) <br> Trapezius, inferior part (6) <br> Serratus anterior, inferior part (7) <br> Pectoralis minor (8) | Pectoral nerves <br><br> Thoracodorsal <br> Accessory (CN XI) <br> Long thoracic <br><br> Medial pectoral | |
| Protraction | **Serratus anterior** (9) <br> Pectoralis major (10) <br> Pectoralis minor (8) | Long thoracic <br> Pectoral nerves <br> Medial pectoral | 40-45°; 15 cm |
| Retraction | **Trapezius, middle part** (11) <br> Rhomboids (3) <br> Latissimus dorsi (5) | Accessory (CN XI) <br> Dorsal scapular <br> Thoracodorsal | |
| Upward rotation• | **Trapezius, superior part** (1) <br> Trapezius, inferior part (6) <br> **Serratus anterior, inferior part** (7) | Accessory (CN XI) <br> Long thoracic | 60°; inferior angle: 10-12 cm; superior angle 5-6 cm |
| Downward rotation△ | Gravity (12) <br> Levator scapulae (2) <br> Rhomboids (3) <br> **Latissimus dorsi** (5) <br> Pectoralis minor (8) <br> Pectoralis major, inferior - sternocostal head (4) | Dorsal scapular <br> Thoracodorsal <br> Medial pectoral <br> Pectoral nerves | |

\* Boldface indicates prime or essential mover(s). Numbers refer to the figure.

• The glenoid cavity moves superiorly, as in abduction of the arm.

Δ The glenoid cavity moves inferiorly, as in adduction of the arm.

---

*Reproduced with permission from: Moore KL, Dalley AF. Clinically Oriented Anatomy, 5th Edition. Lippincott Williams & Wilkins, Philadelphia 2006. Copyright © 2006 Lippincott Williams & Wilkins. www.lww.com.*

---

Graphic 50894 Version 7.0

## Anatomy of the biceps brachii muscle



Graphic 59976 Version 3.0

# Brachial plexus



The brachial plexus is formed by the ventral rami of the lower cervical and upper thoracic nerve roots. It is cephalad and posterior to the subclavian artery as it passes posterior to the first rib. The trunks of the brachial plexus (superior [C5,C6], middle [C7], inferior [C8,T1]) pass between the anterior and middle scalene muscles.

---

m.: muscle; a.: artery; n.: nerve.

---

Graphic 70189 Version 3.0

Case: 1:19-cv-07509 Document #: 121-15 Filed: 11/27/23 Page 49 of 81 PageID #:1002

# Structures of the axilla



Structures of the axilla. Most of the anterior wall of the axilla and the axillary fat pad have been removed, revealing the axilla's medial and posterior walls and neurovascular contents. Of the structures forming the anterior wall, only portions of the pectoralis major (attaching ends, a central part overlying the pectoralis minor, and a cube of muscle reflected superior to the clavicle) and the pectoralis minor remain. All the clavipectoral fascia has been removed, as has the axillary sheath surrounding the neurovascular bundle. Observe the axillary artery emerging from the cervicoaxillary canal inferior to the clavicle and subclavius muscle and then passing a finger's breadth inferior to the coracoid process of the scapula. As the axillary artery passes through the axilla, it is surrounded by the brachial plexus of nerves. The major nerves arising from the lateral and medial cords (anterior divisions) of the plexus have been elevated by an applicator stick.

*Reproduced with permission from: Moore KL, Dalley AF. Clinical Oriented Anatomy, Fourth Ed. Baltimore, Lippincott Williams & Wilkins 1999. Copyright © 1999 Lippincott Williams & Wilkins.*

Graphic 69782 Version 2.0

## Extrinsic causes of shoulder pain

| Neurologic |
|---|
| Cervical nerve root compression (C5, C6) |
| Suprascapular nerve compression |
| Brachial plexus lesions |
| Herpes zoster |
| Spinal cord lesion |
| Cervical spine disease |
| **Abdominal** |
| Hepatobiliary disease |
| Diaphragmatic irritation (eg, splenic injury, ruptured ectopic pregnancy, perforated viscus) |
| **Cardiovascular** |
| Myocardial ischemia |
| Axillary vein thrombosis |
| Thoracic outlet syndrome |
| **Thoracic** |
| Upper lobe pneumonia |
| Apical lung tumor |
| Pulmonary embolus |

Graphic 55507 Version 4.0

Case: 1:19-cv-07509 Document #: 121-15 Filed: 11/27/23 Page 51 of 81 PageID #:1004

## Evaluation of adult with shoulder complaints



AC: acromioclavicular; MVC: motor vehicle collision.

