# Exhibit P



**Cook County Health**
1900 W. Polk St.
Chicago, IL 60612

## Patient Information

| | | | |
|---|---|---|---|
| **MRN:** | 005207962c | **CMRN:** | |
| **Patient Name:** | LIMBACHER, SHANE E | **Previous Name** | LIMBACHER, SHANE |
| **Home Address:** | 5100 N MARINE DR | | |
| | CHICAGO, IL 60640 | | |
| **Home Phone:** | (312) 953-9844 | | |

**DOB:** 12/18/1972    **Sex:** Male    **Marital Status:** Married

## Encounter Information

| | | | |
|---|---|---|---|
| **Admission Date/Time:** | 01/09/2019 11:24 | **Discharge Date/Time:** | 01/09/19 23:59 |
| **Patient Type:** | Clinic Outpatient | **Hospital Service:** | Neurosurgery |
| **Attending Physician:** | RAKSIN MD, PATRICIA | **Fin Number:** | 0808720985 |

## Financial Data

**Guarantor Name:** SHANE LIMBACHER
**Address:** 5100 N MARINE DR
CHICAGO, IL 60640

**Relationship to Patient:** Self

**Primary Health Plan:**
**Policy Number:**      **Group Number:**

**Secondary Health Plan:**
**Policy Number:**      **Group Number:**

**Facility:** ACHN

CONFIDENTIAL - If the reader of this report is not the intended recipient, or the employee or the agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party.

Printed: 01/26/21 07:15:48



## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

**Toni Preckwinkle**　　　　President, Board of Cook County Commissioners

### Affiliates

Ambulatory & Community Health Network of Cook County　　　Provident Hospital of Cook County
Cermak Health Services of Cook County　　　Oak Forest Health Center of Cook County
Cook County Department of Public Health　　　Ruth M Rothstein CORE Center

John H. Stroger, Jr. Hospital of Cook County

Patient Name: LIMBACHER, SHANE E
Patient Type:　Clinic Outpatient　　　Admission Date:　1/9/2019　　　MRN: 005207962c; 007316792:
Birth Date:　12/18/1972　　　Discharge Date:　1/9/2019
Gender: Male　　　CMRN: 1013473938
FIN:　0808720965

---

## Ambulance Triage

### Triage Vital Signs

| Recorded Date | 1/9/2019 | | |
|---|---|---|---|
| **Recorded Time** | **14:19 CST** | | |
| **Recorded By** | **BLOODWORTH RN,ASHLEY** | | |
| **Procedure** | | **Units** | **Reference Range** |
| Systolic Blood Pressure | 135 | mmHg | [90-140] |
| Diastolic Blood Pressure | 94 H | mmHg | [60-90] |
| Heart Rate | 90 | bpm | [59-101] |
| Respiratory Rate | 18 | breaths/min | [13-21] |
| Oxygen Saturation | 100 | % | [94-100] |

---

## ED Triage Fields

### Triage Vital Signs

| Recorded Date | 1/9/2019 | | |
|---|---|---|---|
| **Recorded Time** | **14:19 CST** | | |
| **Recorded By** | **BLOODWORTH RN,ASHLEY** | | |
| **Procedure** | | **Units** | **Reference Range** |
| Systolic Blood Pressure | 135 | mmHg | [90-140] |
| Diastolic Blood Pressure | 94 H | mmHg | [60-90] |
| Heart Rate | 90 | bpm | [59-101] |
| Respiratory Rate | 18 | breaths/min | [13-21] |
| Oxygen Saturation | 100 | % | [94-100] |

---

Report Request ID:　95183592　　　　　Page 2 of 24　　　　　Facility:　ACHN
Location:　Neuro Sur (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type:  Clinic Outpatient          Admission Date:   1/9/2019          MRN: 005207962c; 007316792
Birth Date: 12/18/1972                    Discharge Date:   1/9/2019
Gender: Male                                                                  CMRN: 1013473938
FIN: 0808720965

---

## Neurosurgery Outpt

Document Type:                            Neurosurgery Outpt
Service Date/Time:                        1/9/2019 14:02 CST
Result Status:                            Auth (Verified)
Perform Information:                      RAKSIN MD,PATRICIA (1/9/2019 14:11 CST)
Sign Information:                         RAKSIN MD,PATRICIA (1/9/2019 14:15 CST)

**Neurosurgery Outpatient**

Patient:  **LIMBACHER, SHANE E**       **MRN: 005207962c**        **FIN: 0808720965**
Age:  **46 years**   Sex:  **Male**   DOB:  **12/18/1972**
Associated Diagnoses:  **None**
Author:  **RAKSIN MD, PATRICIA**

**Visit Information**
   **Referring Provider**: Internal Provider: TRAMMELL PA-C, GLEN.

**Chief Complaint**
   neck and back pain

**History of Present Illness**
   45 year old, R-handed W M referred to NS clinic from Cermak for evaluation of "bulging lumbar disc."
   Initial visit 07/25/18.

   The patient states that he fell on 11/13/2017 and "hurt my neck and back." The patient reports he landed on his head. No
LOC but patient states he was dizzy and chipped his teeth.
   He reports occasional neck pain, accentuated when he turns or cocks his head to the left.
   He reports that when he turns his head to the left, he gets a pain in his left thumb and index finger. He reports numbness in
the elbow but not the hand.
   He reports he was having numbness in his right 5th digit and palm but this has abated.

