# Exhibit Q



**Cook County Health**
1900 W. Polk St.
Chicago, IL 60612

## Patient Information

**MRN:** 005207962c

**Patient Name:** LIMBACHER, SHANE E

**Home Address:** 5100 N MARINE DR
CHICAGO, IL 60640

**Home Phone:** (312) 953-9844

**CMRN:**

**Previous Name** LIMBACHER, SHANE

**DOB:** 12/18/1972  **Sex:** Male  **Marital Status:** Married

## Encounter Information

**Admission Date/Time:** 06/30/2020 12:20

**Patient Type:** Clinic Outpatient

**Attending Physician:** KARUTHALACKAL PA-C, ADAI

**Discharge Date/Time:** 06/30/20 23:59

**Hospital Service:** Ortho-Fracture

**Fin Number:** 0829777671

## Financial Data

**Guarantor Name:** SHANE LIMBACHER

**Address:** 5100 N MARINE DR
CHICAGO, IL 60640

**Relationship to Patient:** Self

**Primary Health Plan:**

**Policy Number:**   **Group Number:**

**Secondary Health Plan:**

**Policy Number:**   **Group Number:**

**Facility:** ACHN

CONFIDENTIAL - If the reader of this report is not the intended recipient, or the employee or the agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party.

Printed: 01/26/21 07:16:03



**Cook County Health**

1900 West Polk Street, Chicago, Illinois 60612

**Toni Preckwinkle**          President, Board of Cook County Commissioners

**Affiliates**

Ambulatory & Community Health Network of Cook County          Provident Hospital of Cook County
Cermak Health Services of Cook County          Oak Forest Health Center of Cook County
Cook County Department of Public Health          Ruth M Rothstein CORE Center
John H. Stroger, Jr. Hospital of Cook County

| | | | |
|---|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | | |
| Patient Type:   Clinic Outpatient | Admission Date:  6/30/2020 | MRN: 005207962c; 00731679z | |
| Birth Date:  12/18/1972 | Discharge Date:  6/30/2020 | | |
| Gender: Male | | CMRN: 1013473938 | |
| FIN:  0829777671 | | | |

---

## Growth Chart Details

| Age | Height | Weight | HeadCM | BMI | BSA |
|---|---|---|---|---|---|

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

19-C-7509 Limbacher 011957

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Clinic Outpatient
Birth Date: 12/18/1972
Gender: Male
FIN: 0829777671

Admission Date: 6/30/2020
Discharge Date: 6/30/2020

MRN: 005207962c; 00731679z

CMRN: 1013473938

---

## Infusion Report

---

**Infusion Billing Report**

UNKNOWN to 01/26/21 07:15 US/Central

**LIMBACHER, SHANE E**          **FIN 829777671**                    **MRN 5207962**
**Clinic Outpatient**           **Location: Ortho Frac (SC)**

<b>No Results Qualified.</b>

Report Request ID: 95183589                    Page 3 of 16                    Facility: ACHN
                                                                               Location: Ortho Frac (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

# Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Clinic Outpatient     Admission Date: 6/30/2020     MRN: 005207962c; 00731679z
Birth Date: 12/18/1972     Discharge Date: 6/30/2020
Gender: Male     CMRN: 1013473938
FIN: 0829777671

## Outpatient Progress Note

Document Type:     Out Pt Progress Note
Service Date/Time:     6/30/2020 14:07 CDT
Result Status:     Auth (Verified)
Perform Information:     KARUTHALACKAL PA-C,ADAI (6/30/2020 14:07 CDT)
Sign Information:     KARUTHALACKAL PA-C,ADAI (7/1/2020 11:14 CDT)

**68 Out Pt Progress Note**
Dictation confirmation number: 21894736
ATTENDING: Adai Karuthalackal, PA-C
DATE OF BIRTH: 12/18/1972

