# Exhibit R

December 14, 2022

Randall A. Hack
Brian I. Hays
Locke Lord LLP
111 S. Wacker Dr.
Chicago, IL 60606

Re: Case Review and Report in the matter of:
Limbacher v. Dart, et al., Case No. 1:19-cv-7509 (N.D. Ill.)

Dear Messrs. Hack and Hays:

I was asked to review medical records pertaining to an injury sustained by Shane Limbacher, and provide my medical opinion on the diagnosis and treatment of Mr. Limbacher's shoulder. Mr. Limbacher informed me this injury was sustained on November 13, 2017.

**Medical Records & Documentation Reviewed**

In addition to physical examinations of Mr. Limbacher, I have reviewed and relied on the following medical records in forming my opinions:

- Report of visit to Lakefront Medical Associates on 08/03/2021
- Report of visit to Lakefront Medical Associates on 08/12/2021
- Report of visit to Lakefront Medical Associates on 09/16/2021
- Report of visit to Lakefront Medical Associates on 10/07/2021
- Report of visit to Lakefront Medical Associates on 04/26/2022
- MRI report and images from Weiss Memorial Hospital 08/12/2021
- Radiology report and images 07/23/2021
- CT report and images from Weiss Memorial Hospital on 9/24/2021

Randall A. Hack
December 14, 2022
Page 2

**Qualifications**

I am a licensed physician and board certified orthopedic surgeon who specializes in arthroscopic and reconstructive techniques of the shoulder, knee, and hip, including shoulder replacements and hip arthroscopy. I received a Doctor of Medicine degree from the University of British Columbia in 2014. I received a Fellowship in orthopedic sports medicine and arthroscopy from Northwestern Memorial Hospital/Northwestern Feinberg School of Medicine in 2020. I have been in employed private practice in Chicago, Illinois since 2020. My experience includes treating elite athletes while serving as the assistant team physician for the Chicago Blackhawks, Chicago Cubs, and Rockford IceHogs professional sports teams, and the Northwestern University football team.

**Discussion and Opinions**

My medical findings, opinions, diagnoses, and treatment plan are set forth in the medical reports in Mr. Limbacher's file referenced above and that I have been informed have been produced in this case and are incorporated herein by reference.

On August 3, 2021, I saw Mr. Limbacher in consultation for his shoulder pain. I was informed by Mr. Limbacher that he was injured on November 13, 2017. I diagnosed Mr. Limbacher with advanced glenohumeral osteoarthritis based on clinical and radiologic examination. There was evidence of chronic posterior instability lesions on both the humeral and glenoid sides (reverse Hill Sachs, posteroinferior labral tearing, and reverse bony Bankart lesions). There was static posterior subluxation of the humeral head. There was glenoid deformity, with the chronic reverse bony Bankart lesion acting effectively as posterior glenoid bone loss.

Given the clinical history and failure of at least several years of nonsurgical treatment (strengthening and range of motion exercises for more than six weeks of supervised physical therapy, oral analegesics, anti-inflammatories, activity modification, lifestyle changes), it is my opinion that Mr. Limbacher requires shoulder replacement surgery in order to optimize function and relieve pain.

In my professional medical opinion,

- The appropriate standard of care for a patient complaining of head, neck, back, and shoulder pain from a fall is to address all four areas of complaint.

- While priority is the head, neck and back, after confirming there are no injuries to the spine, a provider must address the shoulder injury.

- Traumatic shoulder dislocations can lead to recurrent shoulder instability.

- If a patient reports pain and loss of motion after a traumatic injury, Xrays should be taken to determine whether the patient has any fractures or dislocations.

- If the Xrays do not confirm any fractures or dislocations, and the patient continues to have pain and loss of motion, an MRI should be performed to determine whether the patient has any occult factures, rotator cuff tear, labral tear, or other intra-articular pathology.

Randall A. Hack
December 14, 2022
Page 3

- In most cases, providers should recommend conservative treatment such as physical therapy in the first instance. A patient should be referred to an orthopedic specialist if conservative treatment fails after three to six months.

- One would not expect to see the severity of arthritis in a patient of Mr. Limbacher's age. The failure to address his shoulder injury in a timely fashion likely contributed to the development of advanced glenohumeral osteoarthritis.

- Failure to treat his shoulder injury prolonged Mr. Limbacher's pain, stiffness, lack of mobility, and interfered with his daily living activities.

I declare that the information contained within this document is my work product and is true to the best of my knowledge and information.

I am being paid for my time treating Mr. Limbacher and am being paid $1,000 per hour to review the medical records and prepare this report, as well as for any future services which may be required.

The above are my opinions expressed within a reasonable medical certainty and to a standard of more probable than not.

Sincerely,

Dr. Sebastian Ko, M.D.