# Exhibit T

## Cook County Health and Hospitals System
1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

### ER CHS

| | |
|---|---|
| Document Type: | UC CHS |
| Service Date/Time: | 11/13/2017 12:52 CST |
| Result Status: | Auth (Verified) |
| Perform Information: | YU DO, YAN K (11/13/2017 12:56 CST) |
| Sign Information: | YU DO, YAN K (11/13/2017 15:23 CST) |

**Trauma--CHS Urgent Care Provider Note**

Patient: **LIMBACHER, SHANE E**     MRN: **00731679z**     FIN: **20170519100**
Age: **44 years**   Sex: **Male**   DOB: **12/18/1972**
Associated Diagnoses: **None**
Author: **YU DO, YAN K**

**Basic Information**
   General Communication
   Visit Type: New patient evaluation.
   Language: Patient understands English.
   Health Background
     Problem list:
       All Problems
         Benzodiazepine withdrawal / 3009783011 / Confirmed
         Asthma vs anxiety-related SOB / 2475605013 / Complaint of
         Depression with anxiety / 346979010 / Confirmed.

**History of Present Illness**
   The patient presents with c/o trauma to left neck, head and left hip 2nd fall from chair 1 hrs ago, no loc, no ha, no blurred vision no dizziness, no N/V.

**Past Medical/ Family/ Social History**
   Allergies:
     Allergic Reactions (All)
       *Severity Not Documented*
         Codeine- No reactions were documented..
   **Current Medications:**  (Selected)
     Inpatient Medications
       *Ordered*
         Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter: 2 PUFF, Inhalation, Inhalation, Q 6 hr kop, PRN, For Shortness of Breath, Instruction to Nursing: refill via HSR, Routine, 08/28/17 14:44:00, 36 WEEK, 05/07/18 14:43:00
         busPIRone: 10 MG = 2 TAB, Tab, PO, Q 12 Hr, Routine, 09/18/17 21:00:00, 12 WEEK, 12/11/17 20:59:00
         chlorproMAZINE: 25 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 10/23/17 21:00:00, 18 WEEK, 02/26/18 20:59:00
         citalopram: 60 MG = 3 TAB, Tab, PO, Daily, Routine, 09/19/17 9:00:00, 18 WEEK, 01/23/18 8:59:00

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

19 C 7509 Limbacher 001764

## Cook County Health and Hospitals System
1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS          Admission Date: 5/19/2017          MRN: 005207962c; 00731679z
Birth Date: 12/18/1972           Discharge Date:
Gender: Male                     FIN: 20170519100                   CMRN: 1013473938

---

### ER CHS

hydrocortisone 1% topical ointment: 1 APP, Oint, Topical, Q 12 hr kop, PRN, For Skin Irritation, Application Site: Forehead, Instruction to Nursing: use PRN for ?psoriatic plaque on forehead, 08/28/17 14:46:00, 28 WEEK, 03/12/18 14:45:00

loratadine: 10 MG = 1 TAB, Tab, PO, Daily, Routine, 08/29/17 9:00:00, 36 WEEK, 05/08/18 8:59:00

mirtazapine: 45 MG = 3 TAB, Tab, PO, Bedtime, Routine, 10/23/17 21:00:00, 18 WEEK, 02/26/18 20:59:00

triamcinolone nasal: 1 SPRAY, Spray, Nostril, Both, Daily, Routine, 11/02/17 9:00:00, 12 WEEK, 01/25/18 8:59:00.

**Physical Examination**
VS/Measurements: Vital Signs

| Date/Time | Measurement | Value |
|---|---|---|
| 11/13/2017 12:38 | Temperature Oral | 98.4 DegF |
| | **Heart Rate** | **103 bpm HI** |
| | Respiratory Rate | 18 breaths/min |
| | Oxygen Saturation | 95 % |
| | Oxygen Delivery Device | Room air |
| | **Systolic Blood Pressure** | **144 mmHg HI** |
| | Diastolic Blood Pressure | 89 mmHg |
| | NIBP Site | Arm, Left |
| 11/13/2017 12:00 | Temperature Oral | 98.2 DegF |
| | Heart Rate | 87 bpm |
| | Respiratory Rate | 20 breaths/min |
| | **Systolic Blood Pressure** | **142 mmHg HI** |
| | **Diastolic Blood Pressure** | **94 mmHg HI** |
| 11/13/2017 11:04 | Pulse Rate | 92 bpm |
| | Respiratory Rate | 18 breaths/min |
| | Systolic Blood Pressure | 129 mmHg |
| | Diastolic Blood Pressure | 82 mmHg |
| | NIBP Site | Arm, Left |

.
**General:** Appearance: In no apparent distress.
**HENT:** No pharyngeal erythema.
**Respiratory:** Lungs are clear to auscultation.
**Cardiovascular:** Normal rate, Regular rhythm, No murmur.
**Gastrointestinal:** Soft, Flat, Non-tender, Normal bowel sounds.
**Musculoskeletal:** neck---no swelling, good rom, +tenderness
head---no swelling, no abrasion
left hip +point tenderness on femar head, no swelling, no deformity no external rotation.

