# Exhibit X

# Cook County Health and Hospitals System
1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS  Admission Date: 5/19/2017  MRN: 005207962c; 00731679z
Birth Date: 12/18/1972  Discharge Date:
Gender: Male  FIN: 20170519100  CMRN: 1013473938

## Outpt Medical CHS

Document Type:  Outpt Medical CHS
Service Date/Time:  1/30/2018 11:05 CST
Result Status:  Auth (Verified)
Perform Information:  SIMS PA-C, KEVIN (1/30/2018 11:25 CST)
Sign Information:  SIMS PA-C, KEVIN (1/30/2018 11:25 CST)

**pcc div.8 4th fl**

Patient: **LIMBACHER, SHANE E**   MRN: **00731679z**   FIN: **20170519100**
Age: **45 years**   Sex: **Male**   DOB: **12/18/1972**
Associated Diagnoses: **None**
Author: **SIMS PA-C, KEVIN**

**Basic Information**

   Patient Location: 08-084F-D4-20
   **General Communication**
      Visit Type: Scheduled follow-up.

**Subjective**
   Problem list
      All Problems
         Benzodiazepine withdrawal / 3009783011 / Confirmed
         Depression with anxiety / 346979010 / Confirmed
         Asthma vs anxiety-related SOB / 2475605013 / Complaint of
         Numbness of right hand / 452966011 / Confirmed
         H/O fall / 2694917016 / Confirmed
         Elevated blood pressure reading / 196353013 / Confirmed
         Adjustment disorder with mixed anxiety and depressed mood / 92542018 / Confirmed
         Methicillin resistant Staphylococcus aureus / 202940017 / Confirmed
            This problem was added by Discern Expert..

**History of Present Illness**
   The patient presents with PCC/UC f/u
   -h/o asthma
   SABA use 1-2x/last week
   denies respiratory complaints or nocturnal symptoms
   -h/o dermatitis to forehead-well-controlled with HC 1%
   no other lesions-psoriasis doubtful
   -h/o rt. lateral thumb numbness-chronic
   improving, awaiting EMG-scheduled for 2/18
   -h/o AR
   on claritin

Report Request ID: 82759042          Page 2,807 of 5,959    Facility: CHS
                                                            Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002807**

## Cook County Health and Hospitals System
1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
| | | |
|---|---|---|
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

### Outpt Medical CHS

relates 24 hr h/o increase nasal d/c clear with frequent sneezing
denies F/C,cough,myalgias or sorethroat
-h/o cervical/lumbar OA
recently sent to JSH for LBP with LE radiculopathy
report radiculopathy now resolved but still with sharp pain to LB
denies B/B incontinence,LE weakness or saddle anesthesias
+pain relief with diclofenac.

**Histories**
  **Past Medical History**
    Asthma.
  **Allergies**:
    Allergic Reactions (All)
      *Severity Not Documented*
        Codeine- No reactions were documented.
  **Current Medications**: (Selected)
    Inpatient Medications
      *Ordered*
        Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter: 2 PUFF, Inhalation, Inhalation, Q 6 hr kop, PRN, For Shortness of Breath, Instruction to Nursing: refill via HSR, Routine, 08/28/17 14:44:00, 36 WEEK, 05/07/18 14:43:00
        busPIRone: 30 MG = 6 TAB, Tab, PO, Q 12 Hr, Routine, 12/29/17 21:00:00, 12 WEEK, 03/23/18 20:59:00
        chlorhexidine 0.12% liquid (oral rinse): 15 mL, Liquid, Swish and Spit, Q 8 Hr, Instruction to Nursing: Topical, Routine, 11/16/17 14:00:00, 01/31/18 12:00:00
        chlorproMAZINE: 25 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 10/23/17 21:00:00, 18 WEEK, 02/26/18 20:59:00
        citalopram: 40 MG = 1 TAB, Tab, PO, Daily, Routine, 01/27/18 9:00:00, 18 WEEK, 06/02/18 8:59:00
        diclofenac: 50 MG = 1 TAB, Tab, PO, TID, PRN, For Pain Mild to Moderate (scale 1-6), Routine, 01/29/18 11:23:00, 12 WEEK, 04/23/18 11:22:00
        hydrocortisone 1% topical ointment: 1 APP, Oint, Topical, Q 12 hr kop, PRN, For Skin Irritation, Application Site: Forehead, Instruction to Nursing: use PRN for ?psoriatic plaque on forehead, 08/28/17 14:46:00, 28 WEEK, 03/12/18 14:45:00
        lidocaine transdermal patch 5%: 1 PATCH, Patch, Transdermal, Daily, Application Site: Other - See Instructions to Nursing, 12/18/17 8:24:00, 12 WEEK, 03/12/18 8:23:00
        loratadine: 10 MG = 1 TAB, Tab, PO, Daily, Routine, 08/29/17 9:00:00, 36 WEEK, 05/08/18 8:59:00
        mirtazapine: 45 MG = 3 TAB, Tab, PO, Bedtime, Routine, 10/23/17 21:00:00, 18 WEEK, 02/26/18 20:59:00

