# Exhibit Z

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF ILLINOIS

 3                    EASTERN DIVISION

 4

 5   SHANE EDWARD LIMBACHER,          )

 6                Plaintiff,          )

 7        vs.                         ) 19-cv-07509

 8   SHERIFF THOMAS J. DART, et al.,)

 9                Defendants.         )

10

11

12

13           DEPOSITION OF THERESA McCARTHY, D.O.,

14                 APPEARING REMOTELY

15

16                 NOVEMBER 22, 2022

17               COMMENCING AT 1:05 P.M.

18

19

20

21

22

23

24   REPORTED BY:  Linda S. Idrizi, CSR NO. 84-3704.
```

Page 2

```
 1    PRESENT VIA VIDEOCONFERENCE:

 2

 3            LOCKE LORD, LLP,

 4            (111 South Wacker Drive, Suite 4100,

 5            Chicago, Illinois  60606,

 6            312-443-0676), by:

 7            MR. RANDALL A. HACK,

 8            rhack@lockelord.com,

 9                appeared on behalf of the Plaintiff;

10

11            COOK COUNTY STATE'S ATTORNEY,

12            (500 Richard J. Daley, Center,

13            Chicago, Illinois  60602), by:

14            MR. ALEXANDER PREBER,

15            alexander.preber@cookcountyil.gov,

16                    and

17            MS. MIA BUNTIC,

18            mia.buntic@cookcountyil.gov,

19                representing the Defendants.

20

21    ALSO PRESENT:  Mr. Shane Limbacher, Plaintiff.

22

23

24
```

Page 3

1                        WITNESS INDEX

2    WITNESS:                                    PAGE

3    Theresa McCarthy, D.O.,

4       Examination by Mr. Hack              4, 123

5       Examination by Mr. Preber          118, 124

6

7

8                          EXHIBITS

9    NUMBER                                     PAGE

10   No. 1   UpToDate document                 16

11   No. 2   Medical note                      24

12   No. 3   X-ray films                       49

13   No. 4   Correspondence                    62

14   No. 5   Medical record                    70

15   No. 6   Health service request form       94

16   No. 7   Health service request form       97

17   No. 8   Health service request form       99

18   No. 9   Grievance forms                   102

19   No. 10 Health service request form        104

20   No. 11 Consultation record                108

21   No. 12 Flow chart                         111

22

23

24

```
                                            Page 4

 1                    (WHEREUPON, the witness was duly

 2                    remotely sworn by stipulation of

 3                    the parties.)

 4                  THERESA McCARTHY, D.O.,

 5    called as a witness herein, having been first duly

 6    sworn, was examined and testified as follows:

 7                      EXAMINATION

 8    BY MR. HACK:

 9         Q.     Dr. McCarthy, my name is Randy Hack.

10    I'm counsel appointed by the court to represent

11    Mr. Limbacher.  Will you please say your name?

12         A.     Theresa McCarthy.

13         Q.     Where do you live, Doctor?

14         A.     I live in Elmhurst, Illinois.

15         Q.     What is the address in Elmhurst?

16         A.     165 East Fremont, F-R-E-M-O-N-T,

17    60126.

18         Q.     Where are you presently employed?

19         A.     Cook County Health.

20         Q.     How long have you worked for Cook

21    County Health, Doctor?

22         A.     Since 1999.

23         Q.     And 2018, 2019 and 2020 you were a

24    doctor at John Stroger Hospital?
```

1      A.     Correct.

2      Q.     Before we get into this, this seems

3 like as good a time as any.  I am not a doctor.  I

4 am not a personal injury lawyer.  If I ask a

5 question that you do not understand, will you

6 please tell me to rephrase it and I will do so?

7      A.     Yes.

8      Q.     Thank you.  I was asking about your

9 position at Cook County Hospital.  What unit or

10 department of the hospital do you work in?

11      A.     I work in the Department of Trauma.

12      Q.     And what services does the Department

13 of Trauma provide?

14      A.     I am the chair of the Division of

15 Physical Medicine and Rehab in the Department of

16 Trauma at Stroger Hospital.

17      Q.     And the practice of physical medicine,

18 I think you said physical medicine and

19 rehabilitation?

20      A.     Correct.

21      Q.     What is the practice of physical

22 medicine and rehabilitation?

23      A.     It depends on where you are employed,

24 but in general I work with people that have had

1  acute injuries such as strokes, spinal cords.  I

2  work with people with musculoskeletal injuries.  I

3  work with amputees.  I work with people that need

4  specialty bracing.  I do consults throughout the

5  hospital.

6         Q.    I believe you said you were the chair

7  of the division.  Was that the word you used?

8         A.    Correct.

9         Q.    And what are your responsibilities as

10 chair of the division?

11        A.    I evaluate -- there is three

12 physicians that are physical medicine and rehab and

13 I am one of them.  So I make sure that we cover the

14 services and clinics that we do.  I do evaluations

15 of my two peers.

16        Q.    Do you have physician assistants as

17 part of your physical medicine and rehabilitation

18 division?

19        A.    We have one physician assistant that

20 works in the musculoskeletal clinic at Stroger

21 Hospital.

22        Q.    Do you have any other medical

23 professionals other than nurses that are part of

24 your division?

Page 7

1      A.    No.

2      Q.    Do you have any physical therapists in

3  your division?

4      A.    Physical therapy is in a different

5  area under rehab services, but I have their medical

6  input.  I work collaboratively with the director of

7  rehab services.

8      Q.    Who is the director of rehab services?

9      A.    Susie Herrington.

10     Q.    Is that Dr. Herrington?

11     A.    No.  She is a physical therapist.

12     Q.    Okay.  Was Miss Herrington in her

13  position in 2018 through 2020?

14     A.    Yes.

15     Q.    And I think I asked you this before,

16  what period of time have you been the division head

17  for physical medicine and rehabilitation?

18     A.    Since they closed Oak Forest Hospital

19  in 2011.

20     Q.    Thank you.  Where did you go to

21  college, Doctor?

22     A.    Could you rephrase that?  Medical

23  school or college?

24     Q.    Where did you go to college, Doctor?

1          A.     I went to Illinois State University.

2    I have a degree in biology and chemistry.  I went

3    to the University of Iowa.  I have a Master's in

4    biomechanics.

5          Q.     After you completed your Master's

6    degree did you go to medical school?

7          A.     No.  I went to Northern Illinois

8    University and I have a Bachelor's in physical

9    therapy.

10         Q.     After you completed your studies of

11   physical therapy at Northern, did you go to medical

12   school?

13         A.     Yes, I did.

14         Q.     And what years did you attend medical

15   school?

16         A.     I was in medical school from 1986

17   through 1990.

18         Q.     Where did you go to medical school,

19   Doctor?

20         A.     Chicago College of Osteopathic

21   Medicine.

22         Q.     And what professional degree did you

23   receive upon graduation?

24         A.     A Doctor of Osteopathy.

1      Q.      Not being familiar with the difference

2   between osteopathy and what I think of as an M.D.

3   degree, are there some important differences that

4   come to your mind when you try to explain what the

5   difference is between those two degrees?

6      A.      They are very similar.  Osteopaths

7   probably spend more time on manual medicine,

8   physical exam skills.  A lot of D.O.'s become

9   family doctors.

10      Q.      Okay.  Thank you.  And when you

11   graduated with your D.O., did you have any

12   additional designations, certifications or

13   specialty attached to your degree?

14      A.      As a D.O., no, but I did an internship

15   at Chicago Osteopathic.  And then I did a residency

16   at Rush University.

17      Q.      Your first year out of D.O. school was

18   your internship year; right?

19      A.      Correct.

20      Q.      And, I'm sorry, I just didn't quite

21   catch it.  Your first year internship, you did at

22   which institution?

23      A.      I did it at Chicago Osteopathic, which

24   was in Hyde Park.

1      Q.    And what service did you work on

2  during your first year internship?

3      A.    It was a rotating internship.  So I

4  worked on many services.

5      Q.    Did you work on orthopedics?

6      A.    I spent a month on orthopedics.

7      Q.    Did you spend any time in neurology?

8      A.    I don't recall.  I mean, it's quite a

9  while ago.

10      Q.    I know.  Let talk about your

11  internship -- I'm sorry, your residency.  You did a

12  residency at Rush; correct?

13      A.    Correct.

14      Q.    And how many years were you in

15  residency there?

16      A.    Three.

17      Q.    And when you completed your residency,

18  I'm afraid I don't know what degree or designation

19  or certification you received.  So when you got

20  done with your residency at Rush, what career

21  designation did you receive?

22      A.    You need to rephrase that, but I think

23  I know what you are asking.

24      Q.    You were a specialist in what medical

Page 11

1    service, Doctor?

2         A.    Physical medicine and rehab.

3         Q.    And you studied that for three years.

4    As part of that course of study did you work on the

5    orthopedic service?

6         A.    That's a difficult question, I mean,

7    as part of my training.  We received training in

8    manual medicine.  Excuse me, I misspoke.  We spent

9    time on many different services, some of them being

10   orthopedic.

11        Q.    Very well.  Do you have any board

12   certifications, Doctor?

13        A.    Yes.

14        Q.    And what board certifications do you

15   have?

16        A.    I am board certified by the American

17   Board of Physical Medicine and Rehab.  I am board

18   certified by the American -- by the ANEM, the

19   American Electrodiagnostic Medicine.

20        Q.    And tell me about the process for

21   obtaining those certifications.  What were you

22   required to do?  What did you do?

23        A.    For physical medicine and rehab, I

24   took written boards.  And then a year later I took

1    oral boards.

2            For the ANEM you need to complete,
3    like, 500 EMG's and then sit for written and oral
4    boards.

5        Q.    And you completed both of those
6    successfully.  And do you maintain your
7    certification today?

8        A.    Yes.

9        Q.    Did you have your certifications in
10   the 2018 to 2020 time frame?

11       A.    Yes.

12       Q.    You have a licence to practice
13   medicine from the State of Illinois?

14       A.    Correct.

15       Q.    And have you ever -- has your license
16   ever been suspended, withdrawn or otherwise
17   ineffective for any reason?

18       A.    No.

19       Q.    You have an office at the hospital,
20   Doctor?

21       A.    No.

22       Q.    Do you have a space where you keep
23   books and records, your computer and your hat and
24   other things?

 1          A.     I have access to the computer system.
 2          Q.     Do you have a place at work where you
 3    keep any textbooks?
 4          A.     Yes.
 5          Q.     And do you have any orthopedic
 6    textbooks at that place in your office where you
 7    keep texts?
 8          A.     Yes.
 9          Q.     And what orthopedic texts do you have
10    access to in your own personal library?
11          A.     I have my rehab books.  I have
12    several, like, physical exam books, one being an
13    orthopedic physical exam.  I don't recall the
14    author.
15          Q.     Can you recall the title of any of
16    those?
17          A.     Not currently.
18          Q.     Do you consult those sources
19    regularly?
20          A.     If I need to, yes.
21          Q.     When is the last time you looked at
22    one of your texts in your library that addressed
23    orthopedics?
24          A.     Last night.

Page 14

```
 1        Q.     Which text did you look at?
 2        A.     I looked at a physical medicine and
 3   rehab book.
 4        Q.     And who was the author of that book?
 5        A.     Braddom or DeLisa.
 6        Q.     Thank you.  At your office you have a
 7   computer system; correct?
 8        A.     Correct.
 9        Q.     You have access to the Cerner medical
10   records system that is on the hospital computer
11   system?
12        A.     Yes.
13        Q.     And you use the Cerner medical record
14   system as part of your day-to-day work; correct?
15        A.     Correct.
16        Q.     And you take notes of your
17   interactions with patients on the Cerner system;
18   correct?
19        A.     Correct.
20        Q.     And when you take notes of medical
21   records, you do your best to make accurate, correct
22   notes of your interaction with your patients;
23   correct?
24        A.     Yes.
```

1        Q.    And you try to write down as

2  accurately as possible what you saw; correct?

3        A.    Yes.

4        Q.    And you write down as accurately as

5  you can what your patient said to you and what you

6  said to your patient; correct?

7        A.    Yes.

8        Q.    And the Cerner system will then save

9  that medical record and it will be available to you

10  or other doctors who want to look at it after that

11  patient interaction; correct?

12        A.    Correct.

13        Q.    And using that medical record system

14  is something that you do routinely, every day, as

15  part of your medical practice; correct?

16        A.    Yes.

17        MR. PREBER:  Objection, compound question.

18  BY MR. HACK:

19        Q.    The hospital system, computer system,

20  you also have access to something that is called

21  UpToDate; correct?

22        A.    Yes.

23        Q.    And what is UpToDate?

24        A.    UpToDate is -- it's something where

```
 1  you can look up a topic or a medication that is on
 2  the computer system.
 3       Q.    Is that a program that you will
 4  periodically consult in the course of your
 5  practice?
 6       A.    On occasion.
 7       Q.    I am going to ask -- this is more --
 8  Dr. McCarthy, I have to ask do you have the exhibit
 9  share program up in front of you and running?
10       MR. HACK:  Why don't we go off the record for
11  a minute.
12               (WHEREUPON, discussion was had
13                off the record.)
14          (WHEREUPON, said document was marked
15          Deposition Exhibit No. 1,
16          for identification, as of 11/22/22.)
17  BY MR. HACK:
18       Q.    Doctor, I am not a big believer in
19  surprises.  I went on the -- I signed up for an
20  UpToDate subscription.  And I printed out some
21  pages from UpToDate.
22               And Exhibit 1 is a printout that I
23  printed out this morning from UpToDate entitled,
24  "Radiologic Evaluation of the Painful Shoulder in
```

1   Adults."  Do you see that document in front of you?

2        A.     Yes.

3        Q.     Take a moment and just flip through a

4   few of the pages.  You are free to scroll down,

5   however you would like to do it.  Does this look to

6   you like the format that UpToDate appears when you

7   consulted at the hospital?

8        A.     Yes.  It does look similar, yes.

9        Q.     Okay.  Thank you, Doctor.  I would ask

10  you to turn to the fourth page of this.  And on the

11  bottom right it will be marked 4/21.  That will

12  tell you it is the fourth page out of 21.  Do you

13  see that?

14       A.     Yes.

15       Q.     I would like to refer you to

16  recommendations for specific clinical settings.  Do

17  you see that paragraph?

18       A.     Yes.

19       Q.     And it says -- this sentence appears,

20  "The appropriate choice of imaging exam is based

21  upon etiology of shoulder pain as traumatic versus

22  atraumatic."  Do you see those words?

23       A.     Yes.

24       Q.     What is the difference, Doctor,

Page 18

1   between traumatic and atraumatic?

2          A.     Traumatic would be after, say, an

3   accident, a fall.  Atraumatic would be other types

4   of onset.

5          Q.     Okay.  Turn to the next page, if you

6   would.  There is a small, short paragraph, just a

7   few sentences about magnetic resonance imaging.

8   This is in the section about traumatic injury.

9   Would you kindly read to yourself that paragraph

10  about magnetic resonance imaging that appears on

11  page five and tell when you are done?

12         A.     I have read it.

13         Q.     Okay.  Is that summary of the role

14  that magnetic resonance imaging can play in the

15  diagnosis and treatment of a traumatic injury

16  consistent with your understanding and accurate

17  from what you can tell?

18         A.     Yes.

19         Q.     Before you -- well, I know what you

20  were doing right before your deposition today, but

21  prior to today have you had a chance to speak with

22  counsel for the State's Attorney's Office prior to

23  coming to testify today?  Just a yes or no.  I

24  don't want to ask you what he said or what you

1    said?

2         A.    Yes.

3         Q.    Okay.  That's all I wanted to know.

4    And in addition to speaking with counsel for the

5    State's Attorney's Office, before today did you

6    look at your medical records for any information or

7    indication that you had met with Mr. Shane

8    Limbacher who is the Plaintiff in this action?

9         A.    Yes, when I received a subpoena.

10        Q.    Okay.  And just tell me what you did

11   to determine when and whether you treated the

12   Plaintiff, Mr. Limbacher?

13        A.    I opened his medical records to see

14   when I had seen him.

15        Q.    And you opened the medical record,

16   could you just type his name in and get all his

17   medical file, boom, in one moment?  It shows right

18   up?

19        A.    Well, different things are sectioned

20   in different areas, but yes.  I could look at his

21   medical record.

22        Q.    And from your review of

23   Mr. Limbacher's medical records, Doctor, how often

24   did you see Mr. Limbacher in person when he was

1   your patient?

2          A.     I saw him twice.

3          Q.     Okay.  And when you were done with

4   that review, did you have any recollection that you

5   might have seen him some other time or are you

6   confident you only saw him twice or what is your

7   state of your recollection, your degree of

8   confidence that you only saw him twice?

9          A.     It's fairly good.

10         Q.     Okay.  And to determine how often and

11  when and how often you saw a patient, the best

12  record of that would be the hospital medical record

13  system; right?

14         A.     Correct.

15         Q.     And that's what you used to determine

16  your prior interaction with Mr. Limbacher; correct?

17         A.     Yes.

18         Q.     And when is the last time that you

19  looked at Mr. Limbacher's medical records?

20         A.     The other day.

21         Q.     Okay.  In the last -- within the last

22  week?

23         A.     Yes.

24         Q.     When did you -- well, I am going to

1    approach it differently.  Did you meet with

2    Mr. Limbacher on October the 2nd of 2018?

3          A.     Yes.

4          Q.     Before you met with Mr. Limbacher in

5    October of 2018, what did you do to prepare for

6    your visit with him?

7          A.     I don't recall.

8          Q.     Did you read his file to see if he had

9    presented previously with problems to his

10   musculoskeletal system?

11         A.     I usually -- again, I don't schedule

12   patients to be seen.  Referrals are put in.  So I

13   probably looked at his record right before I saw

14   him.

15         Q.     As you sit here today, what, if

16   anything, do you remember about what

17   Mr. Limbacher's medical records showed prior to

18   your interaction with him in October of 2018?

19         A.     You are going to have to rephrase

20   that.

21         Q.     Sure.  Do you remember anything that

22   was in his medical record?

23         A.     I don't recall.

24         Q.     Did you go back in his medical record

Page 22

1   to see if Mr. Limbacher had sustained a serious

2   trauma while he was a pretrial detainee prior to

3   your visit?

4          MR. PREBER:  Objection to vagueness.

5   BY THE WITNESS:

6          A.    I am sure I looked at his record, but

7   you are asking me to recall something over three

8   years ago.

9   BY MR. HACK:

10         Q.    If you don't remember, you are free to

11  say that.  And, yes, I am asking you that.  It's

12  important.  That's why I am asking you.  Do you

13  remember --

14         A.    Again, I don't recall.

15         Q.    When you interact with a patient, do

16  you take any handwritten notes?

17         A.    Yes.

18         Q.    Do you have any handwritten notes

19  reflecting any interaction that you might have had,

20  Doctor, with Mr. Limbacher?

21         A.    No.

22         Q.    Did you look for those at some point

23  since this lawsuit was filed?

24         A.    No.  Once -- oftentimes I will jot

1    down things because I have another patient in 15 to

2    20 minutes.  So I usually start writing a note and

3    often have another patient that I will see.  So I

4    might jot down, but those get shredded.

5         Q.    So the only note or record then that

6    you would have of a patient interaction that would

7    have been stored or kept over time would be the

8    electronic medical record; right?

9         A.    Correct.

10        Q.    So it's not as if -- you don't have

11   some old notebook to go look at; correct?

12        A.    Correct.

13        Q.    Do you recall learning that

14   Mr. Limbacher prior to your meeting in October had

15   sustained a shoulder trauma from falling off of a

16   medical examining table?

17        A.    Again, I don't recall.

18        Q.    Do you have any recollection of

19   learning prior to your meeting with Mr. Limbacher

20   that he had previously presented with recurring

21   shoulder pain in his left shoulder?

22        A.    Again, I don't recall.  I can't sit

23   and look through every single note of other

24   individuals seeing him.  I get a general idea, look

1    at the x-rays, talk to the patient.

2         Q.     Prior to your interaction with

3    Mr. Limbacher in October of 2018, would you have

4    looked at x-rays that had been taken previously?

5         A.     Yes, I usually do.

6         Q.     And did the hospital at that point

7    have x-rays of Mr. Limbacher's shoulder, left

8    shoulder?

9         A.     Again, I don't recall them having

10   x-rays.  That's why I ordered x-rays after I

11   examined him.

12        Q.     Dr. McCarthy, I am going to warn you.

13   I have had some problems with this feature.  So

14   please be patient.  I am going to try to change

15   exhibits.  I am going to introduce a new exhibit.

16   It will be a record of your meeting, your

17   interaction with Mr. Limbacher in October of 2018.

18             So I have to get this other one off

19   the screen and get the new one up.  It will take

20   just a minute.  And sometimes it will kick me out

21   of the system.  Here we go.

22             (WHEREUPON, said document was marked

23             Deposition Exhibit No. 2,

24             for identification, as of 11/22/22.)

```
                                               Page 25

 1   BY MR. HACK:

 2        Q.     You should have Exhibit 2 in front of

 3   you, Doctor.  Do you see it?

 4        A.     Hang on.

 5        MR. PREBER:  Sometimes, Dr. McCarthy, you

 6   need to back out and refresh and go back in again.

 7        MR. HACK:  Great point, Alex.

 8   BY MR. HACK:

 9        Q.     You will have to refresh that, Doctor.

10        A.     Okay.

11        Q.     Hopefully, Doctor, you see a form with

12   a rehab medicine outpatient box.  Do you see that?

13        A.     Yes.

14        Q.     Okay.  Great.  Do you see Exhibit 2 in

15   the bottom, right-hand corner?  It's a little,

16   yellow stamp down there?

17        A.     Yes.

18        Q.     Tell me what Exhibit 2 is?

19        A.     It's the note that I wrote after I saw

20   him.

21        Q.     And it's -- would you turn to the last

22   page of that note, Doctor.  Please tell me when you

23   are there, please.

