# Exhibit BB



Transcript of the Deposition of
**Shane Edward Limbacher**

**Case:** Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
**Taken On:** January 27, 2023

Royal Reporting Services, Inc.
Phone:312.361.8851
Email:info@royalreportingservices.com
Website: www.royalreportingservices.com

Case: 1:19-cv-07509 Document #: 125-29 Filed: 11/27/23 Page 3 of 53 PageID #:1857

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHANE EDWARD LIMBACHER,            )
                                   )
              Plaintiff,           )
                                   )
         vs.                       )   No. 19 CV 7509
                                   )
SHERIFF THOMAS DART, et al.,       )
                                   )
              Defendants.          )

        The deposition of SHANE EDWARD LIMBACHER,

called by the Defendants for examination, taken pursuant

to notice and pursuant to the Federal Rules of Civil

Procedure for the United States District Courts

pertaining to the taking of depositions, taken via

videoconference before Monica Kim, Certified Shorthand

Reporter, commencing at 10:38 a.m. on

January 27th, 2023.

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 2

```
 1   APPEARANCES (via videoconference):

 2        LOCKE LORD, LLP
          MR. RANDALL A. HACK
 3        111 South Wacker Drive
          Suite 4100
 4        Chicago, Illinois 60606
          Phone:  312.443.0700
 5        E-mail: rhack@lockelord.com

 6            On behalf of the Plaintiff;

 7        COOK COUNTY STATE'S ATTORNEY'S OFFICE -
          CIVIL RIGHTS/TORTS LITIGATION
 8        MR. ALEXANDER P. PREBER
          500 Richard J. Daley Center
 9        Chicago, Illinois 60602
          Phone:  312.603.3374
10        E-mail: alexander.preber@cookcountyil.gov

11            On behalf of Defendants Yan Yu, M.D., Theresa
              McCarthy, M.D.; Physician's Assistant Kevin
12            Sims; Physician's Assistant Glen Trammell;
              Physician's Assistant Barbara Davis;

13
          COOK COUNTY STATE'S ATTORNEY'S OFFICE -
14        CONFLICTS COUNSEL
          MS. MIA BUNTIC
15        500 Richard J. Daley Center
          Chicago, Illinois 60602
16        Phone:  312.603.5054
          E-mail: mia.buntic@cookcountyil.gov

17
              On behalf of Defendant Dr. Khan.
18

19                    *    *    *    *    *    *

20

21

22

23

24
```

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 3

1                    I N D E X

2    WITNESS                                    PAGE

3    SHANE EDWARD LIMBACHER

4         Direct Examination by Mr. Preber .........   4

5         Cross-Examination by Mr. Hack ...........  107

6         Redirect Examination by Preber ..........  109

7
                    E X H I B I T S
8
     DEFENDANTS EXHIBIT                            PAGE
9

         No. 1 ...................................  20
10
         No. 2 ...................................  33
11
         No. 3 ...................................  37
12
         No. 4 ...................................  40
13
         No. 5 ...................................  47
14
         No. 6 ...................................  52
15
         No. 7 ...................................  59
16
         No. 8 ...................................  68
17
         No. 9 ...................................  74
18
         No. 10 ..................................  81
19
         No. 11 ..................................  90
20
         No. 12 ..................................  94

21

22

23

24

Page 4

1    (Witness sworn.)
2    MR. PREBER: Hello, Mr. Limbacher. My name is
3  Assistant State's Attorney Alexander Preber. I just
4  want to let you know --
5    Let the record reflect that this is going to
6  be the deposition of Mr. Limbacher in the case of
7  Limbacher v. Dart, which is 19 CV 7509. I represent the
8  defendants all except for Dr. Khan. You're going to see
9  an ASA Mia Buntic on the line as well. She represents
10  Dr. Khan.
11    The time is now 10:39. And you have been
12  sworn in.
13  WHEREUPON:
14    SHANE EDWARD LIMBACHER,
15  called as a witness herein, having been first duly
16  sworn, was examined and testified via videoconference
17  as follows:
18    DIRECT EXAMINATION
19  BY MR. PREBER:
20    Q. So, Mr. Limbacher, first, I want to go through
21  some of the ground rules of the deposition. I don't
22  know if you've given one before. I'll ask that in a
23  little bit. But I just want to go through a few little
24  things just to make sure that we get everything off on

Page 5

1  the right foot.
2    So starting off, sir, could you please state
3  your full name including your middle name and spell it
4  for the record?
5    A. Shane Edward Limbacher, S-H-A-N-E,
6  E-D-W-A-R-D, L-I-M-B-A-C-H-E-R.
7    Q. And, Mr. Limbacher, my apologies. I was
8  actually pronouncing your name Limebacher. My apologies
9  for that.
10    A. That's okay. It's common.
11    Q. But have you taken a deposition before, sir?
12    A. I have not.
13    Q. Okay. And then -- So essentially how this is
14  going to go is I'm going to be asking you a series of
15  questions related to your lawsuit, the 19 CV 7509, and
16  you'll be answering these questions under oath.
17    As you already see, Ms. Kim is going to be
18  here. She's going to be a court reporter. She's going
19  to be taking down everything we say and she's going to
20  be preparing a written record of everything that is
21  said, which is going to be the transcript.
22    So during this entire time I need you to
23  answer with affirmative yeses or noes. Please do not do
24  any uh-huh's, mm-hmm. If you're shaking your head, it's

Page 6

1  not going to come down on a transcript. Okay?
2    And the biggest thing too is I know for a fact
3  during this deposition you're going to come to some
4  points where you're going to know exactly what I'm going
5  to be asking. Okay? And it's going to be a little bit
6  drawn out. You might get a little bit frustrated. You
7  might start answering before I ask my full-on question.
8  Okay? Or, vice versa, I might accidently overtalk you,
9  which I really try not to.
10    But just because we're on Zoom, because
11  there's a little bit of a delay, we want to make sure
12  that we at least allow each other to fully ask -- fully
13  answer any question. A, it creates a very clear record,
14  and then, B, Ms. Kim, the court reporter, is not going
15  to get mad at us, which is mainly the whole thing of
16  this whole thing, is to keep her happy. So I just want
17  to do that. Like I said, I'm going to do my very best
18  not to talk over you.
19    At any time if you need a break throughout
20  this entire thing, please just let me know. Generally,
21  if I ask you a question, I would like you to finish
22  answering that question before we take that break. But
23  essentially, again, if you need to take a break for
24  anything, any reason whatsoever, please just let me

Page 7

1  know. I'll be more than happy to do so. And then I
2  also just want you to know that --
3    Do you fully understand that even though a
4  judge is not present, that this is a formal legal
5  proceeding? So it's just going to be like you're
6  testifying in court and you're under the same obligation
7  to tell truth. Do you understand that?
8    A. I understand.
9    Q. Okay. All right. And if you don't understand
10  any of my questions, please feel free to say so. I'll
11  attempt to rephrase it and make sure that we're both on
12  the exact same page. Okay?
13    A. Okay.
14    Q. All right. And then when I'm asking my
15  questions, if you're answering them, I'm going to be
16  assuming that you're fully understanding them. So
17  please again if you don't understand, please just let me
18  know.
19    A. All right.
20  MR. HACK: He will do his best, but I object to any
21  notion that you should make any assumptions. If you
22  make them, it's your choice.
23  MR. PREBER: Understood, Mr. Hack.
24

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 8

1   BY MR. PREBER:
2       Q.  All right.  And then -- So, overall, do you
3   have any other questions before we start, Mr. Limbacher?
4       A.  No, I don't.
5       Q.  Okay.  So, obviously, we're not in the same
6   room today.  Where are you currently located, sir?
7       A.  I'm in Mr. Hack's office at --
8       Q.  Okay.
9       A.  -- 111 South Wacker.
10      Q.  Okay.  And then is there anyone else in the
11  room with you?
12      A.  No.
13      Q.  Okay.  All right.  And then do you understand
14  that during the deposition you're not going to be
15  allowed to talk to anyone else during this, anybody off
16  the screen or via electronic device like texting or
17  anything like that?
18      A.  Yes.  I understand.
19      Q.  Okay.  All right.  So I'm going to go through
20  a couple basic questions.  These might be a little bit
21  personal, but I just really have to get them out of the
22  way.  So I do apologize for this.  I just have to ask
23  everyone.
24          Are you currently taking any medications right

Page 9

1   now, sir?
2       A.  Yes.
3       Q.  Okay.  And then what medications are you
4   currently taking?
5       A.  Well, I just finished prednisone a few days
6   ago, and that's completed.  I'm prescribed Clonapam that
7   I take as needed.
8       Q.  Okay.  And then what were these taken for?
9       A.  Anxiety.
10      Q.  Okay.  And then are there any side effects of
11  this medication, sir?
12      A.  Not that I'm aware of.
13      Q.  Okay.  Do any of these medications that you're
14  take right now -- Do any of them affect your memory?
15      A.  I don't believe so.
16      Q.  Okay.  Is there anything about these
17  medications that have affected you that you believe
18  would affect you from giving me a full, complete, and
19  truthful answers to all of my questions?
20      A.  I don't believe so.
21      Q.  Okay.  All right.  Are you currently under the
22  influence of any alcohol?
23      A.  I am not.
24      Q.  Are you under the influence of any drugs?

Page 10

1       A.  No.
2       Q.  Have you ever struggled with drug addiction in
3   the past?
4       A.  No.
5       Q.  Okay.  All right.  So with that awkward part
6   out of the way, Mr. Limbacher, have you been known by
7   any other names or any other aliases?  Any nicknames?
8       A.  No.
9       Q.  Okay.  And then, sir, for the record, what is
10  your date of birth?
11      A.  December 18th, 1972.
12      Q.  Okay.  And then do you know your Social
13  Security number?
14      A.  Yes.
15      MR. PREBER:  Okay.  If -- Court reporter, if you'd
16  be so kind, would we be able to go off the record?
17          (Discussion off the record.)
18      MR. PREBER:  We can go back on the record.
19  BY MR. PREBER:
20      Q.  Okay.  And then, sir, how tall are you?
21      A.  5, 9.
22      Q.  And then roughly how much do you weigh?
23      A.  190.
24      Q.  Okay.  And then what is your current address?

Page 11

1       A.  5648 North Bernard Street, Chicago, Illinois.
2       Q.  Okay.  And then do you own or do you rent that
3   address?
4       A.  I rent.
5       Q.  Okay.  Excuse me.  How long have you lived
6   there?
7       A.  Over a year.
8       Q.  Okay.  Are you currently married right now,
9   sir?
10      A.  Yes.
11      Q.  Okay.  And then may I have your spouse's name?
12      A.  John Paul.
13      Q.  John Paul?
14      A.  Uh-huh.
15      Q.  Okay.  And then, sir, this moment, do you have
16  any children?
17      A.  No.
18      Q.  Okay.  All right.  Is there anyone who is
19  dependent on you for financial support?
20      A.  No.
21      Q.  Okay.  All right.  I want to talk a little bit
22  about your schooling.  So how far did you go in school?
23      A.  I'm currently pursuing my degree at this time.
24      Q.  Which degree would that be, sir?

Royal Reporting Services, Inc.
312.361.8851

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 12

1    A.  Communications, media communications.
2    Q.  Okay.  Would that be like a bachelor's?
3    A.  Yes.
4    Q.  Okay.  So you've completed your -- your -- I
5    believe it's called a -- the GED, the general education
6    exam for completing high school?
7    A.  Yes.  Well, I have a high school diploma.
8    Q.  Okay.  Perfect.  All right.  And then are you
9    currently talking to your family right now?
10   A.  I am.
11   Q.  Okay.  Do you talk to them about your civil
12   case?
13   A.  Not so much.
14   Q.  Okay.  All right.  And then do you have any
15   tattoos currently, sir?
16   A.  No, I do not.
17   Q.  All right.  Do you have any felony
18   convictions?
19   A.  I do.
20   Q.  Okay.  And then for what were you convicted
21   of?
22   A.  Domestic battery.
23   Q.  Okay.  And then when were you convicted, sir?
24   A.  October of 2000.

Page 13

1    Q.  Okay.  And then have you ever been convicted
2    of a misdemeanor involving dishonesty or a false
3    statement?
4    A.  I have not.
5    Q.  Okay.  And then I think I asked you this a
6    little bit earlier, but have you ever testified in
7    court?
8    A.  No.
9    Q.  Okay.  All right.  Have you filed any other
10   prior lawsuits other than this one?
11   A.  Yes.
12   Q.  When were those lawsuits filed?
13   A.  Around the same time as this one.
14   Q.  Okay.  And then are any of those lawsuits
15   still pending right now?
16   A.  No.
17   Q.  Okay.  Do you remember the case numbers of
18   those lawsuits or what they were about?
19   A.  It was for contracting MRSA.
20   Q.  Okay.  And then any other lawsuits that you're
21   currently involved in, sir?
22   A.  No.
23   Q.  So I want to talk a little bit about your
24   medical history.  So I know you're currently out right

Page 14

1    now, but roughly what were the dates of when you were
2    incarcerated to when you were released?
3    A.  May -- May of 2017 through October of 2020.
4    Oh, wait.  Hold on a second.  Actually, my release date
5    was February 24 of '22.
6    Q.  Thank you, sir.
7    All right.  So prior to incarceration, did you
8    drink alcohol?
9    A.  Yes.
10   Q.  Did you have any dependency on alcohol?
11   A.  I don't believe so.
12   Q.  Okay.  Did you smoke or have cannabis?
13   A.  Yes.
14   Q.  Okay.  Did you have any dependency on cannabis
15   or anything like that?
16   A.  I don't think so.
17   Q.  Okay.  Did you do any other elicit drugs -- Or
18   sorry.  My apologies.  Strike that.
19   Did you do any elicit drugs?
20   A.  Will you be more specific?
21   Q.  Let's go with illegal drugs.
22   A.  No.
23   Q.  Okay.  All right.  And then prior to
24   incarceration, have you ever had any surgery?

Page 15

1    A.  Yes.
2    Q.  Okay.  What was that surgery for?
3    A.  Abdominal hernia.
4    Q.  Roughly, when was that?
5    A.  I believe it was 2011.
6    Q.  2011.
7    And then have you fully recovered from that?
8    A.  Yes.
9    Q.  Okay.  Sorry.  I'm just taking some notes as
10   we go.
11   All right.  Have you ever been hospitalized,
12   sir --
13   A.  Umm --
14   Q.  The abdominal hernia, I would say?
15   A.  Well, yeah, I had surgery and I was in the
16   hospital for that.  But other than that, I don't recall
17   being hospitalized there.
18   Q.  Okay.  Have you undergone mental health
19   treatment?
20   A.  Yes.
21   Q.  Okay.  And then did you have a primary care
22   provider like a primary doctor for medical -- for mental
23   health treatment?
24   A.  Yes.

6  (Pages 12 to 15)

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 16

1    Q.  Do you remember who the doctor was?
2    A.  Dr. Carnazzo.
3    Q.  Do you know how to spell that?
4    A.  C-A-R-N-A-Z-O [sic].
5    Q.  Okay.  And then how long were you in the care
6    with Dr. Carnazzo?
7    A.  For the past year.
8    Q.  The past year prior to incarceration or the
9    past year after incarceration?
10   A.  After.
11   Q.  Okay.
12   MR. HACK:  Hey, Alex, let me just make a comment.
13   MR. PREBER:  Yes, sir.
14   MR. HACK:  We should sort out whether any of this
15   is confidential.  But I would ask that anything about
16   the client's medical condition and unrelated to his
17   shoulder, which would include his mental health
18   condition, be treated confidentially for some period of
19   time until you and I either agree on a protective order
20   or agree that we don't need to treat it confidentially.
21   MR. PREBER:  Oh, Mr. Hack, I can agree to that.
22   I'm just --
23   MR. HACK:  Okay.
24   MR. PREBER:  I'm not going to go too much into

Page 17

1    detail on this.
2    MR. HACK:  No.
3    MR. PREBER:  That was pretty much my last question
4    on that.  But I do fully understand your --
5    MR. HACK:  Yeah.  I just thought give us an
6    opportunity to speak up if some of that is concerning.
7    So thank you very much for your courtesy.
8    MR. PREBER:  Yes, sir.
9    BY MR. PREBER:
10   Q.  Okay.  And then, sir, so prior to
11   incarceration, did you have any ongoing pain anywhere
12   that you did not seek medical treatment for?
13   A.  Yes.
14   Q.  What did you have?
15   A.  I've had a bad back for several years.
16   Q.  And then could you please describe that pain
17   for me as in, like, is it your lower back?  More upper
18   back?
19   A.  It's my lower back.  It's in -- It's -- My L5
20   has been herniated.  I don't recall what year it was,
21   but it goes in and out.  You know, over the years it
22   would bother me.
23   Q.  Okay.  When would you say that it first
24   started?

Page 18

1    A.  I --
2    Q.  If you try to put a date on it, yeah.
3    A.  Maybe -- I don't even know for sure but maybe
4    2005.
5    Q.  Okay.  No worries.
6    A.  When I felt, you know, back pain in that area.
7    Q.  I won't hold you to the exact date, but just
8    roughly somewhere right around that time?
9    A.  Yeah.  Uh-huh.
10   Q.  Okay.  All right.  And then, sir, while you
11   were incarcerated, were you drinking any alcohol?
12   A.  I'm sorry.  What?
13   MR. HACK:  Alex, I didn't hear that.  Could you --
14   MR. PREBER:  My apologies.
15   BY MR. PREBER:
16   Q.  While you were incarcerated, were you drinking
17   alcohol?
18   A.  No.  That's impossible.
19   Q.  Did you do any illegal drugs?
20   A.  No.
21   Q.  Okay.  And then when you were incarcerated in
22   Cook County jail, did you have any prior complaints
23   about any medical staff or anything like that?
24   MR. HACK:  I'm sorry.  Re-ask the question.

Page 19

1    MR. PREBER:  My apologies.  It was very poorly
2    said.
3    BY MR. PREBER:
4    Q.  Prior to the incident date that we're here for
5    of November 13th, 2017, did you voice any concern about
6    medical staff not being diligent or any complaints on
7    medical staff?
8    A.  I don't recall for sure.
9    Q.  Okay.  All right.  And then have you done
10   anything to prepare for today's deposition?  I know you
11   and Mr. Hack might have had a conversation.  I do not
12   want to know anything about any conversations.
13   But did you review any documents prior to
14   today's deposition?
15   A.  Vaguely, yes.
16   Q.  Okay.  Do you remember what documents you
17   reviewed, sir?
18   A.  I looked over some of my personal notes that I
19   had -- had taken, just medical records.  I just flipped
20   through some medical records.
21   Q.  Okay.  And you had personal notes of what you
22   had as well?
23   A.  Yes.  Some.
24   Q.  Like journal entry notes?

Royal Reporting Services, Inc.
312.361.8851

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 20

1   A.  Just notes, like, written on little pieces of
2   paper, things that I kept over time.  You know, like I
3   saw -- if I saw a doctor, I might write down when I saw
4   him, on this date.
5       Q.  Okay.  So just notes that I would already
6   basically have access to like, "On the 29th of December,
7   I saw this person"?
8       A.  Right.
9       Q.  Okay.  Mr. Limbacher, we're going to talk a
10  little bit about your complaint now.  We're going to
11  start moving into that.
12      So we're going to be discussing an incident
13  that happened on November 13th, 2017.  That's the
14  incident that you described in your overall complaint;
15  is that correct?
16      A.  Yes.
17      Q.  Okay.  All right.  I'm going to do my best not
18  to screw this up.  I'm going to attempt to do a screen
19  share with you.  Please bear with me.
20          (Defendants Exhibit No. 1
21           was published.)
22  BY MR. PREBER:
23      Q.  Sir, can you see my screen okay?
24      A.  I can, yes.

Page 21

1       Q.  Okay.  Hopefully, you don't see some of the
2   stuff that's on there.
3       But, sir, I'm showing you -- I'm going to
4   describe to you this document.  But this is essentially
5   the document that is the complaint of 19 CV 7509.  This
6   looks to be the complaint that you filed on
7   November 14th, 2019.
8       Sir, do you recognize this document as I
9   scroll through it?
10      A.  I do.
11      Q.  Okay.  Is this your handwriting on this
12  document, sir?
13      A.  That is my handwriting.
14      Q.  Okay.  Is -- Did anyone help you write this
15  document whatsoever?
16      A.  I wrote the document myself.  It's my wording.
17  And I think you skipped over quite a bit of information.
18      Q.  I kind of just -- I'm just scrolling through
19  just so I could show it to you.
20      A.  If you could go page by page, I could be more
21  specific for you.  So as of -- Okay.  So this right here
22  is not my handwriting.
23      Q.  Okay.  Where you dictated to someone to write
24  for you?

Page 22

1       A.  Yes.
2       Q.  Okay.  To the best of your knowledge, did they
3   write down everything verbatim of what you said?
4       A.  They wrote down everything -- what I had
5   previously written in not as nice handwriting.
6       Q.  Okay.  No worries.
7       All right.  And then, sir, I'm going to scroll
8   to page 19 of 29.  Sir, is this your signature?
9       A.  That is my signature, yes.
10      Q.  Okay.  Perfect.  And everything in this
11  document, is that true and accurate, to the best of your
12  knowledge?
13      A.  It is.
14      Q.  Okay.  All right.  So, sir, prior to the
15  incident date of November 13th, 2017, have you had any
16  interactions with Defendant Dr. Yu, Yan Yu?  That would
17  be Y-A-N, and then his last name is Yu, Y-U.
18      A.  I don't think so.  I don't recall ever knowing
19  him.
20      Q.  Okay.  Did you ever talk to a defendant,
21  Dr. McCarthy?
22      A.  Yes.
23      Q.  Her last name is M-C-C-A-R-T-H-Y.
24      And you said, "Yes"?

Page 23

1       A.  Yes.
2       Q.  Okay.  When did you have interactions with her
3   prior to the incident date if you recall?
4       A.  Not prior to the incident day.
5       Q.  Okay.  So just for these couple of questions
6   it's going to be just prior to the incident date.  My
7   apologies if I accidentally misspoke.
8       A.  No problem.
9       Q.  But prior to the incident date, did you have
10  any contact with Dr. McCarthy?
11      A.  No.
12      Q.  Okay.  Prior to the incident date, did you
13  have any contact with Physician Assistant Sims?  That's
14  S-I-M-S.
15      A.  I don't recall.
16      Q.  Okay.  What about a Physician Assistant Glen
17  Trammell?  That's T-R-A-M-M-E-L-L.
18      A.  I'm not for sure.  I -- I don't recall as
19  well.
20      Q.  And then what about Physician Assistant Davis,
21  D-A-V-I-S?
22      A.  No.  Never met her before.
23      Q.  Okay.  All right.  So on the date of
24  November 13th, 2017, where were you immediately prior to

8  (Pages 20 to 23)

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 24

1  the incident?
2      A.  I was on the tier.  I believe it was F -- FE
3  maybe or F4.  I believe it was the fourth floor.
4      Q.  Okay.  And then what brought you to the
5  dispensary that day, sir?
6      A.  I was being treated for MRSA.
7      Q.  Okay.  And then if you'd be so kind, can you
8  describe to me like a little bit of the dispensary?
9  What does it look like?  Kind of what the room layout
10  might be.
11      A.  Yeah.  Sure.  So the dispensary is just a very
12  small room with an examining table.  It's adjacent to
13  the dorm I was in.  So, basically, it was just walking
14  across the hall, and there is a doorway from -- So
15  there's the room, and then there's a doorway to the
16  right that goes into a bigger room where all the staff
17  sits.  And then when you go in your appointment, they
18  usually close the door just so there's a little privacy
19  and leave it open a little bit obviously for security.
20      Q.  Okay.  Yeah.  So you're essentially in, like,
21  a pretty tiny, little room?
22      A.  Yeah.
23      Q.  Okay.  And then there's an examination table
24  there?

Page 25

1      A.  There is.
2      Q.  Okay.  Are there, like, chairs in the room
3  besides the examination table?
4      A.  I think I recall seeing one chair in there.
5      Q.  Okay.  And then prior to the fall, was anyone
6  else in the room with you if you remember?
7      A.  Nurse Jardine.
8      Q.  Nurse Jardine?  Okay.
9          And then with Nurse Jardine do you remember
10  what you were discussing prior to the fall?
11      A.  She was cleaning up my bandages, changing them
12  out for my MRSA.
13      Q.  Okay.
14      A.  And then I don't recall anything -- other
15  discussion than being treated for that.
16      Q.  Okay.  And then what happened to cause your
17  fall?  How did you fall?
18      A.  Well, after she completed my session with her,
19  she dismissed me.
20      Q.  Okay.
21      A.  And when I was getting up from the table, I
22  went to get down.  And the next thing I remember I was
23  on the floor.  So my right pant leg got caught up in
24  my -- My right leg got caught up in my left pant leg.

