# Exhibit EE

# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

## Outpt Medical CHS

| | |
|---|---|
| Document Type: | Outpt Medical CHS |
| Service Date/Time: | 5/29/2018 09:46 CDT |
| Result Status: | Auth (Verified) |
| Perform Information: | TRAMMELL PA-C, GLEN (5/29/2018 09:53 CDT) |
| Sign Information: | TRAMMELL PA-C, GLEN (5/29/2018 09:53 CDT) |

**Dlv 8: 4th Floor PCC**

Patient: **LIMBACHER, SHANE E**      MRN: **00731679z**      FIN: **20170519100**
Age: **45 years**   Sex: **Male**   DOB: **12/18/1972**
Associated Diagnoses: **None**
Author: **TRAMMELL PA-C, GLEN**

**Basic Information**

  Patient Location: 08-084G-D5-10
  **General Communication**
    Visit Type: Scheduled follow-up.

**History of Present Illness**
    The patient presents with Asthma X years
    - no cough/ wheeze/ SOB/ DOE
    - occ ALbuterol MDI use
- no increased nocturnal symptoms

CHronic Neck/ BUE/Lower Back Pain
- decreased pain: relief wit current Rx
- resolved spasms
- DJD to C-Spine/ L-Spine on imaging
- EMG 02-15-2018 => suggestive of mild, chronic C8 Radiculopathy
- reports 1 episode of urinary incontinence in Dec, 2017
- no fecal incontinence
- no loss of strength
- no falls
- no change in occ fatigue

Chronic Allergic Rhinitis
- relief with Claritin

CHronic Forehead rash
- sustained relief with Hytone

    Psych D/O

| | | |
|---|---|---|
| Report Request ID: 82759042 | Page 2,824 of 5,959 | Facility: CHS |
| | | Location: 102A; 13; 1 |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

19 C 7509 Limbacher 002824

# Cook County Health and Hospitals System
1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS           Admission Date:    5/19/2017        MRN: 005207962c; 00731679z
Birth Date: 12/18/1972            Discharge Date:
Gender: Male                      FIN: 20170519100                    CMRN: 1013473938

| Outpt Medical CHS |
|---|

  - no S/H ideations
  - no A/V hallucinations
 - being managed by MHS
.


**Histories**
  **Allergies**:
    Allergic Reactions (All)
      *Severity Not Documented*
        Codeine- No reactions were documented.
  **Current Medications**:  (Selected)
    Inpatient Medications
      *Ordered*
        Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter: 2 PUFF, Inhalation, Inhalation, Q 6 hr kop, PRN, For Shortness of Breath, Instruction to Nursing: refill via HSR, Routine, 08/28/17 14:44:00 CDT, 36 WEEK, 01/14/19 14:43:00 CST
        acetaminophen: 650 MG = 2 TAB, Tab, PO, BID, PRN, For Pain Mild to Mod(scale 1-6) breakthrough, Routine, 04/20/18 22:12:00 CDT, 6 WEEK, 06/01/18 22:11:00 CDT
        busPIRone: 30 MG = 2 TAB, Tab, PO, Q 12 Hr, Routine, 02/23/18 21:00:00 CST, 18 WEEK, 06/29/18 20:59:00 CDT
        chlorproMAZINE: 25 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 02/23/18 21:00:00 CST, 18 WEEK, 06/29/18 20:59:00 CDT
        diclofenac: 50 MG = 1 TAB, Tab, PO, BID, PRN, For Pain Mild to Moderate (scale 1-6), Routine, 04/20/18 22:12:00 CDT, 6 WEEK, 06/01/18 22:11:00 CDT
        divalproex sodium 500 mg oral delayed release tablet: 500 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 02/23/18 21:00:00 CST, 18 WEEK, 06/29/18 20:59:00 CDT
        hydrocortisone 1% topical ointment: 1 APP, Oint, Topical, Q 12 hr kop, PRN, For Skin Irritation, Application Site: Forehead, Instruction to Nursing: use PRN for ?psoriatic plaque on forehead, 01/30/18 11:25:00, 28 WEEK, 08/14/18 11:24:00
        lidocaine transdermal patch 5%: 1 PATCH, Patch, Transdermal, Daily, Application Site: Other - See Instructions to Nursing, 03/15/18 14:22:00 CDT, 12 WEEK, 06/07/18 14:21:00 CDT
        loratadine: 10 MG = 1 TAB, Tab, PO, Daily, Routine, 05/09/18 9:00:00 CDT, 36 WEEK, 01/16/19 8:59:00 CST
        methocarbamol: 750 MG = 1 TAB, Tab, PO, BID, Routine, 05/07/18 17:00:00 CDT, 6 WEEK, 06/18/18 16:59:00 CDT
        mirtazapine: 45 MG = 3 TAB, Tab, PO, Bedtime, Routine, 02/23/18 21:00:00 CST, 18 WEEK, 06/29/18 20:59:00 CDT
        venlafaxine: 100 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 05/13/18 21:00:00 CDT, 09/16/18 15:00:00 CDT
**Proc Hx/PS Hx**:
  No active procedure history items have been selected or recorded.
**Family History**:
  No family history items have been selected or recorded.
**Psychosocial History**


