# Exhibit GG

# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS    Admission Date:    5/19/2017    MRN: 005207962c; 00731679z
Birth Date: 12/18/1972    Discharge Date:
Gender: Male    FIN: 20170519100    CMRN: 1013473938

## Outpt Medical CHS

Document Type:    Outpt Medical CHS
Service Date/Time:    11/13/2018 11:30 CST
Result Status:    Auth (Verified)
Perform Information:    DAVIS PA-C,BARBARA A (11/13/2018 11:46 CST)
Sign Information:    DAVIS PA-C,BARBARA A (11/13/2018 18:26 CST)

### CHS Primary Care Note

Patient:  **LIMBACHER, SHANE E**    MRN: **00731679z**    FIN: **20170519100**
Age: **45 years**    Sex: **Male**    DOB: **12/18/1972**
Associated Diagnoses:  **None**
Author:  **DAVIS PA-C, BARBARA A**

### Basic Information

   **Patient Location:** 10-102B-13-1
   **General Communication**
      Visit Type: Scheduled follow-up.

### Subjective
   Problem list
      All Problems (Selected)
         Benzodiazepine withdrawal / SNOMED CT 3009783011 / Confirmed
         Depression with anxiety / SNOMED CT 346979010 / Confirmed
         Asthma vs anxiety-related SOB / SNOMED CT 2475605013 / Complaint of
         H/O fall / SNOMED CT 2694917016 / Confirmed
         Adjustment disorder with mixed anxiety and depressed mood / SNOMED CT 92542018 / Confirmed
         Methicillin resistant Staphylococcus aureus / SNOMED CT 202940017 / Confirmed
            This problem was added by Discern Expert.
         Bulge of lumbar disc without myelopathy / SNOMED CT 2840290015 / Confirmed
         DJD (degenerative joint disease) of cervical spine / SNOMED CT 1481870016 / Confirmed
         DJD (degenerative joint disease), lumbosacral / SNOMED CT 101247013 / Confirmed
         C6 radiculopathy / SNOMED CT 198517017 / Confirmed
         Skin lesion of left lower extremity / SNOMED CT 1779451018 / Confirmed.  Chief complaint Musculoskeletal .

### History of Present Illness
   The patient presents with 45 y/o male with multiple skeletal problems and hx of L shoulder dislocation in the past, no recurrence and followed in Physcial Medicine with Dr. McCarthy who recommended xrays and steroid injections to determine further w/u. Patient missed Nov 6, 2018 appointment for f/u. He is requesting MRI of L shoulder to be done with his cervical and L-S spine to decrease multiple visits to JSH. .

### Histories
   **Allergies**:

Report Request ID:  82759042        Page 2,843 of 5,959        Facility:  CHS
                                                                Location:  102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

