# Exhibit JJ

LIMBACHER, SHANE Case: 1:19-cv-07509 Document #: 121-35 Filed: 11/27/23 Page 2 of 2 PageID #:1634 00247962c; 00731679z
12/18/1972                                                                                                          20170519100

* Auth (Verified) *

## CERMAK HEALTH SERVICES OF COOK COUNTY — Health Service Request Form

Last Name: **Limbacher**  First Name: **Shane**  Division/Tier: **8 4 F**
Date of Birth: **12-18-72**  CCDOC#: **20170519100**  Today's Date: **11-22-17**

**PLEASE TELL US ABOUT YOUR HEALTH NEEDS:**

**MEDS**
- ☐ I am NOT getting my prescribed medication.
- ☐ I need a refill of my prescribed medications.
- Name of medication(s): _____
- Date last received medication: __/__/__
- ☐ Other: _____

**MEDICAL**

*I would like to:*
- ☐ Receive an HIV Test or Information about HIV/AIDS
- ☐ Be screened for Sexually Transmitted Infections:
  - ☐ No Symptoms  ☐ Discharge or Burning when I urinate

*I have the following Medical problem(s):*
I still have pain in my neck, left shoulder and back, left leg and knee. My left arm goes numb, last week my left leg was going numb and I peed myself. Something is wrong. I also have a constant headache.

**MENTAL HEALTH**

*I have the following Mental Health problem(s):*
_____

**DENTAL**

NOTE: ORAL HEALTH CLEANINGS ARE PROVIDED ONCE A YEAR
*I have the following dental problem(s):*
- ☐ Face swollen  ☐ I can't open my mouth
- ☐ Toothache -> Circle Pain Level: low 1 2 3 4 5 6 7 8 9 10 high
- ☐ Loose tooth from recent trauma  Date of trauma __/__/__
- ☐ Other: _____

**EYE**
- ☐ I would like to be seen by an EYE Doctor for eyeglasses
- ☐ Other: _____

How long have you had the above problem(s)? (#) _____ days / weeks / months (circle one)
Have you submitted a Health Service Request for this problem within the past 2 weeks? ☐ Yes ☐ No

**STOP!!!!!  PLEASE DO NOT WRITE BELOW THIS LINE  STOP!!!!!**

HSR Collected by: _Wilson_  Date: 11/23/17
Paper Triaged by nurse: _____  Date: 11/23/17
Referral: HSD  ☐ Now  ☐ Today  ☒ Routine
Entered into Cerner by: C Stul  Date: 11/24/17
Patient Seen by: C Stul  Date: 11/24/17

DATE/TIME STAMP: '17 NOV 29 AM 7:40

CHS Form 86322, Rev March 2014

19 C 7509 Limbacher 001882
CHS                                                                  Page 1,882 of 5,959