# Exhibit KK

# Cook County Health and Hospitals System
1900 West Polk Street, Chicago, Illinois 60612

Patient Name: LIMBACHER, SHANE E
Patient Type: Visit CHS     Admission Date: 5/19/2017     MRN: 005207962c; 00731679z
Birth Date: 12/18/1972     Discharge Date:
Gender: Male     FIN: 20170519100     CMRN: 1013473938

## Rehab Medicine Outpt

Document Type:     Rehab Medicine Outpt
Service Date/Time:     12/4/2018 10:19 CST
Result Status:     Auth (Verified)
Perform Information:     MCCARTHY DO, THERESA M (12/4/2018 10:21 CST)
Sign Information:     MCCARTHY DO, THERESA M (12/9/2018 22:40 CST)

**Left shoulder pain**

Patient: **LIMBACHER, SHANE E**     MRN: **00731679z**     FIN: **20170519100**
Age: **45 years**    Sex: **Male**    DOB: **12/18/1972**
Associated Diagnoses: **None**
Author: **MCCARTHY DO, THERESA M**

**Visit Information**
   **Visit type**: Scheduled follow-up.
   **Source of history**: Self, Medical record.
   **History limitation**: None.

**Chief Complaint**
45 y/o here to f/u shoulder xrays. reviewed with patient via gepax and answered his questions. discussed MRI findings of cervical and lumbar spine.

History of c/o multiple joints complaints, especially his left shoulder, neck with radiation of pain down left arm and LBP with radiation down posterior thigh - leg into sole of foot on the left. Reports back issues since november 2014. states left shoulder fell in november 2017 and hit head and onto left shoulder. denied loss of conciousness, reports 'felt shoulder like it popped out and then quickly went back into socket' and has pain with lifting his shoulder and trouble since. also c/o LBP and neck pain, radiates in his left thumb and index finger when turning head to the left. patient is right handed. Seen at SHCC by neurosurgery and further MRI imaging recommended for his low back and neck. he has not followed up with NS yet

**History of Present Illness**
      The patient presents with shoulder problem. The location of the shoulder problem is the left shoulder. The shoulder problem is characterized by pain and limited range of motion. The severity of the shoulder problem is moderate. The timing/course of the symptom(s) related to the shoulder problem is constant and fluctuates in intensity. The shoulder problem occurred an unknown duration of time. Radiation of pain: none. The context of the shoulder problem: occurred after trauma. Exacerbating factors consist of lifting and movement. Relieving factors consist of none. Associated symptoms consist of joint instability, loss of function, left thumb and 2nd digit paresthesias only when turning head to left side, denies numbness and denies tingling.

**Review of Systems**
   ROS reviewed as documented in chart

**Health Status**

Report Request ID: 82759042     Page 5,953 of 5,959     Facility: CHS
   Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

# Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

## Rehab Medicine Outpt

**Allergies**:
   Allergic Reactions (Selected)
     *Severity Not Documented*
      Codeine- No reactions were documented.
**Current medications**: (Selected)
   Inpatient Medications
     *Ordered*
      Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter: 2 PUFF, Inhalation, Inhalation, Q 6 hr kop, PRN, For Shortness of Breath, Instruction to Nursing: refill via HSR, Routine, 08/28/17 14:44:00 CDT, 36 WEEK, 01/14/19 14:43:00 CST
      acetaminophen: 650 MG = 2 TAB, Tab, PO, BID, PRN, For Pain Mild to Mod(scale 1-6) breakthrough, Routine, 06/01/18 15:56:00 CDT, 01/25/19 15:55:00 CST
      busPIRone: 30 MG = 2 TAB, Tab, PO, Q 12 Hr, Routine, 09/28/18 21:00:00 CDT, 18 WEEK, 02/01/19 20:59:00 CST
      diclofenac: 50 MG = 1 TAB, Tab, PO, BID, PRN, For Pain Mild to Moderate (scale 1-6), Routine, 06/01/18 15:56:00 CDT, 12 WEEK, 01/25/19 15:55:00 CST
      docusate: 100 MG = 1 CAP, Cap, PO, Q 12 Hr, PRN, For Constipation, Routine, 10/09/18 12:30:00 CDT, 04/09/19 12:29:00 CDT
      emollients, topical: = 1 APP, Cream, Topical, TID, 11/21/18 9:00:00 CST, 02/13/19 8:59:00 CST
      hydrOXYzine: 25 MG = 1 CAP, Cap, PO, Q 12 Hr, Routine, 11/29/18 21:00:00 CST, 12 WEEK, 02/21/19 20:59:00 CST
      lidocaine transdermal patch 5%: 1 PATCH, Patch, Transdermal, Daily, Application Site: Other - See Instructions to Nursing, 06/01/18 15:56:00 CDT, 12 WEEK, 01/26/19 8:59:00 CST
      loratadine: 10 MG = 1 TAB, Tab, PO, Daily, Routine, 05/09/18 9:00:00 CDT, 36 WEEK, 01/16/19 8:59:00 CST
      psyllium: 1 PKT, Powder, PO, Daily, Routine, 10/10/18 9:00:00 CDT, 26 WEEK, 04/10/19 8:59:00 CDT
      traZODone: 50 MG = 1 TAB, Tab, PO, Bedtime, Routine, 09/28/18 21:00:00 CDT, 18 WEEK, 02/01/19 20:59:00 CST
      venlafaxine: 100 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 09/04/18 9:00:00 CDT, 18 WEEK, 04/02/19 8:59:00 CDT
      venlafaxine: 50 MG = 1 TAB, Tab, PO, Daily, Routine, 11/30/18 9:00:00 CST, 18 WEEK, 04/05/19 8:59:00 CDT
     *Pending Complete*
      baclofen: 10 MG = 1 TAB, Tab, PO, Q 8 Hr, Routine, 11/20/17 21:00:00, 12/13/17 20:59:00
      baclofen: 10 MG = 1 TAB, Tab, PO, TID, Routine, 07/31/18 21:00:00 CDT, 08/28/18 16:59:00 CDT
      chlorhexidine 0.12% liquid (oral rinse): 15 mL, Liquid, Swish and Spit, Q 8 Hr, Instruction to Nursing: Topical, Routine, 11/16/17 14:00:00, 01/31/18 12:00:00
      clonazePAM: 1 MG = 1 TAB, Tab, PO, Q 12 Hr, Instruction to Nursing: Week #1, Routine, 05/21/17 21:00:00, 05/28/17 15:00:00
      methocarbamol: 750 MG = 1 TAB, Tab, PO, BID, Routine, 05/07/18 17:00:00 CDT, 6 WEEK, 06/18/18 16:59:00 CDT
      methocarbamol: 750 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 05/21/17 21:00:00, 1 WEEK, 05/28/17 20:59:00
      triamcinolone nasal: 1 SPRAY, Spray, Nostril, Both, Daily, Routine, 11/02/17 9:00:00, 12 WEEK, 01/25/18 8:59:00
   Documented Medications

