UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Shane Edward Limbacher, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | 19 CV 7509 |
| | ) | |
| vs. | ) | Honorable John J. Tharp |
| | ) | |
| Sheriff Thomas Dart, et al. | ) | Jury Trial Demanded |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
TO FILE A REPLY**

NOW COMES the Defendants, Dr. Yu, Physician Assistant Sims, Physician Assistant Davis, and Dr. McCarthy, ("Defendants") by their attorney KIMBERLY M. FOXX, State's Attorney of Cook County, through her Assistant State's Attorney, Alexander Preber, pursuant to Federal Rule of Civil Procedure 6, and respectfully moves this Court for an extension of time to January 30, 2024, to file a Reply to Plaintiff's Response. In support of this motion, Defendants state the following:

1. On October 17, 2023, this Court entered an order that Defendants reply to Plaintiff's response is due on December 18, 2023, regarding the dispositive motion schedule. (Dkt. #118)

2. Counsel for Defendants requests an enlargement of time for Defendants to file a reply to Plaintiff's response up to and including Tuesday, January 30, 2024.

3. Defense Counsel needs more time to reply to the response that Plaintiff has filed, as the extra content in Plaintiff's response needs to be reviewed for a proper reply. Defense

Counsel has had multiple answers as well as discovery in his other cases leading up to the December 18, 2023, deadline. The cases are 20-cv-4531 and 22-cv-4912.

4. Defense Counsel asks for a longer extension to reply as the holiday season approaches at the end of December.

5. Defense Counsel also has multiple motions for summary judgement and replies due at the end of December 2023 and mid-January of 2024. In 20-cv-501, a reply is due on December 29, 2023. On January 16, 2024, a reply is due for 21-cv-2328, as well as a Dispositive motion due for 19-cv-4050.

6. This is Defendant's second request for an extension of time to file a reply, however, the first extension reasoning was that the reply would be due at the same time a Defense Counsel for Trammell would be out of town enjoying his honeymoon.

7. Defendants reached out to Defense Counsel for Trammell, and they are agreeable to the extension. Plaintiff has stated that they are opposed to this motion.

8. An extension will not prejudice Plaintiff, as Plaintiff has already submitted his response.

9. Defendants respectfully request that this Court grant this Motion for an Extension to file a reply. The undersigned counsel is not being dilatory in bringing this motion and apologizes to the Honorable Court for any inconvenience that this delay may cause.

WHEREFORE, Defendants respectfully requests that this Honorable Court grant the following relief:

(a) An enlargement of time to Tuesday, January 30, 2024, to file a reply,

(b) To grant any other relief it deems necessary and just.

                                  Respectfully submitted,
Kimberly M. Foxx
State's Attorney of Cook County

By:

*/s/ Alexander Preber*
Alexander Preber
Assistant State's Attorney
Civil Actions Bureau
Richard J. Daley Center, Room 520
Chicago, IL  60602
(312) 603-3141
Alexander.Preber@Cookcountysao.org

**CERTIFICATE OF SERVICE**

 I hereby certify that I have caused true and correct copies of the above and foregoing to be served on Plaintiff pursuant to ECF, in accordance with the rules of electronic filing of documents on December 15, 2023,

              */s/ Alexander Preber*
              Alexander Preber