UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Shane Edward Limbacher,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 19 CV 7509 |
| v. ) | |
| ) | Hon. Judge John J. Tharp |
| **Sheriff Thomas Dart, et al.** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM

**To: CM/ECF Service List**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 83.17, Assistant State's Attorney Alexander Preber, withdraws his appearance for **Dr. Yu, Sims, Trammell, Barbara Davis, and Dr. McCarthy** on May 2, 2024 and Robin Clayton, an Assistant State's Attorney, substitutes her Appearance for said Defendants.

                                          **KIMBERLY M. FOXX**
                                          State's Attorney of Cook County

By:   /s/: *Robin Clayton*
        Robin Clayton
        Assistant State's Attorney
        500 Richard J. Daley Center
        Chicago, Illinois 60602
        Phone (312) 603-3401
        Fax (312) 603-3000
        robin.clayton@cookcountysao.org
        ARDC# 6336958

### CERTIFICATE OF SERVICE

I, Robin Clayton, Assistant State's Attorney, hereby certify that on 02 May 2024 the attached Notice of Withdrawal and Substitution of Counsel within the Same Firm was served via ECF to all counsel of record.

Respectfully Submitted,

                                                  KIMBERLY M. FOXX
State's Attorney of Cook County

By: */s/: Robin Clayton*
Robin Clayton
Assistant State's Attorney
Richard J. Daley Center
50 West Washington, Suite 500
Chicago, IL 60602
(312) 603-3401
robin.clayton@cookcountysao.org
ARDC# 6336958