UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHANE LIMBACHER,<br><br>     Plaintiff,<br><br>v.<br><br>THOMAS DART *et al.*,<br><br>     Defendants. | Civil action 1:19-cv-07509<br><br>The Honorable John Tharp<br>Courtroom 2303 |

NOTICE OF WITHDRAWAL AND SUBSTITUTION
OF COUNSEL WITHIN THE SAME FIRM

YOU ARE HEREBY NOTIFIED that, pursuant to Local Rule 83.17, Assistant State's Attorney Robin Clayton, withdraws her appearance for Yu, Sims, Trammell, Barbara Davis and McCarthy, on November 25, 2024, and Jonathan Wheeler, an Assistant State's Attorney, substitutes his Appearance for said Defendants.

                                     Respectfully submitted,

November 25, 2024                  /s/Jonathan Wheeler
                                      Assistant State's Attorney
                                      Cook County State's Attorney's Office
                                      50 West Washington Street
                                      Suite 500
                                      Chicago, Illinois 60602
                                      Telephone +1 (312) 603-4389
                                      E-mail jonathan.wheeler@cookcountysao.org