* Refer to relevant UpToDate topic and tables on shoulder complaints in adults for more detailed information about specific conditions and the approach to diagnosis.

Graphic 82676 Version 4.0

# Winging of the scapula



Above are two examples of winging of the scapula. (A) Winging of the right scapula is seen from a slightly oblique perspective in the top photograph in a patient who had long thoracic nerve entrapment. (B) The patient in the bottom photograph, seen from the back, also developed winging of the right scapula (arrows).

*Courtesy of Stephen M Simons, MD, FACSM and Craig Young, MD.*

11/20/22, 10:23 AM
Case: 1:19-cv-07509 Document #: 121-15 Filed: 11/27/23 Page 53 of 81 PageID #:1006
Evaluation of the adult with shoulder complaints - UpToDate

Graphic 68399 Version 5.0

## Differential history and examination of the shoulder

| History and epidemiology | Examination findings | Likely diagnosis |
| --- | --- | --- |
| Generally age >40<br><br>Pain increases with reaching<br><br>Frequent repetitive activity at or above shoulder | Subacromial tenderness<br><br>Pain with Apley scratch tests<br><br>Normal passive range of motion<br><br>Normal strength but pain with testing midarc abduction and/or external rotation<br><br>Pain with impingement testing (Neer and Hawkins tests) | Rotator cuff tendinopathy (very common) |
| Same as rotator cuff tendinopathy, but weakness present<br><br>Midde aged and older | Same as rotator cuff tendinopathy but weakness often present with resisted abduction and/or external rotation | Rotator cuff tear |
| Past history of rotator cuff tendinopathy, diabetes, or immobility for any reason<br><br>Complaint of decreased motion +/- pain | Significant decrease in range of motion, both active and passive | Adhesive capsulitis |
| Past history of shoulder trauma | Decrease in range of motion - both active and passive | Glenohumoral osteoarthritis (uncommon) |
| Pain increases when carrying objects with elbows bent (eg, shopping bags) or lifting overhead | Bicipital groove tenderness<br><br>Pain with resisted elbow flexion or supination | Biceps tendinopathy |
| Sudden increase in shoulder pain with "Popeye" deformity (ie, prominent ipsilateral distal bicep) | Obvious biceps deformity<br><br>Pain with resisted elbow flexion or supination | Biceps tendon rupture |
| Recent fall onto adducted arm<br><br>Focal AC joint pain | AC joint tenderness with possible stepoff<br><br>Pain with adduction of injured arm<br><br>Clavicle elevation on x-ray with higher grade sprain | Acromioclavicular injury |
| Focal AC joint pain without | AC joint tenderness | Acromioclavicular osteoarthritis |

| | | |
| --- | --- | --- |
| recent trauma | Pain with adduction of injured arm | |
| Generally age <40<br><br>Overhead athletes<br><br>Nonspecific symptoms | Sulcus test shows increased motion<br><br>Apprehension, relocation, and release tests positive | Multidirectional shoulder instability (may have concomitant rotator cuff tear) |
| Poor muscular development, frequent repetitive to-and-fro motion (eg, ironing), and direct pressure (eg, backpack) are common causes | Superiomedial scapular border tender (performed with ipsilateral arm adducted) | Subscapular bursitis |
| Sedentary (eg, works at desk job); poor posture with rounded upper back | Abnormal, uncoordinated scapulothoracic and glenohumoral motion<br><br>Wall push off may reveal mild scapular winging<br><br>Stabilization of scapula by examiner improves shoulder strength | Scapular stabilizer muscle weakness |

AC: acromioclavicular.

---

Graphic 53038 Version 5.0

# Age-related causes and clinical characteristics of intrinsic shoulder pain

| Age | Disorder | Clinical characteristics |
|---|---|---|
| Adolescents and young adults | Overuse injuries | Pain and loss of function associated with a particular athletic activity |
| | Acromioclavicular sprain | Focal pain over acromioclavicular joint; history of trauma |
| | Shoulder instability | Minor trauma, high risk of recurrence |
| Middle-aged and older individuals | Rotator cuff tendinopathy or impingement syndrome | Pain, difficulty with active abduction and external rotation, pain at night, crepitus may be felt with lifting arm beyond 60° in impingement syndrome |
| | Rotator cuff tears | Pain and inability to actively abduct the arm, passive abduction is preserved |
| | Subacromial bursitis or inflammatory synovitis | Features resemble rotator cuff tendinopathy, may be seen with rheumatoid arthritis, polymyalgia rheumatica, or crystal-induced arthritis |
| | Adhesive capsulitis (frozen shoulder) | Pain, stiffness, and marked loss of shoulder motion; risk factors include diabetes mellitus and prolonged immobilization |
| | Bicipital tendinitis | Pain and tenderness anteriorly within the bicipital groove |
| | Osteoarthritis | Associated with damage to the rotator cuff, rheumatoid arthritis, or chondrocalcinosis |
| | Myofascial pain | Diffuse soft tissue tenderness in the shoulder region and over the chest wall |