   The patient reports an episode in 01/2018 when he stood up, felt weak in the legs, and fell. He reports that he started to
urinate - he did not know that he had started but was able to stop once he realized what was happening.
   He reports persistent low back pain.
   Pain radiates to the posterior left thigh and calf to the sole of the foot.
   He reports he has had episodic numbness of his upper thighs and "under my private areas," but not buttocks.
   He admits additional episodes of urinary incontinence over time.

   CT L-spine 01/2018 - small disc bulge L5-S1 without significant disc protrusion or stenosis.
   C-spine x-ray 11/13/2017 - hyperlordosis with degenerative changes; no fracture or subluxation

   He reports he tried PT but that this exacerbated his neck and back pain.
   No injections to spine.

Report Request ID:  95183592                   Page 3 of 24                   Facility:  ACHN
                                                                             Location:  Neuro Sur (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby
notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this
communication in error, please notify the appropriate party immediately.

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type:   Clinic Outpatient          Admission Date:    1/9/2019          MRN: 005207962c; 007316792
Birth Date: 12/18/1972                     Discharge Date:    1/9/2019
Gender: Male                                                                    CMRN: 1013473938
FIN: 0808720965

---

## Neurosurgery Outpt

No prior episodes of neck or back pain before 11/2017.

MRI L-spine (11/23/2015) -- minimal disc bulges at L4-5 and L5-S1, the latter with loss of height at disc space; no significant HNP or stenosis

MRI C-spine (11/23/2015) -- multilevel DJD; minimal retrolisthesis C4 on 5; small left paracentral, inferiorly extruded disc fragment at C4-5, broad-based disc bulge C5-6; thickened PLL

Today, the patient denies significant changes WRT his presenting complaints.
He denies further episodes of his legs "giving out" and/or incontinence.
He reports ongoing pain when he moves his neck, as well as pain in the left upper extremity..

### Review of Systems

**Constitutional:** Negative except as documented in history of present illness.
**Eye:** Negative except as documented in history of present illness.
**Ear/Nose/Mouth/Throat:** Negative except as documented in history of present illness.
**Respiratory:** Negative except as documented in history of present illness.
**Cardiovascular:** Negative except as documented in history of present illness.
**Gastrointestinal:** Negative except as documented in history of present illness.
**Genitourinary:** Negative except as documented in history of present illness.
**Hematology/Lymphatics:** Negative except as documented in history of present illness.
**Endocrine:** Negative except as documented in history of present illness.
**Immunologic:** Negative except as documented in history of present illness.
**Musculoskeletal:** Negative except as documented in history of present illness.
**Integumentary:** Negative except as documented in history of present illness.
**Neurologic:** Negative except as documented in history of present illness.

### Health Status

**Allergies:**
    Allergic Reactions (Selected)
        *Severity Not Documented*
           Codeine- No reactions were documented.
**Current medications;** (Selected)
    Outpatient Medications
        *Ordered*
           Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter: 2 PUFF, Inhalation, Inhalation, Q 6 hr kop, PRN,
              For Shortness of Breath, Instruction to Nursing: refill via HSR, Routine, 08/28/17 14:44:00 CDT, 36
              WEEK, 09/23/19 14:43:00 CDT
           acetaminophen: 650 MG = 2 TAB, Tab, PO, BID, PRN, For Pain Mild to Mod(scale 1-6) breakthrough, Routine,
              06/01/18 15:56:00 CDT, 01/25/19 15:55:00 CST

---

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

19-C-7509 Limbacher 011899

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Clinic Outpatient          Admission Date:   1/9/2019          MRN: 005207962c; 007316792
Birth Date: 12/18/1972                   Discharge Date:   1/9/2019
Gender: Male                                                                 CMRN: 1013473938
FIN: 0808720965

---

### Neurosurgery Outpt

busPIRone: 30 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 12/27/18 21:00:00 CST, 12 WEEK, 03/21/19 9:00:00 CDT

diclofenac: 50 MG = 1 TAB, Tab, PO, BID, PRN, For Pain Mild to Moderate (scale 1-6), Routine, 06/01/18 15:56:00 CDT, 12 WEEK, 01/25/19 15:55:00 CST

docusate: 100 MG = 1 CAP, Cap, PO, Q 12 Hr, PRN, For Constipation, Routine, 10/09/18 12:30:00 CDT, 04/09/19 12:29:00 CDT

emollients, topical: = 1 APP, Cream, Topical, TID, 11/21/18 9:00:00 CST, 02/13/19 8:59:00 CST

hydrOXYzine: 50 MG = 2 CAP, Cap, PO, Q 12 Hr, Routine, 12/27/18 21:00:00 CST, 12 WEEK, 03/21/19 9:00:00 CDT

lidocaine transdermal patch 5%: 1 PATCH, Patch, Transdermal, Daily, Application Site: Other - See Instructions to Nursing, 06/01/18 15:56:00 CDT, 12 WEEK, 01/26/19 8:59:00 CST

loratadine: 10 MG = 1 TAB, Tab, PO, Daily, Routine, 05/09/18 9:00:00 CDT, 36 WEEK, 01/16/19 8:59:00 CST

psyllium: 1 PKT, Powder, PO, Daily, Routine, 10/10/18 9:00:00 CDT, 26 WEEK, 04/10/19 8:59:00 CDT

traZODone: 50 MG = 1 TAB, Tab, PO, Bedtime, Routine, 09/28/18 21:00:00 CDT, 18 WEEK, 06/06/19 21:00:00 CDT