SUBJECTIVE: The patient is a 47-year-old male who presents today first time in the Orthopedic Surgery Clinic at Stroger, however, he has been seen multiple times in the Orthopedic Surgery Clinic at Cermak. He is currently a 47-year-old right-hand-dominant detainee, who presents today with a chronic left shoulder pain more notable since a fall from a ground-level height in November 2017 where he fell off a chair directly onto the shoulder. He was last seen by the Orthopedic Surgery department at Cermak on 03/11/2020. In the chart, it says that he refused physical therapy on 05/19/2020, so he has not been getting much physical therapy. He does have a past medical history significant for a C6 radiculopathy for which he saw Neurosurgery and they recommended working with physical therapy and symptomatic treatment only and no neurosurgical intervention at this time. His main concern today is he says that he has left shoulder pain. He then goes on to say that he feels like his
shoulder is popping in and out of place. He says that the first time this happened was when he fell 2 years ago. He says that he caught his shoulder from falling and put that back into place. He did not have any x-ray at that time. He says that he has never had a dislocation or prior injury to the left upper extremity. He says that he never had a formal glenohumeral joint reduction performed by any medical providers. He says that it does bothers him when he sleeps. He denies any fever, chills or any other concerns today.

PHYSICAL EXAMINATION:
GENERAL: The patient is in no acute distress, resting comfortably.
EXTREMITIES: Focused examination of the left upper extremity reveals that his skin is closed and intact. There is no gross deformity at the shoulder today. His range of motion of the shoulder is active forward elevation to about 95 degrees and passively able to elevate like 120 degrees. Abduction to 90 degrees, internal rotation to the level of vertebral height of L5 as opposed to T11 on the contralateral side. He has external rotation to about 30 degrees compared to the contralateral side of 80 degrees external rotation. His supraspinatus strength is 4/5, infraspinatus strength is 3+/5. He has some weakness with external rotation. Subscapularis strength is 4/5 and he has no significant weakness with belly press or bear-hug test. When examining his shoulder range of motion, abduction and external rotation, there is no instability, although the patient feels pain at

Report Request ID: 95183589     Page 4 of 16     Facility: ACHN
Location: Ortho Frac (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type:   Clinic Outpatient          Admission Date:   6/30/2020          MRN: 005207962c; 00731679z
Birth Date: 12/18/1972                      Discharge Date:   6/30/2020
Gender: Male                                                                    CMRN: 1013473938
FIN: 0829777671

---

### Outpatient Progress Note

that point and the same thing with adduction and internal rotation.  The patient feels pain but no
instability.  His shoulder does not dislocate.  He is nontender on palpation over the
sternoclavicular joint.  He has some tenderness on palpation at the AC joint and proximal
biceps tendon.  Otherwise he is nontender on palpation over the acromion and nontender on
palpation over the scapula.  He is able to make a full fist and extend his fingers
completely.  Deltoid is firing.  His sensation is intact to light touch in the axillary,
median, radial and ulnar and antebrachial cutaneous nerve distributions.  Radial pulse is
2+.  He is able to make a full fist and extend all his fingers completely.

X-RAY:  X-ray of the left shoulder from November 2019 revealed significant glenohumeral
joint osteoarthritis.  MRI revealed some posterior subluxation of the humerus as well as a
slight Hill-Sachs deformity as well as a slight posterior labral tear secondary to
irritation.  There are osteophytes on the humerus from x-ray.

ASSESSMENT:  This is a 47-year-old right-hand-dominant male whose main problem is pain in
his left shoulder joint and a feeling of cracking in his joint with pain.  This is secondary
to osteoarthritic changes of the glenohumeral joint.

PLAN:  We talked to him about the importance of physical therapy.  We also offered him a
corticosteroid and lidocaine injection to the left glenohumeral joint.  We explained all the
potential risks, benefits and potential complications such as acute hyperglycemia as well
as potential for a septic joint.  The patient verbalized understanding of all of the
potential risks, benefits and complications and he elects to proceed with this injection
today. He verbally consented to procedure. A time-out was completed, skin cleansed with
chlorhexidine and a mixture of 4 cc of 1% plain lidocaine and 1 cc of 40 mg Kenalog were
injected into the left glenohumeral joint through posterior approach by Dr. Bruce.  The
patient immediately had significant pain relief and was moving his arm much better.  He said
that his arm felt much better than when he came here before.  I will order physical therapy
once again for him and he should return to clinic on an as-needed basis.  We explained to
him that the ultimate treatment for osteoarthritis would be an arthroplasty
as well as the fact that we cannot give him repeated corticosteroid injections multiple
times, so if he would like another one, he can put in for medical evaluation four months
from now.  He has no further questions.  He is happy with his care here.  He says that he
would be getting out of the jail soon, so he should come and see us if he wishes to pursue
further care at that time. Pt verbalized understanding and agrees with plan.

---

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby
notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this
communication in error, please notify the appropriate party immediately.

# Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type:   Clinic Outpatient
Birth Date:  12/18/1972
Gender:  Male
FIN: 0829777671

Admission Date:     6/30/2020
Discharge Date:     6/30/2020

MRN: 005207962c; 00731679z

CMRN: 1013473938

---

## Outpatient Progress Note

---

*Electronically Authored On:  01-Jul-20 11:14*
*Electronically Signed By: KARUTHALACKAL PA-C, ADAI*
*Orthopedics - Physician Assistant*
*PGR:  312 333 6386*

Facility:  ACHN
Location:  Ortho Frac (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

19-C-7509 Limbacher 011961

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type:   Clinic Outpatient
Birth Date:  12/18/1972
Gender: Male
FIN: 0829777671

Admission Date:   6/30/2020
Discharge Date:   6/30/2020

MRN: 005207962c; 00731679z

CMRN: 1013473938

| Orders |
|---|

| Order: Outpatient Change Attending |
|---|
| Order Start Date/Time: 6/30/2020 14:07 CDT |

| Order Status: Ordered | Catalog Type: Patient Care | Activity Type: Patient Activity |
|---|---|---|
| End-state Date/Time: 6/30/2020 14:07 CDT | End-state Reason: | |
| Ordering Physician: KARUTHALACKAL PA-C,ADAI | | |
| Entered By: KARUTHALACKAL PA-C,ADAI | | |
| Order Details: 6/30/20 2:07:00 PM CDT, KARUTHALACKAL PA-C, ADAI, 6/30/20 2:07:00 PM CDT | | |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

19-C-7509 Limbacher 011962

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Clinic Outpatient     Admission Date: 6/30/2020     MRN: 005207962c; 00731679z
Birth Date: 12/18/1972     Discharge Date: 6/30/2020
Gender: Male     CMRN: 1013473938
FIN: 0829777671

### Ebola Screening

| Procedure | Recorded Date 6/30/2020 Recorded Time 12:21 CDT Recorded By SYSTEM | 6/30/2020 12:21 CDT SYSTEM | Units | Reference Range |
|---|---|---|---|---|
| Do you have a new cough,SOB,sore throat? | No | - | | |
| Do you have fever,chills,muscle aches? | No | - | | |
| Nausea/diarrhea,loss of taste/smell? | No | - | | |
| Contact with anyone diag with COVID 19? | - | No | | |
| Diagnosed with COVID 19 last 21 days? | - | No | | |

Report Request ID: 95183589     Page 8 of 16     Facility: ACHN
Location: Ortho Frac (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**Cook County Health**

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type:   Clinic Outpatient          Admission Date:    6/30/2020          MRN: 005207962c; 00731679z
Birth Date:  12/18/1972                    Discharge Date:    6/30/2020
Gender: Male                                                                    CMRN: 1013473938
FIN: 0829777671

| **Consents** |
| --- |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**\* Auth (Verified) \***

CONSENT 6/30/2020



**COOK COUNTY HEALTH & HOSPITALS SYSTEM**
**CCHHS**

**GENERAL CONSENT**
**TO DIAGNOSIS, CARE**
**AND TREATMENT**

Ambulatory Community Health Network
1901 W Harrison Ave
Chicago, IL 60612
(312) 864–0719

**I. CONSENT FOR DIAGNOSIS CARE AND TREATMENT**

I, _Shane Limbacher_ (name of patient or authorized decision maker), hereby acknowledge that SHANE LIMBACHER is voluntarily entering the Cook County Health & Hospitals System (System) and consent to such diagnosis, care and treatment as is considered necessary and advisable by the physician(s) attending to my care.

I understand that routine tests may include an HIV test unless I refuse to be tested by marking the box:
☐ **I refuse to consent to HIV testing.**
I understand that HIV is dangerous, and I accept the risk of not knowing if I have it. HIV testing is voluntary and I may withdraw consent to the testing process at any time. If I refuse to have HIV testing performed, I will still receive other services for which I am eligible. The confidentiality of my test results will be maintained except as provided under the law and in this consent.

One or more physicians, residents, nurses and other health care providers will attend to my medical care in the System. I understand that among these health care providers are persons who are in training, either to become physicians, nurses and other health professionals or to enhance their qualifications as physicians, nurses and other health professionals.

If it is recommended that I undertake a major surgical procedure or certain diagnostic and other procedures and treatments, I will be asked to sign a separate consent prior to undergoing these treatments and procedures.