**Reexamination/ Reevaluation**
Imaging Results  X-ray:  * Final Report *

Reason For Exam
Neck Pain

Report Request ID: 82759042                 Page 1,765 of 5,959             Facility: CHS
                                                                            Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

19 C 7509 Limbacher 001765

## Cook County Health and Hospitals System
1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

**ER CHS**

FINDINGS
History: Neck pain

Comparison: None available

Findings: 2 views of the cervical spine were obtained. The C7 vertebral body is partially obscured on the lateral view. There is mild posterior translation of C4 over C5, which is probably degenerative in nature. No acute fracture is identified. Multilevel degenerative changes are present consisting of intervertebral disc space narrowing, endplate sclerosis, and osteophyte formation. The prevertebral soft tissues are not widened.

IMPRESSION
Impression:
Mild to moderate multilevel degenerative changes.
_____

Electronically signed by:   Dr. RUBINA ZAHEDI
Date:            11/13/17
Time:            14:10

, **\* Final Report \***

**Reason For Exam**
1-Trauma

**FINDINGS**
History: Fall, trauma

Comparison: None available

Findings: 2 views of the lumbosacral spine were obtained. Vertebral alignment is anatomic. No acute fracture or subluxation. Mild degenerative changes are present at L5-S1 consisting of intervertebral disc space narrowing, endplate sclerosis, and osteophyte formation.

**IMPRESSION**
Impression:
No acute fracture or subluxation. Mild degenerative changes in the lower lumbar spine.
_____

Report Request ID:  82759042        Page 1,766 of 5,959        Facility:  CHS
                                                                Location:  102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 001766**

## Cook County Health and Hospitals System
1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

---

### ER CHS

Electronically signed by:   Dr. RUBINA ZAHEDI

Date:                              11/13/17

Time:                              14:12

.

**Impression and Plan**
  **Impression and Plan**
    **Diagnosis:** trauma to head, neck an left hip---x-ray showed djd, but no acute fx.
    **Degree of Control:** Good.
    **Clinical Status:** Progressing as expected.
    **Plan:** PowerOrders
    Radiology:
       Lumbosacral Spine AP/Lat (Order): 11/13/2017 12:52, All Cermak Patients, 1-Trauma, fall, Stat, 773-674-5628,
              Ambulatory, Sch Do you want a reminder for this appointment?, Schedule Indicator, PowerOrders
    Radiology:
       Cervical Spine AP/Lat (Order): 11/13/2017 13:43, All Cermak Patients, Neck Pain, 2nd trauma, Stat, 773-674-5628,
              Ambulatory, Sch Do you want a reminder for this appointment?, Schedule Indicator, PowerOrders
    Pharmacy:
       methocarbamol (Order): 750 MG, Tab, PO, Once, Routine, 11/13/2017 15:23, 11/13/2017 15:23
       methocarbamol (Order): 750 MG, Tab, PO, Q 8 Hr, Routine, 11/13/2017 21:00, 2 WEEK, 11/27/2017 20:59
       naproxen (Order): 500 MG, Tab, PO, Once, Instruction to Nursing: pain, Routine, 11/13/2017 15:23, 11/13/2017
              15:23
       naproxen (Order): 500 MG, Tab, PO, Q 12 Hr, PRN, For Other - See Instruction to Nursing, Instruction to Nursing:
              pain, Routine, 11/13/2017 15:23, 4 WEEK, 12/11/2017 15:22
    Referrals:
       Referral to Primary Care (Order): Priority (CHS3) 7 to 14 Days, 11/20/2017 00:00, 11/27/2017 00:00, Disposition:
              return to UC if +N/V, severe dizziness, and headache etc.

*Electronically Authored On:   13-Nov-17 15:23*
*Electronically Signed By: YU DO, YAN K*
 *Pager/Bus: 312-689-5515*

---

| | | |
|---|---|---|
| Report Request ID:  82759042 | Page 1,767 of 5,959 | Facility:  CHS |
| | | Location:   102A; 13; 1 |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 001767**

**Cook County Health and Hospitals System**

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

**ER CHS**

| | |
|---|---|
| Document Type: | UC CHS |
| Service Date/Time: | 11/13/2017 16:27 CST |
| Result Status: | Auth (Verified) |
| Perform Information: | THOMAS RN,SIRJOHN (11/13/2017 16:27 CST) |
| Sign Information: | THOMAS RN,SIRJOHN (11/13/2017 16:27 CST) |

CHS UC Discharge Entered On: 11/13/2017 16:29
Performed On: 11/13/2017 16:27 by THOMAS RN, SIRJOHN

**Disposition**
*Time Out Time :* 16:28
*ED Provider :* YU DO, YAN K
*Cermak Disposition :* Back to Original Division
*Visit Summary :* TO UC FROM RTU WITH C/O FALL. PT C/O NECK AND HIIP PAIN . PT RECIEVED XRAY AND PAIN MEDS. XRAY-NEG PT SENT BACK TO DIV

THOMAS RN, SIRJOHN - 11/13/2017 16:27

---

| | | |
|---|---|---|
| Report Request ID: 82759042 | Page 1,768 of 5,959 | Facility: CHS |
| | | Location: 102A; 13; 1 |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 001768**