**Objective**
  **VS/Measurements**
  Vital Signs
    1/30/2018 10:36         Type of Temperature Taken         Oral
                            Temperature Oral                  97.7 DegF
                            Calculated Temperature Oral       36.5 DegC
                            Heart Rate                        100 bpm

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS  Admission Date: 5/19/2017  MRN: 005207962c; 00731679z
Birth Date: 12/18/1972  Discharge Date:
Gender: Male  FIN: 20170519100  CMRN: 1013473938

### Outpt Medical CHS

| | |
|---|---|
| Respiratory Rate | 18 breaths/min |
| Oxygen Saturation | 100 % |
| Oxygen Delivery Method | Room air |
| Systolic Blood Pressure | 134 mmHg |
| Diastolic Blood Pressure | 85 mmHg |
| Blood Pressure Method | Automatic |
| Mean Arterial Pressure, Cuff | 101 mmHg |
| NIBP Site | Arm, Left |

**General**:
  Development: Normally developed.
  Nutritional status: Well nourished.
  Appearance: In no apparent distress, sitting comfortably.
**Eye**: Normal conjunctiva.
**HENT**:
  Head: Forehead (no lesions noted).
  Sinus: Bilateral, Frontal sinus, Maxillary sinus, Discharge ( Small amount ), No tenderness.
  Mouth: Within normal limits.
**Respiratory**: Lungs are clear to auscultation, Respirations are non-labored, Breath sounds are equal, No wheezes.
**Cardiovascular**: Normal rate, Regular rhythm.
**Gastrointestinal**: Soft, Flat, Non-tender, Normal bowel sounds.
**Musculoskeletal**: Normal gait, Lower extremity exam is within normal limits.
  Lumbar: Bilateral, L5, Tenderness (paraspinal), Normal range of motion, No erythema, No ecchymosis, No mass, No swelling.

**Review / Management**
  **Results Review**: All Results

| | | | |
|---|---|---|---|
| 1/8/2018 21:01 | CT Lumbar Spine w/o Contrast | IMPRESSION | (Modified) |
| 1/8/2018 15:58 | Na | 139 mEq/L | |
| | K | 4.4 mEq/L | |
| | Cl | 105 mEq/L | |
| | CO2 | 26 mEq/L | |
| | Anion Gap | 8 | |
| | Glucose serum | 90 mg/dL | |
| | **BUN** | **6 mg/dL  LOW** | |
| | Creat | 1.0 mg/dL | |
| | Ca | 9.1 mg/dL | |
| | GFR (Calculated) | 81 | |
| | WBC | 6.0 k/uL | |
| | RBC | 4.66 mil/uL | |
| | NRBC % Automated | 0 % | |

Report Request ID: 82759042  Page 2,809 of 5,959  Facility: CHS
Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002809**

## Cook County Health and Hospitals System
1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type:   Visit CHS          Admission Date:     5/19/2017           MRN: 005207962c; 00731679z
Birth Date:  12/18/1972            Discharge Date:
Gender: Male                       FIN: 20170519100                        CMRN: 1013473938

| Outpt Medical CHS |
|---|

|  |  |  |
|---|---|---|
| | NRBC # Automated | 0 |
| | HGB | 14.6 g/dL |
| | HCT | 42.3 % |
| | MCV | 90.8 fL |
| | MCH | 31.4 pg |
| | MCHC | 34.6 g/dL |
| | RDW | 14.0 % |
| | PLT | 233 k/uL |
| | Neutrophil % | 56.1 % |
| | Lymphocytes % | 30.8 % |
| | Monocytes % | 8.0 % |
| | Eosinophil % | 1.9 % |
| | **Basophil %** | **3.2 %  HI** |
| | Neutrophil # | 3.4 k/uL |
| | Lymphocytes # | 1.8 k/uL |
| | Monocytes # | 0.5 k/uL |
| | Eosinophil # | 0.1 k/uL |
| | **Basophil #** | **0.2 k/uL  HI** |
| 1/8/2018 15:51 | Color Urn | COLORLESS |
| | Appearance | CLEAR |
| | **Spec Gravity Urn** | **1.001** |
| | **Ph Urn** | **8.0** |
| | Protein Urn | NEGATIVE |
| | Glucose Urn | NEGATIVE |
| | Ketones Urn | NEGATIVE |
| | Bilirubin Urn | NEGATIVE |
| | Blood Urn | NEGATIVE |
| | Nitrite Urn | NEGATIVE |
| | Urobilinogen | NORMAL |
| | Leukocyte Esterase | NEGATIVE |

.