24        A.     I'm there.
```

1      Q.     Okay.  That's your electronic
2  signature on the -- about halfway down on the
3  left-hand side; right?
4      A.     Correct.
5      Q.     And the electronic signature, the
6  system applies when you click that you are done
7  with your medical record?
8      A.     Correct.
9      Q.     And what happens after you click done?
10     A.     The note can't be altered.
11     Q.     And then it's stored in the system;
12  right?
13     A.     Correct.
14     Q.     Let's go back to the beginning, if we
15  could.  The note reflects service time, date.  You
16  saw Mr. Limbacher in the morning just a few minutes
17  before 11:00; right?
18     A.     Correct.
19     Q.     And you indicate that's -- you would
20  activate the computer program to take a medical
21  note pretty much at the start of an exam; right?
22     A.     Correct.
23     Q.     And then you finish the note about a
24  week later it looks like at 7:05 in the morning on

1    the 9th of October.  Do I understand that

2    correctly?

3        A.    I finalized the signature, yes.

4        Q.    Okay.  And so tell me what part of

5    this note is, as best you remember, was information

6    that you input and did some of this information

7    come from somewhere else?  Did you copy it over

8    from somewhere else?  Did somebody else put it in?

9    That's what I am trying to understand?

10       A.    No, I put it in.

11       Q.    So you prepared the entire note, start

12   to finish?

13       A.    Well, if you hang on.  I did the visit

14   information.  I typed the chief complaint, his

15   history of his present illness.  I did that.

16             The health status, his medications,

17   the problem list, the history is generated from the

18   chart.

19       Q.    Okay.

20       A.    And I did the physical examination and

21   the impression and plan.

22       Q.    All right.  Thank, you, Doctor,

23   because that seemed to me that some of this came

24   from somewhere else, that it was from some other

Page 28

```
1    system.  So how long did you spend with
2    Mr. Limbacher that day?
3         A.    Again, I don't recall exactly.
4    Anywhere from 20 to 30 minutes.
5         Q.    Okay.  And how many patients -- do you
6    have a standard time that you are allotted to visit
7    with the patient when you are on the floor and
8    delivering patient care?
9         A.    Well, you will have to rephrase that
10   because I'm not on a floor.  I am in a clinic.
11        Q.    Okay.  When you are in the clinic, how
12   often do you have a patient appointment scheduled?
13        A.    At the Cermac Health Center, I'm not
14   sure.  Probably every half hour.
15        Q.    Okay.  You met Mr. Limbacher over at
16   Cermac; correct?
17        A.    Correct.
18        Q.    And how often in the 2018 time frame
19   did you provide care to patients at Cermac Health
20   Services?
21        A.    I have a clinic the first Tuesday of
22   every month.
23        Q.    Okay.  And would you go at other times
24   periodically to follow up on patients for other
```

1   reasons or was it that was a regular schedule and
2   you stayed on it?
3        A.    That was my regular schedule and I
4   stayed on it.
5        Q.    Thank you.  What did Mr. Limbacher
6   report to you about the symptoms that he was
7   experiencing at his visit in October of 2018?
8        A.    Well, he had multiple complaints as
9   stated in the chief complaints.
10       Q.    Do you recall anything that
11  Mr. Limbacher told you about his left shoulder?
12       A.    That he had fallen.  He hit his head
13  and his shoulder.
14       Q.    Do you remember anything else that he
15  said to you about his shoulder?
16       A.    He felt like his shoulder -- again, I
17  am looking at my note.
18       Q.    Okay.
19       A.    It popped out and quickly went back
20  into the socket.
21       Q.    As a medical professional, did that
22  sound to you like he might have dislocated his
23  shoulder when he fell?
24       A.    Yes, it's possible.

Page 30

1      Q.      And what is a shoulder dislocation,

2   Doctor?

3      A.      A shoulder dislocation is when his

4   shoulder can move outside of the shoulder socket,

5   outside of the glenoid socket.

6      Q.      So the ball pops out of socket?

7      A.      Figuratively speaking.

8      Q.      How could I describe it more

9   accurately?

10      A.      Again, this was his perception of what

11   happened.

12      Q.      Okay.  Do you remember anything else

13   that Mr. Limbacher said to you about his left

14   shoulder injury?

15      A.      Just he was having pain, trouble

16   lifting.

17      Q.      Did he tell you he was having trouble

18   sleeping?

19      A.      I don't recall.

20      Q.      Did he tell you that the pain was

21   chronic and repetitive?

22      A.      Well, I assumed it had to be if this

23   occurred in 2017.

24      Q.      Did he tell you that it interferred

Page 31

1  with his ability to do his daily tasks?

2       A.    I don't recall.

3       Q.    Did he tell you that it was difficult

4  for him to sleep?

5       A.    Excuse me.  You have to say that

6  again.  Difficult for him to do what?

7       Q.    To sleep, Doctor?

8       A.    I don't recall.

9       Q.    What did you say -- before you began a

10 physical -- let me start over.  Did you do a

11 physical examination of Mr. Limbacher on October

12 the 2nd?

13      A.    Yes.

14      Q.    Before you did your physical

15 examination, what did you say to him?

16      A.    Again, I'm sorry.  I talk to people.

17 I don't recall exactly what I said.

18      Q.    Okay.  Do you have a standard

19 procedure that you follow when somebody presents to

20 you with a potential shoulder dislocation or other

21 shoulder pain?

22      A.    Well, I usually before I even touch

23 them I ask them to raise their arm to show me what

24 they can do with their shoulder, look at the other

1  shoulder.

2       Q.    What tests or what diagnostic tests or

3  procedures did you perform on Mr. Limbacher at your

4  visit on October 2nd of 2018?

5       A.    I did several tests, if you will look

6  down in my examination.

7       Q.    Sure.  Where would I find that?  On

8  the physical examination section, Doctor?

9       A.    Correct.

10      Q.    What did you do?

11      A.    I asked him to move it.  And then I

12  evaluated how much he could lift it.  He said it

13  was catching and cracking.

14      Q.    Did you hear that, Doctor?

15      A.    No.

16      Q.    If a shoulder is catching and

17  cracking, what might that signal to you as a

18  physician, a physical medicine physician?

19      MR. PREBER:  Objection, speculation.

20  BY THE WITNESS:

21      A.    It could mean many things.

22  BY MR. HACK:

23      Q.    If you are listening to a person's

24  shoulder and you hear cracking and creaking, what

```
 1    things come immediately to mind that you need to
 2    look more closely for?
 3          A.    Again, we all make noise when we move
 4    our joints, sometimes it can be just the patient's
 5    joints.  So that's a difficult question to answer.
 6          Q.    If a patient reports to you that they
 7    feel like it's making noise and creaking, that,
 8    though, is a complaint you would take seriously,
 9    isn't it?
10          A.    Yes.
11          Q.    You would try to get to the bottom of
12    what might be causing that perception by the
13    patient; right?
14          A.    Yes.
15          Q.    Okay.  I think I might have
16    interrupted you, Doctor, and I'm sorry about that.
17          MR. HACK:  Linda, can you go back to my
18    question which was maybe three ago.
19                    (WHEREUPON, the record was read
20                     by the reporter as requested.)
21    BY MR. HACK:
22          Q.    Pardon me, Doctor.  I interrupted your
23    explanation of your physical exam of Mr. Limbacher.
24    Would you please tell us what physical examination
```

1   you made of his left shoulder on October the 2nd,

2   2018?

3          A.     As I stated previously, I usually ask

4   them to move it first and watch how they move their

5   shoulder.  I ask them to raise it up in front, to

6   the side, to rotate it and assess how they move it.

7   Then I physically put my hands on them and perform

8   different maneuvers on their shoulder.

9          Q.     And what maneuvers did you perform on

10  Mr. Limbacher that day to test for possible

11  pathologies?

12         A.     I did a Neer's test.

13         Q.     Did you do any other tests?

14         A.     Yes.

15         Q.     What other tests did you do?

16         A.     I asked him to move his arm in an

17  abducted position.  I did a Hawkin's test.  I did a

18  Scarf's sign.  I did an empty can test.  I did a

19  Speed's test.

20                Again, I tried to fully evaluate his

21  shoulder.  I did an apprehension test to see if I

22  could sublux or move his shoulder.

23         Q.     When you completed your physical

24  examination what diagnosis did you arrive at?

Page 35

1          A.     That he had a possible pathology in

2    his shoulder.

3          Q.     And did you have any more of a

4    specific diagnosis in mind at that point in time?

5          A.     Well, I did not feel he had a rotator

6    cuff tear, but he could have a tendinopathy.  He

7    could have arthritis within his joint proper.  He

8    could have a shoulder that, like, that is looser in

9    the socket.  There is lots of things that can cause

10   a painful shoulder.

11         Q.     Is a looseness in the socket something

12   that could be caused by repetitive dislocations?

13         A.     Yes, but as far as I knew he had said

14   he had one dislocation when he fell or the

15   perceived feeling of a dislocation.

16         Q.     And it's your recollection that he had

17   said he had one and only one episode of dislocation

18   prior to meeting with you?

19         A.     His -- correct.  His focus was that he

20   had fallen X amount of time, a year ago.

21         Q.     You had noted that Mr. Limbacher had

22   fallen a year ago and yet was still experiencing

23   pain and came to you for a follow-up visit.

24                Did that passage of time by itself

1   concern you, that the patient had not been made

2   well after the passage of an entire year?

3        MR. PREBER:  Objection to leading and

4   objection to speculation.

5   BY THE WITNESS:

6        A.    Well, he also complained of other

7   issues.  He had injured his neck.  A lot of things

8   can cause shoulder pain.  Pain is a perceived

9   feeling.

10   BY MR. HACK:

11        Q.    When a patient tells you that they are

12   experiencing pain, you treat their perception as

13   important clinical information, don't you?

14        MR. PREBER:  Objection to leading.

15   BY THE WITNESS:

16        A.    That's always taken into -- you have

17   to put the whole picture together.

18   BY MR. HACK:

19        Q.    Right.  So you would consider their

20   perception, your observation, the passage of time,

21   how the shoulder sounds, how it feels, how it

22   moves.  Those are among the things you would

23   consider in making your examination; correct?

24        A.    Correct.

1    Q.    Did you consider whether -- at the
2  October visit, did you consider whether
3  Mr. Limbacher had any type of fracture, large or
4  small, in his joint, shoulder joint?
5    A.    Well, I don't recall seeing an x-ray.
6  That's why I ordered one.
7    Q.    Okay.  Is the only way you could tell
8  if there was a fracture in the normal case is to
9  use an x-ray for that review?
10    A.    That's where you would start, correct.
11    Q.    And an x-ray for a shoulder injury is
12  kind of the first line procedure, isn't it?
13    A.    Yes.
14    Q.    Did you consider whether Mr. Limbacher
15  had a partial tear of his joint capsule?
16    A.    Again, that could also be a
17  possibility.
18    Q.    And if that was something that you
19  were concerned with, how would you have tested for
20  that, Doctor?
21    A.    Well, again, you would start with an
22  x-ray.
23    Q.    Okay.  Did you consider the
24  possibility that he might have had some bone loss

```
 1    in his shoulder?
 2         MR. PREBER:  Objection to leading.  Objection
 3    to speculation.
 4    BY THE WITNESS:
 5         A.    Again, I don't recall his exact age.
 6    He is 49, that would not have been the top of my
 7    list -- 45.
 8    BY MR. HACK:
 9         Q.    Right.  He was in his 40's.  So your
10    instinct would have been that bone loss would not
11    likely be something that he would be suffering at
12    that age unless something unusual had presented;
13    correct?
14         A.    Correct.
15         Q.    Doctor, what is an instability lesion?
16    I'm afraid I just don't know.  Can you tell me what
17    that is?
18         A.    Instability lesions can happen if
19    there has been some type of injury to the capsule,
20    the labrum, to the muscles.  I mean, the ligaments.
21    You can end up having extra play in your shoulder.
22    It can happen with many things.
23         Q.    And when you met with Mr. Limbacher in
24    October of 2018, were you concerned that he
```

Page 39

1   possibly had an instability lesion in his shoulder,
2   his left shoulder?
3           A.      Again, that's always a possibility.
4           Q.      And if you wanted to test for that,
5   Doctor, what imaging would you use to do that?
6           A.      Okay.  You need to rephrase that
7   because you are asking something that I would not
8   start with, which would be an MRI.
9           Q.      Well, I think we agreed, I believe,
10  that the first line of -- the first line treatment
11  for a shoulder would be to take an x-ray; correct?
12          A.      Correct.
13          Q.      And can you determine whether there is
14  an instability lesion from just reading an x-ray?
15          A.      It depends.
16          Q.      Okay.  And if an x-ray is negative,
17  but you were still concerned that a patient might
18  have such a problem, what would you do next?
19          MR. PREBER:  Objection to speculation.
20  BY THE WITNESS:
21          A.      If that was my number one concern, I
22  would get an MRI.  I tried to sublux his shoulder
23  when I examined him and I could not.
24  BY MR. HACK:

Page 40

1          Q.      What is a glenoid deformity, Doctor?

2          A.      The glenoid is the small area within

3    the shoulder where the humerus sits.

4          Q.      Okay.

5          A.      And it's part of the scapula.

6          Q.      Right.  And glenoid deformities can be

7    painful; correct?

8          A.      Yeah.

9          Q.      And they can be chronic, meaning they

10   are painful every day; correct?

11         A.      Correct.

12         Q.      And did you consider the possibility

13   when you met with Mr. Limbacher in October of 2018

14   that he had a glenoid deformity in his left

15   shoulder?

16         A.      That's always a consideration.

17         Q.      And what is the first line of imaging

18   that you would do to test for that?

19         A.      Again, I would always start with an

20   x-ray.

21         Q.      Okay.  If the x-ray is negative, does

22   that automatically mean that there is no glenoid

23   deformity?

24         A.      No.

1      Q.      If you wanted to test whether a

2    patient had a glenoid deformity, what other imaging

3    procedure might you use?

4      A.      For imaging?

5      Q.      Yes.

6      A.      You could do an MRI.

7      Q.      Okay.

8      A.      Oftentimes you want to do conservative

9    management, such as therapy, to make sure there is

10   no other issues.

11     Q.      I know the word conservative is used

12   in a variety of contexts.  As a physician how do

13   you use that word, Doctor?

14     A.      For me, as a rehab physician, I use it

15   meaning a nonsurgical way.

16     Q.      So you would prefer to avoid surgery

17   if necessary, correct?

18     A.      Correct.

19     Q.      But if a patient presents with a

20   problem that cannot be resolved, short of surgery,

21   well then that patient needs surgery, don't they?

22     A.      Again, I am not a surgeon.  I would

23   have that discussion with a surgeon.

24     Q.      Okay.  For a shoulder surgery, you

1    would have that conversation with an orthopedic

2    surgeon; right?

3         A.    Correct.

4         Q.    Did you ever discuss Mr. Limbacher's

5    presentation in October with any orthopedic

6    surgeon?

7         A.    In October, no.

8         Q.    Did you discuss Mr. Limbacher's

9    presentation with Dr. Kompotis?

10        A.    I'm sorry.  I did not catch that name.

11        Q.    Do you know a gentleman, a physician

12   now retired who used to work at Cermac Health

13   Service by the name of Dr. Kompotis?

14        A.    Yes, he is an orthopedic surgeon.

15        Q.    Right.  And my question to you,

16   Doctor, was did you discuss Mr. Limbacher's

17   presentation with Dr. Kompotis?

18        A.    I did not.

19        Q.    Did you discuss Mr. Limbacher's

20   presentation with anyone from the orthopedic

21   department, either at Cermac or at Stroger?

22        A.    I did not.

23        Q.    Doctor, we have gone about an hour.

24   Let's take two minutes, a couple minutes, just to

Page 43

1   get a glass of water and we will come right back

2   and keep going; all right?

3        A.    Okay.

4              (WHEREUPON, a recess was had.)

5        MR. HACK:  Back on the record.

6   BY MR. HACK:

7        Q.    Doctor, when you examined

8   Mr. Limbacher on October 2nd of 2018 did you see

9   any indication of a deltoid strain?

10       MR. PREBER:  Objection to leading.

11  BY THE WITNESS:

12       A.    I did not.

13  BY MR. HACK:

14       Q.    If you wanted -- what imaging is best

15  suited for observing and diagnosing a deltoid

16  muscle problem?

17       A.    Again, any soft tissue, labrum muscle

18  problem would be best imaged on an MRI.

19       Q.    Did you see any evidence of deltoid

20  atrophy at your examination of Mr. Limbacher in

21  October of 2018?

22       A.    I did not.

23       Q.    Did you see any evidence that the

24  deltoid was sort of inactive or not firing?

Page 44

1          A.      Again, it cannot fire because someone
2     is in pain or limited in their shoulder movement.
3          Q.      Okay, but did you observe anything
4     that suggested to you that he had a biceps problem?
5          A.      I did not.
6          Q.      Tell me what is the labrum for?  What
7     does it do in our bodies?
8          A.      The labrum is like a cartilagineous
9     extension of the glenoid.  That's why our shoulders
10    are so mobile.  The labrum kind of extends into the
11    joint.
12         Q.      Right.  Essentially, I believe I have
13    this right, the labrum holds the ball in the socket
14    so it can move around and pivot; right?
15         A.      Correct.
16         Q.      Did you see any indications when you
17    visited with Mr. Limbacher of any labral tearing?
18         A.      I did not.
19         Q.      The labral being a muscle, if you
20    wanted to test for labral testing you would get an
21    MRI; right?
22         A.      The labrum is not a muscle.  The
23    labrum is a cartilagineous extension of the glenoid
24    within the joint.

1      Q.     Okay.  And to test whether there is a

2   problem with the cartilagineous extension, do you

3   use a plain film, an MRI, a CT?  What would give

4   you the best image?

5      A.     You could evaluate with an arthrogram

6   or inject into the joint, do a CT or do an MRI.

7      Q.     Could we turn, Doctor, to the last

8   page of the exhibit together, please.  And we see

9   the impression and plan section; correct?

10     A.     Yes.

11     Q.     And that part of the medical record is

12  the part that you prepared; correct?

13     A.     Correct.

14     Q.     You know what, I'm sorry.  I hate to

15  do this.  Can you go back to the first page.  I

16  just need to ask you a couple of questions about

17  one section.  My apologies.

18            There is a history of present illness

19  section on that first page; correct?

20     A.     Correct.

21     Q.     And that is something that you wrote

22  either during or within a few days after your visit

23  with Mr. Limbacher; correct?

24     A.     Correct.

Page 46

1          Q.     And here you are trying to write down
2     as accurately as you can what he said to you about
3     the history of the injuries or other pathologies
4     which he is seeking care; correct?
5          A.     Yes.
6          Q.     Now, back to that last page, Doctor.
7     The diagnosis section, you wrote that; right?
8          A.     Correct.
9          Q.     And did you identify a specific cause
10    or reason for the pain that he was feeling in his
11    left shoulder?
12         A.     At that time it was not obvious.
13         Q.     So what did you decide was the next
14    appropriate level of care for the patient?  What
15    should come next?
16         A.     I felt I needed to do an x-ray.
17         Q.     Anything else, Doctor?
18         A.     Well, I asked him about therapy.  And
19    he said he had tried therapy and it hadn't helped.
20         Q.     Do you remember anything else that he
21    said to you about why therapy was ineffective for
22    him?
23         A.     I don't recall.
24         Q.     Did you encourage him or tell him he

Page 47

1    should go back to therapy?

2         A.      I always do.

3         Q.      But do you remember what you said to

4    Mr. Limbacher?

5         A.      I do not.

6         Q.      Under the left shoulder pain, Doctor,

7    you asked for x-rays of the left shoulder including

8    a Y view; correct?

9         A.      Correct.

10        Q.      And what is a Y view, Doctor?

11        A.      A Y view is an image where the x-ray

12   is taken and you can see the humerus in relation to

13   the glenoid.

14        Q.      Okay.  Why was that information likely

15   to be important to you?

16        A.      To see where his humerus was sitting

17   in relation to his glenoid fossa.

18        Q.      Item 4, did you prescribe -- maybe

19   that's the right word -- a shoulder injection for

20   Mr. Limbacher?

21        A.      Well, I had discussed let's get an

22   x-ray.  I will see you back.  We will talk about

23   the x-ray and possibly do an injection for the

24   shoulder pain.

Page 48

```
 1        Q.     And that would have been a
 2   cortisone -- you were discussing a cortisone
 3   injection at the them; right?
 4        A.     Correct.
 5        Q.     And is that known as a Kenalog
 6   cortisone injection?
 7        A.     Kenalog is Triamcinolone which is an
 8   injectable steroid.
 9        Q.     Okay.  Is that what you had in mind at
10   that time?
11        A.     Yes.
12        Q.     And at the time, October 2nd, did you
13   know where you were going to place the injection if
14   you were going to give him one?
15        A.     No.
16        Q.     And are there multiple places you
17   could give an injection in the shoulder?
18        A.     Yes.
19        Q.     And there are a couple of joints in
20   the shoulder; right?
21        A.     Yes.
22        Q.     And, for example, can you inject
23   either joint?
24        A.     You can inject different areas within
```

```
 1   the shoulder.
 2        Q.     Okay.  Could you also inject in one
 3   joint or the other?
 4        A.     Yes, or both.
 5        Q.     Okay.  And at that point did you have
 6   any sense which of the two joints you might -- or
 7   which of the two joints was causing him pain?
 8        A.     No.
 9        Q.     Anything else that you remember from
10   your interaction with Mr. Limbacher on October 2nd
11   of 2018?
12        A.     Well, no, other than what I stated.
13        Q.     Right.  Go ahead, Doctor, please?
14        A.     Other than what I stated.
15        Q.     Okay.  Let's look at another exhibit.
16   This will be marked 3.
17             (WHEREUPON, said document was marked
18             Deposition Exhibit No. 3,
19             for identification, as of 11/22/22.)
20   BY MR. HACK:
21        Q.     Doctor, if I did this right, you
22   should have four pages of plain film for
23   Mr. Limbacher dated October 11th, 2018.  Would you
24   take a look through this exhibit for a moment,
```

Page 50

1    please?

2                      Did you look through Exhibit 3,

3    Doctor?

4         A.    Yes.  It's an x-ray.

5         Q.    Are these four images x-ray images of

6    Mr. Limbacher's left shoulder?

7         A.    Yes.

8         Q.    And that's indicated by the stamp that

9    says, "Shoulder, Cermac Health Care."  And then

10   there is a date October the 11th, 2018; correct?

11        A.    Yes.

12        Q.    And are you trained to read and

13   interpret shoulder x-rays?

14        A.    I have not had formal training, no,

15   but I look at all of the patient x-rays.

16        Q.    These are the x-rays that were taken

17   on your instruction after your meeting with

18   Mr. Limbacher early in October of 2018; correct?

19        A.    Correct.

20        Q.    And let's go through these pages one,

21   two, three, four; okay.  The first page, I am just

22   going to put this on the record is Limbacher

23   001078.  Do you observe any pathology on the first

24   page?

```
 1        A.     His AC joint looks good.  There is a
 2   little -- it's hard to see at the edge of the
 3   bottom of his humerus, there is a little spurring.
 4   And he has a little cyst.  I mean, minor things.
 5        Q.     Is that spurring, Doctor, if we sort
 6   of look at the humerus bone, sort of very bottom
 7   left, maybe about 7:00?
 8        A.     Yes.
 9        Q.     Anything else notable to you about the
10   plain film image on this page?
11        A.     No.
12        Q.     Let's turn to the next page.  The last
13   two digits are 79.  This is a different view of his
14   left shoulder; right?
15        A.     Yes.
16        Q.     And studying this x-ray image, do you
17   see any pathology on this page?
18        A.     Again, he has that spurring on the
19   humerus.  You can see some cysts in the glenoid.
20   And that's what I see.
21        Q.     Nothing else remarkable about that
22   image?
23        A.     No.  Where his rotator cuff attaches
24   at the top at midnight, there looks like there is
```

```
                                        Page 52
 1   some small cysts.
 2          Q.      Okay.   Let's turn to the next page, if
 3   we could please, Doctor, which ends in 80.
 4   Another image of Mr. Limbacher's left shoulder.
 5   Same date, October 11, 2018.  Do you see any
 6   indications of pathology in this x-ray?
 7          A.      Again, he has got a some cyst where
 8   his rotator cuff attaches.  He has cysts in his
 9   glenoid area.  His shoulder is down a little bit.
10          Q.      Anything else notable on Page 80?
11          A.      No.
12          Q.      Let's turn to the next page, 81.
13   Another view of Mr. Limbacher's left shoulder;
14   correct?
15          A.      Yes.
16          Q.      What do you observe on this x-ray that
17   is clinically significant?
18          A.      Again, his humerus has some cysts.
19   It's down a little.  His glenoid, again, there is
20   cysts within his glenoid area.  I don't really --
21   again, it's not your typical -- at the bottom of
22   his glenoid, it doesn't look like a typical Hill
23   Sach's lesion -- or Bankart, I misspoke.
24          Q.      The Bankart lesion, that's on the
```

Page 53

1    socket side; right?

2          A.     Yes.

3          Q.     When you first read this film did you

4    consider the possibility of a Bankart lesion on

5    his -- in his left shoulder?

6          A.     Well, if he dislocated it, that's --

7    sometimes you can see that on film.

8          Q.     And tell me what is a Bankart lesion?

9          A.     The most common way to dislocate a

10   shoulder is anterior and inferior.  And part of the

11   bottom of where the glenoid is it can become, like,

12   chipped or come off.

13         Q.     Okay.  And is one of the consequences

14   of a Bankart lesion a recurring pain in that part

15   of the shoulder?

16         A.     It can be.

17         Q.     Seeing this film in October, were you

18   of the mind that you needed to rule out the

19   possibility that Mr. Limbacher had a Bankart lesion

20   on his glenoid?

21         MR. PREBER:  Objection to leading.

22   BY THE WITNESS:

23         A.     You need to restate that.

24   BY MR. HACK:

1    Q.    Okay.  When you read the film, did it

2    occur to you that there is a possible indication of

3    a Bankart lesion?

4    A.    Again, I see cyst-like areas in the

5    glenoid, which would have led me to try to inject

6    his shoulder for him to see if that took away the

7    pain.

8    Q.    If an injection was ineffective and

9    the pain caused -- let me start over.  Can a

10   Bankart lesion be painful to a patient?

11   A.    A lot of things can be painful to a

12   patient.

13   Q.    Including a Bankart lesion; right?

14   A.    Yes.

15   Q.    And if you have a significant one, it

16   can hurt a lot; right?

17   A.    I suppose.

18   Q.    And so one conservative treatment for

19   a Bankart lesion would be to inject the area;

20   correct?

21   A.    Yes.

22   Q.    With cortisone; correct?

23   A.    Correct.

24   Q.    And if the cortisone doesn't resolve

Page 55

1   the pain, what is the next step in treating the

2   Bankart lesion?

3          A.      Well, I would get an MRI to confirm

4   and then I would refer to a surgeon.

5          Q.      Okay.  When you look at the pages that

6   we just saw together, Doctor, all four of them, do

7   you see any indications of arthritis in the film?

8          A.      Well, yes.  If you are thinking of a

9   subchondral cyst by where the rotator cuff

10  attaches, there is some subchondral cysts within

11  the glenoid itself.  There looks to be some cysts,

12  yes.

13         Q.      Okay.  And because you and I are not

14  together in the same room, what image are you

15  looking at when you just spoke, Doctor?

16         A.      Well, you can see them in several of

17  the images.

18         Q.      Okay.  Let's go through them.

19         A.      In the first image there is a cyst to

20  the top of his shoulder.  You can't -- if you --

21  you can't really see the glenoid that well.

22         Q.      Okay.

23         A.      In the second one, again, you can see

24  several small cysts in the area of the glenoid.

1   His AC joint looks okay.  There is a cyst where the

2   rotator, part of the rotator cuff attaches on the

3   humerus.  You can see a little bit of them in the

4   third film again and in the fourth.

5          Q.     Okay.  So in these areas on all four

6   of these images there is indication of

7   osteoarthritis; correct?

8          A.     If you are referring to subchondral

9   cysts, yes.

10         Q.     Is a subchondral cyst a type of

11  arthritis?

12         A.     You usually see that, again, in

13  association with osteoarthritis.

14         Q.     Okay.  So is it a marker for

15  osteoarthritis?

16         A.     I wouldn't call it a marker.  It's a

17  radiographic finding.  You get sclerosis,

18  subchondral cysts.  There is a certain look to

19  osteoarthritis.

20         Q.     Okay.  And when you see a subchondral

21  cyst, does that tell you as a clinician that you

22  should look closely to see if there is associated

23  osteoarthritis in the joint?

24         MR. PREBER:  Objection to leading.

Page 57

1    BY THE WITNESS:

2          A.     When you say look closely, what do you

3    mean?

4    BY MR. HACK:

5          Q.     Which of those two words do you not

6    understand, look closely?

7          A.     You have to rephrase because you can

8    see cysts here.  So, I mean, it's kind of an

9    assumption.

10         Q.     When you see a cyst -- my question,

11   Doctor, is somewhat -- I am trying to understand

12   what does that mean to you as a clinician.

13                When you saw that cyst, does that tell

14   you that you should think about the possibility

15   that the patient might also have osteoarthritis in

16   the approximate area of the joint?

17         A.     Yes.

18         MR. PREBER:  Objection to leading.

19   BY MR. HACK:

20         Q.     And did you look for that?  Did you

21   look for indications that Mr. Limbacher had

22   osteoarthritis when you looked at the film?

23         A.     Again, you are making that assumption

24   when you see cysts.

1     Q.    Yeah.  My question -- pardon me.  I

2  must not be -- I would like to -- I don't want you

3  to assume something.  I want to just know when you

4  saw the evidence of the cysts, did it make you want

5  to -- did you decide that you were going to also

6  look closely to see if he had osteoarthritis?

7     MR. PREBER:  Objection as to leading.

8  BY THE WITNESS:

9     A.    What you are asking makes no sense to

10  me.

11  BY MR. HACK:

12     Q.    Let's approach it another way.  You

13  are a doctor; right?  And a patient presents to

14  you.  You are going to think about all of the

15  symptoms he might present with; right?  You are

16  going to listen to what he says and consider

17  possible explanations for the symptoms; right?

18     A.    Yes.

19     Q.    Okay.  And one of your jobs as a

20  doctor is to rule out problems; right?

21     A.    Well, by trying to figure out a

22  diagnosis, you rule out issues.

23     Q.    Right.  And that's what -- tell me

24  what is the point of making a diagnosis, Doctor?