Page 26

1      Q.  Okay.
2      A.  So I didn't actually know that initially.  All
3  I know is when I fell, I put my arm out.  I fell and I
4  heard Nurse Jardine holler, "Oh, my gosh," or something
5  like that.
6      Q.  So were you -- You were in the process of
7  getting off of the examination table?
8      A.  Yeah.  I think I was more, like, hopping off,
9  like, you know, pushing myself, like, getting ready to
10  get, like, down because it's an elevated table.  So I
11  don't know.  My feet may be 2 or 3 feet above the
12  ground.  So I was attempting to get down.
13      Q.  And then if you'd be so kind, could you kind
14  of walk me through how exactly you fell and how you
15  remember it?  So, for instance, you know, did you --
16  Where did you hit your head?  What part of your body
17  first hit the ground?  Kind of that's what I would be
18  looking for.
19      A.  Yeah.  Okay.  So when I got down or attempted
20  to get down, I fell to the left side of the table.  And
21  I remember -- I know I put my arm out.  But when I
22  initially hit my head, I was a little lethargic.  So I
23  didn't know that -- what actually happened.  I didn't
24  know if I got pushed or what.

Page 27

1      Q.  Really quick, so you said you were hopping off
2  the table, and you hopped off to your left-hand side?
3      A.  I -- Well, I would be exited to the left,
4  because that's where the door is.  It would be behind
5  me.  So I would assume I'm hopping off a little to the
6  left, yes, because I ended up on the floor on the left
7  side.
8      Q.  Okay.  And then you said you hit your head.
9  When did you hit your head?
10      A.  When I fell.  I put my arm out.  I hit my
11  head.  I felt a tear in my shoulder.  Like, I felt my
12  shoulder jerk.  And I kept saying, "My shoulder.  My
13  shoulder."
14          And they kept saying, "He hit" -- Nurse
15  Jardine kept saying, "He hit his head.  He hit his
16  head," to other professionals that came running in the
17  room.  I think she dispatched maybe.  I am not positive,
18  but I think she may have like called for assistance.
19      Q.  Okay.  We'll get there in a second.
20      MR. HACK:  Mr. Preber?
21      MR. PREBER:  Yes, sir.
22      MR. HACK:  My colleague has arrived with a
23  computer.  May we go off the record so I may have access
24  to a computer?

9  (Pages 24 to 27)

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 28

1    MR. PREBER:  Yeah.  Let's take a ten-minute break
2  so you can get that set up.
3    MR. HACK:  Oh, really?  Okay.  That's fine.
4    MR. PREBER:  Would that be okay?  Yeah, I could use
5  a little bit of a break right now.
6    MR. HACK:  Probably less.
7    MR. PREBER:  No worries.  Yeah.
8      (A short break was had.)
9  BY MR. PREBER:
10    Q.  All right.  Mr. Limbach- -- Limbacher.  Sorry
11  about that.
12    A.  That's all right.
13    Q.  All right.  So I want to go back a little bit
14  to the actual fall.  I know you just described right
15  before the break what Ms. Jardine was saying to you.
16  We're going to get to that in just one second.  But I
17  just want to kind of -- again, kind of have you walk me
18  through your fall.  So you hopped off the table, and you
19  were kind of hopped off to your left.  And then you said
20  that you hit your head.
21      But what did you hit your head on?  Do you
22  remember?
23    A.  The floor.
24    Q.  Okay.  So you hopped off, and then you said

Page 29

1  you -- you put out your hands to brace yourself; is that
2  correct?
3    A.  I recall putting out my left arm.
4    Q.  Okay.  Your left arm.
5      And then so did your left arm hit the floor
6  before your head?
7    A.  I believe so.
8    Q.  Did you fall on your left shoulder at all?
9    A.  It happened so fast.  I -- When I braced my
10  arm, I know that I hit my head and my shoulder.
11  Everything was kind of on the floor at the same time.
12  So I would assume that my hand when I braced hit it.
13  And when my shoulder dislocated, it kind of just
14  collapsed all the way.
15    Q.  Okay.  Your shoulder dislocated?
16    A.  It did.
17    Q.  Okay.  And then what did Ms. Jardine do at the
18  time?
19    A.  I kept saying, "My shoulder, my shoulder."
20      And she kept saying, "He hit his head."  She
21  was asking me to, "Please relax.  Stay still.  Don't
22  move.  Don't move."  And she just kept saying -- I heard
23  her say to others, "He hit his head.  He hit his head."
24    Q.  And did she do a -- like any sort of physical

Page 30

1  examination of you?
2    A.  I don't recall a physical examination.
3    Q.  But you remember telling her that you hit
4  your -- that you hurt your shoulder as well?
5    A.  Yes.  When I was laying on the floor, I kept
6  saying, "My shoulder.  My shoulder."
7      She said, "Just stay still.  Just stay still.
8  Don't move.  Don't move."  And she kept saying, "You hit
9  your head.  You hit your head."
10      I asked her, "What happened?"
11      And she said, "You fall" -- "You fell."  And
12  she pointed to my pant leg, and she pulled my right foot
13  out of my pant leg and said, "You" --
14    Q.  And so --
15    MR. HACK:  Hang on a minute.
16      Mr. Limbacher, if you were not done, you may
17  finish your answer.  He wasn't trying to interrupt you.
18  It's just awkward on Zoom.  So if you were finished, say
19  so.  If you have more to add, finish.
20  BY THE WITNESS:
21    A.  She just continuously kept saying, "You hit
22  your head."
23      And I asked her, "What happened?  What
24  happened?"  You know, I -- In my mind, I was wondering

Page 31

1  if I got pushed off the table.  I really didn't know for
2  sure because it was very -- it was so fast and -- You
3  know, so she just tried to comfort me.  She was very
4  kind, and she just asked me to "Please stay still.  Help
5  is on the way.  Don't move."
6    Q.  Okay.
7    A.  And I -- You know, and I just -- I remember,
8  you know, just kept saying, "My shoulder.  My shoulder."
9      And she said, "Relax" -- She said, "Breathe."
10  I remember that.  She kept saying, "Breathe.  Just
11  breathe and relax."  And she was comforting me.
12    Q.  Okay.  And then you said you remember at no
13  time that she gave you a physical examination after you
14  fell?
15    A.  I don't recall that.
16    Q.  And then you -- she told you that you hit your
17  head, and then you told her that you had a shoulder
18  injury?
19    A.  I just said, "My shoulder, my shoulder."
20  Because I felt it pop.  Like, I felt a pop in my
21  shoulder.  And she seemed to be more concerned with me
22  hitting my head.
23    Q.  Okay.  And then you said she called in other
24  medical staff in the room; is that correct?

                              10  (Pages 28 to 31)

Page 32

1    A.  Yes.
2    Q.  Okay.  And then when they arrived in the room,
3  did anyone ask you what happened?
4    A.  I recall the -- one of the first people that
5  came in.  I didn't see them.  I only heard the voice --
6    Q.  Uh-huh.
7    A.  -- made an insinuation like he faked the fall.
8        And she replied, "No, he didn't.  He hit his
9  head."  She took a stand for me.  And I appreciated it
10  at that moment.
11        And then the next thing was I recall, like,
12  the paramedics coming in with a stretcher.
13    Q.  Okay.  So Nurse Jardine witnessed you fall?
14    A.  Yes.  That's what she said.
15    Q.  And then you said you do not recall the
16  paramedic's name or the other medical staff that came
17  in?
18    A.  I do not.  And I'm not -- The person who said
19  that, I'm not even sure if it was a paramedic or a
20  guard, yeah.
21    Q.  Okay.  But you just remember somebody
22  saying --
23    A.  Some -- Yeah, making a condescending comment.
24  I don't remember verbatim what it was.  But I definitely

Page 33

1  know that Nurse Jardine stuck up for me and said, "No.
2  I saw" -- "I saw him fall.  He hit his head."
3    Q.  Okay.  I'm going to share my screen with you
4  again.  Give me one second.
5        (Defendants Exhibit No. 2
6        was published.)
7  BY MR. PREBER:
8    Q.  I hope you can see my screen okay.  Can you
9  see it okay, Mr. Limbacher?
10    A.  Yes, yes.
11    Q.  Okay.  So, Mr. Limbacher, this is the
12  outpatient nursing note.  I'll represent to you that
13  this is going to be Plaintiff -- sorry -- Defense
14  Exhibit 2.
15    A.  Okay.
16    Q.  This is the outpatient nursing note of
17  Nurse Jardine on 11/13/2017.  So here she's describing
18  kind of your fall, that you fell off the dispensary
19  chair and hit your head.  Do you see that?
20    A.  Yes.
21    Q.  And then she's essentially saying that you
22  have no loss of consciousness.  And you said you hit
23  your head and your head was a little fuzzy.  Is that
24  what you said?

Page 34

1    A.  I was confused.  I was confused how I ended up
2  on the floor.
3    Q.  Okay.  Do you remember if you lost
4  consciousness at all?
5    A.  I don't think I lost consciousness.
6    Q.  Okay.  And then she does put down that it
7  looks like you're having neck pain and back pain.  I
8  don't see a reference to her left shoulder.  Do you have
9  any reason to believe why Nurse Jardine may not have put
10  that in her medical record?
11    A.  I have no idea.
12    Q.  Okay.  All right.  And then, sir, after the
13  paramedics came -- So I believe you said before that
14  Nurse Jardine told them that you hit your head.
15        I believe you said that you -- you were saying
16  aloud that your shoulder was hurting, is that correct,
17  while the paramedics were there?
18    A.  I'm not sure if it was during that time, but
19  it was definitely while we were either waiting or during
20  that time.
21    Q.  Okay.  Okay.  And then were you eventually
22  taken to the emergency room?
23    A.  Yes.
24    Q.  And then when you got to the emergency room,

Page 35

1  do you remember if you talked to any doctors or any
2  nurses?
3    A.  I don't recall the nurses' -- the nurses'
4  names.  I do recall Dr. Yu.
5    Q.  Okay.  And then when you showed up and when
6  you saw Dr. Yu, what did you tell Dr. Yu?
7    A.  He already had known about it, and he asked
8  me, "What happened?"
9        I told him that I fell.
10    Q.  Did you tell him --
11        Did he ask you what hurt?
12    A.  He asked me if I hit my head.
13    Q.  Okay.  And then what did you say to him?
14    A.  I said, "Yes."
15    Q.  Did he ask you anything else?
16    A.  He -- I think he asked me if I lost
17  consciousness.
18        And I said, "No."
19    Q.  Okay.  But he didn't ask you if anything else
20  was hurting other than just your head?
21    A.  He -- Well, I told him that my neck and
22  shoulder hurts as well.
23    Q.  Okay.  And then what did he do when he -- when
24  he had that information?  Did he give you a physical

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 36

1    examination?
2        A. He took the brace off my neck from the
3    paramedics when they put me on the cart. He like --
4    yeah, I guess I would call that examination -- put his
5    fingers on my neck and felt around. And then he said he
6    would do a --
7        MR. PREBER: Okay. Just for the record, plaintiff
8    was pretty much kind of palpating his neck as if a
9    doctor would kind of be examining it.
10   BY MR. PREBER:
11       Q. Would that be correct in saying, sir?
12       A. Yes.
13       Q. Okay. All right. Please continue, sir.
14       A. And then he said, "I'm going to send you for
15   X-rays."
16       Q. Okay. Did he examine any other parts of your
17   body?
18       A. He did not.
19       Q. Okay. So did you say anything else to Dr. Yu
20   after you told him that your shoulder was hurting and he
21   did not -- and he didn't do anything about it? Did you
22   say anything else?
23       A. I did. Actually, when I returned from the
24   X-rays, I said, "I need my shoulder looked at."

Page 37

1        Q. And then what did Dr. Yu say?
2        A. He said, "I'm done with him," and he put his
3    hand like this (gesturing) and he walked away. It was
4    very busy in the ER that day, and he seemed overwhelmed.
5    He was dismissive.
6        Q. Okay. Do you have any reason why Dr. Yu may
7    not have put that in his medical notes about your left
8    shoulder being hurt?
9        A. I haven't seen those records. I don't know.
10       Q. Okay. And then along with the X-ray that
11   Dr. Yu sent you for, did Dr. Yu prescribe anything else
12   to you?
13       A. I think so. I don't recall what, but I -- Oh,
14   you know what? Maybe a muscle relaxer for a day or two.
15   It was something brief. I don't recall what it was,
16   though.
17       Q. Okay. I'm going to do another share screen,
18   sir. This is going to be Plaintiff's [sic] Exhibit -- I
19   believe we're on No. 3 right now.
20            (Defendants Exhibit No. 3
21            was published.)
22   BY MR. PREBER:
23       Q. Mr. Limbacher, I'm going to represent to you
24   that this is the ER medical note from Dr. Yan Yu --

Page 38

1        A. Okay. Yeah.
2        Q. -- on 11/13/2017. Do you see that information
3    right here, sir?
4        A. I do.
5        Q. So with the history of patient illness,
6    Dr. Yu talks about trauma to the left neck, head, and
7    left hip.
8            Do you remember Dr. Yu examining your left hip
9    at all?
10       A. I don't recall.
11       Q. Okay. And then Dr. Yu down here, he does have
12   his musculoskeleton examination with the neck of no
13   swelling, good range of motion, no swelling in your
14   head; left hip has tenderness. He puts on there, "No
15   swelling."
16            And you're saying that there was no physical
17   examination?
18       A. I don't recall a physical examination --
19       Q. Okay.
20       A. -- for my hip, no.
21       Q. Okay.
22       MR. HACK: I'm sorry. I'd like the question -- I'm
23   sorry. I need the answer read back.
24            (Record read as requested.)

Page 39

1        MR. PREBER: Okay.
2        MR. HACK: Well, hang on a minute. I object to the
3    question as misleading, because the witness had
4    previously described what the doctor did. And, in fact,
5    counsel asked him if he was palpitating his neck. So to
6    say that there was no physical examination is
7    inconsistent with the record. So I object to the
8    question as misleading.
9        MR. PREBER: Okay. I'll restate.
10   BY MR. PREBER:
11       Q. Sir, other than the neck palpitation, did
12   Dr. Yu perform any other physical examination of your
13   body?
14       A. No.
15       Q. Okay. All right. And then with the X-rays,
16   do you remember if Dr. Yu ever let you know what those
17   X-ray results were?
18       A. I don't recall even talking to him after that.
19       Q. All right. And then, sir, what happened after
20   that? So were you sent back to your division, to your
21   tier?
22       A. I was.
23       Q. Okay. And then at what point -- Strike that.
24            When was the next time you make reference to

12  (Pages 36 to 39)

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 40

1  your left shoulder hurting or any other injuries from
2  that incident?
3      A.  I'm not sure of the exact date, but it was
4  within days, a couple days maybe.
5      Q.  Okay.  And then do you remember when the next
6  time you were seen by another treater?
7      A.  Maybe five to seven days.  I'm not positive.
8      Q.  Okay.  All right.  I'll share my screen again.
9  This is going to be Defendants' Exhibit No. 4.
10          (Defendants Exhibit No. 4
11          was published.)
12 BY MR. PREBER:
13     Q.  Mr. Limbacher, can you see this okay?
14     A.  Yes, I can see it.
15     Q.  I'm representing to you that this is the
16 outpatient medical note of PA -- that's Physician's
17 Assistant Glen Trammell.
18     A.  Uh-huh.
19     Q.  This is on 11/29/17.
20     A.  Yes.
21     Q.  This seems to be a follow-up visit.  Do you
22 remember this visit at all, Mr. Limbacher?
23     A.  I do.
24     Q.  Okay.  Do you remember what was discussed?

Page 41

1      A.  You're going kind of fast.  Can I just --
2      Q.  My apologies, sir.
3      A.  Yeah, no problem.  I'm trying to read to see
4  if anything else brings to my memory.
5      Q.  Mr. Limbacher, if you want to mosey around the
6  document, you have the right to do that.
7      A.  Yep.  Am I able to scroll?  I don't know.
8      Q.  Not with this.  But I can -- I can go very
9  slowly for you if that would be --
10     A.  Oh, okay.  Yeah.  If you can --
11     Q.  Yeah, I can easily do that.  No worries.
12     A.  Starting from the top, and I'll tell you if
13 you could --
14     Q.  No worries.
15     A.  I'm a fast reader, so okay.  You can go a
16 little faster.
17     Q.  I know.  It's a little awkward.
18     A.  It's okay.  Okay.
19     MR. HACK:  Yeah, what happens, you either go slow
20 and then it goes really fast, so ...
21 BY THE WITNESS:
22     A.  Okay.  You can stop for a second.  Oh, that's
23 confidential.  We'll read -- Okay.  You can keep going.
24 Thank you.

Page 42

1      Stop, please.
2      Q.  Uh-huh.
3      A.  Okay.  Yep.  Okay.
4      So this is the same visit, right, all these
5  pages?
6      Q.  Yes, sir.
7      A.  Okay.  Okay.  Go back, please.  Stop.  Thank
8  you.  Okay.  You may re- --
9      Is that it?
10     Q.  I just thought that might be --
11     A.  Okay.
12     Q.  -- a section you wish for me to stop a little
13 bit at.
14     MR. HACK:  Alex, I want you to go back.  Stop.
15 BY THE WITNESS:
16     A.  Okay.
17     MR. HACK:  Thank you.
18     MR. PREBER:  You're welcome.
19 BY THE WITNESS:
20     A.  Okay.
21     Q.  Does this refresh your memory, sir?
22     A.  It does, yes.
23     Q.  Okay.  All right.  So if you'd be so kind, do
24 you remember what you and Physician Assistant Trammell

Page 43

1  were talking about?
2      A.  Well, a variety of things.  From what I read
3  in the report, you know, everything from asthma,
4  allergies to my fall, shoulder, back.
5      Q.  Yeah.
6      A.  He also reviewed -- I do recall him reviewing
7  my X-ray on that day with me.
8      Q.  Did you guys talk about your X-ray at all?
9      A.  Yes, we did.
10     Q.  Okay.  Did he let you know that -- the
11 impressions of the X-ray?
12     A.  He explained to me what -- that I had a
13 herniated disc.
14     Q.  Okay.
15     A.  He may have referred to them as slipped discs
16 if I -- if I'm not mistaken -- in my back and my neck.
17 My back I was already privy to.  I knew I've had that
18 for a while -- you know, for some time.
19     Q.  Yeah.
20     A.  The neck is -- The neck was new for me.  I
21 didn't realize I had those.  So he went over that and he
22 explained to me that's probably what's causing my -- a
23 lot of my headaches and stuff.
24     Q.  Okay.  And then I just want to be a little bit

13  (Pages 40 to 43)

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 44

1  more specific. Did you talk to him about your left
2  shoulder injury?
3      A. I did.
4      Q. And was he receptive to you -- Sorry. Strike
5  that.
6          How did he react when you told him of that, if
7  you remember?
8      A. Yeah. He said that he was going to schedule
9  me for an orthopedic appointment.
10         And I said, "Great. When?"
11         But he could not tell me when that would
12 happen. He said, "There's a long wait for orthopedists
13 right now, and it could take up to six months," but he
14 would do what he could to make sure that I see one
15 immediately.
16     MR. PREBER: Mr. Limbacher, one second, please.
17 I'm getting a horrible feedback.
18         Mr. Hack, is your computer sound on as well?
19 I don't know if anyone else is hearing that, but I'm
20 getting a nasty feedback.
21     MR. HACK: Alex, can you hear me?
22     MR. PREBER: Okay. Now it's good. I think -- I
23 think both your computers were reverberating sound.
24     MR. HACK: Yeah. Here's what I'm going to do: I'm

Page 45

1  going to stay on mute. And, frankly, my voice carries
2  over to the client's computer.
3      MR. PREBER: I can hear you perfectly well from the
4  client's computer.
5      MR. HACK: Like I said --
6      MR. PREBER: Thank you very --
7      MR. HACK: -- my voice tends to carry.
8      MR. PREBER: Thank you very much, Mr. Hack.
9      Court Reporter, if you'd be so kind, could you
10 please read back my last question to the plaintiff?
11         (Record read as requested.)
12     MR. PREBER: Okay. All right.
13     MR. HACK: Why don't you just rephrase it and start
14 over?
15     MR. PREBER: I was just about to do that.
16 BY MR. PREBER:
17     Q. Mr. Limbacher, we're just going to rephrase it
18 since I was getting some really bad reverberation.
19         So when you addressed to PA Trammell about
20 your left shoulder, how did he -- how did he react to
21 that -- to you describing that pain? What did he do?
22     A. He said that that's something that should be
23 addressed with an orthopedist.
24     Q. Okay. And then if you can see from my screen,

Page 46

1  on his note he did that he's -- he's looking at
2  resolving the pain of the left hip, left shoulder, lower
3  back. He does put that the status is improving.
4          Did you say anything to him that the pain was
5  improving?
6      A. My hip, yes. My hip was a short-lived bruise.
7      Q. Okay. But at that time, your left shoulder
8  was not improving?
9      A. No.
10     Q. Okay. All right. And then if you'd be so
11 kind --
12         And then he said that he was going to set you
13 up with an orthopedic doctor. Is that what you said?
14     A. Yeah. He said he was going to make the
15 referral immediately.
16     Q. Okay. Did he --
17     A. He -- he did tell me it might take some time.
18 He said it could take up to six months, that the
19 hospital is so backed up with -- I guess there was only
20 one orthopedic that comes in on certain days or
21 something -- he explained to me -- and it could take a
22 very long time.
23     Q. Okay. Did he suggest any other things during
24 that time for waiting? Let's say anything to help --

Page 47

1  help the pain, like pain medication or anything?
2      A. He did. I'm not sure if it was during that
3  appointment or another appointment. He suggested I try
4  physical therapy.
5      Q. Okay. Were -- How did you feel about that?
6      A. I was receptive. Anything that would help I
7  was willing to do or try.
8      Q. Okay. All right. And then after you left
9  that appointment, did you start physical therapy before
10 your next appointment? As in was physical therapy
11 prescribed to you before you saw, like, a physician or a
12 physician's assistant next?
13     A. I don't recall the timing of that.
14     Q. Okay. All right. So I'm going to share my
15 screen again for you.
16         (Defendants Exhibit No. 5
17         was published.)
18 BY MR. PREBER:
19     Q. All right. Can you see my screen okay?
20     A. I can, yes.
21     Q. So I believe this is going to be Defendants
22 Exhibit 5. I'm going to represent to you,
23 Mr. Limbacher, that this is the outpatient medical, and
24 this is PA -- Physician's Assistant Kevin Sims. This is

14 (Pages 44 to 47)

Page 48

1  on January 30th, 2018. Do you see all that information
2  in the center of that screen?
3      A.  I do.
4      Q.  Okay.  I'm going to scroll through this again.
5  Just kind of like the last time, I'm going to try to
6  stop at the more, quote-unquote, important parts.  But
7  if you want me to stop --
8      MR. PREBER:  Or, Mr. Hack, if you need me to stop,
9  please just let me know and I'll stop right away.  But
10 I'll try to scroll at that decent pace that we did last
11 time.
12 BY THE WITNESS:
13     A.  Stop, please.
14     Q.  Move up a little bit.
15     A.  Thank you.  Okay.  You may proceed.  Okay.
16 Stop, please.  Okay.  Thank you.  Stop, please.
17         Let me see if I can move this icon a little
18 bit.  I can't read it all.  I've got to move this over
19 here for a second.
20     Q.  No worries.
21     A.  Okay.
22     Q.  Sir, does that refresh your memory?
23     A.  It does, yes.
24     Q.  Okay.  All right.  So, sir, what did you and

Page 49

1  PA Sims talk about?  What was the reason for your
2  visit -- being there?
3      A.  Well, again, this visit contained many
4  elements of treatment.  We discussed the MRSA, asthma,
5  and my injuries.
6      Q.  Did you discuss your left shoulder at all with
7  PA Sims?
8      A.  I did, yes.
9      Q.  Okay.  Did he recommend anything?
10     A.  Well, he was actually surprised that I hadn't
11 seen an orthopedic specialist.
12     Q.  How did he say it?  Like, I guess how did he
13 voice that concern to you?
14     A.  I recall him saying, "Wait.  What was the date
15 of this?"  And he looked in the notes, and he was
16 looking at when this occurred.  And -- and then he made
17 the comment, "You still haven't seen an ortho?"
18         And I said, "No."
19     Q.  I want to skip back a little bit back to the
20 date of the actual incident.
21     A.  Okay.
22     Q.  When you saw Dr. Yu, did he treat you for a
23 dislocated shoulder at all?
24     A.  No, he did not.