Report Request ID:  82759042            Page 2,825 of 5,959         Facility:  CHS
                                                                    Location:  102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

19 C 7509 Limbacher 002825

# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS          Admission Date:    5/19/2017          MRN: 005207962c; 00731679z
Birth Date: 12/18/1972           Discharge Date:
Gender: Male                     FIN: 20170519100                      CMRN: 1013473938

| Outpt Medical CHS |
|---|

## Social & Psychosocial Habits

No Data Available
.

**Objective**
 **VS/Measurements**
 Vital Signs

| 5/29/2018 09:39 CDT | Type of Temperature Taken | Oral |
| | Temperature Oral | 98.2 DegF |
| | Calculated Temperature Oral | 36.8 DegC |
| | Type of Heart Rate | Noninvasive Blood Pressure Device |
| | Heart Rate | 83 bpm |
| | Respiratory Rate | 18 breaths/min |
| | Oxygen Saturation | 99 % |
| | **Peak Expiratory Flow Rate** | **520 L/min   >HHI** |
| | Systolic Blood Pressure | 137 mmHg |
| | Diastolic Blood Pressure | 86 mmHg |
| | Blood Pressure Method | Automatic |
| | Mean Arterial Pressure, Cuff | 103 mmHg |
| | NIBP Site | Arm, Left |

, Measurements from flowsheet : Measurements

| 5/29/2018 09:39 CDT | Height | 180 cm |
| | Weight | 98.4 KG |
| | BSA (Patient Care) | 2.2181 m2 |
| | BMI | 30.37037 kg/m2 |

**VS/Measurements**
**Point of care testing**
**General**:
    Development: Normally developed.
    Nutritional status: Well nourished.
    Appearance: In no apparent distress.
**Eye**:  Pupils are equal, round and reactive to light, Extraocular movements are intact.
**HENT**: Normocephalic, Atraumatic, Normal hearing, Oral mucosa is moist.
**Neck**: Supple.
**Respiratory**: Lungs are clear to auscultation, No wheezes, B good air exchange, no accessory muscle use.
**Cardiovascular**: Normal rate, Regular rhythm, No murmur, S1S2; no S3S4.
**Gastrointestinal**:  Soft, Flat, Non-tender, Normal bowel sounds.
**Musculoskeletal**: Normal range of motion, Normal strength, Normal gait.

Report Request ID:  82759042                  Page 2,826 of 5,959          Facility:  CHS
                                                                            Location:  102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002826**

## Cook County Health and Hospitals System
1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS  Admission Date: 5/19/2017  MRN: 005207962c; 00731679z
Birth Date: 12/18/1972  Discharge Date:
Gender: Male  FIN: 20170519100  CMRN: 1013473938