19 C 7509 Limbacher 002843

## Cook County Health and Hospitals System
1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

### Outpt Medical CHS

Allergic Reactions (All)
   *Severity Not Documented*
      Codeine- No reactions were documented.
**Current Medications**: (Selected)
   Inpatient Medications
     *Ordered*
       Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter: 2 PUFF, Inhalation, Inhalation, Q 6 hr kop, PRN, For Shortness of Breath, Instruction to Nursing: refill via HSR, Routine, 08/28/17 14:44:00 CDT, 36 WEEK, 01/14/19 14:43:00 CST
       acetaminophen: 650 MG = 2 TAB, Tab, PO, BID, PRN, For Pain Mild to Mod(scale 1-6) breakthrough, Routine, 06/01/18 15:56:00 CDT, 01/25/19 15:55:00 CST
       busPIRone: 30 MG = 2 TAB, Tab, PO, Q 12 Hr, Routine, 09/28/18 21:00:00 CDT, 18 WEEK, 02/01/19 20:59:00 CST
       chlorproMAZINE: 25 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 09/28/18 21:00:00 CDT, 18 WEEK, 02/01/19 20:59:00 CST
       diclofenac: 50 MG = 1 TAB, Tab, PO, BID, PRN, For Pain Mild to Moderate (scale 1-6), Routine, 06/01/18 15:56:00 CDT, 12 WEEK, 01/25/19 15:55:00 CST
       divalproex sodium 500 mg oral delayed release tablet: 500 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 09/28/18 21:00:00 CDT, 18 WEEK, 02/01/19 20:59:00 CST
       docusate: 100 MG = 1 CAP, Cap, PO, Q 12 Hr, PRN, For Constipation, Routine, 10/09/18 12:30:00 CDT, 04/09/19 12:29:00 CDT
       emollient: emollient, = 1 APP, Topical, TID, Instruction to Nursing: KOP, Routine, 10/24/18 9:00:00 CDT, 16 WEEK, 02/13/19 8:59:00 CST, Instructions to Pharmacy: Please give 454 gm tub or largest size available
       lidocaine transdermal patch 5%: 1 PATCH, Patch, Transdermal, Daily, Application Site: Other - See Instructions to Nursing, 06/01/18 15:56:00 CDT, 12 WEEK, 01/26/19 8:59:00 CST
       loratadine: 10 MG = 1 TAB, Tab, PO, Daily, Routine, 05/09/18 9:00:00 CDT, 36 WEEK, 01/16/19 8:59:00 CST
       psyllium: 1 PKT, Powder, PO, Daily, Routine, 10/10/18 9:00:00 CDT, 26 WEEK, 04/10/19 8:59:00 CDT
       traZODone: 50 MG = 1 TAB, Tab, PO, Bedtime, Routine, 09/28/18 21:00:00 CDT, 18 WEEK, 02/01/19 20:59:00 CST
       venlafaxine: 100 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 09/04/18 9:00:00 CDT, 12 WEEK, 11/27/18 8:59:00 CST
       venlafaxine: 25 MG = 1 TAB, Tab, PO, Daily, Routine, 09/29/18 9:00:00 CDT, 18 WEEK, 02/02/19 8:59:00 CST
     *Pending Complete*
       baclofen: 10 MG = 1 TAB, Tab, PO, Q 8 Hr, Routine, 11/20/17 21:00:00, 12/13/17 20:59:00
       baclofen: 10 MG = 1 TAB, Tab, PO, TID, Routine, 07/31/18 21:00:00 CDT, 08/28/18 16:59:00 CDT
       chlorhexidine 0.12% liquid (oral rinse): 15 mL, Liquid, Swish and Spit, Q 8 Hr, Instruction to Nursing: Topical, Routine, 11/16/17 14:00:00, 01/31/18 12:00:00
       clonazePAM: 1 MG = 1 TAB, Tab, PO, Q 12 Hr, Instruction to Nursing: Week #1, Routine, 05/21/17 21:00:00, 05/28/17 15:00:00
       methocarbamol: 750 MG = 1 TAB, Tab, PO, BID, Routine, 05/07/18 17:00:00 CDT, 6 WEEK, 06/18/18 16:59:00 CDT
       methocarbamol: 750 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 05/21/17 21:00:00, 1 WEEK, 05/28/17 20:59:00

---

Report Request ID: 82759042      Page 2,844 of 5,959      Facility: CHS
                                                                                                                                                                     Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002844**

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

### Outpt Medical CHS

triamcinolone nasal: 1 SPRAY, Spray, Nostril, Both, Daily, Routine, 11/02/17 9:00:00, 12 WEEK, 01/25/18 8:59:00

**Documented Medications**
*Documented*
LidoPro Patch: 0 Refill(s), 01/08/18 14:19:00

**Objective**
**VS/Measurements**
Vital Signs

11/13/2018 10:57 CST

| | |
|---|---|
| Reason for Vital Signs | Routine |
| Type of Temperature Taken | Oral |
| Temperature Oral | 97.9 DegF |
| Calculated Temperature Oral | 36.6 DegC |
| Type of Heart Rate | Noninvasive Blood Pressure Device |
| Heart Rate | 76 bpm |
| Respiratory Rate | 18 breaths/min |
| Patient Position-BP | Sitting |
| Systolic Blood Pressure | 137 mmHg |
| Diastolic Blood Pressure | 87 mmHg |
| Blood Pressure Method | Automatic |
| Oxygen in Use | No |
| Oxygen Delivery Method | Room air |
| **Peak Expiratory Flow Rate** | **500 L/min >HHI** |
| NIBP Site | Arm, Right |
| Blood pressure monitoring | Automatic |