| | | |
|---|---|---|
| Report Request ID: 82759042 | Page 5,954 of 5,959 | Facility: CHS |
| | | Location: 102A; 13; 1 |

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 005954**

## Cook County Health and Hospitals System
1900 West Polk Street, Chicago, Illinois 60612

Patient Name:  LIMBACHER, SHANE E
Patient Type:  Visit CHS        Admission Date:  5/19/2017        MRN: 005207962c; 00731679z
Birth Date:  12/18/1972                Discharge Date:
Gender:  Male                  FIN: 20170519100                CMRN: 1013473938

---

### Rehab Medicine Outpt

*Documented*
   LidoPro Patch: 0 Refill(s), 01/08/18 14:19:00

**Problem list**:
   All Problems
   Adjustment disorder with mixed anxiety and depressed mood / 92542018 / Confirmed
   Benzodiazepine withdrawal / 3009783011 / Confirmed
   C6 radiculopathy / 198517017 / Confirmed
   DJD (degenerative joint disease) of cervical spine / 1481870016 / Confirmed
   DJD (degenerative joint disease), lumbosacral / 101247013 / Confirmed
   Bulge of lumbar disc without myelopathy / 2840290015 / Confirmed
   Skin lesion of left lower extremity / 1779451018 / Confirmed
   H/O fall / 2694917016 / Confirmed
   Asthma vs anxiety-related SOB / 2475605013 / Complaint of
   Methicillin resistant Staphylococcus aureus / 202940017 / Confirmed
   Depression with anxiety / 346979010 / Confirmed
   Resolved: Elevated blood pressure reading / 196353013
   Resolved: Numbness of right hand / 452966011

**Histories**
   **Past Medical History**: as above
   **Family History**:
      Hypertension
         Father
      Diabetes
                        05-MAY-2014 12:01:21<$>
         Father

   **Procedure history**:
      No active procedure history items have been selected or recorded.

**Physical Examination**
   **General**:  Alert and oriented, No acute distress.
   **Respiratory**:  Respirations are non-labored.
   **Cardiovascular**:  Good pulses equal in all extremities, No edema.
   **Musculoskeletal**
   Normal gait.
   Normal station.
      Upper extremity exam: active range limited left shoulder 'catching and cracking' between 80 to 100 degrees.
         passively to over 140 degrees,  no pain on AC joint with palpation
      Neers  for pain flexion positive at 80 degrees
      Painful arc for pain abduction positive
      Drop arm for inability to maintain 90 degrees abduction positive
      Hawkins for impingement negative

---

Report Request ID:  82759042            Page 5,955 of 5,959        Facility:  CHS
                                    Location:  102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 005955**

**Cook County Health and Hospitals System**

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: LIMBACHER, SHANE E | | |
| Patient Type: Visit CHS | Admission Date: 5/19/2017 | MRN: 005207962c; 00731679z |
| Birth Date: 12/18/1972 | Discharge Date: | |
| Gender: Male | FIN: 20170519100 | CMRN: 1013473938 |

### Rehab Medicine Outpt

    Scarf sign negative

    walked into clinic with black velcro closure shoes, sat in chair.
**Neurologic**: No focal deficits.

**Review / Management**
    **Documentation reviewed**: Reviewed prior records.

**Impression and Plan**
    **Diagnosis**
      Pain of left shoulder joint on movement : ICD10-CM M25.512, Discharge DX, Medical.
    **Plan**: Left shoulder pain-- discussed injecting his shoulder today. Injection would help with pain and also could be diagnostic regarding joint issue. patient refused, he stated that he feels pain coming from his neck and wants to f/u with neurosurgeon MRI results. states he is moving his shoulder joint, pain feels more 'radiating down from his neck. answered his questions.
    **Patient Instructions**: THERESA MCCARTHY , only if needed.
     Counseled: Patient, Regarding diagnosis, Regarding medications, Activity, Verbalized understanding, can f/u with CHS Rehab Medicine if he changes his mind for a shoulder injection..

*Electronically Authored On: 09-Dec-18 22:40*
*Electronically Signed By: MCCARTHY DO, THERESA M*
*PAGER BUS: 708 319 6407*

Report Request ID: 82759042     Page 5,956 of 5,959     Facility: CHS
Location: 102A; 13; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**19 C 7509 Limbacher 005956**