Graphic 61048 Version 3.0

## Posture with rounded and protracted shoulders



The posture shown in the photograph, with the shoulders rounded and protracted, is common among those who spend a great deal of time working at a desk. In such cases, it is often associated with dysfunction of the scapular stabilizing muscles.

*Courtesy of Stephen Simons, MD.*

Graphic 83224 Version 1.0

## Frozen shoulder: Restrictions in motion



The photographs above show common motion restrictions that are found with frozen shoulder. Note how the affected left shoulder is limited in external rotation (A), abduction (B), and internal rotation (C), compared with the unaffected shoulder (photographs D, E, and F). Photographs A, B, D, and E depict passive glenohumeral motion while the scapula is stabilized.

*Courtesy of Tore Prestgaard, MD.*

Graphic 68745 Version 4.0

11/20/22, 10:20 AM
Evaluation of the adult with shoulder complaints - UpToDate
Case: 1:19-cv-07509 Document #: 121-15 Filed: 11/27/23 Page 59 of 81 PageID #:1012

## Apley scratch tests



These tests provide a simple way to assess shoulder motion. To assess adduction, the patient is asked to reach across her chest and touch the opposite shoulder (photograph A). To assess external rotation and abduction, the patient is asked to reach behind her head and touch the superior medial tip of the opposite scapula (photograph B). A patient with normal function can reach approximately the level of the T4 spinous process. To assess internal rotation and adduction, the patient is asked to reach behind her back and touch the inferior tip of the opposite scapula (photograph C). A patient with normal function can reach approximately the level of the T8 spinous process.

Graphic 55077 Version 4.0

## Type III acromioclavicular joint injury



Graphic 55686 Version 6.0

## Deformity following Type III AC joint injury



This 65-year-old masters cyclist and professional trombone player reports full, pain-free function after AC injury suffered when a dog ran out in front of him while cycling. Note the intact trapezius and anterior deltoid insertion on the clavicle, and drooped shoulder rather than elevated clavicle in the chronic state.

---

AC: acromioclavicular.

---

*Courtesy of Scott M Koehler, MD.*

---

Graphic 82015 Version 5.0

## Biceps tendon palpation



Palpation over the proximal long head biceps tendon at the bicipital groove should elicit tenderness if tendinopathy is present. Common problems in examining the biceps tendon include palpating too distally and attempting the examination with the shoulder internally rotated.

*Courtesy of Stephen Simons, MD and Bryan Dixon, MD.*

Graphic 70699 Version 2.0

11/20/22, 10:23 AM
Case: 1:19-cv-07509 Document #: 121-15 Filed: 11/27/23 Page 63 of 81 PageID #:1016
Evaluation of the adult with shoulder complaints - UpToDate

# Proximal biceps tendon rupture



This patient shows the classic "Popeye" deformity associated with a proximal biceps tendon rupture. Note the gap between the contracted biceps muscle and the deltoid.

*Courtesy of Stephen Simons, MD, and Bryan Dixon, MD.*

Graphic 80748 Version 5.0

## Scapula malposition with SICK syndrome



Three categories of static scapular malposition may be seen with the SICK scapula syndrome. All three malpositions—inferior medial border prominence, lateral protraction, and abduction—are illustrated in panel A, which shows a high school quarterback's right shoulder. One or any combination of the three malpositions may occur, as seen in the right shoulder of a college baseball pitcher (panel B) with an isolated abduction component of the SICK scapula syndrome.

*Reproduced from: Burkhart SS, Morgan CD, Kibler WB. The disabled throwing shoulder: Spectrum of pathology part III: The SICK scapula, scapular dyskinesis, the kinetic chain, and rehabilitation. Arthroscopy 2003; 19:641. Illustration used with the permission of Elsevier Inc. All rights reserved.*

Graphic 100582 Version 2.0

## Scapular assistance test





The scapular assistance test is used to help determine whether scapular dyskinesis is contributing to shoulder impingement.