venlafaxine: 100 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 09/04/18 9:00:00 CDT, 18 WEEK, 04/02/19 8:59:00 CDT

venlafaxine: 50 MG = 1 TAB, Tab, PO, Daily, Routine, 11/30/18 9:00:00 CST, 18 WEEK, 04/05/19 8:59:00 CDT
*Pending Complete*

baclofen: 10 MG = 1 TAB, Tab, PO, Q 8 Hr, Routine, 11/20/17 21:00:00, 12/13/17 20:59:00

baclofen: 10 MG = 1 TAB, Tab, PO, TID, Routine, 07/31/18 21:00:00 CDT, 08/28/18 16:59:00 CDT

chlorhexidine 0.12% liquid (oral rinse): 15 mL, Liquid, Swish and Spit, Q 8 Hr, Instruction to Nursing: Topical, Routine, 11/16/17 14:00:00, 01/31/18 12:00:00

clonazePAM: 1 MG = 1 TAB, Tab, PO, Q 12 Hr, Instruction to Nursing: Week #1, Routine, 05/21/17 21:00:00, 05/28/17 15:00:00

methocarbamol: 750 MG = 1 TAB, Tab, PO, BID, Routine, 05/07/18 17:00:00 CDT, 6 WEEK, 06/18/18 16:59:00 CDT

methocarbamol: 750 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 05/21/17 21:00:00, 1 WEEK, 05/28/17 20:59:00

triamcinolone nasal: 1 SPRAY, Spray, Nostril, Both, Daily, Routine, 11/02/17 9:00:00, 12 WEEK, 01/25/18 8:59:00

#### Documented Medications

*Documented*

LidoPro Patch: 0 Refill(s), 01/08/18 14:19:00

#### Problem list:

##### All Problems

Benzodiazepine withdrawal / 3009783011 / Confirmed

Depression with anxiety / 346979010 / Confirmed

Asthma vs anxiety-related SOB / 2475605013 / Complaint of

H/O fall / 2694917016 / Confirmed

Methicillin resistant Staphylococcus aureus / 202940017 / Confirmed

    This problem was added by Discern Expert.

Bulge of lumbar disc without myelopathy / 2840290015 / Confirmed

---

Report Request ID:  95183592                      Page 5 of 24                      Facility:  ACHN
                                                                                   Location:  Neuro Sur (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

19-C-7509 Limbacher 012000

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type:  Clinic Outpatient          Admission Date:    1/9/2019          MRN: 005207962c; 007316792
Birth Date: 12/18/1972                    Discharge Date:    1/9/2019
Gender: Male                                                                  CMRN: 1013473938
FIN: 0808720965

---

## Neurosurgery Outpt

---

DJD (degenerative joint disease) of cervical spine / 1481870016 / Confirmed
DJD (degenerative joint disease), lumbosacral / 101247013 / Confirmed
C6 radiculopathy / 198517017 / Confirmed
Skin lesion of left lower extremity / 1779451018 / Confirmed
Adjustment disorder with mixed anxiety and depressed mood / 92542018 / Confirmed
Resolved: Numbness of right hand / 452966011
Resolved: Elevated blood pressure reading / 196353013

### Histories
**Past Medical History**: MRSA
depression with anxiety
DJD
benzodiazepine withdrawal

### Family History:
Hypertension
    Father
Diabetes

05-MAY-2014 12:01:21<$>

    Father

### Procedure history:
No active procedure history items have been selected or recorded., none
### Social History
Alcohol use: occasional.
Tobacco use: denies tobacco use and exposure.
Drug use: marijuana.
Occupation: currently incarcerated - was working as a clothing distributor prior.

### Physical Examination
#### VS/Measurements
**Constitutional**:     General: Alert and oriented, No acute distress, moderately obese.
**Musculoskeletal**: See neurology section for motor and gait exam, SLR - negative bilateral.
**Neurologic**:
Mental Status: The patient appears alert, Orientation ( To person, To place, To time ), Memory ( Normal recent and remote memory ), Attention ( Normal attention span and concentration ), Language ( Normal language and comprehension ). Fund of knowledge ( Normal fund of knowledge ).
Cranial Nerves: CN2 ( Visual field full ), CN 3, 4, 6 ( Pupils round and reactive to light, Extraocular movements intact ), CN 5 ( Normal facial sensation ), CN 7 ( Normal facial symmetry, Normal facial strength ), CN 8 ( Normal hearing ), CN 9/10 ( Normal palate movement ), CN 11 ( Normal shoulder shrug ), CN 12 ( Normal tongue protrusion ).

Report Request ID:  95183592                    Page 6 of 24                    Facility:  ACHN
                                                 Location:  Neuro Sur (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type:  Clinic Outpatient          Admission Date:   1/9/2019          MRN: 005207962c; 007316792
Birth Date:  12/18/1972                   Discharge Date:   1/9/2019
Gender: Male                                                                 CMRN: 1013473938
FIN: 0808720965

---

## Neurosurgery Outpt

---

### Muscle Strength & Tone (Motor)
Muscle tone: normal.
Left upper extremity muscle strength: normal except for, left hand intrinsics 4+ out of 5.
Right upper extremity muscle strength: normal.
Left lower extremity muscle strength: normal.
Right lower extremity muscle strength: normal.