I authorize the System to examine, use, store and dispose of any tissue, fluids or specimens removed from my body during my outpatient visit or System stay.

**II. ACCESS TO AND RELEASE OF HEALTH INFORMATION**

I understand that the System may record medical and other information related to my treatment in electronic, video and other forms and that such information will be used in the course of my treatment, for billing and payment purposes and to support healthcare operations. I give the System and my treating and consulting physician(s) consent to contact other physicians, healthcare professionals, Systems, nursing homes, home health agencies, pharmacies and other healthcare providers that may have information related to my prior and current health conditions and treatment.

I acknowledge that my personal health information may be released by the System as described in the System's Notice of Privacy Practices and for the purposes outlined in this section. For discharge planning purposes, I consent to the release by the System and my treating and consulting physician(s) of any and all medical information or records concerning my treatment to other healthcare professionals and providers who may become involved in my care such as Systems, nursing homes or home health agencies, as applicable.

If applicable, I specifically consent to the release by the System of any and all information, test results and records regarding my treatment for drug or substance abuse, alcoholism, mental health, HIV or AIDS to my treating and consulting physician(s), other healthcare professionals and healthcare providers such as Systems, nursing homes or home health agencies for continuity of care and discharge planning purposes, and to any private health insurance plan, Medicare, Medicaid, other governmental insurance program or other third–party payor that I identify to obtain payment for the treatment and services provided to me at the System. I agree that the specific consent contained in this paragraph shall apply even if I am diagnosed with one of the above conditions after I have signed this consent for the current System visit/stay.

**III. PERSONAL PROPERTY**

I understand that I should not bring valuables to the System and that the System will not be responsible for the loss, destruction or theft of my personal property. I assume full responsibility for all my personal property, including but not limited to my clothing, money, jewelry, glasses, dentures, hearing aids or other personal items and release the System and the Health System from liability for such personal items and valuables.

_WNOTO_

Do Not Write Below This Line

LIMBACHER, SHANE E
DOB: 12/18/1972 Male
Act#:829777671 MR# 5207962

Page: 1 of 2
FORM # CCHHS000

**\* Auth (Verified) \***

CONSENT 6/30/2020



| | GENERAL CONSENT | Ambulatory Community Health Network |
| --- | --- | --- |
| COOK COUNTY HEALTH & HOSPITALS SYSTEM **CCHHS** | **GENERAL CONSENT TO DIAGNOSIS, CARE AND TREATMENT** | 1901 W Harrison Ave Chicago, IL 60612 (312) 864–0719 |

**IV. RESPONSIBILITY FOR PAYMENT**

In consideration of the services provided at the System, I agree to pay the System for all services, facilities and supplies provided to me at the established rates, including any deductibles, copayment or charges not covered by third party payors. I accept responsibility for any costs, including attorneys' fees and court costs, incurred in the collection of these charges consistent with applicable laws.

If private health insurance, Medicare, Medicaid, other governmental or other insurance programs cover my treatment, I authorize the System to bill any such insurer for System and medical services provided and I further authorize payment directly to the Cook County Health & Hospitals System of all benefits payable for System and medical care services provided to me.

My insurance coverage may provide that some amount of the bill will remain my personal responsibility, such as my deductible, co-payment or charges not covered by my health insurance, Medicare, Medicaid or any other programs for which I am eligible. The System will then bill me for that amount and for any charges not paid by my insurer and I will be responsible for paying them.

I also understand and acknowledge that if I do not consent, or later revoke my consent, to the release of my information to any insurer that provides coverage for my care, I will be responsible to pay all list charges for the treatment and services received.

**V. ASSIGNMENT OF BENEFITS**

I hereby assign to the Cook County Health & Hospitals System and the healthcare professional(s) involved in my care, all my rights and claims for reimbursement under any private health insurance policy, Medicare, Medicaid or any other programs for which benefits may be available to pay for the System and medical services provided to me. I agree to cooperate and provide information as needed to establish my eligibility for such benefits. I request that payment of benefits be made on my behalf for services furnished to me at the System and authorize any holder of information about me to release to the Center for Medicare and Medicaid Services and its agents any information needed to consider and make payment of such benefits. I authorize the Social Security Administration to release information about my entitlement benefits to the System and physicians providing services to me. I agree that the System of Cook County or its designee may serve as my agent to file an application, pursue eligibility or appeal decisions with the Illinois Department of Public Aid in my name.