**Impression and Plan**
  Impression and Plan:
    Diagnosis: Leg paresthesia : ICD10-CM R20.2, Discharge DX, Medical, Low back pain : ICD10-CM M54.5, Discharge DX, Medical.
    Degree of Control: N/A.
    Clinical Status: N/A.
  **Plan**
    cont. diclofenac/lidocaine1% patch(RX current).
    moist heat prn.
    labs reviewed/discussed  with patient.
    diagnostics results discussed with patient.

Report Request ID:  82759042          Page 2,810 of 5,959          Facility:   CHS
                                                                   Location:   102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health and Hospitals System
1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

### Outpt Medical CHS

    PowerOrders
    Pharmacy:
        methocarbamol (Order): 750 MG, Tab, PO, BID, PRN, For Cermak Pain – ONLY CERMAK Pts, Routine,
            1/30/2018 11:16, 2 WEEK, 2/13/2018 11:15.
    Referrals:
        Referral to Physical Therapy (Order): Routine, 1/31/2018 00:00, stretching/strenghthening, chronic LBP.
    PowerOrders
    Referrals:
        Referral to Primary Care (Order): Routine (CHS7) 10 to 16 Weeks, 4/10/2018 00:00, 5/22/2018 00:00.
    PowerOrders
    Pharmacy:
    acetaminophen (Order): 650 MG, Tab, PO, BID, PRN, For Pain Mild to Mod(scale 1-6) breakthrough, Routine,
        1/30/2018 11:24, 12 WEEK, 4/24/2018 11:23. Counseling management plan, discussed importance of
        consistent stretching and exercise which has been shown to be one of the most useful tools in self-managing
        chronic LBP
    .
    Disposition: return to living unit.
.
**Impression and Plan**:
    Diagnosis: Complaint of Asthma vs anxiety-related SOB : ICD10-CM J45.909, Discharge DX, Medical, h/o AR.
    Degree of Control: Good.
    Clinical Status: Well controlled.
**Plan**
    report cough,wheezing chest tightness or SOB not relieved with B-agonist-ASAP.
    SABA/loratadine rx current.
    PowerOrders
    Pharmacy:
        chlorpheniramine (Order): 4 MG, Tab, PO, Q 8 Hr, PRN, For Allergic Rhinitis, Routine, 1/30/2018 11:20, 1 WEEK,
            2/6/2018 11:19. Counseling management plan.
    Disposition: return to living unit.
.
**Impression and Plan**:
    Diagnosis: rt. lateral thumb numbness.
    Degree of Control: Fair.
    Clinical Status: Improving.
**Plan**
    awaiting EMG. Counseling management plan.
    Disposition: return to living unit.
.
**Impression and Plan**:
    Diagnosis: dermatitis to forehead.
    Degree of Control: Good.
    Clinical Status: Well controlled.

| | | |
|---|---|---|
| Report Request ID: 82759042 | Page 2,811 of 5,959 | Facility: CHS |
| | | Location: 102A; 13; 1 |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS                  Admission Date:    5/19/2017                MRN: 005207962c; 00731679z
Birth Date: 12/18/1972                   Discharge Date:
Gender: Male                             FIN: 20170519100                            CMRN: 1013473938

| **Outpt Medical CHS** |
|---|

**Plan**
  meds current.
      PowerOrders
      Pharmacy:
          hydrocortisone 1% topical ointment (Order): 1 APP, Oint, Topical, Q 12 hr kop, PRN, For Skin Irritation, Application
              Site: Forehead, Instruction to Nursing: use PRN for ?psoriatic plaque on forehead, 1/30/2018 11:25, 28
              WEEK, 8/14/2018 11:24
          hydrocortisone 1% topical ointment (Discontinue): 1/30/2018 11:25.
  Continue present management.
.
**Medications**:  Medications have been reconciled.
**Education and Follow up**:  Patient has been given the opportunity to ask questions, Patient counseled on how to access
    care at CCDOC, Patient verbally acknowledges understanding of plan,
**Scheduled Future Appointments**
02/15/18 08:30 am       SHCC Neurophysiology        EMG Procedure               CONFIRMED
04/03/18 11:30 am       Cermak Basement             CHS Optometry               CONFIRMED
.

*Electronically Authored On:   30-Jan-18 11:25*
*Electronically Signed By: SIMS PA-C, KEVIN*
*CHS - Med/Surg - Physician Assistant*
*Pager/Bus: 312-333-4596*

---

Report Request ID:  82759042            Page 2,812 of 5,959          Facility:  CHS
                                                                     Location:  102A; 13; 1
CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002812**