```
 1        A.     You want to try to help the patient.
 2        Q.     So you want to get to the truth.  You
 3   want to figure out what the reason is that the
 4   patient is presenting with pain or inconvenience or
 5   a joint that doesn't work; right?
 6        A.     Yes.
 7        Q.     And so did it occur to you when you
 8   looked at this film that the patient might have
 9   osteoarthritis?
10        MR. PREBER:  Objection to leading.
11   BY THE WITNESS:
12        A.     Yes.
13   BY MR. HACK:
14        Q.     Okay.  What did you do to determine
15   the severity and extent of the osteoarthritis?
16        A.     That's why I ordered the x-ray, to try
17   to determine what might be causing his pain.
18        Q.     Okay.  When you got the x-rays back
19   and you read them, what were you going to do next
20   to figure out the severity of his osteoarthritis?
21        A.     Again, he -- I offered him an
22   injection into his shoulder joint to see if it
23   would alleviate his discomfort, to try to tease it
24   out from his neck and cervical complaints.
```

```
                                              Page 60

 1        Q.      Okay.  Did you consider referring him
 2   to an orthopedist for additional care?
 3        MR. PREBER:  Objection, leading.
 4   BY THE WITNESS:
 5        A.      At that point in time, no.
 6   BY MR. HACK:
 7        Q.      Did you consider referring him to any
 8   other physician or medical professional?
 9        A.      Again, I offered him an injection and
10   he declined.
11        Q.      Okay.  My question was not about his
12   injection.  My question was did you -- you said no,
13   you didn't consider referring him to an
14   orthopedist.  I asked you did you consider
15   referring him to anybody else?
16        A.      No.  At that time, no.
17        Q.      Did you consider at that time whether
18   you should ask the patient to be seen for
19   additional imaging?
20        MR. PREBER:  Objection to leading.
21   BY THE WITNESS:
22        A.      You are referring to the second time I
23   saw him?
24   BY MR. HACK:
```

```
 1        Q.    No.   I am just asking you when you saw
 2   the film, I am just trying to put you back in your
 3   frame of mind when you read the film.
 4              So when you read the film, did you
 5   consider sending Mr. Limbacher for additional
 6   imaging at Stroger or at Cermac Health Services?
 7        A.    On that day, no, I did not.
 8        Q.    Why did you not on that day consider
 9   sending Mr. Limbacher for additional imaging
10   services either at Cermac or Stroger?
11        A.    When I saw him on that day, he said
12   his shoulder felt better.  I offered a way to try
13   to determine how much pain his shoulder was causing
14   him and he declined.  He wanted to follow up with
15   the neurosurgeon regarding his neck and the MRI's
16   for his neck.
17        Q.    Okay.  Doctor, I am going to try to --
18   I think we are mixing apples and oranges we don't
19   mean to.  I am trying to go back -- not when you
20   are with Mr. Limbacher.  You saw him on October the
21   2nd.  The films were taken on the 11th.  You read
22   the film at some point after the 11th; right?
23        A.    Correct.
24        Q.    Okay.  When you got the film and you
```

Page 62

1    read it, why did you not send him for additional
2    imaging right then and there?
3          A.    Because when I seen him back and,
4    again, looking at his x-ray, I was trying to
5    determine how much pain his shoulder was causing
6    him.  So my next step would have been to see him
7    back, which I did, and offer him an injection into
8    his joint.
9                (WHEREUPON, said document was marked
10               Deposition Exhibit No. 4,
11               for identification, as of 11/22/22.)
12   BY MR. HACK:
13         Q.    Okay.  Let's look ahead to your next
14   exhibit.  Exhibit 4 is in front of you, Doctor?
15         A.    Not yet.  Hold on.
16         Q.    Okay.
17         A.    Okay.
18         Q.    Great.  One of the things that the
19   Cerner system records, Cerner medical system at
20   Cook County records is correspondence,
21   communications between you and other medical
22   professionals; correct?
23         A.    Correct.
24         Q.    And Exhibit 4 is a record of

1    correspondence between you and Barbara Davis;

2    correct?

3           A.      Yes.

4           Q.      And Barbara Davis is a physician

5    assistant at Cermac?

6           A.      Correct.

7           Q.      And that was her job in November of

8    2018; right?

9           A.      Yes.

10          Q.      And this is a correspondence she sent

11   to you and you sent to her; correct?

12          A.      Yes.

13          Q.      I am going to go back in time.  Before

14   we -- we are going to come back to this.  How did

15   it come to pass, Doctor, that you were the

16   physician who saw Mr. Limbacher on October 2nd for

17   that visit?

18          A.      Someone at Cermac had to put in a

19   referral.

20          Q.      Okay.  And is there a scheduling nurse

21   at Cermac that makes the decisions about which

22   provider a patient should see?

23          MR. PREBER:  Objection, speculation.

24   BY THE WITNESS:

Page 64

```
 1        A.     I have no idea.
 2   BY MR. HACK:
 3        Q.     Okay.  You didn't affirmatively do
 4   something, if you will, to volunteer that day;
 5   correct?  Somebody scheduled Mr. Limbacher on your
 6   schedule; right?
 7        A.     Correct.
 8        Q.     And do you know the title or office of
 9   the person that would have made that decision?
10        A.     I do not.
11        Q.     Okay.  Back to Exhibit 4, if we could.
12   This was an exchange of communication between you
13   and Miss Davis; correct?
14        A.     Correct.
15        Q.     And the bottom note is Miss Davis's
16   note to you; right?
17        A.     Yes.
18        Q.     The gist of it she said, "The patient
19   wants an MRI on his left shoulder.  Should I give
20   him one;" right?
21        A.     And I said, "No, hold off.  Let me see
22   him and offer him an injection in December when I
23   see him."
24        Q.     Okay.  Before you wrote back to Miss
```

1    Davis, what did you do to reach a decision about

2    what should or should not be done with another MRI?

3           A.    I probably looked at his x-ray.

4           Q.    Did you consult with anyone?

5           A.    No.

6           Q.    Do you remember reading his x-ray

7    prior to responding to this note?

8           A.    I'm sure I did.

9           Q.    Tell me why, as best you can, why you

10   are certain that you looked at Mr. Limbacher's

11   x-ray before you wrote this response back?

12          A.    Because in my response I said he has

13   fairly significant osteoarthritis, again, due to

14   the subchondral cyst in his shoulder.

15          Q.    And your conclusion then from reading

16   that film that we looked at in the prior exhibit

17   was that there was significant osteoarthritis in

18   that joint; correct?

19          A.    Yes.  You can see the cysts on the

20   x-ray.

21          Q.    And osteoarthritis in some patients

22   can be very painful, can't it?

23          A.    Yes.

24          Q.    And it can cause recurring and chronic

Page 66

1   pain, can't it?

2          A.      Yes.

3          Q.      And it can interfere with range of

4   motion; correct?

5          A.      Yes.

6          Q.      And it can also interfere with

7   sleeping right?

8          A.      It can.

9          Q.      And it can interfere with activities

10  of daily living; correct?

11         A.      Yes.

12         Q.      And what is the treatment, first line

13  treatment for osteoarthritis in the shoulder?

14         A.      Well, you can do an injection to see

15  if that helps alleviate the pain.

16         Q.      An injection in a shoulder in which

17  there is osteoarthritis, that's a temporary fix at

18  best; right?

19         A.      Yes.

20         Q.      If you want to get rid of somebody's

21  pain who has osteoarthritis, what is the next line

22  of treatment?

23         A.      Well, again, I would start

24  conservatively.  I would start with an injection.

Page 67

1    I would start with physical therapy for
2    strengthening, for range, for all of that.
3          Q.     And if those things --
4          A.     If conservative treatment fails, you
5    can then look at it in more detail with an MRI or
6    make a referral to a surgeon.
7          Q.     And one of the possible treatments
8    for a significant osteoarthritis would be a
9    shoulder replacement; right?
10         A.     I'm sorry.  I didn't hear that.
11         Q.     Doctor, I said one possible long-term
12   solution to significant arthritis in the shoulder
13   could be a shoulder replacement; correct?
14         A.     Correct.  You do what is called a
15   reverse shoulder replacement.
16         Q.     Right. And a reverse shoulder
17   replacement is a type of surgery that surgeons at
18   Stroger Hospital perform; right?
19         A.     Correct.
20         Q.     And if you want to refer Mr. Limbacher
21   to a person who was skilled in shoulder surgery at
22   Stroger, you had a number of people you could refer
23   him to; right?
24         A.     I think Dr. Prieto was the only one at

1   that time that was doing joint replacements.

2          Q.      Could I ask you to spell his last

3   name, please?

4          A.      P-R-I-E-T-O.

5          Q.      And in your mind did you believe that

6   Dr. Prieto was a skilled and highly qualified

7   shoulder surgeon?

8          A.      He was the only one at that time that

9   did joint replacements that I knew of.

10         Q.      Okay.  And did you have any reason

11  that you were concerned about the quality of care

12  he would provide to a patient of yours?

13         A.      No.

14         Q.      You thought if Dr. Prieto was going to

15  treat a patient, he would receive high quality

16  medical care, didn't you think that?

17         MR. PREBER:  Objection, leading.

18  BY THE WITNESS:

19         A.      Sure.

20  BY MR. HACK:

21         Q.      Before you wrote back to Miss Davis

22  did you speak with anyone about Mr. Limbacher's

23  presentation and what the next right step would be

24  in his treatment?

Page 69

1      A.     I don't recall.

2      Q.     If you were to have consulted with --
3  I don't want -- this is a question not about
4  Mr. Limbacher, but about practice in the hospital;
5  okay?  I want to be very clear.  It's not about
6  Mr. Limbacher.  I just want to know what your
7  normal practice is.

8             Among the things that you do as a
9  practicing physician is occasionally you consult
10  with other doctors; correct?

11      A.     Correct.

12      Q.     And sometimes they consult with you;
13  correct?

14      A.     Correct.

15      Q.     And is it the ordinary procedure that
16  you follow when you have a consultation that you
17  will make a medical record of some type about that
18  consultation?

19      A.     Correct.

20      Q.     So today, for example, I know that you
21  have important consultations to do this afternoon.
22  There would be a medical record that reflects that
23  consultation; correct?

24      A.     Correct.

1      Q.    If there was, if you had consulted

2  with somebody now about Mr. Limbacher, that would

3  be reflected in some medical record in the Cerner

4  system; right?

5      A.    Yes.

6      Q.    Let's look at our next exhibit

7  together, please.  This will be Exhibit 5.  It will

8  take me a moment to get it up.

9          (WHEREUPON, said document was marked

10        Deposition Exhibit No. 5,

11        for identification, as of 11/22/22.)

12  BY MR. HACK:

13      Q.    Doctor, let me know, if you would,

14  when you see the Exhibit 5 in front of you, please?

15      A.    Yes.

16      Q.    Okay.  Thank you.  This is a medical

17  record from the Cerner system reflecting a patient

18  interaction that you had in December -- on December

19  4th of 2018 with Mr. Limbacher; correct?

20      A.    Correct.

21      Q.    And you prepared some significant

22  portion of the text that we see here; right?

23      A.    Yes.

24      Q.    And in particular you would have

1   written that the chief complaint and history of

2   present illness section on the first page; correct?

3        A.      Yes.

4        Q.      And on the last page you would have

5   written the impression and plan section of that

6   last page; correct?

7        A.      Yes.

8        Q.      Did you write any other sections of

9   the document, Doctor, other than your name and your

10  electronic signature, to be clear?

11       A.      No.  They were imported, the

12  medications.

13       Q.      Okay.

14       A.      The problem list.

15       Q.      Okay.  History is imported?

16       A.      Well, that was a kind of -- the

17  history was when I saw him the first time.

18       Q.      I see, okay.  There is that physical

19  examination section.  That's also a section you

20  would have prepared that day?

21       A.      Yes.  I checked his shoulder again.  I

22  did a few quick tests on him, yes.

23       Q.      Let's go to the chief complaint

24  section together, please.  Some of this chief

1    complaint you moved over from your prior visit,

2    right, because his complaint was the same as it had

3    been previously; right?

4          A.    Correct.

5          Q.    Some information, however, was new,

6    for example, such as his shoulder x-ray; right?

7          A.    Yes.

8          Q.    And what did you say to Mr. Limbacher

9    about your diagnosis and what you observed on his

10   left shoulder x-ray, Doctor?

11         A.    Well, I show people their x-rays when

12   I can pull them up.  And I explained to him what I

13   saw as I explained to you.

14         Q.    Okay.  And what did you say to him in

15   particular about the likely cause of his recurring

16   left shoulder pain?

17         A.    I probably said there could be several

18   causes.  It could be impinged because he had some

19   impingement signs of his supraspinatus.  It could

20   be from the arthritis that you see on the x-ray in

21   the joint.  And I suggested, again, that we try an

22   injection to see if it would help with his

23   complaint of pain.

24         Q.    And am I right then that at that

1  moment in time when you saw him on December the 4th

2  you did not have a conclusive diagnosis of the

3  cause of his shoulder pain, did you?

4      A.    I did not.

5      Q.    Did you tell him that you didn't know

6  what the cause of his shoulder pain was?

7      A.    I told him I did not know exactly,

8  yes.

9      Q.    Okay.  And what possible explanations

10 did you have in your mind at that time, Doctor, for

11 the cause of his recurring pain?

12     A.    Again, it could be tendinitis in his

13 rotator cuff.  It could be arthritis within his

14 joint.  It could be, again, if his joint was

15 subluxed a little, if it was loose.  I mean, again,

16 the same things that we have sat and talked about.

17     Q.    Okay.  Anything else that you remember

18 saying to Mr. Limbacher about the findings from the

19 x-ray?

20     A.    I don't recall.

21     Q.    And do you remember saying anything

22 else to Mr. Limbacher about your diagnosis?

23     A.    I don't recall.

24     Q.    The history of the present illness

Page 74

1    section, that's text that you input into the form;

2    right?

3        A.    Yes.

4        Q.    And, again, as before, you tried to

5    write down the information given to you by

6    Mr. Limbacher as accurately as you could; correct?

7        A.    Correct.

8        Q.    And this is all information that

9    Mr. Limbacher provided you that day; right?

10        A.    Yes.

11        Q.    Did you go back and look at

12    Mr. Limbacher's prior records to see how long some

13    of these problems had been recurring?

14        A.    Again, I was there to follow up with

15    his shoulder.  I don't recall if I did.  This would

16    be, like, if an outpatient came to me and had this

17    complaint.  That's what I would do with any

18    outpatient that came.  I would start with an

19    examination and x-ray.  And then bring them back

20    and talk about what I think the cause might be and

21    suggest where we go next.

22        Q.    And do I understand that it's sort of

23    a typical outpatient setting, you wouldn't go back

24    through a couple years of medical records to see

Page 75

1    what the history was of that particular pathology;
2    right?
3         A.    Often you don't.  Unfortunately, I
4    would love to, but you don't have time often.
5         Q.    Doctor, I just want to ask you a
6    question.  It's something I don't know.  If you
7    look under the chief complaint section, please.
8    You say that they were reviewed with the patient
9    via, I don't know, gepax.  What is that word?
10        A.    What gepax is is the system where the
11   radiologist looks at x-rays.  You can open it up
12   and look at patients' films.
13        Q.    I see.  And if you wanted to find
14   Mr. Limbacher's films at Stroger, you would go to
15   the gepax system and they would all be there;
16   right?
17        A.    Correct.
18        Q.    For example, I should be able to find
19   these x-rays in the gepax system, the ones that we
20   looked at together; right?
21        A.    Correct.
22        Q.    Let's look if we could, please,
23   Doctor, at the physical examination section of your
24   report.  These were observations in this section

1    that you wrote down either at or shortly after your

2    meeting with Mr. Limbacher in December; correct?

3         A.    Yes.

4         Q.    And I didn't ask you this before, was

5    anyone else present, Doctor, when you met with

6    Mr. Limbacher in December?

7         A.    Well, it's a clinic setting.  Not in

8    the room.

9         Q.    That's all I meant.  That's all I

10   meant.  It was just you and he in the room

11   together; right?

12        A.    Correct.

13        Q.    Let's look, if we could, under the

14   musculoskeletal section of this together.  Do you

15   see that section?

16        A.    Yes.

17        Q.    And did you hear his left shoulder

18   catching and creaking when you got it between 80

19   and 100 degrees?

20        A.    No.  He stated it.  That's why it is

21   in quotations.

22        Q.    A normal shoulder shouldn't be

23   catching and creaking between those two points on

24   the compass, should it?

1    A.    No. Normally it's due to rotator cuff

2  issues.

3    Q.    And that was something that you

4  considered as a possible explanation for his pain,

5  but one that you did not see evidence of; correct?

6    A.    Well, he had impingement signs.

7  That's what a Neer's sign is.  It's a passive,

8  extending his arm up to look for -- what you are

9  doing is pinching the supraspinatus tendon.  So he

10  did have some evidence of a tendinopathy or a

11  rotator cuff.

12    Q.    Okay.  And if you want to get a good

13  look at a tendinopathy or rotator cuff, what other

14  imaging -- what imaging technique would be best

15  suited for you to get a good, clear picture of

16  that?

17    A.    Again, an MRI.

18    Q.    Doctor, there is a reference to Neer's

19  for pain flexion, positive.  I'm sorry.  I told you

20  earlier I'm not a physician and I'm surely not a

21  personal injury lawyer.  What is a Neer's, Doctor?

22    A.    Neer's is a test where you flex the

23  shoulder up in a forward direction and by doing

24  that it pinches on the supraspinatus tendon.

1       Q.      And that was one of the things that --
2   you took that test and one of the results you saw
3   was impingement; correct?
4       A.      Yes.  He had -- correct.  Again,
5   that's why I thought he might have had a
6   tendinopathy.
7       Q.      Okay.  Let's go to the impression and
8   plan section, please, Doctor, on the next page.
9   Here we have your diagnosis, plan and post visit
10  instructions; correct?
11      A.      Correct.
12      Q.      And you wrote that section of the
13  chart; right?
14      A.      Yes.
15      Q.      Okay.  The diagnosis was pain on
16  movement.  And then there are a number of codes
17  that follow.  Would you please tell us what those
18  codes mean, Doctor?
19      A.      What an ICD 10 code is.
20      Q.      Dash CM.  Yes, let's start there,
21  please.  What does that tell us?
22      A.      That's a diagnosis code that is for
23  pain of the left shoulder joint.
24      Q.      Okay.  Is it any more specific than

```
1    that or is it somewhat undifferentiated, frankly?
2         A.    Well, right there it's
3    undifferentiated.
4         Q.    Okay.  And then there is another code,
5    M25-512.  That's some type of diagnostic code?
6         A.    Yes, that's the code for pain of the
7    left shoulder joint on movement.
8         Q.    Okay.
9         A.    SDT 10 is the -- that's the national
10   coding for all of the diagnoses.
11        Q.    Okay.  And is the M25-512 code also a
12   code that is typically used by physicians at
13   Stroger and elsewhere for diagnosis?
14        A.    I mean, it's one of the hundreds of
15   thousands of codes you can choose.
16        Q.    And if I wanted to go online and look
17   up each of those codes in an index, where would I
18   go to find that index?
19        A.    Under the IDC 10 by Medicare and
20   Medicaid.
21        Q.    What was your final diagnosis of
22   Mr. Limbacher at the conclusion of your visit in
23   December of 2018?
24        A.    Again, I still don't have a final
```

```
 1   diagnosis.

 2        Q.     Okay.

 3        A.     At that point in time he was very

 4   focussed on his neck pain and said he wanted to

 5   follow up and do that.  And I offered him to come

 6   back and see me whenever that was resolved.

 7        Q.     Okay.  Anything else you remember

 8   saying to Mr. Limbacher at that time about the pain

 9   in his shoulder and the next steps that he should

10   follow?

11        A.     Again, I said if I injected in his

12   joint, it could be therapeutic, meaning help with

13   the pain, as well as tease out from his neck pain

14   how much of his complaint was coming from his

15   shoulder.

16        Q.     And did Mr. Limbacher explain to you

17   that he was concerned that getting the injection or

18   that by getting the injection he might further

19   injure his shoulder because he would use it in a

20   way and at a time that he shouldn't because it's

21   masking the pain signals that his shoulder would

22   otherwise send?