Page 50

1      Q.  Okay.  When were you treated for your
2  dislocated shoulder that you stated that you had after
3  the incident?
4      A.  I wasn't treated.
5      Q.  Okay.  At that point, were you able to move
6  your shoulder?
7      A.  Well, at the time of the accident, when I was
8  laying on the floor and Nurse Jardine was calming me
9  down and -- I remember the brace being put on my neck
10 and her saying, "Calm down."  And they went to grab my
11 shoulder.  And I reached across.  I grabbed my shoulder,
12 and I was just relaxing.  And she kept telling me to
13 breathe and breathe and breathe.  And when I grabbed my
14 arm and pulled it across like this, it popped back in.
15 So it -- I learned that I could put it back in myself.
16     Q.  Okay.  Did you let Nurse Jardine know or
17 Dr. Yu know that you relocated your shoulder?
18     A.  I don't recall.  Everything happened so fast.
19 And they had me more concerned about my head at that
20 moment because they kept saying, "He hit his head.  He
21 hit his head."  They were bracing my neck, and they made
22 sure my head stayed still the whole time.  I let Dr. Yu
23 know when I saw him.
24     Q.  Okay.  All right.  And then when you were

Page 51

1  prescribed physical therapy, did you attend your
2  physical therapy sessions?
3      A.  Well, physical therapy sessions aren't in the
4  traditional sense in the jail setting.
5      Q.  Okay.  How are they done?
6      A.  So you go to an appointment and you're given a
7  sheet of paper with exercises to take back to your tier
8  to do at your own time.
9      Q.  Are you given instructions on how to do those
10 exercise?
11     A.  Yes.
12     Q.  Okay.  Are you given instructions of when to
13 do those exercises or how often to do them?
14     A.  I believe I was told to do them two to five
15 times a week if I'm not mistaken.  It was a one-sheet
16 piece of paper, maybe two with illustration of exhibits
17 of, you know, how to do it.  And then it had wording
18 under it that explained to -- the exercises of how you
19 should conduct those.
20     Q.  And then were you doing those physical therapy
21 exercises?
22     A.  I did.
23     Q.  Okay.  And then how is your shoulder feeling
24 with those?

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 52

1     A.  Not great.  I wasn't able to do it very well.
2  And the physical therapist told me, "You know, it's
3  going to take time.  You know, just do a little bit at a
4  time.  Do a little bit at a time, and it should get
5  better."  But it made it worse.  It wasn't good for me.
6     Q.  So before physical therapy, what was your pain
7  scale for your left shoulder?  Let's say 1 is the
8  lowest and 10 is the highest.
9     A.  It depends on the time.  You know, it --
10  Different days it would be different.  It was mostly
11  escalated at night.  And it could be on average between
12  seven and nine at all times, I would say.
13     Q.  Okay.  All right.  Thank you for that, sir.
14     A.  Uh-huh.
15     Q.  All right.  I'm going to share my screen
16  again.  Should be Defense Exhibit, I believe, 6.
17           (Defendants Exhibit No. 6
18            was published.)
19  BY MR. PREBER:
20     Q.  Mr. Limbacher, I'm going to represent to you
21  that this is the outpatient medical of Glen Trammell
22  again, PA --
23     A.  Oh, yes.  I remember this day.
24     Q.  Okay.  This is going to be March 2nd, 2018.

Page 53

1  I'm going to slowly go down again, sir, just so you can
2  kind of see everything.  Again, just like last time,
3  please let me know if you need me to stop.
4     A.  No problem.  Thank you.
5        Okay.  Stop, please.  Could we go back a
6  little bit, please?
7     Q.  Yep.  Like right around there?
8     A.  Okay.  You could keep going.  Thank you.
9  Okay.  Stop.  Uh-huh.  Okay.
10     Q.  Okay.  Sir, does that refresh your memory?
11     A.  Yes, it does.  Thank you.
12     Q.  Yeah.  And then --
13        So what did you and PA Trammell talk about on
14  that date of March 2nd, 2018?
15     A.  This day was frustrating for me.  Because when
16  I had seen him previously, he said that he would do his
17  best to get me into an ortho and that he would be
18  following up with me soon.
19        And I remember the first thing I said when I
20  walked in the room, "What has take" -- "What is taking
21  so long?"
22        And I think it caught him off guard, and I
23  think he -- He was really curt with me.  And he was --
24  He threw his hands and he said, "How the hell would I

Page 54

1  know?" something to that effect.  And -- and then he
2  pushed his chair back and he said, "You know what?  I'm
3  sorry.  You don't deserve that."  And he retracted and
4  he apologized.  And then he became more engaging with
5  me.  And he sat there and just listened to me for a
6  period of time.
7        And I also apologized to him.  I said, "You
8  know, it's just frustrating in this environment.  And I
9  am making complaints.  I'm trying to get the medical
10  attention I deserve."
11        He seemed like he was being sympathetic at
12  that moment.
13     Q.  If I may fill in a couple of the blanks, sir,
14  what were you upset about when you walked in?  You just
15  said you were upset and threw your hands up saying what
16  was going on -- or he threw up his hands saying he
17  didn't know what was going on.  But what were you upset
18  about?
19     A.  Right.  Like I said, I was upset because it
20  had taken so long for me to see him.  He said I would
21  have a follow-up appointment soon with him as well as he
22  would be scheduling me for an ortho appointment.
23     Q.  Follow-up appointment for what?
24     A.  Just to see him, just to follow up.

Page 55

1     Q.  Okay.  Follow up for any specific injury that
2  you had?
3     A.  For everything that we had talked about
4  previously in the last appointment.
5     Q.  Okay.  Did you --
6     A.  He basically just said, "I'll see you soon,
7  and I will schedule you for ortho."
8     Q.  Okay.  Did you specifically talk about your
9  left shoulder at all?
10     A.  I did.
11     Q.  Okay.
12     A.  That was -- At that -- at that time, that was
13  one of my biggest frustrations.  And he said, "That will
14  be addressed with the orthopedist when you see him."
15     Q.  Okay.  Do you have any reason to believe why
16  he didn't put it down in his notes about your left
17  shoulder?
18     A.  Well, I do recall him having a conversation
19  with me that my shoulder and my neck, it could be -- The
20  shoulder pain could be caused by my neck.  Because at
21  one point or during a certain time when I would turn my
22  head, I would get a sharp pain from my neck into my
23  shoulder.  And I don't know if he just believed that
24  that's what it was, but we definitely discussed my

16  (Pages 52 to 55)

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

---

Page 56

1    shoulder. And he knew I had my dislocation at the time
2    of the fall.
3         Q.  Okay.
4         A.  I don't know. I'm not in control of what he
5    puts in his reports. I mean, I don't know. But I do
6    recall the appointment and the conversation.
7         Q.  And he was aware of your dislocated shoulder
8    that you stated that you had?
9         A.  Yeah.
10        Q.  Okay. And then what did you want him to do?
11        A.  I wanted to see an orthopedist, as I should
12   have.
13        Q.  Okay. Why do you believe you should have seen
14   one?
15        A.  Well, after knowing my medical condition now,
16   had I seen one then, I wouldn't be in the situation
17   where I need shoulder replacement.
18        Q.  At the time of what we're talking about, why
19   did you want to see one so bad?
20        A.  Well, my sister's a nurse. My brother -- he's
21   deceased -- is a doctor. And they kept telling me, "You
22   need to see an orthopedic."
23        And, I mean, I'm not a dumb person. I know
24   what -- the pain I was feeling. I knew I needed a

---

Page 57

1    specialist. And my request, and it was denied so many
2    times.
3         Q.  Were you attending physical therapy at this
4    time or were you doing your physical therapy -- My
5    apologies. Strike that.
6         At this time, were you following through with
7    physical therapy?
8         MR. HACK:  Objection. At this point, the
9    transcript is lost at what -- what is "at this time."
10   So if you would clarify where we are in the chronology,
11   that would be helpful.
12        MR. PREBER:  My apologies.
13   BY MR. PREBER:
14        Q.  Sir, right around March 2nd, 2018, prior to
15   that, had you been going to physical therapy?
16        A.  You don't go to physical therapy. Like I
17   explained to you before, you see a physical therapist on
18   occasion, and you're given a sheet of paper. So it --
19   The physical therapy you actually do is on your own time
20   and at your own discretion.
21        Q.  My apologies.
22        Were you completing the physical therapy?
23        A.  When you say "complete," I don't know what you
24   mean.

---

Page 58

1         Q.  Were you following through on your treatment
2    of physical therapy? If you were supposed to do three
3    to five exercises a week with the physical therapy, were
4    you indeed doing your three to five exercises a week?
5         A.  I did for a week to two maybe. I did my best,
6    but it made it worse.
7         Q.  Okay. Did you let PA Trammell know on
8    March 2nd, 2018 that it was not improving?
9         A.  I let everyone know that I came in contact
10   with. I can't specifically say on that date I told him
11   that -- that it wasn't working after three to four, five
12   times. I just told him, "I need to see an orthopedic.
13   And you promised me you were scheduling me for one."
14   And he told me I would still see one.
15        Q.  Okay.
16        MR. HACK:  Alex, just sit tight for one second.
17   I'm going to grab some coffee. Don't go off the record.
18   I'm going to be truly right back.
19        MR. PREBER:  We'll take a 30-second break.
20        MR. HACK:  No, no. I mean --
21        MR. PREBER:  No worries.
22        MR. HACK:  Thank you.
23        MR. PREBER:  Uh-huh.
24

---

Page 59

1    BY MR. PREBER:
2         Q.  Sir. I'm going to be sharing my screen again.
3         (Defendants Exhibit No. 7
4              was published.)
5    BY MR. PREBER:
6         Q.  Can you see it okay?
7         A.  Yes, Mr. Preber, I can see it.
8         Q.  Okay. All right. This is going to be Defense
9    Exhibit No. 6. I'm going to represent to you that this
10   is the outpatient medical note of Mr. Glen Trammell.
11        A.  Okay.
12        Q.  This is going to be on the April 7th --
13   sorry -- May 7th, 2018.
14        A.  Okay.
15        Q.  Just like before, sir, I'm going to scroll
16   it -- slowly scroll down. If you want me to stop,
17   please let me know. I'll try to stop at the bigger text
18   stuff.
19        A.  Okay. Thank you.
20        Q.  But please just let me know.
21        THE REPORTER:  Alex, I just want to make sure. I
22   thought you said, "6." I think this might be 7.
23        MR. PREBER:  My apologies. Then 7. You know, I
24   even have it marked on my own thing as 7. My apologies

17  (Pages 56 to 59)

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 60

1  on that.
2  BY THE WITNESS:
3    A.  Hold on one second.
4    **Q.  Yeah.**
5    A.  Thank you.  Okay.
6    **Q.  Okay.  Does this refresh your recollection,**
7  **sir?**
8    A.  Yes.
9    Will you please go back to the beginning?
10  **Q.  Yes, sir.**
11    A.  Thank you.
12    What is the date of this?
13  **Q.  This is going to be May 7th, 2018.**
14    A.  Yes.  Okay.
15  **Q.  Okay.  All right.  Sir, do you remember what**
16  **you and PA Trammell talked about on this date of**
17  **May 7th, 2018?**
18    A.  I believe on this visit I had a lot of pain in
19  my back.  I'm not sure if this was the visit.  I think I
20  was prescribed lidocaine patch.  I'm sure we discussed
21  other things, you know, as far as asthma and stuff like
22  that.
23    I did have an episode where I was numb down
24  low, but I come -- I come to realize that that was

Page 61

1  unrelated to anything that happened in there or -- It's
2  crazy.  But the stools are so small and they're made of
3  steel.  And when I would sit on them in the dayroom and
4  I would sit --
5    Go ahead.
6  **Q.  Hold on one second, Mr. --**
7  **Just for clarification, when you said, "I was**
8  **numb down low," what exactly do you mean by that?**
9    A.  It means I couldn't feel my pelvic area at
10  all.  Like, it went -- it went completely numb and --
11  **Q.  From the pelvic area below?**
12    A.  Yeah.  And I -- I peed myself a little.
13  **Q.  Okay.**
14    A.  And it was concerning at first -- really
15  concerning for me.  And I believe during this visit, we
16  may have discussed that.
17    But I realized later that when I sit a certain
18  way on these small, steel stools, that it makes -- it
19  does that to me.  It would -- it would make me go numb.
20  And it was unrelated to anything that happened with my
21  injury.  I don't -- I don't know what the conversation
22  extended to as far as that goes, but I know -- During
23  that appointment, I know he wanted to address that
24  concern.

Page 62

1    **Q.  Okay.  So that was the main concern, was the**
2  numbness of your pelvic region, which led to a little
3  bit of involuntary urination, would be a nice way of
4  putting it?
5    MR. HACK:  Objection --
6  BY THE WITNESS:
7    A.  I wouldn't say that.
8    MR. HACK:  -- inconsistent with the witness's prior
9  testimony; misstates facts in the record.
10    MR. PREBER:  My apologies on that.
11  BY MR. PREBER:
12    **Q.  Mr. Limbacher, please clarify if what I**
13  **just -- I'm sorry.**
14    So your -- One of the concerns at this
15  appointment was the -- you being numb below your pelvic?
16    A.  I recall that being one of the conversations
17  during that appointment, yes.
18    **Q.  Did you bring up with Mr. Trammell about your**
19  **left shoulder at all?**
20    A.  Yeah.  I'm still asking him to see an
21  orthopedist.
22    **Q.  Okay.  All right.  And then during this time,**
23  **how is the pain level of your left shoulder -- during**
24  **this time of May 2nd, 2018?**

Page 63

1    A.  I can't say specifically on that day, but I
2  knew that it was progressing.  And I know that following
3  it my shoulder was swelling, and I was getting -- It
4  felt like water in there.  And at that time, it was bad.
5  I can't put a number on it.
6    **Q.  Did PA Trammell do any sort of physical**
7  **examination of you on that date?**
8    A.  He did.  It was brief.
9    **Q.  Okay.  Was your pain subsided at all by any**
10  **pain medications that were prescribed to you?**
11    MR. HACK:  Objection.  I -- Do you mean at any
12  point in time?  On that day?  Some other point in time?
13    MR. PREBER:  My apologies.
14  BY MR. PREBER:
15    **Q.  Between the injury time and between that date,**
16  **were any of the pain medications prescribed to you --**
17  **were they helping at all to mitigate the pain?**
18    A.  You know, I would say the medicine didn't
19  help.  But if I didn't have it, I felt like I needed it.
20  So I don't feel like the meds were right for me.  They
21  may have helped some.  But what I was going through, it
22  was not even close to helping me with the pain that --
23    **Q.  Okay.  Were you able to raise your left**
24  **shoulder above your head?**

18  (Pages 60 to 63)

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 64

1    A. No.
2    Q. Okay.
3    MR. HACK: Alex, do you want to ask that question
4  again?
5  BY MR. PREBER:
6    Q. Mr. Limbacher --
7    MR. HACK: Because I don't know any of us that can
8  lift their shoulders over their head. Did you mean your
9  arm?
10    MR. PREBER: You are correct, Mr. Hack. My
11  apologies.
12  BY MR. PREBER:
13    Q. Mr. Limbacher, were you able to lift your arms
14  above your head?
15    A. Not without dislocating it.
16    Q. As in your shoulder would dislocate if you
17  attempted to do that?
18    A. Yes.
19    Q. Okay. How were you able to reloc-- --
20    Did your shoulder ever dislocate while you did
21  that?
22    A. Yes. The second time that I dislocated it it
23  was at night when I was sleeping. And I tried to sleep
24  on my back because it was the most comfortable, and I

Page 65

1  tend to like to sleep on my stomach or side. But I toss
2  and turn a lot. And in my sleep I move the wrong way,
3  and I dislocate it.
4    And I recalled at that moment when
5  Nurse Jardine kept telling me to relax -- I kept hearing
6  her voice, "Relax, relax, relax." And I did the same
7  thing that I did and when I was on the stretcher. I
8  laid the same way and cut across. Because at the time
9  when I looked up, there was no guard in the room. And
10  it was an open dorm. And I reached across my arm and
11  I -- Right. I just kept breathing like she told me to.
12  I kept my eyes closed, and I was able to put it back
13  into place.
14    Q. Okay. Did you let PA Trammell know on the
15  date of May 2nd, 2018, I believe it was?
16    A. I don't know. I don't -- Mr. Preber, I don't
17  know the date of that occurrence, but I do know that I
18  had filled out a complaint.
19    Q. Roughly how many times would you say that your
20  shoulder dislocated out between the incident date and
21  let's just say the date with Mr. Trammell of -- My
22  apologies. It was actually May 7th, 2018.
23    A. Your -- The question is from November --
24    Q. From November -- from November 2017, the day

Page 66

1  of the incident -- on the 13th, to let's just say
2  May 7th, 2018, roughly how many times did your shoulder
3  dislocate out to where you had to put it --
4    A. A few. I'm not positive on the number.
5    Q. Okay.
6    A. As time progressed, it just seemed much easier
7  for it to dislocate.
8    Q. Okay. All right. Then when you told
9  PA Trammell this, do you remember what he did?
10    A. I don't recall.
11    Q. At any point up until this date, did anyone
12  discuss with you the findings of the X-rays that they
13  had so far or what they thought may have been the
14  problem for your shoulder injury?
15    A. The -- the first that I recall is
16  Dr. McCarthy.
17    Q. Okay.
18    A. Actually -- actually, there's three doctors I
19  remember discussing this with me. But I remember
20  Dr. McCarthy going into more detail and specifics of the
21  findings, yes. And I believe also Trammell may have
22  discussed some of the findings as well. And they both
23  referred to what was called bone spurs that I had. And
24  I remember Dr. McCarthy going more in depth of what that

Page 67

1  entailed and what that specifically meant and what
2  causes that and stuff.
3    Q. Okay. Did anyone ever mention to you
4  degenerative changes or moderate multilevel degenerative
5  changes?
6    A. Arthritis. Is that what you're referring to?
7    Q. I would be referring to that. Did anyone
8  refer that to you?
9    A. Okay. Yes.
10    Q. Okay. At this point, did you have a history
11  of arthritis or anything like that?
12    A. I don't recall. I do recall, you know, when I
13  saw Dr. Bruce at Stroger, that he told me for my age
14  this is -- it's not really normal for someone to have
15  this advanced stage unless you have an injury.
16    Q. Yeah. Okay. All right. So then after you
17  saw Mr. Trammell, you mentioned a Dr. McCarthy, correct,
18  that you saw?
19    A. Yes.
20    Q. Okay. Sorry. Give me one minute.
21    All right. And then do you recall roughly the
22  date that you saw Ms. McCarthy for the first time --
23  Dr. McCarthy?
24    A. Let's see. Everything to me is in seasons, so

19 (Pages 64 to 67)

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 68

1    I believe it was October of --
2       Q.  Okay.
3       A.  It was a year later, so 2018, October maybe
4    2018.
5       Q.  Okay.  All right.  Just like last time, we're
6    going to go with Exhibit No. 8.
7            (Defendants Exhibit No. 8
8             was published.)
9    BY MR. PREBER:
10      Q.  Sir, can you see my screen okay?
11      A.  Yes, I can see it just fine.
12      Q.  Okay.  All right.  This is going to be Defense
13   Exhibit No. 8.
14      A.  Okay.
15      Q.  I'm going to -- I'll represent to you that
16   this is the rehab medicine for outpatients.
17      A.  Right.
18      Q.  This is dated on October 2nd, 2018.
19      A.  Right.
20      Q.  This is signed by Dr. Theresa McCarthy?
21      A.  Right.
22      Q.  And then, sir, just like last time, I'm going
23   to slowly scroll down.
24      A.  Okay.

Page 69

1       Q.  If you or Mr. Hack would like me to stop, I
2    will gladly do that.
3       A.  Okay.
4       Q.  Please just let me know.
5       A.  Okay.  Okay.  Okay.  Stop, please.
6       Q.  Uh-huh.
7       A.  Okay.  Stop, please.
8       Q.  Uh-huh.
9       A.  Okay.  Okay.  Okay.
10      Q.  All right.  Sir, does this refresh your
11   memory?
12      A.  It does.  Yes.  Thank you.
13          And what is the date on the top?  I didn't ...
14      Q.  The date for this is going to be October 9th,
15   2018.
16      A.  Okay.  That makes sense.
17      Q.  Yep.  Okay.  Sir, with this interaction, what
18   did you and Dr. McCarthy discuss when you -- when you
19   saw her on October 2nd, 2018?
20      MR. HACK:  Hang on a minute.  I actually think,
21   Alex, that a minute ago you said the date was the 9th.
22   I thought you meant to say the 2nd.
23      MR. PREBER:  Oh, my apologies.  October 2nd, 2018.
24   My apologies on that.  The signed information is the

Page 70

1    9th.  My apologizes for that, Mr. --
2       MR. HACK:  It doesn't matter terribly, but it
3    should be accurate.
4       MR. PREBER:  Yes.  You are correct, sir.
5    BY THE WITNESS:
6       A.  Okay.  So what is your question again?
7       MR. HACK:  Yeah.  Thank you.
8       MR. PREBER:  No worries.
9    BY MR. PREBER:
10      Q.  My question is, what did you and Ms. McCarthy
11   discuss on October 2nd, 2018?
12      A.  Well, she introduced me as -- the pain doctor.
13   And she was -- I was there to have my pain addressed --
14      Q.  Okay.
15      A.  -- of my left shoulder.
16      Q.  Okay.  Do you remember if she did any sort of
17   physical examination of you?
18      A.  She did.
19      Q.  Did she examine your left shoulder?
20      A.  Yes.
21      Q.  Do you remember what she -- what she thought
22   about your left shoulder?  Did she have a plan of
23   action that she wished to discuss with you?
24      A.  I believe she wanted imaging at this time, if

Page 71

1    I'm not mistaken.  But she discussed treating the pain
2    and what that entailed.
3       Q.  Uh-huh.  Okay.  All right.
4       A.  Oh, yeah.  Check something --
5       Q.  My apologies.  Did you want me to go back?
6       A.  No, no, no.  I thought you were showing me
7    something else, but --
8       Q.  No.  I'm just scrolling just to -- just to
9    scroll on that one.
10          And then on that date Dr. McCarthy didn't
11   actually treat you, did she, as in -- My apologies.
12   Strike that.
13          On that date did Dr. McCarthy give you any
14   sort of treatment at that time like a shot or a
15   painkiller?  Anything like that?
16      MR. HACK:  The question's unclear.  Objection.
17   BY THE WITNESS:
18      A.  You're correct.
19      Q.  On that date before you left -- Sorry.
20          On the date of October 2nd, 2018, did
21   Dr. McCarthy just do an examination of you?  Did she
22   prescribe anything?
23      A.  No.  We discussed a cortisone shot injection.
24   She explained to me that this could be something that

Royal Reporting Services, Inc.
312.361.8851

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

| Page 72 |
| --- |

1  might help with the pain, that it doesn't work on
2  everyone. It's not effective for everyone. She also
3  went over the pros and cons and the complications that
4  it might cause.
5        But my response was, "Is this a temporary fix?
6  I would rather know what the problem is before you just
7  alleviate the pain. Am I going to cause additional
8  injury?"
9        So we conversed a lot. We talked back and
10  forth. She took some time to explain all those things
11  to me.
12        Q.  Okay. Do you feel that Dr. McCarthy
13  adequately addressed your issues?
14        MR. HACK: Objection, unclear and overbroad.
15  BY MR. PREBER:
16        Q.  Give me one second.
17        MR. HACK: You may answer, Shane.
18  BY THE WITNESS:
19        A.  Ms. McCarthy at that time had an opportunity
20  to refer me to an orthopedic. The questions I was
21  asking I felt were very direct. I wanted more answers.
22  She was there to only address my pain. And I wanted
23  more answers.
24        "But why am I having this pain? If this is

| Page 73 |
| --- |

1  only a temporary fix, why am I not seeing an
2  orthopedist?"
3        And she replied, "This is how we do it. We
4  start with this form of action first. And then if
5  that's not effective, then you will see an orthopedist."
6        Q.  Okay. And what were your thoughts on that?
7        A.  I was not happy. I thought I was being
8  dismissed again. And it was frustrating. It was -- I
9  just felt like she wasn't there to help me. And she's a
10  physician. It really was bothersome to me.
11        Q.  Okay. Did you wish to have a cortisone shot
12  at that time?
13        A.  I wanted to know more about it. So at that
14  time, I declined a cortisone shot. I told her I was
15  going to do my research. I wanted to talk to my family
16  and others about it. I wanted to know more about what
17  that meant, getting a cortisone shot, you know. I don't
18  particularly like needles to begin with, but I wouldn't
19  oppose it if I really understood more about it.
20        Q.  Okay. At this time, if surgery was offered to
21  you, would you wish to have surgery?
22        A.  I would have consulted with an orthopedist to
23  see what his recommendations was, and I would have done
24  some research. And I would have made my evaluation

| Page 74 |
| --- |

1  based on what I felt was right with the consultation of
2  an orthopedic that I should have seen before the --
3  before that entire span of a year.
4        Q.  Okay. I'm going to share with you the next
5  follow-up visit that I have with Dr. McCarthy. One
6  second.
7        A.  Okay.
8        (Defendants Exhibit No. 9
9        was published.)
10  BY MR. PREBER:
11        Q.  Can you see my screen perfectly fine?
12        A.  Yes, sir.
13        Q.  I believe this is going to be Defense
14  Exhibit No. 8.
15        A.  Okay.
16        Q.  This is going to be -- I'm representing to you
17  that --
18        THE REPORTER: It's No. 9, Alex. Sorry.
19        MR. PREBER: Number 9. My apologies.
20  BY THE WITNESS:
21        A.  I can see it, yes.
22        Q.  Exhibit No. 9. All right. I represent to you
23  that this is the rehab medicine output of Dr. McCarthy.
24  This is on December 4th, 2018. I'm going to scroll down

| Page 75 |
| --- |

1  this just like last time, sir.
2        A.  Yes.
3        Q.  Please let me know if you wish me to slow down
4  or stop.
5        A.  Uh-huh. Stop. Stop, please.
6        Q.  Uh-huh.
7        A.  Okay.
8        MR. HACK: Hang on a minute. Stop there.
9  BY THE WITNESS:
10        A.  Okay. Okay.
11        Q.  Does this refresh your memory with that date,
12  sir?
13        A.  Absolutely. I remember this appointment so
14  well, because this was an appointment that I was so
15  hopeful that finally I was going to have someone that
16  was going to see the results of imaging and they would
17  see that I needed care.
18        Q.  Okay. So what did you and Dr. McCarthy
19  discuss that day?
20        A.  I recall -- To me everything -- My concern was
21  my shoulder, and that was what I was focused on. So I
22  saw a few other things in the report a lot, but I
23  remember her going over the imaging with me and telling
24  me that I had chipped bone or bone spurs, I think.