---

### Outpt Medical CHS

**Neurologic**
**Mental Status Exam**: Alert and oriented X 3.

**Review / Management**
  **Results Review**: Reviewed Results: Lab results.
  **Laboratory Results**
  Last 5 Days Lab Results : Results

| Date/Time | Test | Result |
|---|---|---|
| 5/17/2018 11:52 CDT | Quantiferon TB Test | NEGATIVE |
| | Quantiferon TB Nil Value | 0.04 IU/mL |
| | Quantiferon TB Mitogen Value | 7.79 IU/mL |
| | Quantiferon TB Ag minus Nil Value | <0.00 IU/mL |
| 5/10/2018 13:28 CDT | Na | 140 mEq/L |
| | K | 4.2 mEq/L |
| | Cl | 102 mEq/L |
| | CO2 | 28 mEq/L |
| | Anion Gap | 10 |
| | Glucose serum | 70 mg/dL |
| | BUN | 10 mg/dL |
| | Creat | 1.0 mg/dL |
| | Ca | 9.6 mg/dL |
| | GFR (Calculated) | 81 |
| | Phos | 3.4 mg/dL |
| | Uric Acid | 6.4 mg/dL |
| | Protein Total | 7.1 g/dL |
| | Albumin | 4.4 g/dL |
| | Bilirubin Total | 0.8 mg/dL |
| | Bilirubin Direct | 0.2 mg/dL |
| | Alk Phos | 57 U/L |
| | GGT | 34 U/L |
| | AST | 16 U/L |
| | ALT | 18 U/L |
| | LDH | 161 U/L |
| | Cholesterol | 183 mg/dL |
| | TSH | 1.798 uIU/mL |
| 5/10/2018 13:26 CDT | WBC | 5.7 k/uL |
| | HGB | 14.8 g/dL |
| | HCT | 43.5 % |
| | PLT | 226 k/uL |
| 5/10/2018 13:25 CDT | HGB A1C (Glycohemoglobin) | 4.90 % |

**Impression and Plan**

Report Request ID: 82759042      Page 2,827 of 5,959      Facility: CHS
                                                          Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

19 C 7509 Limbacher 002827

# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
| | | |
|---|---|---|
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

## Outpt Medical CHS

**Impression and Plan**:
    Diagnosis: DJD (degenerative joint disease) of cervical spine : ICD10-CM M47.812, Discharge DX, Medical, Bulge of lumbar disc without myelopathy : ICD10-CM M51.26, Discharge DX, Medical, DJD (degenerative joint disease), lumbosacral : ICD10-CM M51.37, Discharge DX, Medical.
.
  Degree of Control: Fair.
  Clinical Status: Improving.
**Plan**
  Continue present management.
  Referrals: keep scheduled NES appt.  Counseling pt advised how to access medical/ mental care if needed; Report increased symptoms ASAP.
.
**Impression and Plan**:
  Diagnosis: Intermittent asthma.
  Degree of Control: Good.
  Clinical Status: Unchanged.
**Plan**
  Continue present management.
.
**Impression and Plan**:
  Diagnosis: CHronic Allergic Rhintis.
  Degree of Control: Good.
  Clinical Status: Unchanged.
**Impression and Plan**:
  Diagnosis: Chronic Dermatitis.
  Degree of Control: Good.
  Clinical Status: Improving.
**Plan**
  Continue present management.
.
**Impression and Plan**:
  Diagnosis: CHronic Fatigue.
  Degree of Control: N/A.
  Clinical Status: Unchanged.
**Plan**
  labs WNL; monitor.
    PowerOrders
    Referrals:
      Referral to Primary Care (Order): Routine (CHS6) 6 to 10 Weeks, 7/31/2018 00:00 CDT, 8/7/2018 00:00 CDT, Once, 7/31/2018 00:00 CDT.
.
**Impression and Plan**:
  Diagnosis: Psych D/O.

| | | |
|---|---|---|
| Report Request ID: 82759042 | Page 2,828 of 5,959 | Facility: CHS |
| | | Location: 102A; 13; 1 |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

19 C 7509 Limbacher 002828

# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

## Outpt Medical CHS

    Degree of Control: Good.
    Clinical Status: Unchanged.
**Plan**  Counseling follow MHS orders and keep your MHS follow-up appointments.
.
**Medications**: Medications have been reconciled.

*Electronically Authored On: 29-May-18 09:53*
*Electronically Signed By: TRAMMELL PA-C, GLEN*
*CHS - Med/Surg - Physician Assistant*
*PAGER BUS: 312 333 4597*

Report Request ID: 82759042      Page 2,829 of 5,959      Facility: CHS
Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.