, Measurements from flowsheet : Measurements
11/13/2018 10:57 CST    Weight    100.9 KG

**General**:
  Development: Normally developed.
  Nutritional status: Well nourished.
  Appearance: In no apparent distress, Looks much older than age.
**Eye**:  Anicteric.
**HENT**:  Normocephalic.
**Respiratory**:  Lungs are clear to auscultation, Respirations are non-labored, Breath sounds are equal, No wheezes.
**Cardiovascular**:  Normal rate, Regular rhythm, No murmur.
**Gastrointestinal**:  Soft, Non-tender.
**Musculoskeletal**:  No deformity, Decreased FF, ROM, L shoulder.
**Integumentary**:  chin erythema.
**Neurologic**:  Cranial Nerves II-XII are grossly intact.
**Mental Status Exam**:  Alert and oriented X 3.

Report Request ID:  82759042          Page 2,845 of 5,959          Facility:  CHS
                                                                   Location:  102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002845**

## Cook County Health and Hospitals System
1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | CMRN: 1013473938 |
| Gender: Male | FIN: 20170519100 | |

**Outpt Medical CHS**

**Review / Management**
   **Results Review**: No interval results.

**Impression and Plan**
   **Impression and Plan**:
     Diagnosis: Msk pain.
     Degree of Control: Fair.
     Clinical Status: Unchanged, Progressing as expected.
   **Plan**
      MRIs, ? shoulder too?, memo to Dr. McCarthy
      New Physical Med appt
    Shoulder, L, xray.
      Med Reconciliation: (Selected)
        <u>Inpatient Medications</u>
          *Ordered*
            Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter: 2 PUFF, Inhalation, Inhalation, Q 6 hr kop, PRN, For Shortness of Breath, Instruction to Nursing: refill via HSR, Routine, 08/28/17 14:44:00 CDT, 36 WEEK, 01/14/19 14:43:00 CST
            acetaminophen: 650 MG = 2 TAB, Tab, PO, BID, PRN, For Pain Mild to Mod(scale 1-6) breakthrough, Routine, 06/01/18 15:56:00 CDT, 01/25/19 15:55:00 CST
            busPIRone: 30 MG = 2 TAB, Tab, PO, Q 12 Hr, Routine, 09/28/18 21:00:00 CDT, 18 WEEK, 02/01/19 20:59:00 CST
            chlorproMAZINE: 25 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 09/28/18 21:00:00 CDT, 18 WEEK, 02/01/19 20:59:00 CST
            diclofenac: 50 MG = 1 TAB, Tab, PO, BID, PRN, For Pain Mild to Moderate (scale 1-6), Routine, 06/01/18 15:56:00 CDT, 12 WEEK, 01/25/19 15:55:00 CST
            divalproex sodium 500 mg oral delayed release tablet: 500 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 09/28/18 21:00:00 CDT, 18 WEEK, 02/01/19 20:59:00 CST
            docusate: 100 MG = 1 CAP, Cap, PO, Q 12 Hr, PRN, For Constipation, Routine, 10/09/18 12:30:00 CDT, 04/09/19 12:29:00 CDT
            emollient: emollient, = 1 APP, Topical, TID, Instruction to Nursing: KOP, Routine, 10/24/18 9:00:00 CDT, 16 WEEK, 02/13/19 8:59:00 CST, Instructions to Pharmacy: Please give 454 gm tub or largest size available
            lidocaine transdermal patch 5%: 1 PATCH, Patch, Transdermal, Daily, Application Site: Other - See Instructions to Nursing, 06/01/18 15:56:00 CDT, 12 WEEK, 01/26/19 8:59:00 CST
            loratadine: 10 MG = 1 TAB, Tab, PO, Daily, Routine, 05/09/18 9:00:00 CDT, 36 WEEK, 01/16/19 8:59:00 CST
            psyllium: 1 PKT, Powder, PO, Daily, Routine, 10/10/18 9:00:00 CDT, 26 WEEK, 04/10/19 8:59:00 CDT
            traZODone: 50 MG = 1 TAB, Tab, PO, Bedtime, Routine, 09/28/18 21:00:00 CDT, 18 WEEK, 02/01/19 20:59:00 CST
            venlafaxine: 100 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 09/04/18 9:00:00 CDT, 12 WEEK, 11/27/18 8:59:00 CST