*Courtesy of Stephen Simons, MD.*

Graphic 94877 Version 1.0

## Lidocaine injection test for shoulder



The lidocaine injection test is used to exclude intrinsic glenohumeral joint pathology (eg, rotator cuff tear, frozen shoulder). To increase the space for needle insertion, the clinician may need to apply downward traction to the elbow. The point of entry is 1 to 1.5 inches (2.5 to 4 cm) below the midpoint of the acromion. The angle of entry parallels the acromion. A 1.5 inch (4 cm), 22-gauge needle is inserted to a depth of 1 to 1.5 inches (2.5 to 4 cm), and 1 mL of lidocaine is injected into the deltoid and 1 to 2 mL into the subacromial bursa.

*Courtesy of Bruce C Anderson, MD.*

Graphic 65435 Version 4.0

# Imaging examinations for evaluation of shoulder pain

| Imaging modality | Indications | Limitations |
|---|---|---|
| Radiography (also called plain film or X-ray) | Initial choice for all shoulder pathology<br><br>Often the only modality needed for:<br>■ Trauma<br>■ Calcific tendonitis<br>■ Osteoarthritis | Detection of:<br>■ Bone contusion<br>■ Subtle fractures<br>■ Soft tissue pathology |
| CT | Preoperative evaluation of intra-articular fractures<br><br>Post arthroplasty evaluation | Limited soft tissue evaluation<br><br>Detection of bone marrow edema |
| MRI | Best modality for detecting soft tissue pathologies<br><br>Evaluation of bone marrow | Lower sensitivity for evaluation of shoulder instability/labral tear compared with MR arthrography |
| Technetium 99m bone scan | Infection after arthroplasty (shoulder imaging)<br><br>Suspected metastases (whole body imaging) | Lack of anatomic localization and resolution |
| Arthrography – Images are acquired after percutaneous injection of contrast into the joint | | |
| Conventional radiography | Diagnosis and treatment of frozen shoulder (adhesive capsulitis) | Invasive |
| MR arthrography | Procedure of choice for evaluating shoulder instability/labral tear<br><br>High suspicion of rotator cuff tear with normal MRI | Invasive |
| CT arthrography | Rotator cuff tear, when MRI is not available or is contraindicated<br><br>Shoulder instability/labral tear when MR arthrography is not available or is contraindicated | Invasive<br><br>Lower sensitivity for evaluation of shoulder instability/labral tear compared with MR arthrography |
| Ultrasonography | Evaluation of:<br>■ Rotator cuff tendons<br>■ Biceps tendon<br>■ Subacromial space<br>■ Muscle<br>Interventional therapeutic procedures | Diagnostic performance not generalizable as the technique is highly operator dependent<br><br>Modality is not widely available as on-site operator expertise is required |

|  |  | Limited evaluation of very small or very large (>3 cm) tears and for partial thickness tears |
|  |  | Limited evaluation of the labrum and bony structures |

Intravenous contrast is not administered in shoulder CT or MRI for most clinical indications.

Soft tissues associated with the shoulder include the joint capsule, ligaments, tendons, bursa, muscles, and labrum.

---

CT: computed tomography; MRI: magnetic resonance imaging; MRA: magnetic resonance angiogram; MR: magnetic resonance.

---

Graphic 77001 Version 4.0

# Normal shoulder with internal and external rotation on radiograph



An A-P radiograph with internal rotation (A) shows the position of the greater tuberosity (arrow). With external rotation (B), the greater tuberosity becomes more obvious (arrow).

A-P: anteroposterior.

Graphic 98357 Version 1.0

## Axillary view of normal shoulder on radiograph



An axillary view of a normal shoulder shows the components of the shoulder including the glenoid (g), humeral head (h), coracoid process (c), clavicle (cl), lesser tuberosity (lt), acromion (a), and greater tuberosity (gt).

Graphic 99125 Version 1.0

11/20/22, 10:20 AM
Evaluation of the adult with shoulder complaints - UpToDate
Case: 1:19-cv-07509 Document #: 121-15 Filed: 11/27/23 Page 71 of 81 PageID #:1024

# Displaced (two-part) proximal humerus fracture



This anteroposterior radiograph shows a signficantly displaced fracture of the humerus at the surgical neck. In the Neer classification system, this is categorized as a two-part fracture. The superior displacement of the distal fragment was clinically apparent as shortening of the upper arm.

*Courtesy of Rebecca Bassett, MD.*

Graphic 59038 Version 4.0

## Plain radiograph of distal clavicle fracture Type I



This plain radiograph shows a Type I fracture of the distal clavicle with mild angulation (arrow). Intact ligaments hold the proximal fragment in normal position.