### Reflexes (DTR)
Downgoing toes.
Left bicep: 2.
Right bicep: 2.
Left tricep: 2.
Right tricep: 2.
Left brachioradialis: 2.
Right brachioradialis: 2.
Left patellar: 2.
Right patellar: 2.
Left achilles: 1.
Right achilles: 1.
clonus - absent bilateral
Hoffman - absent bilateral.

### Sensation
Normal sensation to light touch.
Left upper extremity: intact except for, diminished light touch over left dorsal thumb and index finger.
Left lower extremity: intact.
Right upper extremity: intact.
Right lower extremity: intact.
including over trunk.

Gait: Normal casual gait.
**Head and Face**: NC/AT.
**Ears, Nose, Mouth, Throat**:  no otorrhea
no rhinorrhea.
**Neck**:  Supple, demonstrates voluntary ROM - reports left arm pain with left lateral rotation.
**Respiratory**:  Respirations are non-labored.
**Gastrointestinal**:  Soft, Non-tender.
**Integumentary**:  Warm.

Report Request ID:  95183592                      Page 7 of 24                      Facility:  ACHN
                                                                                    Location:  Neuro Sur (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

19-C-7509 Limbacher 012002

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Clinic Outpatient
Birth Date: 12/18/1972
Gender: Male
FIN: 0808720965

Admission Date: 1/9/2019
Discharge Date: 1/9/2019

MRN: 005207962c; 007316792

CMRN: 1013473938

---

### Neurosurgery Outpt

---

**Impression and Plan**

**Impression**: 45 year old M referred to NS clinic from Cermak for evaluation of "bulging lumbar disc."
However, upon interview, it is evident that the patient has been experiencing neck and low back symptoms following a fall on 11/13/2017.

The patient's description of neck symptoms suggests neuroforaminal narrowing (whether bony or due to disc) at C5-6 with left C6 radicular symptoms.
The patient's description of low back symptoms suggests left S1 radiculopathy.
However, it is not clear how to interpret the patient's description of an episode of his legs giving out, accompanied by urinary incontinence, as neither CT nor MRI findings suggest significant disc protrusion, central stenosis, or impingement at the conus level. There is no truncal sensory level.

MRI findings were reviewed with the patient today:
MRI L-spine (11/23/2015) -- minimal disc bulges at L4-5 and L5-S1, the latter with loss of height at disc space, no significant HNP or stenosis
MRI C-spine (11/23/2015) -- multilevel DJD; minimal retrolisthesis C4 on 5; small left paracentral, inferiorly extruded disc fragment at C4-5, broad-based disc bulge C5-6; thickened PLL

The patient reports symptoms suggestive of left C6 radiculopathy and has sensory asymmetry on the left at C6. There are no long tract signs.
MRI C-spine reveals central disc bulge at C5-6 but no discrete foraminal narrowing.

**Plan**: Plan: Recommend:
1. PCP should consider referral to PT
2. PCP should consider referral to Pain Clinic
3. Symptomatic pain management
4. No indication for neurosurgical intervention at this time. RTC x as needed only..

**Diagnosis**
C6 radiculopathy : ICD10-CM M54.12, Discharge DX, Medical.
Rule out Bulge of lumbar disc without myelopathy : ICD10-CM M51.26, Discharge DX, Outpatient, Medical.

*Electronically Authored On: 09-Jan-19 14:15*
*Electronically Signed By: RAKSIN MD, PATRICIA*
*PAGER BUS: 312 942 6000 4185*

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

19-C-7509 Limbacher 012003

**Cook County Health**

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type:  Clinic Outpatient          Admission Date:    1/9/2019          MRN: 005207962c; 007316792
Birth Date:  12/18/1972                   Discharge Date:    1/9/2019
Gender: Male                                                                   CMRN: 1013473938
FIN: 0808720965

| Growth Chart Details |
|---|

| Age | Height | Weight | HeadCM | BMI | BSA |
|---|---|---|---|---|---|

Report Request ID:  95183592                        Page 9 of 24                        Facility:  ACHN
                                                                                        Location:  Neuro Sur (SC)
CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby
notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this
communication in error, please notify the appropriate party immediately.

19-C-7509 Limbacher 012004

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type:  Clinic Outpatient          Admission Date:    1/9/2019          MRN: 005207962c; 007316792
Birth Date: 12/18/1972                    Discharge Date:    1/9/2019
Gender: Male                                                                  CMRN: 1013473938
FIN: 0808720965

---

### Infusion Report

---

**Infusion Billing Report**

UNKNOWN to 01/26/21 07:15 US/Central

**LIMBACHER, SHANE E**          **FIN 808720965**                    **MRN 5207962**
**Clinic Outpatient**           **Location: Neuro Sur (SC)**

**No Results Qualified.**

Report Request ID:  95183592                    Page 10 of 24                    Facility:  ACHN
                                                                                 Location:  Neuro Sur (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

19-C-7509 Limbacher 012005

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type:   Clinic Outpatient
Birth Date:  12/18/1972
Gender: Male
FIN: 0808720965

Admission Date:   1/9/2019
Discharge Date:   1/9/2019

MRN: 005207962c; 007316792z

CMRN: 1013473938

| Minor Procedure Clinic |
|---|

| Recorded Date | 1/9/2019 | | | |
|---|---|---|---|---|
| **Recorded Time** | **14:19 CST** | | | |
| **Recorded By** | **BLOODWORTH RN,ASHLEY** | | | |
| **Procedure** | | **Units** | **Reference Range** | |
| Heart Rate | 90 | bpm | [59-101] | |
| Oxygen Saturation | 100 | % | [94-100] | |
| Systolic Blood Pressure | 135 | mmHg | [90-140] | |
| Diastolic Blood Pressure | 94 H | mmHg | [60-90] | |
| Respiratory Rate | 18 | breaths/min | [13-21] | |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