**VI. FINANCIAL ASSISTANCE**

If I am uninsured or am having difficulty paying my System bill, I understand the System has programs that may be of assistance, including free care, discounted care or payment plans. I understand that I will be required to provide financial information to determine my eligibility for these programs. The System's financial counselors can help me apply for these programs and can answer questions about my bill.

I understand and agree to the information provided on this Consent Form. I certify that the information given by me for purposes of payment for System care is, to the best of my knowledge, accurate and complete.

Signature: _____  Date: 06/30/20  Time: 12:21
                 Patient or Patient Representative

| | |
| --- | --- |
| | *Do Not Write Below This Line* |
| | LIMBACHER, SHANE E DOB: 12/18/1972 | Male Act#:829777671 MR#:5207962 |
| Page: 2 of 2 FORM # CCHHS0001 | |

Page 2 of 2

**Cook County Health**

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type:   Clinic Outpatient
Birth Date:  12/18/1972
Gender:  Male
FIN: 0829777671

Admission Date:   6/30/2020
Discharge Date:   6/30/2020

MRN: 005207962c; 00731679z

CMRN: 1013473938

---

| **Patient Summary Outpt** |
|---|

Document Type:                      Patient Summary Outpt
Service Date/Time:                  6/30/2020 14:08 CDT
Result Status:                      Auth (Verified)
Perform Information:                KARUTHALACKAL PA-C,ADAI (6/30/2020 14:08 CDT)
Sign Information:                   KARUTHALACKAL PA-C,ADAI (6/30/2020 14:08 CDT)

**Patient Summary Outpt**

# Cook County Health
# Ambulatory and Community Health Network
# Plan of Care

**Patient Name:** LIMBACHER, SHANE E
**Date of Birth:** 12/18/1972
**Visit Date:** 06/30/2020 14:08:07
**Visit Location:** Specialty Care (SC)
**Visit Physician/Provider:** KARUTHALACKAL PA-C, ADAI
**Community Medical Record Number (CMRN):** 1013473938

## Follow-up and Appointments:

| Date | Time | Location | Appointment Type | Scheduled with/Provider |
|---|---|---|---|---|
| No Appointments found | | | | |

**Valet services now available for $5 at the Professional Building Entrance and Stroger Entrance 1.**

| **Your Allergies:** Substance | Reaction Symptoms | Type | Comments |
|---|---|---|---|
| codeine | | Drug | |

## Smoking Status
Never (less than 100 in lifetime)

Report Request ID:   95183589                    Page 12 of 16                    Facility:  ACHN
                                                                                  Location:  Ortho Frac (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Clinic Outpatient
Birth Date: 12/18/1972
Gender: Male
FIN: 0829777671

Admission Date: 6/30/2020
Discharge Date: 6/30/2020

MRN: 005207962c; 00731679z

CMRN: 1013473938

| Patient Summary Outpt |
|---|

If you smoke, you are being instructed to stop smoking for the sake of your health. Please discuss this with your clinic doctor, or for assistance please call 1-866-QUIT-YES (1-866-784-8937).

**Laboratory or Other Results This Visit** (last charted value for your 06/30/2020 visit)

No Laboratory or Other Results This Visit

**Procedures**

No Procedures Documented

## Vital Signs:

Height:

Weight:

BMI:

Systolic Blood Pressure: Not Valued

Diastolic Blood Pressure:

### Medication List:

This is the list of current medications in your medical record. It may include medications from visits to other clinics or areas of the hospital and medications you told us were prescribed by other doctors. If you have any questions about any medications that were not prescribed from this clinic, please contact the doctor that prescribed them.

**Other Medications**

**ibuprofen** 800 Milligram Oral EVERY 6 HOURS. PRN for pain.. Refills: 0.

**lidocaine/menthol/methyl salicylate topical (LidoPro Patch)**

## Medications and Immunizations Given Today:

## Future Orders:

Report Request ID: 95183589

Page 13 of 16

Facility: ACHN
Location: Ortho Frac (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**Cook County Health**

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type:   Clinic Outpatient          Admission Date:   6/30/2020          MRN: 005207962c; 00731679z
Birth Date: 12/18/1972                     Discharge Date:   6/30/2020
Gender: Male                                                                    CMRN: 1013473938
FIN: 0829777671

| **Patient Summary Outpt** |
| --- |

## Osteoarthritis

Osteoarthritis (also called degenerative joint disease) happens when the cartilage in a joint becomes damaged and worn. This may be due to age, wear and tear, overuse of the joint, or other problems. Osteoarthritis can affect any joint. But it is most common in hands, knees, spine, hips, and feet. Symptoms include joint stiffness, pain, and swelling.