23        A.     He did not, that I can recall.  He did

24   not that I can recall.
```

```
 1          Q.      Did he say to you that he was
 2   concerned that he would be at risk of further
 3   injury if he didn't receive more permanent and
 4   longlasting treatment for his shoulder?
 5          A.      I don't recall.
 6          Q.      Did you tell him that the injection
 7   was at best a temporary solution?  It wasn't a
 8   permanent solution to the problems that you
 9   observed in his left shoulder?
10          A.      I did tell him that.
11          Q.      Okay.  Did you schedule any follow-up
12   visit or appointment with Mr. Limbacher?
13          A.      I did not at that time.  Again, his
14   focus was on following up with the neurosurgeon.
15   And, again, I do this often.  I was like, well,
16   when you are done, come on back and see me.  I
17   would be happy to see you again.
18          Q.      And so I understand what you were
19   meaning by that, you were saying to Mr. Limbacher
20   if he had a shoulder problem, you were available to
21   see him again; right?
22          A.      Say that last part again.
23          Q.      You were saying to Mr. Limbacher in
24   substance, I'm available to help you if your
```

1  shoulder problem continues, but for your back you

2  have got to see somebody else?

3       A.    Right.  He had already seen the

4  individual for his neck and his back.

5       Q.    Okay.

6       A.    He was following up the scans that

7  were completed.

8       Q.    Okay.

9       A.    And I said -- he wanted his -- he was

10  very focussed on following up -- he was convinced

11  his neck pain, his cervical issues were causing his

12  shoulder pain.

13       Q.    And what did you say to him when he

14  expressed that concern to you?

15       A.    That I was not as convinced.  That's

16  why I offered to do the injection.  Let's see what

17  happens and go from there.

18       Q.    You thought at that time that there

19  was some intrinsic shoulder problem; correct?

20       A.    Correct.  I just didn't know exactly

21  what.

22       Q.    In your own mind, Doctor, did you

23  believe that Mr. Limbacher had a significant

24  shoulder problem, even if you couldn't figure out

Page 83

1    exactly what it was?

2         MR. PREBER:  Objection, misstates her

3    testimony.

4    BY THE WITNESS:

5         A.    In my own mind I felt that something

6    was happening in his shoulder.  I was uncertain as

7    to what.  And, again, with complaints of cervical

8    pain with radicular pain, when he was already

9    seeing the neurosurgeon, it's oftentimes very

10   difficult to tease out one from another.

11   BY MR. HACK:

12        Q.    How does a physician, a physical

13   medicine specialist go about teasing out the pain

14   when a patient presents with both shoulder and back

15   pain?  What do you do?

16        A.    Again, I was not seeing him for his

17   back pain.

18        Q.    No --

19        A.    He was referred for me to look at his

20   shoulder.

21        Q.    Right.  You wanted to figure out what

22   was causing his shoulder pain; right?

23        A.    Right.

24        Q.    And at the end of your two visits with

                                                    Page 84

1    him he didn't know; right?

2         A.     Correct.

3         Q.     And what did you do next to get to the

4    bottom of what was causing him shoulder pain?

5         A.     As far as I was concerned, at that

6    point in time he said his shoulder felt better.  He

7    wanted to pursue and see the neurosurgeon and do

8    that.  And I offered and I said come back and see

9    me.

10        Q.     Did you schedule a follow-up

11   appointment with Mr. Limbacher?

12        A.     I did not.  Again, he was unsure

13   exactly when he was seeing all of his follow-up's.

14   Again, I was there the first Tuesday of every

15   month.

16        Q.     Did you recommend to him that he come

17   and see you the next time you were there on the

18   first Tuesday of the next month?

19        A.     Again, I did not because he had said

20   his shoulder felt better.  He was sure his pain

21   from his shoulder was caused by his radicular pain.

22        Q.     That's what he thought; right?

23        A.     Yeah, but he's the patient.

24        Q.     Right.  And you are the doctor; right?

Page 85

1        A.      Right.  I am the physician.

2        Q.      Correct?

3        A.      A physician.

4        Q.      And as a skilled physician you have

5   been trained in the diagnosis to treat orthopedic

6   injuries; right?

7        A.      Again, his focus was on his neck and

8   his cervical pain.  This is something that had

9   happened over a year ago.  Yes, I offered him at

10  that time what I thought would be the next step and

11  he declined.  And I left the door open, come on

12  back.

13          Oftentimes when you examine and you

14  see people, things are done in a way that, again,

15  people look at certain injuries more serious than

16  others.  He was quite concerned about his neck and

17  back, of which he was seeing another physician.

18       Q.      Right, but from your observation as a

19  physician, Doctor, you, too, were concerned that he

20  might have significant osteoarthritis in his

21  shoulder; right?

22       MR. PREBER:  Objection, misstates testimony

23  and speculation.

24  BY THE WITNESS:

Page 86

```
 1        A.     Correct.
 2   BY MR. HACK:
 3        Q.     I'm trying to get -- and what did you
 4   do to make sure that that problem was solved once
 5   and for all?
 6        A.     I did not schedule a follow-up.  I
 7   left the door open for him to come back and see me.
 8   I offered at the time what I would have done as the
 9   next step and he declined.
10        Q.     You did not arrange for a reference to
11   an orthopedist, did you?
12        A.     I did not.  Again, his focus was on
13   his cervical spine and his low back from which he
14   had just had MRI's completed that I took time
15   and -- because he was, like, what are my results?
16   What are my results of my MRI?  I took the time to
17   actually talk to him about the findings in the MRI
18   as well as discussing his shoulder.
19        Q.     Right.  One of the things that you
20   talked about at some length at this meeting was his
21   shoulder; right?
22        A.     Say that again.
23        Q.     You spoke with Mr. Limbacher about his
24   shoulder problem --
```

Page 87

1          A.     Yes.  He was there to see me for
2    follow-up of his shoulder, correct.
3          Q.     So you knew at the time that the
4    shoulder was still painful for him; right?
5          A.     Yes, but, again, pain is subjective.
6    The perception of pain that might have been coming
7    from his neck to his shoulder or his shoulder
8    itself, that's hard to quantify.
9          Q.     The first thing that we talked about
10   that you wrote in your impression and plan section
11   in terms of your diagnosis was about his shoulder;
12   right?
13         A.     Yes.
14         Q.     That's the very first thing; right?
15   And in the plan the very first thing we talk about
16   is his left shoulder; correct?
17         A.     Yes.
18         Q.     And you say that he was not concerned
19   about his left shoulder?  Is that your testimony?
20         A.     No.  I am saying his focus at the
21   second time I saw him was on his cervical spine and
22   his back.  He had an appointment coming up with the
23   neurosurgeon.
24                I offered at the time to do an

1    injection to his shoulder to, again, take the next

2    step in conservative management.  And he declined.

3    I said, well, come on back.  You are always

4    welcome, but he never did.

5            Q.    You did not refer him to an

6    orthopedist; correct?

7            A.    I did not refer him to an orthopedist

8    at that point in time.  No, I didn't.  Orthopedists

9    are available at Cermac.

10           Q.    Did you refer --

11           A.    He could make a request to see an

12   orthopedist.

13           Q.    Don't you think the doctor is supposed

14   to know who the next physician is that a patient

15   should see, not the patient?

16           A.    I think you need to respect the

17   patient's opinion.

18           Q.    And if the patient said I need to see

19   an orthopedic surgeon, you would agree that you as

20   a physician should respect his opinion; right?

21           MR. PREBER:  Objection to form, leading.

22   BY THE WITNESS:

23           A.    Again, I explained who I was, what I

24   was there to see him for.  He knew I was not an

1   orthopedic surgeon.  I was a rehab doc who does

2   conservative, nonsurgical management.

3   BY MR. HACK:

4        Q.    Doctor, you have in your bag of tricks

5   the ability to refer a patient to see an orthopedic

6   surgeon at Stroger; correct?

7        A.    Anywhere, correct.

8        Q.    Okay.  And you did not do that, did

9   you?

10       A.    At that point in time I did not.

11       Q.    Did you order an MRI of

12   Mr. Limbacher's left shoulder after your visit --

13       A.    I did not order an MRI.

14       Q.    And why did you not order an MRI of

15   Mr. Limbacher's shoulder after your December

16   interaction since by your own admission you didn't

17   know what the cause of his shoulder problem was?

18       A.    Again, going back, Mr. Limbacher was

19   very focussed on his cervical spine.  He had MRI's,

20   everything done.  When I examined him, I was not

21   100 percent.  That's why I wanted to do the

22   injection.

23            And then if you even look back at my

24   initial note, I said possibly further imaging might

1   be necessary, but you have to -- again, I would do

2   this with any outpatient.  The first thing you do

3   is not send everyone for an MRI.

4                You try to evaluate their shoulder.

5   You try to focus on what might be the cause of

6   their problem.  You would do conservative

7   management and send them through therapy.  You

8   would potentially try to identify the pain

9   generator and help with that.

10               And if you have no success doing any

11  of that, then you might do advanced imaging.

12      Q.    It's your testimony that you have got

13  to do each and every of those things each and every

14  time for each and every patient before you would

15  send a patient to get an MRI?

16      A.    No.  If someone came in and they

17  actually had the inability to move their shoulder

18  and it looked like a torn rotator cuff, I would

19  send them for advanced imaging.

20               Again, I looked at the patient.  I

21  looked at what he told me, and then you make a

22  decision based on that.

23      Q.    Is it your testimony that there was no

24  indication whatsoever that an MRI image of

Page 91

1    Mr. Limbacher's shoulder might be helpful to the

2    process of diagnosing his injury and providing

3    further treatment?

4           MR. PREBER:  Objection, misstates testimony.

5    BY THE WITNESS:

6           A.    Again, an MRI is just an image of the

7    anatomy.

8    BY MR. HACK:

9           Q.    And is it your testimony that an image

10   of Mr. Limbacher's anatomy would not have been

11   helpful in diagnosing the cause of his shoulder

12   pain and directing him to appropriate treatment?

13          MR. PREBER:  Objection, misstates prior

14   testimony.

15   BY MR. HACK:

16          Q.    Is that your testimony?

17          A.    No, it's not what I am saying.  Again,

18   you have --

19          Q.    Then why did you not order

20   Mr. Limbacher and direct him to go get an MRI?

21          MR. PREBER:  Objection, misstates testimony.

22   BY MR. HACK:

23          Q.    My question stands.

24          A.    I don't see anything.  And I don't --

Page 92

 1   am I still on?

 2          Q.     We hear you, Doctor.

 3          A.     Okay.  I'm sorry.  Everything just

 4   went blank.

 5          Q.     That's okay.  Let us know when you are

 6   able to get the system back up, okay, and we will

 7   go forward from there.

 8          A.     Okay.

 9          Q.     Doctor, my last question I hope on

10   this subject.  My question to you is simply why did

11   you decide that there was no need for Mr. Limbacher

12   to get an MRI at that point in time so that you

13   could come to a conclusive diagnosis and arrange

14   for final resolution of his problem?

15          A.     Again, based on my examination, I did

16   the x-ray.  I offered to him what I thought would

17   be the next step.  He was very focussed on his

18   neck, et cetera.  He saw many physicians.  Anyone

19   of anyone could have ordered an MRI.

20          Q.     Did you have any other reason, Doctor,

21   that you did not refer him to an MRI that you

22   haven't told me about?

23          A.     No.

24          Q.     Okay.  Doctor, you saw Mr. Limbacher

1    in December of 2018 and we went through your

2    medical note from that interaction.  As we said at

3    the beginning you had looked through your medical

4    records at one point prior to your testimony today;

5    correct?

6          A.    I'm sure I did.

7          Q.    Right.  Did you find in your review of

8    your medical records any other patient interaction

9    between you and Mr. Limbacher?

10         A.    Not that I saw.

11         Q.    Okay.  The Cerner medical records

12   system is, you would agree, widely used by many

13   health care professionals in many large American

14   hospitals; correct?

15         A.    Yes.

16         Q.    And you -- in your own experience you

17   found it to be a reliable and trustworthy source of

18   information about patients in your care for them,

19   haven't you?

20         A.    Yes.

21         Q.    And the fact there is no other medical

22   record to you, did that give you a very high

23   confidence that you personally have not seen

24   Mr. Limbacher at any point after that December

Page 94

1    appointment?

2          A.    Yes.

3          Q.    And is there anything from our

4    discussion today that may have prompted you to

5    recollect a subsequent meeting, conversation,

6    interaction, communication of any sort with

7    Mr. Limbacher?

8          A.    Not that I can recall.

9          Q.    I have a few exhibits, Doctor.  I am

10   going to ask you if you have seen these before.

11   I'm not a big fan of surprises.  These are not

12   things that you wrote.  I want to ask if people

13   brought this information to your attention.

14              Doctor, let's go off the record for a

15   minute.

16                  (WHEREUPON, a recess was had.)

17              (WHEREUPON, said document was marked

18              Deposition Exhibit No. 6,

19              for identification, as of 11/22/22.)

20   BY MR. HACK:

21         Q.    I have put Exhibit 6 on the video

22   screen, Doctor.  Are you able to see that?

23         A.    Yes.

24         Q.    Thank you.  There is some note at the

Page 95

```
 1    top, I would rather us not look at that.  There is
 2    a couple lines that run across the page and then we
 3    see a title, "CHL's Health Service Request Form,"
 4    entered on 8/20/2019, 5:24 p.m.  And there is a
 5    reference to Lashundra Tabb as the registered nurse
 6    who wrote that note; is that correct?
 7             A.     I'm assuming.  I haven't seen this
 8    before.
 9             Q.     No, no.  I am just saying that's what
10    the document says; right?
11             A.     Yes.
12             Q.     Okay.  And on the left, Doctor, I have
13    tried not to ask you about background information
14    that I have from other people.  What is -- you are
15    familiar with this form, are you not?
16             A.     Honestly, no.  I have never seen this.
17             Q.     Okay.  Could I ask you to look down
18    the bottom, left corner, left -- three quarters of
19    the way down the page there is a grid, HSRF Part B
20    grid.  Do you see those words or the initials and
21    then the word; right?
22             A.     HSRF?
23             Q.     Right above the box, Doctor.  There is
24    a box at the bottom left.  Then right above the
```

Page 96

```
1   box.
2        A.    I don't see a box on the bottom left.
3        Q.    Okay.  I bet we are looking at
4   different pages.  Let's look at that first page,
5   could you?  I think that's our problem.
6        A.    I see a box.
7        Q.    Thank you.  That's all.  I just wanted
8   to ask you I believe that stands for Health Service
9   Request Form, Part B grid.  Do you know what
10  information is supposed to be put in this Part B
11  grid on a health service -- on this form?
12       A.    I do not.
13       Q.    Okay.  This is not a form you use then
14  as a physician?
15       A.    No.
16       Q.    Okay.  And if you would read the
17  comment.  I will read it out loud, which is,
18  "Comment.  I can no longer handle the pain in my
19  left shoulder.  Please let Dr. McCarthy know that I
20  would like to have the pain injection that she
21  previously offered."  And then there is a date
22  August 20 of 2019.
23            Did Nurse Tabb or anyone else bring to
24  your attention that Mr. Limbacher had asked
```

Page 97

1    specifically that someone let you know that he

2    wanted to get the shoulder injection that you had

3    previously suggested?

4           A.      No.

5           Q.      Did you remember receiving any

6    communication from anyone about Mr. Limbacher

7    taking you up on your offer to receive a shoulder

8    injection?

9           A.      I do not.

10          Q.      Let's look and I will get another

11   exhibit, Doctor.

12               (WHEREUPON, said document was marked

13               Deposition Exhibit No. 7,

14               for identification, as of 11/22/22.)

15   BY MR. HACK:

16          Q.      You should have Exhibit 7 in front of

17   you in a moment.  I am going to ask you to look at

18   the first and second page at the box?

19          A.      Okay.

20          Q.      Let's start with just some basics.

21   Not a form you have used before?

22          A.      No, I have never seen it before.

23          Q.      And you have not seen one of these in

24   the Cerner medical records system?

```
1         A.     Not that I recall.
2         Q.     Does this look like a page from the
3    Cerner medical records system?
4         A.     It does.
5         Q.     Right, because there is some
6    indications -- there is things about the page which
7    would suggest to you that this was printed from the
8    Cerner system; right?
9         A.     Correct.
10        Q.     It shares some similarities with forms
11   that you use as a physician at Stroger; correct?
12        A.     Correct.
13        Q.     In the grid this comment appears, "I
14   can no longer handle the pain in my left shoulder.
15   I am requesting to see an orthopedic specialist to
16   evaluate my injury.
17               Please schedule me an appointment to
18   see Dr. McCarthy to be given a cortisone shot that
19   she previously offered me.  She said -- I think the
20   word is fill out a medical slip at any time and I
21   will give you a shot to help manage the pain.
22   Please expedite an appointment as soon as possible.
23   I can't take this pain any longer."
24               Did anyone bring to your attention
```

Page 99

1    that Mr. Limbacher in October of 2019 had
2    specifically asked to receive the pain injection
3    that you had offered and that he was experiencing
4    very significant pain?
5             A.     No.
6             Q.     Is this the first time when I put this
7    document in front of you just now that you were
8    aware that Mr. Limbacher had requested this
9    treatment that you had offered him?
10            A.     Yes.
11            Q.     I got another one in a moment,
12   Doctor.
13                (WHEREUPON, said document was marked
14                Deposition Exhibit No. 8,
15                for identification, as of 11/22/22.)
16   BY MR. HACK:
17            Q.     Exhibit 8 should be in front of you.
18   I am going to ask you to look at the first page,
19   please.  Exhibit 8 has the title, "Health Service
20   Request," across the top of it; right?
21            A.     Yes.
22            Q.     You see that.  And it looks, it shares
23   certain similarities to the parts of the Cerner
24   system that you use as a physician; correct?

Page 100

1      A.    Yes.

2      Q.    And in the comment section these words

3 appear, "Please have Miss Davis schedule me for a

4 cortisone shot as promised by Dr. McCarthy for my

5 left shoulder. I can't take the pain any longer.

6 Thank you."

7      In November of 2019 did anyone bring

8 to your attention, Doctor, that Mr. Limbacher was

9 again asking to receive the patient -- or, I'm

10 sorry, that Mr. Limbacher was requesting to receive

11 the cortisone injection that you had recommended

12 for him?

13      A.    No.

14      Q.    Is there a process or procedure or

15 protocol at Cermac or Stroger to alert you as a

16 physician if a patient requests to see you or

17 requests for a service that you had recommended to

18 that patient?

19      A.    Usually they show up on my schedule.

20 So there must be a process at Cermac. I'm

21 unfamiliar with it.

22      At Stroger they can call the clinic

23 and schedule a follow-up or the physician can put

24 in a referral.

1       Q.     Okay.  And nobody scheduled

2  Mr. Limbacher on your schedule at any point after

3  you saw him in December of 2018; correct?

4       A.     Correct.

5       Q.     And the providers that he saw after he

6  saw you would have had the ability to get him back

7  on your schedule; correct?

8       A.     Correct.

9       Q.     And the scheduling nurse could have

10  put Mr. Limbacher back on your schedule, as well;

11  right?

12       A.     I assume.  Again, I don't know the

13  process at Cermac.

14       Q.     Okay.  That's all I have on this one,

15  Doctor?

16       A.     There is a comment on there that says,

17  "Patient seen in ortho surgery, 11/13."

18       Q.     Correct.  Let me find that.  I will go

19  there.  What page is that on, Doctor?  Read it to

20  me.  It's at the very bottom?

21       A.     It's at the top right under comments.

22       Q.     Oh, yes.  Did anyone bring to your

23  attention that Mr. Limbacher had gone to receive

24  care in the orthopedic surgery clinic?

Page 102

```
 1        A.    No.  Again, I haven't -- since I saw
 2   him that December, I haven't seen him again.
 3        Q.    And nobody reported to you anything
 4   about his visit there that date, did they?
 5        A.    No.
 6              (WHEREUPON, said document was marked
 7              Deposition Exhibit No. 9,
 8              for identification, as of 11/22/22.)
 9   BY MR. HACK:
10        Q.    Dr. McCarthy, I have put Exhibit 9 up
11   on the screen.  Please let me know when you are
12   able to see it.
13        A.    Go ahead.
14        Q.    The exhibit has four pages.  Your name
15   appears on at least the first three of them.  And
16   do you know what these documents are?
17        A.    No, I have never seen them.
18        Q.    Okay.  I am going to represent to you
19   they are grievance forms.  They were filled by out
20   by Mr. Limbacher.  I got them in the course of my
21   representation of the client.
22              And I can't remember offhand if he
23   gave them to me or your counsel gave them to me,
24   but regardless I have them.  Were you ever made
```

1  aware that Mr. Limbacher had filed at least three

2  grievances in which your name was mentioned while

3  he was incarcerated at the jail?

4       A.    No.

5       Q.    Are you typically made aware of

6  grievances that patients may file that implicate

7  your care in one way or the other?

8       A.    I have at Stroger.

9       Q.    Okay.

10       A.    But not any detainee.  Only a patient

11  I saw elsewhere in the system.

12       Q.    Okay.  Give me a moment.  I want to

13  decide what I wish to ask next.  So let me go

14  backwards.  First off, you were never aware until I

15  just put these in front of you that Mr. Limbacher

16  had filed some grievances in which he included your

17  name; correct?

18       A.    Correct.

19       Q.    And nobody had ever asked you for

20  facts or information about any grievance that

21  Mr. Limbacher may have filed; correct?

22       A.    Correct.

23       Q.    And aside from these grievances that

24  Mr. Limbacher filed here, have any other pretrial

```
 1   detainees that you have treated ever filed a prior
 2   grievance against you?
 3        A.    Not that I'm aware of.
 4        Q.    And is there a file or location where
 5   prior grievances against medical providers are
 6   retained?
 7        A.    I have no knowledge.  If someone
 8   complains about a physician at Stroger, there is a
 9   department that follows up on it.  So they would --
10   you would hear about the complaint.  You would
11   respond to the complaint.  And then depending on
12   what the outcome is, I mean, that happens here at
13   Stroger.
14        Q.    Right.
15        A.    But I have never known of anyone to
16   complain at Cermac regarding me.
17        Q.    Okay.  Doctor, I am just going to ask
18   you to sit tight.  I am trying to decide which of
19   these documents I need to ask you about and which I
20   don't.  So if you would give me a moment -- I'm not
21   going to go anywhere, but I will be back with you
22   in a moment.
23             (WHEREUPON, said document was marked
24             Deposition Exhibit No. 10,
```

Page 105

1     for identification, as of 11/22/22.)
2  BY MR. HACK:
3          Okay.  We are going to look at another
4  one.  Dr. McCarthy, I have put a new exhibit up on
5  the screen.  It should be there in a moment.  Let
6  me know when you have it.
7     A.   Okay.
8     Q.   It's a bit of a hodgepodge.  I
9  apologize, but I just got these.  I think they are
10 duplicates of stuff that have already been
11 produced.  We are sending it over.  I just got
12 them.  Let's take a look at the first page.  Do you
13 recognize this --
14    A.   Did you -- hang on one second.  Did
15 you say what exhibit you are looking at?
16    Q.   It should be -- pardon me.  The stamp
17 may not have been on there.  That's my fault.  I
18 had one more click.  It should be Exhibit 10,
19 ma'am.
20    A.   Okay.  I don't have that yet.
21    Q.   It will take just a minute to get to
22 you.
23    A.   Okay.
24    Q.   Take a look at the first three pages,

Page 106

1    if you would?

2          A.      Yes.

3          Q.      Okay.  Do you recognize these forms?

4          A.      No.

5          Q.      I was going to ask you when a patient

6    who is coming to you from Cermac fills out a

7    request form, is that form provided to you as the

8    physician who will be seeing the patient?

9          A.      No.

10         Q.      And are you able from the Cerner

11   record system to access the original health service

12   request form that a patient may file?

13         A.      No, I am not aware of ever seeing

14   this.

15         Q.      So if a patient does file such a form,

16   when you sit down with him you will not have the

17   ability to access that form at that time; right?

18         A.      Correct, to the best of my knowledge.

19   Patients are on my schedule and I can access

20   their -- the medical record because I have never

21   seen these forms before.

22         Q.      Okay.  You will see if you were to

23   look through them that they refer to --

24   periodically they ask for treatment of the

1    shoulder.  They ask for cortisone injections.  They

2    ask -- and they concern other concerns and requests

3    about the left shoulder.

4              Were you ever aware that after

5    Mr. Limbacher saw you in 2018 that he had requested

6    many other times to get a shoulder injection?

7         A.    I was not.

8         Q.    Were you ever made aware that

9    Mr. Limbacher had repeatedly asked for a shoulder

10   injection that he did not receive for many, many,

11   many months?

12        A.    I was not.

13        Q.    If you had known those facts, would

14   you have taken action to make sure he received the

15   treatment he requested promptly?

16        A.    Absolutely.

17        Q.    Did you learn that after your

18   interaction with Mr. Limbacher in December of 2018

19   that he requested on multiple occasions to see an

20   orthopedic surgeon?

21        A.    I was not aware.

22        Q.    Did anyone ever come and ask for your

23   professional opinion on whether it would be a good

24   idea for Mr. Limbacher to be seen by an orthopedic

1    surgeon?

2         A.    No, not that I can recall.

3         Q.    Let's go off the record for a minute,

4    Doctor.

5                   (WHEREUPON, a recess was had.)

6              (WHEREUPON, said document was marked

7              Deposition Exhibit No. 11,

8              for identification, as of 11/22/22.)

9    BY MR. HACK:

10        Q.    I put Exhibit 11 in front of you,

11   Doctor.  Let us know when you see it?

12        A.    Yes, it's open.

13        Q.    Okay.  And this is not a form that you

14   wrote.  This, however, does look to you like a page

15   from the medical record Cerner system at Cook

16   County; correct?

17        A.    Correct.

18        Q.    And consultations for patients are

19   recorded in an electronic form with the title

20   consultations; correct?

21        A.    Correct.

22        Q.    And if you would have interacted with

23   another physician about care of a patient, you

24   would record that interaction in a consultation

Page 109

1   note something like this one; correct?

2        A.    Correct.

3        Q.    All right.  At some point

4   Mr. Limbacher received an MRI.  And I would like

5   you to look down to the -- two-thirds of the way

6   down this page and you will see MRI 3/2/20?

7        A.    Yes.

8        Q.    Okay.  Did anyone bring to your

9   attention that Mr. Limbacher had had a MRI view of

10  his left shoulder in or around March of 2020?

11       A.    I was not aware.

12       Q.    On the first line of that it begins as

13  follows, "Chronic findings secondary to sequelae of

14  remote and/or recurrent posterior shoulder

15  dislocation events."  Is sequelae, does that mean

16  sequence?

17       A.    Sequelae can mean as a result of.

18       Q.    Okay.  And what do the words chronic

19  findings mean to you?

20       A.    That it's nothing that is acute or

21  within the last few weeks of this exam.

22       Q.    Okay.  And the chronic findings are

23  noted as occurring at the posteroinferior osseous

24  glenoid and labroscapular structures; correct?

Page 110

1          A.     Yes.

2          Q.     And from this document what are the

3     main findings as you read this?

4          A.     That he has mild arthritis within his

5     shoulder joint, that he has a labral tear or trauma

6     to his labrum, which is the cartilagineous

7     extension, and he has some acromioclavicular

8     arthritis within the joint that's above on top of

9     his shoulder.

10         Q.     Right.  And what are the bones that

11    intersect at that joint above the ball and socket?

12         A.     Your clavicle attaches to your

13    acromion process which is off your scapula.  So

14    there is a joint at the top of the shoulder.

15         Q.     And the reader or the reporter of this

16    MRI finding observed that these osteoarthritis and

17    other findings of chronicity could have been post

18    traumatic; correct?

19         A.     Yes, it could be.

20         Q.     If you would look at the top of the

21    page, you will see a person's name, Manju Thomas,

22    CNP, Certified Nurse Practitioner.  Is what CNP

23    means?

24         A.     Yes.