21  (Pages 72 to 75)

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 76

1    And I asked her what a bone spur was.
2    And I believe she explained it to me like a
3    chipped bone.
4    And I said -- And then I'm thinking, great,
5    this is finally -- there's some results.  And I said,
6    "That's probably why I feel like I have glass inside my
7    arm when I move and at night when I'm sleeping I feel
8    like someone's poking me with needles."  Like, I felt
9    like she's finally going to get me to an orthopedist,
10   but she didn't.
11       Q.  Okay.  What did she offer you instead?
12       A.  She offered me the cortisone shot.
13       Q.  Did you receive that shot?
14       A.  I did, but not at that time and not from her.
15       Q.  Why did you refuse the shot at the time with
16   Dr. McCarthy?
17       A.  I wanted the opinion of a --someone that was
18   an orthopedist.  I wanted to know more.  And not only
19   that, she had told me that it might not even be
20   effective.  And she told me it can cause additional
21   infection.
22       I had received MRSA.  I -- I -- I was the --
23   This place is a filthy place to begin with.  When she
24   told me the possible effects of getting a shot -- a

Page 77

1    cortisone shot, I was hesitant.  However, she did tell
2    me that at any point if I change my mind, just to fill
3    out a medical request form and she will get me one
4    immediately, which I did.  I -- It got to the point
5    where I didn't even care if I had an infection.  The
6    pain was so bad.  I'll take the shot.  Give me the shot.
7    But she didn't respond.  She ignored my
8    requests.  As she said during that appointment, any time
9    I want one if I change my mind, let -- let her know.
10       At that point, I was so desperate.  No one's
11   listening to me.  I needed the pain to be alleviated.
12   So yes, I wanted the shot, but she ignored me.  She
13   ignored my requests just like everyone else.
14       Q.  So for clarification -- I just want to make
15   sure I have the date correct.
16       So for clarification, on December 4th, 2018,
17   you were offered a cortisone shot from Dr. McCarthy,
18   correct?
19       A.  I believe that was the date.
20       Q.  Okay.  And at that time, you remember
21   declining that, correct?
22       A.  I told her that I would prefer to see an
23   orthopedist.
24       And she straight up told me that, "I will not

Page 78

1    refer you to an orthopedist until you try the shot."
2    But after hearing all the effects that it
3    could possibly cause me, at that moment, I still wasn't
4    sure that it was the right action for me to take.  So I
5    wanted to proceed and have -- be seen by an orthopedic
6    doctor before I made that evaluation of getting a shot.
7    But she straight -- right out told me she will not refer
8    me to an orthopede without getting the shot first.
9        Q.  Okay.  Do you have any reason to believe that
10   Dr. McCarthy was unqualified to treat you?
11       A.  I believe she was unreasonable, and I don't
12   think she took me seriously.  And I think that she is
13   wrong for treating me the way she did -- or mistreating
14   me.
15       Q.  Okay.  All right.  Sir --
16       MR. PREBER:  And also with, Mr. Hack, or, Court
17   Reporter, if you guys would like -- I would like to take
18   maybe like a 10- or 15-minute break.
19       MR. HACK:  Sure.
20       THE WITNESS:  No problem.
21       MR. PREBER:  So I would say let's try to -- let's
22   just say convene back at around like 12:40?  Would that
23   be okay?  A little bit longer?
24       THE WITNESS:  Sure.

Page 79

1        MR. HACK:  Let's go off the record, Alex, and then
2    I have a question for you.
3        MR. PREBER:  Okay.  Perfect.
4        (A lunch break was had.)
5    BY MR. PREBER:
6        Q.  All right.  Mr. Limbacher, before we ended and
7    broke for lunch, I believe you mentioned that -- and
8    please correct me if I'm wrong -- that your sister was a
9    nurse or your sister-in-law was a nurse?
10       A.  My sister is a nurse.
11       Q.  Okay.  And then you also stated that your now
12   deceased brother is -- was a doctor; is that correct?
13       A.  Yeah.  At the time, he was alive.
14       Q.  Okay.  I do apologize for your loss.
15       A.  No, that's okay.
16       Q.  And you stated earlier that they were both
17   telling you that you needed to have further examination
18   of your shoulder; is that correct?
19       A.  Yes.
20       Q.  Okay.  And this was at the time after the
21   incident and during the relevant time period between
22   November 13th, 2017 and I would say pretty much all the
23   way until your release before you actually got treated?
24       A.  Yes.  My -- my -- Yeah.  They both were

22  (Pages 76 to 79)

Page 80

1 telling me, "You need to see an orthopedic doctor."
2    Q. Okay. And your sister who is a nurse, do you
3 know where she went to nursing school?
4    A. I -- I'm not positive. Maybe Toledo, Ohio.
5 I'm not positive. She's -- She lives in Ohio.
6    Q. Okay. Did she do any physical examination of
7 your shoulder during this time period?
8    A. I didn't see her for so many years, no.
9    Q. Okay. With your brother, does your brother
10 conduct any physical examinations of your shoulder
11 during -- after -- Sorry. Strike that.
12      Does your brother conduct any physical
13 examinations or examine your shoulder at all after the
14 incident date?
15    A. They obtained my medical records and observed
16 them.
17    Q. So all they did was read over the medical
18 records that have already been provided?
19    A. And my sister also is the person that I would
20 send all my grievances to. She was the one that I would
21 send my -- She would send my appeals for -- to
22 Springfield from grievances and such. She kept my
23 records for me.
24    Q. Okay.

Page 81

1    A. Most of them. Her and my brother. My little
2 brother kept most of my records as far as that goes.
3 But my sister was able to obtain my medical records
4 through her -- her doctor that she worked for at the
5 time. And she reviewed those. And yes, she based her
6 decision on that, not a physical examination as well as
7 what I was telling her.
8    Q. Okay. And then with your brother who is a
9 doctor, do you know what kind of doctor he -- what kind
10 of specialty he had?
11    A. Chiropractic.
12    Q. Okay. Thank you very much, sir.
13      All right. We're going to kind of go back to
14 this time line. So it will be -- I've left off on
15 Exhibit 10. So this shall be Exhibit 11. One second.
16    THE REPORTER: I think it's 10, Alex.
17 BY MR. PREBER:
18    Q. Never mind. It's -- We're just going to go
19 with Exhibit 10.
20      All right. Exhibit 10.
21      (Defendants Exhibit No. 10
22        was published.)
23 BY MR. PREBER:
24    Q. All right. Sir, can you see my screen okay?

Page 82

1    A. Yes, sir.
2    Q. So we left off -- You saw Dr. McCarthy on -- I
3 believe it was 12/14/2018 -- or sorry -- 12/4/2018.
4    A. Will you repeat that? I'm sorry. Alex, I
5 didn't --
6    Q. I said -- Yep. I said I believe the last time
7 you saw Dr. McCarthy was 12/4/2018 --
8    A. Yeah. Okay. Yes. That sounds right.
9    Q. -- when we were discussing.
10    A. Okay.
11    Q. So this looks to be another follow-up visit
12 for you.
13    A. Uh-huh.
14    Q. Or at least a visit with outpatient medical?
15    A. Yes.
16    Q. This is going to be Defense Exhibit No. 10.
17    A. Okay.
18    Q. I represent to you that this is again the
19 outpatient medical of Cook County Systems.
20    A. Yes.
21    Q. This is from PA, Physical -- Physician's
22 Assistant Barbara Davis, and this is dated on
23 12/12/2018. It looks like from general communication
24 this is a scheduled for Physician's Assistant Barbara

Page 83

1 Davis, and this is dated on 12/12/2018. It looks like
2 from general communication this is a scheduled
3 follow-up.
4      Sir, do you see all that that I just kind of
5 read off?
6    A. I do.
7    Q. Okay. All right. Sir, just as -- And last
8 time, I'm going to slowly scroll down this. Please let
9 me know if you want me to stop or anything like that
10 just so you can kind of --
11    A. Okay. Stop, please.
12    Q. Yep.
13    A. Okay. Okay. Stop, please.
14    Q. Uh-huh.
15    A. Okay.
16    Q. Okay. All right. I'm just going to scroll to
17 the top, sir, just where it has her initial notes.
18    A. Okay.
19    Q. Okay. With this visit, sir, do you remember
20 what this was a visit for?
21    A. I know this was the first time that I had seen
22 her. I -- I'm sure I would have submitted a health
23 service request form from the time I saw McCarthy until
24 then, maybe several or a few. I'm not positive. But

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 84

1  I'm sure this was a follow-up for McCarthy and/or my
2  request to see medical.
3      Q.  Okay.  And then it looks like that you were
4  requesting some stronger pain medications because
5  present meds were not working.  Was that in regard to
6  your left shoulder injury if you remember?
7      A.  I don't recall at this time.
8      Q.  Okay.  All right.  Do you recall anything from
9  that interaction with PA Davis that may not be reflected
10  in her note?
11      A.  I do.
12      MR. HACK:  The question is overbroad.  You may
13  answer it, but that requires you to go back and read
14  everything start -- start to finish.
15  BY THE WITNESS:
16      A.  I recall her reviewing my X-ray.  I recall
17  her -- I believe it was this visit.  I'm pretty sure it
18  was this visit.  I believe this was the time I met her.
19  I believe this was the time that she -- Actually, I
20  asked her if I could see my X-ray.  And I asked her if
21  she reviewed it.
22      And she said she didn't need to, that she read
23  the report.
24      And I said, "Well, do you mind pulling it up

Page 85

1  and we could see it together?"
2      And she did.
3      Q.  Okay.
4      A.  And she pointed out things on my shoulder.
5      Q.  Okay.  This is still going to be in
6  Exhibit 10, but this is just going to start on page 6.
7  This is going to be another visit.  I represent to you
8  that this is still the outpatient medical.  This is
9  still with Ms. -- PA Barbara Davis except this one is
10  going to be dated January 29, 2019.
11      Sir, again, I'll slowly scroll through.
12      A.  Okay.
13      Q.  And I'll stop right around here.
14      A.  Okay.  Thank you.  Okay.
15      Q.  That's the end of the note, sir.
16      A.  Okay.
17      Q.  Do you recall this interaction with Ms. Davis?
18      A.  I do.  And it also brings me back to the
19  initial appointment that I had with her.
20      Q.  So reading with --
21      Looking over the note with Ms. -- from
22  Ms. Barbara Davis, do you remember discussing with
23  neurosurgery and that you were informed that you were
24  not a surgical candidate --

Page 86

1      A.  Not for --
2      Q.  -- for surgery on your left shoulder?
3      A.  Yeah.  The neurologist said that there were no
4  neurological concerns, which I already knew at that
5  time.  In the previous appointment with Davis she told
6  me I was scheduled to see the doctor and I would be
7  getting MRIs for my back and my neck.  And I -- At that
8  time, I had requested her to get me a -- to schedule me
9  for an MRI for my shoulder.  And that was more of my
10  concern, not my neck and my back.  At that time, the
11  main concern was my shoulder.
12      Q.  Okay.  And then you requested the MRI from
13  her?
14      A.  I did.  And her reply was, "You know,
15  these" -- "these kind of procedures are not cheap.  We
16  just don't give them out."
17      Q.  Were you represcribed physical therapy at all
18  after this neurosurgery appointment?
19      A.  I -- I believe so.
20      Q.  Did you end up going to those physical --
21  Well, not going.  My apologies.
22      Did you end up following the physical therapy
23  procedures?
24      A.  I think I -- I may have went to one more visit

Page 87

1  with another sheet of paper for exercises.  I'm not
2  positive.  I think maybe so.
3      Q.  And at this time, were you still denying a --
4  any sort of cortisone shot or any shot that might
5  alleviate the pain at least that the doctors thought?
6      A.  I --
7      MR. HACK:  Misrepresents the record.  Objection.
8      You may answer.
9  BY THE WITNESS:
10      A.  I don't really recall the time.  I know that
11  my medical records will reflect when I requested the
12  cortisone shots and my complaints of my medical request
13  forms as well as my grievances, that they were not
14  honored.
15      Q.  And then with your interactions with Ms. Davis
16  for these two dates on 1/29/2019, was she receptive to
17  you?  Was she answering all of your questions?
18      A.  She was --
19      MR. HACK:  Objection.  The question is compound and
20  unclear.
21      You may answer.
22  BY THE WITNESS:
23      A.  Ms. Davis came across very ostentatious and
24  very much like she was giving me an education more like

24  (Pages 84 to 87)

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 88

1    she was a professor and I was a student. She gave me
2    this scenario where the reason my shoulder's hurting is
3    because the shoulder and the neck are all connected and
4    it's cause for my neck and all these arteries and stuff
5    are like rivers and streams going through. And that's
6    what I'm -- That's why I'm getting all these sensations.
7            And I asked her then, "Why, you know, the
8    cracking and the popping and" -- I asked her a lot of
9    questions.
10           She became very frustrated with me. And she
11   said to me, "More concerning than your shoulder and your
12   neck I'm concerned about your weight."
13           And I said, "Well, you're calling me fat?"
14           She never looked me in the eye during the
15   conversation when I met with her. She was dismissive.
16   But she said in reply, "I say to anyone who can grab
17   their stomach and pinch more than a couple inches that
18   they're fat." And she disregarded what I was there for.
19           But I also recall that I asked her if she
20   could schedule me for an MRI for my shoulder in lieu of
21   the appointments that were already scheduled.
22           She told me -- She couldn't tell me the date,
23   but she said I was scheduled for an MRI for my back and
24   my neck. But I -- I'm more concerned about my shoulder

Page 89

1    at this time. I would much rather have the MRI for
2    that.
3            Because the first appointment I saw her she
4    told me I would be seeing the orthopedic doctor. The
5    second she changed her whole tune. I don't know who she
6    talked to or what happened, but something changed. I
7    don't know. She was not present in our conversation.
8    It was very bizarre to have a medical professional not
9    interact with a client or a patient and never looking me
10   in the eye. It was just very bizarre behavior. But yet
11   again it was just another person dismissing me. It was
12   -- it was disheartening.
13       Q.  Okay. Did she talk to you at all about prior
14   courses of treatment that had been offered to you?
15       A.  She told me that "McCarthy offered you a
16   cortisone shot."
17           And I explained to her, "Yes, but it's a
18   temporary fix."
19           And McCarthy admitted that to me, and McCarthy
20   also explained to me that it may not be effective.
21           I said, "I would like to see an orthopedist to
22   make that decision before I take the shot.
23       Q.  Okay. And at that time, do you know if
24   Dr. McCarthy prescribed an MRI for you for your left

Page 90

1    shoulder?
2        A.  McCarthy refused to schedule me for an MRI
3    unless I took that cortisone shot first. And from my
4    understanding, if I remember correctly, it would be
5    effective for a few months, three to four months after
6    the cortisone shot. During that time, I didn't know
7    when I would be released. I thought -- kept thinking it
8    was only going to be a few more months anyway.
9        Q.  Okay. All right. Let's do a few more.
10   Please bear with me. Okay.
11           (Defendants Exhibit No. 11
12           was published.)
13   BY MR. PREBER:
14       Q.  So at least from what I see, the next time you
15   saw PA Davis is going to be on 7/24/2019. Sir, can you
16   see my screen okay?
17       A.  Yes, I can.
18       Q.  Okay. This is going to be -- should be
19   Exhibit 11. This is going to be the outpatient -- This is
20   the outpatient medical of Ms. Barbara Davis on
21   7/24/2019. Sir -- And it's -- Again, do you see the
22   screen fully?
23       A.  I do.
24       Q.  I'm going to scroll down a little bit just

Page 91

1    like last time. I'll stop in certain sections.
2        A.  Okay. Okay.
3        Q.  Does that refresh your memory, sir?
4        A.  Yes. Some.
5        Q.  Okay. Looking at the note with the history of
6    present illness, sir, do you remember asking PA Davis
7    about acupuncture, whether it was offered?
8        A.  I don't, but it's something I probably would
9    have considered. I believe in holistic type of ways,
10   but I don't recall the conversation. But I believe
11   it --
12       Q.  Okay.
13       A.  -- to be true.
14       Q.  Have you used acupuncture in the past prior to
15   incarceration to relieve --
16       A.  I did.
17       Q.  -- your medical needs?
18       A.  I did on my back, yes.
19       Q.  Okay. Is there --
20           Why did you believe that acupuncture would
21   work for your left shoulder as well?
22       A.  I was -- I would do anything, but they didn't
23   offer it. I mean, I would try anything that would help.
24       Q.  Okay. And it does state that it looks like --

25  (Pages 88 to 91)

Page 92

1  that they switched up your meds on your request as well
2  to help alleviate your pain. Would that be correct in
3  saying that as well?
4      A. I don't recall at this -- I mean, at this
5  moment I really can't say for sure. I see what it says
6  in the report.
7      Q. Okay. Do you remember you and PA Davis
8  discussing that you were not a candidate for surgery and
9  that you also admitted to her that you did not want
10  surgery anyway?
11     A. I would never make the evaluation without a
12  professional determining what my condition was. I
13  didn't have a diag- -- a proper diagnosis. I didn't see
14  an orthopedist. I would not ever say I wouldn't want
15  surgery without knowing what my condition was. If
16  surgery would help me, yes, of course, I would go for
17  surgery.
18         Now, in hindsight, knowing the condition that
19  I had and what I was suffering and that it could have
20  been corrected with a simple surgery, I absolutely would
21  have had surgery. And I don't -- I -- This -- I don't
22  know. This doesn't look right to me.
23     Q. Do you have any reason to believe that
24  Ms. Barbara Davis would not be consistent in her medical

Page 93

1  notes with you?
2      A. She --
3      MR. HACK: Objection, foundation.
4         You may answer.
5  BY THE WITNESS:
6      A. I believe from the way she treated me that she
7  just didn't care. She didn't believe me or she didn't
8  care.
9      Q. Did you believe that Ms. Davis had any ill
10  will towards you?
11     A. I can't say that for sure, but I do believe
12  that she has an obligation to escalate my care. And she
13  did not care to do so despite everything that I was
14  telling her.
15     Q. Okay. And then did Ms. Davis or did
16  Dr. McCarthy -- Did they discuss with you any
17  possibility of arthritis in your left shoulder?
18     A. Yes. They told me I had arthritis.
19     Q. Okay. Previously have you had arthritis in
20  your shoulder beforehand?
21     A. Not that I'm aware of.
22     Q. Okay. All right. I'm going to be showing you
23  another exhibit.
24     A. Okay.

Page 94

1         (Defendants Exhibit No. 12
2         was published.)
3  BY MR. PREBER:
4      Q. This is going to be Exhibit No. 12. Sorry.
5  This is going to be Defense Exhibit No. 12. I represent
6  to you that this is the health service request form.
7  This was -- Looks like this was done around
8  October 25th, 2017. The nurse is RN Georgina Jardine?
9      A. Okay.
10     Q. I'm going to scroll through this, sir. Please
11  let me know if this -- when to stop or anything like
12  that to refresh your memory.
13     MR. HACK: Alex, can you go back so I can read that
14  grid? Thank you. Hold it just right there steady.
15  Thank you.
16  BY MR. PREBER:
17     Q. That's the end of the note.
18     A. Can you go back to the top, please?
19     Q. Yes, sir.
20     A. And you said this was a submitted health
21  service request form that I submitted?
22     Q. Yes, sir.
23     A. Alex, do you have the actual copy that they
24  scan in? They scan these copies in and --

Page 95

1      Q. I can look that one up, but we're going to
2  focus on this one for right now.
3      A. Okay.
4      Q. So at least from reading it, it looks like
5  what you filled out was that you need IBP. I would -- I
6  believe that's ibuprofen. Would that be correct?
7      A. I don't know what that acronym stands for. I
8  have never used it, to my knowledge.
9      Q. Okay. And it talks of "pain" -- "pain of my
10  arthritis." Does that sound familiar to you having
11  pain --
12     A. That does not sound familiar. I don't recall
13  this.
14     Q. Okay. From the patient note, it has on there
15  the comment that was made to Nurse Jardine with the
16  medical records associated with you that says:
17  Arthritis all of my life on my hands and my ankles and
18  all of my joints. No pain movement. Hx of chronic pain
19  to hands and ankles.
20         Do you remember making those statements to
21  Nurse Jardine?
22     A. I don't believe this to be true. And it's not
23  in the medical records that I have nor is it in the
24  copies of submitted medical request forms that I have

26 (Pages 92 to 95)

Page 96

1 submitted.
2    Q.  Okay.
3    MR. PREBER:  Everyone, if we could just take a
4 quick five-minute break, I just want to confer with
5 something really quick.  Thank you.
6        (A short break was had.)
7 BY MR. PREBER:
8    Q.  Okay.  All right.  After your last interaction
9 with Ms. Davis on July 24th, 20 and -- I believe it was
10 19.  Let me just double-check on that real quick.  Yes.
11 Between that time and when you filed your suit in
12 November of 2019, were you seen by any other medical
13 personnel?
14    A.  I'm not positive.
15    Q.  Okay.  And at that time, before you filed your
16 suit, were you currently awaiting a cortisone injection?
17    MR. HACK:  Alex, I didn't hear that.  Could I ask
18 you to just re-ask it?
19    MR. PREBER:  My apologies.
20    MR. HACK:  No.  It's -- Remember, I'm not --
21    MR. PREBER:  No, no, no.
22 BY MR. PREBER:
23    Q.  Before you filed your complaint on -- I
24 believe it was November -- November of 2019, had you

Page 97

1 received a cortisone shot?
2    A.  I did receive a cortisone shot at Stroger
3 Hospital.  I'm not sure of the date or the time that
4 was.
5    Q.  Okay.  Why did you elect to have a cortisone
6 shot?
7    A.  Well, once I was finally sent to an
8 orthopedist, he offered me a cortisone shot.  And I
9 wasn't missing the opportunity to prolong that any
10 further.
11    Q.  Once you received that shot, did you receive
12 any relief?
13    A.  I did receive some relief, yes.
14    Q.  Okay.  And then, sir, overall, why did you
15 file your complaint?
16    A.  I filed my compliant because I wasn't treated
17 fairly and I wasn't given the care that I deserved.
18 This lasted two years.  I fell.  I injured my shoulder.
19 It was never addressed despite my many complaints,
20 medical request form slips, the promises that were made
21 from the individuals that I chose to put into my claim
22 who I felt that I had the most correspondence with and
23 who had the most knowledge.
24    Q.  Okay.  Are you claiming physical damages?