Report Request ID: 82759042      Page 2,846 of 5,959      Facility: CHS
Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002846**

## Cook County Health and Hospitals System
1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS       Admission Date: 5/19/2017        MRN: 005207962c; 00731679z
Birth Date: 12/18/1972        Discharge Date:
Gender: Male                  FIN: 20170519100                 CMRN: 1013473938

| Outpt Medical CHS |
|---|

    venlafaxine: 25 MG = 1 TAB, Tab, PO, Daily, Routine, 09/29/18 9:00:00 CDT, 18 WEEK, 02/02/19 8:59:00 CST
  *Pending Complete*
    baclofen: 10 MG = 1 TAB, Tab, PO, Q 8 Hr, Routine, 11/20/17 21:00:00, 12/13/17 20:59:00
    baclofen: 10 MG = 1 TAB, Tab, PO, TID, Routine, 07/31/18 21:00:00 CDT, 08/28/18 16:59:00 CDT
    chlorhexidine 0.12% liquid (oral rinse): 15 mL, Liquid, Swish and Spit, Q 8 Hr, Instruction to Nursing: Topical, Routine, 11/16/17 14:00:00, 01/31/18 12:00:00
    clonazePAM: 1 MG = 1 TAB, Tab, PO, Q 12 Hr, Instruction to Nursing: Week #1, Routine, 05/21/17 21:00:00, 05/28/17 15:00:00
    methocarbamol: 750 MG = 1 TAB, Tab, PO, BID, Routine, 05/07/18 17:00:00 CDT, 6 WEEK, 06/18/18 16:59:00 CDT
    methocarbamol: 750 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 05/21/17 21:00:00, 1 WEEK, 05/28/17 20:59:00
    triamcinolone nasal: 1 SPRAY, Spray, Nostril, Both, Daily, Routine, 11/02/17 9:00:00, 12 WEEK, 01/25/18 8:59:00
  <u>Documented Medications</u>
    *Documented*
      LidoPro Patch: 0 Refill(s), 01/08/18 14:19:00. Counseling management plan.

.
**Medications**: Medications have been reconciled, Determine allergy status, check meds.
**Education and Follow up**: Patient has been given the opportunity to ask questions, Patient advised on how to access care upon release, Patient verbally acknowledges understanding of plan, Note to McCarthy,
**Scheduled Future Appointments**

| | | | |
|---|---|---|---|
| 11/23/18 10:00 am | SHCC MRI | MRI Cervical Spine | CONFIRMED |
| 11/23/18 11:00 am | SHCC MRI | MRI Lumbar Spine | CONFIRMED |
| 11/24/18 08:30 am | 10 Mental Health | CHS Mental Health | CONFIRMED |
| 12/04/18 09:00 am | Cermak Basement | CHS Physical Medicine and Rehabilitation | CONFIRMED |
| 01/02/19 11:30 am | Cermak Basement | CHS Optometry | CONFIRMED |

.

*Electronically Authored On:  13-Nov-18 18:26*
*Electronically Signed By: DAVIS PA-C, BARBARA A*
*CHS - Medicine - Physician Assistant Assistan*
*PAGER BUS: 312 333 4525*

Report Request ID:  82759042          Page 2,847 of 5,959        Facility:  CHS
                                                                 Location:  102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 002847**