*Courtesy of Robert L Hatch, MD, MPH.*

Graphic 76058 Version 3.0

## Anterior shoulder dislocation



Anteroposterior view of the right shoulder demonstrates medial displacement of the humeral head in relation to the glenoid fossa, with the humeral head lying inferior to the coracoid process.

---

*Courtesy of Cecilia M Jude, MD.*

---

Graphic 78276 Version 2.0

## Glenohumeral osteoarthritis



This plain radiograph is from a 67-year-old woman with anterolateral shoulder pain and stiffness for several years. She denies any history of fracture, dislocation, or severe injury. However, she states: "People say I've always done man's work. It doesn't surprise me that it is arthritic since arthritis runs in my family." On plain radiograph, glenohumeral osteoarthritis is characterized by loss of articular cartilage between the humeral head and the glenoid, osteophyte formation extending from the inferior portion of the humeral head, and humeral head sclerosis. The combination of the loss of cartilage and the osteophyte creates the club-like deformity.

---

*Courtesy of Bruce C Anderson, MD.*

---

Graphic 59306 Version 3.0

11/20/22, 10:28 AM
Case: 1:19-cv-07509 Document #: 121-15 Filed: 11/27/23 Page 75 of 81 PageID #:1028
Evaluation of the adult with shoulder complaints - UpToDate

## Acromioclavicular osteoarthritis plain radiograph



This plain radiograph demonstrates inferiorly directed osteophytes consistent with acromioclavicular osteoarthritis.

*Courtesy of Bruce C Anderson, MD.*

Graphic 68469 Version 3.0

## Plain radiograph of calcific tendinopathy of the shoulder in the resting (chronic) phase



This plain radiograph of the shoulder shows calcific deposits (arrow) in the region of the supraspinatus tendon. The deposit is dense and homogeneous with well-defined limits suggesting the tendinopathy is in the resting phase.

*Courtesy of Tore Prestgaard, MD.*

Case: 1:19-cv-07509 Document #: 121-15 Filed: 11/27/23 Page 77 of 81 PageID #:1030

Graphic 115036 Version 3.0

11/20/22, 10:26 AM
Case: 1:19-cv-07509 Document #: 121-15 Filed: 11/27/23 Page 78 of 81 PageID #:1031
Evaluation of the adult with shoulder complaints - UpToDate

## Plain radiograph of calcific tendinopathy of the shoulder in the resorptive phase



The plain radiograph above shows calcific deposits (arrows) in the shoulder. The deposits have a fluffy appearance with poorly defined limits, suggesting that the patient's calcific tendinopathy is in the resorptive phase.

*Courtesy of Tore Prestgaard, MD.*

Case: 1:19-cv-07509 Document #: 121-15 Filed: 11/27/23 Page 79 of 81 PageID #:1032

Graphic 115032 Version 5.0

## Rotator cuff tendon tear plain radiograph



This radiograph is from a 74-year-old woman with a 25-year history of "shoulder bursitis." She is unable to raise her arm overhead, cannot comb her hair, and cannot reach up to higher shelves to remove dishes. She cannot abduct her right shoulder without using her left arm for assistance and is unable to externally rotate her right shoulder against the slightest resistance. The plain radiograph above provides indirect evidence of a rotator cuff tendon tear, including cephalad migration of the humerus (high-riding humeral head), indicated by the arrows, and substantial loss of the subacromial space (which normally contains the 7 mm thick rotator cuff tendon and 1 mm thick subacromial bursas), indicated by the dashed arrow.

*Courtesy of Bruce C Anderson, MD.*

Graphic 61275 Version 3.0

Case: 1:19-cv-07509 Document #: 121-15 Filed: 11/27/23 Page 81 of 81 PageID #:1034

## Contributor Disclosures

**Aaron Vaughan, MD, CAQSM** No relevant financial relationship(s) with ineligible companies to disclose. **Stephen Hulkower, MD** No relevant financial relationship(s) with ineligible companies to disclose. **Karl B Fields, MD** Consultant/Advisory Boards: Allard USA [Sports medicine]. All of the relevant financial relationships listed have been mitigated. **Jonathan Grayzel, MD, FAAEM** No relevant financial relationship(s) with ineligible companies to disclose.

Contributor disclosures are reviewed for conflicts of interest by the editorial group. When found, these are addressed by vetting through a multi-level review process, and through requirements for references to be provided to support the content. Appropriately referenced content is required of all authors and must conform to UpToDate standards of evidence.

Conflict of interest policy