19-C-7509 Limbacher 012006

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Clinic Outpatient          Admission Date:    1/9/2019          MRN: 005207962c; 007316792
Birth Date: 12/18/1972                   Discharge Date:    1/9/2019
Gender: Male                                                                 CMRN: 1013473938
FIN: 0808720965

| | | |
|---|---|---|
| **Assessments & Treatment** | | |

| Recorded Date | 1/9/2019 | | |
|---|---|---|---|
| Recorded Time | 14:19 CST | | |
| Recorded By | BLOODWORTH RN, ASHLEY | | |
| **Procedure** | | **Units** | **Reference Range** |
| Systolic Blood Pressure | 135 | mmHg | [90-140] |
| Diastolic Blood Pressure | 94 H | mmHg | [60-90] |
| Oxygen Saturation | 100 | % | [94-100] |
| Responsible Learner Present | Patient | | |
| Preferred Learning Method | Talk | | |
| Patient Stated Barriers to Learning | None | | |
| Health Literacy Confidence | Somewhat | | |
| Health Literacy Assistance Required | Assistance Required | | |
| Observed Barriers to Learning | None | | |

| | |
|---|---|
| **Blood Product Administration** | |

| Recorded Date | 1/9/2019 | | |
|---|---|---|---|
| Recorded Time | 14:19 CST | | |
| Recorded By | BLOODWORTH RN, ASHLEY | | |
| **Procedure** | | **Units** | **Reference Range** |
| Temperature Oral | 97.8 | DegF | [96.4-99.1] |
| Heart Rate | 90 | bpm | [59-101] |
| Systolic Blood Pressure | 135 | mmHg | [90-140] |
| Diastolic Blood Pressure | 94 H | mmHg | [60-90] |
| Respiratory Rate | 18 | breaths/min | [13-21] |
| Oxygen Saturation | 100 | % | [94-100] |

| | |
|---|---|
| **Cath Lab Intra-Procedure Assessment** | |

| Recorded Date | 1/9/2019 | | |
|---|---|---|---|
| Recorded Time | 14:19 CST | | |
| Recorded By | BLOODWORTH RN, ASHLEY | | |
| **Procedure** | | **Units** | **Reference Range** |
| Heart Rate | 90 | bpm | [59-101] |
| Respiratory Rate | 18 | breaths/min | [13-21] |
| Systolic Blood Pressure | 135 | mmHg | [90-140] |
| Diastolic Blood Pressure | 94 H | mmHg | [60-90] |

Report Request ID:  95183592                    Page 12 of 24                    Facility:  ACHN
                                                                                Location:  Neuro Sur (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type:   Clinic Outpatient
Birth Date: 12/18/1972
Gender: Male
FIN: 0808720965

Admission Date:    1/9/2019
Discharge Date:    1/9/2019

MRN: 005207962c; 007316792

CMRN: 1013473938

| Cath Lab Intra-Procedure Assessment |
|---|

| Recorded Date | 1/9/2019 | | |
|---|---|---|---|
| Recorded Time | 14:19 CST | | |
| Recorded By | BLOODWORTH RN,ASHLEY | | |
| **Procedure** | | **Units** | **Reference Range** |
| Oxygen Saturation | 100 | % | [94-100] |
| Pain | 0 | | |

| Education |
|---|

*Education*

| Recorded Date | 1/9/2019 | | |
|---|---|---|---|
| Recorded Time | 14:19 CST | | |
| Recorded By | BLOODWORTH RN,ASHLEY | | |
| **Procedure** | | **Units** | **Reference Range** |
| Responsible Learner Present | Patient | | |
| Preferred Learning Method | Talk | | |
| Patient Stated Barriers to Learning | None | | |
| Health Literacy Confidence | Somewhat | | |
| Health Literacy Assistance Required | Assistance Required | | |
| Observed Barriers to Learning | None | | |

| Nursing Note Outpt |
|---|

Document Type:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:

Nursing Note Outpt
1/9/2019 14:19 CST
Auth (Verified)
BLOODWORTH RN,ASHLEY (1/9/2019 14:19 CST)
BLOODWORTH RN,ASHLEY (1/9/2019 14:19 CST)

**Ambulatory Adult Intake Entered On:  01/09/2019 14:20 CST**
**Performed On:  01/09/2019 14:19 CST by BLOODWORTH RN, ASHLEY**

**Infectious Disease Screening**
*Infectious Disease questions reviewed and appropriate? :*  Yes

Report Request ID:  95183592  Page 13 of 24  Facility:  ACHN
Location:  Neuro Sur (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Clinic Outpatient          Admission Date:   1/9/2019          MRN: 005207962c; 007316792
Birth Date: 12/18/1972                    Discharge Date:   1/9/2019
Gender: Male                                                                 CMRN: 1013473938
FIN: 0808720965