### Home care

- When a joint is more sore than usual, rest it for a day or two.

- Heat can help relieve stiffness. Take a hot bath or apply a heating pad for up to 30 minutes at a time. If symptoms are worse in the morning, using heat just after awakening can help relax the muscle and soothe the joints.

- Ice helps relieve pain and swelling. It is often used after activity. Use a cold pack wrapped in a thin cloth on the joint for 10 to 15 minutes at a time.

- Alternating hot and cold can also help relieve pain. Try this for 20 minutes at a time, several times per day.

- Exercise helps prevent the muscles and ligaments around the joint from becoming weak. It also helps maintain function in the joint.  Be as active as you can. Talk to your healthcare provider about what activity program is best for you.

- Excess weight puts a lot of extra strain on weight-bearing joints of the lower back, hips, knees, feet and ankles. If you are overweight, talk to your healthcare provider about a safe and effective weight loss program.

- Use anti-inflammatory medicines as prescribed for pain. This includes acetaminophen or NSAIDs such as ibuprofen or naproxen. If needed, topical or injected medicines may be recommended. Talk to your healthcare provider if these options are not enough to manage your pain.

- Talk with your healthcare provider about devices that might help improve your function and reduce pain.

### Follow-up care

Follow up with your healthcare provider as advised by our staff.

### When to seek medical advice

Report Request ID:   95183589                        Page 14 of 16                        Facility:  ACHN
                                                                                          Location:  Ortho Frac (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**Cook County Health**

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type:   Clinic Outpatient
Birth Date: 12/18/1972
Gender: Male
FIN: 0829777671

Admission Date:   6/30/2020
Discharge Date:   6/30/2020

MRN: 005207962c; 00731679z

CMRN: 1013473938

| Patient Summary Outpt |
|---|

Call your healthcare provider right away if any of these occur:

- Redness or swelling of a painful joint

- Discharge or pus from a painful joint

- Fever of 100.4ºF (38ºC) or higher, or as directed by your healthcare provider

- Worsening joint pain

- Decreased ability to move the joint or bear weight on the joint

© 2000-2019 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

**SURVEY REMINDER**

Thank you for getting your care here.  It matters to us what you think about our medical care and customer service.  We hope you continue to get care with us.

In the next few days you may get a survey in the mail or a survey call from us.  Please take a minute to provide your feedback. Your response helps us improve our care and services.  Your experience with us matters. Thank you.

**Patient Portal – MyCookCountyHealth**

MyCookCountyHealth is a safe and secure tool that gives you the ability to manage your own health. With MyCookCountyHealth you can:

- Message your provider and healthcare team

- View your lab and radiology results

- Request to schedule new appointments, reschedule or cancel existing ones

- Request prescription renewals

- View future appointments

- View and send visit summaries

Report Request ID:   95183589                    Page 15 of 16                    Facility:  ACHN
Location:  Ortho Frac (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**Cook County Health**

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type:  Clinic Outpatient
Birth Date:  12/18/1972
Gender:  Male
FIN: 0829777671

Admission Date:  6/30/2020
Discharge Date:  6/30/2020

MRN: 005207962c; 00731679z

CMRN: 1013473938

| Patient Summary Outpt |
| --- |

-   Request your complete healthcare record

## How do I log in?

When you have provided your email address to us, we'll email you an invitation to use the portal

## What will the invitation look like?

From: **MyCookCountyHealth**

In the subject line: **Cook County Health and Hospital System invites you to join MyCookCountyHealth**

Click the **"Accept Invitation to MyCookCountyHealth"** link to sign up.

## What if I have not provided by email address?

At Your next visit, provide your email address when you check in so we can send you an invitation with instructions to set up your secure on-line account.

## I have already set up my account. How do I log in?

Go to www.mycookcountyhealth.org  and you'll see the login. Enjoy the benefits!

## Need more information?

Ask any member of your healthcare team or visit www.mycookcountyhealth.org. For issues with registering or signing into your portal account please call 877-621-8014.

Report Request ID:  95183589

Page 16 of 16

Facility:  ACHN
Location:  Ortho Frac (SC)

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.