```
                                          Page 111

 1              (WHEREUPON, said document was marked
 2              Deposition Exhibit No. 12,
 3              for identification, as of 11/22/22.)
 4    BY MR. HACK:
 5         Q.    I would like to show you another
 6    exhibit, Doctor.  And let me know when you see it,
 7    please?
 8         A.    Yes.
 9         Q.    Doctor, do you recognize the form of
10    this document as a form that is consistent with
11    what you see in the UpToDate service at the
12    hospital?
13         A.    If that's what it says it's from.  I
14    am assuming it is.
15         Q.    And is this a -- do you understand
16    this to be a flow chart for how a physician should
17    evaluate an adult with shoulder complaints?
18         A.    Yes, that's what it appears to be.
19         Q.    And are flow charts about the
20    treatment of shoulder injuries something that is
21    available to you at Stroger or at Cermac on the
22    UpToDate system?
23         A.    I could always look at the UpToDate
24    system, yes.
```

```
                                          Page 112

1          Q.     And can you access the UpToDate
2    system -- let me withdraw that.
3                 You are able to access the UpToDate
4    system when you are on site at Stroger; correct?
5          A.     Yes.
6          Q.     And you are able to access the onsite
7    system when you are -- I'm sorry.
8                 Are you able to access the UpToDate
9    system when you were onsite at Cermac Health
10   Services?
11         A.     I don't know.  I have never tried.
12         MR. HACK:  Okay.  Doctor, I am going to go
13   off the record.  I am going to just look through my
14   notes and see if there is anything else that I need
15   to ask you and then we will wrap this up shortly.
16                (WHEREUPON, a recess was had.)
17         MR. HACK:  Back on the record.
18   BY MR. HACK:
19         Q.     As part of your training and service
20   at Stroger and Cermac, were you instructed what
21   standard of care applies to your treatment of
22   pretrial detainees?
23         A.     In terms of -- I treat them like I
24   would treat any outpatient I see.
```

Page 113

1      Q.     So you owe them the same standard of
2  care that a patient coming to you from the private
3  sector would receive at Stroger; correct?
4      A.     Correct.  If someone came to me with a
5  complaint, I would start to do what I did with him.
6  I would examine him, do an x-ray, do a follow-up
7  and go from that point.
8      Q.     What standards do you apply in your
9  own mind for deciding when to direct a patient to a
10  different specialist for a consultation?
11      A.     Usually if it's -- I try conservative
12  measures as a nonsurgeon and if I am unsuccessful
13  or I find something that needs to be addressed
14  surgically or from something that I cannot do.
15      Q.     Okay.  If you are not sure about the
16  diagnosis of a patient, is that a factor that you
17  consider in deciding whether to refer a patient for
18  consultation to another doctor?
19      A.     It can be.
20      Q.     And why is that an important factor to
21  you in thinking about whether to make a referral?
22      A.     Well, we are physicians.  We operate
23  within our own specialty.  And when things would
24  look in a different direction, I would refer to

1    someone that would be better able to help the
2    patient.
3           Q.     As a doctor of physical medicine,
4    Dr. McCarthy, you would agree that sometimes
5    patients who have suffered a traumatic injury are
6    at risk of having their condition made worse if
7    they don't get prompt treatment; right?
8           A.     That can occur.
9           Q.     Right.  And in a circumstance where a
10   patient is at risk of a subsequent further injury,
11   prompt care is one factor that is important to
12   delivering the best possible patient care, isn't
13   it?
14          A.     It can be, yes.
15          Q.     And getting an accurate diagnosis of
16   somebody who is at risk of further injury, that,
17   too, is an important part of delivering high
18   quality medical care, isn't it?
19          A.     Yes, it can be.  It's sometimes
20   difficult to actually pinpoint an exact diagnosis.
21          Q.     I understand, but if you don't have
22   one, wouldn't you agree that it's important that
23   you refer a patient to a specialist and keep
24   referring a patient to a specialist until you get

```
                                              Page 115
 1   an answer about what is the correct diagnosis?
 2        A.     It can be, but, again, I had told him
 3   to come back.  Again, I did not realize he had
 4   asked to see me multiple times.
 5        Q.     I expect you care deeply about your
 6   patients, Doctor, because you work at Cook County
 7   and you have worked there for some number of years.
 8             Is that information that you wish
 9   somebody had brought to your attention, namely,
10   that Mr. Limbacher continued to have pain in his
11   shoulder and that nobody told you.  Would you have
12   wanted to know that as a doctor?
13        A.     Absolutely.
14        Q.     An unrepaired traumatic injury can
15   sometimes take longer to heal, can't it, if a
16   patient does not receive prompt treatment for it?
17        MR. PREBER:  Objection, speculation.
18   BY MR. HACK:
19        Q.     That's something that can happen in
20   medicine, isn't it?
21        A.     Again, it was a chronic injury when I
22   saw him a year later after his fall.
23        Q.     Right.  And in the course of that year
24   that injury had not been repaired yet, had it?
```

1     A.     No.  And there is no saying if they
2   would have repaired it.  Say that again.
3     Q.     I didn't mean to interrupt you again.
4   It's one of the challenges of working over Zoom.  I
5   wanted to let you finish your answer.  Then I will
6   listen to it and then I will ask a question if I
7   have another one.
8     A.     Why don't you start again and ask me a
9   question.
10     Q.     Thank you.
11     MR. HACK:  Linda, what was my last question
12   to Dr. McCarthy?
13               (WHEREUPON, the record was read
14                by the reporter as requested.)
15   BY MR. HACK:
16     Q.     So let's just pick up there,
17   Dr. McCarthy.  You understood when you saw
18   Mr. Limbacher that he had been hurt some time back
19   in 2017; right?
20     A.     Correct.
21     Q.     And when he presented to you he still
22   had symptoms from that injury, didn't he?
23     A.     He had multiple symptoms of multiple
24   complaints, correct.

Page 117

1          Q.     And he attributed some of those
2    complaints, in particular the shoulder complaints,
3    to the fall he had taken, didn't he?
4          A.     He did.
5          Q.     If a traumatic injury to the shoulder
6    is left untreated and the patient's condition
7    continues to worsen, it's possible that a patient
8    might need surgery to repair the pathology that
9    they might not have needed had it been treated
10   promptly when he was first injured; correct?
11         MR. PREBER:  Objection, speculation.
12   BY THE WITNESS:
13         A.     Again, any traumatic injury can cause
14   issues down the line.
15   BY MR. HACK:
16         Q.     And a good physician in treating a
17   patient would be concerned to make sure they
18   received prompt care to prevent those issues from
19   down the line occurring; correct?
20         MR. PREBER:  Objection to form.
21   BY THE WITNESS:
22         A.     Again, the sooner anything can be
23   evaluated, it would be -- I would assume you could
24   say it would be better for the patient.

Page 118