Page 98

1    A.  Yes.
2    Q.  Okay.  I know this sounds weird, me asking you
3 these questions, but please just -- please bear with me.
4 I'm sure Mr. Hack has explained sometimes we just have
5 to ask these questions.
6        Are you claiming any psychological damages?
7    A.  I don't know.
8    Q.  Okay.  All right.  So specifically with the
9 incident that happened on November 13th, 2017, what
10 injuries are you claiming occurred because of that
11 incident?
12    A.  My shoulder injury is what I'm most concerned
13 with.  I don't really have continued issues with my
14 neck.  That has subsided substantially.  Even though I
15 don't know for sure if my herniated disc in my neck was
16 caused by the fall -- I don't know -- I know that this
17 longstanding issue at hand with my shoulder has been a
18 life changer for me and it has affected me in so many
19 ways and facets of my life that I do not live the same
20 quality of life.
21        Had this taken -- was taken care of maybe
22 within a few months, even a year -- But two years later
23 to get an MRI and then to find out once you got the
24 MRI -- and to realize all these people you've been

Page 99

1 telling these complaints to and the doctor explains to
2 you at Stroger that your -- your issue is serious and
3 that you do require shoulder replacement surgery at this
4 time, it's heart breaking.
5    Q.  Okay.  And just for clarification, it is your
6 left shoulder that you are claiming, correct?
7    A.  Correct.
8    Q.  Okay.  All right.  And then can you please
9 describe to me what you've lost with your quality of
10 life with your left shoulder being injured?  Like, what
11 can you no longer do?  So, for instance, you used to
12 play basketball.  Now you cannot.
13    A.  I can't -- I can't lift weights --
14    MR. HACK:  Hold on a minute.
15        As stated, the question is compound.  I object
16 to it.
17        You may answer.
18 BY MR. PREBER:
19    Q.  Let me rephrase it just so it's a little bit
20 clearer.  With the incident --
21        Or with the injury that you're claiming
22 happened on November 13th, 2017, the injury for this
23 lawsuit, what -- what loss of ability of your shoulder
24 have you had?

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 100

1     A. I have limited mobility. I can't do things
2 that I normally used to be able to do. Taking a shower
3 is a challenge. It can easily dislocate. Getting
4 dressed in the morning is complicated. I can't carry
5 heavy weight on my left arm. Carrying groceries is like
6 impossible for me, to carry more than maybe a loaf of
7 bread or two or something of very light weight. The
8 strain from my shoulder -- Just feels like my arm is
9 going to fall off.
10     I can't do my career. My job as a -- I'm
11 self-employed, and I can't even -- I'm bare- -- barely
12 generating revenue because of this issue. I can't --
13     Q. What do you do?
14     A. I'm -- I'm a clothing distributor, and I have
15 a wholesale apparel clothing company that I distribute
16 product for designers through -- throughout the Midwest.
17 And I'm limited. I can't really go see stores. I can't
18 shlep my garments. I can't set up trade shows. I can't
19 set up my racks. I can't -- I usually design my booths
20 for my trade shows. I can't do that. I can't even lift
21 a garment bag to put up on a rack. I'm a one-handed man
22 basically, you know, with limited mobility on my left
23 side.
24     I can't go to the gym. And that's -- that's

Page 101

1 always been my therapy, you know. I mean, for years
2 that's -- that's what loved to do. I loved going to the
3 gym. Now I have resorted to cycling, be seated, because
4 I love cardio. Even running, the bouncing, you know,
5 hurts my shoulder. It causes greater pain.
6     Q. Okay. And then again I have to ask these
7 questions. Has a medical professional diagnosed you
8 with an injury to your left shoulder?
9     A. Yes.
10     Q. Do you remember what exactly they diagnosed
11 you with?
12     A. Wow, there's a lot of things in the diagnosis.
13 I know a chipped bone, a torn rotary [sic] cuff. I
14 don't know what else, Mr. Preber. There's -- The list
15 is more extensive than I even would have thought.
16     But from my understanding, the longer this
17 goes on or has gone on -- and from each location, it
18 causes greater damage to my shoulder. And that's the
19 reason I'm sitting here now and that I have to have
20 shoulder replacement surgery when this could have been
21 rectified very early -- in the early stages had an MRI
22 done, had I seen an orthopedic per my request of so many
23 times.
24     And my sister wrote -- even wrote letters to

Page 102

1 the -- to Cermak and to the jail. No response.
2     Q. Have you had a medical professional say that
3 these injuries were a result of this incident?
4     A. I have had them tell me that, yes, it's from
5 an injury.
6     Q. A result of the incident on November 13th,
7 2017?
8     A. Well, that's the only injury I've ever had, so
9 yes, that would be from the injury of November 13th,
10 2017.
11     Q. Okay. And then are you currently being
12 treated right now, sir?
13     A. I am.
14     Q. Do you know who your treating physician is
15 right now?
16     A. Dr. Ko, K-O.
17     MR. PREBER: Mr. Hack, I think you sent this over
18 already. I will double -- recheck. But do we have any
19 recent updated records from any Dr. Ko?
20     MR. HACK: The last record that we obtained from
21 Dr. Ko's office, I know that my partner sent it to you
22 the day that I got it on my e-mail screen.
23     MR. PREBER: Yeah.
24     MR. HACK: I do not have any subsequent record from

Page 103

1 Dr. Ko. And I understand Mr. Limbacher has not seen
2 Dr. Ko since that last visit. You may -- you may
3 corroborate that with him, but I wanted you to know how
4 we -- that the last record I have you have.
5     MR. PREBER: Okay. I'll double-check. I'm fairly
6 certain I do have it, but I'll double-check after this.
7     BY MR. PREBER:
8     Q. And then, Mr. Limbacher, when was the last
9 time you saw Dr. Ko?
10     A. I believe October or November of last year.
11 He gave me a cortisone shot.
12     Q. Is anyone else currently treating you right
13 now for your left shoulder injury?
14     A. No.
15     Q. Only Dr. Ko?
16     A. Correct.
17     Q. Have you had any other subsequent surgeries or
18 anything like that on your left shoulder since being
19 released?
20     A. I have not.
21     Q. Have you had any recent complications with
22 your left shoulder?
23     A. I have complications daily, especially night.
24 I don't sleep like a normal person. I can't get

28 (Pages 100 to 103)

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 104

1  comfortable. The positioning is impossible to have a
2  regular night of sleep. I don't sleep more than an hour
3  or two at a time without being woken up and trying to be
4  conscientious of not dislocating my shoulder. I have to
5  be very -- I sleep mostly on the couch so that my left
6  arm is pressed against the back of the couch. It's a
7  very uncomfortable night's sleep for me, which has
8  caused me to have awful days. And last semester I had
9  to drop my classes because I -- I just cannot get
10  adequate sleep. I'm not focusing. I need to be well.
11      Q. And with Dr. Ko, has he recommended any
12  treatment for you?
13      A. Will you repeat that, please?
14      Q. My apologies. I might have cut out.
15      Dr. Ko, other than the -- I believe you said
16  he gave you a cortisone injection in October or November
17  of last year. Has he recommended any other treatment
18  for you?
19      A. Yes. Surgery, a shoulder replacement surgery.
20      Q. When did you first meet with Dr. Ko?
21      A. I believe I met Dr. Ko -- I believe it was
22  July of '21, maybe August.
23      Q. Somewhere right around that time?
24      A. Yeah.

Page 105

1      Q. Okay.
2      A. I believe my first appointment was in July,
3  because I know that I brought him my MRIs and imaging
4  and he wanted additional.
5      Q. Okay. And then right now, sir, how much money
6  are you claiming for your injuries?
7      A. I'm leaving that up to the jury to be honest
8  with you, Mr. Preber.
9      Q. Okay. And then are you asking for any other
10  sort of relief from the Court other than monetary
11  damages?
12      A. Whatever is written in my claim, I'm staying
13  with that.
14      Q. Okay.
15      MR. HACK: Yeah. And so the record reflects, the
16  client answered interrogatories which provided
17  additional information in this regard, and those are
18  available to you, of course.
19      MR. PREBER: Of course.
20      Okay. All right. I want to take one more
21  five-minute break. I just want --
22      MR. HACK: Sure.
23      MR. PREBER: -- to review everything. And then I'm
24  going to see if Mia would like to ask any questions as

Page 106

1  well. And then I don't know if Mr. Hack might have some
2  redirects.
3      (A short break was had.)
4  BY MR. PREBER:
5      Q. Mr. Limbacher, as of right now, are you
6  scheduled to have left shoulder replacement surgery?
7      A. In February I will hopefully be cleared to
8  have surgery. I've had a series of health issues that
9  have prevented me from surgery until now. And per
10  Dr. Ko, he would not go into surgery with me having an
11  infection that I had. And me being prone to infection
12  is his choice for me to get cleared for -- before that.
13  And I see -- I see the doctor that will clear me in --
14  next week, the beginning of February. I don't know the
15  exact date. And then we will schedule surgery from
16  there.
17      Q. Okay. And then I may have asked you this
18  before. But other than Dr. Ko, have you sought a second
19  opinion from any other doctor?
20      A. Yes. So prior to Dr. Ko, there is an
21  orthopedic doctor that I was referred to in his office,
22  one of his colleagues. And his name is Dr. Carrilero, I
23  believe. I saw him at Weiss as well. It's the same
24  location. Their offices are on the same floor, just

Page 107

1  down the hall from each other. I met with him
2  initially, and he's the one that referred me to Dr. Ko
3  because Dr. Ko is a specialist in specifically shoulder
4  replacement surgery, so he felt that it would be a good
5  recommendation. He was also an excellent doctor, and he
6  gave me a lot of information, spent a lot of time with
7  me going over my conditions and explaining things to me.
8      MR. PREBER: Okay. All right. I don't think I
9  have anything further. I will tender you over to Mia
10  and Mr. Hack if they have any other questions for you.
11      THE WITNESS: Okay. Thank you.
12      MR. HACK: Mia?
13      MS. BUNTIC: Alex, I don't have any questions.
14      MR. HACK: I have a few.
15      CROSS-EXAMINATION
16  BY MR. HACK:
17      Q. Mr. Limbacher, State's Attorney Preber was
18  asking about and presented to you an exhibit from a
19  meeting with an interaction that you had with
20  Nurse Jardine in the fall of 2017 prior to the date that
21  you fell off the examining table.
22      A. Okay.
23      Q. I'm going to ask you some follow-up questions
24  based on Mr. Preber's examination.

29 (Pages 104 to 107)

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 108

1    A. Okay.
2    Q. Prior to November 13th, did your left shoulder
3    significantly limit your life activities?
4    A. Absolutely not.
5    Q. And from your point of view, did your left
6    shoulder work well and function and do the work it was
7    supposed to do?
8    A. Yes, it did.
9    Q. Were you able to do pushups?
10   A. Yes.
11   Q. Were you able to carry things?
12   A. Yes.
13   Q. Were you able to use the workout facilities or
14   equipment that they had at the jail?
15   A. Yes.
16   Q. Were you able to dress and put shirts on and
17   off without pain?
18   A. Easily.
19   Q. Were you able to take showers and raise your
20   arm above your head without pain?
21   A. Yes.
22   Q. Were you able to rest without interruption and
23   discomfort caused by your left shoulder?
24   A. Oh, yeah.

Page 109

1    Q. You've given a list to Mr. Preber of how your
2    injury and the lack of care thereafter has affected your
3    life. Did you -- And you've provided Mr. Preber with a
4    list. Did any of those conditions predate your injury
5    on November 13th, 2017?
6    A. Absolutely not.
7    Q. Thank you.
8    MR. PREBER: Really quick, just a quick redirect.
9         REDIRECT EXAMINATION
10   BY MR. PREBER:
11   Q. Sir, would you have any reason to believe that
12   Nurse Jardine would fabricate a medical document?
13   A. I do not.
14   MR. PREBER: Thank you.
15   THE WITNESS: You're welcome.
16   MR. PREBER: I have nothing --
17   MR. HACK: Everybody, thank you for your
18   courtesies.
19       Are we off the record?
20   MR. PREBER: I think we just have to do the
21   reservation of signature, and that's about it.
22   MR. HACK: Okay. We'll read and sign.
23   MR. PREBER: All right.
24   THE REPORTER: Alex, do you want to order the

Page 110

1    transcript or wait?
2    MR. HACK: I'll take a copy -- I'll take a small
3    copy. I'll take an electronic copy.
4    MR. PREBER: Ms. Kim, just for the essence of time,
5    if I could have mine sped up, but I would like to make
6    an electronic copy as well.
7         (The deposition was concluded
8         at 2:24 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

30  (Pages 108 to 110)

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 111

```
 1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
 2                      EASTERN DIVISION

 3    SHANE EDWARD LIMBACHER,              )
                                           )
 4                   Plaintiff,            )
                                           )
 5         vs.                             )    No. 19 CV 7509
                                           )
 6    SHERIFF THOMAS DART, et al.,         )
                                           )
 7                   Defendants.           )

 8

 9              I, SHANE EDWARD LIMBACHER, state that I have

10    read the foregoing transcript of the testimony given by

11    me at my videoconference deposition on January 27th,

12    2023, and that said transcript constitutes a true and

13    correct record of the testimony given by me at the said

14    deposition except as I have so indicated on the errata

15    sheets provided herein.

16

17
                             _____
18                           SHANE EDWARD LIMBACHER

19

      SUBSCRIBED AND SWORN to
20    before me this _____ day
      of _____, 2023.
21

22    _____
          NOTARY PUBLIC
23

24
```

Royal Reporting Services, Inc.
312.361.8851

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 112

```
 1    UNITED STATES OF AMERICA        )
      NORTHERN DISTRICT OF ILLINOIS   )
 2    EASTERN DIVISION                ) SS.
      STATE OF ILLINOIS               )
 3    COUNTY OF COOK                  )

 4

 5           I, Monica Kim, Certified Shorthand Reporter,

 6    do hereby certify that SHANE EDWARD LIMBACHER was first

 7    duly sworn by me to testify to the whole truth and that

 8    the above deposition was reported stenographically by me

 9    and reduced to typewriting under my personal direction.

10           I further certify that the said deposition was

11    taken via videoconference on the date and time

12    specified and that the taking of said deposition

13    commenced on January 27th, 2023, at 10:38 a.m.

14           I further certify that I am not a relative or

15    employee or attorney or counsel of any of the parties,

16    nor a relative or employee of such attorney or counsel,

17    nor financially interested directly or indirectly in

18    this action.

19

20

21

22

23

24
```

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 113

1          The signature of the witness, SHANE EDWARD

2  LIMBACHER, was reserved by agreement of counsel.

3          Witness my signature as a Certified Shorthand

4  Reporter in the State of Illinois, on February 3rd,

5  2023.

6

7

8

9

10

11

12  _____
    MONICA KIM, CSR
13  161 North Clark Street
    Suite 3050
14  Chicago, Illinois 60601
    Phone:  312.361.8851

15

16

17  CSR No.  084-004606

18

19

20

21

22

23

24

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 114

**A**

**a.m** 1:15 112:13
**abdominal** 15:3 15:14
**ability** 99:23
**able** 10:16 41:7 50:5 52:1 63:23 64:13,19 65:12 81:3 100:2 108:9,11 108:13,16,19 108:22
**absolutely** 75:13 92:20 108:4 109:6
**access** 20:6 27:23
**accident** 50:7
**accidentally** 23:7
**accidently** 6:8
**accurate** 22:11 70:3
**acronym** 95:7
**action** 70:23 73:4 78:4 112:18
**activities** 108:3
**actual** 28:14 49:20 94:23
**acupuncture** 91:7,14,20
**add** 30:19
**addiction** 10:2
**additional** 72:7 76:20 105:4,17
**address** 10:24 11:3 61:23 72:22
**addressed** 45:19 45:23 55:14 70:13 72:13 97:19
**adequate** 104:10

**adequately** 72:13
**adjacent** 24:12
**admitted** 89:19 92:9
**advanced** 67:15
**affect** 9:14,18
**affirmative** 5:23
**age** 67:13
**ago** 9:6 69:21
**agree** 16:19,20 16:21
**agreement** 113:2
**ahead** 61:5
**al** 1:6 111:6
**alcohol** 9:22 14:8,10 18:11 18:17
**Alex** 16:12 18:13 42:14 44:21 58:16 59:21 64:3 69:21 74:18 79:1 81:16 82:4 94:13,23 96:17 107:13 109:24
**Alexander** 2:8 4:3
**alexander.pre...** 2:10
**aliases** 10:7
**alive** 79:13
**allergies** 43:4
**alleviate** 72:7 87:5 92:2
**alleviated** 77:11
**allow** 6:12
**allowed** 8:15
**aloud** 34:16
**AMERICA** 112:1
**and/or** 84:1
**ankles** 95:17,19

**answer** 5:23 6:13 30:17 38:23 72:17 84:13 87:8,21 93:4 99:17
**answered** 105:16
**answering** 5:16 6:7,22 7:15 87:17
**answers** 9:19 72:21,23
**Anxiety** 9:9
**anybody** 8:15
**anyway** 90:8 92:10
**apologies** 5:7,8 14:18 18:14 19:1 23:7 41:2 57:5,12,21 59:23,24 62:10 63:13 64:11 65:22 69:23,24 71:5,11 74:19 86:21 96:19 104:14
**apologize** 8:22 79:14
**apologized** 54:4 54:7
**apologizes** 70:1
**apparel** 100:15
**appeals** 80:21
**APPEARAN...** 2:1
**appointment** 24:17 44:9 47:3,3,9,10 51:6 54:21,22 54:23 55:4 56:6 61:23 62:15,17 75:13 75:14 77:8 85:19 86:5,18 89:3 105:2

**appointments** 88:21
**appreciated** 32:9
**April** 59:12
**area** 18:6 61:9 61:11
**arm** 26:3,21 27:10 29:3,4,5 29:10 50:14 64:9 65:10 76:7 100:5,8 104:6 108:20
**arms** 64:13
**arrived** 27:22 32:2
**arteries** 88:4
**arthritis** 67:6,11 93:17,18,19 95:10,17
**ASA** 4:9
**asked** 13:5 30:10,23 31:4 35:7,12,16 39:5 76:1 84:20,20 88:7 88:8,19 106:17
**asking** 5:14 6:5 7:14 29:21 62:20 72:21 91:6 98:2 105:9 107:18
**assistance** 27:18
**assistant** 2:11,12 2:12 4:3 23:13 23:16,20 40:17 42:24 47:12,24 82:22,24
**associated** 95:16
**assume** 27:5 29:12
**assuming** 7:16
**assumptions** 7:21
**asthma** 43:3

**49**:4 60:21
**attempt** 7:11 20:18
**attempted** 26:19 64:17
**attempting** 26:12
**attend** 51:1
**attending** 57:3
**attention** 54:10
**attorney** 4:3 107:17 112:15 112:16
**ATTORNEY'S** 2:7,13
**August** 104:22
**available** 105:18
**average** 52:11
**awaiting** 96:16
**aware** 9:12 56:7 93:21
**awful** 104:8
**awkward** 10:5 30:18 41:17

**B**

**B** 3:7 6:14
**bachelor's** 12:2
**back** 10:18 17:15,17,18,19 18:6 28:13 34:7 38:23 39:20 42:7,14 43:4,16,17 45:10 46:3 49:19,19 50:14 50:15 51:7 53:5 54:2 58:18 60:9,19 64:24 65:12 71:5 72:9 78:22 81:13 84:13 85:18 86:7,10 88:23 91:18 94:13,18

Case: 1:19-cv-07509 Document #: 121-29 Filed: 11/27/23 Page 36 of 52 PageID #:3521

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 115

104:6
**backed** 46:19
**bad** 17:15 45:18
  56:19 63:4
  77:6
**bag** 100:21
**bandages** 25:11
**Barbara** 2:12
  82:22,24 85:9
  85:22 90:20
  92:24
**bare-** 100:11
**barely** 100:11
**based** 74:1 81:5
  107:24
**basic** 8:20
**basically** 20:6
  24:13 55:6
  100:22
**basketball** 99:12
**battery** 12:22
**bear** 20:19
  90:10 98:3
**beginning** 60:9
  106:14
**behalf** 2:6,11,17
**behavior** 89:10
**believe** 9:15,17
  9:20 12:5
  14:11 15:5
  24:2,3 29:7
  34:9,13,15
  37:19 47:21
  51:14 52:16
  55:15 56:13
  60:18 61:15
  65:15 66:21
  68:1 70:24
  74:13 76:2
  77:19 78:9,11
  79:7 82:3,6
  84:17,18,19
  86:19 91:9,10
  91:20 92:23
  93:6,7,9,11

95:6,22 96:9
  96:24 103:10
  104:15,21,21
  105:2 106:23
  109:11
**believed** 55:23
**Bernard** 11:1
**best** 6:17 7:20
  20:17 22:2,11
  53:17 58:5
**better** 52:5
**bigger** 24:16
  59:17
**biggest** 6:2
  55:13
**birth** 10:10
**bit** 4:23 6:5,6,11
  8:20 11:21
  13:6,23 20:10
  21:17 24:8,19
  28:5,13 42:13
  43:24 48:14,18
  49:19 52:3,4
  53:6 62:3
  78:23 90:24
  99:19
**bizarre** 89:8,10
**blanks** 54:13
**body** 26:16
  36:17 39:13
**bone** 66:23
  75:24,24 76:1
  76:3 101:13
**booths** 100:19
**bother** 17:22
**bothersome**
  73:10
**bouncing** 101:4
**brace** 29:1 36:2
  50:9
**braced** 29:9,12
**bracing** 50:21
**bread** 100:7
**break** 6:19,22
  6:23 28:1,5,8

28:15 58:19
  78:18 79:4
  96:4,6 105:21
  106:3
**breaking** 99:4
**breathe** 31:9,10
  31:11 50:13,13
  50:13
**breathing** 65:11
**brief** 37:15 63:8
**bring** 62:18
**brings** 41:4
  85:18
**broke** 79:7
**brother** 56:20
  79:12 80:9,9
  80:12 81:1,2,8
**brought** 24:4
  105:3
**Bruce** 67:13
**bruise** 46:6
**Buntic** 2:14 4:9
  107:13
**busy** 37:4

———————
**C**
**C-A-R-N-A-Z...**
  16:4
**call** 36:4
**called** 1:10 4:15
  12:5 27:18
  31:23 66:23
**calling** 88:13
**Calm** 50:10
**calming** 50:8
**candidate** 85:24
  92:8
**cannabis** 14:12
  14:14
**cardio** 101:4
**care** 15:21 16:5
  75:17 77:5
  93:7,8,12,13
  97:17 98:21
  109:2

**career** 100:10
**Carnazzo** 16:2,6
**carries** 45:1
**Carrilero**
  106:22
**carry** 45:7 100:4
  100:6 108:11
**Carrying** 100:5
**cart** 36:3
**case** 4:6 12:12
  13:17
**caught** 25:23,24
  53:22
**cause** 25:16 72:4
  72:7 76:20
  78:3 88:4
**caused** 55:20
  98:16 104:8
  108:23
**causes** 67:2
  101:5,18
**causing** 43:22
**center** 2:8,15
  48:2
**Cermak** 102:1
**certain** 46:20
  55:21 61:17
  91:1 103:6
**Certified** 1:14
  112:5 113:3
**certify** 112:6,10
  112:14
**chair** 25:4 33:19
  54:2
**chairs** 25:2
**challenge** 100:3
**change** 77:2,9
**changed** 89:5,6
**changer** 98:18
**changes** 67:4,5
**changing** 25:11
**cheap** 86:15
**Check** 71:4
**Chicago** 2:4,9
  2:15 11:1

113:13
**children** 11:16
**chipped** 75:24
  76:3 101:13
**Chiropractic**
  81:11
**choice** 7:22
  106:12
**chose** 97:21
**chronic** 95:18
**chronology**
  57:10
**civil** 1:11 2:7
  12:11
**claim** 97:21
  105:12
**claiming** 97:24
  98:6,10 99:6
  99:21 105:6
**clarification**
  61:7 77:14,16
  99:5
**clarify** 57:10
  62:12
**Clark** 113:12
**classes** 104:9
**cleaning** 25:11
**clear** 6:13
  106:13
**cleared** 106:7,12
**clearer** 99:20
**client** 89:9
  105:16
**client's** 16:16
  45:2,4
**Clonapam** 9:6
**close** 24:18
  63:22
**closed** 65:12
**clothing** 100:14
  100:15
**coffee** 58:17
**collapsed** 29:14
**colleague** 27:22
**colleagues**