---

| Nursing Note Outpt |
| --- |

BLOODWORTH RN, ASHLEY - 01/09/2019 14:19 CST

**Intake**
*Type of Visit :* Follow up
*Follow-up from recent hospital/ED visit :* No

BLOODWORTH RN, ASHLEY - 01/09/2019 14:19 CST

**Vital Signs**
*Temperature Oral :* 97.8 DegF(Converted to: 36.6 DegC)
*Systolic Blood Pressure :* 135 mmHg
*Diastolic Blood Pressure :* 94 mmHg (HI)
*Blood Pressure Site :* Left arm
*Heart Rate :* 90 bpm
*Pain :* 0
*Respiratory Rate :* 18 breaths/min
*Oxygen Saturation :* 100 %
*Pregnant? :* N/A
*Breast Feeding :* N/A

BLOODWORTH RN, ASHLEY - 01/09/2019 14:19 CST

**General Learning Screening Tool**
*Responsible Learner Present :* Patient
*Preferred Language Template :* Documented at Registration

Preferred Language: English

*Is Preferred Language Correct? :* Yes
*How do you prefer to learn new information? :* Talk
*Is there anything that makes it hard for you to understand health information? :* None
*How confident are you filling out medical forms by yourself? Responses linked to Health Literacy Rating :* Somewhat
*The following conditions may affect the patient's Learning ability? :* None
*Health Literacy Assistance Required :* Assistance Required

BLOODWORTH RN, ASHLEY - 01/09/2019 14:19 CST

**Family History- Required**
*Family History Required :* Yes

BLOODWORTH RN, ASHLEY - 01/09/2019 14:19 CST

Family History

(As Of: 01/09/2019 14:20:01 CST)

Father:                          *Relation:* Father ; *Gender:* Male ;

                                 *Nomenclature:* Diabetes

                                                              05-MAY-2014

                                 12:01:21<$> ; *Value:* Positive

Report Request ID: 95183592                    Page 14 of 24                    Facility: ACHN
                                                                               Location: Neuro Sur (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

# Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Clinic Outpatient
Birth Date: 12/18/1972
Gender: Male
FIN: 0808720965

Admission Date: 1/9/2019
Discharge Date: 1/9/2019

MRN: 005207962c; 007316792

CMRN: 1013473938

---

## Nursing Note Outpt

*Nomenclature:* Hypertension ; *Value:* Positive

Document Type:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:

Nursing Note Outpt
1/9/2019 14:20 CST
Auth (Verified)
BLOODWORTH RN,ASHLEY (1/9/2019 14:20 CST)
BLOODWORTH RN,ASHLEY (1/9/2019 14:20 CST)

**Nursing Note Outpt Entered On: 01/09/2019 14:21 CST**
**Performed On: 01/09/2019 14:20 CST by BLOODWORTH RN, ASHLEY**

**Nursing Progress Note**
*Nursing Progress Note :* PT AXO X4. GAIT STEADY. NO S/S OF ACUTE DISTRESS NOTED. PT BP ELEVATED. MD NOTIFIED. NO FURTHER ORDERS. SAFETY MAINTAINED. DOC PRESENT.

BLOODWORTH RN, ASHLEY - 01/09/2019 14:20 CST

---

## Measurements

| Recorded Date | 1/9/2019 | | |
|---|---|---|---|
| Recorded Time | 14:19 CST | | |
| Recorded By | BLOODWORTH RN,ASHLEY | | |
| **Procedure** | | **Units** | **Reference Range** |
| Temperature Oral | 97.8 | DegF | [96.4-99.1] |
| Heart Rate | 90 | bpm | [59-101] |
| Respiratory Rate | 18 | breaths/min | [13-21] |
| Systolic Blood Pressure | 135 | mmHg | [90-140] |
| Diastolic Blood Pressure | 94 H | mmHg | [60-90] |
| Oxygen Saturation | 100 | % | [94-100] |

Facility: ACHN
Location: Neuro Sur (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

19-C-7509 Limbacher 012010

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type:   Clinic Outpatient
Birth Date:  12/18/1972
Gender: Male
FIN: 0808720965

Admission Date:    1/9/2019
Discharge Date:    1/9/2019

MRN: 005207962c; 007316792z

CMRN: 1013473938

---

## Pain Clinic

| Recorded Date | 1/9/2019 | | |
|---|---|---|---|
| Recorded Time | 14:19 CST | | |
| Recorded By | BLOODWORTH RN,ASHLEY | | |
| Procedure | | Units | Reference Range |
| Pain | 0 | | |

---

## Respiratory Assessment

### Respiratory Assessment

| Recorded Date | 1/9/2019 | | |
|---|---|---|---|
| Recorded Time | 14:19 CST | | |
| Recorded By | BLOODWORTH RN,ASHLEY | | |
| Procedure | | Units | Reference Range |
| Oxygen Saturation | 100 | % | [94-100] |

---

## Vital Signs

### Vital Signs

| Result |
|---|
| 90 |
| 18 |
| 135 |
| 94 H |
| 100 |
| 0 |

---

## Ebola Screening

| Recorded Date | 1/9/2019 | | |
|---|---|---|---|
| Recorded Time | 11:25 CST | | |
| Recorded By | SYSTEM | | |
| Procedure | | Units | Reference Range |
| Have you had a fever recently? | 1.00 | | |
| Do you have a cough? | 1.00 | | |

---

Report Request ID:  95183592

Page 16 of 24

Facility:  ACHN
Location:  Neuro Sur (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Clinic Outpatient     Admission Date:   1/9/2019       MRN: 005207962c; 007316792
Birth Date: 12/18/1972              Discharge Date:   1/9/2019
Gender: Male                                             CMRN: 1013473938
FIN: 0808720965