```
 1   BY MR. HACK:
 2         Q.     Well, let's be clear, Doctor.  That's
 3   not an assumption.  That's your knowledge and
 4   experience as a physician, isn't it?
 5         A.     It is.
 6         MR. HACK:  Okay.  Thank you very much,
 7   Doctor.  Good day.
 8         MR. PREBER:  I do have a couple follow-up
 9   questions.
10                    EXAMINATION
11   BY MR. PREBER:
12         Q.     Dr.McCarthy, I will try to keep this
13   short.  First off, what do you normally do in
14   preparation before you see a patient?
15         A.     If I have time, I review the patient's
16   record.  Again, patients are just placed on my
17   schedule.  So if it's someone new, I don't know
18   much about them.  I might do a quick look through
19   the chart and I talk with the patient.
20         Q.     So you do ask the patient when you see
21   them why are they there?
22         A.     Yes.
23         Q.     Okay.  Do you allow the patient to
24   speak when you ask them that?
```

                                              Page 119

 1          A.      Yes.
 2          Q.      And then you stated earlier that you
 3   do sometimes write down notes while you are talking
 4   with a patient; correct?
 5          A.      Correct.
 6          Q.      And then with those written notes do
 7   you normally transfer them to the electronic
 8   medical record?
 9          A.      Yes.  I use that as a memory or I
10   usually write down positive findings or dates or
11   things that are told to me.
12          Q.      And then you talked about this when
13   you were examining the Plaintiff's shoulder and I
14   might get this term -- misstate this term, but what
15   does it mean when you sublux a shoulder?
16          A.      That's if the joint capsule is loose,
17   you can put the shoulder in a position of capsule
18   laxity and actually make the shoulder move and --
19   within the joint in the area that it's loose to
20   kind of start to move it out of joint.
21                  And patients, if they have chronic
22   dislocations, they will stop you.  And I was unable
23   to move his shoulder out of his joint when I
24   examined him.  It's called an apprehension sign.

1      Q.     So what do you mean, what would stop

2  you?  Does that mean that there is a good sign of

3  shoulder injury or there is not a good sign of

4  shoulder injury?

5      A.     No, if that apprehensive sign is

6  positive, there is a very good chance that this

7  individual might have chronic shoulder

8  dislocations.

9      Q.     Okay.  You used the term conservative

10  medicine a few times.  Just for clarification, what

11  do you mean by that?

12     A.      Conservative medicine or management is

13  what I do with musculoskeletal injuries.  Again,

14  I'm not a surgeon.  So I see hundreds and hundreds

15  of people at our musculoskeletal clinics throughout

16  the county that have shoulder complaints, back

17  complaints, that I would be, like, the first line

18  of examining someone unless they were sent to the

19  surgeons.

20          So what I mean by that is I try to

21  determine what might be the cause of their issue,

22  recommend some conservative treatment, such as

23  physical therapy to strengthen, maybe an injection.

24  I might do x-rays to see if I can determine what

1   the cause of the issue is.  It would basically mean

2   nonsurgical management of a patient.

3          Q.     Okay.  Would a very simplified version

4   of it be let's try A.  If A doesn't work, let's try

5   B.  If B doesn't work, let's try C, kind of

6   something like that, like a step process of how you

7   would actually practice medicine?

8          A.     Correct.

9          Q.     Okay.  And then when you are

10  evaluating a patient, do you base your medical

11  advice on evidence?

12         A.     Yes, things I see or I find on

13  examination.

14         Q.     Okay.  And then part of that evidence,

15  do you also take into account the patient's

16  condition, as well?  So if he is saying there is

17  pain, you take that into account even though you

18  can't really see too much?

19         A.     Correct.

20         Q.     Okay.  And then when examining a

21  patient, if the patient is saying he is hearing

22  cracking or some sort of discomfort that he can

23  hear or feel, like, a popping sensation, would you

24  normally be able to kind of feel that or hear that

Page 122

1  during an examination?

2       A.    No, not always.  Did you hear that?

3  That's my shoulder cracking.

4       Q.    Okay.  All right.  And then if you

5  recommend treatment to a patient and they refuse

6  that treatment, do you schedule follow-up treatment

7  for that patient for the exact treatment that they

8  just essentially refused?

9       A.    No, not always.

10      Q.    Okay.  If you recommend treatment and

11  a patient refuses it, do you automatically seek

12  alternative treatment for that patient?

13      A.    No, not always.

14      Q.    Okay.  If that patient refuses

15  treatment, do you generally ask why they might be

16  refusing that treatment?

17      A.    Sometimes they offer it to me.  Again,

18  it's the patient's choice to choose what they want

19  done to themselves.  Sometimes I get an explanation

20  and sometimes I don't.

21      Q.    Okay.  Would you generally refer a

22  patient that refuses your care with no evidence to

23  back that up?

24      A.    No.

1        Q.     Okay.  Dr. McCarthy, after looking at

2    the evidence at the time that you saw the

3    Plaintiff, would you have changed anything

4    different from your medical advice and your --

5    essentially your standard of care?

6        A.     At the time I saw him for the two

7    times, I would not.

8        MR. PREBER:  Okay.  Thank you very much,

9    Dr. McCarthy.

10       MR. HACK:  Mia, you got anything?

11       MS. BUNTIC:  Nothing from me.  Thank you.

12       MR. HACK:  Give me a moment.

13                    FURTHER EXAMINATION

14   BY MR. HACK:

15       Q.     Dr. McCarthy, we talked about signs of

16   osteoarthritis with Mr. Limbacher's shoulder;

17   correct?

18       A.     Yes.

19       Q.     And we saw signs of that on your

20   review of the film from October of 2018; correct?

21       A.     Yes.

22       Q.     And one possible cause of

23   osteoarthritis in someone's left shoulder is a

24   history of prior dislocations; correct?

Page 124

1       A.      It can be, yes.

2       Q.      And nothing you saw in your

3  examination of the film ruled out the possibility

4  that Mr. Limbacher had had multiple shoulder

5  dislocations, did it?

6       A.      No.  An x-ray would not rule anything

7  out like that.

8       Q.      Right.  You could draw no conclusion

9  from what you saw in the film; correct?

10       A.      Correct.

11       MR. HACK:  Good day, Doctor.  I know you have

12  to take care of your patients.  Thank you very

13  much.

14                   FURTHER EXAMINATION

15  BY MR. PREBER:

16       Q.      One final follow-up, Doctor.  I

17  believe the word was osteoarthritis, is that also

18  found in patients just with advanced age?

19       A.      Osteoarthritis?

20       Q.      Yes.

21       A.      Yes.  They actually have done studies

22  where people without pain complaints, they have

23  done x-rays, CAT scans, MRI's, and just through the

24  normal course of aging, without any complaints, you

Page 125

1    can see evidence of osteoarthritic changes.

2          Q.      Would somebody by the age of 35, could

3    they be showing those signs without any pain?

4          A.      Yes.

5          Q.      Could somebody at the age of 40 be

6    showing those signs without any pain?

7          A.      Yes.

8          MR. PREBER:  Thank you, Doctor.

9          MR. HACK:  Good day.

10         MR. PREBER:  Have a good day.  Thank you very

11   much, everyone.

12               FURTHER DEPONENT SAITH NOT.

13                  (Signature waived.)

14          (Deposition concluded at 4:15 p.m.)

15

16

17

18

19

20

21

22

23

24

Page 126

1    STATE OF ILLINOIS   )

2                        ) :

3    COUNTY OF COOK      )

4

5

6              I, LINDA S. IDRIZI, a Certified

7    Shorthand Reporter, CSR No. 084-003704, of the

8    State of Illinois, do hereby certify:

9              That previous to the commencement of

10   the examination of the witness herein, the witness

11   was duly sworn to testify the whole truth

12   concerning the matters herein;

13             That the foregoing deposition

14   transcript was reported stenographically by me, was

15   thereafter transcribed under my personal direction

16   and constitutes a true, complete and correct record

17   of the testimony given and the proceedings had;

18             That the said deposition was taken

19   before me at the time and place specified;

20             That I am not a relative or employee or

21   attorney or counsel, nor a relative or employee of

22   such attorney or counsel for any of the parties

23   hereto, nor interested directly or indirectly in

24   the outcome of this action.

Page 127

1           IN WITNESS WHEREOF, I do hereunto set

2     my hand and affix my seal of office at Chicago,

3     Illinois, this 9th day of December 2022.

4

5

6

7           LINDA S. IDRIZI

8           Certified Shorthand Reporter

9           Certificate No. 084-003704

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**[001078 - accurately]**                                      Page 1

| 0 | 19 | 3 | 7:05 26:24 |
|---|---|---|---|

**0**

**001078** 50:23
**07509** 1:7
**084-003704**
  126:7 127:9

**1**

**1** 3:10 16:15,22
**10** 3:19 78:19
  79:9,19 104:24
  105:18
**100** 76:19 89:21
**102** 3:18
**104** 3:19
**108** 3:20
**11** 3:20 52:5
  108:7,10
**11/13** 101:17
**11/22/22** 16:16
  24:24 49:19
  62:11 70:11
  94:19 97:14
  99:15 102:8
  105:1 108:8
  111:3
**111** 2:4 3:21
**118** 3:5
**11:00** 26:17
**11th** 49:23 50:10
  61:21,22
**12** 3:21 111:2
**123** 3:4
**124** 3:5
**15** 23:1
**16** 3:10
**165** 4:16
**1746** 127:5

**19** 1:7
**1986** 8:16
**1990** 8:17
**1999** 4:22
**1:05** 1:17

**2**

**2** 3:11 24:23
  25:2,14,18
**20** 23:2 28:4
  96:22
**2011** 7:19
**2017** 30:23
  116:19
**2018** 4:23 7:13
  12:10 21:2,5,18
  24:3,17 28:18
  29:7 32:4 34:2
  38:24 40:13
  43:8,21 49:11,23
  50:10,18 52:5
  63:8 70:19
  79:23 93:1
  101:3 107:5,18
  123:20
**2019** 4:23 96:22
  99:1 100:7
**2020** 4:23 7:13
  12:10 109:10
**2022** 1:16 127:3
**21** 17:12
**22** 1:16
**24** 3:11
**2nd** 21:2 31:12
  32:4 34:1 43:8
  48:12 49:10
  61:21 63:16

**3**

**3** 3:12 49:16,18
  50:2
**3/2/20** 109:6
**30** 28:4
**312-443-0676**
  2:6
**35** 125:2

**4**

**4** 3:4,13 47:18
  62:10,14,24
  64:11
**4/21** 17:11
**40** 125:5
**40's** 38:9
**4100** 2:4
**45** 38:7
**49** 3:12 38:6
**4:15** 125:14
**4th** 70:19 73:1

**5**

**5** 3:14 70:7,10,14
**500** 2:12 12:3
**5:24** 95:4

**6**

**6** 3:15 94:18,21
**60126** 4:17
**60602** 2:13
**60606** 2:5
**62** 3:13

**7**

**7** 3:16 97:13,16
**70** 3:14
**79** 51:13
**7:00** 51:7

**7:05** 26:24

**8**

**8** 3:17 99:14,17
  99:19
**8/20/2019** 95:4
**80** 52:3,10 76:18
**81** 52:12
**84-3704** 1:24

**9**

**9** 3:18 102:7,10
**94** 3:15
**97** 3:16
**99** 3:17
**9th** 27:1 127:3

**a**

**abducted** 34:17
**ability** 31:1 89:5
  101:6 106:17
**able** 75:18 92:6
  94:22 102:12
  106:10 112:3,6,8
  114:1 121:24
**absolutely**
  107:16 115:13
**ac** 51:1 56:1
**access** 13:1,10
  14:9 15:20
  106:11,17,19
  112:1,3,6,8
**accident** 18:3
**account** 121:15
  121:17
**accurate** 14:21
  18:16 114:15
**accurately** 15:2
  15:4 30:9 46:2
  74:6

| | | | |
|---|---|---|---|
| **acromioclavic...** 110:7 | **ahead** 49:13 62:13 102:13 | **appointed** 4:10 | 115:4 |
| **acromion** 110:13 | **al** 1:8 | **appointment** 28:12 81:12 | **asking** 5:8 10:23 22:7,11,12 39:7 |
| **action** 19:8 107:14 126:24 | **alert** 100:15 | 84:11 87:22 | 58:9 61:1 100:9 |
| **activate** 26:20 | **alex** 25:7 | 94:1 98:17,22 | **assess** 34:6 |
| **activities** 66:9 | **alexander** 2:14 | **apprehension** 34:21 119:24 | **assistant** 6:19 63:5 |
| **acute** 6:1 109:20 | **alexander.preber** 2:15 | **apprehensive** 120:5 | **assistants** 6:16 |
| **addition** 19:4 | **alleviate** 59:23 66:15 | **approach** 21:1 58:12 | **associated** 56:22 |
| **additional** 9:12 60:2,19 61:5,9 62:1 | **allotted** 28:6 | **appropriate** 17:20 46:14 91:12 | **association** 56:13 |
| **address** 4:15 | **allow** 118:23 | **approximate** 57:16 | **assume** 58:3 101:12 117:23 |
| **addressed** 13:22 113:13 | **altered** 26:10 | **area** 7:5 40:2 52:9,20 54:19 | **assumed** 30:22 |
| **admission** 89:16 | **alternative** 122:12 | 55:24 57:16 119:19 | **assuming** 95:7 111:14 |
| **adult** 111:17 | **american** 11:16 11:18,19 93:13 | **areas** 19:20 48:24 54:4 56:5 | **assumption** 57:9 57:23 118:3 |
| **adults** 17:1 | **amount** 35:20 | **arm** 31:23 34:16 77:8 | **atraumatic** 17:22 18:1,3 |
| **advanced** 90:11 90:19 124:18 | **amputees** 6:3 | **arrange** 86:10 92:13 | **atrophy** 43:20 |
| **advice** 121:11 123:4 | **anatomy** 91:7,10 | **arrive** 34:24 | **attached** 9:13 |
| **affirmatively** 64:3 | **anem** 11:18 12:2 | **arthritis** 35:7 55:7 56:11 | **attaches** 51:23 52:8 55:10 56:2 110:12 |
| **affix** 127:2 | **answer** 33:5 115:1 116:5 | 67:12 72:20 73:13 110:4,8 | **attend** 8:14 |
| **afraid** 10:18 38:16 | **anterior** 53:10 | **arthrogram** 45:5 | **attention** 94:13 96:24 98:24 |
| **afternoon** 69:21 | **anybody** 60:15 | **aside** 103:23 | 100:8 101:23 109:9 115:9 |
| **age** 38:5,12 124:18 125:2,5 | **apologies** 45:17 | **asked** 7:15 32:11 34:16 46:18 | **attorney** 2:11 126:21,22 |
| **aging** 124:24 | **apologize** 105:9 | 47:7 60:14 | **attorney's** 18:22 19:5 |
| **ago** 10:9 22:8 33:18 35:20,22 85:9 | **appear** 100:3 | 96:24 99:2 103:19 107:9 | **attributed** 117:1 |
| **agree** 88:19 93:12 114:4,22 | **appeared** 2:9 | | **august** 96:22 |
| **agreed** 39:9 | **appearing** 1:14 | | **author** 13:14 14:4 |
| | **appears** 17:6,19 18:10 98:13 102:15 111:18 | | |
| | **apples** 61:18 | | |
| | **applies** 26:6 112:21 | | |
| | **apply** 113:8 | | |

**automatically**
  40:22 122:11
**available**  15:9
  81:20,24 88:9
  111:21
**avoid**  41:16
**aware**  99:8
  103:1,5,14 104:3
  106:13 107:4,8
  107:21 109:11

**b**

**b**  95:19 96:9,10
  121:5,5
**bachelor's**  8:8
**back**  21:24 25:6
  25:6 26:14
  29:19 33:17
  43:1,5 45:15
  46:6 47:1,22
  59:18 61:2,19
  62:3,7 63:13,14
  64:11,24 65:11
  68:21 74:11,19
  74:23 80:6
  81:16 82:1,4
  83:14,17 84:8
  85:12,17 86:7,13
  87:22 88:3
  89:18,23 92:6
  101:6,10 104:21
  112:17 115:3
  116:18 120:16
  122:23
**background**
  95:13
**backwards**
  103:14

**bag**  89:4
**ball**  30:6 44:13
  110:11
**bankart**  52:23
  52:24 53:4,8,14
  53:19 54:3,10,13
  54:19 55:2
**barbara**  63:1,4
**base**  121:10
**based**  17:20
  90:22 92:15
**basically**  121:1
**basics**  97:20
**began**  31:9
**beginning**  26:14
  93:3
**begins**  109:12
**behalf**  2:9
**believe**  6:6 39:9
  44:12 68:5
  82:23 96:8
  124:17
**believer**  16:18
**best**  14:21 20:11
  27:5 43:14,18
  45:4 65:9 66:18
  77:14 81:7
  106:18 114:12
**bet**  96:3
**better**  61:12
  84:6,20 114:1
  117:24
**biceps**  44:4
**big**  16:18 94:11
**biology**  8:2
**biomechanics**
  8:4

**bit**  52:9 56:3
  105:8
**blank**  92:4
**board**  11:11,14
  11:16,17,17
**boards**  11:24
  12:1,4
**bodies**  44:7
**bone**  37:24
  38:10 51:6
**bones**  110:10
**book**  14:3,4
**books**  12:23
  13:11,12
**boom**  19:17
**bottom**  17:11
  25:15 33:11
  51:3,6 52:21
  53:11 64:15
  84:4 95:18,24
  96:2 101:20
**box**  25:12 95:23
  95:24 96:1,2,6
  97:18
**bracing**  6:4
**braddom**  14:5
**bring**  74:19
  96:23 98:24
  100:7 101:22
  109:8
**brought**  94:13
  115:9
**buntic**  2:17
  123:11

**c**

**c**  121:5

**call**  56:16 100:22
**called**  4:5 15:20
  67:14 119:24
**capsule**  37:15
  38:19 119:16,17
**care**  28:8,19
  46:4,14 50:9
  60:2 68:11,16
  93:13,18 101:24
  103:7 108:23
  112:21 113:2
  114:11,12,18
  115:5 117:18
  122:22 123:5
  124:12
**career**  10:20
**cartilagineous**
  44:8,23 45:2
  110:6
**case**  37:8
**cat**  124:23
**catch**  9:21 42:10
**catching**  32:13
  32:16 76:18,23
**cause**  35:9 36:8
  46:9 65:24
  72:15 73:3,6,11
  74:20 89:17
  90:5 91:11
  117:13 120:21
  121:1 123:22
**caused**  35:12
  54:9 84:21
**causes**  72:18
**causing**  33:12
  49:7 59:17
  61:13 62:5
  82:11 83:22

84:4
center 2:12
  28:13
cermac 28:13,16
  28:19 42:12,21
  50:9 61:6,10
  63:5,18,21 88:9
  100:15,20
  101:13 104:16
  106:6 111:21
  112:9,20
cerner 14:9,13
  14:17 15:8
  62:19,19 70:3,17
  93:11 97:24
  98:3,8 99:23
  106:10 108:15
certain 56:18
  65:10 85:15
  99:23
certificate 127:9
certification
  10:19 12:7
certifications
  9:12 11:12,14,21
  12:9
certified 11:16
  11:18 110:22
  126:6 127:8
certify 126:8
cervical 59:24
  82:11 83:7 85:8
  86:13 87:21
  89:19
cetera 92:18
chair 5:14 6:6,10
challenges 116:4

chance 18:21
  120:6
change 24:14
changed 123:3
changes 125:1
chart 3:21 27:18
  78:13 111:16
  118:19
charts 111:19
checked 71:21
chemistry 8:2
chicago 2:5,13
  8:20 9:15,23
  127:2
chief 27:14 29:9
  71:1,23,24 75:7
chipped 53:12
chl's 95:3
choice 17:20
  122:18
choose 79:15
  122:18
chronic 30:21
  40:9 65:24
  109:13,18,22
  115:21 119:21
  120:7
chronicity
  110:17
circumstance
  114:9
clarification
  120:10
clavicle 110:12
clear 69:5 71:10
  77:15 118:2
click 26:6,9
  105:18

client 102:21
clinic 6:20 28:10
  28:11,21 76:7
  100:22 101:24
clinical 17:16
  36:13
clinically 52:17
clinician 56:21
  57:12
clinics 6:14
  120:15
closed 7:18
closely 33:2
  56:22 57:2,6
  58:6
cm 78:20
cnp 110:22,22
code 78:19,22
  79:4,5,6,11,12
codes 78:16,18
  79:15,17
coding 79:10
collaboratively
  7:6
college 7:21,23
  7:24 8:20
come 9:4 27:7
  33:1 43:1 46:15
  53:12 63:14,15
  80:5 81:16 84:8
  84:16 85:11
  86:7 88:3 92:13
  107:22 115:3
coming 18:23
  80:14 87:6,22
  106:6 113:2
commencement
  126:9

commencing
  1:17
comment 96:17
  96:18 98:13
  100:2 101:16
comments
  101:21
common 53:9
communication
  64:12 94:6 97:6
communications
  62:21
compass 76:24
complain 104:16
complained 36:6
complains 104:8
complaint 27:14
  33:8 71:1,23
  72:1,2,23 74:17
  75:7 80:14
  104:10,11 113:5
complaints 29:8
  29:9 59:24 83:7
  111:17 116:24
  117:2,2 120:16
  120:17 124:22
  124:24
complete 12:2
  126:16
completed 8:5
  8:10 10:17 12:5
  34:23 82:7
  86:14
compound 15:17
computer 12:23
  13:1 14:7,10
  15:19 16:2
  26:20

**concern** 36:1 39:21 82:14 107:2
**concerned** 37:19 38:24 39:17 68:11 80:17 81:2 84:5 85:16 85:19 87:18 117:17
**concerning** 126:12
**concerns** 107:2
**concluded** 125:14
**conclusion** 65:15 79:22 124:8
**conclusive** 73:2 92:13
**condition** 114:6 117:6 121:16
**confidence** 20:8 93:23
**confident** 20:6
**confirm** 55:3
**consequences** 53:13
**conservative** 41:8,11 54:18 67:4 88:2 89:2 90:6 113:11 120:9,12,22
**conservatively** 66:24
**consider** 36:19 36:23 37:1,2,14 37:23 40:12 53:4 58:16 60:1 60:7,13,14,17

61:5,8 113:17
**consideration** 40:16
**considered** 77:4
**consistent** 18:16 111:10
**constitutes** 126:16
**consult** 13:18 16:4 65:4 69:9 69:12
**consultation** 3:20 69:16,18,23 108:24 113:10 113:18
**consultations** 69:21 108:18,20
**consulted** 17:7 69:2 70:1
**consults** 6:4
**contexts** 41:12
**continued** 115:10
**continues** 82:1 117:7
**conversation** 42:1 94:5
**convinced** 82:10 82:15
**cook** 2:11 4:19 4:20 5:9 62:20 108:15 115:6 126:3
**cookcountyil.g...** 2:15,18
**copy** 27:7
**cords** 6:1

**corner** 25:15 95:18
**correct** 5:1,20 6:8 9:19 10:12 10:13 12:14 14:7,8,14,15,18 14:19,21,23 15:2 15:6,11,12,15,21 20:14,16 23:9,11 23:12 26:4,8,13 26:18,22 28:16 28:17 32:9 35:19 36:23,24 37:10 38:13,14 39:11,12 40:7,10 40:11 41:17,18 42:3 44:15 45:9 45:12,13,19,20 45:23,24 46:4,8 47:8,9 48:4 50:10,18,19 52:14 54:20,22 54:23 56:7 61:23 62:22,23 63:2,6,11 64:5,7 64:13,14 65:18 66:4,10 67:13,14 67:19 69:10,11 69:13,14,19,23 69:24 70:19,20 71:2,6 72:4 74:6 74:7 75:17,21 76:2,12 77:5 78:3,4,10,11 82:19,20 84:2 85:2 86:1 87:2 87:16 88:6 89:6 89:7 93:5,14

95:6 98:9,11,12 99:24 101:3,4,7 101:8,18 103:17 103:18,21,22 106:18 108:16 108:17,20,21 109:1,2,24 110:18 112:4 113:3,4 115:1 116:20,24 117:10,19 119:4 119:5 121:8,19 123:17,20,24 124:9,10 126:16
**correctly** 27:2
**correspondence** 3:13 62:20 63:1 63:10
**cortisone** 48:2,2 48:6 54:22,24 98:18 100:4,11 107:1
**counsel** 4:10 18:22 19:4 102:23 126:21 126:22
**county** 2:11 4:19 4:21 5:9 62:20 108:16 115:6 120:16 126:3
**couple** 42:24 45:16 48:19 74:24 95:2 118:8
**course** 11:4 16:4 102:20 115:23 124:24

[court - discuss]

court 1:1 4:10
cover 6:13
cracking 32:13
  32:17,24 121:22
  122:3
creaking 32:24
  33:7 76:18,23
csr 1:24 126:7
ct 45:3,6
cuff 35:6 51:23
  52:8 55:9 56:2
  73:13 77:1,11,13
  90:18
currently 13:17
cv 1:7
cyst 51:4 52:7
  54:4 55:9,19
  56:1,10,21 57:10
  57:13 65:14
cysts 51:19 52:1
  52:8,18,20 55:10
  55:11,24 56:9,18
  57:8,24 58:4
  65:19

**d**

d.o. 1:13 3:3 4:4
  9:11,14,17
d.o.'s 9:8
daily 31:1 66:10
daley 2:12
dart 1:8
dash 78:20
date 26:15 50:10
  52:5 96:21
  102:4
dated 49:23

dates 119:10
davis 63:1,4
  64:13 65:1
  68:21 100:3
davis's 64:15
day 14:14,14
  15:14 20:20
  28:2 34:10
  40:10 61:7,8,11
  64:4 71:20 74:9
  118:7 124:11
  125:9,10 127:3
days 45:22
december 64:22
  70:18,18 73:1
  76:2,6 79:23
  89:15 93:1,24
  101:3 102:2
  107:18 127:3
decide 46:13
  58:5 92:11
  103:13 104:18
deciding 113:9
  113:17
decision 64:9
  65:1 90:22
decisions 63:21
declined 60:10
  61:14 85:11
  86:9 88:2
deeply 115:5
defendants 1:9
  2:19
deformities 40:6
deformity 40:1
  40:14,23 41:2
degree 8:2,6,22
  9:3,13 10:18

20:7
degrees 9:5
  76:19
delisa 14:5
delivering 28:8
  114:12,17
deltoid 43:9,15
  43:19,24
department 5:10
  5:11,12,15 42:21
  104:9
depending
  104:11
depends 5:23
  39:15
deponent 125:12
deposition 1:13
  16:15 18:20
  24:23 49:18
  62:10 70:10
  94:18 97:13
  99:14 102:7
  104:24 108:7
  111:2 125:14
  126:13,18
describe 30:8
designation
  10:18,21
designations
  9:12
detail 67:5
detainee 22:2
  103:10
detainees 104:1
  112:22
determine 19:11
  20:10,15 39:13
  59:14,17 61:13

62:5 120:21,24
diagnoses 79:10
diagnosing
  43:15 91:2,11
diagnosis 18:15
  34:24 35:4 46:7
  58:22,24 72:9
  73:2,22 78:9,15
  78:22 79:13,21
  80:1 85:5 87:11