Case: 1:19-cv-07509 Document #: 121-29 Filed: 11/27/23 Page 38 of 53 PageID #:3542

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 116

106:22
**come** 6:1,3
60:24,24
**comes** 46:20
**comfort** 31:3
**comfortable**
64:24 104:1
**comforting**
31:11
**coming** 32:12
**commenced**
112:13
**commencing**
1:15
**comment** 16:12
32:23 49:17
95:15
**common** 5:10
**communication**
82:23 83:2
**communicatio...**
12:1,1
**company** 100:15
**complaint** 20:10
20:14 21:5,6
65:18 96:23
97:15
**complaints**
18:22 19:6
54:9 87:12
97:19 99:1
**complete** 9:18
57:23
**completed** 9:6
12:4 25:18
**completely**
61:10
**completing** 12:6
57:22
**compliant** 97:16
**complicated**
100:4
**complications**
72:3 103:21,23
**compound**

87:19 99:15
**computer** 27:23
27:24 44:18
45:2,4
**computers**
44:23
**concern** 19:5
49:13 61:24
62:1 75:20
86:10,11
**concerned** 31:21
50:19 88:12,24
98:12
**concerning** 17:6
61:14,15 88:11
**concerns** 62:14
86:4
**concluded** 110:7
**condescending**
32:23
**condition** 16:16
16:18 56:15
92:12,15,18
**conditions** 107:7
109:4
**conduct** 51:19
80:10,12
**confer** 96:4
**confidential**
16:15 41:23
**confidentially**
16:18,20
**CONFLICTS**
2:14
**confused** 34:1,1
**connected** 88:3
**cons** 72:3
**conscientious**
104:4
**consciousness**
33:22 34:4,5
35:17
**considered** 91:9
**consistent** 92:24
**constitutes**

111:12
**consultation**
74:1
**consulted** 73:22
**contact** 23:10,13
58:9
**contained** 49:3
**continue** 36:13
**continued** 98:13
**continuously**
30:21
**contracting**
13:19
**control** 56:4
**convene** 78:22
**conversation**
19:11 55:18
56:6 61:21
88:15 89:7
91:10
**conversations**
19:12 62:16
**conversed** 72:9
**convicted** 12:20
12:23 13:1
**convictions**
12:18
**Cook** 2:7,13
18:22 82:19
112:3
**copies** 94:24
95:24
**copy** 94:23
110:2,3,3,6
**correct** 20:15
29:2 31:24
34:16 36:11
64:10 67:17
70:4 71:18
77:15,18,21
79:8,12,18
92:2 95:6 99:6
99:7 103:16
111:13
**corrected** 92:20

**correctly** 90:4
**correspondence**
97:22
**corroborate**
103:3
**cortisone** 71:23
73:11,14,17
76:12 77:1,17
87:4,12 89:16
90:3,6 96:16
97:1,2,5,8
103:11 104:16
**couch** 104:5,6
**counsel** 2:14
39:5 112:15,16
113:2
**County** 2:7,13
18:22 82:19
112:3
**couple** 8:20 23:5
40:4 54:13
88:17
**course** 92:16
105:18,19
**courses** 89:14
**court** 1:1 5:18
6:14 7:6 10:15
13:7 45:9
78:16 105:10
111:1
**courtesies**
109:18
**courtesy** 17:7
**Courts** 1:12
**cracking** 88:8
**crazy** 61:2
**creates** 6:13
**Cross-Examin...**
3:5 107:15
**CSR** 113:12,16
**cuff** 101:13
**current** 10:24
**currently** 8:6,24
9:4,21 11:8,23
12:9,15 13:21

13:24 96:16
102:11 103:12
**curt** 53:23
**cut** 65:8 104:14
**CV** 1:5 4:7 5:15
21:5 111:5
**cycling** 101:3

**D**

**D** 3:1
**D-A-V-I-S**
23:21
**daily** 103:23
**Daley** 2:8,15
**damage** 101:18
**damages** 97:24
98:6 105:11
**Dart** 1:6 4:7
111:6
**date** 10:10 14:4
18:2,7 19:4
20:4 22:15
23:3,6,9,12,23
40:3 49:14,20
53:14 58:10
60:12,16 63:7
63:15 65:15,17
65:20,21 66:11
67:22 69:13,14
69:21 71:10,13
71:19,20 75:11
77:15,19 80:14
88:22 97:3
106:15 107:20
112:11
**dated** 68:18
82:22 83:1
85:10
**dates** 14:1 87:16
**Davis** 2:12 23:20
82:22 83:1
84:9 85:9,17
85:22 86:5
87:15,23 90:15
90:20 91:6

Case: 1:19-cv-07509 Document #: 115-29 Filed: 11/27/23 Page 39 of 53 PageID #:1543

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 117

93:15 96:9
**day** 23:4 24:5
37:4,14 43:7
52:23 53:15
63:1,12 65:24
75:19 102:22
111:20
**dayroom** 61:3
**days** 9:5 40:4,4
40:7 46:20
52:10 104:8
**deceased** 56:21
79:12
**December** 10:11
20:6 74:24
77:16
**decent** 48:10
**decision** 81:6
89:22
**declined** 73:14
**declining** 77:21
**defendant** 2:17
22:16,20
**defendants** 1:7
1:10 2:11 3:8
4:8 20:20 33:5
37:20 40:10
47:16 52:17
59:3 68:7 74:8
81:21 90:11
94:1 111:7
**Defendants'**
40:9 47:21
**Defense** 33:13
52:16 59:8
68:12 74:13
82:16 94:5
**definitely** 32:24
34:19 55:24
**degenerative**
67:4,4
**degree** 11:23,24
**delay** 6:11
**denied** 57:1
**denying** 87:3

**dependency**
14:10,14
**dependent**
11:19
**depends** 52:9
**deposition** 1:9
4:6,21 5:11 6:3
8:14 19:10,14
110:7 111:11
111:14 112:8
112:10,12
**depositions** 1:13
**depth** 66:24
**describe** 17:16
21:4 24:8 99:9
**described** 20:14
28:14 39:4
**describing**
33:17 45:21
**deserve** 54:3,10
**deserved** 97:17
**design** 100:19
**designers**
100:16
**desperate** 77:10
**despite** 93:13
97:19
**detail** 17:1 66:20
**determining**
92:12
**device** 8:16
**diag-** 92:13
**diagnosed** 101:7
101:10
**diagnosis** 92:13
101:12
**dictated** 21:23
**different** 52:10
52:10
**diligent** 19:6
**diploma** 12:7
**direct** 3:4 4:18
72:21
**direction** 112:9
**directly** 112:17

**disc** 43:13 98:15
**discomfort**
108:23
**discretion** 57:20
**discs** 43:15
**discuss** 49:6
66:12 69:18
70:11,23 75:19
93:16
**discussed** 40:24
49:4 55:24
60:20 61:16
66:22 71:1,23
**discussing** 20:12
25:10 66:19
82:9 85:22
92:8
**discussion** 10:17
25:15
**disheartening**
89:12
**dishonesty** 13:2
**dislocate** 64:16
64:20 65:3
66:3,7 100:3
**dislocated** 29:13
29:15 49:23
50:2 56:7
64:22 65:20
**dislocating**
64:15 104:4
**dislocation** 56:1
**dismissed** 25:19
73:8
**dismissing**
89:11
**dismissive** 37:5
88:15
**dispatched**
27:17
**dispensary** 24:5
24:8,11 33:18
**disregarded**
88:18
**distribute**

100:15
**distributor**
100:14
**District** 1:1,1,12
111:1,1 112:1
**division** 1:2
39:20 111:2
112:2
**doctor** 15:22
16:1 20:3 36:9
39:4 46:13
56:21 70:12
78:6 79:12
80:1 81:4,9,9
86:6 89:4 99:1
106:13,19,21
107:5
**doctors** 35:1
66:18 87:5
**document** 21:4
21:5,8,12,15
21:16 22:11
41:6 109:12
**documents**
19:13,16
**doing** 51:20 57:4
58:4
**Domestic** 12:22
**door** 24:18 27:4
**doorway** 24:14
24:15
**dorm** 24:13
65:10
**double** 102:18
**double-check**
96:10 103:5,6
**Dr** 2:17 4:8,10
16:2,6 22:16
22:21 23:10
35:4,6,6 36:19
37:1,6,11,11
37:24 38:6,8
38:11 39:12,16
49:22 50:17,22
66:16,20,24

67:13,17,23
68:20 69:18
71:10,13,21
72:12 74:5,23
75:18 76:16
77:17 78:10
82:2,7 89:24
93:16 102:16
102:19,21
103:1,2,9,15
104:11,15,20
104:21 106:10
106:18,20,22
107:2,3
**drawn** 6:6
**dress** 108:16
**dressed** 100:4
**drink** 14:8
**drinking** 18:11
18:16
**Drive** 2:3
**drop** 104:9
**drug** 10:2
**drugs** 9:24
14:17,19,21
18:19
**duly** 4:15 112:7
**dumb** 56:23

**E**

**E** 3:1,7
**E-D-W-A-R-D**
5:6
**e-mail** 2:5,10,16
102:22
**earlier** 13:6
79:16
**early** 101:21,21
**easier** 66:6
**easily** 41:11
100:3 108:18
**EASTERN** 1:2
111:2 112:2
**education** 12:5
87:24

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 118

**Edward** 1:3,9
  3:3 4:14 5:5
  111:3,9,18
  112:6 113:1
**effect** 54:1
**effective** 72:2
  73:5 76:20
  89:20 90:5
**effects** 9:10
  76:24 78:2
**either** 16:19
  34:19 41:19
**elect** 97:5
**electronic** 8:16
  110:3,6
**elements** 49:4
**elevated** 26:10
**elicit** 14:17,19
**emergency**
  34:22,24
**employee**
  112:15,16
**ended** 27:6 34:1
  79:6
**engaging** 54:4
**entailed** 67:1
  71:2
**entire** 5:22 6:20
  74:3
**entry** 19:24
**environment**
  54:8
**episode** 60:23
**equipment**
  108:14
**ER** 37:4,24
**errata** 111:14
**escalate** 93:12
**escalated** 52:11
**especially**
  103:23
**essence** 110:4
**essentially** 5:13
  6:23 21:4
  24:20 33:21

**et** 1:6 111:6
**evaluation**
  73:24 78:6
  92:11
**eventually** 34:21
**Everybody**
  109:17
**exact** 7:12 18:7
  40:3 106:15
**exactly** 6:4
  26:14 61:8
  101:10
**exam** 12:6
**examination**
  1:10 3:4,6 4:18
  24:23 25:3
  26:7 30:1,2
  31:13 36:1,4
  38:12,17,18
  39:6,12 63:7
  70:17 71:21
  79:17 80:6
  81:6 107:24
  109:9
**examinations**
  80:10,13
**examine** 36:16
  70:19 80:13
**examined** 4:16
**examining**
  24:12 36:9
  38:8 107:21
**excellent** 107:5
**Excuse** 11:5
**exercise** 51:10
**exercises** 51:7
  51:13,18,21
  58:3,4 87:1
**exhibit** 3:8
  20:20 33:5,14
  37:18,20 40:9
  40:10 47:16,22
  52:16,17 59:3
  59:9 68:6,7,13
  74:8,14,22

  81:15,15,19,20
  81:21 82:16
  85:6 90:11,19
  93:23 94:1,4,5
  107:18
**exhibits** 51:16
**exited** 27:3
**explain** 72:10
**explained** 43:12
  43:22 46:21
  51:18 57:17
  71:24 76:2
  89:17,20 98:4
**explaining**
  107:7
**explains** 99:1
**extended** 61:22
**extensive** 101:15
**eye** 88:14 89:10
**eyes** 65:12

_____
**F**

**F** 24:2
**F4** 24:3
**fabricate** 109:12
**facets** 98:19
**facilities** 108:13
**fact** 6:2 39:4
**facts** 62:9
**fairly** 97:17
  103:5
**faked** 32:7
**fall** 25:5,10,17
  25:17 28:14,18
  29:8 30:11
  32:7,13 33:2
  33:18 43:4
  56:2 98:16
  100:9 107:20
**false** 13:2
**familiar** 95:10
  95:12
**family** 12:9
  73:15
**far** 11:22 60:21

  61:22 66:13
  81:2
**fast** 29:9 31:2
  41:1,15,20
  50:18
**faster** 41:16
**fat** 88:13,18
**FE** 24:2
**February** 14:5
  106:7,14 113:4
**Federal** 1:11
**feedback** 44:17
  44:20
**feel** 7:10 47:5
  61:9 63:20
  72:12 76:6,7
**feeling** 51:23
  56:24
**feels** 100:8
**feet** 26:11,11
**fell** 26:3,3,14,20
  27:10 30:11
  31:14 33:18
  35:9 97:18
  107:21
**felony** 12:17
**felt** 18:6 27:11
  27:11 31:20,20
  36:5 63:4,19
  72:21 73:9
  74:1 76:8
  97:22 107:4
**file** 97:15
**filed** 13:9,12
  21:6 96:11,15
  96:23 97:16
**fill** 54:13 77:2
**filled** 65:18 95:5
**filthy** 76:23
**finally** 75:15
  76:5,9 97:7
**financial** 11:19
**financially**
  112:17
**find** 98:23

**findings** 66:12
  66:21,22
**fine** 28:3 68:11
  74:11
**fingers** 36:5
**finish** 6:21 30:17
  30:19 84:14
**finished** 9:5
  30:18
**first** 4:15,20
  17:23 26:17
  32:4 53:19
  61:14 66:15
  67:22 73:4
  78:8 83:21
  89:3 90:3
  104:20 105:2
  112:6
**five** 40:7 51:14
  58:3,4,11
**five-minute** 96:4
  105:21
**fix** 72:5 73:1
  89:18
**flipped** 19:19
**floor** 24:3 25:23
  27:6 28:23
  29:5,11 30:5
  34:2 50:8
  106:24
**focus** 95:2
**focused** 75:21
**focusing** 104:10
**follow** 54:24
  55:1
**follow-up** 40:21
  54:21,23 74:5
  82:11 83:3
  84:1 107:23
**following** 53:18
  57:6 58:1 63:2
  86:22
**follows** 4:17
**foot** 5:1 30:12
**foregoing**

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 119

111:10
**form** 73:4 77:3
  83:23 94:6,21
  97:20
**formal** 7:4
**forms** 87:13
  95:24
**forth** 72:10
**foundation** 93:3
**four** 58:11 90:5
**fourth** 24:3
**frankly** 45:1
**free** 7:10
**frustrated** 6:6
  88:10
**frustrating**
  53:15 54:8
  73:8
**frustrations**
  55:13
**full** 5:3 9:18
**full-on** 6:7
**fully** 6:12,12 7:3
  7:16 15:7 17:4
  90:22
**function** 108:6
**further** 79:17
  97:10 107:9
  112:10,14
**fuzzy** 33:23

**G**

**garment** 100:21
**garments**
  100:18
**GED** 12:5
**general** 12:5
  82:23 83:2
**Generally** 6:20
**generating**
  100:12
**Georgina** 94:8
**gesturing** 37:3
**getting** 25:21
  26:7,9 44:17

44:20 45:18
  63:3 73:17
  76:24 78:6,8
  86:7 88:6
  100:3
**give** 17:5 33:4
  35:24 67:20
  71:13 72:16
  77:6 86:16
**given** 4:22 51:6
  51:9,12 57:18
  97:17 109:1
  111:10,13
**giving** 9:18
  87:24
**gladly** 69:2
**glass** 76:6
**Glen** 2:12 23:16
  40:17 52:21
  59:10
**go** 4:20,23 5:14
  8:19 10:16,18
  11:22 14:21
  15:10 16:24
  21:20 24:17
  27:23 28:13
  41:8,15,19
  42:7,14 51:6
  53:1,5 57:16
  58:17 60:9
  61:5,19 68:6
  71:5 79:1
  81:13,18 84:13
  92:16 94:13,18
  100:17,24
  106:10
**goes** 17:21 24:16
  41:20 61:22
  81:2 101:17
**going** 4:5,8 5:14
  5:14,17,18,18
  5:19,21 6:1,3,4
  6:4,5,14,17 7:5
  7:15 8:14,19
  16:24 20:9,10

20:12,17,18
  21:3 22:7 23:6
  28:16 33:3,13
  36:14 37:17,18
  37:23 40:9
  41:1,23 44:8
  44:24 45:1,17
  46:12,14 47:14
  47:21,22 48:4
  48:5 52:3,15
  52:20,24 53:1
  53:8 54:16,17
  57:15 58:17,18
  59:2,8,9,12,15
  60:13 63:21
  66:20,24 68:6
  68:12,15,22
  69:14 72:7
  73:15 74:4,13
  74:16,24 75:15
  75:16,23 76:9
  81:13,18 82:16
  83:8,16 85:5,6
  85:7,10 86:20
  86:21 88:5
  90:8,15,18,24
  93:22 94:4,5
  94:10 95:1
  100:9 101:2
  105:24 107:7
  107:23
**good** 38:13
  44:22 52:5
  107:4
**gosh** 26:4
**grab** 50:10
  58:17 88:16
**grabbed** 50:11
  50:13
**great** 44:10 52:1
  76:4
**greater** 101:5,18
**grid** 94:14
**grievances**
  80:20,22 87:13

**groceries** 100:5
**ground** 4:21
  26:12,17
**guard** 32:20
  53:22 65:9
**guess** 36:4 46:19
  49:12
**guys** 43:8 78:17
**gym** 100:24
  101:3

**H**

**H** 3:7
**Hack** 2:2 3:5
  7:20,23 16:12
  16:14,21,23
  17:2,5 18:13
  18:24 19:11
  27:20,22 28:3
  28:6 30:15
  38:22 39:2
  41:19 42:14,17
  44:18,21,24
  45:5,7,8,13
  48:8 57:8
  58:16,20,22
  62:5,8 63:11
  64:3,7,10 69:1
  69:20 70:2,7
  71:16 72:14,17
  75:8 78:16,19
  79:1 84:12
  87:7,19 93:3
  94:13 96:17,20
  98:4 99:14
  102:17,20,24
  105:15,22
  106:1 107:10
  107:12,14,16
  109:17,22
  110:2
**Hack's** 8:7
**hall** 24:14 107:1
**hand** 29:12 37:3
  98:17

**hands** 29:1
  53:24 54:15,16
  95:17,19
**handwriting**
  21:11,13,22
  22:5
**hang** 30:15 39:2
  69:20 75:8
**happen** 44:12
**happened** 20:13
  25:16 26:23
  29:9 30:10,23
  30:24 32:3
  35:8 39:19
  50:18 61:1,20
  89:6 98:9
  99:22
**happens** 41:19
**happy** 6:16 7:1
  73:7
**head** 5:24 26:16
  26:22 27:8,9
  27:11,15,16
  28:20,21 29:6
  29:10,20,23,23
  30:9,9,22
  31:17,22 32:9
  33:2,19,23,23
  34:14 35:12,20
  38:6,14 50:19
  50:20,21,22
  55:22 63:24
  64:8,14 108:20
**headaches** 43:23
**health** 15:18,23
  16:17 83:22
  94:6,20 106:8
**hear** 18:13
  44:21 45:3
  96:17
**heard** 26:4
  29:22 32:5
**hearing** 44:19
  65:5 78:2
**heart** 99:4

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 120

heavy 100:5
hell 53:24
Hello 4:2
help 21:14 31:4
  46:24 47:1,6
  63:19 72:1
  73:9 91:23
  92:2,16
helped 63:21
helpful 57:11
helping 63:17,22
hernia 15:3,14
herniated 17:20
  43:13 98:15
hesitant 77:1
Hey 16:12
high 12:6,7
highest 52:8
hindsight 92:18
hip 38:7,8,14,20
  46:2,6,6
history 13:24
  38:5 67:10
  91:5
hit 26:16,17,22
  27:8,9,10,14
  27:15,15 28:20
  28:21 29:5,10
  29:12,20,23,23
  30:3,8,9,21
  31:16 32:8
  33:2,19,22
  34:14 35:12
  50:20,21
hitting 31:22
hold 14:4 18:7
  60:3 61:6
  94:14 99:14
holistic 91:9
holler 26:4
honest 105:7
honored 87:14
hope 33:8
hopeful 75:15
hopefully 21:1

106:7
hopped 27:2
  28:18,19,24
hopping 26:8
  27:1,5
horrible 44:17
hospital 15:16
  46:19 97:3
hospitalized
  15:11,17
hour 104:2
hurt 30:4 35:11
  37:8
hurting 34:16
  35:20 36:20
  40:1 88:2
hurts 35:22
  101:5
Hx 95:18

I

IBP 95:5
ibuprofen 95:6
icon 48:17
idea 34:11
ignored 77:7,12
  77:13
ill 93:9
illegal 14:21
  18:19
Illinois 1:1 2:4,9
  2:15 11:1
  111:1 112:1,2
  113:4,13
illness 38:5 91:6
illustration
  51:16
imaging 70:24
  75:16,23 105:3
immediately
  23:24 44:15
  46:15 77:4
important 48:6
impossible
  18:18 100:6

104:1
impressions
  43:11
improving 46:3
  46:5,8 58:8
incarcerated
  14:2 18:11,16
  18:21
incarceration
  14:7,24 16:8,9
  17:11 91:15
inches 88:17
incident 19:4
  20:12,14 22:15
  23:3,4,6,9,12
  24:1 40:2
  49:20 50:3
  65:20 66:1
  79:21 80:14
  98:9,11 99:20
  102:3,6
include 16:17
including 5:3
inconsistent
  39:7 62:8
indicated
  111:14
indirectly
  112:17
individuals
  97:21
infection 76:21
  77:5 106:11,11
influence 9:22
  9:24
information
  21:17 35:24
  38:2 48:1
  69:24 105:17
  107:6
informed 85:23
initial 83:17
  85:19
initially 26:2,22
  107:2

injection 71:23
  96:16 104:16
injured 97:18
  99:10
injuries 40:1
  49:5 98:10
  102:3 105:6
injury 31:18
  44:2 55:1
  61:21 63:15
  66:14 67:15
  72:8 84:6
  98:12 99:21,22
  101:8 102:5,8
  102:9 103:13
  109:2,4
inside 76:6
insinuation 32:7
instance 26:15
  99:11
instructions
  51:9,12
interact 89:9
interaction
  69:17 84:9
  85:17 96:8
  107:19
interactions
  22:16 23:2
  87:15
interested
  112:17
interrogatories
  105:16
interrupt 30:17
interruption
  108:22
introduced
  70:12
involuntary
  62:3
involved 13:21
involving 13:2
issue 98:17 99:2
  100:12

issues 72:13
  98:13 106:8

J

J 2:8,15
jail 18:22 51:4
  102:1 108:14
January 1:16
  48:1 85:10
  111:11 112:13
Jardine 25:7,8,9
  26:4 27:15
  28:15 29:17
  32:13 33:1,17
  34:9,14 50:8
  50:16 65:5
  94:8 95:15,21
  107:20 109:12
jerk 27:12
job 100:10
John 11:12,13
joints 95:18
journal 19:24
judge 7:4
July 96:9 104:22
  105:2
jury 105:7

K

K-O 102:16
keep 6:16 41:23
  53:8
kept 20:2 27:12
  27:14,15 29:19
  29:20,22 30:5
  30:8,21 31:8
  31:10 50:12,20
  56:21 65:5,5
  65:11,12 80:22
  81:2 90:7
Kevin 2:11
  47:24
Khan 2:17 4:8
  4:10
Kim 1:14 5:17

Case: 1:19-cv-07509 Document #: 125-29 Filed: 11/27/23 Page 43 of 53 PageID #:1547

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 121

6:14 110:4
112:5 113:12
**kind** 10:16
21:18 24:7,9
26:13,13,17
28:17,17,19
29:11,13 31:4
33:18 36:8,9
41:1 42:23
45:9 46:11
48:5 53:2 81:9
81:9,13 83:4
83:10 86:15
**knew** 43:17 56:1
56:24 63:2
86:4
**know** 4:4,22 6:2
6:4,20 7:1,2,18
10:12 13:24
16:3 17:21
18:3,6 19:10
19:12 20:2
26:2,3,9,11,15
26:21,23,24
28:14 29:10
30:24 31:1,3,7
31:8 33:1 37:9
37:14 39:16
41:7,17 43:3
43:10,18 44:19
48:9 50:16,17
50:23 51:17
52:2,3,9 53:3
54:1,2,8,17
55:23 56:4,5
56:23 57:23
58:7,9 59:17
59:20,23 60:21
61:21,22,23
63:2,18 64:7
65:14,16,17,17
67:12 69:4
72:6 73:13,16
73:17 75:3
76:18 77:9