---

### Patient Summary Outpt

Document Type:                            Patient Summary Outpt
Service Date/Time:                  1/9/2019 14:10 CST
Result Status:                      Auth (Verified)
Perform Information:             RAKSIN MD,PATRICIA (1/9/2019 14:10 CST)
Sign Information:                 RAKSIN MD,PATRICIA (1/9/2019 14:10 CST)

**Patient Summary Outpt**

## Cook County Health and Hospitals System
## Ambulatory and Community Health Network
## Plan of Care

**Patient Name:** LIMBACHER, SHANE E

**Date of Birth:** 12/18/1972 12:00 AM

**Visit Date:** 01/09/2019 14:10:59

**Visit Location:** Specialty Care (SC)

**Visit Physician/Provider:** RAKSIN MD, PATRICIA

**Community Medical Record Number (CMRN):** 1013473938

### Follow-up and Appointments:

| Date | Time | Location | Appointment Type | Scheduled with/Provider |
|------|------|----------|------------------|-------------------------|
| 02/07/19 | 08:30 am | 10 Mental Health | CHS Psychiatry Follow Up | CHS Psychiatry Div 10 |
| 02/08/19 | 01:00 pm | Cermak Basement | CHS Optometry | CHS Optometry |

| **Your Allergies:** Substance | **Reaction Symptoms** | **Type** | **Comments** |
|-------------------------------|-----------------------|----------|--------------|
| codeine | | Drug | |

### Smoking Status

Never (less than 100 in lifetime)

If you smoke, you are being instructed to stop smoking for the sake of your health. Please discuss this with your clinic doctor, or for assistance please call 1-866-QUIT-YES (1-866-784-8937).

**Laboratory or Other Results This Visit** (last charted value for your 01/09/2019 visit)

Report Request ID: 95183592                  Page 17 of 24                  Facility: ACHN
                                                                         Location: Neuro Sur (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**Cook County Health**

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type:  Clinic Outpatient                    Admission Date:    1/9/2019                MRN: 005207962c; 007316792
Birth Date:  12/18/1972                              Discharge Date:    1/9/2019
Gender: Male                                                                                   CMRN: 1013473938
FIN: 0808720965

---

## Patient Summary Outpt

No Laboratory or Other Results This Visit
**Procedures**
No Procedures Documented
## Vital Signs:
BMI:
Systolic Blood Pressure: Not Valued

Diastolic Blood Pressure:
### Medication List:
This is the list of current medications in your medical record. It may include medications from visits to other clinics or areas of the hospital and medications you told us were prescribed by other doctors. If you have any questions about any medications that were not prescribed from this clinic, please contact the doctor that prescribed them.
**lidocaine/menthol/methyl salicylate topical (LidoPro Patch)**

## Medications and Immunizations Given Today:

## Future Orders:

Back Care Tips

---

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

19-C-7509 Limbacher 012013

**Cook County Health**

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Clinic Outpatient
Birth Date: 12/18/1972
Gender: Male
FIN: 0808720965

Admission Date: 1/9/2019
Discharge Date: 1/9/2019

MRN: 005207962c; 007316792

CMRN: 1013473938

---

### Patient Summary Outpt



## Caring for your back

These are things you can do to prevent a recurrence of acute back pain and to reduce symptoms from chronic back pain:

- Maintain a healthy weight. If you are overweight, losing weight will help most types of back pain.

- Exercise is an important part of recovery from most types of back pain. The muscles behind and in front of the spine support the back. This means strengthening both the back muscles and the abdominal muscles will provide better support for your spine.

Report Request ID: 95183592                Page 19 of 24                Facility: ACHN
                                                                       Location: Neuro Sur (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type:   Clinic Outpatient
Birth Date:  12/18/1972
Gender: Male
FIN: 0808720965

Admission Date:    1/9/2019
Discharge Date:    1/9/2019

MRN: 005207962c; 007316792

CMRN: 1013473938

---

### Patient Summary Outpt

- Swimming and brisk walking are good overall exercises to improve your fitness level.

- Practice safe lifting methods (below).

- Practice good posture when sitting, standing and walking. Avoid prolonged sitting. This puts more stress on the lower back than standing or walking.

- Wear quality shoes with sufficient arch support. Foot and ankle alignment can affect back symptoms. Women should avoid wearing high heels.

- Therapeutic massage can help relax the back muscles without stretching them.

- During the first 24 to 72 hours after an acute injury or flare-up of chronic back pain, apply an ice pack to the painful area for 20 minutes and then remove it for 20 minutes, over a period of 60 to 90 minutes, or several times a day. As a safety precaution, do not use a heating pad at bedtime. Sleeping on a heating pad can lead to skin burns or tissue damage.

- You can alternate ice and heat therapies.

### Medicines

Talk to your healthcare provider before using medicines, especially if you have other medical problems or are taking other medicines.

- You may use acetaminophen or ibuprofen to control pain, unless your healthcare provider prescribed other pain medicine. If you have chronic conditions like diabetes, liver or kidney disease, stomach ulcers, or gastrointestinal bleeding, or are taking blood thinners, talk with your healthcare provider before taking any medicines.