  92:13 113:16
  114:15,20 115:1
diagnostic 32:2
  79:5
difference 9:1,5
  17:24
differences 9:3
different 7:4
  11:9 19:19,20
  34:8 48:24
  51:13 96:4
  113:10,24 123:4
differently 21:1
difficult 11:6
  31:3,6 33:5
  83:10 114:20
digits 51:13
direct 91:20
  113:9
directing 91:12
direction 77:23
  113:24 126:15
directly 126:23
director 7:6,8
discomfort
  59:23 121:22
discuss 42:4,8,16
  42:19

**discussed** 47:21
**discussing** 48:2
  86:18
**discussion** 16:12
  41:23 94:4
**dislocate** 53:9
**dislocated** 29:22
  53:6
**dislocation** 30:1
  30:3 31:20
  35:14,15,17
  109:15
**dislocations**
  35:12 119:22
  120:8 123:24
  124:5
**district** 1:1,2
**division** 1:3 5:14
  6:7,10,18,24 7:3
  7:16
**doc** 89:1
**doctor** 4:13,21
  4:24 5:3 7:21,24
  8:19,24 11:1,12
  12:20 16:18
  17:9,24 19:23
  22:20 25:3,9,11
  25:22 27:22
  30:2 31:7 32:8
  32:14 33:16,22
  37:20 38:15
  39:5 40:1 41:13
  42:16,23 43:7
  45:7 46:6,17
  47:6,10 49:13,21
  50:3 51:5 52:3
  55:6,15 57:11
  58:13,20,24

**61:17 62:14**
  63:15 67:11
  70:13 71:9
  72:10 73:10
  75:5,23 76:5
  77:18,21 78:8,18
  82:22 84:24
  85:19 88:13
  89:4 92:2,9,20
  92:24 94:9,14,22
  95:12,23 97:11
  99:12 100:8
  101:15,19
  104:17 108:4,11
  111:6,9 112:12
  113:18 114:3
  115:6,12 118:2,7
  124:11,16 125:8
**doctors** 9:9
  15:10 69:10
**document** 3:10
  16:14 17:1
  24:22 49:17
  62:9 70:9 71:9
  94:17 95:10
  97:12 99:7,13
  102:6 104:23
  108:6 110:2
  111:1,10
**documents**
  102:16 104:19
**doing** 18:20 68:1
  77:9,23 90:10
**door** 85:11 86:7
**dr** 4:9 7:10 16:8
  24:12 25:5 42:9
  42:13,17 67:24
  68:6,14 96:19

98:18 100:4
  102:10 105:4
  114:4 116:12,17
  123:1,9,15
**dr.mccarthy**
  118:12
**draw** 124:8
**drive** 2:4
**due** 65:13 77:1
**duly** 4:1,5
  126:11
**duplicates**
  105:10

**e**

**e** 4:16 68:4
**earlier** 77:20
  119:2
**early** 50:18
**east** 4:16
**eastern** 1:3
**edge** 51:2
**edward** 1:5
**either** 42:21
  45:22 48:23
  61:10 76:1
**electrodiagnos...**
  11:19
**electronic** 23:8
  26:1,5 71:10
  108:19 119:7
**elmhurst** 4:14
  4:15
**emg's** 12:3
**employed** 4:18
  5:23
**employee** 126:20
  126:21

**empty** 34:18
**encourage** 46:24
**ends** 52:3
**entered** 95:4
**entire** 27:11 36:2
**entitled** 16:23
**episode** 35:17
**essentially** 44:12
  122:8 123:5
**et** 1:8 92:18
**etiology** 17:21
**evaluate** 6:11
  34:20 45:5 90:4
  98:16 111:17
**evaluated** 32:12
  117:23
**evaluating**
  121:10
**evaluation** 16:24
**evaluations** 6:14
**events** 109:15
**evidence** 43:19
  43:23 58:4 77:5
  77:10 121:11,14
  122:22 123:2
  125:1
**exact** 38:5
  114:20 122:7
**exactly** 28:3
  31:17 73:7
  82:20 83:1
  84:13
**exam** 9:8 13:12
  13:13 17:20
  26:21 33:23
  109:21
**examination** 3:4
  3:5 4:7 27:20

31:11,15 32:6,8
33:24 34:24
36:23 43:20
71:19 74:19
75:23 92:15
118:10 121:13
122:1 123:13
124:3,14 126:10
**examine**  85:13
113:6
**examined**  4:6
24:11 39:23
43:7 89:20
119:24
**examining**  23:16
119:13 120:18
121:20
**example**  48:22
69:20 72:6
75:18
**exchange**  64:12
**excuse**  11:8 31:5
**exhibit**  16:8,15
16:22 24:15,23
25:2,14,18 45:8
49:15,18,24 50:2
62:10,14,14,24
64:11 65:16
70:6,7,10,14
94:18,21 97:11
97:13,16 99:14
99:17,19 102:7
102:10,14
104:24 105:4,15
105:18 108:7,10
111:2,6
**exhibits**  3:8
24:15 94:9

**expect**  115:5
**expedite**  98:22
**experience**  93:16
118:4
**experiencing**
29:7 35:22
36:12 99:3
**explain**  9:4
80:16
**explained**  72:12
72:13 88:23
**explanation**
33:23 77:4
122:19
**explanations**
58:17 73:9
**expressed**  82:14
**extending**  77:8
**extends**  44:10
**extension**  44:9
44:23 45:2
110:7
**extent**  59:15
**extra**  38:21

**f**

**f**  4:16
**fact**  93:21
**factor**  113:16,20
114:11
**facts**  103:20
107:13
**fails**  67:4
**fairly**  20:9 65:13
**fall**  18:3 115:22
117:3
**fallen**  29:12
35:20,22

**falling**  23:15
**familiar**  9:1
95:15
**family**  9:9
**fan**  94:11
**far**  35:13 84:5
**fault**  105:17
**feature**  24:13
**feel**  33:7 35:5
121:23,24
**feeling**  35:15
36:9 46:10
**feels**  36:21
**fell**  29:23 35:14
**felt**  29:16 46:16
61:12 83:5 84:6
84:20
**figuratively**  30:7
**figure**  58:21
59:3,20 82:24
83:21
**file**  19:17 21:8
103:6 104:4
106:12,15
**filed**  22:23 103:1
103:16,21,24
104:1
**fill**  98:20
**filled**  102:19
**fills**  106:6
**film**  45:3 49:22
51:10 53:3,7,17
54:1 55:7 56:4
57:22 59:8 61:2
61:3,4,22,24
65:16 123:20
124:3,9

**films**  3:12 61:21
75:12,14
**final**  79:21,24
92:14 124:16
**finalized**  27:3
**find**  32:7 75:13
75:18 79:18
93:7 101:18
113:13 121:12
**finding**  56:17
110:16
**findings**  73:18
86:17 109:13,19
109:22 110:3,17
119:10
**finish**  26:23
27:12 116:5
**fire**  44:1
**firing**  43:24
**first**  4:5 9:17,21
10:2 28:21 34:4
37:12 39:10,10
40:17 45:15,19
50:21,23 53:3
55:19 66:12
71:2,17 84:14,18
87:9,14,15 90:2
96:4 97:18 99:6
99:18 102:15
103:14 105:12
105:24 109:12
117:10 118:13
120:17
**five**  18:11
**fix**  66:17
**flex**  77:22
**flexion**  77:19

**flip** 17:3
**floor** 28:7,10
**flow** 3:21 111:16
　111:19
**focus** 35:19
　81:14 85:7
　86:12 87:20
　90:5
**focussed** 80:4
　82:10 89:19
　92:17
**follow** 28:24
　31:19 35:23
　61:14 69:16
　74:14 78:17
　80:5,10 81:11
　84:10,13 86:6
　87:2 100:23
　113:6 118:8
　122:6 124:16
**following** 81:14
　82:6,10
**follows** 4:6 104:9
　109:13
**foregoing**
　126:13
**forest** 7:18
**form** 3:15,16,17
　3:19 25:11 74:1
　88:21 95:3,15
　96:9,11,13 97:21
　106:7,12,15,17
　108:13,19 111:9
　111:10 117:20
**formal** 50:14
**format** 17:6
**forms** 3:18 98:10
　102:19 106:3,21

**forward** 77:23
　92:7
**fossa** 47:17
**found** 93:17
　124:18
**four** 49:22 50:5
　50:21 55:6 56:5
　102:14
**fourth** 17:10,12
　56:4
**fracture** 37:3,8
**frame** 12:10
　28:18 61:3
**frankly** 79:1
**free** 17:4 22:10
**fremont** 4:16
**front** 16:9 17:1
　25:2 34:5 62:14
　70:14 97:16
　99:7,17 103:15
　108:10
**fully** 34:20
**further** 80:18
　81:2 89:24 91:3
　114:10,16
　123:13 124:14
　125:12

**g**

**general** 5:24
　23:24
**generally** 122:15
　122:21
**generated** 27:17
**generator** 90:9
**gentleman** 42:11
**gepax** 75:9,10,15
　75:19

**getting** 80:17,18
　114:15
**gist** 64:18
**give** 45:3 48:14
　48:17 64:19
　93:22 98:21
　103:12 104:20
　123:12
**given** 74:5 98:18
　126:17
**glass** 43:1
**glenoid** 30:5
　40:1,2,6,14,22
　41:2 44:9,23
　47:13,17 51:19
　52:9,19,20,22
　53:11,20 54:5
　55:11,21,24
　109:24
**go** 7:20,24 8:6,11
　8:18 16:10
　21:24 23:11
　24:21 25:6
　26:14 28:23
　33:17 45:15
　47:1 49:13
　50:20 55:18
　61:19 63:13
　71:23 74:11,21
　74:23 75:14
　78:7 79:16,18
　82:17 83:13
　91:20 92:7
　94:14 101:18
　102:13 103:13
　104:21 108:3
　112:12 113:7

**going** 16:7 20:24
　21:19 24:12,14
　24:15 43:2
　48:13,14 50:22
　58:5,14,16 59:19
　61:17 63:13,14
　68:14 89:18
　94:10 97:17
　99:18 102:18
　104:17,21 105:3
　106:5 112:12,13
**good** 5:3 20:9
　51:1 77:12,15
　107:23 117:16
　118:7 120:2,3,6
　124:11 125:9,10
**graduated** 9:11
**graduation** 8:23
**great** 25:7,14
　62:18
**grid** 95:19,20
　96:9,11 98:13
**grievance** 3:18
　102:19 103:20
　104:2
**grievances** 103:2
　103:6,16,23
　104:5

**h**

**hack** 2:7 3:4 4:8
　4:9 15:18 16:10
　16:17 22:9 25:1
　25:7,8 32:22
　33:17,21 36:10
　36:18 38:8
　39:24 43:5,6,13
　49:20 53:24

| | | | |
|---|---|---|---|
| 57:4,19 58:11 | **hawkin's** 34:17 | **hold** 62:15 64:21 | **identify** 46:9 |
| 59:13 60:6,24 | **head** 7:16 29:12 | **holds** 44:13 | 90:8 |
| 62:12 64:2 | **heal** 115:15 | **honestly** 95:16 | **idrizi** 1:24 126:6 |
| 68:20 70:12 | **health** 3:15,16 | **hope** 92:9 | 127:7 |
| 83:11 86:2 89:3 | 3:17,19 4:19,21 | **hopefully** 25:11 | **illinois** 1:2 2:5 |
| 91:8,15,22 94:20 | 27:16 28:13,19 | **hospital** 4:24 5:9 | 2:13 4:14 8:1,7 |
| 97:15 99:16 | 42:12 50:9 61:6 | 5:10,16 6:5,21 | 12:13 126:1,8 |
| 102:9 105:2 | 93:13 95:3 96:8 | 7:18 12:19 | 127:3 |
| 108:9 111:4 | 96:11 99:19 | 14:10 15:19 | **illness** 27:15 |
| 112:12,17,18 | 106:11 112:9 | 17:7 20:12 24:6 | 45:18 71:2 |
| 115:18 116:11 | **hear** 32:14,24 | 67:18 69:4 | 73:24 |
| 116:15 117:15 | 67:10 76:17 | 111:12 | **image** 45:4 |
| 118:1,6 123:10 | 92:2 104:10 | **hospitals** 93:14 | 47:11 51:10,16 |
| 123:12,14 | 121:23,24 122:2 | **hour** 28:14 | 51:22 52:4 |
| 124:11 125:9 | **hearing** 121:21 | 42:23 | 55:14,19 90:24 |
| **half** 28:14 | **help** 59:1 72:22 | **hsrf** 95:19,22 | 91:6,9 |
| **halfway** 26:2 | 80:12 81:24 | **humerus** 40:3 | **imaged** 43:18 |
| **hand** 25:15 26:3 | 90:9 98:21 | 47:12,16 51:3,6 | **images** 50:5,5 |
| 127:2 | 114:1 | 51:19 52:18 | 55:17 56:6 |
| **handle** 96:18 | **helped** 46:19 | 56:3 | **imaging** 17:20 |
| 98:14 | **helpful** 91:1,11 | **hundreds** 79:14 | 18:7,10,14 39:5 |
| **hands** 34:7 | **helps** 66:15 | 120:14,14 | 40:17 41:2,4 |
| **handwritten** | **hereto** 126:23 | **hurt** 54:16 | 43:14 60:19 |
| 22:16,18 | **hereunto** 127:1 | 116:18 | 61:6,9 62:2 |
| **hang** 25:4 27:13 | **herrington** 7:9 | **hyde** 9:24 | 77:14,14 89:24 |
| 105:14 | 7:10,12 | | 90:11,19 |
| **happen** 38:18,22 | **high** 68:15 93:22 | **i** | **immediately** |
| 115:19 | 114:17 | | 33:1 |
| **happened** 30:11 | **highly** 68:6 | **icd** 78:19 | **impinged** 72:18 |
| 85:9 | **hill** 52:22 | **idc** 79:19 | **impingement** |
| **happening** 83:6 | **history** 27:15,17 | **idea** 23:24 64:1 | 72:19 77:6 78:3 |
| **happens** 26:9 | 45:18 46:3 71:1 | 107:24 | **implicate** 103:6 |
| 82:17 104:12 | 71:15,17 73:24 | **identification** | **important** 9:3 |
| **happy** 81:17 | 75:1 123:24 | 16:16 24:24 | 22:12 36:13 |
| **hard** 51:2 87:8 | **hit** 29:12 | 49:19 62:11 | 47:15 69:21 |
| **hat** 12:23 | **hodgepodge** | 70:11 94:19 | 113:20 114:11 |
| **hate** 45:14 | 105:8 | 97:14 99:15 | 114:17,22 |
| | | 102:8 105:1 | |
| | | 108:8 111:3 | |

**[imported - kept]**                                                Page 11

imported 71:11
71:15
impression
27:21 45:9 71:5
78:7 87:10
inability 90:17
inactive 43:24
incarcerated
103:3
included 103:16
including 47:7
54:13
inconvenience
59:4
index 3:1 79:17
79:18
indicate 26:19
indicated 50:8
indication 19:7
43:9 54:2 56:6
90:24
indications
44:16 52:6 55:7
57:21 98:6
indirectly
126:23
individual 82:4
120:7
individuals
23:24
ineffective 12:17
46:21 54:8
inferior 53:10
information
19:6 27:5,6,14
36:13 47:14
72:5 74:5,8
93:18 94:13

95:13 96:10
103:20 115:8
initial 89:24
initials 95:20
inject 45:6 48:22
48:24 49:2 54:5
54:19
injectable 48:8
injected 80:11
injection 47:19
47:23 48:3,6,13
48:17 54:8
59:22 60:9,12
62:7 64:22
66:14,16,24
72:22 80:17,18
81:6 82:16 88:1
89:22 96:20
97:2,8 99:2
100:11 107:6,10
120:23
injections 107:1
injure 80:19
injured 36:7
117:10
injuries 6:1,2
46:3 85:6,15
111:20 120:13
injury 5:4 18:8
18:15 30:14
37:11 38:19
77:21 81:3 91:2
98:16 114:5,10
114:16 115:14
115:21,24
116:22 117:5,13
120:3,4

input 7:6 27:6
74:1
instability 38:15
38:18 39:1,14
instinct 38:10
institution 9:22
instructed
112:20
instruction
50:17
instructions
78:10
interact 22:15
interacted
108:22
interaction
14:22 15:11
20:16 21:18
22:19 23:6 24:2
24:17 49:10
70:18 89:16
93:2,8 94:6
107:18 108:24
interactions
14:17
interested
126:23
interfere 66:3,6
66:9
interferred
30:24
internship 9:14
9:18,21 10:2,3
10:11
interpret 50:13
interrupt 116:3
interrupted
33:16,22

intersect 110:11
intrinsic 82:19
introduce 24:15
iowa 8:3
issue 120:21
121:1
issues 36:7 41:10
58:22 77:2
82:11 117:14,18
item 47:18

**j**

j 1:8 2:12
jail 103:3
job 63:7
jobs 58:19
john 4:24
joint 35:7 37:4,4
37:15 44:11,24
45:6 48:23 49:3
51:1 56:1,23
57:16 59:5,22
62:8 65:18 68:1
68:9 72:21
73:14,14 78:23
79:7 80:12
110:5,8,11,14
119:16,19,20,23
joints 33:4,5
48:19 49:6,7
jot 22:24 23:4

**k**

keep 12:22 13:3
13:7 43:2
114:23 118:12
kenalog 48:5,7
kept 23:7

[kick - lockelord.com]                                                    Page 12

**kick**  24:20
**kind**  37:12 44:10
  57:8 71:16
  119:20 121:5,24
**kindly**  18:9
**knew**  35:13 68:9
  87:3 88:24
**know**  10:10,18
  10:23 18:19
  19:3 38:16
  41:11 42:11
  45:14 48:13
  58:3 64:8 69:6
  69:20 70:13
  73:5,7 75:6,9
  82:20 84:1
  88:14 89:17
  92:5 96:9,19
  97:1 101:12
  102:11,16 105:6
  108:11 111:6
  112:11 115:12
  118:17 124:11
**knowledge**  104:7
  106:18 118:3
**known**  48:5
  104:15 107:13
**kompotis**  42:9
  42:13,17

**l**

**labral**  44:17,19
  44:20 110:5
**labroscapular**
  109:24
**labrum**  38:20
  43:17 44:6,8,10
  44:13,22,23

  110:6
**large**  37:3 93:13
**lashundra**  95:5
**lawsuit**  22:23
**lawyer**  5:4 77:21
**laxity**  119:18
**leading**  36:3,14
  38:2 43:10
  53:21 56:24
  57:18 58:7
  59:10 60:3,20
  68:17 88:21
**learn**  107:17
**learning**  23:13
  23:19
**led**  54:5
**left**  23:21 24:7
  26:3 29:11
  30:13 34:1 39:2
  40:14 46:11
  47:6,7 50:6 51:7
  51:14 52:4,13
  53:5 64:19
  72:10,16 76:17
  78:23 79:7 81:9
  85:11 86:7
  87:16,19 89:12
  95:12,18,18,24
  96:2,19 98:14
  100:5 107:3
  109:10 117:6
  123:23
**length**  86:20
**lesion**  38:15 39:1
  39:14 52:23,24
  53:4,8,14,19
  54:3,10,13,19
  55:2

**lesions**  38:18
**level**  46:14
**library**  13:10,22
**licence**  12:12
**license**  12:15
**lift**  32:12
**lifting**  30:16
**ligaments**  38:20
**limbacher**  1:5
  2:21 4:11 19:8
  19:12,24 20:16
  21:2,4 22:1,20
  23:14,19 24:3,17
  26:16 28:2,15
  29:5,11 30:13
  31:11 32:3
  33:23 34:10
  35:21 37:3,14
  38:23 40:13
  43:8,20 44:17
  45:23 47:4,20
  49:10,23 50:18
  50:22 53:19
  57:21 61:5,9,20
  63:16 64:5
  67:20 69:4,6
  70:2,19 72:8
  73:18,22 74:6,9
  76:2,6 79:22
  80:8,16 81:12,19
  81:23 82:23
  84:11 86:23
  89:18 91:20
  92:11,24 93:9,24
  94:7 96:24 97:6
  99:1,8 100:8,10
  101:2,10,23
  102:20 103:1,15

  103:21,24 107:5
  107:9,18,24
  109:4,9 115:10
  116:18 124:4
**limbacher's**
  19:23 20:19
  21:17 24:7 42:4
  42:8,16,19 50:6
  52:4,13 65:10
  68:22 74:12
  75:14 89:12,15
  91:1,10 123:16
**limited**  44:2
**linda**  1:24 33:17
  116:11 126:6
  127:7
**line**  37:12 39:10
  39:10 40:17
  66:12,21 109:12
  117:14,19
  120:17
**lines**  95:2
**list**  27:17 38:7
  71:14
**listen**  58:16
  116:6
**listening**  32:23
**little**  25:15 51:2
  51:3,4 52:9,19
  56:3 73:15
**live**  4:13,14
**living**  66:10
**llp**  2:3
**location**  104:4
**locke**  2:3
**lockelord.com**
  2:8

| | | | |
|---|---|---|---|
| **long** 4:20 28:1 67:11 74:12 | **looks** 26:24 51:1 51:24 55:11 56:1 75:11 99:22 | **manual** 9:7 11:8 **march** 109:10 **marked** 16:14 17:11 24:22 49:16,17 62:9 70:9 94:17 97:12 99:13 102:6 104:23 108:6 111:1 | **medicaid** 79:20 **medical** 3:11,14 6:22 7:5,22 8:6 8:11,14,16,18 10:24 14:9,13,20 15:9,13,15 19:6 19:13,15,17,21 19:23 20:12,19 21:17,22,24 23:8 23:16 26:7,20 29:21 45:11 60:8 62:19,21 68:16 69:17,22 70:3,16 74:24 93:2,3,8,11,21 97:24 98:3,20 104:5 106:20 108:15 114:18 119:8 121:10 123:4 |

**longer** 96:18 98:14,23 100:5 115:15
**longlasting** 81:4
**look** 14:1 15:10 16:1 17:5,8 19:6 19:20 22:22 23:11,23,24 31:24 32:5 33:2 49:15,24 50:2,15 51:6 52:22 55:5 56:18,22 57:2,6 57:20,21 58:6 62:13 67:5 70:6 74:11 75:7,12,22 76:13 77:8,13 79:16 83:19 85:15 89:23 95:1,17 96:4 97:10,17 98:2 99:18 105:3,12 105:24 106:23 108:14 109:5 110:20 111:23 112:13 113:24 118:18
**looked** 13:21 14:2 20:19 21:13 22:6 24:4 57:22 59:8 65:3 65:10,16 75:20 90:18,20,21 93:3
**looking** 29:17 55:15 62:4 96:3 105:15 123:1

**loose** 73:15 119:16,19
**looseness** 35:11
**looser** 35:8
**lord** 2:3
**loss** 37:24 38:10
**lot** 9:8 36:7 54:11,16
**lots** 35:9
**loud** 96:17
**love** 75:4
**low** 86:13

### m

**m** 4:16
**m.d.** 9:2
**m25-512** 79:5,11
**ma'am** 105:19
**magnetic** 18:7 18:10,14
**main** 110:3
**maintain** 12:6
**making** 33:7 36:23 57:23 58:24
**manage** 98:21
**management** 41:9 88:2 89:2 90:7 120:12 121:2
**maneuvers** 34:8 34:9
**manju** 110:21

**marker** 56:14,16
**masking** 80:21
**master's** 8:3,5
**matters** 126:12
**mccarthy** 1:13 3:3 4:4,9,12 16:8 24:12 25:5 96:19 98:18 100:4 102:10 105:4 114:4 116:12,17 123:1 123:9,15
**mean** 10:8 11:6 32:21 38:20 40:22 51:4 57:3 57:8,12 61:19 73:15 78:18 79:14 104:12 109:15,17,19 116:3 119:15 120:1,2,11,20 121:1
**meaning** 40:9 41:15 80:12 81:19
**means** 110:23
**meant** 76:9,10
**measures** 113:12

**medicare** 79:19
**medication** 16:1
**medications** 27:16 71:12
**medicine** 5:15 5:17,18,22 6:12 6:17 7:17 8:21 9:7 11:2,8,17,19 11:23 12:13 14:2 25:12 32:18 83:13 114:3 115:20 120:10,12 121:7
**meet** 21:1
**meeting** 23:14 23:19 24:16 35:18 50:17 76:2 86:20 94:5

[memory - nurse]

Page 14

| | | | |
|---|---|---|---|
| **memory** 119:9 | **morning** 16:23 | **name** 4:9,11 | **night** 13:24 |
| **mentioned** 103:2 | 26:16,24 | 19:16 42:10,13 | **noise** 33:3,7 |
| **met** 19:7 21:4 | **motion** 66:4 | 68:3 71:9 | **nonsurgeon** |
| 28:15 38:23 | **move** 30:4 32:11 | 102:14 103:2,17 | 113:12 |
| 40:13 76:5 | 33:3 34:4,4,6,16 | 110:21 | **nonsurgical** |
| **mia** 2:17 123:10 | 34:22 44:14 | **national** 79:9 | 41:15 89:2 |
| **mia.buntic** 2:18 | 90:17 119:18,20 | **necessary** 41:17 | 121:2 |
| **midnight** 51:24 | 119:23 | 90:1 | **normal** 37:8 |
| **mild** 110:4 | **moved** 72:1 | **neck** 36:7 59:24 | 69:7 76:22 |
| **mind** 9:4 33:1 | **movement** 44:2 | 61:15,16 80:4,13 | 124:24 |
| 35:4 48:9 53:18 | 78:16 79:7 | 82:4,11 85:7,16 | **normally** 77:1 |
| 61:3 68:5 73:10 | **moves** 36:22 | 87:7 92:18 | 118:13 119:7 |
| 82:22 83:5 | **mri** 39:8,22 41:6 | **need** 6:3 10:22 | 121:24 |
| 113:9 | 43:18 44:21 | 12:2 13:20 25:6 | **northern** 1:2 8:7 |
| **minor** 51:4 | 45:3,6 55:3 | 33:1 39:6 45:16 | 8:11 |
| **minute** 16:11 | 64:19 65:2 67:5 | 53:23 88:16,18 | **notable** 51:9 |
| 24:20 94:15 | 77:17 86:16,17 | 92:11 104:19 | 52:10 |
| 105:21 108:3 | 89:11,13,14 90:3 | 112:14 117:8 | **note** 3:11 23:2,5 |
| **minutes** 23:2 | 90:15,24 91:6,20 | **needed** 46:16 | 23:23 25:19,22 |
| 26:16 28:4 | 92:12,19,21 | 53:18 117:9 | 26:10,15,21,23 |
| 42:24,24 | 109:4,6,9 110:16 | **needs** 41:21 | 27:5,11 29:17 |
| **misspoke** 11:8 | **mri's** 61:15 | 113:13 | 64:15,16 65:7 |
| 52:23 | 86:14 89:19 | **neer's** 34:12 | 89:24 93:2 |
| **misstate** 119:14 | 124:23 | 77:7,18,21,22 | 94:24 95:6 |
| **misstates** 83:2 | **multiple** 29:8 | **negative** 39:16 | 109:1 |
| 85:22 91:4,13,21 | 48:16 107:19 | 40:21 | **notebook** 23:11 |
| **mixing** 61:18 | 115:4 116:23,23 | **neurology** 10:7 | **noted** 35:21 |
| **mobile** 44:10 | 124:4 | **neurosurgeon** | 109:23 |
| **moment** 17:3 | **muscle** 43:16,17 | 61:15 81:14 | **notes** 14:16,20 |
| 19:17 49:24 | 44:19,22 | 83:9 84:7 87:23 | 14:22 22:16,18 |
| 70:8 73:1 97:17 | **muscles** 38:20 | **never** 88:4 95:16 | 112:14 119:3,6 |
| 99:11 103:12 | **musculoskeletal** | 97:22 102:17 | **november** 1:16 |
| 104:20,22 105:5 | 6:2,20 21:10 | 103:14 104:15 | 63:7 100:7 |
| 123:12 | 76:14 120:13,15 | 106:20 112:11 | **number** 3:9 |
| **month** 10:6 | | **new** 24:15,19 | 39:21 67:22 |
| 28:22 84:15,18 | **n** | 72:5 105:4 | 78:16 115:7 |
| **months** 107:11 | **n** 4:16 | 118:17 | **nurse** 63:20 95:5 |
| | | | 96:23 101:9 |

[nurse - osteoarthritis]

110:22

**nurses** 6:23

**o**

**o** 4:16 68:4
**oak** 7:18
**objection** 15:17
22:4 32:19 36:3
36:4,14 38:2,2
39:19 43:10
53:21 56:24
57:18 58:7
59:10 60:3,20
63:23 68:17
83:2 85:22
88:21 91:4,13,21
115:17 117:11
117:20
**observation**
36:20 85:18
**observations**
75:24
**observe** 44:3
50:23 52:16
**observed** 72:9
81:9 110:16
**observing** 43:15
**obtaining** 11:21
**obvious** 46:12
**occasion** 16:6
**occasionally**
69:9
**occasions** 107:19
**occur** 54:2 59:7
114:8
**occurred** 30:23
**occurring**
109:23 117:19

**october** 21:2,5
21:18 23:14
24:3,17 27:1
29:7 31:11 32:4
34:1 37:2 38:24
40:13 42:5,7
43:8,21 48:12
49:10,23 50:10
50:18 52:5
53:17 61:20
63:16 99:1
123:20
**offer** 62:7 64:22
97:7 122:17
**offered** 59:21
60:9 61:12 80:5
82:16 84:8 85:9
86:8 87:24
92:16 96:21
98:19 99:3,9
**offhand** 102:22
**office** 12:19 13:6
14:6 18:22 19:5
64:8 127:2
**oftentimes** 22:24
41:8 83:9 85:13
**oh** 101:22
**okay** 7:12 9:10
17:9 18:5,13
19:3,10 20:3,10
20:21 25:10,14
26:1 27:4,19
28:5,11,15,23
29:18 30:12
31:18 33:15
37:7,23 39:6,16
40:4,21 41:7,24
43:3 44:3 45:1

47:14 48:9 49:2
49:5,15 50:21
52:2 53:13 54:1
55:5,13,18,22
56:1,5,14,20
58:19 59:14,18
60:1,11 61:17,24
62:13,16,17
63:20 64:3,11,24
68:10 69:5
70:16 71:13,15
71:18 72:14
73:9,17 77:12
78:7,15,24 79:4
79:8,11 80:2,7
81:11 82:5,8
89:8 92:3,5,6,8
92:24 93:11
95:12,17 96:3,13
96:16 97:19
101:1,14 102:18
103:9,12 104:17
105:3,7,20,23
106:3,22 108:13
109:8,18,22
112:12 113:15
118:6,23 120:9
121:3,9,14,20
122:4,10,14,21
123:1,8
**old** 23:11
**once** 22:24 86:4
**ones** 75:19
**online** 79:16
**onset** 18:4
**onsite** 112:6,9
**open** 75:11
85:11 86:7

108:12

**opened** 19:13,15
**operate** 113:22
**opinion** 88:17,20
107:23
**oral** 12:1,3
**oranges** 61:18
**order** 89:11,13
89:14 91:19
**ordered** 24:10
37:6 59:16
92:19
**ordinary** 69:15
**original** 106:11
**ortho** 101:17
**orthopedic** 11:5
11:10 13:5,9,13
42:1,5,14,20
85:5 88:19 89:1
89:5 98:15
101:24 107:20
107:24
**orthopedics** 10:5
10:6 13:23
**orthopedist** 60:2
60:14 86:11
88:6,7,12
**orthopedists**
88:8
**osseous** 109:23
**osteoarthritic**
125:1
**osteoarthritis**
56:7,13,15,19,23
57:15,22 58:6
59:9,15,20 65:13
65:17,21 66:13
66:17,21 67:8

85:20 110:16
123:16,23
124:17,19
**osteopathic** 8:20
9:15,23
**osteopaths** 9:6
**osteopathy** 8:24
9:2
**outcome** 104:12
126:24
**outpatient** 25:12
74:16,18,23 90:2
112:24
**outside** 30:4,5
**owe** 113:1

**p**

**p** 68:4
**p.m.** 1:17 95:4
125:14
**page** 3:2,9 17:10
17:12 18:5,11
25:22 45:8,15,19
46:6 50:21,24
51:10,12,17 52:2
52:10,12 71:2,4
71:6 78:8 95:2
95:19 96:4
97:18 98:2,6
99:18 101:19
105:12 108:14
109:6 110:21
**pages** 16:21 17:4
49:22 50:20
55:5 96:4
102:14 105:24
**pain** 17:21 23:21
30:15,20 31:21

35:23 36:8,8,12
44:2 46:10 47:6
47:24 49:7
53:14 54:7,9
55:1 59:4,17
61:13 62:5 66:1
66:15,21 72:16
72:23 73:3,6,11
77:4,19 78:15,23
79:6 80:4,8,13
80:13,21 82:11
82:12 83:8,8,13
83:15,17,22 84:4
84:20,21 85:8
87:5,6 90:8
91:12 96:18,20
98:14,21,23 99:2
99:4 100:5
115:10 121:17
124:22 125:3,6
**painful** 16:24
35:10 40:7,10
54:10,11 65:22
87:4
**paragraph** 17:17
18:6,9
**pardon** 33:22
58:1 105:16
**park** 9:24
**part** 6:17,23
11:4,7 14:14
15:15 27:4 40:5
45:11,12 53:10
53:14 56:2
81:22 95:19
96:9,10 112:19
114:17 121:14

**partial** 37:15
**particular** 70:24
72:15 75:1
117:2
**parties** 4:3
126:22
**parts** 99:23
**pass** 63:15
**passage** 35:24
36:2,20
**passive** 77:7
**pathologies**
34:11 46:3
**pathology** 35:1
50:23 51:17
52:6 75:1 117:8
**patient** 15:5,6,11
20:1,11 22:15
23:1,3,6 24:1,14
28:7,8,12 33:6
33:13 36:1,11
39:17 41:2,19,21
46:14 50:15
54:10,12 57:15
58:13 59:1,4,8
60:18 63:22
64:18 68:12,15
70:17 75:8
83:14 84:23
88:14,15,18 89:5