80:3 81:9 83:9
83:21 86:14
87:10 88:7
89:5,7,23 90:6
92:22 94:11
95:7 98:2,7,15
98:16,16
100:22 101:1,4
101:13,14
102:14,21
103:3 105:3
106:1,14
**knowing** 22:18
56:15 92:15,18
**knowledge** 22:2
22:12 95:8
97:23
**known** 10:6 35:7
**Ko** 102:16,19
103:1,2,9,15
104:11,15,20
104:21 106:10
106:18,20
107:2,3
**Ko's** 102:21

_____

**L**

**L-I-M-B-A-C-...**
5:6
**L5** 17:19
**lack** 109:2
**laid** 65:8
**lasted** 97:18
**lawsuit** 5:15
99:23
**lawsuits** 13:10
13:12,14,18,20
**laying** 30:5 50:8
**layout** 24:9
**learned** 50:15
**leave** 24:19
**leaving** 105:7
**led** 62:2
**left** 25:24 26:20
27:3,6,6 28:19

29:3,4,5,8 34:8
37:7 38:6,7,8
38:14 40:1
44:1 45:20
46:2,2,7 47:8
49:6 52:7 55:9
55:16 62:19,23
63:23 70:15,19
70:22 71:19
81:14 82:2
84:6 86:2
89:24 91:21
93:17 99:6,10
100:5,22 101:8
103:13,18,22
104:5 106:6
108:2,5,23
**left-hand** 27:2
**leg** 25:23,24,24
30:12,13
**legal** 7:4
**let's** 14:21 28:1
46:24 52:7
65:21 66:1
67:24 78:21,21
79:1 90:9
**lethargic** 26:22
**letters** 101:24
**level** 62:23
**lidocaine** 60:20
**lieu** 88:20
**life** 95:17 98:18
98:19,20 99:10
108:3 109:3
**lift** 64:8,13
99:13 100:20
**light** 100:7
**Limbach-** 28:10
**Limbacher** 1:3
1:9 3:3 4:2,6,7
4:14,20 5:5,7
8:3 10:6 20:9
28:10 30:16
33:9,11 37:23
40:13,22 41:5

44:16 45:17
47:23 52:20
62:12 64:6,13
79:6 103:1,8
106:5 107:17
111:3,9,18
112:6 113:2
**Limbacher** 5:8
**limit** 108:3
**limited** 100:1,17
100:22
**line** 4:9 81:14
**list** 101:14 109:1
109:4
**listened** 54:5
**listening** 77:11
**LITIGATION**
2:7
**little** 4:23,23 6:5
6:6,11 8:20
11:21 13:6,23
20:1,10 24:8
24:18,19,21
26:22 27:5
28:5,13 33:23
41:16,17 42:12
43:24 48:14,17
49:19 52:3,4
53:6 61:12
62:2 78:23
81:1 90:24
99:19
**live** 98:19
**lived** 11:5
**lives** 80:5
**LLP** 2:2
**loaf** 100:6
**located** 8:6
**location** 101:17
106:24
**LOCKE** 2:2
**long** 11:5 16:5
44:12 46:22
53:21 54:20
**longer** 78:23

99:11 101:16
**longstanding**
98:17
**look** 24:9 92:22
95:1
**looked** 19:18
36:24 49:15
65:9 88:14
**looking** 26:18
46:1 49:16
85:21 89:9
91:5
**looks** 21:6 34:7
82:11,23 83:1
84:3 91:24
94:7 95:4
**LORD** 2:2
**loss** 33:22 79:14
99:23
**lost** 34:3,5 35:16
57:9 99:9
**lot** 43:23 60:18
65:2 72:9
75:22 88:8
101:12 107:6,6
**love** 101:4
**loved** 101:2,2
**low** 60:24 61:8
**lower** 17:17,19
46:2
**lowest** 52:8
**lunch** 79:4,7

_____

**M**

**M-C-C-A-R-...**
22:23
**M.D** 2:11,11
**mad** 6:15
**main** 42:1 86:11
**making** 32:23
54:9 95:20
**man** 100:21
**March** 52:24
53:14 57:14
58:8

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 122

marked 59:24
married 11:8
matter 70:2
McCarthy 2:11
  22:21 23:10
  66:16,20,24
  67:17,22,23
  68:20 69:18
  70:10 71:10,13
  71:21 72:12,19
  74:5,23 75:18
  76:16 77:17
  78:10 82:2,7
  83:23 84:1
  89:15,19,24
  90:2 93:16
mean 56:5,23
  57:24 58:20
  61:8 63:11
  64:8 91:23
  92:4 101:1
means 61:9
meant 67:1
  69:22 73:17
media 12:1
medical 13:24
  15:22 16:16
  17:12 18:23
  19:6,7,19,20
  31:24 32:16
  34:10 37:7,24
  40:16 47:23
  52:21 54:9
  56:15 59:10
  77:3 80:15,17
  81:3 82:14,19
  84:2 85:8
  87:11,12 89:8
  90:20 91:17
  92:24 95:16,23
  95:24 96:12
  97:20 101:7
  102:2 109:12
medication 9:11
  47:1

medications
  8:24 9:3,13,17
  63:10,16 84:4
medicine 63:18
  68:16 74:23
meds 63:20 84:5
  92:1
meet 104:20
meeting 107:19
memory 9:14
  41:4 42:21
  48:22 53:10
  69:11 75:11
  91:3 94:12
mental 15:18,22
  16:17
mention 67:3
mentioned
  67:17 79:7
met 23:22 84:18
  88:15 104:21
  107:1
Mia 2:14 4:9
  105:24 107:9
  107:12
mia.buntic@c...
  2:16
middle 5:3
Midwest 100:16
mind 30:24 77:2
  77:9 81:18
  84:24
mine 110:5
minute 30:15
  39:2 67:20
  69:20,21 75:8
  99:14
misdemeanor
  13:2
misleading 39:3
  39:8
Misrepresents
  87:7
missing 97:9
misspoke 23:7

misstates 62:9
mistaken 43:16
  51:15 71:1
mistreating
  78:13
mitigate 63:17
mm-hmm 5:24
mobility 100:1
  100:22
moderate 67:4
moment 11:15
  32:10 50:20
  54:12 65:4
  78:3 92:5
monetary
  105:10
money 105:5
Monica 1:14
  112:5 113:12
months 44:13
  46:18 90:5,5,8
  98:22
morning 100:4
mosey 41:5
motion 38:13
move 29:22,22
  30:8,8 31:5
  48:14,17,18
  50:5 65:2 76:7
movement
  95:18
moving 20:11
MRI 86:9,12
  88:20,23 89:1
  89:24 90:2
  98:23,24
  101:21
MRIs 86:7
  105:3
MRSA 13:19
  24:6 25:12
  49:4 76:22
multilevel 67:4
muscle 37:14
musculoskelet...

  38:12
mute 45:1

_____
          N
_____

N 3:1
name 4:2 5:3,3,8
  11:11 22:17,23
  32:16 106:22
names 10:7 35:4
nasty 44:20
neck 34:7 35:21
  36:2,5,8 38:6
  38:12 39:5,11
  43:16,20,20
  50:9,21 55:19
  55:20,22 86:7
  86:10 88:3,4
  88:12,24 98:14
  98:15
need 5:22 6:19
  6:23 16:20
  36:24 38:23
  48:8 53:3
  56:17,22 58:12
  80:1 84:22
  95:5 104:10
needed 9:7
  56:24 63:19
  75:17 77:11
  79:17
needles 73:18
  76:8
needs 91:17
neurological
  86:4
neurologist 86:3
neurosurgery
  85:23 86:18
never 23:22
  81:18 88:14
  89:9 92:11
  95:8 97:19
new 43:20
nice 22:5 62:3
nicknames 10:7

night 52:11
  64:23 76:7
  103:23 104:2
night's 104:7
nine 52:12
noes 5:23
normal 67:14
  103:24
normally 100:2
North 11:1
  113:12
NORTHERN
  1:1 111:1
  112:1
NOTARY
  111:22
note 33:12,16
  37:24 40:16
  46:1 59:10
  84:10 85:15,21
  91:5 94:17
  95:14
notes 15:9 19:18
  19:21,24 20:1
  20:5 37:7
  49:15 55:16
  83:17 93:1
notice 1:11
notion 7:21
November 19:5
  20:13 21:7
  22:15 23:24
  65:23,24,24
  79:22 96:12,24
  96:24 98:9
  99:22 102:6,9
  103:10 104:16
  108:2 109:5
numb 60:23
  61:8,10,19
  62:15
number 10:13
  63:5 66:4
  74:19
numbers 13:17

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 123

numbness 62:2
nurse 25:7,8,9
  26:4 27:14
  32:13 33:1,17
  34:9,14 50:8
  50:16 56:20
  65:5 79:9,9,10
  80:2 94:8
  95:15,21
  107:20 109:12
nurses 35:2
nurses' 35:3,3
nursing 33:12
  33:16 80:3

**O**

oath 5:16
object 7:20 39:2
  39:7 99:15
Objection 57:8
  62:5 63:11
  71:16 72:14
  87:7,19 93:3
obligation 7:6
  93:12
observed 80:15
obtain 81:3
obtained 80:15
  102:20
obviously 8:5
  24:19
occasion 57:18
occurred 49:16
  98:10
occurrence
  65:17
October 12:24
  14:3 68:1,3,18
  69:14,19,23
  70:11 71:20
  94:8 103:10
  104:16
offer 76:11
  91:23
offered 73:20

76:12 77:17
  89:14,15 91:7
  97:8
office 2:7,13 8:7
  102:21 106:21
offices 106:24
Oh 14:4 16:21
  26:4 28:3
  37:13 41:10,22
  52:23 69:23
  71:4 108:24
Ohio 80:4,5
okay 5:10,13 6:1
  6:5,8 7:9,12,13
  8:5,8,10,13,19
  9:3,8,10,13,16
  9:21 10:5,9,12
  10:15,20,24
  11:2,5,8,11,15
  11:18,21 12:2
  12:4,8,11,14
  12:20,23 13:1
  13:5,9,14,17
  13:20 14:12,14
  14:17,23 15:2
  15:9,18,21
  16:5,11,23
  17:10,23 18:5
  18:10,21 19:9
  19:16,21 20:5
  20:9,17,23
  21:1,11,14,21
  21:23 22:2,6
  22:10,14,20
  23:2,5,12,16
  23:23 24:4,7
  24:20,23 25:2
  25:5,8,13,16
  25:20 26:1,19
  27:8,19 28:3,4
  28:24 29:4,15
  29:17 31:6,12
  31:23 32:2,13
  32:21 33:3,8,9
  33:11,15 34:3

34:6,12,21,21
  35:5,13,19,23
  37:3,13,16,19
  37:6,10,17
  38:1,11,19,21
  39:1,9,15,23
  40:5,8,13,24
  41:10,15,18,18
  41:22,23 42:3
  42:3,7,7,8,11
  42:16,20,23
  43:10,14,24
  44:22 45:12,24
  46:7,10,16,23
  47:5,8,14,19
  48:4,15,15,16
  48:16,21,24
  49:9,21 50:1,5
  50:16,24 51:5
  51:12,23 52:13
  52:24 53:5,8,9
  53:9,10 55:1,5
  55:8,11,15
  56:3,10,13
  58:7,15 59:6,8
  59:11,14,19
  60:5,6,14,15
  61:13 62:1,22
  63:9,23 64:2
  64:19 65:14
  66:5,8,17 67:3
  67:9,10,16,20
  68:2,5,10,12
  68:14,24 69:3
  69:5,5,5,7,9,9
  69:9,16,17
  70:6,14,16
  71:3 72:12
  73:6,11,20
  74:4,7,15 75:7
  75:10,10,18
  76:11 77:20
  78:9,15,23
  79:3,11,14,15
  79:20 80:2,6,9

80:24 81:8,12
  81:24 82:8,10
  82:17 83:7,11
  83:13,13,15,16
  83:18,19 84:3
  84:8 85:3,5,12
  85:14,14,16,20
  86:12 89:13,23
  90:9,10,16,18
  91:2,2,5,12,19
  91:24 92:7
  93:15,19,22,24
  94:9 95:3,9,14
  96:2,8,15 97:5
  97:14,24 98:2
  98:8 99:5,8
  101:6 102:11
  103:5 105:1,5
  105:9,14,20
  106:17 107:8
  107:11,22
  108:1 109:22
once 97:7,11
  98:23
one's 77:10
one-handed
  100:21
one-sheet 51:15
ongoing 17:11
open 24:19
  65:10
opinion 76:17
  106:19
opportunity
  17:6 72:19
  97:9
oppose 73:19
order 16:19
  109:24
ortho 49:17
  53:17 54:22
  55:7
orthopedic 44:9
  46:13,20 49:11
  56:22 58:12

72:20 74:2
  78:5,8 80:1
  89:4 101:22
  106:21
orthopedist
  45:23 55:14
  56:11 62:21
  73:2,5,22 76:9
  76:18 77:23
  78:1 89:21
  92:14 97:8
orthopedists
  44:12
ostentatious
  87:23
outpatient 33:12
  33:16 40:16
  47:23 52:21
  59:10 82:14,19
  85:8 90:19,20
outpatients
  68:16
output 74:23
overall 8:2
  20:14 97:14
overbroad
  72:14 84:12
overtalk 6:8
overwhelmed
  37:4

**P**

P 2:8
p.m 110:8
PA 40:16 45:19
  47:24 49:1,7
  52:22 53:13
  58:7 60:16
  63:6 65:14
  66:9 82:21
  84:9 85:9
  90:15 91:6
  92:7
pace 48:10
page 3:2,8 7:12

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

21:20,20 22:8
85:6
**pages** 42:5
**pain** 17:11,16
  18:6 34:7,7
  45:21 46:2,4
  47:1,1 52:6
  55:20,22 56:24
  60:18 62:23
  63:9,10,16,17
  63:22 70:12,13
  71:1 72:1,7,22
  72:24 77:6,11
  84:4 87:5 92:2
  95:9,9,11,18
  95:18 101:5
  108:17,20
**painkiller** 71:15
**palpating** 36:8
**palpitating** 39:5
**palpitation**
  39:11
**pant** 25:23,24
  30:12,13
**paper** 20:2 51:7
  51:16 57:18
  87:1
**paramedic**
  32:19
**paramedic's**
  32:16
**paramedics**
  32:12 34:13,17
  36:3
**part** 10:5 26:16
**particularly**
  73:18
**parties** 112:15
**partner** 102:21
**parts** 36:16 48:6
**patch** 60:20
**patient** 38:5
  89:9 95:14
**Paul** 11:12,13
**peed** 61:12

**pelvic** 61:9,11
  62:2,15
**pending** 13:15
**people** 32:4
  98:24
**Perfect** 12:8
  22:10 79:3
**perfectly** 45:3
  74:11
**perform** 39:12
**period** 16:18
  54:6 79:21
  80:7
**person** 20:7
  32:18 56:23
  80:19 89:11
  103:24
**personal** 8:21
  19:18,21 112:9
**personnel** 96:13
**pertaining** 1:13
**Phone** 2:4,9,16
  113:14
**physical** 29:24
  30:2 31:13
  35:24 38:16,18
  39:6,12 47:4,9
  47:10 51:1,2,3
  51:20 52:2,6
  57:3,4,7,15,16
  57:17,19,22
  58:2,3 63:6
  70:17 80:6,10
  80:12 81:6
  82:21 86:17,20
  86:22 97:24
**physician** 23:13
  23:16,20 42:24
  47:11 73:10
  102:14
**physician's** 2:11
  2:12,12 40:16
  47:12,24 82:21
  82:24
**piece** 51:16

**pieces** 20:1
**pinch** 88:17
**place** 65:13
  76:23,23
**plaintiff** 1:4 2:6
  33:13 36:7
  45:10 111:4
**Plaintiff's** 37:18
**plan** 70:22
**play** 99:12
**please** 5:2,23
  6:20,24 7:10
  7:17,17 17:16
  20:19 29:21
  31:4 36:13
  42:1,7 44:16
  45:10 48:9,13
  48:16,16 53:3
  53:5,6 59:17
  59:20 60:9
  62:12 69:4,5,7
  75:3,5 79:8
  83:8,11,13
  90:10 94:10,18
  98:3,3 99:8
  104:13
**point** 39:23 50:5
  55:21 57:8
  63:12,12 66:11
  67:10 77:2,4
  77:10 108:5
**pointed** 30:12
  85:4
**points** 6:4
**poking** 76:8
**poorly** 19:1
**pop** 31:20,20
**popped** 50:14
**popping** 88:8
**positioning**
  104:1
**positive** 27:17
  40:7 66:4 80:4
  80:5 83:24
  87:2 96:14

**possibility** 93:17
**possible** 76:24
**possibly** 78:3
**Preber** 2:8 3:4,6
  4:2,3,19 7:23
  8:1 10:15,18
  10:19 16:13,21
  16:24 17:3,8,9
  18:14,15 19:1
  19:3 20:22
  27:20,21 28:1
  28:4,7,9 33:7
  36:7,10 37:22
  39:1,9,10
  40:12 42:18
  44:16,22 45:3
  45:6,8,12,15
  45:16 47:18
  48:8 52:19
  57:12,13 58:19
  58:21,23 59:1
  59:5,7,23
  62:10,11 63:13
  63:14 64:5,10
  64:12 65:16
  68:9 69:23
  70:4,8,9 72:15
  74:10,19 78:16
  78:21 79:3,5
  81:17,23 90:13
  94:3,16 96:3,7
  96:19,21,22
  99:18 101:14
  102:17,23
  103:5,7 105:8
  105:19,23
  106:4 107:8,17
  109:1,3,8,10
  109:14,16,20
  109:23 110:4
**Preber's** 107:24
**predate** 109:4
**prednisone** 9:5
**prefer** 77:22
**prepare** 19:10

**preparing** 5:20
**prescribe** 37:11
  71:22
**prescribed** 9:6
  47:11 51:1
  60:20 63:10,16
  89:24
**present** 7:4 84:5
  89:7 91:6
**presented**
  107:18
**pressed** 104:6
**pretty** 17:3
  24:21 36:8
  79:22 84:17
**prevented** 106:9
**previous** 86:5
**previously** 22:5
  33:6 53:19
  55:4 93:19
**primary** 15:21
  15:22
**prior** 13:10 14:7
  14:23 16:8
  17:10 18:22
  19:4,13 22:14
  23:3,4,6,9,12
  23:24 25:5,10
  57:14 62:8
  89:13 91:14
  106:20 107:20
  108:2
**privacy** 24:18
**privy** 43:17
**probably** 28:6
  43:22 76:6
  91:8
**problem** 23:8
  41:3 53:4
  66:14 72:6
  78:20
**Procedure** 1:12
**procedures**
  86:15,23
**proceed** 48:15

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 125

78:5
proceeding 7:5
process 26:6
product 100:16
professional
  89:8 92:12
  101:7 102:2
professionals
  27:16
professor 88:1
progressed 66:6
progressing
  63:2
prolong 97:9
promised 58:13
promises 97:20
prone 106:11
pronouncing
  5:8
proper 92:13
pros 72:3
protective 16:19
provided 80:18
  105:16 109:3
  111:15
provider 15:22
psychological
  98:6
PUBLIC 111:22
published 20:21
  33:6 37:21
  40:11 47:17
  52:18 59:4
  68:8 74:9
  81:22 90:12
  94:2
pulled 30:12
  50:14
pulling 84:24
pursuant 1:10
  1:11
pursuing 11:23
pushed 26:24
  31:1 54:2
pushing 26:9

pushups 108:9
put 18:2 26:3,21
  27:10 29:1
  34:6,9 36:3,4
  37:2,7 46:3
  50:9,15 55:16
  63:5 65:12
  66:3 97:21
  100:21 108:16
puts 38:14 56:5
putting 29:3
  62:4

**Q**

quality 98:20
  99:9
question 6:7,13
  6:21,22 17:3
  18:24 38:22
  39:3,8 45:10
  64:3 65:23
  70:6,10 79:2
  84:12 87:19
  99:15
question's 71:16
questions 5:15
  5:16 7:10,15
  8:3,20 9:19
  23:5 72:20
  87:17 88:9
  98:3,5 101:7
  105:24 107:10
  107:13,23
quick 27:1 96:4
  96:5,10 109:8
  109:8
quite 21:17
quote-unquote
  48:6

**R**

rack 100:21
racks 100:19
raise 63:23
  108:19

RANDALL 2:2
range 38:13
re- 42:8
re-ask 18:24
  96:18
reached 50:11
  65:10
react 44:6 45:20
read 38:23,24
  41:3,23 43:2
  45:10,11 48:18
  80:17 83:5
  84:13,22 94:13
  109:22 111:10
reader 41:15
reading 85:20
  95:4
ready 26:9
real 96:10
realize 43:21
  60:24 98:24
realized 61:17
really 6:9 8:21
  27:1 28:3 31:1
  41:20 45:18
  53:23 61:14
  67:14 73:10,19
  87:10 92:5
  96:5 98:13
  100:17 109:8
reason 6:24 34:9
  37:6 49:1
  55:15 78:9
  88:2 92:23
  101:19 109:11
recall 15:16
  17:20 19:8
  22:18 23:3,15
  23:18 25:4,14
  29:3 30:2
  31:15 32:4,11
  32:15 35:3,4
  37:13,15 38:10
  38:18 39:18
  43:6 47:13

49:14 50:18
  55:18 56:6
  62:16 66:10,15
  67:12,12,21
  75:20 84:7,8
  84:16,16 85:17
  87:10 88:19
  91:10 92:4
  95:12
recalled 65:4
receive 76:13
  97:2,11,13
received 76:22
  97:1,11
receptive 44:4
  47:6 87:16
recheck 102:18
recognize 21:8
recollection
  60:6
recommend
  49:9
recommendat...
  107:5
recommendat...
  73:23
recommended
  104:11,17
record 4:5 5:4
  5:20 6:13 10:9
  10:16,17,18
  27:23 34:10
  36:7 38:24
  39:7 45:11
  58:17 62:9
  79:1 87:7
  102:20,24
  103:4 105:15
  109:19 111:13
records 19:19
  19:20 37:9
  80:15,18,23
  81:2,3 87:11
  95:16,23
  102:19

recovered 15:7
rectified 101:21
redirect 3:6
  109:8,9
redirects 106:2
reduced 112:9
refer 67:8 72:20
  78:1,7
reference 34:8
  39:24
referral 46:15
referred 43:15
  66:23 106:21
  107:2
referring 67:6,7
reflect 4:5 87:11
reflected 84:9
reflects 105:15
refresh 42:21
  48:22 53:10
  60:6 69:10
  75:11 91:3
  94:12
refuse 76:15
refused 90:2
regard 84:5
  105:17
region 62:2
regular 104:2
rehab 68:16
  74:23
related 5:15
relative 112:14
  112:16
relax 29:21 31:9
  31:11 65:5,6,6
  65:6
relaxer 37:14
relaxing 50:12
release 14:4
  79:23
released 14:2
  90:7 103:19
relevant 79:21
relief 97:12,13

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 126

105:10
relieve 91:15
reloc- 64:19
relocated 50:17
remember
13:17 16:1
19:16 25:6,9
25:22 26:15,21
28:22 30:3
31:7,10,12
32:21,24 34:3
35:1 38:8
39:16 40:5,22
40:24 42:24
44:7 50:9
52:23 53:19
60:15 66:9,19
66:19,24 70:16
70:21 75:13,23
77:20 83:19
84:6 85:22
90:4 91:6 92:7
95:20 96:20
101:10
rent 11:2,4
repeat 82:4
104:13
rephrase 7:11
45:13,17 99:19
replacement
56:17 99:3
101:20 104:19
106:6 107:4
replied 32:8
73:3
reply 86:14
88:16
report 43:3
75:22 84:23
92:6
reported 112:8
reporter 1:15
5:18 6:14
10:15 45:9
59:21 74:18