- Be careful if you are given prescription pain medicines, narcotics, or medicine for muscle spasm. They can cause drowsiness, affect your coordination, reflexes, and judgment. Do not drive

Report Request ID:   95183592                              Page 20 of 24                              Facility:  ACHN
Location:  Neuro Sur (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Clinic Outpatient
Birth Date: 12/18/1972
Gender: Male
FIN: 0808720965

Admission Date: 1/9/2019
Discharge Date: 1/9/2019

MRN: 005207962c; 007316792

CMRN: 1013473938

---

### Patient Summary Outpt

---

or operate heavy machinery while taking these types of medicines. Take prescription pain medicine only as prescribed by your healthcare provider.

### Lumbar stretch

Here is a simple stretching exercise that will help relax muscle spasm and keep your back more limber. If exercise makes your back pain worse, don't do it.

- Lie on your back with your knees bent and both feet on the ground.

- Slowly raise your left knee to your chest as you flatten your lower back against the floor. Hold for 5 seconds.

- Relax and repeat the exercise with your right knee.

- Do 10 of these exercises for each leg.

### Safe lifting method

- Don't bend over at the waist to lift an object off the floor.  Instead, bend your knees and hips in a squat.

- Keep your back and head upright

- Hold the object close to your body, directly in front of you.

- Straighten your legs to lift the object.

- Lower the object to the floor in the reverse fashion.

- If you must slide something across the floor, push it.

### Posture tips

Report Request ID: 95183592

Page 21 of 24

Facility: ACHN
Location: Neuro Sur (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**Cook County Health**

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Clinic Outpatient    Admission Date:  1/9/2019     MRN: 005207962c; 007316792
Birth Date: 12/18/1972           Discharge Date:  1/9/2019
Gender: Male                                            CMRN: 1013473938
FIN: 0808720965

---

## Patient Summary Outpt

### Sitting

Sit in chairs with straight backs or low-back support. Keep your knees lower than your hips, with your feet flat on the floor.

When driving, sit up straight. Adjust the seat forward so you are not leaning toward the steering wheel. A small pillow or rolled towel behind your lower back may help if you are driving long distances.

### Standing

When standing for long periods, shift most of your weight to one leg at a time. Alternate legs every few minutes.

### Sleeping

The best way to sleep is on your side with your knees bent. Put a low pillow under your head to support your neck in a neutral spine position. Avoid thick pillows that bend your neck to one side. Put a pillow between your legs to further relax your lower back. If you sleep on your back, put pillows under your knees to support your legs in a slightly flexed position. Use a firm mattress. If your mattress sags, replace it, or use a 1/2-inch plywood board under the mattress to add support.

### Follow-up care

Follow up with your healthcare provider, or as advised.

If X-rays, a CT scan or an MRI scan were taken, they will be reviewed by a radiologist. You will be notified of any new findings that may affect your care.

### Call 911

Call 911 if any of the following occur:

- Trouble breathing

- Confusion

- Very drowsy

- Fainting or loss of consciousness

---

Report Request ID:  95183592          Page 22 of 24          Facility:  ACHN
Location:  Neuro Sur (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type:   Clinic Outpatient
Birth Date:  12/18/1972
Gender: Male
FIN: 0808720965

Admission Date:    1/9/2019
Discharge Date:    1/9/2019

MRN: 005207962c; 007316792

CMRN: 1013473938

---

### Patient Summary Outpt

- Rapid or very slow heart rate

- Loss of  bowel or bladder control

When to seek medical advice

Call your healthcare provider right away if any of the following occur:

- Pain becomes worse or spreads to your arms or legs

- Weakness or numbness in one or both arms or legs

- Numbness in the groin area

© 2000-2017 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

SURVEY REMINDER

Thank you for getting your care here. It matters to us what you think about our medical care and customer service. We hope you continue to get care with us.

In the next few days you may get a survey in the mail or a survey call from us.  Please take a minute to provide your feedback. Your response helps us improve our care and services. Your experience with us matters. Thank you.

### Patient Portal – MyCookCountyHealth

MyCookCountyHealth is a safe and secure tool that gives you the ability to manage your own health. With MyCookCountyHealth you can:

- Message your provider and healthcare team
- View your lab and radiology results
- Request to schedule new appointments, reschedule or cancel existing ones
- Request prescription renewals
- View future appointments
- View and send visit summaries

Report Request ID:  95183592                     Page 23 of 24                     Facility:  ACHN
                                                                                    Location:  Neuro Sur (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**Cook County Health**

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type:   Clinic Outpatient
Birth Date:  12/18/1972
Gender: Male
FIN: 0808720965

Admission Date:   1/9/2019
Discharge Date:   1/9/2019

MRN: 005207962c; 007316792

CMRN: 1013473938

| **Patient Summary Outpt** |
|---|

-   Request your complete healthcare record

### How do I log in?
When you have provided your email address to us, we'll email you an invitation to use the portal

### What will the invitation look like?
From: **MyCookCountyHealth**
In the subject line: **Cook County Health and Hospital System invites you to join MyCookCountyHealth**
Click the **"Accept Invitation to MyCookCountyHealth"** link to sign up.

### What if I have not provided by email address?
At Your next visit, provide your email address when you check in so we can send you an invitation with instructions
to set up your secure on-line account.

### I have already set up my account. How do I log in?
Go to www.mycookcountyhealth.org  and you'll see the login. Enjoy the benefits!
### Need more information?

Ask any member of your healthcare team or visit www.mycookcountyhealth.org. For issues with registering or
signing into your portal account please call 877-621-8014.

Report Request ID:  95183592

Page 24 of 24

Facility:  ACHN
Location:  Neuro Sur (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby
notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this
communication in error, please notify the appropriate party immediately.