90:14,15,20 93:8
100:9,16,18
101:17 103:10
106:5,8,12,15
108:23 113:2,9
113:16,17 114:2
114:10,12,23,24
115:16 117:7,17

117:24 118:14
118:19,20,23
119:4 121:2,10
121:21,21 122:5
122:7,11,12,14
122:22
**patient's** 33:4
88:17 117:6
118:15 121:15
122:18
**patients** 14:17
14:22 21:12
28:5,19,24 65:21
75:12 93:18
103:6 106:19
108:18 114:5
115:6 118:16
119:21 124:12
124:18
**peers** 6:15
**people** 5:24 6:2,3
31:16 67:22
72:11 85:14,15
94:12 95:14
120:15 124:22
**perceived** 35:15
36:8
**percent** 89:21
**perception** 30:10
33:12 36:12,20
87:6
**perform** 32:3
34:7,9 67:18
**period** 7:16
**periodically**
16:4 28:24
106:24

permanent  81:3
  81:8
person  19:24
  64:9 67:21
person's  32:23
  110:21
personal  5:4
  13:10 77:21
  126:15
personally  93:23
physical  5:15,17
  5:18,21 6:12,17
  7:2,4,11,17 8:8
  8:11 9:8 11:2,17
  11:23 13:12,13
  14:2 27:20
  31:10,11,14 32:8
  32:18 33:23,24
  34:23 67:1
  71:18 75:23
  83:12 114:3
  120:23
physically  34:7
physician  6:16
  6:19 32:18,18
  41:12,14 42:11
  60:8 63:4,16
  69:9 77:20
  83:12 85:1,3,4
  85:17,19 88:14
  88:20 96:14
  98:11 99:24
  100:16,23 104:8
  106:8 108:23
  111:16 117:16
  118:4
physicians  6:12
  79:12 92:18

113:22
pick  116:16
picture  36:17
  77:15
pinches  77:24
pinching  77:9
pinpoint  114:20
pivot  44:14
place  13:2,6
  48:13 126:19
placed  118:16
places  48:16
plain  45:3 49:22
  51:10
plaintiff  1:6 2:9
  2:21 19:8,12
  123:3
plaintiff's
  119:13
plan  27:21 45:9
  71:5 78:8,9
  87:10,15
play  18:14 38:21
please  4:11 5:6
  24:14 25:22,23
  33:24 45:8
  49:13 50:1 52:3
  68:3 70:7,14
  71:24 75:7,22
  78:8,17,21 96:19
  98:17,22 99:19
  100:3 102:11
  111:7
point  22:22 24:6
  25:7 35:4 49:5
  58:24 60:5
  61:22 80:3 84:6
  88:8 89:10

92:12 93:4,24
  101:2 109:3
  113:7
points  76:23
popped  29:19
popping  121:23
pops  30:6
portion  70:22
position  5:9 7:13
  34:17 119:17
positive  77:19
  119:10 120:6
possibility  37:17
  37:24 39:3
  40:12 53:4,19
  57:14 124:3
possible  15:2
  29:24 34:10
  35:1 54:2 58:17
  67:7,11 73:9
  77:4 98:22
  114:12 117:7
  123:22
possibly  39:1
  47:23 89:24
post  78:9 110:17
posterior  109:14
posteroinferior
  109:23
potential  31:20
potentially  90:8
practice  5:17,21
  12:12 15:15
  16:5 69:4,7
  121:7
practicing  69:9
practitioner
  110:22

preber  2:14 3:5
  15:17 22:4 25:5
  32:19 36:3,14
  38:2 39:19
  43:10 53:21
  56:24 57:18
  58:7 59:10 60:3
  60:20 63:23
  68:17 83:2
  85:22 88:21
  91:4,13,21
  115:17 117:11
  117:20 118:8,11
  123:8 124:15
  125:8,10
prefer  41:16
preparation
  118:14
prepare  21:5
prepared  27:11
  45:12 70:21
  71:20
prescribe  47:18
present  2:1,21
  27:15 45:18
  58:15 71:2
  73:24 76:5
presentation
  42:5,9,17,20
  68:23
presented  21:9
  23:20 38:12
  116:21
presenting  59:4
presently  4:18
presents  31:19
  41:19 58:13
  83:14

| | | | |
|---|---|---|---|
| **pretrial** 22:2 | 69:15 100:14 | 61:2 63:18 | **raise** 31:23 34:5 |
| 103:24 112:22 | **procedures** 32:3 | 94:21 96:10 | **randall** 2:7 |
| **pretty** 26:21 | **proceedings** | 99:6 100:23 | **randy** 4:9 |
| **prevent** 117:18 | 126:17 | 101:10 102:10 | **range** 66:3 67:2 |
| **previous** 126:9 | **process** 11:20 | 103:15 105:4 | **ray** 3:12 37:5,9 |
| **previously** 21:9 | 91:2 100:14,20 | 108:10 119:17 | 37:11,22 39:11 |
| 23:20 24:4 34:3 | 101:13 110:13 | **q** | 39:14,16 40:20 |
| 72:3 96:21 97:3 | 121:6 | **qualified** 68:6 | 40:21 46:16 |
| 98:19 | **produced** 105:11 | **quality** 68:11,15 | 47:11,22,23 50:4 |
| **prieto** 67:24 | **professional** | 114:18 | 50:5 51:16 52:6 |
| 68:6,14 | 8:22 29:21 60:8 | **quantify** 87:8 | 52:16 59:16 |
| **printed** 16:20,23 | 107:23 | **quarters** 95:18 | 62:4 65:3,6,11 |
| 98:7 | **professionals** | **question** 5:5 | 65:20 72:6,10,20 |
| **printout** 16:22 | 6:23 62:22 | 11:6 15:17 33:5 | 73:19 74:19 |
| **prior** 18:21,22 | 93:13 | 33:18 42:15 | 92:16 113:6 |
| 20:16 21:17 | **program** 16:3,9 | 57:10 58:1 | 124:6 |
| 22:2 23:14,19 | 26:20 | 60:11,12 69:3 | **rays** 24:1,4,7,10 |
| 24:2 35:18 65:7 | **promised** 100:4 | 75:6 91:23 92:9 | 24:10 47:7 |
| 65:16 72:1 | **prompt** 114:7,11 | 92:10 116:6,9,11 | 50:13,15,16 |
| 74:12 91:13 | 115:16 117:18 | **questions** 45:16 | 59:18 72:11 |
| 93:4 104:1,5 | **prompted** 94:4 | 118:9 | 75:11,19 120:24 |
| 123:24 | **promptly** 107:15 | **quick** 71:22 | 124:23 |
| **private** 113:2 | 117:10 | 118:18 | **reach** 65:1 |
| **probably** 9:7 | **proper** 35:7 | **quickly** 29:19 | **read** 18:9,12 |
| 21:13 28:14 | **protocol** 100:15 | **quite** 9:20 10:8 | 21:8 33:19 |
| 65:3 72:17 | **provide** 5:13 | 85:16 | 50:12 53:3 54:1 |
| **problem** 27:17 | 28:19 68:12 | **quotations** 76:21 | 59:19 61:3,4,21 |
| 39:18 41:20 | **provided** 74:9 | **r** | 62:1 96:16,17 |
| 43:16,18 44:4 | 106:7 | **r** 4:16 68:4 | 101:19 110:3 |
| 45:2 71:14 | **provider** 63:22 | **radicular** 83:8 | 116:13 |
| 81:20 82:1,19,24 | **providers** 101:5 | 84:21 | **reader** 110:15 |
| 86:4,24 89:17 | 104:5 | **radiographic** | **reading** 39:14 |
| 90:6 92:14 96:5 | **providing** 91:2 | 56:17 | 65:6,15 |
| **problems** 21:9 | **pull** 72:12 | **radiologic** 16:24 | **realize** 115:3 |
| 24:13 58:20 | **pursue** 84:7 | **radiologist** | **really** 52:20 |
| 74:13 81:8 | **put** 21:12 27:8 | 75:11 | 55:21 121:18 |
| **procedure** 31:19 | 27:10 34:7 | | **reason** 12:17 |
| 37:12 41:3 | 36:17 50:22 | | 46:10 59:3 |

68:10 92:20
**reasons** 29:1
**recall** 10:8 13:13
13:15 21:7,23
22:7,14 23:13,17
23:22 24:9 28:3
29:10 30:19
31:2,8,17 37:5
38:5 46:23 69:1
73:20,23 74:15
80:23,24 81:5
94:8 98:1 108:2
**receive** 8:23
10:21 68:15
81:3 97:7 99:2
100:9,10 101:23
107:10 113:3
115:16
**received** 10:19
11:7 19:9
107:14 109:4
117:18
**receiving** 97:5
**recess** 43:4
94:16 108:5
112:16
**recognize** 105:13
106:3 111:9
**recollect** 94:5
**recollection** 20:4
20:7 23:18
35:16
**recommend**
84:16 120:22
122:5,10
**recommendati...**
17:16

**recommended**
100:11,17
**record** 3:14,20
14:13 15:9,13
16:10,13 19:15
19:21 20:12,12
21:13,22,24 22:6
23:5,8 24:16
26:7 33:19 43:5
45:11 50:22
62:24 69:17,22
70:3,17 93:22
94:14 106:11,20
108:3,15,24
112:13,17
116:13 118:16
119:8 126:16
**recorded** 108:19
**records** 12:23
14:10,21 19:6,13
19:23 20:19
21:17 62:19,20
74:12,24 93:4,8
93:11 97:24
98:3
**recurrent**
109:14
**recurring** 23:20
53:14 65:24
72:15 73:11
74:13
**refer** 17:15 55:4
67:20,22 88:5,7
88:10 89:5
92:21 106:23
113:17,24
114:23 122:21

**reference** 77:18
86:10 95:5
**referral** 63:19
67:6 100:24
113:21
**referrals** 21:12
**referred** 83:19
**referring** 56:8
60:1,7,13,15,22
114:24
**reflected** 70:3
**reflecting** 22:19
70:17
**reflects** 26:15
69:22
**refresh** 25:6,9
**refuse** 122:5
**refused** 122:8
**refuses** 122:11
122:14,22
**refusing** 122:16
**regarding** 61:15
104:16
**regardless**
102:24
**registered** 95:5
**regular** 29:1,3
**regularly** 13:19
**rehab** 5:15 6:12
7:5,7,8 11:2,17
11:23 13:11
14:3 25:12
41:14 89:1
**rehabilitation**
5:19,22 6:17
7:17
**relation** 47:12
47:17

**relative** 126:20
126:21
**reliable** 93:17
**remarkable**
51:21
**remember** 21:16
21:21 22:10,13
27:5 29:14
30:12 46:20
47:3 49:9 65:6
73:17,21 80:7
97:5 102:22
**remote** 109:14
**remotely** 1:14
4:2
**repair** 117:8
**repaired** 115:24
116:2
**repeatedly** 107:9
**repetitive** 30:21
35:12
**rephrase** 5:6
7:22 10:22
21:19 28:9 39:6
57:7
**replacement**
67:9,13,15,17
**replacements**
68:1,9
**report** 29:6
75:24
**reported** 1:24
102:3 126:14
**reporter** 33:20
110:15 116:14
126:7 127:8
**reports** 33:6

**represent** 4:10
102:18
**representation**
102:21
**representing**
2:19
**request** 3:15,16
3:17,19 88:11
95:3 96:9 99:20
106:7,12
**requested** 33:20
99:8 107:5,15,19
116:14
**requesting** 98:15
100:10
**requests** 100:16
100:17 107:2
**required** 11:22
**residency** 9:15
10:11,12,15,17
10:20
**resolution** 92:14
**resolve** 54:24
**resolved** 41:20
80:6
**resonance** 18:7
18:10,14
**respect** 88:16,20
**respond** 104:11
**responding** 65:7
**response** 65:11
65:12
**responsibilities**
6:9
**restate** 53:23
**result** 109:17
**results** 78:2
86:15,16

**retained** 104:6
**retired** 42:12
**reverse** 67:15,16
**review** 19:22
20:4 37:9 93:7
118:15 123:20
**reviewed** 75:8
**rhack** 2:8
**richard** 2:12
**rid** 66:20
**right** 9:18 17:11
18:20 19:17
20:13 21:13
23:8 25:15 26:3
26:12,17,21
27:22 33:13
36:19 38:9 40:6
42:2,15 43:1,2
44:12,13,14,21
46:7 47:19 48:3
48:20 49:13,21
51:14 53:1
54:13,16 58:13
58:15,17,20,23
59:5 61:22 62:2
63:8 64:6,16,20
66:7,18 67:9,16
67:18,23 68:23
70:4,22 72:2,3,6
72:24 74:2,9
75:2,16,20 76:11
78:13 79:2
81:21 82:3
83:21,22,23 84:1
84:22,24,24 85:1
85:6,18,21 86:19
86:21 87:4,12,14
88:20 93:7

95:10,21,23,24
98:5,8 99:20
101:11,21
104:14 106:17
109:3 110:10
114:7,9 115:23
116:19 122:4
124:8
**risk** 81:2 114:6
114:10,16
**role** 18:13
**room** 55:14 76:8
76:10
**rotate** 34:6
**rotating** 10:3
**rotator** 35:5
51:23 52:8 55:9
56:2,2 73:13
77:1,11,13 90:18
**routinely** 15:14
**rule** 53:18 58:20
58:22 124:6
**ruled** 124:3
**run** 95:2
**running** 16:9
**rush** 9:16 10:12
10:20

**s**

**s** 1:24 126:6
127:7
**sach's** 52:23
**saith** 125:12
**sat** 73:16
**save** 15:8
**saw** 15:2 20:2,6
20:8,11 21:13
25:19 26:16

55:6 57:13 58:4
60:23 61:1,11,20
63:16 71:17
72:13 73:1 78:2
87:21 92:18,24
93:10 101:3,5,6
102:1 103:11
107:5 115:22
116:17 123:2,6
123:19 124:2,9
**saying** 73:18,21
80:8 81:19,23
87:20 91:17
95:9 116:1
121:16,21
**says** 17:19 50:9
58:16 95:10
101:16 111:13
**scans** 82:6
124:23
**scapula** 40:5
110:13
**scarf's** 34:18
**schedule** 21:11
29:1,3 64:6
81:11 84:10
86:6 98:17
100:3,19,23
101:2,7,10
106:19 118:17
122:6
**scheduled** 28:12
64:5 101:1
**scheduling** 63:20
101:9
**school** 7:23 8:6
8:12,15,16,18
9:17

sclerosis 56:17
screen 24:19
  94:22 102:11
  105:5
scroll 17:4
sdt 79:9
seal 127:2
second 55:23
  60:22 87:21
  97:18 105:14
secondary
  109:13
section 18:8 32:8
  45:9,17,19 46:7
  71:2,5,19,19,24
  74:1 75:7,23,24
  76:14,15 78:8,12
  87:10 100:2
sectioned 19:19
sections 71:8
sector 113:3
see 17:1,13,17,22
  19:13,24 21:8
  22:1 23:3 25:3
  25:11,12,14
  34:21 43:8,19,23
  44:16 45:8
  47:12,16,22 51:2
  51:17,19,20 52:5
  53:7 54:4,6 55:7
  55:16,21,23 56:3
  56:12,20,22 57:8
  57:10,24 58:6
  59:22 62:6
  63:22 64:21,23
  65:19 66:14
  70:14,22 71:18
  72:20,22 74:12

74:24 75:13
76:15 77:5 80:6
81:16,17,21 82:2
82:16 84:7,8,17
85:14 86:7 87:1
88:11,15,18,24
89:5 91:24
94:22 95:3,20
96:2,6 98:15,18
99:22 100:16
102:12 106:22
107:19 108:11
109:6 110:21
111:6,11 112:14
112:24 115:4
118:14,20
120:14,24
121:12,18 125:1
seeing 23:24
  37:5 53:17 83:9
  83:16 84:13
  85:17 106:8,13
seek 122:11
seeking 46:4
seen 19:14 20:5
  21:12 60:18
  62:3 82:3 93:23
  94:10 95:7,16
  97:22,23 101:17
  102:2,17 106:21
  107:24
send 62:1 80:22
  90:3,7,15,19
sending 61:5,9
  105:11
sensation 121:23
sense 49:6 58:9

sent 63:10,11
  120:18
sentence 17:19
sentences 18:7
sequelae 109:13
  109:15,17
sequence 109:16
serious 22:1
  85:15
seriously 33:8
service 3:15,16
  3:17,19 10:1
  11:1,5 26:15
  42:13 95:3 96:8
  96:11 99:19
  100:17 106:11
  111:11 112:19
services 5:12
  6:14 7:5,7,8
  10:4 11:9 28:20
  61:6,10 112:10
set 127:1
setting 74:23
  76:7
settings 17:16
severity 59:15
  59:20
shane 1:5 2:21
  19:7
share 16:9
shares 98:10
  99:22
sheriff 1:8
short 18:6 41:20
  118:13
shorthand 126:7
  127:8

shortly 76:1
  112:15
shot 98:18,21
  100:4
shoulder 16:24
  17:21 23:15,21
  23:21 24:7,8
  29:11,13,15,16
  29:23 30:1,3,4,4
  30:14 31:20,21
  31:24 32:1,16,24
  34:1,5,8,21,22
  35:2,8,10 36:8
  36:21 37:4,11
  38:1,21 39:1,2
  39:11,22 40:3,15
  41:24 44:2
  46:11 47:6,7,19
  47:24 48:17,20
  49:1 50:6,9,13
  51:14 52:4,9,13
  53:5,10,15 54:6
  55:20 59:22
  61:12,13 62:5
  64:19 65:14
  66:13,16 67:9,12
  67:13,15,16,21
  68:7 71:21 72:6
  72:10,16 73:3,6
  74:15 76:17,22
  77:23 78:23
  79:7 80:9,15,19
  80:21 81:4,9,20
  82:1,12,19,24
  83:6,14,20,22
  84:4,6,20,21
  85:21 86:18,21
  86:24 87:2,4,7,7

**[shoulder - stated]**

87:11,16,19 88:1
89:12,15,17 90:4
90:17 91:1,11
96:19 97:2,7
98:14 100:5
107:1,3,6,9
109:10,14 110:5
110:9,14 111:17
111:20 115:11
117:2,5 119:13
119:15,17,18,23
120:3,4,7,16
122:3 123:16,23
124:4
**shoulders** 44:9
**show** 31:23
72:11 100:19
111:5
**showed** 21:17
**showing** 125:3,6
**shows** 19:17
**shredded** 23:4
**side** 26:3 34:6
53:1
**sign** 34:18 77:7
119:24 120:2,3,5
**signal** 32:17
**signals** 80:21
**signature** 26:2,5
27:3 71:10
125:13 127:5
**signed** 16:19
**significant** 52:17
54:15 65:13,17
67:8,12 70:21
82:23 85:20
99:4

**signs** 72:19 77:6
123:15,19 125:3
125:6
**similar** 9:6 17:8
**similarities**
98:10 99:23
**simplified** 121:3
**simply** 92:10
**single** 23:23
**sit** 12:3 21:15
23:22 104:18
106:16
**site** 112:4
**sits** 40:3
**sitting** 47:16
**skilled** 67:21
68:6 85:4
**skills** 9:8
**sleep** 31:4,7
**sleeping** 30:18
66:7
**slip** 98:20
**small** 18:6 37:4
40:2 52:1 55:24
**socket** 29:20
30:4,5,6 35:9,11
44:13 53:1
110:11
**soft** 43:17
**solution** 67:12
81:7,8
**solved** 86:4
**somebody** 27:8
31:19 64:5 70:2
82:2 114:16
115:9 125:2,5
**somebody's**
66:20

**someone's**
123:23
**somewhat** 57:11
79:1
**soon** 98:22
**sooner** 117:22
**sorry** 9:20 10:11
31:16 33:16
42:10 45:14
67:10 77:19
92:3 100:10
112:7
**sort** 43:24 51:5,6
74:22 94:6
121:22
**sound** 29:22
**sounds** 36:21
**source** 93:17
**sources** 13:18
**south** 2:4
**space** 12:22
**speak** 18:21
68:22 118:24
**speaking** 19:4
30:7
**specialist** 10:24
83:13 98:15
113:10 114:23
114:24
**specialty** 6:4
9:13 113:23
**specific** 17:16
35:4 46:9 78:24
**specifically** 97:1
99:2
**specified** 126:19
**speculation**
32:19 36:4 38:3

39:19 63:23
85:23 115:17
117:11
**speed's** 34:19
**spell** 68:2
**spend** 9:7 10:7
28:1
**spent** 10:6 11:8
**spinal** 6:1
**spine** 86:13
87:21 89:19
**spoke** 55:15
86:23
**spurring** 51:3,5
51:18
**stamp** 25:16
50:8 105:16
**standard** 28:6
31:18 112:21
113:1 123:5
**standards** 113:8
**stands** 91:23
96:8
**start** 23:2 26:21
27:11 31:10
37:10,21 39:8
40:19 54:9
66:23,24 67:1
74:18 78:20
97:20 113:5
116:8 119:20
**state** 8:1 12:13
20:7 126:1,8
**state's** 2:11
18:22 19:5
**stated** 29:9 34:3
49:12,14 76:20
119:2

**states** 1:1
**status** 27:16
**stayed** 29:2,4
**stenographically** 126:14
**step** 55:1 62:6
  68:23 85:10
  86:9 88:2 92:17
  121:6
**steps** 80:9
**steroid** 48:8
**stipulation** 4:2
**stop** 119:22
  120:1
**stored** 23:7
  26:11
**strain** 43:9
**strengthen** 120:23
**strengthening** 67:2
**stroger** 4:24
  5:16 6:20 42:21
  61:6,10 67:18,22
  75:14 79:13
  89:6 98:11
  100:15,22 103:8
  104:8,13 111:21
  112:4,20 113:3
**strokes** 6:1
**structures** 109:24
**studied** 11:3
**studies** 8:10
  124:21
**study** 11:4
**studying** 51:16

**stuff** 105:10
**subchondral** 55:9,10 56:8,10
  56:18,20 65:14
**subject** 92:10
**subjective** 87:5
**sublux** 34:22
  39:22 119:15
**subluxed** 73:15
**subpoena** 19:9
**subscription** 16:20
**subsequent** 94:5
  114:10
**substance** 81:24
**success** 90:10
**successfully** 12:6
**suffered** 114:5
**suffering** 38:11
**suggest** 74:21
  98:7
**suggested** 44:4
  72:21 97:3
**suite** 2:4
**suited** 43:15
  77:15
**summary** 18:13
**suppose** 54:17
**supposed** 88:13
  96:10
**supraspinatus** 72:19 77:9,24
**sure** 6:13 21:21
  22:6 28:14 32:7
  41:9 65:8 68:19
  84:20 86:4 93:6
  107:14 113:15
  117:17

**surely** 77:20
**surgeon** 41:22
  41:23 42:2,6,14
  55:4 67:6 68:7
  88:19 89:1,6
  107:20 108:1
  120:14
**surgeons** 67:17
  120:19
**surgery** 41:16,20
  41:21,24 67:17
  67:21 101:17,24
  117:8
**surgically** 113:14
**surprises** 16:19
  94:11
**susie** 7:9
**suspended** 12:16
**sustained** 22:1
  23:15
**sworn** 4:2,6
  126:11
**symptoms** 29:6
  58:15,17 116:22
  116:23
**system** 13:1 14:7
  14:10,11,14,17
  15:8,13,19,19
  16:2 20:13
  21:10 24:21
  26:6,11 28:1
  62:19,19 70:4,17
  75:10,15,19 92:6
  93:12 97:24
  98:3,8 99:24
  103:11 106:11
  108:15 111:22

  111:24 112:2,4,7
  112:9

**t**

**t** 4:16 68:4
**tabb** 95:5 96:23
**table** 23:16
**take** 14:16,20
  17:3 22:16
  24:19 26:20
  33:8 39:11
  42:24 49:24
  70:8 88:1 98:23
  100:5 105:12,21
  105:24 115:15
  121:15,17
  124:12
**taken** 24:4 36:16
  47:12 50:16
  61:21 107:14
  117:3 126:18
**talk** 10:10 24:1
  31:16 47:22
  74:20 86:17
  87:15 118:19
**talked** 73:16
  86:20 87:9
  119:12 123:15
**talking** 119:3
**tasks** 31:1
**tear** 35:6 37:15
  110:5
**tearing** 44:17
**tease** 59:23
  80:13 83:10
**teasing** 83:13
**technique** 77:14

| | | | |
|---|---|---|---|
| **tell** 5:6 11:20 17:12 18:11,17 19:10 25:18,22 27:4 30:17,20,24 31:3 33:24 37:7 38:16 44:6 46:24 53:8 56:21 57:13 58:23 65:9 73:5 78:17,21 81:6,10 | **tests** 32:2,2,5 34:13,15 71:22 | **think** 5:18 7:15 9:2 10:22 33:15 39:9 57:14 58:14 61:18 67:24 68:16 74:20 88:13,16 96:5 98:19 105:9 | 86:8,14,16 87:3 87:21,24 88:8 89:10 90:14 92:12 98:20 99:6 106:17 116:18 118:15 123:2,6 126:19 |

**tell** 5:6 11:20
17:12 18:11,17
19:10 25:18,22
27:4 30:17,20,24
31:3 33:24 37:7
38:16 44:6
46:24 53:8
56:21 57:13
58:23 65:9 73:5
78:17,21 81:6,10
**tells** 36:11
**temporary** 66:17
81:7
**tendinitis** 73:12
**tendinopathy**
35:6 77:10,13
78:6
**tendon** 77:9,24
**term** 67:11
119:14,14 120:9
**terms** 87:11
112:23
**test** 34:10,12,17
34:18,19,21 39:4
40:18 41:1
44:20 45:1
77:22 78:2
**tested** 37:19
**testified** 4:6
**testify** 18:23
126:11
**testimony** 83:3
85:22 87:19
90:12,23 91:4,9
91:14,16,21 93:4
126:17
**testing** 44:20

**tests** 32:2,2,5
34:13,15 71:22
**text** 14:1 70:21
74:1
**textbooks** 13:3,6
**texts** 13:7,9,22
**thank** 5:8 7:20
9:10 14:6 17:9
27:22 29:5
70:16 94:24
96:7 100:6
116:10 118:6
123:8,11 124:12
125:8,10
**therapeutic**
80:12
**therapist** 7:11
**therapists** 7:2
**therapy** 7:4 8:9
8:11 41:9 46:18
46:19,21 47:1
67:1 90:7
120:23
**theresa** 1:13 3:3
4:4,12
**thing** 87:9,14,15
90:2
**things** 12:24
19:19 23:1
32:21 33:1 35:9
36:7,22 38:22
51:4 54:11
62:18 67:3 69:8
73:16 78:1
85:14 86:19
90:13 94:12
98:6 113:23
119:11 121:12

**think** 5:18 7:15
9:2 10:22 33:15
39:9 57:14
58:14 61:18
67:24 68:16
74:20 88:13,16
96:5 98:19
105:9
**thinking** 55:8
113:21
**third** 56:4
**thirds** 109:5
**thomas** 1:8
110:21
**thought** 68:14
78:5 82:18
84:22 85:10
92:16
**thousands** 79:15
**three** 6:11 10:16
11:3 22:7 33:18
50:21 95:18
102:15 103:1
105:24
**tight** 104:18
**time** 5:3 7:16 9:7
10:7 11:9 12:10
13:21 20:5,18
23:7 26:15 28:6
28:18 35:4,20,24
36:20 46:12
48:3,10,12 60:5
60:16,17,22
63:13 68:1,8
71:17 73:1,10
75:4 80:3,8,20
81:13 82:18
84:6,17 85:10

86:8,14,16 87:3
87:21,24 88:8
89:10 90:14
92:12 98:20
99:6 106:17
116:18 118:15
123:2,6 126:19
**times** 28:23
107:6 115:4
120:10 123:7
**tissue** 43:17
**title** 13:15 64:8
95:3 99:19
108:19
**today** 12:7 18:20
18:21,23 19:5
21:15 69:20
93:4 94:4
**told** 29:11 73:7
77:19 90:21
92:22 115:2,11
119:11
**top** 38:6 51:24
55:20 95:1
99:20 101:21
110:8,14,20
**topic** 16:1
**torn** 90:18
**touch** 31:22
**trained** 50:12
85:5
**training** 11:7,7
50:14 112:19
**transcribed**
126:15
**transcript**
126:14

| | | | |
|---|---|---|---|
| **transfer** 119:7 | **truth** 59:2 | **u** | 99:24 119:9 |

transfer 119:7
trauma 5:11,13
  5:16 22:2 23:15
  110:5
traumatic 17:21
  18:1,2,8,15
  110:18 114:5
  115:14 117:5,13
treat 36:12
  68:15 85:5
  112:23,24
treated 19:11
  104:1 117:9
treating 55:1
  117:16
treatment 18:15
  39:10 54:18
  66:12,13,22 67:4
  68:24 81:4 91:3
  91:12 99:9
  106:24 107:15
  111:20 112:21
  114:7 115:16
  120:22 122:5,6,6
  122:7,10,12,15
  122:16
treatments 67:7
triamcinolone
  48:7
tricks 89:4
tried 34:20
  39:22 46:19
  74:4 95:13
  112:11
trouble 30:15,17
true 126:16
trustworthy
  93:17

truth 59:2
  126:11
try 9:4 15:1
  24:14 33:11
  54:5 59:1,16,23
  61:12,17 72:21
  90:4,5,8 113:11
  118:12 120:20
  121:4,4,5
trying 27:9 46:1
  57:11 58:21
  61:2,19 62:4
  86:3 104:18
tuesday 28:21
  84:14,18
turn 17:10 18:5
  25:21 45:7
  51:12 52:2,12
twice 20:2,6,8
two 6:15 9:5
  42:24 49:6,7
  50:21 51:13
  57:5 76:23
  83:24 109:5
  123:6
type 19:16 37:3
  38:19 56:10
  67:17 69:17
  79:5
typed 27:14
types 18:3
typical 52:21,22
  74:23
typically 79:12
  103:5

**u**

unable 119:22
uncertain 83:6
understand 5:5
  27:1,9 57:6,11
  74:22 81:18
  111:15 114:21
understanding
  18:16
understood
  116:17
undifferentiated
  79:1,3
unfamiliar
  100:21
unfortunately
  75:3
unit 5:9
united 1:1
university 8:1,3
  8:8 9:16
unrepaired
  115:14
unsuccessful
  113:12
unsure 84:12
untreated 117:6
unusual 38:12
up's 84:13
uptodate 3:10
  15:21,23,24
  16:20,21,23 17:6
  111:11,22,23
  112:1,3,8
use 14:13 37:9
  39:5 41:3,13,14
  45:3 80:19
  96:13 98:11

99:24 119:9
usually 21:11
  23:2 24:5 31:22
  34:3 56:12
  100:19 113:11
  119:10

**v**

vagueness 22:4
variety 41:12
version 121:3
versus 17:21
video 94:21
videoconference
  2:1
view 47:8,10,11
  51:13 52:13
  109:9
visit 21:6 22:3
  27:13 28:6 29:7
  32:4 35:23 37:2
  45:22 63:17
  72:1 78:9 79:22
  81:12 89:12
  102:4
visited 44:17
visits 83:24
volunteer 64:4
vs 1:7

**w**

wacker 2:4
waived 125:13
want 15:10
  18:24 41:8 58:2
  58:3,4 59:1,2,3
  66:20 67:20
  69:3,5,6 75:5
  77:12 94:12

103:12 122:18
**wanted** 19:3
39:4 41:1 43:14
44:20 61:14
75:13 79:16
80:4 82:9 83:21
84:7 89:21 96:7
97:2 115:12
116:5
**wants** 64:19
**warn** 24:12
**watch** 34:4
**water** 43:1
**way** 37:7 41:15
53:9 58:12
61:12 80:20
85:14 95:19
103:7 109:5
**week** 20:22
26:24
**weeks** 109:21
**welcome** 88:4
**went** 8:1,2,7
16:19 29:19
92:4 93:1
**whatsoever**
90:24
**whereof** 127:1
**widely** 93:12
**wish** 103:13
115:8
**withdraw** 112:2
**withdrawn**
12:16
**witness** 3:1,2 4:1
4:5 22:5 32:20
36:5,15 38:4
39:20 43:11

53:22 57:1 58:8
59:11 60:4,21
63:24 68:18
83:4 85:24
88:22 91:5
117:12,21
126:10,10 127:1
**word** 6:7 41:11
41:13 47:19
75:9 95:21
98:20 124:17
**words** 17:22
57:5 95:20
100:2 109:18
**work** 5:10,11,24
6:2,3,3 7:6 10:1
10:5 11:4 13:2
14:14 42:12
59:5 115:6
121:4,5
**worked** 4:20
10:4 115:7
**working** 116:4
**works** 6:20
**worse** 114:6
**worsen** 117:7
**wrap** 112:15
**write** 15:1,4 46:1
71:8 74:5 119:3
119:10
**writing** 23:2
**written** 11:24
12:3 71:1,5
119:6
**wrote** 25:19
45:21 46:7
64:24 65:11
68:21 76:1

78:12 87:10
94:12 95:6
108:14

**x**

**x** 3:12 24:1,4,7
24:10,10 35:20
37:5,9,11,22
39:11,14,16
40:20,21 46:16
47:7,11,22,23
50:4,5,13,15,16
51:16 52:6,16
59:16,18 62:4
65:3,6,11,20
72:6,10,11,20
73:19 74:19
75:11,19 92:16
113:6 120:24
124:6,23

**y**

**y** 47:8,10,11
**yeah** 40:8 58:1
84:23
**year** 9:17,18,21
10:2 11:24
35:20,22 36:2
85:9 115:22,23
**years** 8:14 10:14
11:3 22:8 74:24
115:7
**yellow** 25:16

**z**

**zoom** 116:4

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.