78:17 81:16
109:24 112:5
113:4
reports 56:5
represcribed
86:17
represent 4:7
33:12 37:23
47:22 52:20
59:9 68:15
74:22 82:18
85:7 94:5
representing
40:15 74:16
represents 4:9
request 57:1
77:3 83:23
84:2 87:12
92:1 94:6,21
95:24 97:20
101:22
requested 38:24
45:11 86:8,12
87:11
requesting 84:4
requests 77:8,13
require 99:3
requires 84:13
research 73:15
73:24
reservation
109:21
reserved 113:2
resolving 46:2
resorted 101:3
respond 77:7
response 72:5
102:1
rest 108:22
restate 39:9
result 102:3,6
results 39:17
75:16 76:5
retracted 54:3
returned 36:23

revenue 100:12
reverberating
44:23
reverberation
45:18
review 19:13
105:23
reviewed 19:17
43:6 81:5
84:21
reviewing 43:6
84:16
rhack@lockel...
2:5
Richard 2:8,15
right 5:1 7:9,14
7:19 8:2,13,19
8:24 9:14,21
10:5 11:8,18
11:21 12:8,9
12:14,17 13:9
13:15,24 14:7
14:23 15:11
18:8,10 19:9
20:8,17 21:21
22:7,14 23:23
24:16 25:23,24
28:5,10,12,13
28:14 30:12
34:12 36:13
37:19 38:3
39:15,19 40:8
41:6 42:4,23
44:13 45:12
46:10 47:8,14
47:19 48:9,24
50:24 52:13,15
53:7 54:19
57:14 58:18
59:8 60:15
62:22 63:20
65:11 66:8
67:16,21 68:5
68:12,17,19,21
69:10 71:3

74:1,22 78:4,7
78:15 79:6
81:13,20,24
82:8 83:7,16
84:8 85:13
90:9 92:22
93:22 94:14
95:2 96:8 98:8
99:8 102:12,15
103:12 104:23
105:5,20 106:5
107:8 109:23
RIGHTS/TO...
2:7
rivers 88:5
RN 94:8
room 8:6,11
24:9,12,15,16
24:21 25:2,6
27:17 31:24
32:2 34:22,24
53:20 65:9
rotary 101:13
roughly 10:22
14:1 15:4 18:8
65:19 66:2
67:21
rules 1:11 4:21
running 27:16
101:4

_____
          S
_____

S 3:7
S-H-A-N-E 5:5
S-I-M-S 23:14
sat 54:5
saw 20:3,3,3,7
33:2,2 35:6
47:11 49:22
50:23 67:13,17
67:18,22 69:19
75:22 82:2,7
83:23 89:3
90:15 103:9
106:23

saying 27:12,14
27:15 28:15
29:19,20,22
30:6,8,21 31:8
31:10 32:22
33:21 34:15
36:11 38:16
49:14 50:10,20
54:15,16 92:3
says 92:5 95:16
scale 52:7
scan 94:24,24
scenario 88:2
schedule 44:8
55:7 86:8
88:20 90:2
106:15
scheduled 82:24
83:2 86:6
88:21,23 106:6
scheduling
54:22 58:13
school 11:22
12:6,7 80:3
schooling 11:22
screen 8:16
20:18,23 33:3
33:8 37:17
40:8 45:24
47:15,19 48:2
52:15 59:2
68:10 74:11
81:24 90:16,22
102:22
screw 20:18
scroll 21:9 22:7
41:7 48:4,10
59:15,16 68:23
71:9 74:24
83:8,16 85:11
90:24 94:10
scrolling 21:18
71:8
seasons 67:24
seated 101:3

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 127

**second** 14:4
27:19 28:16
33:4 41:22
44:16 48:19
58:16 60:3
61:6 64:22
72:16 74:6
81:15 89:5
106:18
**section** 42:12
**sections** 91:1
**security** 10:13
24:19
**see** 4:8 5:17
20:23 21:1
32:5 33:8,9,19
34:8 38:2
40:13,14 41:3
44:14 45:24
47:19 48:1,17
53:2 54:20,24
55:6,14 56:11
56:19,22 57:17
58:12,14 59:6
59:7 62:20
67:24 68:10,11
73:5,23 74:11
74:21 75:16,17
77:22 80:1,8
81:24 83:4
84:2,20 85:1
86:6 89:21
90:14,16,21
92:5,13 100:17
105:24 106:13
106:13
**seeing** 25:4 73:1
89:4
**seek** 17:12
**seen** 37:9 40:6
49:11,17 53:16
56:13,16 74:2
78:5 83:21
96:12 101:22
103:1

**self-employed**
100:11
**semester** 104:8
**send** 36:14
80:20,21,21
**sensations** 88:6
**sense** 51:4 69:16
**sent** 37:11 39:20
97:7 102:17,21
**series** 5:14 106:8
**serious** 99:2
**seriously** 78:12
**service** 83:23
94:6,21
**session** 25:18
**sessions** 51:2,3
**set** 28:2 46:12
100:18,19
**setting** 51:4
**seven** 40:7 52:12
**shaking** 5:24
**Shane** 1:3,9 3:3
4:14 5:5 72:17
111:3,9,18
112:6 113:1
**share** 20:19 33:3
37:17 40:8
47:14 52:15
74:4
**sharing** 59:2
**sharp** 55:22
**sheet** 51:7 57:18
87:1
**sheets** 111:15
**SHERIFF** 1:6
111:6
**shirts** 108:16
**shlep** 100:18
**short** 28:8 96:6
106:3
**short-lived** 46:6
**Shorthand** 1:14
112:5 113:3
**shot** 71:14,23
73:11,14,17

76:12,13,15,24
77:1,6,6,12,17
78:1,6,8 87:4,4
89:16,22 90:3
90:6 97:1,2,6,8
97:11 103:11
**shots** 87:12
**shoulder** 16:17
27:11,12,12,13
29:8,10,13,15
29:19,19 30:4
30:6,6 31:8,8
31:17,19,19,21
34:8,16 35:22
36:20,24 37:8
40:1 43:4 44:2
45:20 46:2,7
49:6,23 50:2,6
50:11,11,17
51:23 52:7
55:9,17,19,20
55:23 56:1,7
56:17 62:19,23
63:3,24 64:16
64:20 65:20
66:2,14 70:15
70:19,22 75:21
79:18 80:7,10
80:13 84:6
85:4 86:2,9,11
88:3,11,20,24
90:1 91:21
93:17,20 97:18
98:12,17 99:3
99:6,10,23
100:8 101:5,8
101:18,20
103:13,18,22
104:4,19 106:6
107:3 108:2,6
108:23
**shoulder's** 88:2
**shoulders** 64:8
**show** 21:19
**showed** 35:5

**shower** 100:2
**showers** 108:19
**showing** 21:3
71:6 93:22
**shows** 100:18,20
**sic** 16:4 37:18
101:13
**side** 9:10 26:20
27:2,7 65:1
100:23
**sign** 109:22
**signature** 22:8,9
109:21 113:1,3
**signed** 68:20
69:24
**significantly**
108:3
**simple** 92:20
**Sims** 2:12 23:13
47:24 49:1,7
**sir** 5:2,11 8:6 9:1
9:11 10:9,20
11:9,15,24
12:15,23 13:21
14:6 15:12
16:13 17:8,10
18:10 19:17
20:23 21:3,8
21:12 22:7,8
22:14 24:5
27:21 34:12
36:11,13 37:18
38:3 39:11,19
41:2 42:6,21
48:22,24 52:13
53:1,10 54:13
57:14 59:2,15
60:7,10,15
68:10,22 69:10
69:17 70:4
74:12 75:1,12
78:15 81:12,24
82:1 83:4,7,17
83:19 85:11,15
90:15,21 91:3

91:6 94:10,19
94:22 97:14
102:12 105:5
109:11
**sister** 79:8,10
80:2,19 81:3
101:24
**sister's** 56:20
**sister-in-law**
79:9
**sit** 58:16 61:3,4
61:17
**sits** 24:17
**sitting** 101:19
**situation** 56:16
**six** 44:13 46:18
**skip** 49:19
**skipped** 21:17
**sleep** 64:23 65:1
65:2 103:24
104:2,2,5,7,10
**sleeping** 64:23
76:7
**slipped** 43:15
**slips** 97:20
**slow** 41:19 75:3
**slowly** 41:9 53:1
59:16 68:23
83:8 85:11
**small** 24:12 61:2
61:18 110:2
**smoke** 14:12
**Social** 10:12
**somebody** 32:21
**someone's** 76:8
**soon** 53:18
54:21 55:6
**sorry** 14:18 15:9
18:12,24 28:10
33:13 38:22,23
44:4 54:3
59:13 62:13
67:20 71:19
74:18 80:11
82:3,4 94:4

Shane Edward Limbacher v. Sherriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 128

sort 16:14 29:24
    63:6 70:16
    71:14 87:4
    105:10
sought 106:18
sound 44:18,23
    95:10,12
sounds 82:8
    98:2
South 2:3 8:9
span 74:3
speak 17:6
specialist 49:11
    57:1 107:3
specialty 81:10
specific 14:20
    21:21 44:1
    55:1
specifically 55:8
    58:10 63:1
    67:1 98:8
    107:3
specifics 66:20
specified 112:12
sped 110:5
spell 5:3 16:3
spent 107:6
spouse's 11:11
Springfield
    80:22
spur 76:1
spurs 66:23
    75:24
SS 112:2
staff 18:23 19:6
    19:7 24:16
    31:24 32:16
stage 67:15
stages 101:21
stand 32:9
stands 95:7
start 6:7 8:3
    20:11 45:13
    47:9 73:4
    84:14,14 85:6

started 17:24
starting 5:2
    41:12
state 5:2 91:24
    111:9 112:2
    113:4
State's 2:7,13
    4:3 107:17
stated 50:2 56:8
    79:11,16 99:15
statement 13:3
statements
    95:20
States 1:1,12
    111:1 112:1
status 46:3
stay 29:21 30:7
    30:7 31:4 45:1
stayed 50:22
staying 105:12
steady 94:14
steel 61:3,18
stenographica...
    112:8
stomach 65:1
    88:17
stools 61:2,18
stop 41:22 42:1
    42:7,12,14
    48:6,7,8,9,13
    48:16,16 53:3
    53:5,9 59:16
    59:17 69:1,5,7
    75:4,5,5,8 83:9
    83:11,13 85:13
    91:1 94:11
stores 100:17
straight 77:24
    78:7
strain 100:8
streams 88:5
Street 11:1
    113:12
stretcher 32:12
    65:7

Strike 14:18
    39:23 44:4
    57:5 71:12
    80:11
Stroger 67:13
    97:2 99:2
stronger 84:4
struggled 10:2
stuck 33:1
student 88:1
stuff 21:2 43:23
    59:18 60:21
    67:2 88:4
submitted 83:22
    94:20,21 95:24
    96:1
SUBSCRIBED
    111:19
subsequent
    102:24 103:17
subsided 63:9
    98:14
substantially
    98:14
suffering 92:19
suggest 46:23
suggested 47:3
suit 96:11,16
Suite 2:3 113:13
support 11:19
supposed 58:2
    108:7
sure 4:24 6:11
    7:11 18:3 19:8
    23:18 24:11
    31:2 32:19
    34:18 40:3
    44:14 47:2
    50:22 59:21
    60:19,20 77:15
    78:4,19,24
    83:22 84:1,17
    92:5 93:11
    97:3 98:4,15
    105:22

surgeries 103:17
surgery 14:24
    15:2,15 73:20
    73:21 86:2
    92:8,10,15,16
    92:17,20,21
    99:3 101:20
    104:19,19
    106:6,8,9,10
    106:15 107:4
surgical 85:24
surprised 49:10
swelling 38:13
    38:13,15 63:3
switched 92:1
sworn 4:1,12,16
    111:19 112:7
sympathetic
    54:11
Systems 82:19

_____

T

T 3:7
T-R-A-M-M-...
    23:17
table 24:12,23
    25:3,21 26:7
    26:10,20 27:2
    28:18 31:1
    107:21
take 6:22,23 9:7
    9:14 28:1
    44:13 46:17,18
    46:21 51:7
    52:3 53:20
    58:19 77:6
    78:4,17 89:22
    96:3 105:20
    108:19 110:2,2
    110:3
taken 1:10,13
    5:11 9:8 19:19
    34:22 54:20
    98:21,21
    112:11

talk 6:18 8:15
    11:21 12:11
    13:23 20:9
    22:20 43:8
    44:1 49:1
    53:13 55:8
    73:15 89:13
talked 35:1 55:3
    60:16 72:9
    89:6
talking 12:9
    39:18 43:1
    56:18
talks 38:6 95:9
tall 10:20
tattoos 12:15
tear 27:11
tell 7:7 35:6,10
    41:12 44:11
    46:17 77:1
    88:22 102:4
telling 30:3
    50:12 56:21
    65:5 75:23
    79:17 80:1
    81:7 93:14
    99:1
temporary 72:5
    73:1 89:18
ten-minute 28:1
tend 65:1
tender 107:9
tenderness
    38:14
tends 45:7
terribly 70:2
testified 4:16
    13:6
testify 112:7
testifying 7:6
testimony 62:9
    111:10,13
text 59:17
texting 8:16
thank 14:6 17:7

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

41:24 42:7,17
45:6,8 48:15
48:16 52:13
53:4,8,11
58:22 59:19
60:5,11 69:12
70:7 81:12
85:14 94:14,15
96:5 107:11
109:7,14,17
**therapist** 52:2
57:17
**therapy** 47:4,9
47:10 51:1,2,3
51:20 52:6
57:3,4,7,15,16
57:19,22 58:2
58:3 86:17,22
101:1
**Theresa** 2:11
68:20
**thing** 6:2,15,16
6:20 25:22
32:11 53:19
59:24 65:7
**things** 4:24 20:2
43:2 46:23
60:21 72:10
75:22 85:4
100:1 101:12
107:7 108:11
**think** 13:5 14:16
21:17 22:18
25:4 26:8
27:17,18 34:5
35:16 37:13
44:22,23 53:22
53:23 59:22
60:19 69:20
75:24 78:12,12
81:16 86:24
87:2 102:17
107:8 109:20
**thinking** 76:4
90:7

**THOMAS** 1:6
111:6
**thought** 17:5
42:10 59:22
66:13 69:22
70:21 71:6
73:7 87:5 90:7
101:15
**thoughts** 73:6
**three** 58:2,4,11
66:18 90:5
**threw** 53:24
54:15,16
**tier** 24:2 39:21
51:7
**tight** 58:16
**time** 4:11 5:22
6:19 11:23
13:13 16:19
18:8 20:2
29:11,18 31:13
34:18,20 39:24
40:6 43:18
46:7,17,22,24
48:5,11 50:7
50:22 51:8
52:3,4,4,9 53:2
54:6 55:12,21
56:1,18 57:4,6
57:9,19 62:22
62:24 63:4,12
63:12,15 64:22
65:8 66:6
67:22 68:5,22
70:24 71:14
72:10,19 73:12
73:14,20 75:1
76:14,15 77:8
77:20 79:13,20
79:21 80:7
81:5,14 82:6
83:8,21,23
84:7,18,19
86:5,8,10 87:3
87:10 89:1,23

90:6,14 91:1
96:11,15 97:3
99:4 103:9
104:3,23 107:6
110:4 112:11
**times** 51:15
52:12 57:2
58:12 65:19
66:2 101:23
**timing** 47:13
**tiny** 24:21
**today** 8:6
**today's** 19:10,14
**told** 31:16,17
34:14 35:9,21
36:20 44:6
51:14 52:2
58:10,12,14
65:11 66:8
67:13 73:14
76:19,20,24
77:22,24 78:7
86:5 88:22
89:4,15 93:18
**Toledo** 80:4
**top** 41:12 69:13
83:17 94:18
**torn** 101:13
**toss** 65:1
**trade** 100:18,20
**traditional** 51:4
**Trammell** 2:12
23:17 40:17
42:24 45:19
52:21 53:13
58:7 59:10
60:16 62:18
63:6 65:14,21
66:9,21 67:17
**transcript** 5:21
6:1 57:9 110:1
111:10,12
**trauma** 38:6
**treat** 16:20
49:22 71:11

78:10
**treated** 16:18
24:6 25:15
50:1,4 79:23
93:6 97:16
102:12
**treater** 40:6
**treating** 71:1
78:13 102:14
103:12
**treatment** 15:19
15:23 17:12
49:4 58:1
71:14 89:14
104:12,17
**tried** 31:3 64:23
**true** 22:11 91:13
95:22 111:12
**truly** 58:18
**truth** 7:7 112:7
**truthful** 9:19
**try** 6:9 18:2 47:3
47:7 48:5,10
59:17 78:1,21
91:23
**trying** 30:17
41:3 54:9
104:3
**tune** 89:5
**turn** 55:21 65:2
**two** 37:14 51:14
51:16 58:5
87:16 97:18
98:22 100:7
104:3
**type** 91:9
**typewriting**
112:9

——————
**U**
——————
**Uh-huh** 11:14
18:9 32:6
40:18 42:2
52:14 53:9
58:23 69:6,8

71:3 75:5,6
82:13 83:14
**uh-huh's** 5:24
**Umm** 15:13
**unclear** 71:16
72:14 87:20
**uncomfortable**
104:7
**undergone**
15:18
**understand** 7:3
7:7,8,9,17 8:13
8:18 17:4
103:1
**understanding**
7:16 90:4
101:16
**understood** 7:23
73:19
**United** 1:1,12
111:1 112:1
**unqualified**
78:10
**unreasonable**
78:11
**unrelated** 16:16
61:1,20
**updated** 102:19
**upper** 17:17
**upset** 54:14,15
54:17,19
**urination** 62:3
**use** 28:4 108:13
**usually** 24:18
100:19

——————
**V**
——————
**v** 4:7
**Vaguely** 19:15
**variety** 43:2
**verbatim** 22:3
32:24
**versa** 6:8
**vice** 6:8
**videoconference**

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 130

1:14 2:1 4:16
111:11 112:11
**view** 108:5
**visit** 40:21,22
42:4 49:2,3
60:18,19 61:15
74:5 82:11,14
83:19,20 84:17
84:18 85:7
86:24 103:2
**voice** 19:5 32:5
45:1,7 49:13
65:6
**vs** 1:5 111:5

**W**

**Wacker** 2:3 8:9
**wait** 14:4 44:12
49:14 110:1
**waiting** 34:19
46:24
**walk** 26:14
28:17
**walked** 37:3
53:20 54:14
**walking** 24:13
**want** 4:4,20,23
6:11,16 7:2
11:21 13:23
19:12 28:13,17
41:5 42:14
43:24 48:7
49:19 56:10,19
59:16,21 64:3
71:5 77:9,14
83:9 92:9,14
96:4 105:20,21
109:24
**wanted** 56:11
61:23 70:24
72:21,22 73:13
73:15,16 76:17
76:18 77:12
78:5 103:3
105:4

**wasn't** 30:17
50:4 52:1,5
58:11 73:9
78:3 97:9,16
97:17
**water** 63:4
**way** 8:22 10:6
29:14 31:5
61:18 62:3
65:2,8 78:13
79:23 93:6
**ways** 91:9 98:19
**We'll** 27:19
41:23 58:19
109:22
**we're** 6:10 7:11
8:5 19:4 20:9
20:10,12 28:16
37:19 45:17
56:18 68:5
81:13,18 95:1
**week** 51:15 58:3
58:4,5 106:14
**weigh** 10:22
**weight** 88:12
100:5,7
**weights** 99:13
**weird** 98:2
**Weiss** 106:23
**welcome** 42:18
109:15
**went** 25:22
43:21 50:10
61:10,10 72:3
80:3 86:24
**whatsoever** 6:24
21:15
**wholesale**
100:15
**willing** 47:7
**wish** 42:12
73:11,21 75:3
**wished** 70:23
**witness** 3:2 4:1
4:15 30:20

39:3 41:21
42:15,19 48:12
60:2 62:6 70:5
71:17 72:18
74:20 75:9
78:20,24 84:15
87:9,22 93:5
107:11 109:15
113:1,3
**witness's** 62:8
**witnessed** 32:13
**woken** 104:3
**wondering**
30:24
**wording** 21:16
51:17
**work** 72:1 91:21
108:6,6
**worked** 81:4
**working** 58:11
84:5
**workout** 108:13
**worries** 18:5
22:6 28:7
41:11,14 48:20
58:21 70:8
**worse** 52:5 58:6
**wouldn't** 56:16
62:7 73:18
92:14
**Wow** 101:12
**write** 20:3 21:14
21:23 22:3
**written** 5:20
20:1 22:5
105:12
**wrong** 65:2
78:13 79:8
**wrote** 21:16
22:4 101:24,24

**X**

**X** 3:1,7
**X-ray** 37:10
39:17 43:7,8

43:11 84:16,20
**X-rays** 36:15,24
39:15 66:12

**Y**

**Y-A-N** 22:17
**Y-U** 22:17
**Yan** 2:11 22:16
37:24
**yeah** 15:15 17:5
18:2,9 24:11
24:20,22 26:8
26:19 28:1,4,7
32:20,23 36:4
38:1 41:3,10
41:11,19 43:5
43:19 44:8,24
46:14 53:12
56:9 60:4
61:12 62:20
67:16 70:7
71:4 79:13,24
82:8 86:3
102:23 104:24
105:15 108:24
**year** 11:7 16:7,8
16:9 17:20
68:3 74:3
98:22 103:10
104:17
**years** 17:15,21
80:8 97:18
98:22 101:1
**Yep** 41:7 42:3
53:7 69:17
82:6 83:12
**yeses** 5:23
**Yu** 2:11 22:16
22:16,17 35:4
35:6,6 36:19
37:1,6,11,11
37:24 38:6,8
38:11 39:12,16
49:22 50:17,22

**Z**

**Zoom** 6:10
30:18

**0**

**084-004606**
113:16

**1**

**1** 3:9 20:20 52:7
**1/29/2019** 87:16
**10** 3:18 52:8
81:15,16,19,20
81:21 82:16
85:6
**10-** 78:18
**10:38** 1:15
112:13
**10:39** 4:11
**107** 3:5
**109** 3:6
**11** 3:19 81:15
90:11,19
**11/13/2017**
33:17 38:2
**11/29/17** 40:19
**111** 2:3 8:9
**12** 3:20 94:1,4,5
**12/12/2018**
82:23 83:1
**12/14/2018** 82:3
**12/4/2018** 82:3,7
**12:40** 78:22
**13th** 19:5 20:13
22:15 23:24
66:1 79:22
98:9 99:22
102:6,9 108:2
109:5
**14th** 21:7
**15-minute** 78:18
**161** 113:12
**18th** 10:11
**19** 1:5 4:7 5:15
21:5 22:8

Shane Edward Limbacher v. Sheriff Thomas Dart; et al.
Deposition of Shane Edward Limbacher - Taken 1/27/2023

Page 131

96:10 111:5
**190** 10:23
**1972** 10:11

**2**
**2** 3:10 26:11
  33:5,14
**2:24** 110:8
**20** 3:9 96:9
**2000** 12:24
**2005** 18:4
**2011** 15:5,6
**2017** 14:3 19:5
  20:13 22:15
  23:24 65:24
  79:22 94:8
  98:9 99:22
  102:7,10
  107:20 109:5
**2018** 48:1 52:24
  53:14 57:14
  58:8 59:13
  60:13,17 62:24
  65:15,22 66:2
  68:3,4,18
  69:15,19,23
  70:11 71:20
  74:24 77:16
**2019** 21:7 85:10
  96:12,24
**2020** 14:3
**2023** 1:16
  111:12,20
  112:13 113:5
**21** 104:22
**22** 14:5
**24** 14:5
**24th** 96:9
**25th** 94:8
**27th** 1:16 111:11
  112:13
**29** 22:8 85:10
**29th** 20:6
**2nd** 52:24 53:14
  57:14 58:8

62:24 65:15
68:18 69:19,22
69:23 70:11
71:20

**3**
**3** 3:11 26:11
  37:19,20
**30-second** 58:19
**3050** 113:13
**30th** 48:1
**312.361.8851**
  113:14
**312.443.0700**
  2:4
**312.603.3374**
  2:9
**312.603.5054**
  2:16
**33** 3:10
**37** 3:11
**3rd** 113:4

**4**
**4** 3:4,12 40:9,10
**40** 3:12
**4100** 2:3
**47** 3:13
**4th** 74:24 77:16

**5**
**5** 3:13 10:21
  47:16,22
**500** 2:8,15
**52** 3:14
**5648** 11:1
**59** 3:15

**6**
**6** 3:14 52:16,17
  59:9,22 85:6
**60601** 113:13
**60602** 2:9,15
**60606** 2:4
**68** 3:16

**7**
**7** 3:15 59:3,22
  59:23,24
**7/24/2019** 90:15
  90:21
**74** 3:17
**7509** 1:5 4:7
  5:15 21:5
  111:5
**7th** 59:12,13
  60:13,17 65:22
  66:2

**8**
**8** 3:16 68:6,7,13
  74:14
**81** 3:18

**9**
**9** 3:17 10:21
  74:8,18,19,22
**90** 3:19
**94** 3:20
**9th** 69:14,21
  70:1